**Securities and Exchange Commission v. Digital Licensing Inc. (d/b/a "DEBT Box"), et al.**

**Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Freezing Assets and Other Ancillary Relief**

**Index of Exhibits**

| Exh. No. | Description | Date |
|---|---|---|
| 1 | Proposed Temporary Restraining Order | |
| 2 | Declaration of Joseph Watkins and Exhibits 1-50 | July 26, 2023 |
| 3 | Declaration of Karaz S. Zaki and Exhibits 1-11 | July 24, 2023 |
| 4 | Declaration of Jenny L. McBride and Exhibit A | July 25, 2023 |