# Exhibit 1



**D.E.B.T.**

PROJECTS     HOSTING     LOGIN

WHERE CRYPTO MEETS COMMODITIES

## DECENTRALIZED ECO-FRIENDLY BLOCKCHAIN TECHNOLOGY

*D.E.B.T.*

SIGN UP NOW →



## LOOKING AT SOFTWARE MINING LICENSES (NODE)

### WHAT IS A NODE?

Blockchains (cryptocurrencies use blockchains) require nodes to operate. A node is a piece of software that connects to other nodes in the blockchain to create a network. Nodes are where data is stored, received and transmitted. They are crucial to network security and integrity.

**1**
• Nodes enforce the rules of the protocol.

**2**
• All blockchain transactions must pass through nodes a they validate the transactions via a 'consensus mechanism', aka algorithm (mathematical calculations). Multiple nodes must agree that the transaction is legitimate by 'confirmation' before it is agreed to be final.

**3**
• Some nodes contain full transaction history.

**4**
• Each blockchain has a different protocol or way of validating transactions e.g. the Bitcoin protocol is different to that of Ethereum and has a different means of 'consensus'. Thus, what a node actually does in any given blockchain protocol will vary.

## INTRODUCING THE DECENTRALIZED, ECO−FRIENDLY, BLOCKCHAIN TECHNOLOGY PROJECT... KNOWN AS DEBT BOX

START EARNING TODAY

## HOW DEBT BOX WORKS?

Utilizing DEBT's Box's proprietary software, you can create a portfolio of blockchain miners. By purchasing and managing different software node licenses you can earn rewards from several asset classes, all from the comfort and convenience of your own home.

### STEP 1

Purchase a software mining license and activate it. Your license must be activated before it will begin mining.

### STEP 2

Earn rewards daily through the mining process. You can watch them roll in on the Rewards section of your dashboard.

### STEP 3

Withdraw your rewards and exchange them for other DEBT Box tokens, other currencies or use them to make DEBT Box ecosystem purchases.

Captured by FireShot Pro: 14 March 2023, 16:26:00

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.130   Page 3 of 138




## LOOKING AT THE DEBT ECOSYSTEM

Blockchain and cryptocurrencies can be complex and overwhelming to many individuals. For years we have all been hearing about blockchain and many of us want to get involved, but simply don't know how. DEBT has taken the guesswork out of it. **No fake meme coins here!** Real projects tied to real assets, brought to you in the comfort of your own home.

## CHECK OUT SOME OF OUR COMMODITY PROJECTS



## OUR PROJECTS






DEBT
MINING NOW

BGLD
MINING NOW

GROW
MINING NOW

NATG
MINING NOW






DLG
MINING NOW

XPLR
MINING NOW

ALUM
MINING NOW

BLOX
MINING NOW





BEV
MINING NOW

REV
COMING SOON

DLS
COMING SOON

LEARN MORE →

D.E.B.T.
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE




© 2022 DEBT. All rights reserved.

Page 3
Projects | DEBT Box
https://www.thedebtbox.com/projects



PROJECTS    HOSTING    LOGIN

# DEBT
## DEBT

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.

LITE PAPER ↓    LEARN MORE ▶





# BGLD
## Black Gold

Black Gold is a DEBT Box project supported by and linked to the physical production and sale of crude oil. By purchasing a Black Gold (BGLD) software mining license and becoming a BGLD node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support oil industry projects within the exploration, drilling and physical production of crude oil with certain key benefits. Software mining license holders are rewarded for their blockchain support with BGLD tokens.

LITE PAPER ↓    LEARN MORE ▶

# GROW
## Grow

GROW token, the fourth DEBT Box project to launch, is supported by high yielding agriculture. GROW will contribute to the agriculture industry and will bring a unique revenue source back into the ecosystem by reducing grow cost, reducing waste, reducing a reliance on brokers, better understanding bottlenecks, creating value earlier in the process, increasing efficiency with less administrative burden, the ability to attract new liquidity, and GROW will be used as a payment system.

LITE PAPER ↓    LEARN MORE ▶





# NATG
## Natural Gas

Natural Gas is a DEBT Box project supported by and linked to the physical production and sale of natural gas. By purchasing a Natural Gas (NATG) software mining license and becoming a NATG license holder, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support natural gas industry projects within the exploration, drilling and physical production of natural gas with certain key benefits. License holders are rewarded for their blockchain support with NATG tokens.

LITE PAPER ↓    LEARN MORE ▶

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.132   Page 5 of 138



# XPLR
## Explore

Explore, is a project that provides technology and services to various commodity suppliers around the world. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials the ability to create efficiencies throughout the exploration, extraction, refining and/or production processes of raw commodities. This increased commodity production is Digital Licensing, Inc.'s way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

**LITE PAPER ↓**   **LEARN MORE ▶**





# DLG
## Digitally Linked Gold



Digital Linked Gold is a DEBT Box project supported by and linked to the physical production and sale of gold. By purchasing a Digital Linked Gold (DLG) software mining license and becoming a DLG license holder, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support Gold industry projects within the exploration, drilling and physical production of gold with certain key benefits. License holders are rewarded for their blockchain support with DLG tokens.

**LITE PAPER ↓**   **LEARN MORE ▶**

# ALUM
## ALUMINUM

The Aluminum project implements advanced proprietary remote sensing and satellite imagery technology to the exploration phase. Capitalizing on this technology-driven approach to the exploration of bauxite, ALUM directly influences the lowering of expenses during the exploration process, resulting in the increase of commodity production. This increased efficiency builds value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

**LITE PAPER ↓**   **LEARN MORE ▶**





# BEV
## Beverage Distribution



The BEV Project is a revolutionary way to be a part of the recession proof global beverage industry through token rewards. Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing and distribution of several beverage products to multiple retailers. These royalties shall be used to purchase BEV tokens out of the BEV Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

**LITE PAPER ↓**   **LEARN MORE ▶**





**Real Estate**

The BLOX Project is an innovative way to be a part of the real estate industry through token rewards. Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. These royalties shall be used to purchase BLOX tokens out of the BLOX Project ecosystem (i.e. burn) supporting the economic theory of supply and demand. D.E.B.T. will continue to use its unique position to source additional royalty streams with the goal of increasing the size of token burns, further supporting the BLOX Project ecosystem.



LITE PAPER ↓    LEARN MORE ▶

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

© 2022 DEBT. All rights reserved.

Page 6
Hosting | DEBT Box
https://www.thedebtbox.com/hosting

**D.E.B.T.**     PROJECTS     HOSTING     [LOGIN]



# HOSTING

To support the D.E.B.T. ecosystem, it is necessary for all software mining licenses to be hosted. Beginning January 4, 2023 all software mining licenses must be hosted through D.E.B.T. Hosting, a third-party hosting service or on a computer.

# OPTIONS

**D.E.B.T. Hosting** – Purchase a VBOX to receive monthly credits, or purchase credits directly with DEBT tokens. Each credit will provide one cycle of hosting service. All excess credits will be stored for future hosting services.

**Third-Party Hosting** – Software mining license holders can choose to host their licenses with a third-party hosting service provider such as AWS or Vulture. Individuals will need to create an account and set up their hosting service. D.E.B.T. will provide instructions for initial setup but will not be able to offer support or answer any questions related to third-party service providers.

**Computer** – One license from each D.E.B.T. project can be hosted through the downloadable D.E.B.T. Desktop application. The application can operate on a computer or laptop. To receive rewards, the device must remain powered on and connected to the internet to be able to communicate with D.E.B.T. servers. If a device is powered down, in "sleep mode," there is a power outage, or there is no internet connection, it will not earn rewards.



# DEBT HOSTING

By offering cloud hosting services, the D.E.B.T. ecosystem benefits from the ability to provide immediate hosting to users, no supply chain issues, the ability to host licenses in multiple countries without the regulations placed on hardware, lifetime software updates so the technology is never outdated, reduced potential for downtime for users and the potential for a five percent increase in mining power versus third-party hosting service providers who can experience downtime.

# HOW IT WORKS

To host licenses on DEBT Hosting, it requires hosting credits, which will enable mining for one license for one cycle. There are two ways to acquire mining credits:

**VBOX** – Each month, each VBOX will drop enough hosting credits to host twenty licenses for that month. These credits will automatically be applied to mining, with no management required by the user. As long as you own enough VBOX to host all of your licenses, no further work is required.

**Purchasing Credits** – Credits will also be available ad-hoc, to either supplement your VBOX or to host all of your licenses. Hosting credits can be managed in the hosting section of your account where you can view your credit balance as well as how many mining cycles you have remaining based on that balance. Hosting credits can be purchased with DEBT tokens.

# LEARN MORE

Add to your D.E.B.T. ecosystem portfolio by purchasing a VBOX and benefit with D.E.B.T. Hosting for all your D.E.B.T. project licenses. Download the lite paper to learn more about hosting and VBOX.



LITE PAPER

**D.E.B.T.**

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

© 2022 DEBT All rights reserved.





PROJECTS    HOSTING    LOGIN

# DEBT
## DEBT

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.

LITE PAPER ⬇    LEARN MORE ▶





# BGLD
## Black Gold



Black Gold is a DEBT Box project supported by and linked to the physical production and sale of crude oil. By purchasing a Black Gold (BGLD) software mining license and becoming a BGLD node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator to support oil industry projects within the exploration, drilling and physical production of crude oil with certain key benefits. Software mining license holders are rewarded for their blockchain support with BGLD tokens.

LITE PAPER ⬇    LEARN MORE ▶

# GROW
## Grow

GROW token, the fourth DEBT Box project to launch, is supported by high yielding agriculture. GROW will contribute to the agriculture industry and will bring a unique revenue source back into the ecosystem by reducing grow cost, reducing waste, reducing a reliance on brokers, better understanding bottlenecks, creating value earlier in the process, increasing efficiency with less administrative burden, the ability to attract new liquidity, and GROW will be used as a payment system.

LITE PAPER ⬇    LEARN MORE ▶







# NATG
## Natural Gas



Natural Gas is a DEBT Box project supported by and linked to the physical production and sale of natural gas. By purchasing a Natural Gas (NATG) software mining license and becoming a NATG license holder, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support natural gas industry projects within the exploration, drilling and physical production of natural gas with certain key benefits. License holders are rewarded for their blockchain support with NATG tokens.

LITE PAPER ⬇    LEARN MORE ▶

Captured by FireShot Pro: 14 March 2023, 16:26:09



# XPLR
## Explore

Explore, is a project that provides technology and services to various commodity suppliers around the world. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials the ability to create efficiencies throughout the exploration, extraction, refining and/or production processes of raw commodities. This increased commodity production is Digital Licensing, Inc.'s way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

**LITE PAPER ↓**   **LEARN MORE ▶**





# DLG
## Digitally Linked Gold



Digital Linked Gold is a DEBT Box project supported by and linked to the physical production and sale of gold. By purchasing a Digital Linked Gold (DLG) software mining license and becoming a DLG license holder, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support Gold industry projects within the exploration, drilling and physical production of gold with certain key benefits. License holders are rewarded for their blockchain support with DLG tokens.

**LITE PAPER ↓**   **LEARN MORE ▶**



# ALUM
## ALUMINUM

The Aluminum project implements advanced proprietary remote sensing and satellite imagery technology to the exploration phase. Capitalizing on this technology-driven approach to the exploration of bauxite, ALUM directly influences the lowering of expenses during the exploration process, resulting in the increase of commodity production. This increased efficiency builds value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

**LITE PAPER ↓**   **LEARN MORE ▶**





# BEV
## Beverage Distribution



The BEV Project is a revolutionary way to be a part of the recession proof global beverage industry through token rewards. Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing and distribution of several beverage products to multiple retailers. These royalties shall be used to purchase BEV tokens out of the BEV Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

**LITE PAPER ↓**   **LEARN MORE ▶**



# BLOX
## Real Estate

The BLOX Project is an innovative way to be a part of the real estate industry through token rewards. Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. These royalties shall be used to purchase BLOX tokens out of the BLOX Project ecosystem (i.e. burn) supporting the economic theory of supply and demand. D.E.B.T. will continue to use its unique position to source additional royalty streams with the goal of increasing the size of token burns, further supporting the BLOX Project ecosystem.





LITE PAPER    LEARN MORE ▶

**D.E.B.T.**

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

© 2022 DEBT. All rights reserved.



PROJECTS    HOSTING    LOGIN

## A TOKEN TO RUN THE ECOSYSTEM

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.

SIGN UP NOW →





## TOKENOMICS

As DEBT resides on PancakeSwap and other exchanges, we can immediately pair DEBT with our other project tokens providing immediate market liquidity. Even when the other projects are in their infancy.

## IMMEDIATE LIQUIDITY

The tokenomics for DEBT are simple. There is a finite supply of 50 million tokens. Each year, half of the remaining tokens are distributed to license holders on a daily basis through our mining process. There is no additional minting or burning of DEBT.

DEBT will be paired with each of our other project tokens from which it derives its value. To further control the circulating supply, there are a variety of events in which debt token is locked up and staked for a period of time boosting its value. Take a look at our light paper for a deeper dive.



LITE PAPER ↓

## MINING LICENSES

DEBT software mining license holders are a crucial part of supplying tokens for the future DEBT exchange and for the pairings on the future mobile app. To earn DEBT rewards, a software mining license must be purchased. By owning a DEBT software mining license, you become an essential part of the ecosystem.



## SEE FOR YOURSELF

The DEBT token is a BEP-20 token running on the Binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on PancakeSwap. Buy some token today and participate in the growth of the DEBT Box ecosystem.





CERTIK AUDIT    DEX SCREENER    BSCSCAN CONTRACT

PANCAKESWAP    COIN MARKET CAP







DEBT
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

©2022 DEBT. All rights reserved.

**D.E.B.T.**

PROJECTS     HOSTING     LOGIN



# BLACK GOLD

Black Gold is a DEBT Box project supported by and linked to the physical production and sale of crude oil. By purchasing a Black Gold (BGLD) software mining license and becoming a BGLD node operator, you're allowing Digital Licensing Incorporated, the DEBT: Box ecosystem's permissioned administrator to support oil industry projects within the exploration, drilling and physical production of crude oil with certain key benefits. Software mining license holders are rewarded for their blockchain support with BGLD tokens.

SIGN UP NOW →



**BLACK GOLD**
is a new fast-paced token that does some very profound things in the world of oil exploration

# TOKENOMICS

The DEBT Box Black Gold (BGLD) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The BGLD project is supported by four areas:

1. Oil production royalties
2. BGLD software mining license purchases
3. An annual halving
4. Transactional fees

A limited number of BGLD tokens will be mined and placed into circulation by a limited number of software mining licenses. All BGLD tokens must be mined by BGLD software mining license holders. BGLD tokens will only be available for purchase through third-party exchanges.




PROPRIETARY SATELLITE SCANNING TECHNOLOGY


REDUCE EXPLORATION COSTS


REDUCING A RELIANCE ON BROKERS


LESS WASTE


PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS


CREATING VALUE EARLIER IN THE PROCESS


BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN


AND THE ABILITY TO ATTRACT NEW LIQUIDITY

# OIL PRODUCTION ROYALTIES

A percentage of revenue generated from vetted and approved oil well projects will be converted to BGLD tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple oil projects in various jurisdictions on multiple continents, BGLD tokens will continually Be taken out of the market.

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.141   Page 14 of 138



BGLD is paired with BNB as well as the DEBT token. To further control the circulating supply, there are a variety of events in which debt token is locked up and staked for a period of time boosting its value. Take a look at our light paper for a deeper dive.

## MINING LICENSES

For every purchased BGLD software mining license, a pre-determined amount of BGLD tokens will be placed into the BGLD Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 50,000 BGLD software mining licenses are available. Once all licenses are sold, all BGLD software mining licenses will be converted to transferable NFTs.



## SEE FOR YOURSELF

BGLD is a BEP-20 token running on the Binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on PancakeSwap. Buy some token today and participate in the growth of the DEBT Box ecosystem.

 DEX SCREENER

 BSCSCAN CONTRACT

 PANCAKESWAP



**D.E.B.T.**

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

©2022 DEBT. All rights reserved.



**D.E.B.T.**

PROJECTS    HOSTING    LOGIN

# GROW

GROW token, the fourth DEBT Box project to launch, is supported by high yielding agriculture. GROW will contribute to the agriculture industry and will help bring a unique revenue source back into the ecosystem.

SIGN UP NOW →

# TOKENOMICS

Tokens are mined from the Ecosystem Growth Initiative (EGI) on a half-life schedule. Each annual cycle half of the tokens in the EGI are mined to software mining license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to software license holders and the other 50% will be mined by the DEBT Council.



# 8 KEY BENEFITS

 REDUCING GROW COSTS

 REDUCING A RELIANCE ON BROKERS

 LESS WASTE

 PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

 CREATING VALUE EARLIER IN THE PROCESS

 BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

 AND THE ABILITY TO ATTRACT NEW LIQUIDITY

 GROW WILL ALSO BE USED AS A PAYMENT SYSTEM

# IMMEDIATE LIQUIDITY

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

Captured by FireShot Pro: 14 March 2023, 16:26:16

Case 2:23-cv-00482-RJS-DBP    Document 3-5    Filed 07/26/23    PageID.143    Page 16 of 138

GROW Token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1 billion tokens. The GROW token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.



## MINING LICENSES

To earn GROW rewards, a software mining license must be purchased and connected to the internet. 50,000 GROW licenses are available for this project. Once all licenses are sold, all GROW licenses will be converted to transferable NFTs.



## SEE FOR YOURSELF

The GROW token is a BEP-20 token running on the binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on pancake swap. Buy some token today and participate in the growth of the debt box ecosystem.




DEX SCREENER    BSCSCAN CONTRACT    PANCAKESWAP

**D.E.B.T.**

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE






©2022 DEBT. All rights reserved.

**D.E.B.T.**

PROJECTS          HOSTING          LOGIN



## NATURAL GAS

Natural Gas is a DEBT Box project supported by and linked to the physical production and sale of natural gas. By purchasing a Natural Gas (NATG) Software Node license and becoming a NATG node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support natural gas industry projects within the exploration, drilling and physical production of natural gas with certain key benefits. License holders are rewarded for their blockchain support with NATG tokens.

SIGN UP NOW



### NATG
is a new fast-paced token that does some very profound things in the world of natural gas exploration

▶  0:00 / 2:14                                                🔊  ⛶  ⋮

## TOKENOMICS

The DEBT Box Natural Gas (NATG) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The NATG project is supported by four areas.

1. Natural gas production royalties
2. NATG software mining license purchases
3. An annual halving
4. Transactional fees

A limited number of NATG tokens will be mined and placed into circulation by a limited number of software licenses. All NATG tokens must be mined by NATG software mining license holders and will only be available for purchase through third-party exchanges.

1   PROPRIETARY
SATELLITE-SCANNING
TECHNOLOGY

2   REDUCING A RELIANCE
ON BROKERS

Captured by FireShot Pro: 14 March 2023, 16:26:18

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.145   Page 18 of 138



3    LESS WASTE

4    PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

5    CREATING VALUE EARLIER IN THE PROCESS

6   BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

7    ABILITY TO ATTRACT NEW LIQUIDITY

8    REDUCING EXPLORATION COSTS

# IMMEDIATE LIQUIDITY

A percentage of revenue generated from vetted and approved natural gas projects will be converted into NATG tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple gas projects in various jurisdictions, on multiple continents, NAG tokens will continually be taken out of the market.



LITE PAPER

NATG is paired with the DEBT token. To further control the circulating supply, there are a variety of events in which debt token is locked up and staked for a period of time boosting its value. Take a look at our light paper for a deeper dive.

# MINING LICENSES

For every purchased NATG license, pre-determined amount of NATG tokens will be placed into the NATG Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 100,000 NAG licenses are available. Once all licenses are sold, all NAG licenses will be converted to transferable NFTs.





# SEE FOR YOURSELF

NATG is a BEP-20 token running on the binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on pancake swap. Buy some token today and participate in the growth of the debt box ecosystem.

 DEX SCREENER

 BSCSCAN CONTRACT

 PANCAKESWAP

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.146   Page 19 of 138

**D.E.B.T.**

PROJECTS

HOSTING

SPECIFICATIONS

PRIVACY POLICY

TERMS AND CONDITIONS

STORE

© 2022 DEBT. All rights reserved.

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.147   Page 20 of 138

**D.E.B.T.**

PROJECTS     HOSTING     [ LOGIN ]

# EXPLORE

Explore is a project that provides technology and services to various commodity suppliers around the world. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials the ability to create efficiencies throughout the exploration, extraction, refining and/or production processes of raw commodities.

[ SIGN UP NOW → ]



## TOKENOMICS

The D.E.B.T. Box Explore (XPLR) tokenomics have been designed as a deflationary token, to create a true supply and demand economic dynamic. The XPLR project is supported by four areas:

1. Explore project royalties
2. XPLR software mining license purchases
3. An annual halving
4. Transactional fees

A limited number of XPLR tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. All XPLR tokens must be digitally mined by XPLR software mining license holders and will only be available for purchase through third-party digital currency exchanges.



## 8 KEY BENEFITS



LESS WASTE

**4** PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

**5** CREATING VALUE EARLIER IN THE PROCESS

**6** BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

**7** ABILITY TO ATTRACT NEW LIQUIDITY

**8** REDUCING EXPLORATION COSTS

## IMMEDIATE LIQUIDITY

Digital Licensing, Inc. negotiates a portion of the increased production in the form of a royalty stream from each partner's commodity-based industry project. By generating increased production, which didn't previously exist for a given raw material, and exchanging that newly created value, DLI is able to utilize the XPLR smart contract to perpetually purchase XPLR rewards from the secondary market and burn these tokens never to be seen again. True to deflationary tokenomics, by removing the tokens, the value of token holders' wallets increases. Explore brings access to increased tangible raw materials that the world needs while rewarding XPLR software mining license holders.

Captured by FireShot Pro: 14 March 2023, 16:26:23



LITE PAPER

XPLR is paired with the DEBT token. Rewards generated today are deposited to the XPLR Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box XPLR wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. Box software mining license purchases. Take a look at our lite paper for a more in depth look at XPLR and the DEBT Box ecosystem.

## MINING LICENSES

For every purchased XPLR software mining license, a pre-determined amount of XPLR token rewards will be placed into the XPLR Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The XPLR project will offer 500,000 retail software mining licenses. When all XPLR software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.





## SEE FOR YOURSELF

XPLR is a BEP-20 token running on the Binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on PancakeSwap. Buy some token today and participate in the growth of the DEBT Box ecosystem.

 DEX SCREENER

 BSCSCAN CONTRACT

 PANCAKESWAP

**D.E.B.T.**

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

©2022 DEBT All rights reserved.

Page 21
DLG Token | DEBT Box
https://www.thedebtbox.com/dlg-token



**D.E.B.T.**      PROJECTS      HOSTING      [ LOGIN ]



# DIGITAL LINKED GOLD

Digital Linked Gold, one of the first projects launched on the D.E.B.T. Box platform, has been created to establish a digital asset truly linked to a physical counterpart of gold. This has been done by linking every digital unit authorized (token) to a respective deliverable counterpart, a gram of gold.

**SIGN UP NOW →**

## TOKENOMICS

Defining assets essentially tied to a physical gold counterpart (1 token = 1 gram of gold), DLG is considered a stable coin, which is a type of cryptocurrency that maintains a value or set value. Stable coins peg their market value to some external reference, in this case a gram of gold represented in a USD unit-of-value. Stable coins are designed for any decentralized application which requires a low threshold of volatility to be viable on a blockchain.



**8 KEY BENEFITS**

1  PROPRIETARY SATELLITE-SCANNING TECHNOLOGY

2  REDUCING A RELIANCE ON BROKERS

3  LESS WASTE

4  PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

5  CREATING VALUE EARLIER IN THE PROCESS

6  BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

7  ABILITY TO ATTRACT NEW LIQUIDITY

8  REDUCING EXPLORATION COSTS



## DLG REWARDS

DLG is paired with the DEBT token. With each token linked to a physical counterpart of gold, token holders can choose to store tokens, exchange them for other currencies or redeem them for physical gold. Learn more in the DLG lite paper.

Captured by FireShot Pro: 14 March 2023, 16:26:28

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.150   Page 23 of 138

DLG tokens can only be digitally mined once the physical counterpart of gold has been identified and is made available to be delivered in its physical form, thus Linking the value of each token to this highly sought-after commodity. All DLG tokens must be digitally mined and will only be available on third-party exchanges after being mined by a D.E.B.T Box software mining license.



## MINING LICENSES

Each license will be rewarded with a distribution of DLG tokens every 24-hours. Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours and from here can be withdrawn to your D.E.B.T Box DLG wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).





## SEE FOR YOURSELF

Let DLG/DLG token minting on the binance network. Visibility of the token minting, distribution and wallet holders can be found all in once place on the chain explorer. Buy some token today and participate in the growth of the DEBT Box ecosystem.

  



| DEX SCREENER | BSCSCAN CONTRACT | PANCAKESWAP |
|---|---|---|

### D.E.B.T.
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

©2022 DEBT All rights reserved

Case 2:23-cv-00482-RJS-DBP    Document 3-5    Filed 07/26/23    PageID.151    Page 24 of 138



**D.E.B.T.**

PROJECTS     HOSTING     LOGIN

## ALUMINUM

Aluminum is a DEBT Box project supported by and linked to the physical production and sale of aluminum. By purchasing an Aluminum (ALUM) Software Node license and becoming an ALUM node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support aluminum industry projects within the exploration, drilling and physical production of aluminum with certain key benefits. License holders are rewarded for their blockchain support with ALUM tokens.

SIGN UP NOW →

## TOKENOMICS

The DEBT Box Aluminum (ALUM) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The ALUM project is supported by four areas.

1. Natural gas production royalties
2. ALUM software mining license purchases
3. An annual halving
4. Transactional fees

A limited number of ALUM tokens will be mined and placed into circulation by a limited number of software licenses. All ALUM tokens must be mined by ALUM software mining license holders and will only be available for purchase through third-party exchanges.



1. PROPRIETARY SATELLITE-SCANNING TECHNOLOGY
2. REDUCING A RELIANCE ON BROKERS
3. LESS WASTE
4. PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS
5. CREATING VALUE EARLIER IN THE PROCESS
6. BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN
7. ABILITY TO ATTRACT NEW LIQUIDITY
8. REDUCING EXPLORATION COSTS



## IMMEDIATE LIQUIDITY

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

LITE PAPER

ALUM Token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1 billion tokens. The ALUM token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

## MINING LICENSES

To earn ALUM rewards, a software mining license must be purchased and connected to the internet. 500,000 ALUM licenses are available for this project. Once all licenses are sold, all ALUM licenses will be converted to transferable NFTs.

## SEE FOR YOURSELF

The ALUM token is a BEP-20 token running on the binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on pancake swap. Buy some token today and participate in the growth of the debt box ecosystem.

DEX SCREENER   |   BSCSCAN CONTRACT   |   PANCAKESWAP

D.E.B.T.
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.153   Page 26 of 138

**⚡ D.E.B.T.**    PROJECTS    HOSTING    LOGIN

# BEVERAGE DISTRIBUTION

Every year, over 1.23 billion beverages are purchased worldwide, making it one of the largest global industries, and it's only expected to grow! D.E.B.T. is revolutionizing the $1.8 trillion beverage industry by bringing it into the world of crypto. Rather than create our own proprietary formula, BEV, the seventh D.E.B.T. project, is supported by royalties generated from the bottling and distribution of multiple beverages for multiple companies.

SIGN UP NOW →





▶ 0:00 / 1:32                    🔊 ⛶ ⋮

## TOKENOMICS

BEV tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BEV project tokenomics are supported by five areas.

- 300,000 BEV software mining licenses will exist. 150,000 available for retail purchase and 150,000 treasury licenses.
- BEV software mining license activation. 50,000 tokens are generated per license and added to the ECI pool, providing a finite total of 15 billion BEV tokens.
- Beverage Distribution Blockchain (BEV) project royalties will purchase token out of the ecosystem and burn them.
- Beginning April 1, 2023, each quarter, 25% of the ECI pool will be burned.
- 10 % Transaction fees are charged for each transaction involving BEV. This includes, but is not limited to withdraws, swaps, transfer, and purchases. 100% of these fees will be burned monthly.



## IMMEDIATE LIQUIDITY

BEV Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards. Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.154   Page 27 of 138

BEV is paired with the DEBT token. Rewards generated today are deposited to the BEV Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. software mining license purchases. Take a look at our lite paper for a more in depth look at BEV and the DEBT Box ecosystem.



LITE PAPER



## MINING LICENSES

For every purchased BEV software mining license, a pre-determined amount of BLOX tokens will be placed into the BEV Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The BEV project will offer 150,000 retail software mining licenses. When all BEV software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

## SEE FOR YOURSELF

BEV is a BEP-20 token running on the Binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on PancakeSwap. Buy some token and participate in the growth of the DEBT Box ecosystem.



 BSCSCAN CONTRACT

 PANCAKESWAP

 D.E.B.T.

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

©2022 DEBT. All rights reserved.



PROJECTS    HOSTING    **LOGIN**

# BLOX REAL ESTATE

The BLOX Project is an innovative way to be a part of the real estate industry through token rewards. Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. These royalties shall be used to purchase BLOX tokens out of the BLOX Project ecosystem (i.e. burn) supporting the economic theory of supply and demand. D.E.B.T. will continue to use its unique position to source additional royalty streams with the goal of increasing the size of token burns, further supporting the BLOX Project ecosystem. In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem.

**SIGN UP NOW →**



**IS THE D.E.B.T. ECOSYSTEM REAL ESTATE PROJECT THAT WILL BRING HUGE GROWTH AND EXCITEMENT TO THE D.E.B.T. COMMUNITY**

0:00 / 1:30

## TOKENOMICS

BLOX tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BLOX Project tokenomics are supported by five areas.

- 600,000 BLOX software mining licenses will exist. 300,000 available for retail purchase and 300,000 treasury tokens.
- BLOX software mining license activation. $1,000 worth of BLOX tokens (at current market value) are generated per license activated and added to the EGI pool, providing a finite number of licenses available in the ecosystem.
- Blockchain Real Estate (BLOX) project royalties will purchase token out of the ecosystem and burn them.
- Annual Halving. Beginning April 1, 2023, each year, 50% of the EGI pool will be burned.
- 10% Transaction fees are charged for each transaction involving BLOX. This includes, but is not limited to withdrawals, swaps, transfer, and purchases. 100% of these fees will be burned monthly.

## IMMEDIATE LIQUIDITY

BLOX Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards. Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

BLOX is paired with the DEBT token. Rewards generated today are deposited to the BLOX Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. software mining license purchases. Take a look at our lite paper for a more in depth look at BLOX and the DEBT Box ecosystem.



**LITE PAPER**



## MINING LICENSES

For every purchased BLOX software mining license, a pre-determined amount of BLOX tokens will be placed into the BLOX Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The BLOX project will offer 300,000 retail software mining licenses. When all BLOX software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

## SEE FOR YOURSELF

BLOX is a BEP-20 token running on the Binance network. Visibility of the token contract, daily mining and wallet holders can be found on BSC scan. See the market value, available liquidity and trading pairs available on PancakeSwap. Buy some token and participate in the growth of the DEBT Box ecosystem.



|  BSCSCAN CONTRACT | PANCAKESWAP |
|---|---|



### D.E.B.T.
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE



©2023 DEBT. All rights reserved.

D.E.B.T.

PROJECTS        HOSTING          LOGIN

## Sofware:

### Mobile App:

- Android: 9+
- iOS: 11+

### Desktop App:

- Windows: 10+
- macOS: 10.15+

## Hardware:

Coming Soon

D.E.B.T.

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

© 2022 DEBT. All rights reserved.

Captured by FireShot Pro: 14 March 2023, 16:26:47

Case 2:23-cv-00482-RJS-DBP    Document 3-5    Filed 07/26/23    PageID.157    Page 30 of 138

PROJECTS    HOSTING    LOGIN

# PRIVACY POLICY

Digital Licensing, Inc., and its affiliates, including DEBT Box ("we", "our", and/or "us"), values the privacy of individuals who use our websites, platforms, ecosystems, and related services (collectively, our "Services"). This privacy policy (the "Privacy Policy") explains how we collect, use, and share information from users of our Services ("Users"). By using our Services, you agree to the collection, use, disclosure, and procedures this Privacy Policy describes. Beyond the Privacy Policy, your use of our Services is also subject to our Terms of Service, which can be found at www.thedebtbox.com/terms-and-conditions.

## Information We Collect

We may collect a variety of information from or about you or your devices from various sources, as described below. If you do not provide your information when requested, you may not be able to use our Services if that information is necessary to provide you with our Services or if we are legally required to collect it.

### A. Information You Provide to Us.

**User-provided Information**. If you sign up for an account, use our website, or use our Services, you may provide us with your full name, email address, phone number, driver's license, cryptocurrency wallet IDs, transaction details, and associated transactional data.

**Communications**. If you contact us directly, we may receive additional information about you. For example, when you contact our Customer Support Team, we will receive your name, email address, phone number, the contents of a message or attachments that you may send to us, and other information you choose to provide. When we send you emails, we may track whether you open them to learn how to deliver a better customer experience and improve our Services. If you contact us through social media channels, such as Discord, Reddit, LinkedIn, etc., we will receive your username and any public profile information, as well as any information you send to us through those channels.

**Careers.** If you decide that you wish to apply for a job with us, you may submit your contact information and your resume online. We will collect the information you choose to provide on your resume, such as your education and employment experience. You may also apply through third parties such as Indeed, etc. If you do so, we will collect the information you make available to these third parties.

**Payment Information.** If you make a purchase through our Services, we receive your payment-related information, such as payment card, bank account, cryptocurrency wallet ID, and associated financial and transaction details needed to complete the transaction, which may be collected as applicable by a third-party payment processor on our behalf.

### B. Information We Collect When You Use Our Services

**Location Information**. When you use our Services, we collect internet protocol (IP) address, which may infer your general physical location.We may also collect the location of your device when your device is running in the foreground or background / when our website is closed. An IP address is a series of numbers that identifies any device, such as a computer or mobile phone, on an internet network. Devices use IP addresses to communicate with each other both over the internet as well as on other networks. IP addresses can change.

**Device Information**. We receive information about the device and software you use to access our Services, including IP address, MAC (media access control), web browser type, operating system version, phone carrier and manufacturer, application installations, device identifiers, mobile advertising identifiers, and push notification tokens.

**Usage Information**. To help us understand how you use our Services and to help us improve our Services, we automatically receive information about your interactions with our Services, like the pages or other content you view, the searches you conduct, transactions you make, and any content you make public related to our Services. If you are using our Services to mine cryptocurrency, then we will collect information in order to ensure you are receiving appropriate rewards.

**Software Updates**. We from time to time update the software used to run our Services, which may include software upgrades, bug fixes, patches and other error corrections and/or new features (collectively, "Updates"). When we install Updates, we may have access to any information on or transiting the device. We use this information only for the limited purpose of completing the Updates, troubleshooting, and improving our Services.

**Information from Cookies and Similar Technologies.** We and third-party partners collect information using cookies, pixel tags, or similar technologies. Cookies are small text files containing a string of alphanumeric characters. We may use both session cookies and persistent cookies. A session cookie disappears after you close your browser. A persistent cookie remains after you close your browser and may be used by your browser on subsequent visits to our Services. Please review your web browser's "Help" file to learn the proper way to modify your cookie settings. Please note that if you delete or choose not to accept cookies from our Services, you may not be able to fully utilize the features of our Services.

### C. Information We Receive from Third Parties

**Information from third party services.** If you choose to link our Services to a third-party account such as a separate trading platform or cryptocurrency wallet, we may receive information about you, including your wallet IDs, assets held, and transaction details. If you wish to limit the information available to us, you should visit the privacy settings of your third-party accounts to learn about your options.

**Use of Blockchain Technology**. Our Services utilize blockchain technology, which involve distributed ledgers that utilize decentralized or third-party networks to permanently record transactions across wide networks of computer systems. As such, any information that is published on the blockchain is generally public and incapable of deletion. Many blockchains are open to forensic analysis which can lead to deanonymization and the unintentional revelation of personal information, especially when blockchain data is combined with other data. We cannot control the actions of any third parties and how they may correlate any information that may be published on a respective blockchain with other information of such third-party. To the extent we are required to correlate any of your information published on the blockchain with

information you provide directly to us through your use of the Services, we will only use such information as provided in this Privacy Policy.

## How We Use the Information We Collect

We use the information we collect:

- To provide, maintain, improve, and enhance our Services;
- To provide you with earned rewards;
- To understand and analyze how you use our Services and develop new products, services, features, and functionality;
- To communicate with you, provide you with updates and other information relating to our Services, provide information that you request, respond to comments and questions, and otherwise provide customer support;
- To facilitate the connection of authorized third-party services or applications;
- To send you push notifications;
- To facilitate transactions and payments;
- To find and prevent fraud, and respond to trust and safety issues that may arise;
- For marketing and advertising purposes, such as developing and providing promotional and advertising materials that may be relevant, valuable or otherwise of interest to you;
- For compliance purposes, including enforcing our Terms of Services or other legal rights, or as may be required by applicable laws and regulations or requested by any judicial process or governmental agency; and
- For other purposes for which we provide specific notice at the time the information is collected or which you direct or otherwise consent.

## How We Share the Information We Collect

We do not share or otherwise disclose information we collect from or about you except as described within this Privacy Policy or otherwise disclosed to you at the time of the collection.

**Affiliates.** We may share any information we receive with our affiliates for any of the purposes described in this Privacy Policy.

**Vendors and Service Providers.** We may share any information we receive with vendors and service providers retained in connection with the provision of our Services.

**Third Party App Integrations**. If you connect a third-party application to our Services, like your wallet, we may share information such as your transaction and asset information with that third party.

**As Required By Law and Similar Disclosures.** We may access, preserve, and disclose your information if we believe doing so is required or appropriate to: (a) comply with law enforcement requests and legal process, such as a court order or subpoena; (b) respond to your requests; or (c) protect your, our, or others' rights, property, or safety.

**Merger, Sale, Or Other Asset Transfers.** We may transfer your information to service providers, advisors, potential transactional partners, or other third parties in connection with the consideration, negotiation, or completion of a corporate transaction in which we are acquired by or merged with another company, or we sell, liquidate, or transfer all or a portion of our assets. The use of your information following any of these events will be governed by the provisions of this Privacy Policy in effect at the time the applicable information was collected.

**Consent.** We may also disclose your information with your permission.

**Aggregate and De-Identified Information.** We may share aggregate or de-identified information about users and their use of the Services with third parties and publicly for marketing, advertising, research or similar purposes.

**Marketing.** We do not rent, sell, or share information about you with nonaffiliated companies for their direct marketing purposes, unless we have your permission.

**Analytics Partners.** We use analytics services such as Google Analytics to collect and process certain analytics data. These services may also collect information about your use of other websites, apps, and online resources.

**Advertising Partners.** We work with third party advertising partners to show you ads that we think may interest you. Some of our advertising partners are members of the Network Advertising Initiative (https://optout.networkadvertising.org/?c=1#!/) or the Digital Advertising Alliance (https://optout.aboutads.info/?c=2&lang=EN#!/). If you do not wish to receive personalized ads, please visit their opt-out pages to learn about how you may opt out of receiving web-based personalized ads from member companies. You can access your settings offered by your mobile operating system to limit ad tracking, or you can install the AppChoices mobile app to learn more about how you may opt out of personalized ads in mobile apps.

**Your Choices**

**Location Information.** You can prevent your device from sharing precise location information at any time through your device's operating system settings. However, location is core to our Services and without it, you may not be able to successfully use our Services or earn rewards.

**Marketing Communications.** You can unsubscribe from our promotional emails via the link provided in the emails. Even if you opt-out of receiving promotional messages from us, you will continue to receive administrative messages from us.

**Do Not Track.** There is no accepted standard on how to respond to Do Not Track signals, and we do not respond to such signals. If you choose not to provide us with information we collect, some features of our Services may not work as intended.

## Third Parties

Our Services may contain links to other websites, products, or services that we do not own or operate. We are not responsible for the privacy practices of these third parties. Please be aware that this Privacy Policy does not apply to your activities on these third-party services or any information you disclose to these third parties. We encourage you to read their privacy policies before providing any information to them.

## Security

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.159   Page 32 of 138

We make reasonable efforts to protect your information by using physical, organizational, and technical safeguards designed to improve the security of the information we maintain. However, as no electronic transmission of information can be entirely secure, we can make no guarantees as to the security or privacy of your information.

## Children's Privacy

We do not knowingly collect, maintain, or use personal information from children under 13 years of age, and no part of our Services are directed to children. If you learn that a child has provided us with personal information in violation of this Privacy Policy, then you may alert us at: support@thedebtbox.com.

## Your California Privacy Rights

If you reside in California and have provided your personal information to us, you may request information once per calendar year about our disclosures of certain categories of personal information to third parties for their direct marketing purposes. Such requests must be submitted to us in writing at the following: support@thedebtbox.com.

## International Visitors

Our Services are hosted in the United States and intended for visitors located within the United States. If you choose to use our Services from the European Union or other regions of the world with laws governing data collection and use that may differ from U.S. law, then please note that you are transferring your personal information outside of those regions to the United States for storage and processing. Also, we may transfer your data from the U.S. to other countries or regions in connection with storage and processing of data, fulfilling your requests, and operating our Services. By providing any information, including personal information, on or to our website or Services, you consent to such transfer, storage, and processing.

## Update Your Information or Pose a Question

You can update your account and profile information, or close your account, through your profile settings. If you have questions about your privacy on our Services, the data we maintain, or this privacy policy, please contact us at support@thedebtbox.com.

## Changes to this Privacy Policy

We will post any adjustments to the Privacy Policy on this page, and the revised version will be effective when it is posted. If we materially change the ways in which we use or share personal information previously collected from you through our Services, we will notify you through our website, email, or other communication.

## Contact Information

Digital Licensing, Inc. is responsible for processing your information. If you have any questions, comments, or concerns about our processing activities, please email us at support@thedebtbox.com or write to us at 30 N. Gould Street, Ste N, Sheridan, WY 82801.

**Last Updated:** April 13, 2022

*D.E.B.T.*

PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

© 2022 DEBT. All rights reserved.

Case 2:23-cv-00482-RJS-DBP    Document 3-5    Filed 07/26/23    PageID.160    Page 33 of 138

**⚡ D.E.B.T.**                                            PROJECTS      HOSTING      [ LOGIN ]

Last Modified: January 1, 2023

These D.E.B.T. Purchase and License Terms of Sale ("**Terms**") are entered into by and between you ("**you**" and "**your**") and Digital Licensing, Inc. and its affiliates, (collectively, "**D.E.B.T.**," "**we**," "**our**" or "**us**"), and govern (1) the purchase and use of our hardware and software, and services purchased from us or through an authorized reseller, and (2) the use of our Portal and services (collectively, the "**Services**").

**PLEASE READ THESE TERMS CAREFULLY.** THEY INCLUDE AN ARBITRATION PROVISION REQUIRING INDIVIDUAL ARBITRATION OF DISPUTES INSTEAD OF JURY TRIALS OR CLASS ACTIONS. By submitting your order or accepting or using products offered through the Website, you acknowledge that you agree to these Terms in their entirety as further provided in Section 1 below.

# 1. Acceptance

BY CLICKING THE "I ACCEPT" BUTTON OR SIMILAR ATTESTATION WHEN SUCH OPTION IS MADE AVAILABLE TO YOU WHEN MAKING ANY PURCHASE, REGISTERING FOR THE PORTAL, OR USING THE SERVICES, YOU ACCEPT AND AGREE TO BE BOUND BY THESE TERMS OF USE EFFECTIVE AS OF THE DATE OF SUCH ACTION. YOU EXPRESSLY ACKNOWLEDGE AND REPRESENT THAT YOU HAVE CAREFULLY REVIEWED THESE TERMS AND CONDITIONS AND FULLY UNDERSTAND THE RISKS, COSTS, AND BENEFITS RELATED TO THE HARDWARE, SOFTWARE, SERVICES, AND ANY APPLICABLE PROJECTS ASSOCIATED WITH A PROJECT MINING LICENSE. IF YOU ARE ENTERING INTO THESE TERMS OF USE ON BEHALF OF A COMPANY OR OTHER LEGAL ENTITY, YOU REPRESENT THAT YOU HAVE THE AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO THESE TERMS, IN WHICH CASE THE TERMS "YOU" OR "YOUR" SHALL REFER TO SUCH ENTITY AND ITS AFFILIATES. IF YOU DO NOT AGREE WITH ALL OF THE TERMS SET FORTH HEREIN, THEN YOU ARE EXPRESSLY PROHIBITED FROM (1) MAKING ANY PURCHASE, (2) USING THE HARDWARE AND SOFTWARE, AND (3) USING AND ACCESSING THE SERVICES.YOU MUST DISCONTINUE ANY RESPECTIVE USE IMMEDIATELY.

The Hardware, Software and Services are intended for users who are at least eighteen (18) years old. Persons under the age of eighteen (18), as well as any Disqualified Persons, are not permitted to use the Hardware, Software or Service.

You are not authorized to use the Hardware, Software or Services if there are applicable legal restrictions in your country of residence that would make the (1) operation of the Hardware or Software illegal, or (2) the access and/or use of the Services illegal. It is your sole responsibility to ensure that your use of the Hardware, Software, and/or Services, is not prohibited, restricted, curtailed, hindered, impaired or otherwise adversely affected in any way by any applicable Law in your country of residence or domicile. In addition, you are not authorized to use the Hardware, Software or Services if you are:

1. a citizen, domiciled in, resident of, or physically present / located in Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions (each an "Excluded Jurisdiction").
2. where you are a corporate body (i) which is incorporated in, or operates out of, an Excluded Jurisdiction, or (ii) which is under the control of one or more individuals who is/are citizens of, domiciled in, residents of, or physically present / located in, an Excluded Jurisdiction.
3. an individual or corporate body (i) included in the consolidated list published by the United Nations Security Council of individuals or entities subject to measures imposed by the United Nations Security Council accessible at _____; or (ii) included in the United Nations Lists (UN Lists) or within the ambit of regulations relating to or implementing United Nations Security Council Resolutions listed by MAS and accessible by _____ and _____; or
4. an individual or corporate body who is otherwise prohibited or ineligible in any way, whether in full or in part, under any Law applicable to such individual or corporate body from possessing, operating, or accessing the Hardware, Software, or Services.

If you are not authorized to use the Hardware, Software, or Services under this Section 1, you are deemed a "**Disqualified Person**" under these Terms.

# 2. Definitions

Any capitalized terms provided herein has the following meanings:

1. "**Action**" has the meaning set forth in Section 14.1.
2. "**Customer Data**" means information, data, and other content, in any form or medium, that is collected, downloaded, or otherwise received, directly or indirectly, from you by or through the Hardware, Software, and/or Portal. Customer Data does not include Resultant Data.
3. "**D.E.B.T. Hosting Credits**" means hosting credits purchased by You on an ad hoc basis and redeemable for D.E.B.T. hosting Software and Project Mining Licenses. D.E.B.T. Hosting Credits do not require the purchase of a VBOX.
4. "**Disputes**" has the meaning set forth in Section 17.
5. "**Disqualified Person**" has the meaning set forth in Section 1 above.
6. "**Documentation**" means D.E.B.T.'s end-user documentation relating to the Hardware, Software, Hosting and/or Portal that D.E.B.T. provides or makes available to you in any form or medium which describe the functionality, components, features, or requirements of the Software, including any aspect of the installation, configuration, integration, operation, or use of the Hardware, Software, Hosting and/or Portal with any applicable Project Mining License.
7. "**Excluded Jurisdictions**" has the meaning set forth in Section 1 above.
8. "**Fees**" has the meaning set forth in Section 3.3 below.
9. "**Hardware**" means a physical electronic hardware device, capable of running Software and operating up to twenty (20) Project Mining Licenses.
10. "**Harmful Code**"means any software, hardware, or other technology, device, or means, including any virus, worm, malware, or other malicious computer code, the purpose or effect of which is to (a) permit unauthorized access to, or to destroy, disrupt, disable, distort, or otherwise harm or impede in any manner any (i) computer, software, firmware, hardware, system, or network; or (ii) any application or function of any of the foregoing or the security, integrity, confidentiality, or use of any data processed thereby; or (b) prevent any customer of D.E.B.T. from accessing or using the Portal, Hardware, or Software as intended by these Terms.
11. "**Indemnitee**" has the meaning set forth in Section 14.3.
12. "**Indemnitor**" has the meaning set forth in Section 14.3.
13. "**Intellectual Property Rights**" means any and all registered and unregistered rights granted, applied for, or otherwise now or hereafter in existence under or related to any patent, copyright, trademark, trade secret, database protection, or other intellectual property rights Laws, and all similar or equivalent rights or forms of protection, in any part of the world.
14. "**JAMS**" has the meaning set forth in Section 17.
15. "**Law(s)**" means any statute, law, ordinance, regulation, rule, code, order, constitution, treaty, common law, judgment, decree, or other requirement of any federal, state, local, or foreign government or political subdivision thereof, or any arbitrator, court, or tribunal of competent jurisdiction.
16. "**Losses**" means any and all losses, damages, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including reasonable attorneys' fees and the costs of enforcing any right to indemnification hereunder and the cost of pursuing any insurance providers.
17. "**Maintenance Release(s)**" means any update, upgrade, release, or other adaptation or modification of the Software, including any updated Documentation, that D.E.B.T. may provide to you from time to time, which may contain, among other things, error corrections, enhancements, improvements, or other changes to the user interface, functionality, compatibility, capabilities, performance, efficiency, or quality of the Software, but does not include any new version of the Software.
18. "**Open Source Component(s)**" means any software component that is subject to any open source license agreement, including any software available under the GNU Affero General Public License (AGPL), GNU General Public License (GPL), GNU Lesser General Public License (LGPL), Mozilla Public License (MPL), Apache License, BSD licenses, or any other license that is approved by the Open Source Initiative.
19. "**Open Source Licenses**" has the meaning set forth in Section 4.3.
20. "**Portal**" has the meaning set forth in Section 5.1.
21. "**Project Mining License**" means a license to mine tokens, and earn rewards, associated with a specific project.
22. "**Resultant Data**" means data and information related to your use of the Hardware, Software and/or Portal that is used by D.E.B.T. in an aggregate and/or anonymized manner, including to compile statistical and performance information related to the provision and operation of the Hardware, Software and/or Portal.
23. "**Services**" has the meaning set forth in the Preamble.
24. "**Software**" means the executable, object code version of the software (A) pre-loaded on the Hardware, (B) the software made available to you to install on your personal computer or laptop, or otherwise on a third-party server (e.g., AWS), (C) any Project Mining License; (D) the VBOX; and (E) any Maintenance Releases provided to you pursuant to these Terms.
25. "**Terms**" has the meaning set forth in Section 16.
26. "**Tokens**" means the cryptocurrency generated as a result of utilizing the Software and Hardware in accordance with these Terms.
27. "**VBOX**" means the virtual machine hosted by D.E.B.T. available for purchase by You, solely for the operation of your purchased Software and Project Mining Licenses. Each VBOX is capable of operating up to twenty (20) Project Mining Licenses per purchased VBOX access right.
28. "**VBOX Credits**" means the credits provided to you by D.E.B.T. on a monthly basis with your purchase of access and use rights to a VBOX, and which are necessary to run an applicable Project Mining License on a VBOX.
29. "**Warranty Period**" has the meaning set forth in Section 12.1 below.
30. "**Website**" means a website offered by us or our authorized resellers that link to or otherwise require the agreement with these Terms.

# 3. Purchase Terms

1. *Orders and Acceptance.* You agree that any order to purchase Hardware, Software, or services is an offer under these Terms. All orders must be accepted by us or we will not be obligated to complete the sale. We may choose not to accept orders at our sole discretion, even after we send you a confirmation email with your order number and details of your order.
2. *Hardware Purchases and Restrictions.* If You purchased a license before January 1, 2023 are entitled, upon written request, and subject to availability and regulatory compliance, and legal approval, to receive Hardware capable of running applicable Software at no additional charge. This right to free Hardware with the purchase of Software is limited to a Licensee's first purchase only, at a limit of one per individual. Any additional Hardware desired by you or otherwise required to run additional Project Mining Licenses must be purchased at the then current Fee price (as further provided in Section 3.3 below). You may not obtain any additional

Case 2:23-cv-00482-RJS-DBP   Document 3-5   Filed 07/26/23   PageID.161   Page 34 of 138

Hardware for free under any circumstances. You agree that you will not create any secondary accounts, or use other third parties as a proxy to obtain any additional free Hardware.

3. *Fees.* The current price of applicable Hardware, rights to VBOX, and respective Project Mining Licenses are set forth in the Order section of the D.E.B.T. Portal.

4. *Payment Terms.* We accept payment for Hardware, Software and Project Mining Licenses using only the accepted cryptocurrencies or tokens identified in the Order section of the Portal:

   1. **Cryptocurrency Payment** – Payment of accepted cryptocurrencies and project Tokens will be at the rates equivalent to the comparative U.S. Dollar value of such cryptocurrency, or project Token, at the time of the purchase.

   2. **Accuracy of Payment Information** –You represent and warrant that (a) the payment information, including any related digital wallet information for transactions you supply to us are true, correct and complete; (b) you are duly authorized to use such payment information to make a purchase; and (c) you will pay charges incurred by you at the posted Fee prices, including shipping and handling charges and all applicable taxes, if any, incurred at the time of your order.

# 4. Licenses; Security Measures Intellectual Property Rights

1. License Grant to Software. Subject to and conditioned on your payment of the respective Fees for the applicable Software, and further conditioned upon the compliance with these Terms, D.E.B.T. hereby grants to you a non-exclusive, non-sublicensable, and non-transferable license to use the Software and Documentation to run Project Mining Licenses you selected and paid Fees to participate in, on the purchased Hardware, purchased rights to VBOX, and/or in order to run the Software on your personal computer, personal laptop, or a third-party server.

2. D.E.B.T. Hosting Access Rights. Subject to your compliance with these Terms, if you purchased VBOX or have a balance of D.E.B.T. Hosting Credits, D.E.B.T. hereby grants to you a limited, non-exclusive, revocable, non-transferrable, non-assignable, right to access the Services in accordance with this Section 4.2, in accordance with this Section 4.2. D.E.B.T. hosting of your Project Mining Licenses requires a VBOX with sufficient VBOX Credits or D.E.B.T. Hosting Credits.

   1. VBOX Credits. Credits (each a "**VBOX Credit**") are required to operate the Software on a VBOX. Each VBOX is capable of operating up to twenty (20) Project Mining Licenses. With your purchase of VBOX, D.E.B.T. will, on a monthly basis, provide you with enough VBOX Credits to host up to twenty licenses for the respective month. VBOX Credits can be managed in the hosting section of your account.

   2. *D.E.B.T Hosting Credits.* You may purchase D.E.B.T. Hosting Credits on an individual basis. Each D.E.B.T. Hosting Credit is entitles you to a month of D.E.B.T. hosting of one (1) Project Mining License. D.E.B.T.

   3. VBOX Credits and D.E.B.T. Hosting Credits are non-refundable and non-transferrable and are NOT forms of digital currency.

3. *Open Source Licenses.* The Software includes Open Source Components licensed for use with the Software. Any use of the Open Source Components by you is governed by, and subject to, the terms and conditions of the applicable open source license(s).

4. *Security Measures.* The Hardware, Software, and Services may contain technological measures designed to prevent unauthorized or illegal use. You acknowledge and agree that D.E.B.T. may use these technological measures and other lawful measures to verify your compliance with these Terms and enforce D.E.B.T.'s rights, including all Intellectual Property Rights, in and to the Software and Services.

5. *License and Use Restrictions for the Services and Software.* Except as these Terms expressly permit, and subject to Section 4.3 with respect to Open Source Components, you shall not:

   1. Subject to 4.6 below, copy the Software or Services, in whole or in part;

   2. modify, correct, adapt, translate, enhance, or otherwise prepare derivative works or improvements of any Software or Services;

   3. rent, lease, lend, sell, sublicense, assign, distribute, publish, transfer, or otherwise make available the Software or Services to any third party;

   4. reverse engineer, disassemble, decompile, decode, or adapt the Software or Portal, or otherwise attempt to derive or gain access to the source code of the Software or Services, in whole or in part;

   5. bypass or breach any security device or protection used for or contained in the Software, Services, or Documentation;

   6. input, upload, transmit, or otherwise provide, any information or materials that are unlawful or injurious, or contain, transmit, or activate any Harmful Code;

   7. remove, delete, efface, alter, obscure, translate, combine, supplement, or otherwise change any trademarks, terms of the Documentation, warranties, disclaimers, or Intellectual Property Rights, proprietary rights or other symbols, notices, marks, or serial numbers on or relating to any copy of the Software, Portal, or Documentation;

   8. use the Software or Portal in any manner or for any purpose that infringes, misappropriates, or otherwise violates any Intellectual Property Right or other right of any person, or that violates any applicable Law;

   9. use the Software or Portal for purposes of: (i) benchmarking or competitive analysis of the Software or Portal; (ii) developing, using, or providing a competing software product or service; or (iii) any other purpose that is to D.E.B.T.'s detriment or commercial disadvantage; and

   10. use the Software, Portal, or Documentation in any manner or for any purpose or application not expressly permitted under these Terms.

6. *Limited right to make copies of the Software for applicable licenses to run on a personal computer, personal laptop, or third-party server.* If you did not purchase Hardware or a VBOX, and intend to instead run the respective Software licenses independently using a personal computer, personal laptop, or third-party server, D.E.B.T. hereby grants you a limited right to make a single copy of each held Software license as necessary to run such Software license on the applicable personal computer, personal laptop, or third-party server.

7. *Intellectual Property Rights.* You acknowledge that:

   1. the Software, rights to use the Portal, and Documentation are licensed, not sold, to you by D.E.B.T. and you do not have under or in connection with these Terms any ownership interest in or to the Software or Documentation, or in any related Intellectual Property Rights therein.

   2. D.E.B.T. and its applicable licensors are the sole and exclusive owners of all right, title, and interest in and to the Software, Portal, and Documentation, including all Intellectual Property Rights relating thereto, subject only to the rights of third parties in Open Source Components and the limited license granted to you under these Terms and

   3. you hereby unconditionally and irrevocably assign to D.E.B.T. or D.E.B.T.'s designee, your entire right, title, and interest in and to any Intellectual Property Rights that you may now or hereafter have in or relating to the Software, Documentation, and resultant Data (including any rights in derivative works or patent improvements), whether held or acquired by operation of Law, contract, assignment or otherwise.

8. *No Implied Rights.* Except for the limited rights and licenses expressly granted under these Terms, nothing in these Terms grants, by implication, waiver, estoppel or otherwise, to you or any third party, any Intellectual Property Rights or other right, title, or interest in or to any of the Software, Portal, or Documentation.

# 5. Community Guidelines

Users of D.E.B.T. are a community, and certain third-party services like Discord, Telegram, and others are used to help our users connect and engage in discussions. These guidelines provided in this Section 5 explain what is and isn't allowed when engaging with our community through any such third-party services. Without limiting the foregoing, such third-party services may have their own community guidelines or acceptable use policies, which shall in no way supersede these guidelines applicable to your use of Hardware, Software, and Services.

1. *Respecting Users.*
   - Do not harass others or organize, promote, or participate in harassment.
   - Do not organize, promote, or participate in hate speech or hateful conduct.
   - Do not make threats of violence or threaten to harm others.
   - Do not use Discord for the organization, promotion, or support of violent extremism.
   - Do not share content that violates anyone's intellectual property or other rights.
   - Do not disparage D.E.B.T. or our partners, vendors or affiliates.

2. *Honesty: No Misrepresentations.*
   - Do not share false or misleading information (otherwise known as misinformation).
   - Do not coordinate or participate in malicious impersonation of an individual or an organization (including D.E.B.T.).
   - Do not make threats of violence or threaten to harm others.

# 6. Suspension and Termination Rights

D.E.B.T. may, directly or indirectly, suspend, terminate, or otherwise deny your access to the Services, including the Portal, and ability to mine any project Tokens, without incurring any resulting obligation or liability, if: (i) D.E.B.T. receives a judicial or other governmental demand or order, subpoena, or law enforcement request that expressly or by reasonable implication requires D.E.B.T. to do so, or (ii) D.E.B.T. believes, in its sole discretion, that (A) you have failed to comply with any part of these Terms, or (B) you have, been, or are likely to be involved in any fraudulent, misleading, or unlawful activities related to or in connection with the use of the Software. This Section 6 does not limit any of D.E.B.T.'s other rights or remedies, whether at Law, in equity or under these Terms.

# 7. Maintenance Releases

During the Warranty Period, and at D.E.B.T.'s sole discretion following the Warranty Period, D.E.B.T. will provide you with all Maintenance Releases (including updated Documentation) that we may, in our sole discretion, make generally available to its licensees at no additional charge. All Maintenance Releases provided by D.E.B.T. to you are deemed Software. You will install all Maintenance Releases as soon as practicable after receipt. You do not have any right hereunder to receive any new versions of the Software that D.E.B.T. may, in its sole discretion, release from time to time.

# 8. Digital Wallet

The digital wallet used in the Software is an Open-Source Component. Such digital wallet has a public key and a private key. You will be provided the private key and will alone have access to such private key. D.E.B.T. does not store your private key in any reasonably accessible manner and cannot help you retrieve your private key if you lose such private key. You have the sole responsibility to maintain, in your fully secure possession, the credentials for accessing your digital wallet, including the private key for your digital wallet.

# 9. D.E.B.T. Portal

1. Portal. Use of the Hardware, mining of any project Tokens, and earning any rewards further requires the creation and maintenance of an account for our D.E.B.T. dashboard (such dashboard herein referred to as the "**Portal**"). D.E.B.T. hereby grants you a non-exclusive, non-transferable right to access and use the Portal during the Term in accordance with the terms and conditions herein. Such use is limited to your internal use with your Hardware and Software.
2. Changes to the Portal. D.E.B.T. reserves the right, in its sole discretion, to make any changes to the Portal that it deems necessary or useful to: (a) maintain or enhance: (i) the quality or delivery of the Portal and its related services to its customers; or (ii) the Portal's cost efficiency or performance; or (b) to comply with applicable Law.
3. Portal Use Restrictions. Use restrictions of the Portal are set forth in Section 4.5 above.
4. Portal Account. To make use of any purchased license, you will need to create an account, including providing a verifiable email address and creating a unique password. You are responsible for your account activity, including unauthorized activity. You must safeguard the confidentiality of your account credentials, including your username and password. If you become aware of unauthorized access to your account, you must change your password and notify us immediately.
5. Customer Data. The Portal, connected through your established account and connected Hardware, Software and will process Customer Data. As between you and D.E.B.T., you are and will remain the sole and exclusive owner of all right, title, and interest in and to all Customer Data, including all Intellectual Property Rights relating thereto, subject to the rights and permissions granted herein. You represent, warrant, and covenant to D.E.B.T. that you own or otherwise have and will have the necessary rights and consents in and relating to the Customer Data so that, as received by D.E.B.T. and processed in accordance with these Terms, they do not and will not infringe, misappropriate, or otherwise violate any Intellectual Property Rights, or any privacy or other rights of any third party or violate any applicable Law. You hereby irrevocably grant all such rights and permissions in or relating to Customer Data as necessary or useful to D.E.B.T. to enforce these Terms and exercise D.E.B.T.'s rights and perform D.E.B.T.'s obligations hereunder. Any Customer Data collected or otherwise processed by D.E.B.T. will be processed in accordance with D.E.B.T.'s privacy policy theD.E.B.T.box.com/privacy.

# 10. Shipment; Title and Risk of Loss

1. Shipment. We will arrange for shipment of purchased Hardware to you. You will pay all shipping and handling charges specified during the ordering process. Shipping and handling charges are reimbursements for the costs we incur in the processing, handling, packing, shipping, and delivery of your order.
2. Title and Risk of Loss. Title and risk of loss passes to you upon our transfer of the products to the shipping carrier. Shipping and delivery dates are estimates only and cannot be guaranteed. We are not liable for any delays in shipments.

# 11. No Returns or Refunds

The Fees paid with respect to the Hardware, Software, including any applicable Project Mining Licenses are non-refundable, and we do not accept any returns of Hardware for any reason, except as otherwise may be required under applicable Law.

# 12. Limited Warranty; Disclaimers

1. *Limited Hardware Warranty.* D.E.B.T. warrants to you that, for a period of twelve (12) months from the date of shipment of the Hardware ("**Warranty Period**"), such Hardware shall be free from material defects in material and workmanship. Our responsibility for defective Hardware is limited to repair or replacement as described in Section 12.2 below.
2. *Limited Hardware Warranty Remedy.* With respect to any defective Hardware during the Warranty Period, we will, in our sole discretion, either repair or replace such Hardware (or the defective part) free of charge. We will also pay for shipping and handling fees to return the repaired or replaced Hardware to you. To obtain warranty service, you must email our customer service department at support@thedebtbox.com during the Warranty Period. The remedies described above are your sole and exclusive remedies and our entire liability for any breach of the limited warranty provided in Section 12.1 above.
3. *Project Mining License and Associated Project Disclaimer.* A PROJECT MINING LICENSE IS A MINING LICENSE THAT ALLOWS YOU TO ACT AS A PARTICIPATING NODE. THE SUCCESS OF ANY PROJECT RELATED TO THE PROJECT MINING LICENSE, THE UNDERLYING TRANSACTIONS, AND TOKENS GENERATED, AND THEIR VALUE, ARE NOT CONTROLLED IN ANY WAY BY D.E.B.T. D.E.B.T. SHALL NOT HAVE ANY RESPONSIBILITY OR LIABILITY FOR, ARISING OUT OF, RELATING TO, ASSOCIATED WITH OR RESULTING FROM YOUR MINING OF ANY TOKENS ASSOCIATED WITH A PROJECT. YOU BEAR FULL RESPONSIBILITY FOR VERIFYING THE RISKS AND EVALUATING THE PROJECT A PROJECT MINING LICENSE IS ASSOCIATED WITH., FOR BASIC INFORMATION ABOUT POTENTIAL RISKS, PLEASE REVIEW SECTION 12.7 BELOW.
4. *Disclaimer Warranties.* EXCEPT AS EXPRESSLY SET FORTH IN SECTION 12.1 ABOVE, ALL HARDWARE, SOFTWARE, AND SERVICES OFFERED BY US, INCLUDING ANY HOSTING AND THE PORTAL ARE PROVIDED "AS IS" WITHOUT ANY WARRANTY WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ANY (A) WARRANTY OF MERCHANTABILITY; (B) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; OR (C) WARRANTY AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY; WHETHER EXPRESS OR IMPLIED BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE, OR OTHERWISE. SOME JURISDICTIONS LIMIT OR DO NOT ALLOW THE DISCLAIMER OF IMPLIED OR OTHER WARRANTIES, IN WHICH CASE, THE DISCLAIMER IN THIS SECTION 12.4 MAY NOT APPLY TO YOU. D.E.B.T. SHALL NOT BE LIABLE OR OTHERWISE RESPONSIBLE FOR ANY DATA LOSS RELATING TO ANY CUSTOMER DATA, AND SHALL HAVE NO OBLIGATION TO BACK-UP ANY SUCH CUSTOMER DATA.
5. DIGITAL WALLET DISCLAIMER. D.E.B.T. HAS NO CONTROL OVER YOUR DIGITAL WALLET AND CANNOT GUARANTEE THE SECURITY OF ANY SUCH DIGITAL WALLET. CONTINUED STORAGE OF ANY TOKENS OR OTHER DIGITAL ASSETS ON THE DIGITAL WALLET PROVIDED WITH THE HARDWARE OR ANY OTHER DIGITAL WALLET YOU MAY TRANSFER TOKENS OR DIGITAL ASSETS TO, IS DONE SO AT YOUR OWN RISK. IN THE EVENT OF ANY LOSS, HACK OR THEFT OF ANY TOKENS OR OTHER DIGITAL ASSETS FROM YOUR DIGITAL WALLET, YOU ACKNOWLEDGE AND AGREE THAT YOU SHALL HAVE NO RIGHT(S), CLAIM(S) OR CAUSES OF ACTION IN ANY WAY WHATSOEVER AGAINST D.E.B.T. FOR SUCH LOSS, HACK OR THEFT OF ANY SUCH DIGITAL ASSET.
6. Inherent Risk of Cryptographic Systems. You hereby acknowledge and assume the risk of using the Hardware and Software and the inherent risks of blockchain technologies and mining Tokens, including:
    1. **Many market, technological and legal forces are outside the exclusive control of D.E.B.T.** Cryptocurrencies such as Tokens, blockchain technology, and other associated and related technologies are not exclusively controlled by D.E.B.T. and adverse changes in market forces, including but not limited to, amendments to regulatory or intellectual property Law, technological advancements, decreases in token or cryptocurrency or cryptographic token utility, social or economic reforms, the failure of commercial relationships, or the malfunction, breakdown or abandonment of the cryptocurrency protocols may affect the value of any project Token.
    2. **The application of blockchain technology is novel and untested and may contain inherent flaws or limitations.** Blockchain is an emerging technology that offers new capabilities which are not fully proven in use. Risks associated with the blockchain technology could affect the financial performance of any project token, including the market for blockchain assets generally.
    3. **The success of any respective project Token requires interest from a large number of validators and/or other network participants.** The success of any applicable project Token relies on a significant number of parties willing to act as validators and/or miners, supporters or other participants of the network. There is no guarantee however, that a sufficient number of individuals will continue participate in the blockchain associated with a specific project Token. No one is contractually or legally obligated to continue to participate in any applicable blockchain and may cease participation if they determine that such participation is no longer profitable, if they are prevented from doing so by government or regulatory agencies, or for any other reason. If participants cease to continue supporting the respective blockchain for a certain project Token, such blockchain may be unable to function and the value of underlying Tokens may decline or decrease to zero.
    4. **Tokens are not insured.** Tokens are not insured by any governmental or regulatory entity. In the event of loss, or the loss of the utility value of Tokens, you will have no recourse (and shall never have recourse against D.E.B.T. in accordance with these Terms) unless you have obtained private insurance for such respective Tokens.
    5. **There is no guarantee that any Tokens will hold value or increase in value.** Tokens and other cryptocurrencies are highly speculative, and any increase in value of respective project Tokens is contingent upon numerous circumstances, many of which (including legal and regulatory conditions) are beyond D.E.B.T.'s control. There is no assurance that any project Token will increase in value, or that applicable project Tokens will have any value or liquidity when you acquire them.
    6. **The tax treatment of the tokens is uncertain and there may be adverse tax consequences.** The tax characterization of project Tokens is uncertain, and holding Tokens may result in adverse tax consequences.
    7. **Regulatory Uncertainty.** The regulatory regime governing blockchain technologies, cryptocurrency, and other crypto-based items is uncertain, and new regulations or policies may materially adversely affect the value of any Project Mining License and/or project Tokens generated using the Hardware and Software.
    8. **Distributed Ledger Technology risk.** There are risks associated with using Internet and distributed-ledger or other blockchain based products, including, but not limited to, the risk associated with hardware, software, and Internet connections, the risk of malicious software introduction, and the risk that third parties may obtain unauthorized access to your digital wallet or account.
    9. **Third-Party Services.** We do not control third-party services or products like the underlying blockchains that the greater D.E.B.T. ecosystem runs on, the digital wallets, or other third-party products that you may be interacting with that may be integral to your ability mine and store Tokens. Such third parties may experience system outages or other technological events that disrupt your ability to use the Software, including mine Tokens, during such disruption.
7. No Investment Advice. D.E.B.T. is acting solely as a technology services provider and does not provide any investment, tax or other advisor services regarding Tokens, projects, or otherwise.
8. Applicable Law. The use of the Hardware and Software are subject to all applicable Laws. D.E.B.T. reserves the right to make changes to its policies, operational guides, procedures, and protocols, including any changes to Documentation and/or Software, as necessary to comply with Law.

# 13. Limitation of Liability

IN NO EVENT SHALL WE BE LIABLE TO YOU OR ANY THIRD PARTY FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES, LOST PROFITS OR REVENUES OR DIMINUTION IN VALUE, ARISING OUT OF, OR RELATING TO, AND/OR IN CONNECTION WITH ANY BREACH OF THESE TERMS, REGARDLESS OF (A) WHETHER SUCH DAMAGES WERE FORESEEABLE, (B) WHETHER OR NOT WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND (C) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED. OUR SOLE AND ENTIRE MAXIMUM LIABILITY AND YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY CAUSE WHATSOEVER, SHALL BE LIMITED TO THE ACTUAL AMOUNT PAID BY YOU FOR THE PRODUCTS AND SERVICES YOU HAVE ORDERED THROUGH OUR WEBSITE.

# 14. Indemnification

1. D.E.B.T. Indemnification of You. D.E.B.T. shall indemnify, defend, and hold you harmless from and against any and all Losses incurred by you resulting from any claim, action, cause of action, demand, lawsuit, arbitration, inquiry, audit, proceeding, litigation, citation, summons, subpoena, or investigation of any nature, civil, criminal, administrative, regulatory, or other, whether at Law, in equity, or otherwise, ("**Action**") by a third party that the Software or Documentation, or any use of the Software or Documentation in accordance with these Terms, infringes or misappropriates such third party's US Intellectual Property Rights. This Section 14.1 does not apply to the extent that the alleged infringement arises from:

1. combination, operation, or use of the Software in or with, any technology (including any software, hardware, firmware, system, or network) or service not provided by D.E.B.T. or specified for your use in the Documentation;
2. modification of the Software other than: (a) by D.E.B.T. in connection with these Terms; or (b) with D.E.B.T.'s express written authorization and in strict accordance with D.E.B.T.'s written directions and specifications;
3. use of any version of the Software other than the most current version or failure to timely implement any Maintenance Release, modification, update, or replacement of the Software made available to you by D.E.B.T.;
4. use of the Software after D.E.B.T.'s notice to you of such activity's alleged or actual infringement, misappropriation, or other violation of a third party's rights;
5. negligence, abuse, misapplication, or misuse of the Hardware, the Software or Documentation by or on behalf of you, your representatives, or a third party;
6. use of the Hardware, Software, Services, or Documentation by or on behalf of you that is outside the purpose, scope, or manner of use authorized by these Terms or in any manner contrary to D.E.B.T.'s instructions;
7. events or circumstances outside of D.E.B.T.'s commercially reasonable control (including any third-party hardware, software, or system bugs, defects, or malfunctions); or
8. third-party claims or Losses for which you are obligated to indemnify D.E.B.T. pursuant to Section 14.2.

2. Your Indemnification of D.E.B.T.. You agree that you shall indemnify, defend, and hold harmless D.E.B.T. and its affiliates, and each of its and their respective officers, directors, employees, agents, subcontractors, successors and assigns from and against any and all Losses incurred by you resulting from any Action by a third party:
   1. that any Intellectual Property Rights or will be infringed, misappropriated, or otherwise violated by any use or combination of the Software and/or Portal by you with any hardware, software, system, network, service, or other matter whatsoever that is neither provided by D.E.B.T. nor authorized by D.E.B.T. under these Terms and the Documentation; and
   2. relating to facts that, if true, would constitute a breach by you of any representation, warranty, covenant, or obligation under these Terms;
   3. relating to your negligence, abuse, misapplication, misuse or more culpable act or omission (including recklessness or willful misconduct) with respect to the Software, Portal, or Documentation or otherwise in connection with these Terms; or
   4. relating to your use of the Software or Portal that is outside the purpose, scope or manner of use authorized by these Terms or the Documentation, or in any manner contrary to D.E.B.T.'s instructions.

3. Indemnification Procedures. Each party shall promptly notify the other party in writing of any Action for which such party believes it is entitled to be indemnified pursuant to Section 14.1 or Section 14.2. The party seeking indemnification (the "**Indemnitee**") shall cooperate with the other party (the "**Indemnitor**") at the Indemnitor's sole cost and expense. The Indemnitor shall promptly assume control of the defense and investigation of such Action and shall employ counsel of its choice to handle and defend the same, at the Indemnitor's sole cost and expense. The Indemnitee may participate in and observe the proceedings at its own cost and expense with counsel of its own choosing. The Indemnitor shall not settle any Action on any terms or in any manner that adversely affects the rights of any Indemnitee without the Indemnitee's prior written consent, which shall not be unreasonably withheld or delayed. The Indemnitee's failure to perform any obligations under this Section 14.3 will not relieve the Indemnitor of its obligations under this Section 14, except to the extent that the Indemnitor can demonstrate that it has been materially prejudiced as a result of such failure.

# 15. Goods Not for Resale or Export

You represent and warrant that you are buying the Hardware, Software, and Services from Us for your own personal or household use only, and not for resale or export. You further represent and warrant that all purchases are intended for final delivery to locations outside the Excluded Jurisdictions and will not be provided to any Disqualified Person.

# 16. Term

This agreement shall commence on the day you accept these terms and shall continue for so long as you use the Hardware, Software, and/or Services (the "**Term**").

# 17. Dispute Resolution

PLEASE READ THIS SECTION CAREFULLY BECAUSE IT IS AN AGREEMENT TO ARBITRATE DISPUTES AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF.

In consideration for our provision of the Hardware, Portal, and Software to you, you and D.E.B.T. each agree that any and all disputes or claims arising under, out of, in connection with, or related to your use of the Hardware, Portal, Software, or these Terms in any fashion, or the subject matter, negotiation, performance, termination, interpretation, or formation of the agreement resulting from your acceptance of these Terms, (a "**Dispute**") must be resolved exclusively in binding arbitration. However, a party may assert a claim in small claims court, if the asserted claim qualifies and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. These Terms, including the right to Arbitrate, is intended to be broadly interpreted and the Federal Arbitration Act governs the enforcement of these Terms to arbitrate.

For any Dispute with D.E.B.T., you agree first to contact us at support@thedebtbox.com and attempt to resolve the Dispute with us informally. In the event that we do not resolve a Dispute informally, we each agree to resolve any Dispute (excluding any claims for injunctive or other equitable relief) arising out of or in connection with or relating to these Terms, or the breach or alleged breach thereof, by binding arbitration by the Judicial Arbitration and Mediation Services ("**JAMS**") pursuant to its Comprehensive Arbitration Rules and Procedures and shall be conducted in Wyoming, unless otherwise agreed to in writing by the parties. Each party will be responsible for paying any JAMS filing, administrative and arbitrator fees in accordance with JAMS rules. The award rendered by the arbitrator shall include costs of arbitration, reasonable attorneys' fees and reasonable costs for expert and other witnesses, and any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Nothing in this Section shall prevent either party from seeking injunctive or other equitable relief from the courts as necessary to prevent the actual or threatened infringement, misappropriation, or violation of that party's data security, Intellectual Property Rights, or other proprietary rights.

# 18. No Class Action; No Jury Trial

ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NO CLASS ACTION OR REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION OR OTHER PROCEEDING UNDER THESE TERMS. UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND WE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

# 19. Miscellaneous

1. Severability. Every provision of these Terms will be construed, to the extent possible, so as to be valid and enforceable. If any provision of these Terms is construed or held by a court of competent jurisdiction to be invalid, illegal or otherwise unenforceable, such provision will be deemed severed from these Terms, and all other provisions will remain in full force and effect.
2. Governing Law. These Terms and any dispute arising out of these Terms, shall be governed by and construed in accordance with the Laws of the State of Wyoming, without giving effect to any choice or conflict of Law provision or rule (whether of the State of Wyoming or any other jurisdiction) that would cause the application of the Laws of any jurisdiction other than those of the State of Wyoming.
3. Entire Agreement. These Terms, together with the Terms of Use, our _____ Policy_, and any amendments and any additional agreements you may enter with us in connection with the use of the Website, Hardware, Software, or Portal, constitute the entire agreement between you and us.
4. Waiver. Our failure at any time to enforce any of the provisions of these Terms or any right or remedy available hereunder or at Law or in equity, or to exercise any option herein provided, will not constitute a waiver of such provision, right, remedy or option or in any way affect the validity of these Terms. Our waiver of any default will not be deemed a continuing waiver, but will apply solely to the instance to which such waiver is directed.
5. Headings; Summaries. The section headings and any plain English summaries appearing in these Terms are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.
6. No Assignment. These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. Any attempted transfer or assignment in violation hereof shall be null and void.
7. No Third-Party Beneficiaries._ Other than as expressly provided in these Terms, no third-party beneficiaries are intended or will be construed as created by these Terms.
8. Survival. All Sections which by their nature should survive the termination of these Terms shall continue in full force and effect, notwithstanding any termination of these Terms.
9. Notices; Electronic Communications. D.E.B.T. may provide notifications, whether such notifications are required by law or are for marketing or other business-related purposes through posting of such notice on the Website. You agree that all agreements, notices, disclosures, and other communication we provide to you via the Website to satisfy any legal requirement that such communications be in writing. We reserve the right to determine the form and means of providing notification to our users.

**D.E.B.T.**
PROJECTS
HOSTING
SPECIFICATIONS
PRIVACY POLICY
TERMS AND CONDITIONS
STORE

 

© 2022 DEBT. All rights reserved.

Page 36
thedebtboxstore
https://thedebtboxstore.com/password



Captured by FireShot Pro: 14 March 2023, 16:27:09

# Exhibit 2



Where Commodities Meet Digital Currency



## Black Gold

### The Future of Oil Exploration

### Lite Paper

V1.3

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY

As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

## DEBT BOX AT A GLANCE



## BLACK GOLD TOKEN (BGLD)

Black Gold is a DEBT Box project supported by and linked to the physical production and sale of crude oil. By purchasing a Black Gold (BGLD) software mining license and becoming a BGLD node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator to support oil industry projects within the exploration, drilling and physical production of crude oil with certain key benefits. Software mining license holders are rewarded for their blockchain support with BGLD tokens.

**8 KEY BENEFITS**



- Proprietary Satellite-scanning Technology
- And the ability to attract new liquidity
- Reduce Exploration Costs
- Better efficiency with less administrative burden
- Reducing a reliance on brokers
- Creating value eearlier in the process
- Less waste
- Providing a better understanding of bottlenecks

## GET INVOLVED



**Purchase your Black Gold Software Mining License.** Become part of the DEBT Box community and be a part of the future of oil exploration and the growing DEBT Box ecosystem from the comfort of your home. Purchase your BGLD software mining license today, this is a one-time purchase. Only 50,000 retail BGLD software mining licenses will be available.



**Activate your license.** DEBT Box licenses, including BGLD, operate with very little electricity and require minimal internet service. Software mining licenses are compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, or a DEBT Box hardware. See www.thedebtbox.com/specifications for more details.



**Collect Rewards.** When your BGLD software mining license is active and connected to the internet, you will be rewarded with BGLD tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to your BGLD Piggy Bank wallet within 24-hours. Withdraw these rewards to your private BGLD DEBT Box wallet using the dashboard.

# REWARDS



While a BGLD software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of BGLD tokens every 24-hours, rewards generated today are deposited the BGLD Piggy Bank wallet within a comma after 24-hours and from here can be withdrawn to your private BGLD DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

Distributions are made daily based on a weighted point system. The total number of points are computed each day and then used to calculate the distributions.

Rewards can be swapped or exchanged for other DEBT Box tokens, other currencies or used to make DEBT Box ecosystem purchases.

## BGLD TOKEN MILESTONES

| | | |
|---|---|---|
| • | Identify Oil Exploration & Production Projects to Support | ✔ |
| • | Sell 5,000 licenses within the first 6-months | ✔ |
| • | Get listed on Pancake Swap | ✔ |
| • | Reach $5 million in Liquidity value on Pancaake Swap | ✔ |
| | Get paired with BNB | ✔ |
| • | Get (BGLD) token price to 0.01 | ✔ |
| • | Get listed on 3 exchanges | Coming Soon |

# TOKENOMICS

The DEBT Box Black Gold (BGLD) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The BGLD project is supported by four areas:

- **Oil production royalties**
- **BGLD software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of BGLD tokens will be mined and placed into circulation by a limited number of software mining licenses. All BGLD tokens must be mined by BGLD software mining license holders. BGLD tokens will only be available for purchase through third-party exchanges.
This is not an Initial Coin Offering (ICO) project structure. The BGLD project constitutes a fair launch protocol. because 100% of the token must be mined.

# HOW IT WORKS

## LICENSE PURCHASES

For every purchased BGLD software mining license, a pre-determined amount of BGLD tokens will be placed into the BGLD Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 50,000 BGLD software mining licenses are available. Once all licenses are sold, all BGLD software mining licenses will be converted to transferable NFTs.

While a BGLD software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of BGLD tokens. Rewards generated each day are deposited to the BGLD Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box BGLD wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 50,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development of crude oil production projects for a share of the sales revenues, and continue to build and support the DEBT Box ecosystem.

## TRANSACTION FEES

BGLD is subject to a 10% transaction fee. This fee will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the BGLD EGI pool, this provides network growth
- 4% added to liquidity to access and support more exchanges

## OIL PRODUCTION ROYALTIES

A percentage of revenue generated from vetted and approved oil well projects will be converted to BGLD tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple oil projects in various jurisdictions on multiple continents, BGLD tokens will continually be taken out of the market.

Digital Licensing, Inc. (DLI) has partnered with multiple oil exploration companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent oil exploration and production companies with successful track records and decades of "in the field" experience. The partners' experience, combined with technical innovations brought by the DEBT Box ecosystem create proprietary efficiencies in this industry which are exclusive to the DEBT Box platform.

DLI has engaged in supporting the drilling of multiple wells on two, permitted and licensed to operate, oil fields. The first oil field is in Nevada on Bureau of Land Management land. The second oil field is in Nebraska on private land. The wells in Nevada have the potential to recover an estimated 400 million barrels of oil over the life of that oil field. The wells in Nebraska have the potential to recover over 50 million barrels of oil over the life of that oil field. Future oil field projects are being reviewed continuously. There are currently 11 targeted sites in Nebraska, 3 in Louisiana, 2 in Arkansas, multiple oil field targets in Texas, and exploration work started on a very large onshore site in Ghana, West Africa near the prolific Gulf of Guinea ocean oil fields.

## HALVING

Every year on January 1st, one-half (50%) of the EGI pool is sent to the burn wallet never to be seen again.



# BGLD NETWORK SYSTEM



**BGLD**

| No | Action or Description | Smart Contract Function(s) |
|---|---|---|
| 1 &2 | Purchase a software mining license. | Pre-determined amount of BGLD tokens are minted by the algorithm only in parity with the number of software mining licenses that are authorized to mine the ecosystem. (#6) |
| 3 &4 | Purchased software mining license activates a Private Virtual Server. | PVS begins mining BGLD from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | BGLD software mining license holder sets up their private wallet to receive their BGLD rewards. | BGLD rewards are mined from the EGI pool (#7) and deposited into the BGLD Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | BGLD tokens are minted by the system network because of the activation of a software mining license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into oil field exploration projects. | Oil field exploration projects result in producing oil wells pumping crude oil production. (#8) |
| 9 | Barrels of crude oil being produced from BGLD sponsored projects. | Barrels of BGLD oil are sold to the refineries or to crude oil buyers. (#9) |
| 10 | Proceeds from crude oil sales are paid into a trust fund. | The BGLD trust fund aggregates crude oil sales proceeds. (#11) |
| 11&12 | The BGLD trust fund collects proceeds from crude oil sales. | The BGLD trust fund collects proceeds from crude oil sales to purchase BGLD coin and places them into a burn wallet. (#11 and #12) |

 **Supply Distribution**

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|---|---|---|
| EGI Pool | 0xAE85A0d7406e83436A9d0753c8F9Fe1fcbb6FcD8 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0xFd74f05C56506dD7f0b6dc773422c97590989d03 | Responsible for managing the eco-system and working to build value. |
| Piggy Bank | 0x7C51f7719219E19e215431c873a77BA2D18d94B2 | Holds your rewards until you withdraw the rewards to your BGLD wallet. |
| Payments Wallet | 0x640716510C251e5148B96466069aE60676083536 | All BGLD tokens that have been used to purchase BGLD mining licenses, will be held in this wallet until burned. |

 **Resources**

Smart Contract Address:   0xC2319E87280c64e2557a51Cb324713Dd8d1410a3

BSCScan Details https://bit.ly/3ulxNJz



 **Disclosures and Risks**

It is important to know that the BGLD software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research regarding blockchain technology. This information has been provided to introduce you to the BGLD software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in the DEBT Box blockchain ecosystem.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions.

# Exhibit 3



**D.E.B.T.** BOX

Where Commodities Meet Digital Currency



**Token
Lite Paper**

v1.3

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly. Our goal is to release new projects in the pipeline on a quarterly basis.

## DEBT BOX AT A GLANCE



blockchain ecosystem

commodities & assets



## GROW TOKEN (GROW)

GROW token, the fourth DEBT Box project to launch, is supported by high yielding agriculture. GROW will contribute to the agriculture industry in the following ways and will bring a unique revenue source back into the ecosystem.



**REDUCING GROW COSTS**

**REDUCING A RELIANCE ON BROKERS**

**LESS WASTE**

**PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS**

**CREATING VALUE EARLIER IN THE PROCESS**

**BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN**

**THE ABILITY TO ATTRACT NEW LIQUIDITY**

**GROW WILL ALSO BE USED AS A PAYMENT SYSTEM**

## Get Involved with GROW

Become part of the DEBT Box community with a purchase of a GROW software mining license and take advantage of the crypto industry and the growing DEBT Box ecosystem from the comfort of your own home. Purchase your GROW software mining license today to earn reward tokens supported by agriculture.  This project includes 50,000 GROW software mining licenses.



### GROW Software Mining License



DEBT Box software mining licenses, including GROW, operate with very little electricity and require standard internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, hosting service or the DEBT Box hardware. For more details on the required specifications, see: www.thedebtbox.com/specifications.

## Collect Rewards

When your GROW software mining license is active and connected to the internet, you will be rewarded with GROW tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to the GROW Piggy Bank wallet within 24-hours. Withdraw these rewards to your DEBT Box GROW wallet using the dashboard.



# HOW IT WORKS

## PURCHASE A LICENSE

To earn GROW rewards, a software mining license must be purchased and connected to the internet. 50,000 GROW licenses are available for this project. Once all licenses are sold, all GROW licenses will be converted to transferable NFTs.

## HOST YOUR LICENSE

Each license sold can be assigned to, and hosted on, our proprietary hardware system known as the DEBT Box, a laptop, smart device or other hosting service, to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

## EARN REWARDS

While a GROW software license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of BGLD tokens every 24-hours. Rewards generated today are deposited to the GROW Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

## AGRICULTURE ROYALTIES

A percentage of revenue generated from vetted and approved farming operations will be converted to GROW tokens and sent to the burn wallet, never to be seen again. With revenues coming in from multiple Agricultural projects in various jurisdictions on multiple continents, GROW token will continue to be taken off the market.

Digital Licensing, Inc. (DLI) has partnered with multiple Agricultural companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent companies with successful track records and decades of experience. The partners' experience combined with technical innovations brought by the DEBT Box ecosystem create proprietary efficiencies in this industry which are proprietary to the DEBT Box platform.

## TRANSACTION FEES

GROW is subject to a 10% transfer fee. Each month this fee will be converted to BNB and distributed. 50% will be distributed evenly to all GROW license holders and 50% will go to the DEBT Council.

## 1 BILLION GROW TOKENS

One billion (1,000,000,000) GROW tokens will be mined and placed into circulation. All GROW tokens must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project structure. The GROW project constitutes a fair launch protocol, because 100% of the token must be mined.



# MILESTONES

**COMPLETE**

- **Partnered with operating farms**
- **Evaluate carbon credit potential**
- **Harvest first crop**

**FUTURE**

- **Listed on Pancake Swap**
- **$5m in liquidity**
- **Create p2p payment solution**

# REWARDS



 While a GROW software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each software mining license will be rewarded with a distribution of GROW tokens.  Rewards generated today are deposited into the GROW Piggy Bank wallet within 24-hours, from here, they can be withdrawn into your DEBT Box GROW wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

 The GROW project token was created in 2022, each year 50% of the tokens will be distributed and continue in perpetuity until 1 billion have been distributed. As 50% of the EGI pool is mined every year.



# TOKENOMICS

To be rewarded for a full 24-hour mining cycle, a license holder must have an active GROW software mining license connected to the internet that is online and regularly reporting activity to the mining server.

Tokens are mined from the Ecosystem Growth Initiative (EGI) on a half-life schedule. Each annual cycle half of the tokens in the EGI are mined to software mining license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to software license holders and the other 50% will be mined by the DEBT Council.

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

The GROW tokenomics include a 10% fee for all GROW token transactions. In addition to the daily rewards earned, each month the collected transaction fees will be converted to BNB and distributed; 50% will be distributed, in BNB, to all GROW license holders and 50% will be distributed to the DEBT Council.



##  Supply Metrics

| Max Supply | 1,000,000,000 |
|---|---|
| Total Supply | 1,000,000,000 |
| Circulating Supply | ~ 500,000,000 |

**Circulating Supply** = Number of coins in the public market.

**Market Cap** = Current Price  X  Circulating Supply
Ex: $50,000.00 = $0.0001  X  500,000,000

**Fully Diluted Market Cap (FDMC)** = Current Price  X Max Supply
Ex: $50,000.00 = $0.0001  X  50,000,000

*Examples shown are for illustrative purposes only.

 # Supply Schedule

GROW Token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1 billion tokens. The GROW token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule. The distribution schedule for the GROW token is below and continues indefinitely.



 # Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held.  All remaining wallet holders can be found on the *Wallet Holders* section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0xe02533A7BAcDfbf61E3bBBECCd2145cd02B11c7f | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0x747a5f79Ac000b3dc73ab7640f2aC478EC6d9058 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0x5eD1AEE31CC2C9dbAceDdc355BF036e2cc424054 | Holds your rewards until you withdraw the rewards to your GROW wallet |
| Payments Wallet | 0xebFF88087E682C8E82bf8b9f9B6A5059dF177844 | Wallet holding all tokens that have been used to purchase mining licenses, these tokens are held until January 1st of the following year. |

 ## Resources

Smart Contract Address: 0x3f3701e818A560eacD6fCA1477E36b9338a2cBEd

BSCScan Details https://bit.ly/3JtZjZL



 # Disclosures and Risks

It is important to know that the DEBT Box software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Information has been provided to introduce you to the GROW software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 4



Where Commodities Meet Digital Currency



# Natural Gas

**The Future of Natural Gas Exploration Lite Paper**

V1.3

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

## DEBT BOX AT A GLANCE



# NATURAL GAS TOKEN (NATG)

Natural Gas is a DEBT Box project supported by and linked to the physical production and sale of natural gas. By purchasing a Natural Gas (NATG) Software Node license and becoming a NATG node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support natural gas industry projects within the exploration, drilling and physical production of natural gas with certain key benefits. License holders are rewarded for their blockchain support with NATG tokens.

**8 KEY BENEFITS**



Proprietary Satellite-scanning Technology

Reducing a Reliance on brokers

Reducing Exploration Costs

The Ability to Attract New Liquidity

Less Waste

Better Efficiency With Less Administrative Burden

Providing a Better Understanding of Bottlenecks

Creating Value Earlier in the Process

# GET INVOLVED



**Purchase Your Natural Gas Software Mining License.** Become part of the DEBT Box community and be a part of the future of natural gas exploration and the growing DEBT Box ecosystem from the comfort of your home. Purchase your NATG software mining license today, this is a one-time purchase. There are 100,000 retail NATG licenses available.



**Activate Your License.** DEBT Box software licenses, including NATG, operate with very little electricity and require minimal internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, a hosting service, or DEBT Box hardware. For more details on required specifications, see www.thedebtbox.com/specifications.



**Collect Rewards.** When your software mining license is active and connected to the internet, you will be rewarded with NATG tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to the NATG Piggy Bank wallet within 24-hours. Withdraw these rewards to your DEBT Box wallet using the dashboard.

# REWARDS



While a NATG software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of NATG tokens every 24-hours. Rewards generated today are deposited to a NATG Piggy Bank wallet within 24-hours and from here, can be withdrawn to your DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

Distributions are made daily based on a point system. The total number of points are computed each day and then used to calculate the distributions.

Rewards can be swapped or exchanged for other DEBT Box tokens, other currencies or used to make DEBT Box ecosystem purchases.

## NATG TOKEN MILESTONES

- Partnered with an exploratory company
- Located reserves
- Drilled geochem
- Have active wells

FUTURE MILESTONES
- Listed on PancakeSwap
- $5 million in liquidity
- Get listed on centralized exchange

## TOKENOMICS

The DEBT Box Natural Gas (NATG) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The NATG project is supported by four areas:

- Natural gas production royalties
- NATG software mining license purchases
- An annual halving
- Transaction fees

A limited number of NATG tokens will be mined and placed into circulation by a limited number of software licenses. All NATG tokens must be mined by NATG software mining license holders and will only be available for purchase through third-party exchanges.

This is not an Initial Coin Offering (ICO) project structure. The NATG project constitutes a fair launch protocol, because 100% of the token must be mined.

# HOW IT WORKS

## LICENSE PURCHASES

For every purchased NATG license, a pre-determined amount of NATG tokens will be placed into the NATG Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 100,000 NATG licenses are available. Once all licenses are sold, all NATG licenses will be converted to transferable NFTs.

While a NATG software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of NATG tokens. Rewards generated each day are deposited to the NATG Piggy Bank wallet within 24-hours, from here rewards can be withdrawn to your private NATG wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 100,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development of natural gas production projects for a share of the sales revenues, and continue to build and support the DEBT Box ecosystem.

## TRANSACTION FEES

NATG is subject to a 10% transaction fee. This fee will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the NATG EGI pool, this provides network growth
- 4% added to liquidity to access and support more exchanges

## GAS PRODUCTION ROYALTIES

A percentage of revenue generated from vetted and approved natural gas projects will be converted to NATG tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple gas projects in various jurisdictions, on multiple continents, NATG tokens will continually be taken out of the market.

Digital Licensing, Inc. (DLI) has partnered with multiple gas exploration companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent exploration and production companies with successful track records and decades of "in the field" experience. The partners' experience, combined with technical innovations brought by the DEBT Box ecosystem, create proprietary efficiencies in this industry which are exclusive to the DEBT Box platform.

DLI has engaged in supporting the drilling of multiple wells on two, permitted and licensed to operate, gas fields. The first gas field is in Nevada on Bureau of Land Management land. The second gas field is in Nebraska on private land. Future natural gas field projects are being reviewed continuously. There are currently 11 targeted sites in Nebraska, 3 in Louisiana, 2 in Arkansas, multiple natural gas field targets in Texas, and exploration work started on a very large onshore site in Ghana, West Africa near the prolific Gulf of Guinea ocean oil fields.

## HALVING

Every year on July 1st, one-half (50%) of the EGI pool is sent to the burn wallet never to be seen again.



# NATG NETWORK SYSTEM



**NATG**

| No | Action or Description | Smart Contract Function(s) |
|----|----------------------|----------------------------|
| 1 &2 | Purchase a software mining license. | Pre-determined amount of NATG tokens are minted by the algorithm only in parity with the number of software licenses that are authorized to mine the ecosystem. (#6) |
| 3 &4 | Purchased software license activates a Private Virtual Server (PVS) in the cloud. | PVS begins mining NATG from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | NATG license holder sets up their private wallet to receive their NATG rewards. | NATG rewards are mined from the EGI pool (#7) and deposited into the NATG Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | NATG tokens are minted by the system network because of the activation of a software license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into natural gas exploration projects. | Natural gas exploration projects result in producing gas wells. (#8) |
| 9 | Natural gas is being produced from NATG sponsored projects. | Natural gas is sold to the refineries or buyers. (#9) |
| 10 | Proceeds from crude natural gas sales are paid into a trust fund. | The NATG trust fund aggregates crude oil sales proceeds. (#11) |
| 11&12 | The NATG trust fund collects proceeds from natural gas sales. | The NATG trust fund collects proceeds from natural gas sales to purchase NATG coin and place them into a burn wallet. (#11 and #12) |

 # Supply Distribution

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x879C3aC4d2A908B9160a9DEFE06f6Ba70775B534 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0xEB3de757De6E1423b363bA9166243C8666ec102E | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0xAd1dE240BDCD0E9bFE3642C7143a6190E1eFFA6e | Holds your rewards until you withdraw the rewards to your private NATG wallet. |
| Payments Wallet | 0xBca38F414730B56Fb950622e78060AB0F63Bd456 | All NATG tokens that have been used to purchase NATG mining licenses, will be held in this wallet until burned. |

 # Resources

Smart Contract Address:   0x9578A6CDfCB2d1A3075385217737f71adc29279d

BSCScan Details https://bit.ly/3xCjCBQ    

 # Disclosures and Risks

It is important to know that the NATG software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research regarding blockchain technology. This information has been provided to introduce you to the DEBT Box ecosystem and NATG software mining license, it is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT Box blockchain ecosystem.

For more information, please see the Terms of use at www.thedebtbox.com/terms-and-conditions.

# Exhibit 5



Where Commodities Meet Digital Currency



**The Future of Exploration**

**Lite Paper**



# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, natural gas and silver, just to name a few, with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues. These real-world commodity production projects benefit from the D.E.B.T. Box ecosystem through professional help from industry staff members that are employed by Digital Licensing, Inc., the ecosystem's permissioned administrator, project support through proprietary technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity production projects contribute to the roadmap for creating benefit that can be used by D.E.B.T. Box software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE



# EXPLORE (XPLR)

Explore, is a project that provides technology and services to various commodity suppliers around the world. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials the ability to create efficiencies throughout the exploration, extraction, refining and/or production processes of raw commodities.

Capitalizing on a technology-driven approach to the exploration industry, which traditionally bares the most risk when developing natural resources, XPLR directly influences the lowering of expenses during this criterial stage in the exploration process, resulting in the increase of commodity development and eventual production through reducing the cost associated with locating and targeting these valuable resources. This increased commodity production is Digital Licensing, Inc.'s way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

 **8 KEY BENEFITS**

XPLR will contribute to the commodity-based industries by offering the following benefits:



# GET INVOLVED WITH XPLR



Become part of the D.E.B.T. Box community with the purchase of an XPLR software mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your XPLR software mining license today to earn token rewards linked through blockchain technology supporting commodity-based project development. There are 500,000 retail software mining licenses available. The DEBT Council will release the software mining licenses in blocks of 100,000. The software mining license price will be determined by the DEBT Council at the time of release.

### XPLR Software Mining License



D.E.B.T. Box software mining licenses, including XPLR, operate with very little electricity and require standard internet service. Each license sold can be assigned to, and hosted on, the D.E.D.T. Box proprietary hardware system, a laptop, smart device, or other hosting service, to earn daily digital mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

### Collect Rewards



When your XPLR software mining license is active and connected to the internet, you will be rewarded with XPLR tokens for supporting the D.E.B.T. Box ecosystem. Rewards generated today are deposited to the XPLR Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box XPLR wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. Box software mining license purchases.

#  REWARDS

While an XPLR software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software mining license will be rewarded with a distribution of XPLR rewards. Tokens generated today are deposited into the XPLR Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box XPLR wallet and then stored, exchanged for other currencies, or used to make additional D.E.B.T. Box purchases. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

# XPLR TOKEN MILESTONES

**COMPLETE:**
- **Explore holds the exclusive contractual rights of use from the proprietary technology provider for the remote sensing technology platform.**
- **Partner with Commodity Development and Natural Resource Estimate companies in the USA and in Africa**
- **Secure several physical commodity projects to support enhanced production within the Agriculture, Crude Oil and Gas, Minerals and Mining, Project Real Estate Development  and Offtake royalty payment cash flows from within these industries.**
- **Identify probable and proven natural resource reserves for extraction and/ or development.**
- **Partner with proprietary metal separation and refining company for increased mineral yields.**
- **Partner with expert directional drilling companies.**
- **Partner with responsible sourcing and supply chain tracking company.**

**FUTURE:**

- **List XPLR on PancakeSwap**
- **Roadmap to independent exchange listing**

## TOKENOMICS

The D.E.B.T. Box Explore (XPLR) tokenomics have been designed as a deflationary token, to create a true supply and demand economic dynamic. The XPLR project is supported by four areas:

- **Explore project royalties**
- **XPLR software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of XPLR tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. All XPLR tokens must be digitally mined by XPLR software mining license holders and will only be available for purchase through third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. The XPLR project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to license holders.

# HOW IT WORKS

## EXPLORE

Explore (XPLR) works closely with developers, operators and land owners within the raw commodity-based industry along with professionals and experts to provide valuable exploration data generated through a wide array of carefully curated technologies, including, but not limited to, proprietary remote sensing, satellite imaging technology, 3-D rendering, target drilling, geo-chemical analysis, assays, and other valuable earth science processes for a portion of, or the right to share, additional commodity production from the project to the D.E.B.T. Box platform ecosystem. The comprehensive reports generated provide development and operational partners with the ability to accurately estimate and increase recoverable natural resources, enhancing the raw commodity production feasibility and contribute to other factors that lead to increased production of the raw materials being sought.

For this technically advanced service approach, Digital Licensing, Inc. negotiates a portion of the increased production in the form of a royalty stream from each partner's commodity-based industry project. By generating increased production, which didn't previously exist for a given raw material, and exchanging that newly created value, DLI is able to support the limiting of XPLR token supply over time. This is done by utilizing the XPLR smart contract to direct the royalty stream payments through the XPLR Trust Fund to perpetually purchase XPLR rewards from the secondary market and burn these tokens never to be seen again. True to deflationary tokenomics, by removing the tokens, the value of token holders' wallets increase. Explore brings access to increased tangible raw materials that the world needs while rewarding XPLR software mining license holders.

## TRANSACTION FEES

XPLR is subject to a 10% transaction fee. This fee applies to all transactions involving XPLR tokens and will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the XPLR EGI pool providing network growth
- 4% added to liquidity to access and support digital currency exchanges

## LICENSE PURCHASES

For every purchased XPLR software mining license, a pre-determined amount of XPLR token rewards will be placed into the XPLR Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The XPLR project will offer 500,000 retail software mining licenses. When all XPLR software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 500,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development, continue to build and support, and stability of the D.E.B.T. Box ecosystem. The DEBT council will work closely with DLI to continue development of a range of carefully curated technologies and raw commodity projects that augment and increase the production of raw materials for a share of the increased production and commodity sales revenues.

## HALVING

Every year on October 1st, one-half (50%) of the Explore EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, the term "halving" refers to a process that reduces the issuance rate of new coins. More precisely, halving is the periodical reduction of the block subsidy provided to digital miners. The halving ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens increase.

## DEBT COUNCIL

The DEBT Council is responsible for managing the ecosystem and working with Digital Licensing, Inc., the platform's permissioned administrator, to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

# XPLR NETWORK SYSTEM



XPLR

| No | Action or Description | Smart Contract Function(s) |
|---|---|---|
| 1 &2 | Purchase a software mining license. | Pre-determined amount of XPLR tokens are minted by the algorithm only in parity with the number of software licenses that are authorized to mine the ecosystem. (#6) |
| 3 &4 | Purchased software license activates a Private Virtual Server (PVS) in the cloud. | PVS begins mining XPLR from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | XPLR license holder sets up their private wallet to receive their XPLR rewards. | XPLR rewards are mined from the EGI pool (#7) and deposited into the XPLR Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | XPLR tokens are minted by the system network because of the activation of a software license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into exploration projects. | Exploration projects result in producing gas wells. (#8) |
| 9 | Royalties from commodities are being produced from XPLR sponsored projects. Use  the rest of the sentence | Royalties are received from commodity prodducti0on and sales. |
| 10 | Royalties from commodity production and  sales are paid into a trust fund. | XPLR trust fund aggregates commodity royalties. |
| 11&12 | The XPLR trust fund collects proceeds from commodity production and sales. | The XPLR trust fund collects proceeds from commodity production and sales to purchase XPLR coin and place them into a burn wallet. (#11 and #12) |

 **Supply Distribution**

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x4b535b7146C5b71CC5ba25CE9b0659AD9b11fBc1 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0xbf7B0369d78BED6b8247F5a77bE827d186b8cbE1 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0x883f2a7b6621Ffd83e8ac7eb6B47017FdD40116E | Holds your rewards until you withdraw the rewards to your XPLR wallet |
| Payments Wallet | 0xc2159140532df76BecB9A4917CFE653879c95189 | All XPLR tokens that have been used to purchase XPLR mining licenses, will be held in this wallet until burned. |

 **Resources**

**Smart Contract Address:** 0xBC6488C75b47dAff2CDdd64003A203540B3112e4

BSCScan Details https://bit.ly/3R3UQBW



 **Disclosures and Risks**

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the XPLR software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions
.

# Exhibit 6



Where Commodities Meet Digital Currency



## GOLD

**The Future of Gold Exploration**

**Lite Paper**

# DEBT BOX IS THE FUTURE OF  CRYPTO MINING

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues. These real-world commodity production projects benefit from the D.E.B.T. Box ecosystem through professional help from industry staff members that are employed by Digital Licensing, Inc., the ecosystem's permissioned administrator, project support through proprietary technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. These projects contribute to the roadmap for creating an internal exchange that can be used by D.E.B.T. Box software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE





# DIGITAL LINKED GOLD TOKEN (DLG)

Digital Linked Gold, one of the first projects launched on the D.E.B.T. Box platform has been created to establish a digital asset truly linked to a physical counterpart of gold. This has been done by linking every digital unit authorized (token) to a respective deliverable counterpart, a gram of gold. The DLG project will contribute to the mining industry by supporting selected mining projects and offering the following benefits:

 **8 KEY BENEFITS**



PROPRIETARY SATELLITE-REMOTE SENSING TECHNOLOGY

STABLE OFF TAKE FOR RAW COMMODITY PRODUCTION

DRASTICALLY REDUCING EXPLORATION COSTS

MAXIMIZING REALIZED EXTRACTION VALUE

ESTABLISHING MORE GOLD TARGET VALUE

ALLOWING FOR MORE ECO-FRIENDLY OPERATIONS

CREATING PRODUCTION EFFICIENCIES

ESTABLISHING VALUE EARLIER IN THE PROCESS

# GET INVOLVED WITH DLG



Become part of the D.E.B.T. Box community with the purchase of a DLG software mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your DLG software mining license today to earn reward tokens linked to physical gold. The DEBT Council will be releasing DLG software mining licenses in blocks of 10,000 as deliverable gold is produced and made available for delivery.

**DLG Software Mining License**



D.E.B.T. Box software mining licenses, including DLG, operate with very little electricity and only require standard internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, a hosting service, or the D.E.B.T. Box hardware. For more details on the required specifications, see: www.thedebtbox.com/specifications.



**Collect Rewards**

When your DLG software mining license is active and connected to the internet, you will be rewarded with DLG tokens for supporting the D.E.B.T. Box blockchain ecosystem. Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box DLG wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or redeemed for physical gold*.

*Minimum amount required to redeem for physical gold with availability subject to physical production of deliverable gold.

 **REWARDS**

While a DLG software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software mining license will be rewarded with a distribution of DLG rewards. Tokens generated today are deposited into the DLG Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box DLG wallet and then stored, exchanged for other currencies, or redeemed for physical gold. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

A percentage of the EGI pool is digitally mined every year based on the amount of deliverable gold available from the partnered physical mining projects. As gold becomes available in deliverable form, the equivalent value of digital tokens is minted and deposited to the EGI pool to be digitally mined and rewarded to license holders over an initial period of ten (10) years. DLG licenses are perpetual and will exist into perpetuity once converted into NFT's, while the initial 10-year term is to capture, and book end the digital currency's tokenomics.

## MILESTONE

**COMPLETE:**
- **Integrate XPLR, enabling the use of exclusive proprietary remote sensingtechnology**
- **Partner with gold mining operation companies in the USA and in AFRICA**
- **Secure several physical mining projects to support enhanced production**
- **Identify probable and proven gold reserves for extraction**
- **Partner with proprietary metal separation and refining company**
- **Partner with responsible sourcing and tracking supply chain company**

**Future:**
- **Get listed on a decentralized exchange**

# HOW IT WORKS

### PURCHASE A LICENSE

To earn DLG rewards, a software mining license must be purchased and connected to the internet. The DEBT Council will release DLG licenses in blocks of 10,000 based on the availability of deliverable gold. With every 100,000 licenses sold, the DLG licenses will be converted to transferable NFTs, becoming your perpetual asset.

### HOST YOUR LICENSE

Each license sold can be assigned to, and hosted on, our proprietary hardware system known as the D.E.B.T. Box, a laptop, smart device, or other hosting service, to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

### EARN REWARDS

While a DLG software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of DLG tokens every 24-hours. Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours and from here can be withdrawn to your D.E.B.T. Box DLG wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

### DLG TOKENS

DLG tokens can only be digitally mined once the physical counterpart of gold has been identified and is made available to be delivered in its physical form, thus Linking the value of each token to this highly sought-after commodity. All DLG tokens must be digitally mined and will only be available on third-party exchanges after being mined by a D.E.B.T Box software mining license. This is not an Initial Coin Offering (ICO) project structure. The DLG project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to license holders.

1 DLG token = 1 Gram of Gold



### GOLD LINKING

By utilizing the benefits of D.E.B.T. Box digital currency project, Explore (XPLR), Digital Linked Gold is able to work closely with a team of industry professionals such as geologists, mining engineers, mine site operators and other industry experts associated with DLG supported physical gold mining projects, to analyze mine data and accurately create project feasibility reports. This combined industry knowledge and standardized reports aid in establishing estimates of recoverable gold production, feasibility of mining and other necessary factors that lead to a successfully administered and operated physical gold mining project. DLG has applied these skills to several physical mining projects within the Southwestern Unites States and in Ghana, West Africa, two of the top five gold mining jurisdictions on the planet. By linking each digital token to its physically mined counterpart of gold, DLG software mining licenses can be rewarded with DLG tokens for as long as there is physical gold production available to deliver. Tokens are digitally mined from the Ecosystem Growth Initiative (EGI) pool over an initial ten (10) year schedule. When gold is produced in a deliverable physical form, the equivalent value in DLG tokens are deposited to the EGI pool to be mined over the initial ten-year (10) period. This creates value and stability for the digital reward tokens.

### LINKED vs BACKED

There are a few credible gold "backed" crypto projects, but only one gold "LINKED" digital currency project, D.E.B.T. Box's Digital Linked Gold (DLG). DLG is unique because it has utilized blockchain technology to LINK digital tokens with physical gold units of value mined from the earth. This contrasts with, for instance, mining Bitcoin Gold (BTG), which essentially uses a derivative of BTC to create the opportunity to simply purchase gold from retail sellers. "Backing" crypto currency with a commodity is a promise to hold a pegged value against that commodity and ultimately purchasing that commodity, which is significantly different than "linking" the physical commodity with its digital counterpart through the blockchain, making DLG a one-of-a-kind LINKED, not backed, token model.

### REDEMPTION FEES

With each token linked to a physical counterpart of gold, token holders can choose to store tokens, exchange them for other currencies or redeem them for physical gold. As a deliverable, there are redemption fees when requesting to take physical delivery of gold. These fees, to be determined at the time of redemption, will include secure and insured delivery.

## TOKENOMICS

To be rewarded for a full 24-hour digital mining cycle, a software license holder must have an active DLG software mining license connected to the internet that is online and regularly reporting activity to the blockchain network.

The DEBT Council works closely with Digital Licensing, Inc.'s technical team and other industry experts to analyze mine data provided in standardized reports, known as a National Instrument 43-101 report. Remote sensing, satellite imaging, 3-D rendering, target drilling, geo-chemical analysis, assays, and other earth science processes all contribute to the data and ability to accurately estimate recoverable natural resources, production feasibility of mining and other necessary factors that lead to a successful gold mine.

By linking each token digitally mined to a physical gold counterpart (1 token = 1 gram of gold), DLG is considered a stable coin, which is defined as a crypto asset that maintains a stable value against a target price of 1oz. of gold represented in a USD unit-of-value. Stable Coins are designed for any (decentralized) application which requires a low threshold of volatility to be viable on a blockchain.



The DLG token is perpetual, meaning the software mining licenses will be rewarded with DLG tokens for as long as there is gold available to deliver. Tokens are digitally mined from the Ecosystem Growth Initiative (EGI) pool on an initial ten (10) year schedule. As gold is produced in a deliverable form, the equivalent value, in DLG tokens, is deposited into the EGI pool. Each deposit is to be digitally mined over an initial ten-year (10) period. Tokens are mined to software mining license holders based on a synthetic proof of work algorithms, without requiring excessive energy and hardware costs. The DEBT Council will not receive a percentage of the daily rewards but does have the ability to purchase and operate DLG software mining licenses.

The DEBT Council is responsible for managing the ecosystem and working with Digital Licensing, Inc., the platform's permissioned administrator, to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.



 **SUPPLY DISTRIBUTION**

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x4B8D7320d78e6940ad3acc331494156B91491176 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0x1DB1beE4bd43b2B52EdbFE0D1cb9CD34CcF155A3 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0x5a4ABe428D0a56AA63Fc83784053CdfF4348C20e | Holds your rewards until you withdraw the rewards to your DLG wallet |
| Payments Wallet | 0x7728Da29C9E1594A7c27F63AF701575b4Fd8828E | Wallet holding all tokens that have been used to purchase mining licenses, these tokens are held until January 1st of the following year. |

 **RESOURCES**

Smart Contract Address:   0x891dC083842d1865fFDb8519B9dCAf363Af5422A

BSCScan Details https://bit.ly/3ypofzh 

 **DISCLOSURES AND RISKS**

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DLG software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain. For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 7



Where Commodities Meet Digital Currency



## Aluminum

### Lite Paper

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, natural gas and silver just to name a few with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues through the production and sale of these commodities. These real-world commodity production projects benefit from the D.E.B.T. Box ecosystem through professional help from industry staff members that are employed by Digital Licensing, Inc., the ecosystem's permissioned administrator, project support through proprietary technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity production projects contribute to the roadmap for creating benefit that can be used by D.E.B.T. Box software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE





# ALUMINUM (ALUM)

Aluminum, is utilizing D.E.B.T. Box project Explore (XPLR), to provide exploration technology to identify viable bauxite ore deposits for various bauxite ore and aluminum suppliers around the world. Aluminum is an essential part of many manufacturing processes and products, including common products that are consumed globally, such as beverage cans, electronic devices, foils, equipment, automobiles, and the aerospace industry, to name a few. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials, such as bauxite, a sedimentary rock and the world's main source of aluminum and gallium, the ability to create efficiencies throughout the exploration, extraction, refining and/or production process.

Capitalizing on this technology-driven approach to the exploration of bauxite, ALUM directly influences the lowering of expenses during the exploration process, resulting in the increase of commodity production through reducing the development cost associated with locating and targeting this valuable resource. Increased commodity production is Digital Licensing's way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

 **8 KEY BENEFITS**

ALUM will contribute to the commodity-based industries by supporting offering the following benefits:



## GET INVOLVED WITH ALUM



Become part of the D.E.B.T. Box community with the purchase of an ALUM software mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your ALUM software mining license today to earn token rewards linked through blockchain technology supporting bauxite exploration and aluminum production. There are 500,000 retail software mining licenses available. The DEBT Council will release the software mining licenses in blocks of 100,000. The software mining license price will be determined by the DEBT Council at the time of release.

### ALUM Software Mining License



D.E.B.T. Box software mining licenses, including ALUM, operate with very little electricity and require standard internet service. Each license sold can be assigned to, and hosted on, the D.E.D.T. Box proprietary hardware system, a laptop, smart device, or other hosting service, to earn daily digital mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

### Collect Rewards



When your ALUM software mining license is active and connected to the internet, you will be rewarded with ALUM tokens for supporting the D.E.B.T. Box ecosystem. Rewards generated today are deposited to the ALUM Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box ALUM wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. Box software mining license purchases.

## REWARDS

While an ALUM software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software mining license will be rewarded with a distribution of ALUM rewards. Tokens generated today are deposited into the ALUM Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box ALUM wallet and then stored, exchanged for other currencies, or used to make additional D.E.B.T. Box purchases. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

## MILESTONES

COMPLETE:
- **Aluminum utilizes XLPR's exclusive contractual rights of use from the proprietary technology provider for the remote sensing exploration technology platform.**
- **Partner with Commodity Development and Natural Resource Estimate companies in the USA and in Africa**
- **Identify probable and proven natural resource reserves for extraction and/or further development.**
- **Partner with proprietary metal separation and refining company for increased yields during the refining and production processes.**
- **Partner with expert directional drilling companies for a more efficient and environmentally friendly extraction process.**
- **Partner with a responsible sourcing and supply chain tracking company.**

**Future**
- **Listed on Pancake Swap**
- **Roadmap to Independent exchange listing**

## TOKENOMICS

The D.E.B.T. Box Aluminum (ALUM) tokenomics have been designed as a deflationary token, to create a true supply and demand economic dynamic. The ALUM project is supported by four areas:

- **Aluminum project royalties**
- **ALUM software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of ALUM tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. All ALUM tokens must be digitally mined by ALUM software mining license holders and will only be available for purchase through third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. The ALUM project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to license holders.

# HOW IT WORKS

## ALUMINUM 💬

Aluminum (ALUM) works closely with developers, operators and land owners within the bauxite/aluminum industry and professionals and experts to provide valuable exploration data generated through a wide array of carefully curated technologies, including, but not limited to, proprietary remote sensing, satellite imaging technology, 3-D rendering, target drilling, geo-chemical analysis, assays, and other valuable earth science processes for a portion of, or the right to share in, additional commodity production from the project to the D.E.B.T. Box platform ecosystem. The comprehensive reports generated provide development and operational partners with the ability to accurately estimate and increase recoverable natural resources, enhancing the raw commodity production feasibility and contribute to other factors that lead to increased production of the raw materials being sought.

In exchange for this technically advanced service, Digital Licensing, Inc. negotiates a portion of the increased production in the form of a royalty stream from each commodity-based project. By generating increased production, which did not previously exist for the given raw material, and by exchanging that newly created value, DLI is able to support the limiting of ALUM token supply over time. This is done by utilizing the ALUM smart contract to direct the royalty stream payments through the ALUM Trust Fund to perpetually purchase ALUM rewards from the secondary market and burn these tokens never to be seen again. True to deflationary tokenomics, by removing or burning these tokens, the value of the remaining token holders' wallets increases. Aluminum brings access to increased tangible raw materials that the world needs while rewarding ALUM software mining license holders.

.

## TRANSACTION FEES 💬

ALUM is subject to a 10% transaction fee. This fee applies to all transactions involving ALUM tokens and will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the ALUM EGI pool providing network growth
- 4% added to liquidity to access and support digital currency exchanges

## 💬 LICENSE PURCHASES

For every purchased ALUM software mining license, a pre-determined amount of ALUM token rewards will be placed into the ALUM Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The ALUM project will offer 500,000 retail software mining licenses. When all ALUM software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 500,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development, continue to build and support, and stability of the D.E.B.T. Box ecosystem. The DEBT council will work closely with DLI to continue development a variety of relationships in the aluminum industry that augment and increase mineral production for a share of the increased production and commodity sales revenues.

## 💬 HALVING

Every year on October 1st, one-half (50%) of the Aluminum EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, the term "halving" refers to a process that reduces the issuance rate of new coins. More precisely, halving is the periodical reduction of the block subsidy provided to digital miners. The halving ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens increase.

## 💬 DEBT Council

The DEBT Council is responsible for managing the ecosystem and working with Digital Licensing, Inc., the platform's permissioned administrator, to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

## Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x4b535b7146C5b71CC5ba25CE9b0659AD9b11fBc1 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0xbf7B0369d78BED6b8247F5a77bE827d186b8cbE1 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0x883f2a7b6621Ffd83e8ac7eb6B47017FdD40116E | Holds your rewards until you withdraw the rewards to your ALUM wallet |
| Payments Wallet | 0xc2159140532df76BecB9A4917CFE653879c95189 | All ALUM tokens that have been used to purchase ALUM mining licenses, will be held in this wallet until burned. |

## Resources

Smart Contract Address:   0x2f31750A50DF85d9C0EF88d0C2Fe9f014233755A

BSCScan Details  https://bit.ly/3AyfpQX



## Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the ALUM software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'lvoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain. For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 8



Where Commodities Meet Digital Currency



# BEV

**Beverage Distribution Blockchain**



V1.1

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital currencies are supported by real-world commodities through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, distribution channels and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefit that can be used by D.E.B.T. software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE



# BEVERAGE DISTRIBUTION BLOCKCHAIN PROJECT (BEV)

Every year, over 1.23 billion beverages are purchased worldwide, making it one of the largest global industries, and it's only expected to grow!

D.E.B.T. is revolutionizing the $1.8 trillion beverage industry by bringing it into the world of crypto.

## Size and Growth of the Beverage Market

Total Beverage Product Units Sold at Retail by Region



Source: https://www.packworld.com/industry/beverage/article/21485409/beverage-trends-driving-change-in-2021

Rather than create our own proprietary formula, BEV, the seventh D.E.B.T. project, is supported by royalties generated from the bottling and distribution of multiple beverages for multiple companies.

A recent multi-million-dollar contract has been awarded to our partner, providing distribution services to retailers such as: 7-11, Aldis, Food Lion, Sam's Club and more. Royalties received will be used to buy BEV Project token out of the market to be burned.  With our unique digital approach, we are able to be more competitive with our negotiating and will continue to seek additional methods for burning BEV token out of the BEV ecosystem.



**Pie Chart**

- 🟡 Bottled water **(24.6%)**
- 🔴 Carbonated soft drink **(18.6%)**
- 🔵 Coffee **(10.9%)**
- ⚪ Beer **(10.2%)**
- 🟠 Tap/other **(9.4%)**
- 🟣 Milk **(8.1%)**
- 🔵 Tea **(5.5%)**
- 🟪 Fruit beverage **(4.4%)**
- 🟢 Sports Drinks **(3%)**
- 🔴 Wine and spirts **(2.4%)**
- ⚪ Value-added water **(1.4%)**
- 🟣 Energy drinks **(1.3%)**

**Consumption share of beverages** in the United States in 2021, by segment

Source: https://www.statista.com/statistics/387199/us-consumption-share-of-beverages-by-segment/

## GET INVOLVED WITH BEV

Become part of the D.E.B.T. community with the purchase of a BEV software mining license and take advantage of the beverage and crypto industries through the growing D.E.B.T. ecosystem.

Purchase your BEV software mining license today to earn daily rewards supported by deflationary tokenomics through royalties received from the beverage industry, including, manufacturing, packaging, and distribution.

There are 300,000 software mining licenses, 150,000 available for retail and 150,000 owned by the treasury. Retail licenses will be available at the following cost break down chart 1-50,000 will be purchased and eventually added to the rental pool

- **50,001 - 70,000  - $1,000**
- **70,001 – 90,000 - $1,500**
- **90,001 – 110,000 - $2,000**
- **110,001 – 130,000 - $2,500**
- **130,001 - 140,000 - $3,000**
- **140,001 - 150,000** — beginning at $3,100 per license, the price will increase by $100 for every 10 licenses sold (i.e. the price for licenses 149,901 - 150,000 will be $13,000).

# HOW IT WORKS

## Beverage Distribution Blockchain

The BEV Project is a revolutionary way to be a part of the recession proof global beverage industry through token rewards.    Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing and distribution of several beverage products to multiple retailers. These royalties shall be used to purchase BEV tokens out of the BEV Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the beverage distribution sector with the goal of increasing the size of token burns, further supporting the BEV Project.

In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem.

## Ecosystem Growth Initiative Pool

The platform's BEV Project Ecosystem Growth Initiative Pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## Transaction Fees

The BEV Project token has a 10% transaction fee. This fee applies to all transactions involving BEV tokens. Including: withdraws, swaps, transfers, exchanges, and purchases.  100% of the transaction fees (also called a "tax" in the crypto industry) will be sent to the BEV Project burn wallet and removed from the ecosystem forever.

## License Activation

For every BEV software mining license activated, a pre-determined amount of BEV token rewards will be placed into the BEV Ecosystem Growth Initiative (EGI) pool. This creates enough token in the ecosystem to be digitally mined. The purpose of the EGI pool is to hold the tokens until they are mined. The BEV project will make available only 150,000 retail software mining licenses and a finite total of 15 billion tokens will be available to be mined. Licenses are not transferrable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the BEV Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

To add continued support to the ecosystem, the D.E.B.T. Council will control 150,000 treasury licenses. These licenses will be used to manage liquidity pools, expand future development, continue to build, and support the stability of the D.E.B.T. ecosystem. The D.E.B.T. council will work to continue to develop a variety of relationships in the beverage industry that increase token burns.

## Quarterly Buran

Every quarter, beginning April 1, 2023, one-quarter (25%) of the BEV token EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, burning tokens is a process that reduces the number of tokens capable of being mined. More precisely, the quarterly burn will reduce the block subsidy provided to BEV license holders. The reduction in tokens ensures that a crypto asset will follow a steady issuance rate (total mining rate across the BEV Project) until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. This process only affects tokens in the EGI pool, not tokens that have been purchased or rewarded to software mining license holders. By reducing the number of tokens available in the EGI pool, the daily rewards awarded to software license holders will also be reduced. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens potentially increases over time.



# BEV SOFTWARE MINING LICENSE



All D.E.B.T. software mining licenses, including BEV, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. The cost for hosting varies by option. For more details, see: www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your BEV software mining license is active and connected to the internet, you will be rewarded with BEV tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the BEV Piggy Bank wallet within 24-hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine the cryptocurrency's value.

The D.E.B.T. Beverage Distribution Blockchain Project (BEV) tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BEV project tokenomics are supported by five areas:

- **300,000 BEV software mining licenses will exist. 150,000 available for retail purchase and 150,000 treasury licenses.**

- **BEV software mining license activation. 50,000 tokens are generated per license and added to the EGI pool, providing a finite total of 15 billion BEV tokens.**

- **Beverage Distribution Blockchain (BEV) project royalties will purchase token out of the ecosystem and burn them.**

- **Beginning April 1, 2023, each quarter, 25% of the EGI pool will be burned.**

- **10 % Transaction fees are charged for each transaction involving BEV. This includes, but is not limited to withdraws, swaps, transfer, and purchases. 100% of these fees will be burned monthly.**

A limited number of BEV tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of software mining licenses (150,000 licenses). All BEV tokens must be digitally mined by BEV software mining license holders and will only be available for purchase through peer-to-peer or third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the BEV Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The BEV Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens.  All BEV tokens must be digitally mined by a license holder.

## REWARDS

BEV Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Upon launch, peer-to-peer transfer of BEV tokens will be available immediately. It is anticipated that the BEV Project token will be listed on its first exchange within the first quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

# ⚡ Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the BEV token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x8b1c048E8850EBC8bD0FfEbf6Fb1aE2225F9E2aC | Mining pool where the daily mining is distributed from. |
| Buy& Burn Wallet | 0x525d4E10E7903B61188C0D5ce54E281c2448E98c | Used to purchase tokens on the open market and send to the burn wallet as per the blockchain protocol. |
| Piggy Bank | 0x3662Cf700EE99dBbe57CA44a7b67Be06E6A83C88 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | 0x712e559710fA4ce6F362AA74F1C3dC06fD78384B | All BEV tokens that have been used to purchase BEV mining licenses, will be held in this wallet until burned. |

# ⚡ Resources

Smart Contract Address:  0x56f55473983e71bd807d7421A14b6ff9096C40D5

BSCScan Details  https://bit.ly/DEBTBEV      

# ⚡ Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the ALUM software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  software mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 9



Where Commodities Meet Digital Currency



V1.2

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital currencies are supported by real-world commodities through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, distribution channels and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefit that can be used by D.E.B.T. software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.



# BLOCKCHAIN REAL ESTATE PROJECT (BLOX)

BLOX is the D.E.B.T. ecosystem real estate project that will bring huge growth and excitement to the D.E.B.T. community.

The BLOX Project is supported by multiple components of commercial real estate transactions. In the first 24 months, the BLOX Project is working with multiple institutions with the goal of collecting fees on over $500 million in transactions. Royalties received will be used to purchase BLOX token out of the market to be burned.

In 2022, the real estate market was estimated at $3.81 trillion USD. Although the industry can experience swings, it is expected to grow to be a $5.85 trillion industry by 2030 with a current growth rate of 5.2% (source: https://www.grandviewresearch.com/industry-analysis/real-estate-market).

The D.E.B.T. ecosystem plans to take advantage of this growth and continue to find ways to utilize blockchain technology in real estate transactions. Blockchain technology has impacted the real estate industry in several ways in recent years. This advancement allows for a new means for buyers and sellers to connect, intermediaries are being cut out, reducing costs, and payments are now being accepted in crypto currency.

D.E.B.T.'s strategic partners will focus specifically on commercial real estate deals. Each real estate transaction generates fees. These fees are created through closings, loans, title work, agents, brokers, and more.  The royalties from these fees will then be used to buy BLOX tokens out of the ecosystem supporting the deflationary tokenomics.

# GET INVOLVED WITH

Become part of the D.E.B.T. community with the purchase of a BLOX Project mining license and take advantage of the growing real estate and crypto industries through the D.E.B.T. ecosystem.

Purchase your BLOX mining license today to earn daily rewards supported by deflationary tokenomics through royalties received from real estate transactions.

There are 600,000 software mining licenses, 300,000 available for retail and 300,000 controlled by the treasury. Retail licenses will be available at the following cost break down:

50,000 will be purchased and eventually added to the rental pool

**50,001 - 100,000  - $1,500**
**100,001 – 150,000 - $2,000**
**150,001 – 200,000 - $3,000**
**200,001 – 250,000 - $4,000**
**250,001 - 300,000** - beginning at $5,000 per license, the price will
increase by $100 for every 100 licenses sold (i.e.  Licenses 299,901 – 300,000 will be $54,900)

# BLOX SOFTWARE MINING LICENSE

All D.E.B.T. software mining licenses, including BLOX, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. The cost for hosting varies by option. For more details, see: www.thedebtbox.com/hosting.

# COLLECT REWARDS

When your BLOX software mining license is active and connected to the internet, you will be rewarded with BLOX tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the BLOX Piggy Bank wallet within 24-hours.

Licensees may withdraw these rewards to a D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

# TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine the cryptocurrency's value.

The D.E.B.T. Blockchain Real Estate Project (BLOX) tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BLOX Project tokenomics are supported by five areas:

- 600,000 BLOX software mining licenses will exist. 300,000 available for retail purchase and 300,000 treasury licenses.
- BLOX software mining license activation. $1,000 worth of BLOX tokens (at current market value) are generated per license activated and added to the EGI pool, providing a finite number of tokens available in the ecosystem.
- Blockchain Real Estate (BLOX) project royalties will purchase token out of the ecosystem and burn them.
- Annual Halving. Beginning April 1, 2023, each year, 50% of the EGI pool will be burned.
- 10 % Transaction fees are charged for each transaction involving BLOX. This includes, but is not limited to withdraws, swaps, transfer, and purchases. 100% of these fees will be burned monthly.

A limited number of BLOX tokens will be available to be digitally mined, and thus placed into circulation by a limited number of software mining licenses (max 300,000 licenses). All BLOX tokens must be digitally mined by BLOX software mining license holders and will only be available for purchase through peer-to-peer or third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the BLOX Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The BLOX Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens.  All BLOX tokens must be digitally mined by a license holder.

# HOW IT WORKS

## Blockchain Real Estate (BLOX)

The BLOX Project is an innovative way to be a part of the real estate industry through token rewards.  Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. These royalties shall be used to purchase BLOX tokens out of the BLOX Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams with the goal of increasing the size of token burns, further supporting the BLOX Project ecosystem.

In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem.

## LICENSE ACTIVATION

For every BLOX software mining license activated, $1,000 worth of BLOX tokens, based on the current market value, will be placed into the BLOX Ecosystem Growth Initiative (EGI) pool. This creates enough token in the ecosystem to be digitally mined. The purpose of the EGI pool is to hold the tokens until they are mined. The BLOX Project will make available only 300,000 retail software mining licenses. Licenses are not transferrable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the BLOX Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market at and may be different than the purchase price of a license.

To add continued support to the ecosystem, the D.E.B.T. Council will control 300,000 treasury licenses. These licenses will be used to manage liquidity pools, expand future development, continue to build, and support the stability of the D.E.B.T. ecosystem.

## ECOSYSTEM GROWTH INITIATIVE POOL

The platform's BLOX Project Ecosystem Growth Initiative Pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## TRANSACTION FEES

The BLOX Project ecosystem has a 10% transaction fee. This fee applies to all transactions involving BLOX tokens. Including: withdraws, swaps, transfers, exchanges, and purchases. 100% of the transaction fees (also called a "tax" in the crypto industry) will be Project burn wallet and removed from the ecosystem forever.

## ANNUAL BURN

Every year, beginning April 1, 2023, fifty percent (50%) of the BLOX tokens in the EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, burning tokens is a process that reduces the issuance rate of new coins. More precisely, the periodical reduction of the block subsidy provided to digital miners. The reduction in tokens ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. This process only affects tokens in the EGI pool, not tokens that have been purchased or rewarded to software mining license holders. By reducing the number of tokens available in the EGI pool, the daily rewards awarded to software license holders will also be reduced. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens potentially increases over time.

## REWARDS

BLOX Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards. Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Upon launch, peer-to-peer transfer of BLOX tokens will be available immediately. It is anticipated that the BLOX Project token will be listed on its first exchange within the first quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.



 ## Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x9F252F68d2003B45aB73Ae7c9Fb5eC682275bb2d | Mining pool where the daily mining is distributed from. |
| Buy& Burn Wallet | 0x525d4E10E7903B61188C0D5ce54E281c2448E98c | Used to purchase tokens on the open market and send to the burn wallet as per the blockchain protocol. |
| Piggy Bank | 0x9671a47994D94B340843418E0582fc6e206CCf75 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | 0x02fBf65973d163127d03aB5a41228e053a216147 | All BLOX tokens that have been used to purchase BLOX mining licenses, will be held in this wallet until burned. |

 ## Resources

Smart Contract Address:  0xFA308289E71769A53161731792E633418e55a75f

BSCScan Details https://bit.ly/DEBTBLOX   

 ## Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the ALUM software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  software mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 10



Where Crypto Meets Commodities



## Water Blockchain Project
## Lite Paper



V 4.23.2

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital tokens are supported by real-world commodities and services through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, distribution channels, and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline, and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefits that can be used by D.E.B.T. mining license holders, D.E.B.T. ecosystem token holders, and third-party token holders.



# D.E.B.T. AT A GLANCE

WATER BLOCKCHAIN PROJECT (DRIP)

The Water Blockchain Project (DRIP) is supported by the physical production of water products. D.E.B.T. is revolutionizing the water industry (retail packaged water, including purified, spring, sparkling, distilled and flavored) by bringing it into the world of crypto. The water industry is currently valued at about $342 billion dollars and is expected to increase at a compound annual growth rate (CAGR) of 5.24% per year from 2024 to 2027; this growth can be attributed to factors such as a higher demand for hygienic drinking water and increased health consciousness in consumers*. As a part of the drip project, the D.E.B.T. Council will work closely with our partners to ensure a portion of all water sales will be used to drill wells in areas across the world that will benefit from access to clean drinking water.



* https://www.statista.com/outlook/cmo/non-alcoholic-drinks/bottled-water/worldwide

# GET INVOLVED WITH DRIP

Become part of the D.E.B.T. community with the purchase of a DRIP mining license and take advantage of the water distribution and crypto industries through the growing D.E.B.T. ecosystem. Purchase your DRIP mining license today to earn daily rewards supported by half-life tokenomics.
There are 130,000 retail mining licenses available. Retail licenses will be available at the cost breakdown below. Note that licenses priced between $4,000 or less can only be purchased with USDT, USDC, BNB, or DEBT, while licenses priced above that can be purchased with the aforementioned tokens as well as any D.E.B.T. project token.

| License | Cost |
|---|---|
| 1–1,000 | $7,500 |
| 1,001–2,000 | $7,000 |
| 2,001–3,000 | $6,500 |
| 3,001–4,000 | $6,000 |
| 4,001–5,500 | $5,500 |
| 5,501–7,500 | $5,000 |
| 7,501–10,000 | $4,500 |
| 10,001–13,000 | $4,000 |
| 13,001–17,000 | $3,500 |
| 17,001–22,500 | $3,000 |
| 22,501–30,000 | $2,500 |
| 30,001–40,000 | $2,000 |
| 40,001–55,000 | $1,500 |
| 55,001–80,000 | $1,000 |
| 80,001–105,000 | $750 |
| 105,001–130,000 | $500 |

The DRIP Project will also offer 2,000,000 micro licenses. A micro license is an affordable way to get involved with the D.E.B.T. ecosystem and provides 1% of the rewards generated by a retail perpetual mining license. Micro licenses can only be purchased with USDT. A micro license does not require the license holder to host the license and will operate perpetually but is not transferable and will not convert to a NFT at a later date.

## DRIP MINING LICENSE

All D.E.B.T. perpetual mining licenses, excluding micro licenses, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows, and Linux operating systems, and requires very little electricity and standard internet service. The cost for hosting varies by option. For more details, see www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your DRIP mining license is active and connected to the internet, you will be rewarded with DRIP tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the DRIP Piggy Bank wallet within 24 hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

# TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how the cryptocurrency functions. Each project's specific tokenomics are programmed into its smart contract.

The D.E.B.T. Water Project (DRIP) tokenomics have been designed based on the economic theory of supply and demand. Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to standard mining license holders, and the other fifty percent (50%) will be mined to the treasury. With a finite number of licenses and tokens set to come into existence, the DRIP project tokenomics are supported by three areas:

- Water royalties
- DRIP mining license purchases: 130,000 retail licenses and 2,000,000 micro licenses available.
- A 10% transaction fee (including withdrawals, swaps, transfers, and purchases), half of which is distributed to standard license holders and half of which is vaulted

The DRIP Project smart contract does not have mint functions but still supports the economic theory of supply and demand through vaulting and burning tokens. Each year on July 1, the vault will release its tokens and those tokens will be burned. The EGI pool will match that vault burn amount. For instance, if 50,000 DRIP tokens are vaulted, then released from the vault and burned, 50,000 tokens will also be burned from the DRIP EGI pool.

One and a half billion (1,500,000,000) DRIP tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All DRIP tokens must be digitally mined by DRIP mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the DRIP Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The DRIP Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All DRIP tokens must be digitally mined by a license holder.

# WATER BLOCKCHAIN PROJECT
# HOW IT WORKS

### Water Blockchain (DRIP)

The DRIP Project is a revolutionary way to be a part of the recession-proof global water industry through token rewards.   Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing of several water products.  These royalties shall be used to purchase DRIP tokens out of the DRIP Project ecosystem (i.e. vault) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the water distribution sector with the goal of increasing the size of tokens vaulted and burned, further supporting the DRIP Project.

In addition to the vaulting of royalties, the tokenomics include multiple ways to reduce the number of tokens in the ecosystem.

### LICENSE

The DRIP project will make available only 130,000 retail mining licenses. Licenses are not transferable, however, when all retail licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the DRIP Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

## ECOSYSTEM GROWTH INITIATIVE POOL

The purpose of the EGI pool is to hold the tokens until they are mined.   The platform's DRIP Project Ecosystem Growth Initiative (EGI) pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## TRANSACTION FEES

The DRIP Project token has a 10% transaction fee. This fee applies to all transactions involving DRIP tokens, including withdraws, swaps, transfers, exchanges, and purchases. 50% of the fee will be distributed to standard license holders monthly, while the other 50% will be vaulted, and burned annually.

## REWARDS

DRIP Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet. Fifty percent (50%) of the daily distribution will be awarded to software license holders and the other fifty percent (50%) will be mined by the treasury.

Upon launch, peer-to-peer transfer of DRIP tokens will be available immediately. It is anticipated that the DRIP Project token will be listed on its first exchange within the third quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.



 **RESOURCES**

The DRIP token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1.5 billion tokens. The DRIP token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule. The distribution schedule for the DRIP token is below and continues indefinitely. Supply distribution amounts in the chart below do not reflect the amount of tokens that will be burned each year.



 **RESOURCES**

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the Wallet Holders section of the DRIP token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0x3322f8EFca45d7e868e79dE2dDE098a33480B9F8 | Mining pool from where the daily mining is distributed. |
| Airdrop | 0xD71FE0021b5d8228D745B7761f6a201cbe5A5B0a | Wallet used to airdrop tokens at the first of each month to all standard licenses owners (not Micro licenses). |
| Piggy Bank | 0xAA81A5e14D30Ac58c415650b555b8f676cc0e70d | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | 0xD2174bE9728C9937AE9549f1aA01E98B4154A42E | All DRIP tokens that have been used to purchase DRIP mining licenses will be held in this wallet until burned. |
| Treasury | 0x313e9a2a29d0b7966cD40100C44CFa1BE041De99 | Responsible for managing the ecosystem and working to build value. |

 ## SUPPLY DISTRIBUTION

Smart Contract Address: 0x9967662DD534F108D6a779AD437c8A1d72143C1e

BSCScan Details : https://bit.ly/41p9193



 ## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DRIP mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 11



Where Crypto Meets Commodities



# DCM

## Data Center Mining
## Lite Paper



v5.23

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital tokens are supported by real-world commodities and services through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, distribution channels, and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline, and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefits that can be used by D.E.B.T. mining license holders, D.E.B.T. ecosystem token holders, and third-party token holders.





## D.E.B.T. AT A GLANCE

DATA CENTER MINING PROJECT (DCM)

The Data Center Mining Project (DCM) is supported by the mining of digital currencies, namely Bitcoin, along with a selection of proof-of-work ALT coins. The project also focuses on the action of confirming transactions and validating crypto mining activity, contributing to the processing power of more and faster transactions conducted across the blockchain networks.

D.E.B.T. is expanding needed data center mining capacity by supporting the building of micro data centers and placing them near existing energy sources such as NATG's natural gas wells. This location proximity allows for data centers to make use of burn-off energy from the wells that would otherwise be unusable.

These data centers play a key role in supporting cryptocurrency mining on specific blockchain networks, such as Bitcoin. The centers can provide the infrastructure needed to host and run blockchain nodes, which are essential for maintaining the integrity and security of the network. Data centers can also provide the computing power needed for miners to process transactions and validate new blocks on a variety of blockchains. This is especially important for blockchains that require significant computational resources, such as those that use proof-of-work consensus algorithms.

Revenue in the Data Center market is projected to reach 342.1 billion US dollars in 2023, with the largest segment of the market, Network Infrastructure, having a projected market volume of 203.4 billion US dollars in 2023* Additionally, revenue for this market is expected to show a compound annual growth rate (CAGR) of 4.66% from 2023 to 2027, resulting in an overall market volume of 410.4 billion US dollars by 2027, with most of the revenue being generated in the United States.*



https://www.statista.com/outlook/tmo/data-center/worldwide

## WHY DATA CENTER MINING?

Data centers are essential for modern digital communication, as they provide a secure and reliable infrastructure for storing, processing, and transmitting data. D.E.B.T.'s data centers plan to contribute the following benefits:

1. **Data storage:** Data centers provide a secure and scalable environment for storing vast amounts of data. With the explosive growth of digital data, ranging from personal photos and documents to business-critical information, data centers are necessary to ensure that this high volume of data can be stored and accessed quickly.

2. **Processing power:** Data centers are designed to provide the processing power needed to handle complex computing tasks and data-intensive applications. This includes everything from running complex simulations to processing financial transactions, and is especially important in the blockchain space as it allows enough power to run nodes.

3. **Security:** Data centers are designed to provide a secure environment for data storage and processing. They are equipped with sophisticated security measures, including firewalls, access controls, and encryption, to protect against data breaches.

4. **Eco-friendly powering:** D.E.B.T. supported data centers will be powered using flares or burn-off energy from NATG sites, allowing for gas reserves to be used efficiently when they would have otherwise gone to waste.

5. **Mining royalties:** D.E.B.T. supported data centers will use royalties earned from data mining to purchase, vault, and burn DCM tokens out of the ecosystem. With diminished supply comes increased demand, thus potentially increasing the value of the token over time.



# GET INVOLVED WITH DCM

Become part of the D.E.B.T. community with the purchase of a DCM mining license and take advantage of the blockchain and crypto industries through the growing D.E.B.T. ecosystem. Purchase your DCM mining license today to receive daily rewards supported by half-life tokenomics.

There are 100,000 retail mining licenses available. Standard retail licenses will be available at the cost breakdown below. Note that all standard DCM mining licenses may be purchased using USDT, USDC, BNB, DEBT, NATG, or BGLD tokens only.

| License | Cost |
|---|---|
| 1-1,000 | $7,500 |
| 1,001-2,000 | $7,000 |
| 2,001-3,000 | $6,500 |
| 3,001-4,000 | $6,000 |
| 4,001-5,500 | $5,500 |
| 5,501-7,500 | $5,000 |
| 7,501-10,000 | $4,500 |
| 10,001-13,000 | $4,000 |
| 13,001-17,000 | $3,500 |
| 17,001-22,500 | $3,000 |
| 22,501-30,000 | $2,500 |
| 30,001-40,000 | $2,000 |
| 40,001-55,000 | $1,500 |
| 55,001-80,000 | $1,000 |
| 80,001-100,000 | $750 |

The DCM Project will also offer 5,000,000 micro licenses. A micro license is an affordable way to get involved with the D.E.B.T. ecosystem and provides 1% of the rewards generated by a standard retail mining license. Micro licenses can only be purchased with USDT. A micro license does not require the license holder to host the license and will operate perpetually, but is not transferable and will not convert to a NFT at a later date.

## DCM MINING LICENSE

All D.E.B.T. standard mining licenses, excluding micro licenses, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, and ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows, and Linux operating systems, and requires very little electricity and standard internet service. The cost for hosting varies by option. For more details, see www.thedebtbox.com/hosting.

## COLLECT REWARDS



When your DCM mining license is active and connected to the internet, you will be rewarded with DCM tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the DCM Piggy Bank wallet within 24 hours.



You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.





## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how the cryptocurrency functions. Each project's specific tokenomics are programmed into its smart contract.

The D.E.B.T. Data Center Mining Project (DCM) tokenomics have been designed based on the economic theory of supply and demand. Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to mining license holders, and the other fifty percent (50%) will be mined by the treasury. With a finite number of licenses and tokens set to come into existence, the DCM project tokenomics are supported by three areas:

- Data Center Mining royalties
- DCM mining license purchases: 100,000 retail licenses and 5,000,000 micro licenses available.
- A 10% transaction fee (including withdrawals, swaps, transfers, and purchases), half of which is distributed to license holders quarterly as BTC (or chain equivalent) and half of which is vaulted, then released and burned annually.

The DCM Project smart contract does not have mint or immediate burn functions but still supports the economic theory of supply and demand through vaulting and burning tokens. Each year on July 1, the vault will release its tokens and those tokens will be burned. The EGI pool will match that vault burn amount. For instance, if 50,000 DCM tokens are vaulted, then released from the vault and burned, 50,000 tokens will also be burned from the DCM EGI pool.

One and a half billion (1,500,000,000) DCM tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All DCM tokens must be digitally mined by DCM mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the DCM Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The DCM Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All DCM tokens must be digitally mined by a license holder.

# DATA CENTER MINING PROJECT
# HOW IT WORKS

## DATA CENTER MINING (DCM)

The DCM Project is a way to be a part of the recession-proof digital mining industry through token rewards. Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to receive royalties from the data center developer and many micro data centers planning for additional capacity to be brought online by multiple data center developers. These royalties shall be used to purchase, vault, and burn DCM tokens out of the DCM Project ecosystem, supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the data center distribution sector with the goal of increasing the size of tokens vaulted and burned, further supporting the DCM Project.

In addition to the vaulting of royalties, the tokenomics include multiple ways to reduce the number of tokens in the ecosystem.

## LICENSE ACTIVATION

The DCM project will make available only 100,000 retail mining licenses. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual digital asset. D.E.B.T. will notify the DCM Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

## ECOSYSTEM GROWTH INITIATIVE POOL

The platform's DCM Project Ecosystem Growth Initiative (EGI) pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol. The purpose of the EGI pool is to hold the tokens until they are mined.

## TRANSACTION FEES

The DCM Project token has a 10% transaction fee. This fee applies to all transactions involving DCM tokens, including withdraws, swaps, transfers, exchanges, and purchases. 50% of the fee will be distributed to license holders quarterly in the form of BTC (or chain equivalent), while the other 50% will be vaulted, then released annually and burned.

## REWARDS

DCM Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet.

Upon launch, peer-to-peer transfer of DCM tokens will be available immediately. It is anticipated that the DCM Project token will be listed on its first exchange within the third quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.

 **SUPPLY SCHEDULE**

The DCM token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1.5 billion tokens. The DCM token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on synthetic, license-based mining rules and schedule. The distribution schedule for the DCM token is below and continues indefinitely. Supply distribution amounts in the chart below do not reflect the amount of tokens that will be burned each year.



**RESOURCES**

There are 5 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the Wallet Holders section of the DCM token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 0xa8100e16a15CA1f2690507f9A322E21c696ECBFb | Mining pool from where the daily mining is distributed. |
| Piggy Bank | 0x4F4aFEA16C2A5F19d5A66701c742Bf20B01c60AC | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Buy and Vault Wallet | 0x55f366E8554E39C9A0DB25eF00E4Ae9E2Bc8590B | All DCM tokens that have been used to purchase DCM mining licenses will be held in this wallet until burned. |
| Treasury Wallet | 0x7a12033D1e4297F69A0682934469c7b0aF96dA83 | Responsible for managing the ecosystem and working to build value. |
| Airdrop Wallet | 0xC933BAD0808514A970f0bb6Fa76083E0Fa91Ffd0 | Wallet used to airdrop tokens at the first of each month to all standard license holders (does not include micro licenses). |

 ## SUPPLY DISTRIBUTION

Smart Contract Address: 0xDeaB49a21365b41e0Ef89f284579ddc04136E7C0

BSCScan Details :https://bit.ly/41KWyx5



 ## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC). This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DCM mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 12



Where Commodities Meet Digital Currency

Token
Lite Paper

V1.4

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## DEBT BOX AT A GLANCE





## DEBT TOKEN

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.



### Growth Strategy

As DEBT Box hardware and software are launching and the ecosystem is becoming more robust, the key focus is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Get Involved

Become part of the DEBT Box community and take advantage of the crypto industry and the growing DEBT Box ecosystem from the comfort of your own home. Purchase your DEBT software mining license today to support and benefit from all DEBT Box projects. 30,000 DEBT software mining licenses will be available.



- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DEBT Software Mining License



The DEBT software mining license is a one-time purchase that operates with very little electricity and requires minimal internet service. The software mining license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, or the DEBT Box hardware. See www.thedebtbox.com/specifications for more details.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Collect Rewards

When your DEBT software mining license is active and connected to the internet, you will be rewarded with DEBT tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours.you can withdraw these rewards to your DEBT Box wallet using the dashboard.



# HOW IT WORKS

## PURCHASE A LICENSE ⚡⚡

DEBT software mining license holders are a crucial part of supplying tokens for the future DEBT exchange and for the pairings on the future mobile app. To earn DEBT rewards, a software mining license must be purchased. By owning a DEBT software mining license, you become an essential part of the ecosystem.

## 30,000 LICENSES AVAILBILE ⚡⚡

The number of licenses released for sale each year will be determined by the DEBT Council. There are 30,000 DEBT software mining licenses available.

The initial quantity of 15,000 licenses sold in 2022 were offered for sale at $3,000 each and sold out in less than 6 weeks. The price of subsequent licenses, along with any price increase rules, will be determined, and announced by the Debt Council at the time of the next release.

## ⚡⚡ HOST LICENSE

While other devices may go into sleep mode and disrupt the license's mining capabilities, DEBT Box is capable of running continuously. Each DEBT Box hardware is designed to host up to twenty (20) licenses of the individual's choosing from any of the DEBT Box projects.

Each software mining license can be assigned to and hosted on our proprietary DEBT Box hardware, a properly configured laptop, smart device or other hosting service to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and can operate using standard internet service. Please see www.thedebtbox.com/specifications for more information.

## ⚡⚡ 50 MILLION DEBT TOKENS

Only fifty million (50,000,000) DEBT tokens can be mined and placed into circulation. All DEBT tokens must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project. This constitutes a fair launch protocol because 100% of the token must be mined. It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government.

## ⚡⚡ EARN REWARDS

The DEBT token supports all projects in the DEBT Box ecosystem. It will be the most widely paired and beneficial token of the project. Earn DEBT tokens for supporting this innovative, decentralized, eco-friendly blockchain technology.

# REWARDS



While a DEBT software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem and all its projects. For this support, each license will be rewarded with a distribution of DEBT tokens. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box wallet.





Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).



The DEBT token was created in 2021. Fifty percent (50%) of the tokens available at creation were distributed in the first year. Each subsequent year fifty percent (50%) of the remaining tokens will be distributed and continue in perpetuity until 50 million DEBT tokens have been distributed.

## In 2022, 12,500,000 tokens will be distributed.

- 50% to software mining license holders based on number of active points in the system.

- 50% to the DEBT Council for project growth and liquidity for exchanges.

# DEBT TOKEN BENEFITS

- Exchange DEBT tokens with NO transfer fees
- **Buy any License** in the DEBT ecosystem with DEBT tokens
  - No need to exchange for other tokens
  - Eliminates double transaction fees
- Easily swap for any DEBT Box ecosystem token
- **Widest pairings** of all DEBT Box ecosystem tokens
  - Limited supply
  - Zero fee protocol when swapping from DEBT token to any other token ecosystem
- All DEBT software mining license holders will also benefit from priority access to future projects released in the DEBT Box ecosystem

# TOKENOMICS

To be rewarded for a full 24-hour mining cycle, a license holder must have an active DEBT software mining license connected to the internet that is online and regularly reporting activity to the mining server. Rewards are distributed based on a point system.

Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI are mined to license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to license holders, fifty percent (50%) will be awarded to the DEBT Council.

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of new projects and providing for the swap function in the future APP and  exchange.

## ⚡ Supply Metrics

| Max Supply | 50,000,000 |
| --- | --- |
| Total Supply | 50,000,000 |
| Circulating Supply | ~28,125,000 |

**Circulating Supply** = Number of coins in the public market.

**Market Cap** = Current Price  X  Circulating Supply
Ex: $630,316,968.75 = $22.41127  X  28,125,000

**Fully Diluted Market Cap (FDMC)** = Current Price  X  Max Supply
Ex: FDMC = $1,120,563,500 = $22.41127  X  50,000,000

*Examples provided for illustrative purposes only.*

## ⚡ Supply Schedule



DEBT token is a Binance Smart Chain BEP-20 token, with a finite supply of 50,000,000 tokens. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule.

## ⚡ Supply Distribution

There are 4 main wallets in the DEBT tokenomics. All remaining wallet holders can be found on the *Wallet Holders* section of the token page on BSCScan, linked below.

| Name | Address | Purpose |
|---|---|---|
| EGI Pool | `0x6d2d7f09e0718a4f78813fb9b1ffb5ce6abfd6d0` | Mining pool where the daily mining is distributed from. |
| DEBT Council | `0x6c29E25533d6922b13F390DC23F7ca00045538f0` | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | `0x7C51f7719219E19e215431c873a77BA2D18d94B2` | Holds your rewards until you withdraw the rewards to private your DEBT wallet |
| Payments Wallet | `0x0848e25AF7444a6717bB84ce787341fD8a8aEF45` | Wallet holding all DEBT tokens that have been used to purchase mining licenses, these tokens are vaulted until January 1 of the following year. |

 # Resources

Smart Contract Address: `0xC632F90affeC7121120275610BF17Df9963F181c`

BSCScan Details https://bit.ly/3iv6mGe



 # Disclosures and Risks

It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Regarding blockchain technology. This information has been provided to introduce you to the DEBT Box ecosystem and  software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT blockchain.

For more information, please see the Terms and Conditions at www.thedebtbox.com/terms-and-conditions

# Exhibit 13



Home    How it Works    Ambassadors    About Us    Contact    iX Blog    Members    Get Started

# Be Mentored By The Best.
# Become The Best.

Learn from leading speakers, authors, and entrepreneurs from around the world all on a mission to impacts lives!



**RECOMMENDED**

## Basic

**$ 115.00** / Per Month

- ✓ iX Social App
- ✓ iX Academy
- ✓ Live Education
- ✓ Basic Channels (2 Channels)
- ✓ And More

Learn More →

## Pro

**$ 145** / Per Month

- ✓ Includes Everything in Basic
- ✓ CorePro (10+ Channels)
- ✓ TravelPro
- ✓ iCOM
- ✓ Empire iX

Learn More →




# Exhibit 14



# Become an Ambassador

Partner with iX to earn money every month!

Join (COMING SOON)        Login (COMING SOON)

Become a Brand Ambassador. Help share our message with the world. If you are looking for a way to truly help people change their lives then the iX Ambassador program is for you! Our motto is: **Have Fun, Make Money, and Make an Impact.**

iX is a powerful platform that will help change peoples lives! iX was created for those who want to create a positive impact in this world! If you are one of those individuals we would love to partner with you!

Our Ambassador program is not open to just anyone and you must pass through a rigorous qualification process in order to be approved! If you feel like you can make the cut please Apply Below!



### Recurring Commissions

Receive a 30% commission each month from every customer you refer.



### Full Featured Dashboard

Get your own dashboard and keep track of your commissions!



### Direct PayPal Payouts

Instant commission payment to your PayPal account every month.

## Getting started is simple.

### See how much you can earn!

| Account | Paid to You (Ongoing) |
| --- | --- |
| iX Premium | Up to $35.00 |
| iX Ambassador | Up to $50.00 |

Start Making Money With Us        Ambassador Program Rules

### What Do You Get When You Partner with Us?

**30% Commission on Every Sale**
Receive a 30% commission each month from every customer you refer!

**A Full Featured Dashboard**
You get your own dashboard to keep track of traffic, leads and conversions.

**Support and Advice**
We provide you with logos, banners, images, content and advice—everything you need to start promoting iX!

**A Direct Line to an Ambassador Liaison**
We're always here for you, it's a partnership after all. Just shoot us an email: ambassadors@ixglobal.us

© 2020-2022 iX Global LLC. All Rights Reserved.

Legal