# Exhibit 15

Open in app ↗



Sign up    Sign In

🔍 Search Medium



# BEV: Beverage Distribution Project



**The DEBT Box** · Follow
3 min read · Feb 22

▶ Listen      ⬆ Share



*The D.E.B.T. ecosystem is presenting BEV — The Beverage Distribution Project. It is a revolutionary way to be a part of the recession-proof global beverage industry while earning token rewards. In this article, we offer you the ability to get familiar with the project's benefits and tokenomics, and join this exciting journey with D.E.B.T.*

**A Promising Industry**

As of today, beverage distribution is one of the largest global industries with annual revenue of $1.8 trillion. Every year, over 1.23 billion beverages, from bottled water to

luxury spirits, are purchased worldwide, and the amount is only expected to grow!

The D.E.B.T. ecosystem has a number of strategic partnerships in the beverage distribution industry, including a recent multi-million-dollar contract awarded to our partner, which provides services to retailers such as 7–11, Aldis, Food Lion, Sam's Club and more. Royalties generated from the bottling and distribution of multiple beverages for a vast number of companies will be used to support BEV's liquidity and tokenomics.

**How Does The Project Work?**

The BEV project brings the global beverage industry to the world of crypto, tokenizing the processes related to bottling and distribution, while rewarding project members with tokens.

The BEV ecosystem consists of the following key components:

- BEV tokens with a finite supply of 15 billion tokens;

- 300,000 BEV software mining licenses (150,00 available for retail purchases and 150,000 treasury licenses);

- Mining licenses holders who can earn rewards for their blockchain support;

- Associated beverage companies which provide royalties to the D.E.B.T. ecosystem.

All BEV tokens will be mined (created) through software mining licenses, available for purchase to our users. For supporting the blockchain ecosystem of the project, license holders will be able to receive daily rewards in BEV tokens, and then store or exchange them.

Royalties coming from the global beverage industry will be used to purchase BEV tokens out of the BEV Project ecosystem in a process known as token burning. This is necessary for supporting the project's deflationary tokenomics.

**BEV Tokenomics**

The project's tokenomics are based on the economic theory of supply and demand. BEV is a deflationary token, which means the number of tokens in the ecosystem will continue to decrease, potentially increasing the value over time.

The BEV project tokenomics are supported by five areas:

- BEV software mining licenses purchases.

- License activation: 50,000 tokens are generated per each license and added to the Ecosystem Growth Initiative (EGI) pool.

- Beverage Distribution Blockchain (BEV) project royalties.

- Quarterly burning: beginning April 1, 2023, each quarter (25%) of the EGI pool will be burned.

- 10% transaction fees with BEV tokens, including withdraws, swaps, transfers, and purchases. 100% of these fees will be burned monthly.

**Crypto Rewards & Mining Licenses**

To start collecting BEV rewards, users should purchase BEV software mining licenses and activate them. When connected to the internet, mining licenses support the D.E.B.T. blockchain ecosystem through a synthetic and energy-efficient algorithm.

Rewards are generated each day and deposited to the BEV Piggy Bank within 24 hours. Miners then can withdraw these rewards to their D.E.B.T. wallets and keep, exchange BEV tokens for other currencies, or use them to make additional purchases on the platform.

For every BEV software mining license activated, a predetermined amount of BEV token rewards will be placed into the project's pool. This creates enough token supply in the ecosystem to be digitally mined by license holders.

While 150,000 mining licenses are available for retail purchases, treasury licenses (150,000) will remain under control of the D.E.B.T. Council and used to manage liquidity pools, expand future development and support the stability of the ecosystem.

**See for yourself!**

Launched recently, BEV is the seventh project by D.E.B.T with a limited number of software mining licenses available for public sale. Licenses related to our previous successful projects such as BGLD (Black Gold), NATG (Natural Gas Project) and GROW (Agricultural Token) are sold out. Get your chance to join one of the largest and most promising industries — beverage distribution — on blockchain today!

More details and BEV lite paper on the website: https://www.thedebtbox.com/bev-token

Beverage Industry    Blockchain    Crypto Project    Commodities





Follow

# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

**More from The DEBT Box**



  The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read  ·  May 23

👏 1    💬                                                                    🔖⁺

---



  The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read  ·  Jun 8

👏 1    💬                                                                    🔖⁺

---



 The DEBT Box

### D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read · Mar 16

👏 11    💬    





⚡ The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read · Dec 8, 2022

👏 15    💬

🔖⁺

See all from The DEBT Box

## Recommended from Medium



👤 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦  ·  9 min read  ·  5 days ago

👏 15.7K          💬 257                                              🔖



👤 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

✦  ·  7 min read  ·  Mar 17

👏 29K          💬 524                                              🔖

## Lists



**Modern Marketing**
32 stories · 26 saves



**My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves



**marketing**
113 stories · 35 saves



**Staff Picks**
410 stories · 171 saves

---



 Kam Fatz

**How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide**
Here's what I did...

✦ · 18 min read · Apr 9

👏 1.6K    💬 29                                                              🔖

---



Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K          💬 287                                              🔖



 Jon Crabb  in Coinmonks

## How to learn DeFi in 2023

The ultimate guide to your first steps

✦  ·  4 min read  ·  Jul 7, 2022

👏 1.4K          💬 22                                                    🔖

---



 Unbecoming

## 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my morning trail run. I'm wearing my stay-at-home mom...

✦  ·  4 min read  ·  Feb 16, 2022

👏 54K          💬 846                                                    🔖

---

```
                    See more recommendations
```

# Exhibit 16

Case 2:23-cv-00482-RJS-DBP    Document 3-6    Filed 07/26/23    PageID.279    Page 14 of 218



Search Medium



# BGLD: The Black Gold Project Explained



**The DEBT Box** · Follow

3 min read · Dec 28, 2022

▷ Listen        ↑ Share



*The D.E.B.T. ecosystem presents the Black Gold project!*

*Today, we will explore the key benefits, milestones and principles of work of the Black Gold token (BGLD).*

## What is BGLD?

The Black Gold project is supported by the physical production and sale of crude oil. BGLD is the native token that supports the project's tokenomics.

By purchasing BGLD software mining licenses and becoming node operators, users are rewarded with BGLD tokens. As part of the tokenomics, royalties generated by oil industry projects within the exploration, drilling and physical production of crude oil are used to purchase tokens out of the ecosystem and then they are burned, never to be seen again. Based on the theory of supply and demand, the tokenomics are designed to potentially increase the value of tokens over time. We will explore the benefits in this article.

## 8 Key Benefits

BGLD offers a number of benefits to all parties: the D.E.B.T. ecosystem, its users, the oil production industry, and to the planet's ecology. So, the main advantages are:

1. Proprietary satellite-scanning technology used in the project

2. Reducing exploration costs in the oil-drilling industry

3. Reducing the reliance on brokers (third parties)

4. Less waste in the atmosphere and lower energy consumption

5. Providing a better understanding of bottlenecks

6. Creating value earlier in the process via tokenization of assets

7. Better efficiency with less administrative burden

8. Ability to attract new liquidity to the D.E.B.T. ecosystem

## BGLD token milestones

The Black Gold project has an ambitious roadmap, which is almost completed till now. The final milestone — to get BGLD listed on 3 decentralized exchanges — is in progress.

Get familiar with key historic events:

**BGLD TOKEN MILESTONES**

| | | |
|---|---|---|
| • | Identify Oil Exploration & Production Projects to Support | ✓ |
| • | Sell 5,000 licenses within the first 6-months | ✓ |
| • | Get listed on Pancake Swap | ✓ |
| • | Reach $5 million in Liquidity value on Pancaake Swap | ✓ |
| • | Get paired with BNB | ✓ |
| • | Get (BGLD) token price to 0.01 | ✓ |
| • | Get listed on 3 exchanges | Coming Soon |

## How does BGLD work?

BGLD tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. There are 4 key areas that support its liquidity:

1. Oil production royalties

2. BGLD software mining license purchases

3. Annual halving of the token

4. Transaction fees with BGLD (10%)

*Let's have a detailed look at royalties, as they constitute most interest to the D.E.B.T. ecosystem members.*

A percentage of revenues generated from approved oil projects will be converted to BGLD tokens, which will be burned. With more revenues coming from real-world commodities projects, BGLD tokens will continually be taken out of the market.

Fact: The D.E.B.T. Council has partnered with Digital Licensing, Inc. (DLI) to select independent oil exploration and production companies with successful track records and decades of experience. So far, DLI has engaged in supporting the drilling of

multiple oil wells on two licensed areas in North America, as well as in Ghana, West Africa.

### BGLD Licenses

To start earning BGLD rewards for supporting the real-world tokenized oil industry, you will need to purchase and activate a software mining license. Note: there are only 50,000 BGLD licenses available in the ecosystem.

For each purchased license, a predetermined amount of BGLD tokens will be placed into the ecosystem pool to create enough liquidity for every token mined. Once all licenses are sold, all BGLD licenses will be converted to transferable NFTs.

## Summary

Black Gold is a unique project supported by the real-world exploration and production of crude oil, which is considered one of the key commodities today. BGLD aims to revolutionize this industry through tokenization and advanced eco-friendly approaches, alongside giving license holders the ability to be rewarded with tokens.

Find out more about BGLD and other blockchain projects by D.E.B.T. on the website: https://www.thedebtbox.com/projects

Commodities     Web3     Blockchain     Token     Crypto Project



# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology


Follow

More from The DEBT Box



 The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

👏 1    💬

🔖+



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read · Jun 8

 1    ◯



 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components…

4 min read  ·  Mar 16

 11  ◯





 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall…

3 min read  ·  Dec 8, 2022

 15  ◯

---

See all from The DEBT Box

## Recommended from Medium



 Jon Crabb ✦ in Coinmonks

### How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

👏 1.4K    💬 22



 Metaverse Guy in Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

 · 16 min read · Feb 7

👏 933    💬 11

Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 40 saves

 **marketing**
113 stories · 35 saves

 **Generative AI Recommended Reading**
52 stories · 93 saves



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦  ·  18 min read  ·  Apr 9

👏 1.6K      💬 30                                                              🔖



Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.289   Page 24 of 218

 Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K          💬 287                                                    🔖⁺

---



 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.8K          💬 265                                                    🔖⁺

---



 Stephen Dalton in DataDrivenInvestor

## 5 Fabulously Fun P2E Games for 2023 [with Video Explainers]

Play-to-earn (P2E) games are a new gaming experience gaining popularity. Now, you can own many in-game items as non-fungible tokens (NFT)...

✦  ·  10 min read  ·  Feb 5

👏 680      💬 2                                                              🔖

See more recommendations

# Exhibit 17



Open in app ↗

Sign up    Sign In



🔍 Search Medium



# Introducing DCM: The Data Center Mining Project



**The DEBT Box** · Follow

4 min read · May 23

▶ Listen    ⬆ Share



*The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!*

*In this article, we are explaining how The Data Center Mining Project works, what underlies its tokenomics, and what rewards you can receive as a DCM miner. Let's start!*

## What is DCM about?

The Data Center Mining (DCM) Project is a way to be a part of the recession-proof digital mining industry through token rewards, which can be received for your blockchain support of the project!

The DCM Project is supported by the mining of digital currencies, namely Bitcoin, along with a selection of proof-of-work altcoins. The project also focuses on confirming transactions and validating crypto mining activity, contributing to the processing power of more and faster transactions in blockchain networks.

Within the project, D.E.B.T. is expanding data center mining capacity by supporting the building of micro data centers and placing them near existing energy sources. In particular, D.E.B.T.'s data centers will be powered by flares of burn-off energy from natural gas wells related to our NATG project, that would otherwise be unusable.

## Why data center mining?

As of today, data centers are essential for digital communication, as they provide a secure and reliable infrastructure for storing, processing and transmitting data.

Data centers also play a key role in supporting mining on specific blockchain networks, such as Bitcoin. They can provide the infrastructure needed to host and run blockchain nodes and the computing power required for processing crypto transactions and mining new blocks.

Additionally, revenue in the Data Center market is projected to reach over $340 billion in 2023, with the largest segment of Network Infrastructure predicted to gain over $200 market volume this year.



## DCM: How does it work?

Just like other token projects from the D.E.B.T. ecosystem, the DCM project is supported by royalties coming from real-world industries. Our strategic partnerships combined with D.E.B.T.'s support for the construction of micro data centers provide the opportunity to attract royalties from data center developers to the DCM project.

These royalties will be used to purchase, vault, and gradually burn DCM tokens out of the ecosystem, supporting their tokenomics and liquidity.

All DCM tokens are held in the project's Ecosystem Growth Initiative (EGI) pool until they are mined by real people through DCM software mining licenses. License holders support the blockchain ecosystem and are granted daily rewards (mined DCM tokens), which can be held or exchanged for other currencies.

## Explaining the DCM tokenomics

The DCM token is a Binance Smart Chain token with a finite initial supply of 1.5 tokens. Each annual cycle, half of the tokens in the EGI pool are made available to be mined by license holders, and the other half will be mined by the treasury. Vaulted tokens will be released annually and burned, allowing the demand to rise and the value of tokens to potentially increase over time.



*Generally, the DCM tokenomics is supported by 3 areas:*

- Data Center Mining royalties

- DCM mining license purchases

- A 10% transaction fee with DCM tokens

D.E.B.T. will offer 100,000 standard mining licenses and 5,000,000 affordable micro licenses for the DCM project. Note that micro licenses provide 1% of the rewards generated by a standard retail mining license and cannot be converted to transferable NFTs.

## How to earn DCM rewards?

To start supporting the ecosystem and earning daily rewards, you have to purchase and activate a DCM mining license on any suitable device (laptop, PC, etc.). Daily rewards are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to your private D.E.B.T. wallet.

It's important to note that upon launch, peer-to-peer transfer of DCM tokens will be available immediately. It is anticipated that the DCM token will be listed on its first crypto exchange by the 3rd quarter of 2023, and will then be available for swap and exchange.

**Summing it up!**

D.E.B.T.'s Data Center Mining (DCM) Project is a unique project supported by the digital mining industry and royalties coming from data center developers. By purchasing and activating a software mining license, you get the opportunity to receive daily rewards with DCM, real and non-ICO digital assets with the potential to increase in price over time. The project offers a chance to participate in the recession-proof digital mining industry and earn crypto from the comfort of your own home.

Learn more about the DCM project and try it now! https://www.thedebtbox.com/dcm-token

Crypto Mining        Blockchain        Token





## Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

**More from The DEBT Box**



  The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read  ·  Jun 8

👏 1        💬



 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read   ·   Mar 16

 11             



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read   ·   Dec 8, 2022

👏 15    💬



 The DEBT Box

## Introducing DRIP: The Water Blockchain Project

D.E.B.T. is revolutionizing the $342 billion global water industry by bringing it into the world of crypto!

3 min read   ·   May 10

👏 1    💬                           🔖⁺

---

See all from The DEBT Box

---

## Recommended from Medium



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

 ⭐ · 18 min read · Apr 9

👏 1.6K    💬 30    



Case 2:23-cv-00482-RJS-DBP Document 3-6 Filed 07/26/23 PageID.801 Page 36 of 218

 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

 · 9 min read · 5 days ago

 15.7K ·  263

---

## Lists


**Modern Marketing**
32 stories · 26 saves


**My Kind Of Medium (All-Time Faves)**
38 stories · 39 saves


**marketing**
113 stories · 34 saves


**Staff Picks**
408 stories · 170 saves

---



 Raluca A.

## 5 Proven Ways to Earn $100 Every Day Online

How to make money online

✨ · 3 min read · Apr 22

👏 651      💬 12                                              🔖⁺



 Linda Caroll  in  The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✨ · 6 min read · Mar 24

👏 16.7K      💬 286                                            🔖⁺

Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.803   Page 38 of 218



 Raluca A.

## The Million Dollar Mission: 10 Ways to Make $1 Million in One Year Online

A guide to achieving financial success through strategic online income streams

⭐ · 4 min read · Apr 23

👏 379    💬 10                                                    🔖



 Metaverse Guy in Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

✦ · 16 min read · Feb 7

👏 931    💬 11

See more recommendations

# Exhibit 18



Open in app ↗

Sign up    Sign In



Search Medium

# D.E.B.T.: The Future of Blockchain Mining

  The DEBT Box  ·  Follow

4 min read  ·  Mar 16

▶ Listen      ↑ Share



Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components of blockchain technology is mining.

As the demand for blockchain-based solutions continues to grow, the need for mining operations to support these networks will only increase. At this point, entering the world of blockchain mining can be a very rewarding opportunity.

*D.E.B.T. invites you to join us on our journey to the future of blockchain mining!*

## The Potential Of Blockchain Mining

Blockchain technology is disrupting the world with unique features such as decentralization, transparency, and security. The potential of the technology is huge, which is proved by multiple successful projects and experiments in the industry. Even governments are exploring various use cases for blockchain in the economy, banking, public services, and digital identity.

Why do so many people become miners? One answer is the possibility of earning cryptocurrency rewards, which can be traded or sold for other currencies, products or services.

**Blockchain mining has a number of benefits:**

- Supporting the digitalization of various industries, such as commodity extraction, agriculture, traditional banking, etc.

- Allowing individuals to become a part of blockchain communities.

- Contributing to the global development of web3;

- Allowing interested parties to enter the world of cryptocurrency without significant effort;

- Earning crypto rewards, which have the potential to grow in value in the future.

At the same time, blockchain mining has some limitations, too. The complexity of mining in the blockchain may increase over time, resulting in the need for more powerful mining rigs and lower rewards.

*But D.E.B.T. has a solution!*

## D.E.B.T.: Mining With Proprietary Software

Software mining licenses are a killer feature of the D.E.B.T. ecosystem. This unique mechanism allows crypto enthusiasts to participate in numerous blockchain projects and earn mining rewards, without the need for a powerful computer or mining farms.

D.E.B.T.'s proprietary software allows individuals to earn rewards (tokens) from industry-supported projects in which they may not otherwise have been able to

participate:

- Commodities (crude oil, natural gas, aluminum)

- Satellite exploration industry

- Agriculture

- Beverage industry

- Real estate industry, and more

For example, the oil industry generally has a higher barrier to entry for most people. However, D.E.B.T.'s partnerships with oil exploration and production companies allow for reduced exploration costs, improved efficiency, and more, resulting in higher revenue from the market. A percentage of that revenue will be converted to the project's token (in this case, BGLD tokens) and burned, allowing demand to rise and the value of the remaining tokens to potentially increase over time. Mining license holders are rewarded with BGLD tokens for their participation in supporting the blockchain.

You can find the full list of industry-supported projects on our website: https://www.thedebtbox.com/projects

## What Makes Mining With D.E.B.T. Special?

### Real projects

All token projects in the D.E.B.T. ecosystem are supported by real-world commodities, companies, people, and royalties. For this purpose, we have established partnerships with licensed commodity producers in the US and Africa – areas rich in oil, gas and metals. We also have multiple connections in the highly profitable spheres of beverage distribution and real estate.

### Stability

Tokens of D.E.B.T's blockchain projects are designed as deflationary, which means the number of tokens will decrease over time as the demand for the tokens increases, potentially raising the market value. The stability of each project is supported by the annual halving of tokens (burning), software mining license purchases, transactions,

and project royalties. With more new projects entering the D.E.B.T. ecosystem, growth is expected to continue.

*D.E.B.T. never offers speculative Initial Coin Offerings (ICOs) and fake meme coins!*

**Efficiency**

All software mining licenses work on an eco-friendly cloud mining platform which requires less energy and guarantees a fair distribution of crypto rewards to all miners, regardless of what device they use for hosting their mining licenses.

## The Potential For Long-Term Growth And Profitability

D.E.B.T. has an elaborate and effective strategy for long-term growth and profitability for both the whole blockchain ecosystem and each particular token project. Our strategy is focused on bringing more real-world projects to the ecosystem and attracting more royalty flows to support the liquidity and value of tokens.

Another opportunity for growth is our goal to get listed on Binance and other trusted exchanges. It will allow us to continue to organically grow the exposure and volume of the DEBT token which supports the entire ecosystem.

These projects are expected to reward software license holders for years to come.

Please, visit our website to find out more about the D.E.B.T. Ecosystem and explore the documentation of our token projects!

https://www.thedebtbox.com/projects

Blockchain    Blockchain Technology    Mining    Web3    Cryptocurrency





# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



 The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

👏 1 💬 



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read  ·  Jun 8

👏 1      💬                                                    🔖+



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read  ·  Dec 8, 2022

👏 15     💬                                                    🔖+



 The DEBT Box

## Introducing DRIP: The Water Blockchain Project

D.E.B.T. is revolutionizing the $342 billion global water industry by bringing it into the world of crypto!

3 min read    ·    May 10

👏 1      💬

See all from The DEBT Box

## Recommended from Medium



 Jon Crabb ✦ in Coinmonks

# How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

👏 1.4K    💬 22                                                    🔖




SPELLS OF GENESIS


TOWN STAR – GALA GAMES





The Future of Blockchain Mining | by The DebtBox | Medium

 Stephen Dalton in DataDrivenInvestor

## 5 Fabulously Fun P2E Games for 2023 [with Video Explainers]

Play-to-earn (P2E) games are a new gaming experience gaining popularity. Now, you can own many in-game items as non-fungible tokens (NFT)…

 · 10 min read · Feb 5

👏 679    💬 2

Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves

 **Generative AI Recommended Reading**
52 stories · 94 saves

 **marketing**
113 stories · 35 saves



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦ · 18 min read · Apr 9

👏 1.6K    💬 29                                                          🔖+

---



 Metaverse Guy in Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

✦ · 16 min read · Feb 7

👏 931    💬 11                                                           🔖+

---



🦜 Sajjad Hussain in Metaverse for Novices

## What does Web3 have to do with blockchain?

Introduction to Web3

✦  ·  6 min read  ·  Jan 31

👏 189        💬 5                                                    🔖



 Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦  ·  6 min read  ·  Mar 24

👏 16.7K      💬 287                                        🔖

---

See more recommendations

# Exhibit 19

Open in app ↗

Sign up   Sign In



Search Medium

# Introducing DLG: Digital Linked Gold Project



The DEBT Box  ·  Follow

3 min read  ·  Apr 20

( ▶ ) Listen    ( ↑ ) Share



Digital Linked Gold is a unique commodity-based project developed by the D.E.B.T. ecosystem. DLG is a digital token supported by royalties generated from the physical production and sale of real gold. And it allows mining license operators to earn crypto rewards!

What are the benefits and utility behind the DLG token, and how does the project work? Let's find out in this article.

## DLG: 8 Key Benefits

The Digital Linked Gold Project is aimed at optimizing processes and creating more value in the real-world gold exploration and production industry with the power of blockchain. It creates a number of benefits for mining license holders, companies engaged in gold production, and contributes to the whole ecosystem of D.E.B.T. projects.

The DLG Token Project:

- Uses advanced proprietary satellite-remote sensing technology.

- Facilitates reducing exploration costs in the gold industry.

- Establishes higher target value for gold.

- Creates production efficiencies within independent companies.

- Establishes value and digital value earlier in the process.

- Allows for more eco-friendly operations.

- Maximizes realized extraction value for gold.

- Stables off-take for raw commodity production.

## The Utility Behind DLG

DLG, one of the first projects launched on the D.E.B.T. platform, has been created to establish a digital asset truly supported by royalties received from the physical production of gold.

DLG software mining licenses holders will be awarded DLG tokens based on the stated tokenomics found in the lite paper.

All DLG tokens are digitally mined from the Ecosystem Growth Initiative pool. As royalties are received from the mines physically extracting and producing gold, DLG tokens are burned from the ecosystem, limiting the supply. This potentially creates value and stability for the digital reward tokens.

## Supported By, Not Backed

D.E.B.T. 's Digital Linked Gold is regarded as one of the only blockchain projects supported by the production of real gold. The difference is that "backing" a cryptocurrency with a commodity is a promise to hold a pegged value, while we reduce token supply through token burns based on the physical production of gold.

The project works closely with a team of industry professionals such as geologists, mining engineers, mine site operators, and other industry experts. DLG has connections with several physical mining projects in the Southwestern US and in Ghana, West Africa, two of the TOP-5 gold mining jurisdictions on the planet.

## How Does It Work?

To become a part of the DLG project, which unites blockchain technologies and the real-world gold industry, you will need a DLG software mining license. License holders support the blockchain and gold industry with exploration, drilling, and physical production while earning rewards in DLG for their blockchain support of the project.

To be rewarded, a license operator must have an active DLG license on any device connected to the internet that will report activity to the blockchain network. The D.E.B.T. Council works closely with industry experts to analyze mine data provided in standardized reports, known as National Instrument 43–101 reports.

Rewards are distributed in each 24-hour mining cycle, and deposited to the DLG Piggy Bank wallet. Token holders can choose to store tokens, exchange them for other currencies or use them for other D.E.B.T. purchases as well.

### Summary

Digital Linked Gold is the only token project on the market that is physically supported by real gold, extracted in cooperation with the D.E.B.T. ecosystem. It's a perfect choice if you want to work on the merge of digital technologies and physical commodity production and earn rewards supported by real gold.

Learn the details in the DLG whitepaper, and join the project today!

https://www.thedebtbox.com/dlg-token

Blockchain    Token    Commodities    Gold

Case 2:23-cv-00482-RJS-DBP    Document 3-6    Filed 07/26/23    PageID.323    Page 58 of 218





# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



⚡ The DEBT Box

### Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

 

Case 2:23-cv-00482-RJS-DBP Document 3-6 Filed 07/26/23 PageID.324 Page 59 of 218 

4 min read · May 23

 1 ⬜

🔖+



 The DEBT Box

### Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read · Jun 8

👏 1 ⬜

🔖+



 The DEBT Box

### D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read · Mar 16

 11



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read   ·   Dec 8, 2022

👏 15   💬

🔖⁺

See all from The DEBT Box

## Recommended from Medium



Jon Crabb 🔷 in Coinmonks

# How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

👏 1.4K    💬 22        🔖



 Kristen Walters *in* Adventures In AI

# 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.7K    💬 257        🔖

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves


**marketing**
113 stories · 35 saves


**Staff Picks**
410 stories · 171 saves



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

 ⋆ · 18 min read · Apr 9

 1.6K    💬 29    🔖

Case 2:23-cv-00482-RJS-DBP    Document 3-6    Filed 07/26/23    PageID.329    Page 64 of 218



👤 Linda Caroll  in  The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K        💬 287                                                    🔖



 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

 · 7 min read · Mar 17

🖐 29K   💬 524



 Stephen Dalton in DataDrivenInvestor

## 5 Fabulously Fun P2E Games for 2023 [with Video Explainers]

Play-to-earn (P2E) games are a new gaming experience gaining popularity. Now, you can own many in-game items as non-fungible tokens (NFT)...

✨ · 10 min read · Feb 5

🖐 679   💬 2

See more recommendations

# Exhibit 20

Case 2:23-cv-00482-RJS-DBP Document 3-6 Filed 07/26/23 PageID.332 Page 67 of 218



Open in app ↗

Sign up    Sign In



🔍 Search Medium

# Introducing DRIP: The Water Blockchain Project



**The DEBT Box** · Follow
3 min read · May 10

▶ Listen    ⬆ Share



*D.E.B.T. is revolutionizing the $342 billion global water industry by bringing it into the world of crypto!*

In this article, you will discover everything you need to know about DRIP, our innovative token project supported by the real-world water industry. Let's go!

## The Water Industry Today

Case 2:23-cv-00482-RJS-DBP   Document 113-6   Filed 07/26/23   PageID.3333   Page 68 of 218

The water industry is currently valued at about $342 billion dollars and is expected to increase at a compound annual growth rate (CAGR) of 5.24% per year from 2024 to 2027. This growth can be attributed to factors such as higher demand for hygienic drinking water and increased health consciousness among consumers.

As a part of D.E.B.T.'s social responsibility strategy, a portion of the royalties earned within the DRIP Project will be put toward working closely with partners to drill wells in areas across the world that would benefit from access to clean drinking water.

## DRIP: Royalties From The Real-World Industry

The D.E.B.T. Blockchain Water (DRIP) Project is supported by royalties coming from the physical production and sale of water products: retail packaged water, including purified, spring, sparkling, distilled, and flavored. To achieve this, the D.E.B.T. ecosystem has established close partnerships with multiple water manufacturers and retailers around the world.

*Those royalties shall be used in two ways:*

1. To assist our partners in drilling wells to provide clean drinking water in areas across the world.

2. To vault DRIP tokens that will be burned upon release from the vault, supporting the project's tokenomics.

Case 2:23-cv-00482-RJS-DBP    Document 3-6    Filed 07/26/23    PageID.334    Page 69 of 218



## How Does DRIP Work?

The Water Blockchain Project is represented by DRIP tokens which can only be mined with DRIP software mining licenses. For providing blockchain support to the project's ecosystem, license holders (miners) get daily rewards in DRIP tokens, which can be kept in the wallet or exchanged for other currencies.

The number of DRIP tokens is finite, and tokens are locked inside the project's Economic Growth Pool (EGI) until they are mined by users.

DRIP tokens are listed on PancakeSwap, a trusted third-party exchange. You can already explore the market value, available liquidity, and trading pairs with DRIP!

## DRIP Tokenomics

The project's tokenomics are based on the economic theory of supply and demand. As a half-life token, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms. Half of the daily distribution will be awarded to mining license holders, while the other half will be mined by the treasury. A 10% transaction fee applies to the

project, with half of the fee being distributed to license holders in an "airdrop" of tokens, and the other half being vaulted. The vault will release and burn the accumulated tokens annually, and the EGI pool will match the burn amount from the vault.

*What supports the value of DRIP tokens:*

1. DRIP mining license purchases

3. Annual token burning from the vault

4. EGI Pool matches annual burn amount

4. Transaction fees with DRIP (10% for each transaction)

5. Water industry royalties

## DRIP Mining Licenses

The D.E.B.T. Ecosystem will issue a finite number of mining licenses available for retail purchase: 130,000 standard DRIP mining licenses and 2,000,000 micro licenses.

All standard mining licenses must be hosted in order to receive daily mining rewards. When all standard DRIP mining licenses are sold, the standard mining licenses will be converted to transferable NFTs, becoming a perpetual asset.

Micro licenses are an affordable way to get involved with the D.E.B.T. Ecosystem and provide 1% of the rewards generated by perpetual licenses. Micro licenses do not require hosting, will NOT become NFTs, and are NOT transferable.

### Start Mining DRIP Today!

Join the D.E.B.T. Ecosystem as part of the DRIP project by purchasing a mining license, and start collecting daily rewards. For more details, check the project's lite paper on our website: https://www.thedebtbox.com/drip-token

Blockchain    Mining    Tokenomics    Token    Crypto





## Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



 The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

👏 1     💬                                                                    🔖



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read  ·  Jun 8

 1     ▢



 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read  ·  Mar 16

 11     ▢





The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read  ·  Dec 8, 2022

👏 15          💬

See all from The DEBT Box

## Recommended from Medium



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✨ · 18 min read · Apr 9

👏 1.6K    💬 29    🔖






SPELLS OF GENESIS


TOWN STAR – GALA GAMES





 Stephen Dalton in DataDrivenInvestor

## 5 Fabulously Fun P2E Games for 2023 [with Video Explainers]

Play-to-earn (P2E) games are a new gaming experience gaining popularity. Now, you can own many in-game items as non-fungible tokens (NFT)…

 · 10 min read · Feb 5

🖐 679        💬 2                                                        🔖+

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves

 **marketing**
113 stories · 35 saves

 **Staff Picks**
410 stories · 171 saves



 Metaverse Guy  in  Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

✦  ·  16 min read  ·  Feb 7

👏 931       💬 11



 Ricardo S. Barros | ⚡ PhD/MSc/Engineer

## Top 5 Cryptocurrencies Poised for Growth in 2023: Insights and Analysis

✦  ·  8 min read  ·  May 12

👏 69       💬

7/24/23, 1:38 PM
Introducing DRIP the Water Blockchain Project | by TheDebtBox | Medium
Case 2:23-cv-00482-RJS-DBP Document 3-6 Filed 07/26/23 PageID.343 Page 78 of 218



 Jon Crabb in Coinmonks

## How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

👏 1.4K · 💬 22



 Ricardo S. Barros | ⚡PhD/MSc/Engineer

## These are my favorite Crypto for long-term investment.

I believe this cryptocurrencies are worth considering as a long-term investment

✦ · 7 min read · Apr 22

👏 3 ☐

See more recommendations

# Exhibit 21

Open in app ↗

Sign up    Sign In



🔍 Search Medium



# The GROW Token: What, How and Why?

 The DEBT Box · Follow

3 min read · Jan 6

▶ Listen        ↑ Share



GROW is a unique blockchain project of the D.E.B.T. ecosystem supported by high yielding agriculture. The GROW token will not only contribute to the real-world agriculture industry, but also will bring a unique revenue source back into the ecosystem.

GROW is about environment, sustainability and streamlining the processes in the sphere of agricultural commodities. Let's see how the project works!

## 8 Key Benefits

The GROW project offers a set of benefits to all participants: GROW mining license holders, the D.E.B.T. ecosystem, and the real-world licensed agricultural entities. It's important to highlight 8 fundamental advantages:

1. Reducing grow cost for agricultural producers;

2. Reducing waste produced by the industry;

3. Reducing a reliance on brokers when trading commodities;

4. Providing a better understanding of bottlenecks and ready-to-go solutions;

5. Creating value earlier in the process due to tokenization of assets;

6. Increasing efficiency with less administrative burden: the D.E.B.T. Council is responsible for managing the processes;

7. The ability to attract new liquidity from the market, increasing the value of projects, and providing liquidity for exchanges;

8. GROW will also be used as a separate decentralized payment system.

Owners of the GROW mining licenses will enjoy another major benefit — *crypto rewards* paid in the GROW token. Details are provided below.

## The Utility Behind GROW

### Agricultural Royalties

A percentage of revenue generated from vetted and approved farming operations will be converted to GROW tokens and vaulted. As revenues will be coming from more and more agricultural projects in various jurisdictions across the world, GROW tokens will be gradually taken from the market to support the project's liquidity and value.

The D.E.B.T. Council has partnered with Digital Licensing, Inc. (DLI) to select the best independent agricultural companies which will contribute to the project. So far, we have established connections with multiple producers in *North America and Africa,* with successful track records and decades of experience.

### Earning Rewards

Users can earn GROW mining rewards for supporting the D.E.B.T. blockchain ecosystem. A software mining license must be purchased and connected to the internet from a laptop or other smart device. Each license owner is rewarded with a daily distribution of GROW tokens. Rewards are deposited to the GROW Piggy Bank wallet within every 24 hours, and can be withdrawn to user's D.E.B.T. wallet.

**Fact:** Only 50,000 GROW licenses are available for this project. Once sold out, all GROW licenses will be converted to transferable NFTs.

Don't miss your chance and purchase a GROW license now:

https://www.thedebtbox.com

## GROW Tokenomics

GROW Token is a Binance Smart Chain BEP-20 token. It has a fixed total supply of 1,000,000,000 (one billion) tokens that will be mined and put into circulation. GROW tokens will also be available on third-party crypto exchanges.

It's important to note that 100% of GROW tokens *must be mined,* as the project is based on a fair launch protocol, and is not an ICO project.

### GROW Supply Schedule



Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle half of the tokens in the EGI are mined to software mining license holders based on an *eco-friendly synthetic Proof of Work algorithm,* which doesn't require excessive energy or hardware costs.

**Daily GROW distribution:**

— 50% will be awarded to software license holders;

— 50% will be mined by the D.E.B.T. Council to support development and liquidity of the project.

The D.E.B.T. Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

**Summary**

As you can see, GROW is a totally unique crypto mining project that offers a number of benefits to both miners and real-world agricultural producers. GROW license holders can earn crypto rewards by supporting the digitalization and well-being of the traditional agriculture industry on multiple continents.

You can find more details about GROW mining licenses and other D.E.B.T. projects on our website: https://www.thedebtbox.com/

Blockchain    Crypto    Commodities    Agriculture



## Written by The DEBT Box


Follow

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



   The DEBT Box

### Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read  ·  May 23

👏 1        💬                                                                    🔖+

---



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read · Jun 8





 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read  ·  Mar 16

 11



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read  ·  Dec 8, 2022

 15

---

See all from The DEBT Box

## Recommended from Medium



 Jon Crabb ✦ in Coinmonks

### How to learn DeFi in 2023

The ultimate guide to your first steps

✦  ·  4 min read  ·  Jul 7, 2022

👏 1.4K    ◯ 22       🔖⁺



 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

 · 9 min read · 5 days ago

 15.7K  257                                    

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves

 **marketing**
113 stories · 35 saves

 **Staff Picks**
410 stories · 171 saves



 Kam Fatz

### How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did…

⭐ · 18 min read · Apr 9

👏 1.6K     💬 29                                                    🔖+







Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

 · 6 min read · Mar 24

👏 16.7K    💬 287



 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

· 7 min read · Mar 17

👏 29K    💬 524



 Metaverse Guy in Coinmonks

### Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

 · 16 min read · Feb 7

👏 931    💬 11                                         🔖

---

See more recommendations

# Exhibit 22

Open in app ↗

Sign up  Sign In

Search Medium

# NATG: The Natural Gas Project



**The DEBT Box** · Follow

3 min read · Jan 12

▶ Listen     ⬆ Share



The D.E.B.T. ecosystem includes another benchmark project — Natural Gas. This blockchain project and its native token, NATG, are supported by the physical production and sale of natural gas. It aims to support independent gas producers within exploration and drilling, and reward software mining license holders with daily cryptocurrency rewards.

Let's learn more about the NATG benefits, utility, tokenomics and rewards system.

## 8 Main Benefits

The Natural Gas Project offers a wide range of financial and technical benefits to both parties: gas producing companies and the D.E.B.T. ecosystem members, who hold NATG software mining licenses.

The project's mission is to foster digitalization in the world of natural gas exploration by providing effective and secure blockchain solutions, and creating value through tokenization.

*We can highlight the following key advantages:*

1. The use of proprietary satellite-scanning technology for profound and more sustainable gas exploration and drilling.

2. Reducing exploration costs for independent natural gas producers.

3. Less waste to the atmosphere, which is achieved by two factors: effective exploration and the use of an energy-efficient mining protocol (synthetic PoW).

4. Providing a better understanding of bottlenecks in the natural gas industry.

5. Creating value earlier in the process due to tokenization.

6. Better efficiency with less administrative burden: the D.E.B.T. ecosystem is responsible for managing most of the processes.

7. Ability to attract new liquidity to the project.

8. Reducing reliance on brokers when interacting with real-world commodities.

## How does NATG work?

Users who purchase NATG software mining licenses, become NATG license holders and participate in rewards supported by the natural gas industry including the exploration, drilling and physical production of this commodity.

License holders are rewarded with NATG tokens for supporting the D.E.B.T. blockchain ecosystem. For every purchased NATG license, a predetermined amount of NATG tokens will be placed into the NATG Ecosystem Growth Initiative (EGI) pool. This

creates enough liquidity in the ecosystem for every token mined. The purpose of the EGI pool is to hold the tokens that will be mined.

**Fact:** The D.E.B.T. Council has partnered with Digital Licensing, Inc. (DLI) to select the best independent gas exploration companies which will contribute to the project. There are currently 11 targeted sites in Nebraska, 3 in Louisiana, 2 in Arkansas, and multiple natural gas field targets in Texas. The exploration work has also started on a large onshore site in Ghana, West Africa near the prolific Gulf of Guinea ocean oil fields.

### Natural Gas Production Royalties

A percentage of revenue generated from approved natural gas projects will be used to buy NATG tokens out of the market. The tokens are then burned to support the deflationary tokenomics based on the economic theory of supply and demand.

The D.E.B.T. Council will continually work to bring more projects and methods of removing token from the market.

## NATG Tokenomics

NATG has been designed as a deflationary token, to create a true supply and demand dynamic. The project's value is supported by four areas:

1. Natural gas production royalties

2. NATG software mining license purchases

3. Annual halving

4. Transaction fees (a total of 10%)

A limited number of NATG tokens will be mined and placed into circulation by a limited number of software licenses. It's important to note that 100% of NATG tokens must be mined by NATG software mining license holders.

It's not an ICO project, and NATG tokens will only be available for purchase through trusted third-party exchanges.

NATG is paired with DEBT — the central utility token of the D.E.B.T. ecosystem. To further control the circulating supply, there are a variety of events in which DEBT

7/24/23, 1:09 PM    NATG - The Natural Gas Project | The D.E.B.T. Ecosystem Includes a range of ... | by The DEBT Box | Medium

Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.362   Page 97 of 218

tokens are locked up and staked for a period of time boosting its value.

**Halving facts:** Every year on July 1st, the NATG token goes through an annual halving process. One half (50%) of the EGI pool is sent to the burn wallet never to be seen again.

### NATG Mining Licenses

Only 100,000 NATG software mining licenses will be available for purchase. Once sold, all NATG licenses will be converted to transferable NFTs, carrying the same benefits for their holders.

As of today, all NATG licenses are sold out. But you can keep an eye on our updates to discover new crypto opportunities for investing and earning with D.E.B.T.!

https://www.thedebtbox.com/projects

Crypto      Commodities      Blockchain      Web3      Natural Gas



## Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology



Follow

---

**More from The DEBT Box**



 The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read  ·  May 23

👏 1          💬



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read · Jun 8

 1    



 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read · Mar 16

 11   

7/24/23, 2:48 AM · NATG - The Natural Gas Project. The D.E.B.T. Ecosystem includes... | by The DEBT Box | Medium

Case 2:23-cv-00482-RJS-DBP Document 3-6 Filed 07/26/23 PageID.365 Page 100 of 218



The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read · Dec 8, 2022

15

See all from The DEBT Box

## Recommended from Medium

7/24/23, 8:06 AM
Case 2:23-cv-00482-RJS-DBP    Document 3-6    Filed 07/26/23    PageID.366    Page 101 of 218
NATG - The Natural Gas Project. The DeFi Ecosystem includes a uge | by The Debt Box | Medium



 Jon Crabb ✦ in Coinmonks

## How to learn DeFi in 2023

The ultimate guide to your first steps

✦  ·  4 min read  ·  Jul 7, 2022

👏 1.4K        💬 22                                                    🔖



 Kam Fatz

# How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦ · 18 min read · Apr 9

👏 1.6K    💬 29                                                                              🔖+

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves

 **marketing**
113 stories · 35 saves

 **Generative AI Recommended Reading**
52 stories · 94 saves



 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.7K · 💬 257 🔖



 Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K · 💬 287 🔖



 Metaverse Guy in Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

 · 16 min read · Feb 7

👏 931      💬 11                                                



 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

✦ · 7 min read · Mar 17

👏 29K    💬 524                                                🔖

---

See more recommendations

# Exhibit 23



Open in app ↗

Sign up    Sign In



Search Medium

# BLOX: The Real Estate Project by D.E.B.T.



The DEBT Box · Follow
3 min read · Mar 1

▷ Listen    ⬆ Share



*The D.E.B.T. ecosystem is excited to introduce the BLOX Project, which is an innovative way to be a part of the real estate industry through token rewards.*

*How do we manage to put royalties from the real estate industry to work on the blockchain, and how can you join this lucrative project? Explore everything you need to know about the BLOX Project in this article!*

**What is BLOX?**

BLOX is the D.E.B.T. ecosystem real estate project that is expected to bring huge growth and excitement to our community. The BLOX project is supported by multiple components of commercial real estate transactions.

Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. In the first 24 months, the BLOX project is working with a number of institutions with the goal of collecting fees on over $500 million in transactions. Royalties received will be used to purchase BLOX — native tokens of this project — out of the market to be burned.

**Fact:** In 2022, the real estate market was estimated at $3.8 trillion USD. It is expected to grow to be a $5.85 trillion industry by 2030 with a current growth rate of 5.2%.

**BLOX: Tokenomics and Value**

BLOX tokenomics (token economics) has been designed based on the theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time.

Only a limited number of BLOX tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. There will be only 300,000 BLOX licenses available for retail purchase.

*The BLOX Project tokenomics is supported by five areas:*

1) BLOX Software mining licenses purchases;

2) License activation: $1,000 worth of BLOX tokens are generated per license activated.

3) Blockchain Real Estate (BLOX) project royalties;

4) Annual halving: each year, 50% of the BLOX EGI pool will be burned;

5) 10% transaction fees charged for each transaction with BLOX.

**Daily Rewards for Miners**

To start collecting token rewards generated by real estate industry royalties, it is necessary to purchase and activate a BLOX software mining license. A total of 600,000 BLOX software mining licenses will exist, while only 300,000 licenses will be available

for retail purchase. The additional 300,000 treasury licenses will be held by the D.E.B.T. Council and used for managing the future growth and development of the project.

Make sure your license is activated for the full 24-hour period, and get daily rewards for your blockchain support. Rewards in BLOX tokens are deposited to the Piggy Bank and are visible on the D.E.B.T. Dashboard, these rewards can then be withdrawn to a private D.E.B.T. wallet once you achieve the minimum balance requirement.

**Why Join Today?**

Become a part of the D.E.B.T. community with the purchase of a BLOX mining license and take advantage of the growing real estate and crypto industries on our platform.

The number of BLOX mining licenses is limited and will grow in price in the future.



All D.E.B.T. mining licenses are compatible with MacOs, Windows and Linux systems, require standard internet service, and very little electricity to operate. Cloud mining is also available for all licenses thanks to the innovative D.E.B.T. ecosystem technology.

*See for yourself!*

You can find more info about BLOX and other token projects by D.E.B.T. on the website: https://www.thedebtbox.com/projects

Blockchain    Token Project    Real Estate    Tokenomics    Commodities



Follow

## Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



 The DEBT Box

### Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

 1    



🔗 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read · Jun 8

 1    



  The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read   ·   Mar 16

11    



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read · Dec 8, 2022

👏 15          💬

---

See all from The DEBT Box

---

## Recommended from Medium





Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦ · 18 min read · Apr 9

👏 1.6K    💬 29                                                          🔖



👤 Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K    💬 287                                                        🔖

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves


**marketing**
113 stories · 35 saves


**New_Reading_List**
174 stories · 32 saves

---



 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.7K      ◯ 257

---

Case 2:23-cv-00482-RJS-DBP    Document 8-6    Filed 07/26/23    PageID.380    Page 116 of 218



 Jon Crabb ◆ in Coinmonks

## How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

👏 1.4K       💬 22                                                                        🔖



 Ricardo S. Barros | ⚡PhD/MSc/Engineer

## Top 5 Cryptocurrencies Poised for Growth in 2023: Insights and Analysis

✦ · 8 min read · May 12

👏 69        💬

🔖

---



👤 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

✦ · 7 min read · Mar 17

👏 29K        💬 524

🔖

---

See more recommendations

# Exhibit 24

Open in app ↗

 Sign up Sign In



🔍 Search Medium 

# XPLR For Explore. How Does The Token Project Work?

We Are Explorers!

**The DEBT Box** · Follow
3 min read · Jan 31

▶ Listen     ↑ Share





D.E.B.T. is introducing Explore (XPLR), the first token project from our ecosystem that provides technology and services to various commodity suppliers around the world. The XPLR token is supported by royalties generated from the real-world commodity companies and governments utilizing proprietary satellite scanning technology

offered through D.E.B.T.' s partners. XPLR software mining license holders are rewarded daily for their support of the ecosystem.

This article describes the principles of work, key benefits, utility and tokenomics of the XPLR Token Project.

## Explore: 8 Key Benefits

XPLR provides a technology-driven approach to the commodities exploration industry with multiple benefits for producers of raw materials. At the same time, the project allows all interested persons to support the real-world industry through blockchain and earn digital currency rewards.

XPLR will contribute to the commodity-based industries by offering the following benefits:

1. Advanced proprietary remote sensing and satellite imagery technology;

2. Drastically reducing the amount of costs and resources needed for exploration;

3. Establishing more commodity target value;

4. Creating efficiencies throughout exploration, extraction, refining and/or production of raw commodities;

5. Establishing value earlies in the process thanks to tokenization;

6. Allowing for more eco-friendly operations with less unnecessary drilling;

7. Maximizing realized extraction value of commodities;

8. Stable off take for raw commodity production.

The proper use of technology is crucial for the natural resources industry, as it influences the lowering of expenses during this critical stage in the exploration process. XPLR can help in finding the most rich areas for commodities extraction, resulting in higher production and revenues.

## Explore Milestones

The Explore project and its partners have already completed a number of key milestones required for sustainable work on the merge of the commodity industry and blockchain:

- Hold exclusive contractual right of the use for proprietary satellite technology.

- Partner with Commodity Development and Natural Resource Estimate companies in the USA and in Africa.

- Secure several physical commodity projects to support enhanced production within agriculture, crude oil and gas, minerals and mining, etc. and offtake royalty payment cash flows from these industries.

- Identify probable and proven natural resources reserves for extraction and development.

- Listing XPLR token on PancakeSwap

## Utility and Tokenomics

The Explore (XPLR) token has been designed as a deflationary token, to create a true supply and demand economic dynamic. The XPLR project is supported by four areas:

1. XPLR project royalties coming from commodity-oriented companies through our chosen partner.

2. XPLR software mining license purchases. For every purchased license, a predetermined amount of XLPR token rewards will be placed into the XPLR ecosystem pool.There are a total of 500,000 licenses.

3. Annual halving, which takes place every year on October 1st. During this process, 50% of the XPLR tokens available in the pool are burned and removed from circulation to support the true value.

4. Transactional fees within the D.E.B.T. blockchain ecosystem. XPLR is subject to a 10% transaction fee.

XPLR is a BEP-20 token running on the Binance network. The D.E.B.T. mobile app allows for transactions and swaps within our blockchain ecosystem.

All XPLR tokens must be digitally mined by XPLR software mining license holders and will only be available for purchase through third-party digital currency exchanges.

## Earn Daily Rewards With Licenses!

The XPLR project will offer 500,000 retail software mining licenses. When all licenses are sold, they will be converted to transferable NFTs, becoming a perpetual asset.

While an XPLR software mining license is active and connected to the internet, it is supporting the D.E.B.T. blockchain ecosystem. For this support, each license holder will be rewarded with a daily distribution of XPLR rewards.

Tokens generated as a reward are deposited into the XPLR Piggy Bank wallet daily (within 24-hours), and can be withdrawn to a user's XPLR wallet and then stored, exchanged for other currencies or used to make additional purchases in the D.E.B.T. ecosystem.

### Summary

The Explore (XPLR) Token project is a unique initiative developed by the D.E.B.T. ecosystem that provides advanced technology to real-world commodity producers, and gives an opportunity for public society to become a part of this initiative while earning crypto rewards.

Find out more about XPLR on our website and in the lite paper:

https://www.thedebtbox.com/xplr-token

Token    Blockchain    Explore    Cryptocurrency    Commodities





Follow

# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



  The DEBT Box

### Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

👏 1    ◯

---



 The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by...

2 min read  ·  Jun 8

 1



 The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read · Mar 16

👏 11 💬 🔖⁺



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read · Dec 8, 2022

👏 15 💬 🔖⁺

See all from The DEBT Box

## Recommended from Medium



 Kristen Walters in Adventures In AI

### 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.7K      💬 263      🔖



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦  ·  18 min read  ·  Apr 9

👏 1.6K          💬 30                                                                   

## Lists


**Modern Marketing**
32 stories  ·  26 saves


**marketing**
113 stories  ·  34 saves


**My Kind Of Medium (All-Time Faves)**
38 stories  ·  38 saves


**Generative AI Recommended Reading**
52 stories  ·  92 saves

Case 2:23-cv-00482-RJS-DBP Document 36 Filed 07/26/23 PageID.393 Page 128 of 218




Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K     💬 286                                                          🔖



  Unbecoming

## 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my morning trail run. I'm wearing my stay-at-home mom...

✦  ·  4 min read  ·  Feb 16, 2022

👏 54K     💬 845                                                    🔖⁺



  The PyCoach  in  Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

✦  ·  7 min read  ·  Mar 17

👏 29K     💬 523                                                    🔖⁺



 Zulie Rane in The Startup

## If You Want to Be a Creator, Delete All (But Two) Social Media Platforms

In October 2022, during the whole Elon Musk debacle, I finally deleted Twitter from my phone. Around the same time, I also logged out of...

✦  ·  8 min read  ·  Apr 18

👏 35K          💬 776                                                    ⊟+

See more recommendations

# Exhibit 25

Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.897   Page 132 of 218



Search Medium

# Maximizing Rewards with D.E.B.T.!

 The DEBT Box · Follow

2 min read · Jun 8

▶ Listen      ⬆ Share



*The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by real-world industries and commodities. In this article, we will talk about the variety of rewards available to D.E.B.T. miners and the best ways to collect them.*

## Starting with D.E.B.T.

To start mining and collecting crypto rewards, a user should purchase a software mining license. This is a special cloud-mining software that should be installed on a

device (laptop, desktop, etc.) or hosted via a cloud service, for example, D.E.B.T. hosting.

When activated and connected to the server, software mining licenses help to support our blockchain ecosystem and generate daily rewards for miners.

## D.E.B.T. Rewards

For each of D.E.B.T.'s projects, a limited number of mining licenses are available, and rewards are paid out in corresponding tokens:

- DEBT Project (30,000 licenses)

- BGLD Project (50,000 licenses)

- NATG Project (100,000 licenses)

- ALUM Project (250,000 licenses)

- GROW Project (50,000 licenses)

- XPLR Project (250,000 licenses)

- DLG Project (100,000 licenses + 5,000,000 micro licenses)

- BEV Project (150,000 retail licenses)

- BLOX Project (300,000 retail licenses)

- DRIP Project (130,000 licenses + 2,000,000 micro licenses)

- DCM Project (100,000 licenses + 5,000,000 micro licenses)

## How to maximize rewards?

D.E.B.T. is not limiting users in their ability to earn! That's why you can combine different strategies or invent your own way to get the maximum.

*Strategies that our users already follow:*

**Double your earnings:** Purchase 2+ software mining licenses for one project.

**Diversify your portfolio:** Start mining on several projects simultaneously.

**Choose properly:** While micro licenses are more affordable, they provide only 1% of rewards generated by standard licenses.

**Be connected:** Make sure your licenses are connected to hosting to get a steady flow of rewards.

**Stay tuned:** Follow our updates to see new projects coming!

## D.E.B.T.: User-oriented approach

We always put our users first and appreciate fair rules of the game. That's why we design our projects' tokenomics wisely, ensuring that all miners will have equal opportunities to earn rewards.

*You may ask: How is D.E.B.T. different from other crypto mining projects, like Bitcoin and Ethereum?*

Traditional mining methods involve high competition and the need for powerful mining rigs that consume a lot of energy. D.E.B.T. eliminates these problems through a set of solutions:

- Eco-friendly cloud mining;

- Well-planned tokenomics, with scheduled token burnings and releases;

- Real tokens that must be mined by users;

- Projects supported by royalties from real-world industries and commodities production/sale.

Join the D.E.B.T. community today and start mining in a revolutionary way!

See for yourself! https://www.thedebtbox.com/

Web3    Token    Cryptocurrency





# Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



 The DEBT Box

## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read · May 23

 1    



  The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read · Mar 16

✋ 11    💬                                    🔖



 The DEBT Box

## Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall...

3 min read · Dec 8, 2022

✋ 15    💬                                    🔖



  The DEBT Box

## Introducing DRIP: The Water Blockchain Project

D.E.B.T. is revolutionizing the $342 billion global water industry by bringing it into the world of crypto!

3 min read  ·  May 10

🖐 1        💬

🔖⁺

See all from The DEBT Box

## Recommended from Medium



 Kam Fatz

### How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did…

⭐ · 18 min read · Apr 9

👏 1.6K    💬 29        🔖



Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.405   Page 140 of 218

 Cheeky Crypto

# Cardano Millionaire Whales Are Betting Big on ADA

While the price of Cardano (ADA) has been consolidating in recent weeks, millionaire whales have been betting big on the cryptocurrency...

✦ · 2 min read · Jul 9

👏 63    💬

## Lists


**Modern Marketing**
32 stories · 26 saves


**Generative AI Recommended Reading**
52 stories · 94 saves


**My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves


**marketing**
113 stories · 35 saves



 Metaverse Guy in Coinmonks

## Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

✦ · 16 min read · Feb 7

👏 931        💬 11        🔖+

---



 Ricardo S. Barros | ⚡ PhD/MSc/Engineer

**Top 5 Cryptocurrencies Poised for Growth in 2023: Insights and Analysis**

✦ · 8 min read · May 12

👏 69        💬        🔖+

---



 Jon Crabb in Coinmonks

## How to learn DeFi in 2023

The ultimate guide to your first steps

✨ · 4 min read · Jul 7, 2022

👏 1.4K    💬 22    🔖




Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

🖐 16.7K    💬 287

See more recommendations

# Exhibit 26



Search Medium

# Proof of Stake, Proof of Work and Eco-Friendly Crypto Mining

 The DEBT Box · Follow

3 min read · Dec 8, 2022

 Listen     Share



Nowadays, more and more blockchain systems strive for greener solutions. For example, Ethereum managed to cut down the network's overall energy consumption and carbon footprint by 99% after the merge.

Still, successful blockchain performance requires energy. In this article, we are going to explore the two most popular consensus mechanisms and principles of eco-mining,

to see which option is more energy-efficient and better for the environment.

## What Is Proof of Work (PoW)?

Proof of Work is the first and most common consensus algorithm, used in blockchain networks such as Bitcoin and Litecoin. This approach represents a simple design that requires feasible effort from blockchain members to deter malicious uses of computing power and resist cyber attacks. The efficiency of the algorithm is determined by the computing power of all connected devices.

### Cons and Pros

On the one hand, Proof of Work consensus can be characterized as positive because:

- It is used widely in cryptocurrency mining, for validating transactions and mining new tokens;

- Provides highly secured peer-to-peer transactions without the need for a trusted third party;

- PoW consensus also allows miners to earn crypto rewards.

But on the other hand, Proof of Work comes with a number of intrinsic problems:

- At scale, it turns out to be less effective with slow transaction speeds;

- Requires sufficient amounts of energy, which increases as more miners join the network.

## What is Proof of Stake (PoS)?

Proof of Stake first appeared in the Ethereum blockchain, and is now used in various cryptocurrency networks such as Binance and TRON. This algorithm was conceived as a more efficient and energy-saving alternative to PoW.

If PoW is about the processing power of network participants, PoS is primarily about probabilities. The chance of receiving a block is determined by the number of coins that blockchain validators have contributed as collateral to protect the network.

### Cons and Pros

So, the good things about Proof of Stake are:

- Lower energy consumption, which is both good for economy and environment;

- PoS doesn't require special equipment such as powerful computers and mining rigs to participate.

Speaking about the cons of this algorithm, it's important to mention that PoS was deployed several years after Proof of Work, so it's not as proven in terms of security as PoW. Another thing is that PoS validators with large holdings can have excessive influence on transaction verification, so there's a risk of turning blockchain into a monopoly.

## DEBT: It Is Eco!

The DEBT Box combines the principles of eco-mining with secure and powerful blockchain algorithm. The project is based on a synthetic Proof of Work consensus mechanism, and strives for a sustainable and green future with rational use of natural resources. The DEBT Box has been doing this from the beginning, ahead of Binance who is now switching to cloud mining.

### Proof of DEBT: sustainable mining

- The DEBT Box offers software mining licenses that require far less energy than hardware mining rigs;

- The circulation of all our tokens is strictly limited: no excessive mining = no carbon footprint;

- We care about responsible use of natural resources such as oil, natural gas, aluminum and gold. That's why we decided to tokenize mining of these commodities — to prevent surplus and illegal production.

DEBT, the native token of the project, is a BEP-20 token running on the Binance network. So are half a dozen other tokens: BGLD, GROW, NATG, XPLR, DLG and ALUM. They are supported by the physical production and sale of commodities.

Due to the eco-friendly mining solutions underlying the project, mining and all transactions with these tokens are fast, cost-efficient, and of course, eco.

You can find out more about the projects here.

Blockchain  Commodities  Token  Digital Transformation  Mining





Follow

## Written by The DEBT Box

187 Followers

Decentralized Ecofriendly Blockchain Technology

---

## More from The DEBT Box



The DEBT Box





## Introducing DCM: The Data Center Mining Project

The D.E.B.T. ecosystem is excited to introduce DCM, a new token project that is going to revolutionize the crypto mining industry!

4 min read  ·  May 23

👏 1        💬                                    🔖⁺

---



  The DEBT Box

## Maximizing Rewards with D.E.B.T.!

The D.E.B.T. ecosystem brings crypto mining to a new level! Our users have a unique opportunity to receive token rewards supported by…

2 min read  ·  Jun 8

👏 1        💬                                    🔖⁺

---



  The DEBT Box

## D.E.B.T.: The Future of Blockchain Mining

Blockchain technology has gained significant traction in recent years, revolutionizing various industries. One of the critical components...

4 min read  ·  Mar 16

  11



7/24/23, 9:24 PM
Case 2:23-cv-00482-RJS-DBP   Document 3-6   Filed 07/26/23   PageID.416   Page 151 of 218
Proof of Stake, Proof of Work, and Eco-friendly Crypto Mining | by The DEBT Box | Medium

  The DEBT Box

## Introducing DRIP: The Water Blockchain Project

D.E.B.T. is revolutionizing the $342 billion global water industry by bringing it into the world of crypto!

3 min read · May 10

👏 1    💬

---

See all from The DEBT Box

---

## Recommended from Medium



 Metaverse Guy in Coinmonks

### Play to Earn Games Guide — The Best Games Past & Present

A guide to play-to-earn games and a rundown of the best platforms for profit and fun

✦ · 16 min read · Feb 7

👏 931          💬 11                                                    🔖



👤 Linda Caroll in The Partnered Pen

### I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 24

👏 16.7K          💬 287                                                  🔖

## Lists

 **Modern Marketing**
32 stories · 26 saves

 **marketing**
113 stories · 35 saves



**My Kind Of Medium (All-Time Faves)**
38 stories · 41 saves



**Staff Picks**
410 stories · 171 saves



 Jon Crabb 🔷 in Coinmonks

# How to learn DeFi in 2023

The ultimate guide to your first steps

✦ · 4 min read · Jul 7, 2022

 1.4K     22



 Kristen Walters in Adventures In AI

## 5 Ways I'm Using AI to Make Money in 2023

These doubled my income last year

✦ · 9 min read · 5 days ago

👏 15.7K · 💬 257

🔖



 The PyCoach in Artificial Corner

## You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

✦ · 7 min read · Mar 17

👏 29K ☐ 524                                                    🔖+



 Kam Fatz

## How I Earned $1,244.86 in Just 96 Hours: A Step-by-Step Guide

Here's what I did...

✦ · 18 min read · Apr 9

👏 1.6K ☐ 29                                                    🔖+

See more recommendations

# Exhibit 27



 **250 Billion**
Total value of companies

 **1.6 Million**
Visitors monthly

**500.000+**
App installations

 **46 Billion**
Total commission payout

October 3, 2022                                    By Team Business For Home

# iX Global Achieves $100 Million 2022 Sales Goal Over 3 Months Early



iX Global is pleased to announce that the company achieved its 2022 annual sales goal of $100 million US dollars this past September 21, which is one hundred days ahead of schedule.

Founder and CEO Joe Martinez had this to say about reaching the milestone,

*"at the beginning of this year we set out on a journey together, and we called this journey the Road to $100 Million. As of September 21 we knocked down that goal of one hundred*

*million dollars in revenue.*

*This happened because of our expansion into Latin America and the US, which kicked our company into overdrive. And as always our leadership out in India continues to grow and build a solid organization built on community and helping people."*

iX Global opened its doors in May of 2020 during the Covid 19 pandemic, growing through Zoom meetings primarily in India. The company overcame the challenges posed by growing entirely remotely and posted initial sales numbers of just over $4 million dollars during the remainder of 2020.

In 2021 iX Global took several steps forward and generated $22 million dollars of sales in its first full calendar year, while also solidifying its culture and purpose as a self betterment platform for digital entrepreneurs to grow both personally and financially.

Joe Martinez wanted to make sure iX Global capitalized on the growth and interest generated during 2021, so he set the Road to 100 Million goal **at the** beginning of 2022 and urged the leadership to grow and expand around the world.

**At the** same time Joe knew to achieve his goal he would need to innovate and grow from the company side as well, and to that effect found new products, services, and partnerships to allow this type of growth.

Most notably Joe partnered with D.E.B.T., the creators of a decentralized eco-friendly blockchain technology platform, by having iX Global become their exclusive partner in the direct selling space, and that partnership has been integral to 2022's massive growth. The integration of the D.E.B.T. partnership along with expansion into Latin America and the United States has allowed iX Global to grow the base that its Indian leadership has built into one of the fastest growing companies in the direct selling space today.

*iX Global would like to thank its community and specifically all of its leaders who have participated in making the one hundred million sales goal a reality. The core Indian leadership team has been with iX Global since the beginning and created the foundation for the entire world to build upon, for which iX will be forever grateful.*

The leaders that have joined the iX community during 2022 from Latin America and the United States have added to and expanded upon the foundation set by the Indian leadership, and iX is grateful for each leader who has seen the vision and gone to work.

iX would also like to thank its corporate staff and supporting partners and vendors, without which none of this growth would be possible. President Paul Barlow states,

*"those of us in the corporate office are so excited about what we have been able to accomplish so far and where we are going. We are moving so fast that it is hard to keep up with the growth, but we've got our running shoes on and will continue to grow as quickly as our community does."*

As iX Global moves into the future, Joe Martinez believes iX Global will close the year 2022 with somewhere between $130 million and $140 million dollars in sales. He knows iX Global is still just getting started and has room to grow and expand in its existing regions and in new regions throughout the world.

He has also set the new growth goal for the company for 2023 – 300 million dollars in sales. As iX Global moves into 2023 and beyond both the staff and the community are excited to continue to share the vision all over the world and find out what the future holds.



#THEROADTO100Million has been achieved!!...

**About iX Global**

iX Global is an educational and self development fintech platform that works on the philosophy of learning and earning. You can subscribe to the courses to learn financial skills to implement for yourself, and also earn money through the referral bonus structure that the company has put in place for its Brand Ambassadors. iX members also become a part of a community that works together towards each other's personal and financial goals.

For more information, please visit **www.ixglobal.us**

Get more information, facts and figures about iX Global, **click here for the iX Global overview.**

# Recommended Distributors iX Global

 **Stephen Shaibu**

 **Chris Lengle**

 **Cory Kromray**

 **Ricky Sundara**

 **Iyabunmi Moore**

 **Travis and Summer Flaherty**

 **Kramer Nunez**

 **Tony Bañuelos**

 **Edison Panchi**

 **Zay Molina**

**1**    2

## Become a Recommended Distributor

Direct Selling Distributors, they are active professionals, who love to team up with you!

Register now

## Real time traffic

A visitor from Stamford, United States viewed **Young Living Top Earners Added To The Earnings Ranks - Direct Selling Facts, Figures and News**    2s

A visitor from Trinec, Czechia viewed **Momentum Rans - Fakta, čísla a zprávy o přímém prodeji**    15s

A visitor from Bogotá, Colombia viewed **Direct Selling Facts, Figures and News - Business For Home**    20s

A visitor from Fullerton, United States viewed **Top Earners Ranks - Direct Selling Facts, Figures and News**    20s

A visitor from United States viewed **Direct Selling Lifetime Top Earners Ranks - Direct Selling Facts, Figures and News**    32s

A visitor from Hanoi, Vietnam viewed **Marina Longhi - Direct Selling Facts, Figures and News**    32s

A visitor from Montreal, Canada viewed **ACN - Direct Selling Facts, Figures and News**    34s

A visitor from Istanbul, Turkey viewed **The 500 Largest Direct Sales Companies In The World 2023 - Direct Selling Facts, Figures and News**    37s



## The Free Business For Home App

Direct Selling News, Company Analysis and Market Data

Download for Apple

Download for Android

## Follow us

Stay up to date about everything that happens on and around Business for Home.



### Business for Home

Add a Company

About Us

Support & FAQ

Cookies

Contact & Privacy Policy

### Rankings

Momentum Ranks

Top Earners

### Social media

🐦 Twitter

ⓕ Facebook

🅞 Instagram

▶ YouTube

# Exhibit 28





DECENTRALIZED ECO FRIENDLY BLOCKCHAIN TECHNOLOGY

INNOVATE | INSPIRE | IMPACT



Case 2:24-cv-00648-XXXXX   Document 54   Filed 07/24/24   PageID.437 Page 165 of 218



# Where **crypto** meets commodities.

## DECENTRALIZED ECO FRIENDLY BLOCKCHAIN TECHNOLOGY

Disclaimer: Crypto products and NFTs are unregulated and can be highly risky. There may be no regulatory recourse for any loss from such transactions. It is important to know that the X-Node software license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation.

# DISCLAIMER

iX Global, LLC®, its owners, officers, directors, employees, subsidiaries, service providers, content providers and agents (referred to as "iX") are not financial or investment advisors and not licensed to sell securities or investments.

None of the information provided is intended as investment, tax, accounting or legal advice, as an offer or solicitation of an offer to buy or sell, or as an endorsement, of any company, security, fund, or other offering. The information should not be relied upon for purposes of transacting securities or other investments.

Your use of the information contained herein is at your own risk. The content is provided 'as is' and without warranties, either expressed or implied.

iX does not promise or guarantee any income or particular result from your use of the information contained herein. Under no circumstances will iX be liable for any loss or damage caused by your reliance on the information contained herein. It is your responsibility to evaluate any information, opinion, advice or other content contained. Please seek the advice of professionals, as appropriate, regarding the evaluation of any specific information, opinion, or other content.

 

# CORPORATE
## iX Global LLC Board of Directors

**2020** GENERATED
**4.6 MILLION**
COMPLETED

**2021** GENERATED
**22 MILLION**
COMPLETED

**2022** GENERATED
**206 MILLION**
COMPLETED


Joe Martinez - **Ceo & Founder**


Paul Barlow - **President**


Misty Martinez - **Chief Operating Officer**


Joshua Phair - **Chief Strategy Officer**


Bob Chaffin - **Chief Technology Officer**

Luke Epps - **Chief Relations Officer**


Ozzie Tomas - **Chief Marketing Officer**

Nicholla Henderson - **Director of Communications**


Colby Jones - **Director of Digital Media**

 **MAY 2020 BIRTH OF IX**

 **TOP 3 STARTUP** Business For Home

 **GENERATED 4.6 MILLION IN SALES** Business For Home

 **#1 STARTUP COMPANY** Business For Home

 **TOP 5 COMPENSATION PLAN** Business For Home

 **TOP 6 MOMENTUM COMPANY** Business For Home

 **GENERATED 22 MILLION IN SALES**

 **BFH 106 TOP EARNERS IN THE INDUSTRY** Business For Home

 **#1 TOP MOMENTUM COMPANY IN THE WORLD** Business For Home

 **#1 TOP EARNER IN THE WORLD** (VIRAJ PATIL) Business For Home

 **GENERATED 206 MILLION IN SALES**

 **190K AMBASSADORS**

**WHATEVER IT TAKES**
#TheRoadto500million

INNOVATE | INSPIRE | IMPACT



# COMPANY GROWTH

## #THEROADTO500MILLION


GENERATED
4.6 MILLION IN SALES
Business For Home

TOP 8 EARNER IN THE
WORLD (VIRAJ PATIL)
Business For Home


THE ROAD TO
500 MILLION


MAY 2020
BIRTH OF IX       2020

#1 STARTUP
COMPANY
Business For Home

TOP 6 MOMENTUM
COMPANY
Business For Home

BFH 106 TOP EARNERS
IN THE INDUSTRY
Business For Home

#1 TOP MOMENTUM
COMPANY IN THE WORLD.
Business For Home


TOP 3 STARTUP
Business For Home


GENERATED
22 MILLION IN SALES       2021

GENERATED
206 MILLION IN SALES       2022

#1 TOP EARNER IN THE
WORLD (VIRAJ PATIL)
Business For Home

SO FAR IN 2023

TOP 5
COMPENSATION PLAN
Business For Home


190K AMBASSADORS

| 2020 GENERATED **4.6 MILLION** | 2021 GENERATED **22 MILLION** | 2022 GENERATED **206 MILLION** |
|---|---|---|
| COMPLETED | COMPLETED | COMPLETED |

# THE U.S STOCK MARKET LOST OVER 9 TRILLION DOLLARS LAST YEAR!







Case 2:23-cr-00465-RGK-RAO    Document 1-6    Filed 07/2023   Page 171 of 218   Page 171 of 218










**Powered by D.E.B.T.**

**Decentralized Eco Friendly Blockchain Technology**





REAL ASSET BACKED CRYPTO ECOSYSTEM

Jake Anderson
**D.E.B.T Council**

Jason Anderson
**D.E.B.T Council**

Roy Nelson
**D.E.B.T Council**

Schad Brannon
**D.E.B.T Council**

**WHERE CRYPTO MEETS COMMODITIES**

Impacting the world through **blockchain** & **commodities**.

# LOOKING AT NODE LICENSES

## WHAT IS A NODE?

Blockchains (cryptocurrencies are blockchains) require nodes to operate.

A node is a piece of software that connects to other nodes in the blockchain to create a network.

Nodes are where data is stored, received and transmitted.

They are crucial to network security and integrity.





# LOOKING AT THE DEBT ECOSYSTEM

Blockchain and cryptocurrencies can be complex and overwhelming to many individuals.

For years we have all been hearing about Blockchain, and many of us want to get involved, but simply don't know how.

**DEBT** has taken the guesswork out of it.
No fake meme coins here! Real projects tied to real assets, brought to you in the comfort of your own home.





# HOW DEBT WORKS?

Utilizing DEBT's exclusive proprietary software, you can turn your computer or laptop into a portfolio of blockchain miners.

By purchasing and managing different software nodes licenses you can earn rewards from several asset classes all from the comfort and convenience of your own home.



## STEP 1

PURCHASE A MINING LICENSE AND GET IT ACTIVATED. YOUR LICENSE MUST BE ACTIVATED BEFORE IT WILL BEGIN MINING.

## STEP 2

EARN REWARDS DAILY THROUGH THE MINING PROCESS. YOU CAN WATCH THEM ROLL IN ON THE REWARDS SECTION.

## STEP 3

WITHDRAW YOUR REWARDS AND REDEEM THEIR VALUE FOR OTHER TOKENS, ADDITIONAL LICENSES OR WHATEVER ELSE YOU WANT.





# TOKENOMICS

- SUPPLY AND DEMAND
- HOW ARE WE DIFFERENT?
- UNDERLYING PROJECTS
- ROYALTY
- BURN



# TOKENOMICS

## 10%

Crypto to Crypto Transaction fee for Redistribution Tokenomics.

## 2%

The burn wallet receives this, and these tokens will never be seen again

## 4%

The EGI wallet receives this so the node network is always growing in value

## 4%

The Liquidity wallet is used to access and support more exchanges

## Halving

In addition to the trade functions, every year on Jan 1st, Half of the EGI Pool is sent to the burn wallet never to be seen again.

## More Than

## Tokenomics

In addition to the trade functions, a percentage of the underlying project will be spent to buy (X) token out of the market and send 100% of those tokens to the burn wallet never to be seen again.

These tokenomics were designed to create a perpetual license. Once the 50,000 license is sold all licenses will be converted to transferable NFTs.







**DEBT** IS **NOW LISTED** IN SEVERAL EXCHANGES

 

 

 

SOON TO BE LISTED IN...






### Decentralized Eco Friendly Blockchain Technology

## CHECK OUT SOME OF THE CRYPTO COMMODITY BASED PROJECTS LAUNCHING SOON IN OUR ECOSYSTEM.



Real projects linked to real assets
Where Crypto Meets Commodities



**DEBT**
$373,625,093.88
+12.84%



**DLG**
$0.0116860938
+12.84%



**BLOX**
$0.0116860938
+12.84%



**BOLG**
$0.0116860938
+12.84%



**GROW**
$0.0116860938
+12.84%



**REV**
$0.0116860938
+12.84%



**DLS**
$0.0116860938
+12.84%

# HOW DEBT WORKS?

Utilizing DEBT's exclusive proprietary software, you can turn your computer or laptop into a portfolio of blockchain miners. By purchasing and managing different software nodes licenses you can earn rewards from several asset classes all from the comfort and convenience of your own home.

### STEP 1
Purchase a mining license and get it activated. Your license must be activated before it will begin mining.

### STEP 2
Earn rewards daily through the mining process. You can watch them roll in on the Rewards section.

### STEP 3
Withdraw your rewards and redeeem thier value for other tokens, additional licenses or whatever else you want.

ixglobal.us



**USA- 17 New wells online & 100+ in process**
**GHANA-First onshore contract - 130,964 Sq acres**
iX Ambassadors along with some of the iX Corporate team visited one of the supporting BGLD oil reserves in Nebraska on August 2022. A second group in November 2022 also visited some of the
DEBT sites in Ghana along with the DEBT Council.

🔥 BGLD



**GHANA Contract & USA Production**
Gas processing plant in the West Ghana region processes gas from the offshore Jubilee oil and gas fields. The plant provides cheap natural gas for energy generation and labeled as an economic game changer in Ghana. Since it's commissioning the plant has ran to its capacity of 150 million standard cubic feet per day.

NATG

DLG & GROW



**Gold mining in Kumasi & Takoradi, Ghana**
Partnered with gold mining operation companies in the US & Africa. Secured several physical projects to enhance production. Partnered with proprietary metal separation and refining companies.

**5,090 Acreage of Soybean crops in Tamale, Ghana**
Along with Cocoa and other high yielding agriculture.

ALUM



**Ghana Bauxite Corporation**
Active mining site located in Kumasi, Ghana.

# BGLD PROJECT REVENUE



**WELL #1**    **WELL #2**    **WELL #3**    **WELL #4**

## OIL ROYALTIES

In addition to the trade functions a percentage of the underlying project will be spent to buy BGLD out of the market and send 100% of those tokens to the burn wallet never to be seen again.

### NEBRASKA

50+ Million barrels in reserve. BGLD 20%

### NEVADA

400 Million barrels in reserve. BGLD 3.5%

### FUTURE

11 Sites in Nebraska, 3 in Ghana, Multiple Texas locations currently in review.





# BGLD

| USA | GHANA |
|-----|-------|
| 17 New Wells Online | First onshore contract |
| 17 Wells Approved | 512 SQ KM |
| 100+ Wells in Process | 130,964 SQ Acres |



INNOVATE | INSPIRE | IMPACT



# BGLD - The future of Oil Exploration.
## Where Crypto Meets Commodities.

## Our Partner | Western Oil

Western Oil Exploration Company is an independent energy company with a business model that involves using technology to locate new energy reserves. We measure success in the size of our discoveries.

Western Oil Exploration Company is developing the Scott lease in the Great Basin of Nevada. We are beginning a vertical drilling program with two wells which have the potential to recover +5,000 BO per day and + 20Mmbo per well.





## 8 KEY BENEFITS



PROPRIETARY SATELLITE-SCANNING TECHNOLOGY

REDUCING A RELIANCE ON BROKERS

REDUCING EXPLORATION COSTS

PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

THE ABILITY TO ATTRACT NEW LIQUIDITY

BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

CREATING VALUE EARLIER IN THE PROCESS

LESS WASTE





NEBRASKA **OIL** WELL

iX Ambassadors along with some of the iX Corporate team went together to visit one of the supporting DEBT oil reserves in Nebraska this August 2022.











# BGLD

## BGLD SUCCESS

BGLD Launched November 1st 2021 at the starting price of $0.00001.

Currently trading at $0.012

Up 120,000% Since Launch

9,285 BGLD licenses sold.



## ECOSYSTEM SUCCESS

65+ unique wallet holders over $1m

Average $2m day volume.

92,119 Total licenses sold

Largest sales day $20,000,000

2 Top 30 Tokens







# THE SUCCESS OF BGLD





**START DATE: NOVEMBER 8, 2021.**





# XPLR

## Exosphere by Fleet Space
## Powered by XPLR/DEBT



### FLEET SPACE IN THE NEWS

Fleet Space Technologies is an Australian space tech company operating a fleet of micro-satellites.

**Forbes**

**FINANCIAL TIMES**

**TC TechCrunch**

**FINANCIAL REVIEW**

**BUSINESS INSIDER**

**SPACENEWS**

**FLEET**

Watch the partnership promo video on our YOUTUBE channel 

INNOVATE | INSPIRE | IMPACT





















# Australia's Leading Space Company

Fleet Space has designed, built and launched Australia's only commercial NanoSatellites. With six satellites already in orbit and the next iteration launching in 2022, Fleet Space is building a constellation of 140 small satellites in Low Earth Orbit.





# GROW

## ACREAGE 5,090 CROP SOYA BEANS














INNOVATE | INSPIRE | IMPACT






# GROW

ACREAGE 5,090 CROP SOYBEANS

INNOVATE | INSPIRE | IMPACT

**Imports and Exports of Cocoa and Cocoa Preparations (2021)**

GHANA

**12% Total Exports**

Cocoa (all) export value **$2.8 billion**

**Cocoa beans**
64.5% of cocoa total
$1.8 billion

**Cocoa Paste**
17.8% of cocoa total
$490.5 million

**Cocoa butter, fat and oil**
12.4% of cocoa total
$342.2 million

**Cocoa powder**
4.7% of cocoa total
$130.9 million

**Chocolate**
0.6% of cocoa total
$15.5 million

**Top Export Destinations**

1. 2. 3.

0.6%
4.7%
12.4%
17.8%
64.5%









INNOVATE | INSPIRE | IMPACT



## NEW PROJECT
# BEV
WHERE CRYPTO MEETS COMMODITIES · #BLOCKCHAINMINING

| DURATION | COST | BONUS | PV |
|---|---|---|---|
| PERPETUAL | $1,000 | $30 USD | 150 PV |





DISCLAIMER: CRYPTO PRODUCTS AND NFTS ARE UNREGULATED AND CAN BE HIGHLY RISKY. THERE MAY BE NO REGULATORY RECOURSE FOR ANY LOSS FROM SUCH TRANSACTIONS.

INNOVATE | INSPIRE | IMPACT

## NEW PROJECT
# BLOX
WHERE CRYPTO MEETS COMMODITIES · #BLOCKCHAINMINING

| DURATION | COST | BONUS | PV |
|---|---|---|---|
| PERPETUAL | $1,500 | $40 USD | 150 PV |





DISCLAIMER: CRYPTO PRODUCTS AND NFTS ARE UNREGULATED AND CAN BE HIGHLY RISKY. THERE MAY BE NO REGULATORY RECOURSE FOR ANY LOSS FROM SUCH TRANSACTIONS.

INNOVATE | INSPIRE | IMPACT






# DETAILED X-NODE CRYPTO MINING Sheet



**DEBT**
Price: **$15,100 USD**
Volume: 3,000 PV
Direct Sales Bonus: **$500 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**NATG**
Price: **$6,000 USD**
Volume: 1,500 PV
Direct Sales Bonus: **$250 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**BGLD**
Price: **$6,000 USD**
Volume: 1,500 PV
Direct Sales Bonus: **$250 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**GROW**
Price: **$2,600 USD**
Volume: 500 PV
Direct Sales Bonus: **$100 USD**
Litepaper: Go to the iX Backoffice - Download Resources





**DLG**
Price: **$1,600 USD**
Volume: 250 PV
Direct Sales Bonus: **$100 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**ALUM**
Price: **$2,600 USD**
Volume: 500 PV
Direct Sales Bonus: **$100 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**XPLR**
Price: **$2,600 USD**
Volume: 500 PV
Direct Sales Bonus: **$100 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**BEV**
Price: **$1,250 USD**
Volume: 150 PV
Direct Sales Bonus: **$30 USD**
Litepaper: Go to the iX Backoffice - Download Resources



**BLOX**
Price: **$1,750 USD**
Volume: 150 PV
Direct Sales Bonus: **$40 USD**
Litepaper: Go to the iX Backoffice - Download Resources

INNOVATE | INSPIRE | IMPACT

Decentralized Eco Friendly Blockchain Technology



# New Rental Program option

Earn daily crypto rewards. #cryptomining

| DURATION | COST | BONUS | PV |
|----------|------|-------|-----|
| 30 CYCLES | $250 | $10 USD | 80 PV |

 Range of Daily Token Production: **1,000 - 3,000**  BGLD

| DURATION | COST | BONUS | PV |
|----------|------|-------|-----|
| 60 CYCLES | $250 | $10 USD | 80 PV |

Range of Daily Token Production: **14,000 - 18,000**  NATG

| DURATION | COST | BONUS | PV |
|----------|------|-------|-----|
| 60 CYCLES | $250 | $10 USD | 80 PV |

Range of Daily Token Production: **7.00 - 11.00**  GROW

| DURATION | COST | BONUS | PV |
|----------|------|-------|-----|
| 60 CYCLES | $250 | $10 USD | 80 PV |

Range of Daily Token Production: **200 - 400**  ALUM

| DURATION | COST | BONUS | PV |
|----------|------|-------|-----|
| 60 CYCLES | $250 | $10 USD | 80 PV |

Range of Daily Token Production: **250 - 450** XPLR

Disclaimer: Crypto products and NFTs are unregulated and can be highly risky.
There may be no regulatory recourse for any loss from such transactions.



# X-NODE APP

Exchange your **DEBT ECOSYSTEM** tokens within the app.



### DOWNLOAD THE APP






# D.E.B.T CARD

CONVERSION OF CURRENCIES & EVERYDAY UTILIZATION- (Available soon)

## THREE LEVELS

DIGITAL (FREE) - PLASTIC ($) - METAL ($$) - EXCLUSIVE ($$$)



# Top Earners Ranks

The ranking: the estimated earnings are based on Internet research, earnings claims from conventions, downline, upline, crossline information, direct selling magazines and through our 70+ reporters. Numerous top earners and companies share earnings with us. Our objective is to show people, you can make an honest living with MLM, Direct Selling working with all kind of Direct Selling Companies.

Search...

iX Global (117)

| NR. | NAME | EST. MONTH | EST. YEAR | COMPANY |
|-----|------|-----------|-----------|---------|
| 1 | Viraj Patil | $1,220,951 | $14,651,412 | iX Global |
| 2 | Ramesh Choudhary | $353,174 | $4,238,088 | iX Global |
| 3 | Travis and Summer Flaherty | $251,000 | $3,012,000 | iX Global |
| 4 | Ranveer Bhanupratap Singh | $169,894 | $2,038,728 | iX Global |
| 5 | Harsh Bansal | $162,220 | $1,946,640 | iX Global |
| 6 | Mangesh Shinde | $159,251 | $1,911,012 | iX Global |
| 7 | Vikrant Kadam | $147,606 | $1,771,272 | iX Global |



# 2022 TRADE RESULTS

 We at Empire iX are transparent about our trade results. Here is a break down of each month of 2022:

**+10.69%**

***AVERAGE ACCOUNT GROWTH PER MONTH**

| +23.6% | +14.0% | +7.5% |
|--------|--------|-------|
| JANUARY | FEBRUARY | MARCH |
| +5.0% | +6.7% | +3.2% |
| APRIL | MAY | JUNE |
| +4.5% | +13.9% | -0.9% |
| JULY | AUGUST | SEPTEMBER |
| +22.9% | +20.5% | +7.3% |
| OCTOBER | NOVEMBER | DECEMBER |

*RESULTS WERE CALCULATED OVER THE YEAR OF 2022. PAST RESULTS DO NOT GUARANTEE FUTURE RESULTS. INDIVIDUAL RESULTS MAY VARY

ixglobal.us



# MEMBERSHIPS
## AND BENEFITS

| BENEFITS | We (15 QRBV) | Basic (80 QRBV) | Pro (90 QRBV) | Premium (120 QRBV) |
|---|---|---|---|---|
| Activation Cost | $50.00 | $115.00 | $145.00 | $180.00 |
| Monthly Renewal Fee | $50.00 | $115.00 | $145.00 | $180.00 |
| Commission Eligibility | VIP 100 Max | ✅ | ✅ | ✅ |
| iX Social App | ✅ | ✅ | ✅ | ✅ |
| iX Academy | ✅ | ✅ | ✅ | ✅ |
| Live Education | ✅ | ✅ | ✅ | ✅ |
| Basic Channels (2 Alert Channels) | ❌ | ✅ | ✅ | ✅ |
| CorePro (10+ Alert Channels) | ❌ | ❌ | ✅ | ✅ |
| Team Kings | ❌ | ❌ | ✅ | ✅ |
| We Trade | ✅ | ✅ | ✅ | ✅ |
| TravelPro | ❌ | ❌ | ✅ | ✅ |
| iCOM | ❌ | ❌ | ✅ | ✅ |
| Empire iX | ❌ | ❌ | ✅ | ✅ |
| Cloud Trade-FIBO5 (* =2k Max Deposit ) | ❌ | ✅ | ✅ | ✅ |

| ADD-ON's | Price | Bonus | Volume |
|---|---|---|---|
| Continental FX | $25 USD | $10 USD | - |
| iX Wellness (India) | $30 USD | - | 5 QRBV |
| Social Gamification | $40 USD | $10 USD | 15 QRBV |
| Corepro | $40 USD | $10 USD | 15 QRBV |

*

ixglobal.us

INNOVATE | INSPIRE | IMPACT

Case 2:23-cv-00... Doc... Page... of 467 · Page 202 of 218

# COMPENSATION TABLE



Total Clients needed is assuming that you have a Personal Subscription of the Basic Package or higher and that each of the people on your team have a Subscription of the Pro Pack or higher.

Apprentice Bonus is paid every 4th week. Your enrollment week is your 1st week. If you meet the requirements by the end of your 4th week, you would receive this Bonus.  As long as you remain Qualified, you would receive this Bonus every 4 weeks.

* For more information see the Ambassador Rewards Doc

| Rank | Team Commission | Qualified Volume | Leg Max | Clients Needed | Rank Bonuses | Binary Residual |
|---|---|---|---|---|---|---|
| Apprentice | NA | 320 | 35% | 3 | $100 + | $9 |
| Builder | 10% | 1,040 | 35% | 12 | $87.50 | $52 |
| Producer | 10% | 3,600 | 35% | 40 | $200.00 | $180 |
| Executive Producer | 10% | 10,800 | 35% | 120 | $500.00 | $540 |
| Influencer | 15% | 25,000 | 40% | 277 | $1,000.00 | $1,875 |
| Executive Influencer | 15% | 50,000 | 40% | 555 | $1,500.00 | $3,750 |
| Global Influencer | 15% | 100,000 | 50% | 1,111 | $2,000.00 | $7,500 |
| Ambassador | 15% | 250,000 | 50% | 2,222 | $2,000.00 | $18,750 |
| Global Ambassasor | 20% | 500,000 | 50% | 5,556 | $2,000.00 | $50,000 |
| Crown Ambassador | 20% | 1,000,000 | 50% | 11,112 | $2,000.00 | $100,000 |
| Elite Ambassador | 20% | 2,000,000 | 50% | 22,224 | $2,000.00 | $200,000 |



# BUY YOUR NODE

TAKE ADVANTAGE OF THIS GREAT WEALTH GENERATING OPPORTUNITY TO GENERATE PASSIVE DAILY DIGITAL REWARDS WITH A REAL ASSET BACKED CRYPTO ECOSYSTEM.







# Exhibit 29



Jan 20, 2023

## BURN NOTICE: BGLD

**BGLD Community,**

On January 19, 2022, BGLD completed another burn from acquired tokens, with 912,600,000 BGLD tokens sent to the burn wallet.

Binance (BNB) transfer transaction details:
https://bscscan.com/tx/0x4d2b31a7c8aa27f74519606a991a75f3b

Value derived from: 912,600,000 tokens X $0.006 per token = $5,475,600.00 USD value



# FEBRUARY 2023 D.E.B.T. NEWSLETTER

**D.E.B.T. Community.**

**EXPLORE updates**

We are very disappointed to announce after our partner worked for months to build the relationship with Fleet to support the XPLR project, the agreements in place have been terminated.

Misinformation promoted on social media, and 100s of phone calls to Fleet to verify this misinformation, were contributing factors that led to the ultimate dissolution of the relationship.

We understand the desire for information about partnerships supporting the ecosystem and the need for our community to feel the project is strong, however abuse of information has consequences for the ecosystem as we have experienced this week.

For the reasons noted above, D.E.B.T. must prioritize the growth and security of the ecosystem and will no longer be able to release details we would otherwise like to divulge to the community.

Our partners are continuing to move forward with identification and engagement of other satellite providers. Meanwhile, they will continue to rent satellite technology, at a much greater cost, to meet the service demands in place.

**UNDERSTANDING D.E.B.T.**

D.E.B.T. is a blockchain project that is growing through the unique combination of blockchain technology and royalties received from our partners support of commodity production. Our partners use proprietary technology to assist multiple industries with locating resources in an economical and environmentally friendly way, which lowers commodity production operation costs and increases production efficiency. Partner royalties are used to support the tokenomics.

D.E.B.T. project software mining licenses are available for sale to individuals who want to be involved in a cryptocurrency token project that is related to real-world projects. Each license is rewarded with project tokens for the support of the ecosystem.

Owning a license and operating it to receive rewards is not an investment or ROI proposition. Owning a license in no way gives direct or indirect ownership, equity, disclosures, reports or control in the underlying projects or partner companies.

License sales support the development of the technologies being used and the ecosystem as a whole. Operating license holders receive rewards for participating in this distinctive technology and ecosystem.

**UNDERSTANDING TOKENOMICS**

Each D.E.B.T. project has its own unique tokenomics. Details are found in the individual Lite Papers at: www.thedebtbox.com/projects.

---

## D.E.B.T.

- DASHBOARD
- REWARDS
- WALLETS
- COMMUNITY VOTE
- PORTFOLIO
- GOALS
- NEWS
- ORDERS
- LICENSES
- HOSTING

All    Today    This Week    This Month    Older

acquired tokens, with 393,530,000.00 BGLD Tokens sent to the burn wallet.

Feb 17, 2023

### LICENSE ACTIVATION UPDATE

Going forward, any licenses purchased through D.E.B.T., perpetual or rental, will automatically activate in the account where the payment was made. Users will no longer need to click on a link to activate the license after the payment was recorded.

Feb 10, 2023

### FEBRUARY 2023 D.E.B.T. NEWSLETTER

FEBRUARY 2023 D.E.B.T. Newsletter

Feb 2, 2023

### RENTAL LICENSES AVAILABLE

We are excited to launch Rental Licenses to the entire D.E.B.T community!

Feb 1, 2023

### END OF YEAR UPDATE FROM THE D.E.B.T. COUNCIL

2022 was an amazing year! Full of new projects, new partners, growth, and a few challenges, we are grateful for all of our customers, partners, and vendors for being on this exciting journey with us.

Screenshot

# Exhibit 30





# Pharmaceuticals

## The Future of A.I. Drug Discovery
### LITE PAPER







# FAIR IS THE FUTURE  OF AI HEALTHCARE

The FAIR Project is a revolutionary ecosystem that redefines the implementation and application of artificial intelligence (AI) in the healthcare sector. It employs a distributed computing network consisting of AI-powered nodes (nodes) that function on user devices.

The system's ingenuity lies in leveraging the untapped potential of everyday devices and converting them into robust processing units that collectively form a globally distributed supercomputer dedicated to the advancement of healthcare.

The FAIR ecosystem is anchored by real-world healthcare verticals, including hospitals, clinics, pharmaceutical companies, and biotech research centers. By harnessing the power of distributed computing, these healthcare institutions can access AI programs cost-effectively, enabling advancements in areas such as drug discovery, mental health, medical coding and billing, telemedicine, medical devices, and predictive diagnosis.

As a result, these institutions are better equipped to deliver improved healthcare services. Our tokenized ecosystem creates a virtuous cycle where all participants stand to gain, fostering both technological innovation and societal progress. Our tokens are not mere digital assets; they symbolize a tangible partnership between healthcare and technology where everyone stands to win.

# GROWTH STRATEGY

As FAIR's AI-based solutions and distributed computing systems roll out, our ecosystem is steadily strengthening. We have 12 new healthcare verticals in the pipeline, each aimed at enhancing AI accessibility and efficiency in the healthcare sector, and we continually review new opportunities to further our reach and impact.

# RX-TOKEN (RXT) PHARMACEUTICALS

Rx-Token (RXT) is part of the FAIR Project and is supported by and linked to AI-driven drug discovery in the pre-market pharmaceutical industry. Acquiring an RXT software-mining license enables anyone to become a node operator and voluntarily allows a portion of their device's processing power to facilitate AI computations within the FAIR ecosystem. In return for this contribution, node operators receive RXTs while pharmaceutical companies benefit from the efficient implementation of AI technology.



## 8 Key Benefits

### Accelerated Drug Discovery:

Customizable AI algorithms can significantly speed up the process of drug discovery by identifying potential drug targets and predicting the effectiveness of certain compounds quickly.

### Reduced R&D Costs:

AI solutions can help reduce costs associated with lengthy and expensive research-and-development processes.

### Risk Mitigation

AI algorithms can predict potential challenges or failures in the drug-discovery process early on, thereby reducing risk and preventing costly failures.

### Improved Decision-Making:

AI can help analyze and interpret large amounts of complex data, leading to more accurate and informed decision-making in drug development.

### Personalized Medicine:

AI can facilitate the move toward personalized medicine by identifying individual responses to drugs and helping to design treatments accordingly.

### Repurposing Existing Drugs:

AI can identify new uses for existing drugs, creating opportunities for pharmaceutical companies to maximize their product portfolios.

**Enhanced Clinical Trials:**

AI can improve the design and execution of clinical trials by identifying the most suitable participants and monitoring results in real-time for better outcomes.

**Scalable Innovation:**

Access to AI algorithms allows companies of all sizes, including start-ups and smaller firms, to participate in innovative drug research and discovery efforts. This democratizes the innovation process and could lead to more diverse solutions.

# GET INVOLVED WITH RXT

 **1. Purchase:**

Acquire your RXT software-mining license and be part of the FAIR Project at app.thefairproject.ai. Advocate for a cutting-edge AI-driven healthcare ecosystem from your home by enabling your devices for AI processing, thus promoting global healthcare advancement. Secure your RXT software-mining license with a one-time purchase. Be among the exclusive 50,000 retail RXT software-mining license holders available at present.

 **2. Activate:**

Activate your RXT software license that operates on minimal electricity whenever you're connected to the internet. These software-mining licenses blend with all macOS, Windows, Android, or Linux devices, running wherever a suitable internet connection exists. This covers laptops, smart devices, or even the FAIR Project cloud server.

**3. Collect:**

Reap your benefits. Once your RXT software-mining license is up and running and has been connected to the internet, and your idle processor is ready for computations, you'll earn RXTs as a thank you for bolstering the FAIR ecosystem. Today's generated rewards land in your Med-Kit bank wallet within 24 hours. You can transfer these rewards to your private RXT wallet using the dashboard.

# RXT PHARMACEUTICAL ROYALTIES

Utilizing its deep healthcare expertise and AI insights, FAIR has formed a strategic alliance with a pre-market pharmaceutical fund. This partnership enables accredited investors to invest in pre-market pharmaceutical candidates that pass stringent AI-identified criteria and expert evaluation. The lucrative returns and royalties from these successful investments provide a steady revenue stream for FAIR, while simultaneously ensuring a consistent demand for RXT in all market climates.

FAIR's privileged access to early-stage pharmaceutical ventures opens a wealth of industry opportunities for earning royalties. The financial gains from successful pharmaceutical projects are used to procure RXT tokens from the open market, which are then sequestered for two years. This strategy maintains a constant demand for the token, limits its open-market availability, and thus enhances its value.

Lastly, FAIR has forged a tactical relationship with a key pharmaceutical intermediary, renowned for bringing well-known pharmaceuticals such as Mucinex, Nicorrete, Cardizem, and Phoslo, among others, to the market. This intermediary has historically generated over $5 billion in revenue from successful ventures over the past decade. This strategic collaboration promises to equip FAIR with a competitive edge, further facilitating significant royalty returns that will bolster the ecosystem.



# RXT SaaS LICENSING

FAIR is developing a game-changing, patent-pending AI predictive toolset that is set to revolutionize the pharmaceutical industry. This AI-propelled drug-discovery API, devised to assess pre-market pharmaceuticals based on their likelihood of FDA approval and efficacy, will significantly refine investment decisions and drug-development processes. Designed to run exclusively on RXT nodes, this development promises an ongoing source of licensing revenue for the ecosystem.

Entities within the healthcare, biotech, and investment sectors can license this advanced predictive API module, integrating it into their operational structures, in return for RXT tokens via a SaaS payment model. As the adoption of this transformative and economically efficient tool expands, it will inevitably stimulate demand for RXTs, paving the way for an additional revenue stream.

Harnessing AI, FAIR's pioneering pharmaceutical access and strategic partnerships not only fuel sustainable RXT demand and value growth but also empower healthcare companies with transformative tools. This integrated approach presents a promising future for node holders, speeds up pharmaceutical advancements, and ultimately contributes to improved patient outcomes worldwide.



# TOKENOMICS

The FAIR Project RXT has been designed as a deflationary token to create a true supply-and-demand dynamic. RXT is supported by five areas:

- Pharmaceutical Royalties
- AI-Driven API Licensing
- RXT Software-Licensing Purchases
- An Annual Halving
- Transaction Fees

To be rewarded for a full 24-hour mining cycle, a license holder must have an active RXT software-mining license connected to the internet that is online and regularly reporting activity to the mining server.



Tokens are mined from the RXT Mining Pool on a half-life schedule. Each annual cycle, half of the tokens in the RXT Mining Pool are allocated to software-mining license (node) holders based on a synthetic mining algorithm that functions like other proof of work algorithms. Fifty percent (50%) of the tokens will be mined by the FAIR Board of Directors (BOD).

All FAIR BOD tokens are locked for two years. On the completion of two years, the FAIR BOD has the discretion of releasing tokens back into circulation to node holders as distributions.

The RXT BOD is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

The RXT structure entails a 10% transaction fee for all RXT transactions. 50% of this amount is directed to a vault wallet, set to be disbursed semi-annually to node holders. The other half allocated to the FAIR BOD, which may redistribute as they see fit. The project commences with an initial offering of 50,000 RXT software-mining licenses in 2023. As additional pharmaceutical opportunities emerge, the FAIR Board retains the discretion to issue more software licenses , conditional on the anticipated positive influence on license and token value over the succeeding five-year span.

# SUPPLY METRICS



# SUPPLY SCHEDULE

RXT is a Binance Smart Chain BEP-20 token. It has a finite supply of 500 million tokens. The RXT token is a fixed supply token, meaning the maximum supply is set by the smart contract at inception. All tokens are and deposited into the FAIR Growth Initiative (FGI) Mining Pool.
The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule. The distribution schedule for the RXT is above and continues indefinitely.

# SUPPLY DISTRIBUTION

There are four main wallets in the RXT tokenomics where most non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan, linked below.

| | | |
|---|---|---|
| Project Funding Wallet | 0x8c45b7a85ca2a40ffb7BFcC7D936b9f558DD7730f | Fund Expenses and Provide Liquidity Pool for Project |
| Dividends Wallet | 0x8732959e2BA7d95cEa95e24861F6491739b30fE4 | Recirculated to RXT Wallet Owners |
| Vault Wallet | 0x5eD1AEE31CC2C9dbAceDdc355BF036e2cc42405 | Holds Tokens Designated to Support Project Initiatives |
| Med-Kit Wallet | 0x5eD1AEE31CC2C9dbAceDdc355BF036e2cc42405 | Holds your rewards until you withdraw the rewards to your RXT wallet |

# HOW TO EARN RXT

## Purchase Licenses

Become part of the RXT ecosystem with a purchase of RXT software-mining licenses and take advantage of the pre-market pharmaceutical industry. Purchase your RXT software-mining license and start earning RXT reward tokens supported by the pharmaceutical industry. When your RXT software-mining license is active and connected to the internet, you will be rewarded with RXT for supporting the RXT network. Withdraw your RXT and swap them for other well-known tokens such as USDT, USDC, and BNB.
Purchase Nodes at: app.thefairproject.ai

## Host Your License

All licenses will be hosted by the FAIR ecosystem for 365 days, free of charge. Each license will then require the owner to host. A license can be assigned to, and hosted on, our proprietary hardware system, your home computer, a smart device, or other hosting services to earn daily mining rewards. The software-mining license is compatible with all macOS, Windows, and Linux operating systems, requires very little electricity, and works with standard internet service. For more details, see: thefairproject.ai/tos

## Rewards

While the RXT software-mining license is active and connected to the internet, it contributes to the FAIR ecosystem. For their support, each license is rewarded with RXTs distributed every 24 hours. The rewards generated today will appear in the Med-Kit wallet within the next day and can be moved to your private RXT wallet. Each mining cycle is a full day, starting at 0:00 (UTC). The daily distributions are based on a weighted points system where the day's total points are used to calculate the rewards.

## Transaction Fees

Any transfer of RXT incurs a 10% fee. Half of these collected tokens are directed to the vault wallet for semi-annual distribution to license holders. The other half is allocated to the FAIR BOD, which holds the discretion to redistribute these tokens as they see fit.

## 500 Million Tokens

Five hundred million (500,000,000) RXTs will be mined and placed into circulation. All RXTs must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project structure. The RXT project constitutes a fair launch protocol because 100% of RXTs must be mined.

# ROADMAP



**Complete**
- Partner with operating pharmaceutical companies
- File patent for IP protection for predictive analysis algorithm
- Evaluate five pre-market pharmaceuticals with exits in the next five years
- Institute automatic swap function in partner platforms

**Future**
- Listed on Pancake Swap, September 1, 2023
- $1MM in liquidity
- One million RXT coin users

Smart Contract Address:
0xC4F5b75E6b6855b6e9759410F2Ffcb40cB53d8Aa

BSCScan Details
https: bit.ly/3pMuT0W



## ❘ Disclosures and Risks

It is important to know that the RXT software-mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. The industry is new and comes with risks, including, but not limited to, exchange rates and the willingness of others to exchange fiat currency for digital rewards, and consequently, could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research. Information has been provided to introduce you to the RXT software-mining license and is not meant to offer financial advice in any way.

Currently, RXT software-mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the RXT network.

For more information, please see the Terms of Use at  thefairproject.ai/tos