# Exhibit 31

<u>DECLARATION OF FLAVIA TATA NARDINI</u>

I, Flavia Tata Nardini, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over the age of 21 and am a resident of the State of South Australia, Australia.  I make this declaration based upon my personal knowledge.  If called to testify, I could and would competently testify to the following facts:

2.    I am the Chief Executive Officer and co-founder of Fleet Space Technologies Pty Ltd. I have served in this role since September 2015.

3.    Fleet Space Technologies Pty Ltd is an Australian company that offers a solution for the mineral exploration industry providing fast, highly scalable 3D mapping solutions to pinpoint minerals and increase accuracy in drilling targets.

4.    One of Fleet Space's signature technologies is known as ExoSphere. ExoSphere is a real-time exploration solution, enabling mineral exploration surveys to be completed in days instead of months.  To deliver ExoSphere, Fleet designed its own proprietary Geodes – seismic sensors with edge processing and satellite connectivity directly from each device. ExoSphere surveys involve deploying a number of Geodes in an array for up to six days. Seismic data is edge-processed on each Geode, then transmitted in near real-time via satellite for further cloud processing, delivering a 3D seismic velocity map of the subsurface via our web platform to help understand subsurface structure, lithology, and stratigraphy.

5.    In or around August 2022, one of Fleet Space's sales representatives began communicating with a person called Bryan Schaffner, who represented himself from a company called the Gold Collective or the Mining Collective.

1

6.      Schaffner informed us that the Gold Collective is an exploration company engaged in exploring lithium deposits in Ghana and that they were interested in utilizing our technology in their exploration efforts.

7.      After sending a Non-Disclosure Agreement to Schaffner, he returned it and referenced a company called "Resonance Frequency Exploration Group LLC" ("Resonance Frequency") and "United Concepts LLC" and a contact person called "Schad E Brannon." This was the first time we had heard of these companies and of Brannon, and the sales representative requested an explanation of the dynamics between all the companies, meaning The Gold Collective, The Mining Collective, Resonance Frequency Exploration Group LLC, and United Concepts LLC.

8.      Schaffner responded via email on 21 September 2022 that Brannon is the principal of all the companies along with Roy Nelson. He further described the role of each entity and explained that he believed Resonance Frequency was best suited to enter into an agreement with Fleet Space. A true and correct copy of this email exchange is attached hereto as "Exhibit A."

9.      Schaffner never mentioned a relationship between any of these companies and DEBT Box.

10.     Despite this last minute change, at the time we had no reason to be concerned about the change in entity name.

11.     Subsequently, on 27 September 2023 Fleet provided a high-level proposal to Schaffner for the use of Fleet Space's ExoSphere product. A true and correct copy of the proposal dated 27 September 2022 is attached hereto as "Exhibit B."

12.     On or around 6 October 2022 Fleet Space's sales representative met with Schaffner and Brannon via Google Meet to discuss the proposal.

2

13.     Our U.S. subsidiary, Fleet Space Technologies, Inc., subsequently prepared an agreement and sent it to Brannon to execute on behalf of Resonance Frequency Exploration Group LLC. A true and correct copy of the executed agreement dated 19 December 2022 is attached hereto as "Exhibit C."

14.     Pursuant to this agreement, Fleet Space agreed to provide certain "services," which included the provision of 3D shear velocity models generated through the ExoSphere portal. The data forming part of the 3D model is collected through real-time data acquisition and the transfer and processing of that data from 50 Geodes. It also included training and technical support from Fleet Space.

15.     On 28 December 2022, in order to consummate the agreement, Resonance Frequency made an initial deposit of approximately USD$124,500.

16.     In or around January 2023, after announcing our contract with Resonance Frequency, my staff and I began receiving emails and other social media messages from people informing us that a company called "DEBT Box" was releasing promotional videos using our company to raise funds for a crypto currency project.

17.     Representatives of Fleet Space discovered numerous YouTube videos and social media posts associated with DEBT Box, representing that it had partnered with Fleet Space and that this partnership supported a crypto currency DEBT Box was offering called XPLR.

18.     At the time I observed these marketing videos, I had never heard of DEBT Box, nor had I met any of the individuals in the promotional videos, such as Jason Anderson and Travis Flaherty.

19.     In addition to misrepresenting DEBT Box's relationship with Fleet Space, the videos made misrepresentations about Fleet Space's satellites and ExoSphere technology.

3

20.     For example, in one YouTube video published on or around 19 January 2023, Jason Anderson said that, in relation to Fleet Space's satellites, DEBT Box "are actually currently right now operating four of their satellites around the uh Earth right now and we have four more going up in Q1, so we will have over eight satellites physically orbiting the Earth in and that really gives us the ability to scan virtually anything anywhere into anywhere at anytime."

21.     These representations were false. Neither DEBT Box nor Resonance Frequency was "operating" any of Fleet Space's satellites; rather, for the purposes of the contract with Resonance Frequency in Ghana, Fleet Space intended to engage with a third party for the use of their satellite, as Fleet Space's satellites did not have the ability to operate in this region.

22.     In another example, in one video published on YouTube on or around 23 January 2023, a question was asked to a person, "Can you please explain the difference between RFEG and ExoSphere" and the response was "RFEG is the company that basically has the scanning algorithms and the ExoSphere is the satellite system that's hosting our algorithms and then the geodes are Fleet's ground-based scanning technology that detects vibrations so RFEG is Schad Brennon's company who's one of DEBT Box's DEBT Council members, he is one of the owners of that technology."

23.     This representation was also false. Fleet Space's ExoSphere is not a satellite system and there was never any intention that Fleet would "host" Resonance Frequency's algorithms in its ExoSphere product.

24.     Both the 19 January and 23 January 2023 videos have since been removed from YouTube.

25.     DEBT Box promoters also used Fleet Spaces marketing materials, videos, and testimonials from Fleet Space's website and added Debt Box logos to our marketing materials.

4

26.     For example, a 16 January 2023 YouTube video posted by a DEBT Box affiliate used a Fleet Space video and added content to the end of the video insinuating that Fleet Space had a connection with DEBT Box's XPLR token.[1]

27.     Before viewing these videos, I had never heard of the XPLR token, and Fleet Space did not give DEBT Box permission to use its content to promote the XPLR token.

28.     At the same time we were observing DEBT Box's videos alleging to have a direct relationship with Fleet Space, Fleet Space representatives began receiving numerous messages on social media, calls, and emails from DEBT Box investors seeking our view on whether DEBT Box and Fleet's relationship was legitimate. A true and correct copy of selected messages received by Fleet Space staff is attached hereto as "Exhibit D."

29.     In January, after we observed the inaccurate information being published by DEBT Box and what we believed to be DEBT Box affiliates, Fleet Space reached out to Brannon and Schaffner for an explanation.

30.     In a Google Meet call on or around 31 January 2023 between Brannon, Schaffner, and Fleet Spaces' General Counsel, Chief Financial Officer, Chief Revenue Officer and sales representative, Brannon stated that the only relationship he had with DEBT Box is one of a commercial nature where one of Brannon's companies provides software to DEBT Box. Brannon stated that he was not a director and had no leadership role within DEBT Box.

31.     However, Fleet Space staff discovered through YouTube videos that Brannon appeared to be one of four members of the DEBT Council with the other three members identified as Jake Anderson, Jason Anderson, and Roy Nelson. I understand that the DEBT Council are the principals of DEBT Box.

---

[1] https://www.youtube.com/watch?app=desktop&v=D2CZQ_jBYCY

32.     On 1 February 2023, Brannon sent Fleet Space's General Counsel an email indicating that he had "taken decisive action regarding D.E.B.T. BOX issue and the misleading and inaccurate information on the internet" and that he was "embarrassed by these unfortunate circumstances." A true and correct copy of this email is attached hereto as "Exhibit E."

33.     Brannon also shared with Fleet Space's General Counsel a letter, which was attached to the email in Exhibit E, which he allegedly sent to Jason Anderson on January 31, 2023. A true and correct copy of this letter is attached hereto as "Exhibit F."

34.     In that letter, Brannon referred to the "false and misleading statements" made regarding DEBT Box's relationship with Fleet Space, acknowledged that DEBT Box has no direct relationship with Fleet Space, and requested that DEBT Box and its promoters remove all misleading promotional materials from the internet.

35.     Brannon also shared with Fleet Space's General Counsel a letter allegedly sent by Jason Anderson on 1 February 2023 stating, "D.E.B.T. has instructed its sales partners to promptly cease referencing Fleet in its marketing materials and communications on behalf of D.E.B.T." A true and correct copy of this letter is attached hereto as "Exhibit G."

36.     Notwithstanding Brannon's email and apparent efforts to rectify the situation, I felt it was in the best interests of Fleet Space to terminate the agreement with Resonance Frequency.

37.     Although we were prepared to file suit against Resonance Frequency, that did not prove necessary as Brannon agreed to terminate the agreement.

38.     Accordingly, on 6 February 2023, Fleet Space and Resonance Frequency agreed to terminate the agreement. A true and correct copy of the email is attached hereto as "Exhibit H."

39.     Soon thereafter, Fleet Space returned the USD$124,500 deposit to Resonance Frequency.

6

40.     After terminating the agreement, Fleet Space representatives continued monitoring for DEBT Box promotional videos that mentioned Fleet Space and observed that some DEBT Box affiliates were still promoting Fleet Space.

41.     Fleet Space has exhausted significant resources to stop the dissemination of the misleading DEBT Box promotional materials.

42.     Since terminating the agreement with Resonance Frequency, Fleet Space has had no ongoing communications with Brannon or any other representatives of Resonance Frequency or DEBT Box.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __20/06/2023__ on __Adelaide__, 2023.

_____
Flavia Tata Nardini

# Exhibit A

| | |
|---|---|
| **From:** | Robyn Clay |
| **To:** | ██████@fleet.space |
| **Subject:** | Fwd: Good news, email is working now. |
| **Date:** | Monday, June 05, 2023 4:58:36 PM |
| **Attachments:** | Mutual NDA Fleet Space (1).docx |

---------- Forwarded message ----------
From: businessdevelopment@theminingcollective.com <bizdev@theminingcollective.com>
Subject: Re: Good news, email is working now.
Date: Sep 21, 2022 at 09:39:46 PM
To: Mireille Abdo ████████@fleet.space>

Yes, I have added that.

United Concepts houses the supply chain related tech (mine-to-market) e.g. RFID, Biometrics, Apps for site workers (payments, filing complaints, etc).

Initially, it seemed that would be where Fleet would fit in but the exploration side (Resonance Frequency) is where it was determined to fit best.

Bryan


CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.


On Wed, Sep 21, 2022 at 12:05 AM Mireille Abdo ████████@fleet.space> wrote:
> Thanks Bryan.
>
> And United Concepts LLC listed on page 4 under Collaborating Party? How do they fit in all this?
>
> Can you please add a note in that section listing the names of these companies and mention that this NDA will be applicable to all of them?
> Since there are several companies involved, I guess our legal will come back saying an NDA under 1 will not be applicable to all unless they are listed in the NDA too.
>
> Best regards,
> Mireille
>
> **Mireille Abdo**
> *Sr. Account Executive*

phone: +61 ███████



On Wed, Sep 21, 2022 at 12:07 PM businessdevelopment@theminingcollective.com <bizdev@theminingcollective.com> wrote:

> No problem. Schad Brannon is the principal of all of the companies along with Roy Nelson.
>
> Universal Development is the production/government contracting arm along with, in some cases, Gold Collective/Mining Collective which also handles refining/processing tech I mentioned.
>
> Resonance Frequency handles the exploration (and houses our proprietary tech) so it seemed to make the most sense to have the agreement be with RF.
>
> .
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
>
> On Tue, Sep 20, 2022 at 10:21 PM Mireille Abdo ███████@fleet.space> wrote:
>> Hi Bryan.
>>
>> Sorry, I missed seeing the NDA come through. I just realised it went to my junk folder for some reason.
>> I am looking at it now and noticed a couple of new company names, The Resonance Frequency Exploration & United Concepts, and then also the signatory being Schad Brennan. How are these related to the Gold Collective or The Mining Collective? We now have several company names in the discussion and the management of Fleet Space Technologies will need to understand the dynamics between all these companies prior to proceeding.
>>
>> Can you please shed some light on this?
>>
>> Best regards,
>> Mireille
>>
>> **Mireille Abdo**
>> *Sr. Account Executive*
>> phone: +61 ███████
>>
>> 

On Wed, Sep 21, 2022 at 11:43 AM businessdevelopment@theminingcollective.com <bizdev@theminingcollective.com> wrote:

Hi Mireille,

Sure you are still getting situated from your travels, just checking in to see when we may be able to expect the "high level" later this week or likely next week ?

On Wed, Sep 14, 2022 at 9:24 PM Mireille Abdo <mireille.abdo@fleet.space> wrote:

Thanks. Looking forward to it.

Regards,
Mireille

On Thu, Sep 15, 2022 at 10:02 AM businessdevelopment@theminingcollective.com <bizdev@theminingcollective.com> wrote:

No problem at all, will revert back with a signed copy shortly.

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.*

On Wed, Sep 14, 2022 at 7:58 PM Mireille Abdo ███████████@fleet.space> wrote:

Hi Bryan.

I might have missed actually including it in the email. Sorry for that. Please find this attached now.

Best regards,
Mireille
**Mireille Abdo**
*Sr. Account Executive*
phone: +61 ██████

On Tue, Sep 13, 2022 at 8:55 PM businessdevelopment@theminingcollective.com <bizdev@theminingcollective.com> wrote:

Hi Mireille,

The Attachment did not come through, can you please resend, thanks.

Bryan

On Mon, Sep 12, 2022 at 10:41 PM Mireille Abdo
< ███████████@fleet.space> wrote:
Hi Bryan,

NDA attached. The parts that you need to fill up are highlighted and are the
only editable sections.
Once it is signed, please send it back to me for countersignature.

Best regards,
Mireille

**Mireille Abdo**
*Sr. Account Executive*
phone: +61 ██████

[?]

On Tue, Sep 13, 2022 at 11:41 AM
businessdevelopment@theminingcollective.com
<bizdev@theminingcollective.com> wrote:
Excellent, sounds good, Mireille. Looking forward to reviewing, I have
already mentioned the highlights of our call to the team.

On Mon, Sep 12, 2022 at 8:36 PM Mireille Abdo
███████████@fleet.space> wrote:
Hi Bryan.

Thank you for your time over the call last week.
I have just returned to Adelaide and trying to catch up on some
backlog.
I'll send you the NDA for your signature soon.

Best regards,

**Mireille Abdo**
*Sr. Account Executive*
phone: +61 473 430 907

[?]

On Fri, Sep 9, 2022 at 9:40 PM
businessdevelopment@theminingcollective.com
<bizdev@theminingcollective.com> wrote:
Hi Mireille,

That sounds great, speak to you then (really anytime today would be

fine, just fyi).

We are building our mineral separation facility only a few hours from Las Vegas and it should be completed by this time next year so if you are at an annual event maybe next year you can extend your trip a couple more days.

Best, Bryan
1.858.888.3338 (WhatsApp)

On Fri, Sep 9, 2022 at 12:41 AM Mireille Abdo
< ███████████ @fleet.space> wrote:

Hi Bryan,

Sorry I missed your email. I am currently in Nevada attending a convention so it should be easier to get on a call within your time zone :)

I'll try my best to call you tomorrow via Whatsapp between events and we can have a chat then. That will probably be between 1:30-2:00 PM Pacific Time. Will that be alright for you? I know you are in Eastern Time zone. So let me know if this will not be convenient.

Best regards,
Mireille

**Mireille Abdo**
*Sr. Account Executive*
phone: +61 ████████

--
Bryan Scott Schaffner

The Mining Collective
1.858.227.9400

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# Exhibit B



**Fleet Space Technologies Pty Ltd**
ABN 27 607 948 729
8A Myer Court Beverley SA 5009

# ExoSphere™ by Fleet
# Real-Time Ambient Noise Tomography (ANT)
# Exploration Services Proposal

**Quote No:** USA-NV-173    **Revision**: 0    **Date:** Sept 27th, 2022

| Contact: | Schad Brannon & Bryan |
|---|---|
| Company: | Resonance Frequency Exploration Group LLC |
| Project Location: | USA and Africa |
| Summary: | ExoSphere Real-Time Ambient Noise Tomography (ANT) services, in conjunction with deployment training, for a pre-defined subscription period |
| Availability | To be confirmed at time of order |
| Proposal Validity | 30 days |

### ExoSphere® by Fleet

This proposal outlines the subscription options for ExoSphere by Fleet. ExoSphere is a pioneering exploration technology that delivers detailed subsurface 3D velocity mapping using an array of Geodes, Fleet's satellite-connected seismic sensors. The battery-operated Geodes use edge computing to analyse ambient seismic noise, which is sent by satellite for processing. The data is rapidly processed in the cloud to deliver a 3D visualisation of the area to support critical exploration decisions. The subscription includes the rental of the Geodes® (satellite-enabled Geophones), planning support, deployment support, and real-time processing and delivery of ANT 3D shear velocity models as outlined in the below Subscription Summary. Appendix 1 includes example/suggested survey approaches based on your objectives.



**ExoSphere** by Fleet
New technologies and proven techniques, converging for the first time

**Ambient Noise Tomography (ANT)**

ANT, pioneered by Fleet's industry trusted partner, the Institute of Mine Seismology, is a proven exploration tool:
- Visualising structure, basement and mineralisation and fault driven mineralisation
- Estimating the size and orientation of deposits
- Identification of depth to basement without drilling
- Specific targeting of resources to optimise drill programs

**Satellite Connectivity and Edge Computing**

Fleet's low power satellite connectivity, along with edge computing to compress data streams at the source, can provide near real-time remote access to survey results for rapid decision making.

**Artificial Intelligence Processing**

Data is immediately processed into rich 3D data visualisations by AI algorithms, developed with machine learning, which is accessible to view and export from anywhere through our cloud platform, Nebula.



Fleet Space Technologies Pty Ltd
ABN 27 607 948 729
8A Myer Court Beverley SA 5009

**Subscription Summary**

| Element | Description | Subscription Period & Associated Total Costs (USD excl. taxes) | | |
|---|---|---|---|---|
| | | 6 months | 12 months | 5 years |
| **Subscription** | • **ExoSphere** – 50x Geodes® including Real-Time Data acquisition, transfer, processing & delivery of 3D shear velocity models via ExoSphere software portal | 835,500 | 1,549,500 | 5,400,250 |
| **Deployment & Training** | • Remote survey array design/planning and support<br>• Deployment and survey planning training at Fleet facility in Adelaide, Australia (1 day) | | | |
| **Freight** | • Geodes to site location ex Fleet Space (Adelaide) | | | |
| **Expenses** | If required:<br>• Site accommodation provided by customer<br>• Flights (To or Ex Adelaide) provided by customer<br>• Additional Flights/Expenses charged at cost +10% | | | |
| **Monthly Cost** | | 139,250 | 129,125 | 90,000 |
| **Deposit upon receipt of signed Services Agreement** (First Month + Freight + Additions) | | 153,000 | 144,250 | 106,230 |
| **Invoicing Period** (subsequent periods in advance commencing upon delivery) | | Monthly | Quarterly | Biannually |

## Terms and Conditions

This document is intended as an estimation/quote only and may be subject to a final technical assessment of your requirements. its use is limited to the purpose of allowing you, the intended recipient, to consider whether or not to accept our estimate/quote (by purchasing the products and/or services described in this document). By providing this document, we make no representations as to any equipment and/or services that you may have or require. This document does not provide any implied or express warranties. We accept no liability to you for any reliance placed on the information in this document other than for its intended purpose as an estimate/quote. Should you seek to use any information contained in this document other than in accordance with the terms of this disclaimer, we exclude all liability to the maximum extent permitted by law. By requesting and/or receiving the quote/estimate in this document, you acknowledge your acceptance of the terms in this disclaimer. If you choose not to accept these terms, please return the document to us and do not act upon the information contained within it. Our estimate/quote is subject to our standard terms and conditions, which you acknowledge as sighted when acting on this document. If our quote/estimate is not accepted, the terms in this disclaimer continue to apply. The information within this document is proprietary and confidential and must not be disseminated to, or used by, third parties without our consent.

FLEETSPACE0000002

# Exhibit C



Fleet Space Technologies Inc.
2870 Peachtree Road #708
Atlanta, GA 30305

# Standard Services Agreement

## Fleet Space

| Entity Details | Fleet Space Technologies Inc |
|---|---|
| Address for service of notices | 363 N Sam Houston Pkwy E<br>Suite 1100<br>Houston, Texas 77060, USA |
| Fleet Representative | Mireille Abdo |
| Tel | +61473430907 |
| Email | sales@fleet.space |

## Customer

| Customer Name | Resonance Frequency Exploration Group LLC |
|---|---|
| Address for service of notices | 1810 East Sahara Ave Suite 425<br>Las Vegas, NV 89104 |
| Customer Representative | Schad Brannon |
| Tel | +18184264280 |
| Email | SCHAD@THEMININGCOLLECTIVE.COM |

## Acceptance

Fleet provides a range of Services.  From time to time, the Customer may request, and Fleet may agree to provide, the Services on the terms set out in this Agreement.

| Executed for and on behalf of **Fleet** by its duly authorised representative: | | Executed for and on behalf of **Customer** by its duly authorised representative: |
|---|---|---|
| Signature of Fleet Authorised Representative | | Signature of Customer Authorised Representative |
| Name of Fleet Authorised Representative (Block Letters) Flavia Tata Nardini | | Name of Customer Authorised Representative (Block Letters) Schad Brannon |
| Position CEO | | Position   Schad Brannon |
| Date   19/12/2022 | | Date   Schad Brannon |

4859-9700-8688.2

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000003

# Operative provisions

### 1.    Definitions and interpretation

#### 1.1    Definitions

In this Agreement:

**Affiliate** means, in relation to any Person, any entity directly or indirectly controlled by the Person, any entity that directly or indirectly controls the Person, or any entity directly or indirectly under common control with the Person. For this purpose, "control" of any entity or Person means ownership of a majority of the voting power of the entity or Person.

**Agreement** means these terms and conditions, a Service Order, and any schedules, recitals, attachments or annexures;

**Background Materials** means:

(a)    any material, communications or technology which is pre-existing or which is created independently of a Service Order which a Party makes available for the performance of its obligations in respect of the Services or Deliverables; or

(b)    any material, information, equipment, or other facilities which are otherwise owned by or licensed to a Party and provided to the other Party for effective use of the Deliverables; and

(c)    any improvements, enhancements, modifications, adaptations, extensions, developments, application of and all other technical advances made to the materials set out in (a) and (b) above, including those developed in performing the Services, whether or not protected by Law;

**Business Day** means a day that is not a Saturday, Sunday, federal legal holiday in the United States or any day on which banking institutions in the State of Delaware are authorized or required by law or other governmental action to close;

**Change** means any variation to all or part of a Service Order;

**Change Request** means a written request by a Party for a Change, substantially in the form approved by Fleet from time to time, and which will include any additional information reasonably necessary to enable the other Party to properly assess the request;

**Commencement Date** means the date this Agreement is signed by both Fleet and the Customer;

**Confidential Information** means, in respect of a Discloser:

(a)    the terms of this Agreement, any Service Order and their respective subject matter, including information submitted or disclosed by either Party during negotiations, discussions and meetings relating to this Agreement or a Service Order;

(b)    information that at the time of disclosure by a Discloser is identified to the Recipient as being confidential;

(c)    Personal Information; and

(d)    all other information belonging or relating to a Discloser, or any Affiliate of that Discloser, that is not generally available to the public at the time of disclosure other than by reason of a breach of this Agreement or which the Recipient knows, or ought reasonably to be expected to know, is confidential to that Discloser or any Affiliate of that Discloser;

**Excluded Loss** means an indirect loss (not being a loss which arises naturally as a result of a breach of this Agreement or other event giving rise to the relevant claim), as well as loss of reputation, loss of goodwill, lost profits, lost revenue, loss of or damage to data, loss of use by Third Parties, any failure to realise anticipated savings, loss of opportunities and other consequential damages;

**Controller** means, in relation to a person:

(a)    a receiver, receiver and manager, administrator or liquidator (whether provisional or otherwise) of that person or that person's property; or

(b)    anyone else who (whether or not as agent for the person) is in possession, or has control, of that person's property to enforce an encumbrance;

**CPI** means the Consumer Price Index for All Urban Consumers published from time to time by the US Bureau of Statistics;

**Customer** means the person so specified on page 1 of this Agreement;

**Deliverable** means a deliverable specified in a Service Order, excluding Fleet's Background Materials.   If specified in a Service Order, the Deliverables may include Search Results;

**Designee** means a Person authorised by the Customer and agreed by Fleet in writing, to use the Services for or on behalf of the Customer;

**Discloser** means the Party that owns or discloses Confidential Information to the Recipient, or to whom Confidential Information relates;

**Equipment** means any equipment, or components of, to be provided by Fleet to the Customer (whether for sale, lease, access or otherwise) as specified in the Service Order;

**Equipment Defect** means a material defect in an item of the Equipment that results in a material non-compliance of the Services with this Agreement;

**Event of Default** means, in relation to a Party, the occurrence of any one or more of the following events or circumstances:

(a)    the Party commits a material breach of its obligations under the Agreement or a Service Order;

(b)    an Insolvency Event occurs in relation to the Party;

(c)     the Party fails to pay by the due date any undisputed amount due and payable by it under a Service Order;

**Expenses** mean out-of-pocket expenses incurred by Fleet in connection with the provision of the Services, which are set out in a Service Order or have been approved in writing by the Customer (such approval not unreasonably to be withheld);

**Fees** mean the fees specified in the Service Order and payable by the Customer to Fleet for provision of the Services and Deliverable;

**Fleet** means Fleet Space Technologies Inc.;

**Fleet Group** means Fleet and all of its Affiliates, including Fleet Space Technologies Pty Ltd. and Fleet Space Technologies BV;

**Force Majeure Event** means any event beyond the reasonable control of a Party that prevents, delays or impedes the performance by that Party of its obligations under this Agreement or the Service Order (other than an obligation to pay any money) including: fire, flood, earthquake, cyclone, weather, sun outages, meteorological or astronomical events, act of God, riot, civil disorder, rebellion or revolution, war or terrorist act, loss of or damage to satellite, satellite failure or malfunction, loss of access to or malfunction of ground station or Terrestrial Facilities, epidemic or pandemic (whether declared or undeclared), any restrictions on the movement of individuals or goods imposed by a Government Agency, or changes in applicable Law by any Government Agency that are reasonably likely to adversely affect Fleet's ability to provide the Services, or other similar cause beyond the reasonable control of a Party;

**Government Agency** means any government or any public, statutory, governmental (including a local government), semi-governmental or judicial body, entity, department or authority and includes any self-regulatory organisation established under statute in the relevant jurisdiction;

**Insolvency Event** means, in relation to a Party, any one or more of the following events or circumstances:

(a)     being in liquidation or provisional liquidation or under administration;

(b)     having a Controller or analogous person appointed to it or to any of its property;

(c)     being unable to pay its debts or being otherwise insolvent;

(d)     entering into a compromise or arrangement with, or assignment for the benefit of, any of its members or creditors; or

(e)     any analogous event or circumstance under the Laws of any jurisdiction;

**Intellectual Property Rights** means all present and future intellectual and industrial property rights conferred by statute, at civil, common law or in equity and wherever existing, including:

(a)     patents, designs, copyright, rights in circuit layouts, database rights, trade marks, know how, brand names, domain names, inventions, product names, trade secrets and any other rights subsisting in the results of intellectual effort in any field,

whether or not registered or capable of registration;

(b)     any application or right to apply for registration of any of the rights in paragraph (a);

(c)     any registration of any of those rights or any registration of any application referred to in paragraph (b); and

(d)     all renewals and extensions of these rights;

**IP Claim** means a claim by a Third Party alleging that the Services, the Deliverables or their use, infringes the Intellectual Property Rights of that Third Party;

**Law** means:any federal, state, local, municipal, foreign or other law, statute, legislation, principle of common law, ordinance, code, edict, decree, proclamation, treaty, convention, rule, regulation, directive, requirement, writ, injunction, settlement, order or consent that is or has been issued, enacted, adopted, passed, approved, promulgated, made, implemented or otherwise put into effect by or under the authority of any Governmental Agency;

**Operations Manual** means the operations manual applicable to the survey Services and Equipment, as provided by Fleet to the Customer from time to time;

**Party** means Fleet or the Customer and **Parties** means both of them;

**Person** means an individual, corporation, partnership, trust, joint venture, limited liability company or other entity.

**Personal Information** means any information that is considered "personal information" or "personal data" or an equivalent term as defined in Privacy Laws that has been provided or made available by one Party to the other Party or otherwise accessed by one Party from the other Party;

**Personnel** in relation to a Party, are the directors, officers, employees, contactors, agents or subcontractors (at any level) of that Party;

**Privacy Law** means all laws, rules, and regulations relating to privacy, data security, or protection of information about individuals applicable to either party in the context of the Agreement, including, but not limited to, the California Consumer Privacy Act of 2018;

**Recipient** means the Party to whom Confidential Information is disclosed or who possesses or otherwise acquires Information belonging or relating to a Discloser;

**Satellite** means a satellite that may form part of Fleet's network of satellites or that is provided by a Third Party under contract with Fleet;

**Search Data** means the input geophysical and geological data that have been obtained by using the Services;

**Search Results** means the output 3D model data and associated reports that have been produced by using the Services;

**Services** means:

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000005

(a) survey services (which may include the provision of the Equipment); or

(b) any other services that Fleet agrees to perform under this Agreement from time to time,

(e) each as specified in the relevant Service Order;

each as specified in the relevant Service Order.

**Service Activation Date** means the commencement date of a Service Order, as set out in the Service Order;

**Service Order** means a written statement (including any schedules, annexures or attachments) for the provision of specified Services and Deliverables by Fleet to the Customer, substantially in the form approved by Fleet from time to time, and signed by the Customer and by Fleet;

**Service Order Term** means the term of a Service Order, as specified in the relevant Service Order;

**Spare** means an additional unit of Equipment or a component of the Equipment, the total number provided to the Customer being as specified in a Service Order;

**Success Criteria** means the criteria specified in a Service Order in respect of the Deliverables or which are to be achieved or satisfied in the course of the provision of the Services;

**Terrestrial Facilities** means terrestrial gateways, ground station facilities and sensor devices owned or operated by Fleet or Third Parties under contract with Fleet;

**Term** means the term of this Agreement, as described in clause 2.1;

**Third Party** means any party other than Fleet or the Customer; and

**Unavoidable Costs** means reasonable costs incurred by Fleet, in connection with the performance of its obligations under this Agreement or any agreement with any Third Party in connection with this Agreement which cannot be cancelled, refunded or reasonably re-allocated to Fleet's other operations or business activities, including, for example labour and Third Party costs incurred to deliver a change request or Service Order, then terminated by the Customer.

**1.2    Interpretation**

In this Agreement, unless the context requires otherwise:

(a) clause and subclause headings are for reference purposes only;

(b) the singular includes the plural and vice versa;

(c) words denoting any gender include all genders;

(d) a reference to a person includes any other entity recognised by law and vice versa;

(e) where a word or phrase is defined, its other grammatical forms have a corresponding meaning;

(f) any reference to a Party to this Agreement includes its successors and permitted assigns;

(g) any reference to any agreement or document includes that agreement or document as amended at any time;

(h) the use of the word **includes** or **including** is not to be taken as limiting the meaning of the words preceding it;

(i) the expression **at any time** includes reference to past, present and future time and performing any action from time to time;

(j) an agreement, representation or warranty by two or more persons binds them jointly and severally and is for the benefit of them jointly and severally;

(k) a reference to an exhibit, annexure, attachment or schedule is a reference to the corresponding exhibit, annexure, attachment or schedule in this Agreement;

(l) a reference to a clause described, prefaced or qualified by the name, heading or caption of a clause, subclause, paragraph, schedule, item, annexure, exhibit or attachment in this Agreement means a cross reference to that clause, subclause, paragraph, schedule, item, annexure, exhibit or attachment;

(m) when a thing is required to be done or money is required to be paid under this Agreement on a day which is not a Business Day, the thing must be done and the money paid on the immediately preceding Business Day;

(n) a reference to dollars or "$" shall be a reference to the United States Dollar (USD);

(o) no provision of this Agreement or a Service Order will be interpreted against a Party merely because that Party prepared that provision or contributed to its drafting, or seeks to rely upon it; and

(p) a reference to a statute includes all regulations and amendments to that statute and any statute passed in substitution for that statute or incorporating any of its provisions to the extent that they are incorporated.

**1.3    Order of priority**

In the event of any conflict between any of the following documents, the priority of the documents will be as follows (listed in descending order of precedence):

(a) the terms and conditions in the body of this Agreement;

(b) the terms of the Service Order;

(c) any other documents referred to in, or incorporated by reference in, this Agreement or any of its schedules, exhibits or annexures.



Standard Services Agreement |

3

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

## 2.    Term

### 2.1    Term of Agreement

The Term of this Agreement commences on the Commencement Date and continues until the expiration of the last Service Order Term, unless terminated earlier in accordance with clause 16.

### 2.2    Term of Service Order

(a)    Each Service Order commences on its Service Activation Date and continues for its Service Order Term, as extended in accordance with clause 2.2(b), unless terminated earlier in accordance with clause 16 or the terms of the Service Order.

(b)    Unless otherwise agreed in the Service Order, at the end of a Service Order Term, a Service Order will automatically extend for successive terms unless a Party notifies the other Party in writing of its intention not to extend the Service Order at least 30 days prior to the end of the Service Order Term.

## 3.    Service Orders

### 3.1    General

The Customer may from time to time request Fleet to provide Services by executing a Service Order in accordance with this clause 3.

### 3.2    Execution of Service Orders

(a)    If requested by the Customer, Fleet may prepare a draft Service Order for the Services.  The draft Service Order will set out:

(i)    a description of the Services to be provided;

(ii)    the Deliverables (if any);

(iii)    the Fees payable for the Services; and

(iv)    any Expenses payable for the Services.

(b)    The Customer may accept the draft Service Order by executing and returning it to Fleet.  Each Service Order will be incorporated into and governed by the terms of this Agreement upon execution by both Parties.

(c)    Fleet will not be required to provide any Services without an executed Service Order.

### 3.3    Change Requests

(a)    A Party may request a Change to the Service Order by:

(i)    either Party submitting a Change Request to the other Party; and

(ii)    if Fleet agrees, Fleet providing the Customer with an amended Service Order incorporating the Change.

(b)    The amended Service Order provided by Fleet in accordance with clause 3.3(a)(ii)

will only be binding on the Parties when it is executed by both Parties.

(c)    The Customer acknowledges and agrees that:

(i)    Fleet may request a Change to the Service Order at any time if and to the extent that a component of the Service is no longer available or is being phased out of commercial service offers

(ii)    in such an event, the Customer will not unreasonably withhold or delay its acceptance and execution of the amended Service Order; and

(iii)    if the Customer does not accept the amended Service Order, Fleet may terminate the amended Service Order in accordance with Section 16.

## 4.    Services

### 4.1    Provision of the Services

(a)    During the Service Order Term, and in consideration of the Customer's payment of the Fees, Fleet agrees to provide the Services:

(i)    in accordance with the relevant Service Order and this Agreement;

(ii)    with all due care, skill, diligence and expertise;

(iii)    using suitably qualified, experienced and appropriate Personnel; and

(iv)    in accordance with Laws applicable to Fleet and its provision of the Services.

(b)    The Customer acknowledges and agrees that Fleet may subcontract any or all of the provision of Services to a Third Party. Fleet will remain responsible for the performance of the subcontracted portion of the Services.

### 4.2    Geological Surveys

(a)    If set out in the Service Order (and only to the extent set out therein), then Fleet will provide the Customer with Equipment and Services to assist the Customer to conduct geological surveys.

(b)    The Customer irrevocably acknowledges and agrees that:

(i)    the Equipment and Services and any geological survey conducted under this Agreement are intended to supplement, and not to replace, other traditional exploration activities, tools, systems and solutions;

(ii)    it is the Customer's responsibility to carry out its own investigations and make its own assessments

with respect to any data collected or results produced using the Equipment and Services, including by using other exploration activities, tools, systems and solutions to review and validate such data and results; and

(iii) Fleet cannot, and does not, provide any representations or warranties in relation to accuracy, completeness or reliability of any geological survey conducted or any data collected or results produced using the Equipment and Services.

### 4.3 Equipment

(a) Any risk in the Equipment passes to the Customer on delivery of the Equipment EXW, and title in the Equipment only passes to the Customer if:

    (i) the Equipment is expressly stated in the Service Order to be sold to the Customer under the Service Order; and

    (ii) when all amounts payable by the Customer to Fleet under the Service Order (including, but not limited to, the Fees) have been paid in full.

(b) The Customer will inspect the Equipment and confirm receipt of the Equipment immediately upon delivery of the Equipment. In the event the Customer does not do so within five (5) Business Days after delivery of the Equipment in accordance with the Service Order, the Customer will be deemed to have accepted the Equipment.

### 4.4 Replacement components

Fleet may determine in its sole discretion to replace a component of the Services with the same or substantially similar component from time to time, provided that such a replacement component complies with the minimum requirements for the component in the Service Order in all material respects.

### 4.5 Equipment Defects

(a) If and to the extent set out in the Service Order, Fleet will use reasonable endeavours to ensure that the Equipment will be free from Equipment Defects, subject to any circumstances described in clause 4.5(e).

(b) The Customer will notify Fleet of any alleged Equipment Defect affecting the Services, providing all information required by Fleet to investigate the alleged Equipment Defect including, but not limited to:

    (i) the serial number and other identifiers of the affected Equipment;

    (ii) the particulars of the alleged Equipment Defect; and

(iii) other information as reasonably requested or as described in the Service Order or Operations Manual applicable to the affected Equipment.

(c) Before notifying Fleet of any alleged Equipment Defect, the Customer shall take reasonable steps (including as described in the Service Order or Operations Manual applicable to the affected Equipment or otherwise directed by Fleet) to identify the issue and its cause.

(d) On receipt of a notice under clause 4.5(b) from the Customer:

    (i) Fleet may direct the Customer to use a Spare to replace in the field the Equipment that is subject to the alleged Equipment Defect and return the subject Equipment to Fleet at an address specified by Fleet.

    (ii) Fleet will inspect the Equipment and the data stored in it, assess the alleged Equipment Defect and:

        (A) if Fleet identifies that there is an Equipment Defect, arrange to rectify the Defect in accordance with the process described in the Service Order or Operations Manual, and return the Equipment to the Customer at Fleet's cost; or

        (B) if Fleet identifies that there is no Equipment Defect, Fleet will return the Equipment to the Customer and the Customer will pay to Fleet the costs of assessing and returning the Equipment and Fleet's costs in assessing the alleged Equipment Defect.

(e) The Customer acknowledges and agrees that Fleet will have no liability to the Customer for any Equipment Defect in connection with or caused or contributed to by:

    (i) any of the circumstances specified in clause 4.5(d);

    (ii) failure by the Customer or its Personnel to comply with Fleet's directions or the Operations Manual applicable to the affected Equipment;

    (iii) accident which includes but is not limited to, damage by animals, vehicles or otherwise;

    (iv) any theft, misuse or interference by the Customer or any Third Parties; or

(v) the Customer incorrectly advising Fleet of an Equipment Defect or incorrectly characterising an issue as an Equipment Defect (including if there was no Equipment Defect or any Equipment Defect was caused or contributed to by an external cause, or any wrongful, unlawful or negligent act or omission by the Customer or its Personnel).

**4.6 Spares**

Spares may be provided to the Customer to address any Equipment Defects that may arise during the Service Term. The Customer acknowledges and agrees that:

(a) the Customer may only use the Spares in accordance with the process, and as directed by Fleet under clause 4.5; and

(b) if the Customer uses the Spares in addition to the Equipment other than as part of the process under clause 4.5, the Customer will be liable for additional Fees arising from the use of such Spares at Fleet's then-current rates.

**4.7 Acceptance**

(a) To the extent that the Deliverables or Services are subject to assessment against Success Criteria as specified in the Service Order, this clause 4.7 will apply.

(b) Unless otherwise agreed in the relevant Service Order, the Customer must provide to Fleet as soon as reasonably practicable (and in no event later than 10 Business Days from the date the Deliverables or Services are provided by Fleet to the Customer) notice of whether or not the Success Criteria have been met, and if not, specifying each relevant Success Criterion and the reason(s) why it considers that the Deliverable or Services do not meet that Success Criterion, as well as all necessary and relevant information in support of such reason(s) and reasonable measures to achieve the Success Criteria successfully. The Customer will not unreasonably withhold or delay approval of the Deliverables or Services and/or confirmation that the Deliverables or Services achieve the Success Criteria.

(c) A Deliverable or Service will be deemed to have satisfied the Success Criteria if:

(i) the Customer does not provide Fleet with the relevant notice under clause 4.7(b); or

(ii) the Deliverable is used by the Customer outside of a testing environment.

**5. Customer Obligations**

**5.1 General**

The Customer undertakes to:

(a) do all things reasonably necessary to enable Fleet to perform its obligations under this Agreement including but not limited to, performing any works, providing any information, providing any equipment, or completing any other dependencies as reasonably required by Fleet from time to time;

(b) provide Fleet with all assistance and co-operation in the performance of this Agreement required by Fleet from time to time, including providing Fleet with:

(i) access to the Customer's site or premises, as and when required by Fleet;

(ii) accurate and timely forecasting information as it relates to the provision of the Services;

(iii) access to relevant Personnel of the Customer, on reasonable notice; and

(iv) all information, materials, and documentation as is otherwise necessary for Fleet to perform its obligations under this Agreement ;

(c) appoint and maintain sufficient numbers of appropriately qualified Personnel to liaise with Fleet in relation to the performance of this Agreement;

(d) obtain and maintain:

(i) on-site security for twenty-four (24) hours a day; and

(ii) any and all registrations with the Ghana Geological Survey Authority;

(e) negotiate in good faith and not unreasonably delay performance of its obligations, including consents, under this Agreement; and

(f) perform any obligations specified in the Service Order at the times specified in the Service Order (or promptly, if no time is specified).

**5.2 Acceptable Use**

In accessing and using the Services, the Customer will:

(a) comply with:

(i) the terms of the Service Order, including any technical specifications or requirements set out in the Service Order; and

(ii) all applicable Laws;

(b) not interfere with the operation of the Services or otherwise use the Services in a manner that could harm or impair anyone else's use of the Services;

(c) not use the Services to gain unauthorised access to any service, data, information, account or network by any means;

(d) not remove, modify, tamper with any regulatory or legal notice or link that is incorporated into the Services;

(e) not reverse-engineer, reverse-assemble, decompile, or otherwise attempt to

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000009

discover source code, formulas or processes in respect of the Services, except as provided for by the customisation features in the Services (to avoid doubt, this prohibition does not prevent the Customer from analysing the Search Results or the Search Data underlying the Search Results);

(f)  not copy, reproduce, alter, modify, create derivative works, or publicly display, any part of any content from the Services, except for Search Results or where Fleet has given the Customer permission in writing; or

(g)  otherwise expose any member of the Fleet Group (or any of their respective Personnel) to:

(i)  prosecution or investigation for breach of any applicable law, regulation or code;

(ii)  any criminal action or civil proceeding; or

(iii)  any action or investigation that could result in the revocation, suspension or loss of any licence, ability or right of the member of the Fleet Group to provide the Service to Customer or any other customers of the Fleet Group.

**5.3  Operations Manual**

The Customer acknowledges and agrees that the provision of the Services is subject to the Customer's compliance with the Operations Manual and any reasonable requirement or instruction by Fleet or its Personnel. The Customer will, and will ensure that its Personnel will, deploy and otherwise operate the Equipment in accordance with the Operations Manual and any other lawful directions issued by Fleet or its Personnel.

**5.4  Approvals and permits**

The Customer agrees that it has and will maintain all licences, authorisations, consents, approvals and permits required in order to permit and authorise Fleet to provide the Services.

**5.5  Consents**

The Equipment shall only be affixed to the premises or land if it is reasonably necessary for its ordinary use. If the Equipment is attached to the premises or land, the Equipment does not become a fixture and Fleet can still remove the Equipment in accordance with the terms of this Agreement. Where the premises or land is not owned by the Customer, the Customer must obtain the land owner's consent to the Equipment being attached to the premises or land, on the terms set out in this clause.

**5.6  Equipment**

(a)  The Customer will not assert any right, interest or lien in any Equipment.

(b)  The Customer must not part with possession of the Equipment without the prior written consent of Fleet. If and to the extent that the Service Order specifies a specific site or coordinates at which any Equipment are to be deployed or the

orientation in which any Equipment is to be deployed, the Customer must not change the location of the Equipment from that specific site or coordinates or the orientation of the Equipment without the prior written consent of Fleet.

(c)  The Customer must:

(i)  properly deploy, operate and maintain any Equipment in accordance with any reasonable requirements and instructions of Fleet and the Operations Manual applicable to the relevant Equipment;

(ii)  provide facilities for the storage, 24/7 security, electrical recharging and transportation of any Equipment in accordance with Fleet's instructions and any instructions in the Operations Manual applicable to the Equipment;

(iii)  ensure that the Equipment is maintained in substantially good repair and condition at commissioning and that it is continuously maintained in good physical repair and condition (subject to fair wear and tear) during the relevant Service Order Term;

(iv)  not interfere with or attempt to modify or repair any of the Equipment (including any enclosure) or its operation unless instructed to do so by Fleet, and then only in accordance with those instructions; and

(v)  ensure that the Equipment does not damage, hinder or unduly interfere with Fleet or any other Third Party or their equipment.

(d)  Subject to any negligent act or omission of, or contravention of any applicable Law or a breach of this Agreement unable to be rectified by Fleet, the Customer remains solely responsible and liable for its use of the Equipment including all claims, losses, liabilities, damage and injury incurred by the Customer, Fleet or any Third Party by or as a result of its use of the Equipment.

(e)  The Customer will be responsible for all requirements and expenses for delivery of any Equipment EXW including, but not limited to, all freight, importing and exporting clearance, full insurance value of the Equipment, taxes and/or other similar costs.

**6.  Fees and Payment**

**6.1  Fees**

Fleet may issue invoices for the Fees in accordance with the Service Order and Customer will pay Fleet the Fees and any agreed Expenses as set out in the relevant Service Order.

## 6.2 Invoicing

Unless otherwise agreed in a Service Order, Fleet will issue an invoice to the Customer for the Fees for the Services monthly in advance.

## 6.3 Payment Terms

The Customer will pay each invoice within thirty (30) days of the date of the invoice.

## 6.4 Disputed amounts

If the Customer disputes any amount in an invoice, the Customer will pay Fleet the undisputed portion and promptly notify Fleet of its reasons for disputing the relevant amount. The Customer and Fleet will use reasonable endeavours to resolve the dispute at the earliest possible convenience. In the event the Parties cannot resolve the dispute, the matter must be resolved in accordance with clause 15. If the dispute is resolved and the Parties agree, or if it is determined by a court of law, that any portion of the dispute amount is payable by the Customer, then the Customer will pay that portion to Fleet within seven (7) days of resolution of the dispute.

## 6.5 Overdue amounts

Subject to clause 6.4, if any amount payable to Fleet under this Agreement has not been paid by the Customer by the due date for payment, then without limiting Fleet's rights in respect of that default:

(a) Fleet may charge penalty interest a rate of the lesser of (i) two percent (2%) per month of the overdue amount or (ii) the maximum amount permitted under applicable Law; and

(b) if Fleet has provided a written notice of such failure to the Customer and the Customer has still not paid the amount in default, Fleet may suspend the provision of the Services under the Service Order to which the unpaid amount relates until receipt of the amount in default and interest in full.

## 6.6 Fee review

Fleet may vary the Fees under a Service Order:

(a) annually in accordance with the increase in the CPI as compared with the CPI for the same quarter of the first year of the Service Order Term;

(b) by issuing an amended Service Order setting out a pricing update, provided in writing to the Customer for review and acceptance in accordance with clause 3.3;

(c) on written notice to the Customer following any increase in the costs of providing the Services as a result of any change to or increase in costs including any increase passed on by any third party service providers or suppliers; or

(d) in accordance with the terms set out in the current or renewing Service Order.

## 6.7 Tax

(a) All Fees payable under this Agreement are exclusive of tax. Customer shall be responsible for paying taxes arising from the purchase of Services under this Agreement. If applicable, valid exemption documentation for each taxing jurisdiction shall be provided to Fleet prior to invoicing, and Customer shall promptly notify Fleet if its exemption is revoked or modified. All payments made by Customer shall be net of any applicable withholding tax. Customer and Fleet shall comply with all applicable tax laws and regulations. Except as otherwise provided, each Party will be responsible for its own income taxes, employment taxes, and indirect taxes. Customer shall not be liable for any federal, state or local withholding, national insurance contributions or other payroll taxes relating to performance of Services by the Fleet under this Agreement. The Parties will cooperate in good faith to minimize taxes to the extent legally permissible when reasonable. In a timely manner, each Party will provide to the other Party any direct pay permits, resale exemption certificates, multiple points of use certificates, treaty certification, withholding tax certificates and other information reasonably requested by the other Party. Customer's obligations under this clause 6.7 shall survive termination or expiration of this Agreement.

## 7. Intellectual Property Rights

## 7.1 Ownership of Background Materials

Each Party retains all right, title and interest in its Background Materials.

## 7.2 Ownership of Deliverables

The Intellectual Property Rights in any documentary Deliverables (including if applicable any Search Results from a Service) will vest in the Customer immediately on full payment for the relevant Service.

## 7.3 Licence to Fleet

The Customer grants to Fleet:

(a) an irrevocable, non-exclusive, non-transferable, sub-licensable, royalty-free licence during the Term to access and use the Customer's Background Materials to the extent necessary and for the sole purpose of providing the Services and/or Deliverables;

(b) an irrevocable, non-exclusive, transferable, sub-licensable, royalty-free, perpetual licence to use the Deliverables for Fleet's marketing and promotional activities (provided that Fleet shall ensure that the Deliverables are anonymised and de-identified before using them for that purpose); and

(c) a non-exclusive, royalty-free, worldwide, perpetual, transferable, sub-licensable licence to use:

(i) the Search Data and the Search Results during the Term for the purposes of performing its obligations under this Agreement; and

(ii)     the Search Data during and after the Term, to further develop and make improvements to the Services and Fleet's systems, software and services, including but not limited to improvements in the accuracy of the Services through the use of machine learning and artificial intelligence, and to create, develop, manage, and commercialise new services and products (but not a separate licence to commercialise the Search Data themselves).

## 7.4    Licence to the Customer

Fleet grants to the Customer a revocable, non-exclusive, non-transferable, non-sub-licensable (other than to the Designees (if applicable)), royalty-free licence during the Term to access and use Fleet's Background Materials to the extent that they are incorporated into (but not separate from) the Services and/or Deliverables for the sole purpose of obtaining the benefit of the Services and/or Deliverables.

## 8.    Confidentiality

### 8.1    Confidentiality obligations

The Recipient receiving, possessing or otherwise acquiring Confidential Information of the Discloser acknowledges that the Discloser's Confidential Information is the property of and confidential to or a trade secret of the Discloser. Subject to clause 8.2, the Recipient must:

(a)     keep the Discloser's Confidential Information confidential and not directly or indirectly disclose, divulge or communicate that Confidential Information to, or otherwise place that Confidential Information at the disposal of, any other Person without the prior written approval of the Discloser;

(b)     only disclose Discloser's Confidential Information to Personnel who have a need to know and who have agreed in writing to be bound by confidentiality obligations at least as protective as those set forth in this Agreement;

(c)     take such steps to secure and keep secure all Discloser's Confidential Information coming into its possession or control as it would to protect its own Confidential Information of a similar nature, and in no case using less than reasonable care; and

(d)     not memorise, use, modify, reverse engineer or make copies, notes or records of the Discloser's Confidential Information for any purpose other than in connection with the performance by the Recipient of its obligations under this Agreement.

### 8.2    Exceptions

(a)     The obligations of confidentiality under clause 8 do not apply to any information that:

(i)     is generally available to the public (other than by reason of a breach of this Agreement);

(ii)     prior to disclosure hereunder was already lawfully in Recipient's possession without any obligation of confidentiality;

(iii)     is disclosed to the Recipient on a non-confidential basis by a Third Party entitled to do so; or

(iv)     was independently developed by the Recipient without reference to any Confidential Information of the Discloser.

(b)     A Party is not in breach of clause 8 in respect of any disclosure of Confidential Information to the extent that it is required to be disclosed by any applicable Law (including the rules of any securities exchange on which the Party's (or its Affiliate's) securities are listed for trading to the public), provided that, the Recipient gives the Discloser prompt written notice of the legally compelled disclosure and cooperates with the Discloser, at the Discloser's expense, in seeking a protective order or any other remedies available to limit the disclosure of the Confidential Information.

### 8.3    Publicity

(a)     Subject to a Party obtaining the other Party's prior written consent, a Party may reference the other Party by name and use the other Party's logo in all customer lists and in sales and marketing communications.

(b)     Fleet and the customer agree that they will prepare joint marketing materials and press releases of which the content is to be agreed upon by both parties in writing.

## 9.    Privacy

### 9.1    Compliance with Privacy Laws

Both Parties agree to comply with the Privacy Laws in relation to the provision and use of the Services.

### 9.2    Specific requirements

(a)     The Customer acknowledges and agrees that it is responsible for the collection, use, storage and otherwise dealing with Personal Information related to the Customer's business and all matters relating to the Services. The Customer will comply and ensure that all of its Personnel comply with the requirements of any Privacy Law in respect of all Personal Information collected, used, stored or otherwise dealt with under or in connection with this Agreement.

(b)     Without limiting clause 9.2(a), the Customer undertakes for itself, and on behalf of its Personnel, to:

(i)     notify its customers, clients or other natural person to whom Personal Information it collects relates of any matter prescribed by any Privacy Laws in relation to

the collection, use and storage of their Personal Information;

(ii) ensure that any Personal Information transferred to Fleet is complete, accurate and up to date; and

(iii) notify Fleet immediately upon becoming aware of any breach of any Privacy Law that may be related to the collection, use, disclosure, storage or handling of the Personal Information under this Agreement.

(c) Without limiting clause 9.2(a), the Customer may only disclose Personal Information in its control to Fleet if:

(i) the Customer is authorised by applicable Privacy Laws to collect the Personal Information and to collect, use, disclose, store or handle the Personal Information in the manner required by this Agreement; and

(ii) the Customer has informed and has obtained the consent of the individual to whom the Personal Information relates that in order to provide goods or services to them it might be necessary for the Customer to disclose their Personal Information to a Third Party, including to a Third Party located outside of the US.

**9.3 Access to data**

The Customer acknowledges and agrees:

(a) that Fleet will comply with its applicable metadata retention and interception obligations under Law;

(b) that Fleet may be required by Law to permit Third Parties, such as a Government Agency, to access and inspect its premises and any data under its possession or control; and

(c) to Fleet permitting such Third Parties to access and inspect such premises and data for that purpose.

**9.4 Third Party Service Provider**

Where Fleet engages a third party service provider to provide any of the Services to the Customer, it shall do so by way of a written contract that provides for, in substance, the same data protection obligations as those required by the Customer from Fleet in this Agreement. Fleet shall ensure that the third party service provider complies with the obligations to which Fleet is subject pursuant to this Agreement.

**10. Warranties**

**10.1 Mutual warranties**

Each Party warrants to the other Party that:

(a) it has been duly incorporated and is validly existing with full corporate power and authority to enter into this Agreement and

to perform its obligations under this Agreement;

(b) all resolutions, authorities and consents required to enable it to enter into this Agreement have been passed or obtained and, subject thereto, this Agreement is therefore a fully valid and binding obligation enforceable against that Party in accordance with its terms; and

(c) it is not the subject of any Insolvency Event.

**10.2 Customer warranties**

The Customer warrants to Fleet that:

(a) it will take all reasonable measures to ensure the safety and protection of the Equipment including, but not limited to, maintaining 24/7 security services designed solely to protect the Equipment from theft, vandalism, wildlife damage and similar perils;

(b) any information or materials it has provided to Fleet under this Agreement (including prior to the Commencement Date) is true, accurate, and are not misleading or deceptive in any way;

(c) it has not engaged Fleet to provide any Services that could infringe any Intellectual Property Rights of any Third Parties; and

(d) in using the Services, the Customer will:

(i) ensure that the Intellectual Property Rights and other proprietary rights in the Services are not infringed in any way;

(ii) comply with the directions of Fleet in relation to the use of the Services; and

(iii) immediately cease to use the Services in every manner whatsoever upon expiration or termination of this Agreement or upon an earlier written request by Fleet which is not inconsistent with this Agreement.

**10.3 Fleet warranties**

Fleet warrants to the Customer that:

(a) it has the necessary Personnel, facilities, other resources, expertise and experience to perform each Service and provide each Deliverable in accordance with this Agreement and each Service Order;

(b) it has and will maintain all licences, authorisations, consents, approvals and permits required in order to perform its obligations under this Agreement;

(c) it will exercise due care and skill in accordance with industry standards in the performance of the Services; and

(d) the performance of Fleet's obligations under this Agreement and the access and use of the Services and/or Deliverables in accordance with this Agreement will not infringe the Intellectual Property Rights of any Third Party.

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc
FLEETSPACE0000013

**10.4   Disclaimer of warranty**

(a)   Except for the express warranties made by Fleet or Customer to the other in this Agreement, to the maximum extent permitted by Law , neither party makes, any other representations, warranties, conditions or undertakings to the other that would be implied in this Agreement by legislation, common law, equity, trade, custom or usage. Each Party expressly disclaims any implied warranties and conditions of merchantability, fitness for a particular purpose, title and quality.

(b)   Fleet expressly disclaims and excludes any and all warranties and conditions (whether express or implied), and offers no indemnities or guarantees, in respect of the suitability of the Services for use in any hazardous environments requiring fail safe performance, including without limitation marine safety and distress systems, operation of nuclear facilities, aircraft navigation or communication systems, weapons systems, air traffic control and life support devices).

(c)   Nothing in this Agreement excludes, restricts or modifies any condition, warranty, right or remedy conferred on the Parties by any applicable Law that cannot be excluded, restricted or modified by agreement.

(d)   Notwithstanding any provision under clause 10 of the Agreement, the Customer acknowledges and agrees that the Services, and their output are intended to be a supplement for, and not a replacement of the conduct of physical geological and mineralogical surveys. To the extent permitted by law, and except for the warranties expressly provided herein, Fleet gives no warranties in relation to the Services, including any warranty as to accuracy, completeness, freedom from error, or fitness for any, or for any particular, purpose.   Without limiting the foregoing, Fleet does not warrant:

(i)   that the use of the Services will meet the Customer's requirements, or that the operation of the Equipment or the Services will be uninterrupted or error-free; and

(ii)   the accuracy or completeness or utility of the data in any Search Results or resulting from the Services.

**11.   Indemnity**

**11.1   Fleet's general indemnity**

Fleet indemnifies the Customer from and against any liability suffered or incurred by the Customer arising from or in connection with any Third Party claims alleging the following:

(a)   fraud, or fraudulent misrepresentation or wilful misconduct by Fleet or its Personnel;

(b)   damage or loss to any real and tangible property of the Customer or any other person caused by the wrongful, unlawful or negligent act or omission of Fleet or its Personnel under this Agreement; or

(c)   death of or injury to any person caused by the wrongful, unlawful or negligent act or omission of Fleet or its Personnel under this Agreement.

**11.2   Fleet's Intellectual Property Rights indemnity**

(a)   Fleet will defend and pay any awarded damages, settlement amounts, and litigation costs and expenses (including reasonable attorneys' fees) suffered or incurred by the Customer arising from or in connection with an IP Claim.

(b)   If an IP Claim is made against the Customer:

(i)   the Customer must promptly notify Fleet of the IP Claim;

(ii)   the Customer will provide all reasonably requested information and assistance to Fleet to defend the IP Claim; and

(iii)   the Customer gives Fleet the right to defend and settle the IP Claim (provided that Fleet may not settle an IP Claim without the prior consent of the Customer, such consent not to be unreasonably withheld).

(c)   If an IP Claim is successful, or if it is agreed that there is an infringement of the Intellectual Property Rights of the Third Party, then Fleet may either, at its option and cost:

(i)   modify the affected Service, Equipment or Deliverable to render it, or its use, non-infringing within a reasonable period; or

(ii)   render the relevant activity non-infringing by procuring the right or consent to exercise the relevant Intellectual Property Rights, and

(iii)   if neither of the above remedies can be achieved, remove any Deliverables and cease performing any Services that are agreed to infringe the Intellectual Property Rights of a Third Party, and Fleet may refund to the Customer any Fees paid in advance for such infringing Services or Deliverables.

(d)   The indemnity in this clause 11.2 will not apply to the extent that the IP Claim arises or results from one of the following:

(i)   if Fleet complies with the Customer's specific technical designs or instructions or includes any content or other materials provided by the Customer and the IP Claim specifically relates to the

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000014

technical design, instructions or content provided by the Customer; or

(ii) any of the circumstances set out in 4.5(d).

(e) This clause 11.2 contains Fleet's entire obligations and liability, and Customer's sole and exclusive remedies, for IP Claims.

## 11.3 Customer's indemnity

The Customer indemnifies Fleet and each member of the Fleet Group from and against any liability suffered or incurred by Fleet and each member of the Fleet Group arising from or in connection with any Third Party claims alleging the following:

(a) the Customer's, its Personnel's or if applicable its Designee's use of the Equipment or the Services;

(b) the Customer's, its Personnel's or if applicable its Designee's breach of this Agreement or any Service Order;

(c) fraud, or fraudulent misrepresentation or wilful misconduct by the Customer, its Personnel or if applicable, its Designees;

(d) damage or loss to any real and tangible property of Fleet (including any Equipment) or of any other person caused by the wrongful, unlawful or negligent act or omission of the Customer, its Personnel or any Designees under this Agreement or any Service Order; or

(e) death of or injury to any person caused by the wrongful, unlawful or negligent act or omission of the Customer, its Personnel or any Designees under this Agreement or any Service Order.

## 12. Liability

### 12.1 Limitation of liability

(a) To the maximum extent permitted by Law and subject to clause 12.3, the maximum aggregate liability of Fleet for all direct losses, damages and claims arising out of this Agreement whether arising under contract, in negligence or in tort or for any other common law or statutory action, is limited to:

    (i) if the liability arises in relation to a Service Order, an amount equal to the lesser of:

        (A) 100% of the amounts paid by the Customer to Fleet in respect of the applicable Services under that Service Order for the period specified in the Service Order; and

        (B) twelve times the monthly average amounts paid by the Customer to Fleet in respect of the applicable Services under that Service Order; and

    (ii) in all other cases, it is limited to twelve times the monthly average amounts paid by the Customer to Fleet under this Agreement.

(b) To the maximum extent permitted by Law and subject to clause 12.3, the Parties agree that neither party is liable, in any circumstances, for Excluded Loss, damages and claims arising out of this Agreement whether arising under contract, in negligence or in tort or for any other common law or statutory action and release each other from all claims for Excluded Loss arising under, or in respect of, this Agreement.

### 12.2 Proportionate liability

To the extent permissible by law, a Party's liability under the Agreement (including under an indemnity) is reduced proportionately to the extent that such liability is caused or contributed to by the breach of this Agreement or the wrongful, unlawful or negligent act or omission of other Party or its Personnel.

### 12.3 Exclusions

The limitations and exclusions in clause 12.1 do not apply to each Party's indemnification obligations herein, a Party's breach of its confidentiality obligations, or a Party's infringement or misappropriation of the other Party's Intellectual Property Rights.

### 12.4 Duty to mitigate

Each Party must use reasonable endeavours to mitigate its losses recoverable from the other Party under this Agreement.

### 12.5 Insurance

(a) During the Term, each Party will effect and maintain:

    (i) public liability insurance coverage in the amount of $5 million;

    (ii) professional indemnity insurance coverage in the amount of $5 million; and

    (iii) worker's compensation as required by law.

(b) Both Parties agree to provide evidence of the insurance policies required in this clause 12.5(a) upon request by the other Party.

## 13. Compliance with Laws – Anti-Corruption & International Trade

### 13.1 Limitation of liability

(a) In connection with the transactions contemplated by this Agreement or in connection with any other business transactions involving Fleet, Customer and its employees, agents, subcontractors, and other business partners will at all times comply with all applicable Laws, including, without limitation:

    (i) the U.S. Foreign Corrupt Practices Act of 1997 ("FCPA")

and any other Laws relating to the prevention of corruption or bribery;

(ii) any and all Laws relating to the use of convict, indentured, compulsory, or forced labor, including but not limited to forced or indentured child labor;

(iii) all U.S. Laws and other applicable Laws relating to economic sanctions and export controls, including U.S. anti-boycott Laws; and

(iv) all U.S. Laws and other applicable Laws relating to terrorism or money laundering (collectively, the Anti-Corruption & International Trade Laws.)

### 13.2 Anti-Corruption Representation

Customer hereby represents, warrants, and covenants to Fleet that it will not, in connection with performance under this Agreement or in connection with any other business transactions involving Fleet, make or promise to make any payment or transfer of anything of value, directly or indirectly, to any foreign official (as defined by the FCPA) with the intent of causing the foreign official to misuse such official's position to obtain or retain business or for any other improper purpose or improper advantage. It is the intent of the Parties that no payments or transfers of value shall be made which have the purpose or effect of public or commercial bribery, acceptance of or acquiescence in extortion, kickbacks, or other unlawful or improper means of obtaining business.

### 13.3 Fleet's Right of Investigation

In the event that Fleet has a reasonable basis to believe that Customer has taken or failed to take any action that may subject Fleet to liability under the Anti-Corruption & International Trade Laws, Customer agrees that Fleet shall have the right, upon written notice to the Customer, to conduct an investigation and audit of Customer to determine to Fleet's reasonable satisfaction whether or not any actions or failures to act by Customer may subject Fleet to liability under the Anti-Corruption & International Trade Laws. Customer agrees to cooperate fully with such investigation, the scope, method, nature and duration of which shall be at the sole reasonable discretion of Fleet.

### 13.4 Fleet's Rights upon a Default under the Anti-Corruptions & International Trade Laws

In the event that Fleet believes in good faith, and whether or not it has conducted an investigation, that Customer has acted in any way that may subject Fleet to liability under the Anti-Corruption & International Trade Laws, Fleet shall have the unilateral right, exercisable immediately upon written notice to Customer, to terminate the Agreement, subject to the provisions of Section 15.1 of the Agreement.

### 14. Force Majeure Events

(a) Neither Party will be liable to the other for any delay or failure to perform its obligations under this Agreement (other than for an obligation to make payment) as a result of a Force Majeure Event.

(b) If Fleet is affected by a Force Majeure Event:

(i) Fleet will notify the Customer as soon as practical of any anticipated delay or failure to provide the Services as a result of the Force Majeure Event.

(ii) Fleet may, at its option, notify the Customer and substitute the affected Services with an equivalent or substantially similar replacement service on a temporary or permanent basis.

(c) If the Force Majeure continues for a period of more than 180 days, the Party not affected by the Force Majeure Event may terminate the relevant Service Order affected by the Force Majeure Event by written notice to the affected Party.

### 15. Dispute Resolution

(a) A Party claiming that a dispute has arisen must give written notice to the other Party specifying the nature of the dispute and the Parties must submit themselves to the dispute resolution procedure specified in this clause 15.

(b) The Parties agree that if a dispute arises out of or relates to this Agreement, a Party may not commence any legal proceedings relating to the dispute unless it has complied with the provisions of this clause 15 except to seek urgent equitable or interlocutory relief.

(c) When a dispute arises between the Parties in relation to this Agreement, then:

(i) all amounts payable by the Customer to Fleet which are not in dispute must be paid in accordance with the Service Order;

(ii) if the Parties cannot resolve the dispute within 20 Business Days after notice has been given, then the dispute is to be referred to the respective chief executive officers or their nominees of each Party (jointly referred to in the remainder of this clause 15 as Chief Executive Officers) for resolution; and

(iii) If the Chief Executive Officers cannot resolve the dispute within 20 Business Days after referral, then the Parties must submit the dispute to a mediator appointed by the American Arbitration Association ("AAA") for

consideration in accordance with its Commercial Arbitration Rules and Mediation Procedures. The place of arbitration shall be Delaware. Except as may be required by Law, neither a Party nor the mediators may disclose the existence, content or results of any mediation without the prior written consent of both Parties, unless to protect or pursue a legal right.

(d) Each Party must pay its own internal and legal costs in relation to complying with this clause 15. The mediator's costs are to be shared equally between the Parties.

## 16. Termination

### 16.1 Termination due to default

If an Event of Default under a Service Order occurs in relation to a Party (**Defaulting Party**):

(a) the other Party may give a notice of termination of that Service Order (**Default Notice**) to the Defaulting Party specifying the Event of Default and requiring the Defaulting Party to remedy the default within 20 Business Days after the Default Notice is given to the Defaulting Party;

(b) if the Defaulting Party does not comply with the notice within the relevant period referred to in clause 16.1(a) then the other Party, without limiting its other rights and remedies, may terminate the Service Order to which the Event of Default relates, by giving to the Defaulting Party notice with immediate effect.

### 16.2 Suspension

(a) Without limiting any rights or remedies of Fleet, Fleet may suspend the provision of the Services:

    (i) in accordance with clause 6.5(b);

    (ii) in any of the circumstances set out in clause 16.1, in lieu of or as an interim step before termination;

    (iii) if Fleet is required by a Government Agency or any applicable Law; or

    (iv) if, in the reasonable opinion of Fleet, the safety of the Equipment is at risk.

(b) Fleet may continue the suspension under this clause 16.2 and may restrict or block the Service until Fleet is satisfied (acting reasonably) that the relevant event giving rise to the suspension is resolved in favour of Fleet and that the event is not likely to reoccur.

(c) If a suspension is invoked in accordance with clause 16.2(a)(iv), Fleet may request the immediate return of the Equipment while the Services are suspended.

(d) The Customer will be liable to continue to pay the Fees for the Services while the Services are suspended.

### 16.3 Consequences of termination

(a) Termination of a Service Order will not affect this Agreement and any other Service Orders which are in effect between Fleet and the Customer at the time of the termination and such other Service Orders will continue in accordance with their respective terms, unless otherwise stated in the Service Order.

(b) Upon the termination or expiration of all Service Orders issued under this Agreement, either Party may terminate the Agreement by written notice to the other Party on 30 Business Days prior written notice.

(c) On the expiry or termination of a Service Order for any reason:

    (i) the Customer will pay any Fees that are due and payable (including those which may not have been invoiced prior to expiry or termination) for the Services under that Service Order up to the date of expiry or termination and if applicable, up to the time that the Customer has fully complied with its obligations in this clause 15.3(c);

    (ii) the Service Order will be at an end as to its future operation except for the enforcement of any right or claim in relation to the Agreement that arises on, or has arisen before, the expiry or termination;

    (iii) subject to the Customer complying with its obligations under clause 16.2(c), the Customer will be entitled to retain and use that part of the Deliverable provided by Fleet and paid for in full by the Customer on or before the date of expiry or termination;

    (iv) the Customer must immediately cease using and return to Fleet any part of the Deliverable that is not paid for by the Customer in full, at the Customer's risk and cost;

    (v) the Customer must immediately cease using and return to Fleet any of Fleet's Background Material and Confidential Information, at the Customer's risk and cost, or if such Background Material or Confidential Information is incapable of being returned, must permanently destroy it; and

    (vi) the Customer must immediately return to Fleet any Equipment, property or assets owned or licensed by Fleet within the Customer's possession or control, at the Customer's risk and cost

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000017

(and in the manner specified in the Service Order, if applicable).

(d) To avoid any doubt, Fees will continue to accrue and be payable until the Customer has complied with all of its obligations in this clause 16.3(c) (including in clause 16.3(c)(vi)).

(e) If a Service Order is terminated by Fleet in accordance with clause 16.1 due to the Customer's Event of Default, the Customer will also pay Fleet's Unavoidable Costs.

### 16.4 Disengagement

(a) Upon expiry of a Service Order or upon termination of a Service Order in accordance with clause 16.1 the Customer may request Fleet to provide disengagement services. Unless otherwise agreed by the Parties, disengagement services will be provided under a separate Service Order.

(b) Disengagement services will be charged to the Customer at Fleet's then Standard Rates. If a Service Order is terminated by Fleet in accordance with clause 16.1 due to the Customer's Event of Default, Fleet may require that the Customer pay for the disengagement services in advance, or provide security for payment.

(c) Fleet will provide the disengagement services for the period agreed by the Parties in the relevant Service Order.

### 16.5 Survival

Clauses 1, 8, 9, 10, 11.3, 12, 13, 14, 15, 16, 17 and all other provisions that, by their nature, are intended to survive termination of this Agreement, will survive termination and expiry of this Agreement.

(a)

### 17. General provisions

### 17.1 Relationship

Nothing in this Agreement is intended to create a partnership, joint venture, or agency relationship between the Parties, and each of the Parties agree that they are entering into this Agreement only as independent contractors.

### 17.2 Costs

Each Party must pay its own costs in relation to:

(a) the negotiation, preparation, execution, performance, amendment or registration of, or any consent given or made; and

(b) the performance of any action by that party in compliance with any liability arising,

under this Agreement, or any agreement or document executed or effected under this Agreement, unless this Agreement provides otherwise.

### 17.3 Assignment

(a) The Customer must not transfer any right or liability under this Agreement without the prior consent of Fleet.

(b) Fleet may transfer any right or liability under this Agreement without the prior written consent of the Customer.

### 17.4 Notices

(a) Any notice to or by a Party under this Agreement must be in writing and signed by the sender or, if a corporate party, an authorised officer of the sender.

(b) Any notice may be served by delivery in person or by post or transmission by email to the address or number of the recipient specified in this provision or most recently notified by the recipient to the sender.

(c) Any notice is effective for the purposes of this Agreement upon delivery to the recipient or production to the sender of a copy of the email sent before 5.00 pm local time on a day in the place in or to which the written notice is delivered or sent or otherwise at 9.00 am on the next day following delivery or receipt.

### 17.5 Amendments

Any amendment to this Agreement has no force or effect, unless effected by a document executed by the Parties.

### 17.6 Third parties

Except as set forth in clause 11.3, this Agreement confers rights only upon a person expressed to be a party, and not upon any other person.

### 17.7 Entire Agreement

This Agreement:

(a) expresses and incorporates the entire agreement between the Parties in relation to its subject-matter, and all the terms of that agreement; and

(b) supersedes and excludes any prior or collateral negotiation, understanding, communication or agreement by or between the parties in relation to that subject-matter or any term of that agreement.

### 17.8 Governing Law and jurisdiction

(a) This Agreement is governed by and construed under the law of Delaware.

(b) Any legal action in relation to this Agreement against any Party or its property may be brought in any court of competent jurisdiction set out in Wilmington County, Delaware.

(c) Each Party by execution of this Agreement irrevocably, generally and unconditionally submits to the non-exclusive jurisdiction of any court specified in this provision in relation to both itself and its property.

### 17.9 Further assurance

Each Party must execute any document and perform any action necessary to give full effect to this Agreement, whether before or after performance of this Agreement.

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc
FLEETSPACE0000018

**17.10 Continuing performance**

(a)    The provisions of this Agreement do not merge with any action performed or document executed by any Party for the purposes of performance of this Agreement.

(b)    Any representation in this Agreement survives the execution of any document for the purposes of, and continues after, performance of this Agreement.

(c)    Any indemnity agreed by any Party under this Agreement:

(i)    constitutes a liability of that party separate and independent from any other liability of that party under this Agreement or any other agreement; and

(ii)    survives and continues after performance of this Agreement.

**17.11 Waivers**

Any failure by any Party to exercise any right under this Agreement does not operate as a waiver and the single or partial exercise of any right by that Party does not preclude any other or further exercise of that or any other right by that Party.

**17.12 Remedies**

The rights of a Party under this Agreement are cumulative and not exclusive of any rights provided by law.

**17.13 Severability**

Any provision of this Agreement which is invalid in any jurisdiction is invalid in that jurisdiction to that extent, without invalidating or affecting the remaining provisions of this Agreement or the validity of that provision in any other jurisdiction.

**17.14 Counterparts**

This Agreement, any Service Orders and any Changes may be executed: (a) electronically, including through *DocuSign* and similar applications, and (b) in any number of counterparts, all of which taken together are deemed to constitute one and the same document. Delivery of a printed counterpart (whether or not the counterpart was signed electronically) or electronic delivery (including by email transmission or transmission over an electronic signature platform) of an executed counterpart of this Agreement are each as valid, enforceable and binding as if the signatures were upon the same instrument and delivered in person.

**STANDARD SERVICE ORDER – EXOSPHERE SERVICES**

This Service Order (including all annexures, schedules, and attachments) is entered into pursuant to, and incorporates the terms and conditions of, the Master Services Agreement (**Agreement**) between Fleet Space Technologies Inc. (**Fleet**) and Resonance Frequency Exploration Group LLC (**Customer**).

**1.    Service Activation Date**

The date the Equipment is collected by the Customer EXW from the delivery location agreed by Fleet. The date of delivery is to be agreed upon by Fleet and the Customer.

**2.    Service Order Term**

A period of 6 months and 2 weeks from the Service Activation Date. The additional 2 weeks is to allow for the freight of the Equipment to the Site. The Service Order Term will automatically renew per clause 2.2(b) of the Agreement.

**3.    Services**

**Site details:** Ghana and the United States of America - exact site details to be advised by the Customer and accepted by Fleet.

**Services:**

| Service | Description |
|---|---|
| **Subscription and Equipment** | • **ExoSphere** – 50 Geodes® (exclusive of Spares if relevant) inclusive of Real-Time Data acquisition, transfer, processing & delivery of 3D shear velocity models via ExoSphere software portal<br><br>• **ExoSphere Portal**: Unlimited user access to Fleet's ExoSphere Portal (Software platform for reviewing the 3D results) during and after survey completion. |
| **Training and planning support** | • **Remote survey array design (unlimited)**<br>• **Resources** – access to videos, websites and guides for customer self-training/management.<br>• **Virtual Sessions** - Scheduled virtual sessions where the customer is training virtual by Fleet Space staff |
| **Service and technical support** | • **Customer Service / Technical Help Desk**<br>• **Basic data review (3 hours per month)** with one of Fleet's Geophysicists **Project Management & Planning support**: A senior project manager to coordinate the design, logistics and deployment (using the Customer's staff) of the surveys |
| **Additional Services** | **N/A - price on application** |

**Deliverables:** The Search Results in relation to the provision of the Services. To avoid doubt, the Deliverables exclude Fleet's Background Materials and any Equipment.

**Exclusions:** Freight and delivery of the Equipment, deployment of the Equipment, onsite support by Fleet.

**4.    Success Criteria**

The delivery of Ambient Noise Tomography 3D shear velocity models of the survey site where the Equipment is deployed.

**5.    Return of Equipment**

The Customer will return the Equipment to Fleet's nominated delivery address within 7 days of the termination or expiry of this Service Order. If the Equipment is not returned within the specified period, Fleet may charge a fee at Fleet's then-current rates until the Equipment is received by Fleet.

The Customer will ensure that the Equipment is packaged in accordance with the Operations Manual or written directions provided by Fleet.

Fleet may facilitate the arrangements for the return of the Equipment for the Customer, subject to an additional Fee and Expenses.

Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000020

FLEETSPACE0000001

## 6.    Fees and payment terms

| Contract Term | 6 months + 2 weeks travel time from Service Activation Date. | |
|---|---|---|
| | Contract signed on or before 30 December 2022 | Contract signed after 30 December 2022 |
| Subscription Price | $747,000 exclusive of taxes | $835,500 exclusive of taxes |
| Monthly Cost (payable in advance) | $124,500 exclusive of taxes | $139,250 exclusive of taxes |
| Deposit upon signing this Agreement | $124,500 exclusive of taxes | $124,500 exclusive of taxes |

The above fee schedule is from the Service Activation Date. Prices are in USD dollars. Deployment and freight costs are charged separately and in addition to these Fees (unless specifically quoted in the fee schedule). The Equipment is delivered on an Ex-Works basis from Fleet's facility. Fleet will advise which facility to collect and return the Equipment to which may be in either Australia or USA. Transport costs are to be borne by the Customer.



Doc ID: 131c65f54ed67e474766b9dc0639d1671eeb72dc

FLEETSPACE0000021


**Dropbox Sign**                                                          Audit trail

| | |
|---|---|
| **Title** | ExoSPhere Services Agreement - Gold Collective & Fleet |
| **File name** | Standard  (US-Fle...nal).docx (2).pdf |
| **Document ID** | 131c65f54ed67e474766b9dc0639d1671eeb72dc |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

## Document History

| | | |
|---|---|---|
| ⟳ **SENT** | **12 / 17 / 2022** 22:08:28 UTC | Sent for signature to Shad Brannon (schad@theminingcollective.com) and Flavia Tata Nardini (flavia@fleet.space) from robyn.clay@fleet.space IP: 115.166.21.187 |
| 👁 **VIEWED** | **12 / 19 / 2022** 11:03:55 UTC | Viewed by Shad Brannon (schad@theminingcollective.com) IP: 217.165.127.137 |
| ✎ **SIGNED** | **12 / 19 / 2022** 11:08:01 UTC | Signed by Shad Brannon (schad@theminingcollective.com) IP: 217.165.127.137 |
| 👁 **VIEWED** | **12 / 19 / 2022** 11:42:08 UTC | Viewed by Flavia Tata Nardini (flavia@fleet.space) IP: 120.20.236.124 |
| ✎ **SIGNED** | **12 / 19 / 2022** 11:42:54 UTC | Signed by Flavia Tata Nardini (flavia@fleet.space) IP: 120.20.236.124 |
| ✅ **COMPLETED** | **12 / 19 / 2022** 11:42:54 UTC | The document has been completed. |

Powered by  **Dropbox Sign**

# Exhibit D

| From: | Marketing Department [marketing@fleet.space] |
|---|---|
| Sent: | 2/6/2023 12:07:13 PM |
| To: | rob@ezymarketer.com |
| Subject: | Re: Form Submission - Contact Us Form |

Hi Rob,

Thank you for reaching out to us regarding the false and misleading statements that Debtbox is making in regards to its relationship with Fleet Space Technologies.  We would like to strongly assert that in no way is Fleet Space Technologies or any of its affiliates and subsidiaries partnered with or has any relationship with Debtbox.

There have been a number of YouTube videos with interviews with Debtbox stating that we are a partner with them and they own our satellites, which is false, misleading and deceptive information.

Please let us know if you have any other questions.

Best,

Fleet Space Technologies

On Sat, Feb 4, 2023 at 12:18 AM 'Squarespace' via Sales <sales@fleet.space> wrote:

Sent via form submission from *Satellite communications and space exploration | Fleet Space Technologies*

**Name:** Rob Wilson

**Email:** rob@ezymarketer.com

**Company:** Re The Debt Box

**Industry:** Investor

**Message:** Hi Guys, I am an investor in Debt Box and I am hoping that you can give me a bit of clarity about your relationship with The Debt Box.

I was on the understanding that they partnered with you on a recent Satellite Launch and that there were plans for many more this year.

Con you please advise on what the relationship is between you and the Debt Box and if they have partnered with you with your Scan Technology and Satellites.

Thanking you in anticipation.

Sincerely
Rob Wilson
Private Investor

Does this submission look like spam? Report it here.

| | |
|---|---|
| **From:** | marketing@fleet.space [marketing@fleet.space] |
| **on behalf of** | Caujuan Mayo [caujuan@gmail.com] |
| **Sent:** | 2/3/2023 3:38:47 PM |
| **To:** | Marketing Department [marketing@fleet.space] |
| **Subject:** | Re: Form Submission - Contact Us Form |

And that goes for

On Thu, Feb 2, 2023 at 8:02 PM Marketing Department <marketing@fleet.space> wrote:

Hi Caujuan,

Thank you for reaching out to us regarding the false and misleading statements that Debtbox is making in regards to its relationship with Fleet Space Technologies.  We would like to strongly assert that in no way is Fleet Space Technologies or any of its affiliates and subsidiaries partnered with or has any relationship with Debtbox.

There have been a number of YouTube videos with interviews with Debtbox stating that we are a partner with them and they own our satellites, which is false, misleading and deceptive information.

Please let us know if you have any other questions.

Best,

Fleet Space Technologies.

On Fri, Feb 3, 2023 at 1:10 PM 'Squarespace' via Sales <sales@fleet.space> wrote:

Sent via form submission from *Satellite communications and space exploration | Fleet Space Technologies*

**Name:** Caujuan Mayo

**Email:** caujuan@gmail.com

**Company:** Caujuan Mayo

**Industry:** Mining & Exploration

**Message:** Hello I went to an even with DEBT BOX and they stated a partnership with you guys and was just checking to see if you guys was actually in partnership or if that was false info

Thanks
Caujuan

Does this submission look like spam? Report it here.

| | |
|---|---|
| **From:** | Marketing Department [marketing@fleet.space] |
| **Sent:** | 2/6/2023 3:42:13 PM |
| **To:** | marketing@fleetspace.com |
| **Subject:** | Re: Enquiry on Partnesrhip with Debt Box |

Hi Hassan,

Thank you for reaching out to us.

We would like to strongly assert that in no way is Fleet Space Technologies or any of its affiliates and subsidiaries partnered with or has any relationship with Debtbox. We are also not at liberty to discuss any commercial relationships Fleet may or may not have with current or prospective customers.

There have been a number of YouTube videos with interviews with Debtbox stating that we are a partner with them and they own our satellites, which is false, misleading and deceptive information.

Many thanks,
Fleet Space Technologies

On Mon, Feb 6, 2023 at 1:58 PM 'Hassan Al Suhaimi' via marketing <marketing@fleet.space> wrote:

Hi,

I am an investor with Debt Box, with some of my friends and family members. We were told that Debt Box has a partnership in place with Fleet Space, either directly or through REFG. There was a media release on Fleet Space's site on the partnership agreement with REFG, but it is no longer there. Does this mean there is no partnership agreement with REFG? I hope you can clarify this soonest possible. Thanks.

Regards

Hassan Suhaimi

# Exhibit E

| From: | Schad Brannon [schadebrannon@gmail.com] |
|---|---|
| Sent: | 2/1/2023 9:04:50 AM |
| To: | Robyn Clay [robyn.clay@fleet.space] |
| CC: | bryan@5gfund.com; Mireille Abdo     @fleet.space]; Federico Tata Nardini    @fleet.space] |
| Subject: | Re: Fleet/RFEG Meeting |
| Attachments: | AEMG Registered Govenment Procurement Tender Organization for GIISDEC.pdf; AEMG_Commencement.pdf; AEMG_TAX Certificate & Revenue Certification.pdf |

Robyn-

Thank you for your email.

I have taken decisive action regarding D.E.B.T. BOX issue and the misleading and inaccurate information on the internet. I am embarrassed by these unfortunate circumstances and can assure you I have wasted no time to correct this ASAP. I will have more detail about what is being done to proactively address this issue tomorrow certainly before Friday.

As far as the contracting party, I thought or was under the impression Fleet wanted a US entity to enter into this contract arrangement, and I thought we were making an accommodation which I am happy to adjust if you feel it is a better fit for your perspective.

African Exploration & Minerals Group Limited
P.O. Box CT 1161
Cantonments - Accra Ghana.

I have also attached the AEMG commencement certificate, our tax authorization, and the Public Procurement Certificate that we were required to have during the open RFP process for the current government contract that AEMG was granted. Hopefully, this information better fits your expectations of who your counterparty should be.

If and when you are comfortable proceeding we can terminate the REFG contract and re-engage between Fleet and AEMG.

Many thanks,

Schad

On Tue, Jan 31, 2023 at 1:21 PM Robyn Clay     /@fleet.space> wrote:
Hi Schad and Bryan,

Thank you both for taking the time to provide further clarification on the structure for the various entities in your structure. There were 2 components to the discussion:

1. Debtbox/I-Xnodes

My understanding from your explanation is that you/your various companies have a commercial relationship with Debtbox. Since signing the agreement with RFEG, we have seen a number of examples where Debtox and others such as XNodes (or similar) have taken Fleet's videos and branding and have either placed their own Logos on our information or stated false, misleading and deceptive comments about its relationship with Fleet and our technology. They have also specifically linked RFEG to this if you are unaware and I am sure this would be of concern to you.

We have received numerous queries questioning these statements made by Debtbox.

We will be taking legal avenues against Debtox and any other entity making false and misleading statements. However, given your relationship with them, we are hoping you can use your influence to have them take down the offending material and cease commenting in other media about Fleet.

If you could please advise us by the end of the week of the outcomes of those conversations (we will also check to make sure the unauthorised material is removed), that would be appreciated. If we cant get a favourable response from Debtobox to your conversations, we will proceed with our legal avenues next week.

2. Contracting entity

Thanks for providing the clarity around the structures. My understanding is that RFEG, the entity who has entered the contract with Fleet, is not the entity that is providing mining exploration services for the mining project or any of the activities contemplated as the "customer" under the contract. You mentioned that all of these activities are provided by another entity (AEMG) which is a related party.

We were not aware of this and so we will need to consider how this impacts the current contract structure. Particularly as we need to make sure that we are obtaining the right approvals for any entity that we are entering into agreements with. We will come back to you on this.

We look forward to hearing how you have gone with Debtobox and we hope to see the unauthorised material removed from Youtube and other media.

Please feel free to reach out if you have any other questions and we will touch base shortly.

**Robyn Clay**
**Head of Operations / General Counsel (acting)**

FLEET

phone: +61 411152769 Fleet Space Technologies | www.fleet.space
8a Myer Court, Beverley SA 5009

*Warning: The information contained in this email and attached files is confidential to Fleet Space Technologies Pty Ltd. If you are not the intended recipient, any use, disclosure or copying of this email or any attachments is expressly prohibited. If you have received this email in error please notify the sender immediately.*

--

Many thanks,

Schad E. Brannon
Chairman/Founder

Cell USA / WHATSAPP: +1 (818) 426-4280

Direct Email:   schadebrannon@gmail.com

Toll-Free One Number            Pass Code for outside the U.S.

USA +1 (351) 999-3359            329560

**Confidentiality Notice:** This email, including attachments, may include non-public, proprietary, confidential, or legally privileged information. If you are not the intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email, in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email, or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

# Exhibit F



January 31, 2023

Jason Anderson
Decentralized Environmental
Blockchain Technology or (D.E.B.T.)

Dear Jason,

It has come to our attention that have there have been false and misleading statements made online, presumably by some of the software direct salespeople about the relationship with Fleet Space.

D.E.B.T. Box has no direct relationship with Fleet Space so there should be no mention of this anywhere. Resonance Frequency is a licensee of Fleet's "ExoSphere" technology just as the approved press release stated. I must insist you inform everyone and anyone that due to some false and misleading statements made that all online, YouTube videos, including Fleet's Promotional video's be taken down immediately.

I am sure none of the above was intentional and obviously originated from a misunderstanding of the relationship, we didn't authorize any of the misstatements and the Fleet brand and at this point Fleet is a relationship that is of more value to me and our organization than the D.E.B.T. Box project.

I am asking you to acknowledge this request and please make every effort to rectify the situation, and proactively monitor for any future overzealous sales agents making any false and misleading claims, as this situation has unnecessarily strained my organization's relationship with Fleet Space.

I trust these requests can be accomplished quickly, and time is of the essence.

Sincerely,

Schad Brannon
Group Chairman
Resonance Frequency Exploitation Group

Resonance Frequency Exploration Group, LLC – 1810 West Sahara Ave Ste 425 Las Vegas, Nevada, 89104
Resonance Frequency Exploration Group, LTD -- 6 Bussie Avenue East Legon - Accra - Ghana

# Exhibit G



Jason Anderson
13894 S. Bangerter Pkwy, Ste 100
Draper, UT 84020

February 1, 2023

Mr. Schad Brannon
Group Chairman
Resonance Frequency Exploration Group

Dear Mr. Brannon,

Thank you for notifying me of Fleet Space Technologies' ("Fleet") concern regarding certain statements made by D.E.B.T.'s sales partners.

D.E.B.T. has instructed its sales partners to promptly cease referencing Fleet in its marketing materials and communications on behalf of D.E.B.T.

We value our partnership with the Resonance Frequency Exploration Group and look forward to continued mutual success.

Regards,

Jason Anderson
CEO

# Exhibit H

| From: | Robyn Clay [          @fleet.space] |
| --- | --- |
| Sent: | 2/6/2023 6:53:50 PM |
| To: | Schad Brannon [schadebrannon@gmail.com] |
| BCC: | Kevin Ramani [          @fleet.space]; Matthew Pearson [    @fleet.space]; Flavia Tata Nardini          @fleetspace.com]; Federico Tata Nardini          @fleet.space] |
| Subject: | Re: ExoSphere Services |

Hi Shad,
Thanks you for agreeing to end the contract and I will arrange for the return of your deposit tomorrow when I am back in the office. I'll let you know if I need any further info from our finance team. I'll confirm when it is sent so you can monitor from your end. Good luck with your projects.
Kind regards, Robyn


**Robyn Clay**
**Head of Operations / General Counsel (acting)**

**FLEET**

phone: +81 411152769 Fleet Space Technologies | www.fleet.space
8a Myer Court, Beverley SA 5009


*Warning: The information contained in this email and attached files is confidential to Fleet Space Technologies Pty Ltd. If you are not the intended recipient, any use, disclosure or copying of this email or any attachments is expressly prohibited. If you have received this email in error please notify the sender immediately.*


On Mon, 6 Feb 2023 at 18:17, Schad Brannon <schadebrannon@gmail.com> wrote:
Robyn-

Sorry to hear that, but not totally unexpected. Attached are the wiring instructions from where the deposit was sent.

Indeed there may be a future project in our collective future you never know.

Please let me know if you need anything further from me.

Many thanks,

Schad

On Sun, Feb 5, 2023 at 6:52 PM Robyn Clay <          @fleet.space> wrote:
Hi Schad,

Thank you for your recent attempts taken to work with your Debtbox colleagues to have the false, misleading and deceptive use of Fleet's branding and materials removed from various media including YouTube. We appreciate your attempts to influence this.

We have discussed internally and unfortunately based on our current workflows and supply chain issues, we are encountering issues with service delivery. Given these issues we recommend going our separate ways and we'd instead like to offer you a full refund of your deposit paid on or around 28 December 2022. Please

provide your bank account details and we will process this refund within 3 business days in line with our standard procedures.

We would be happy to keep in touch for discussions on future opportunities.

Kind regards

**Robyn Clay**
**Head of Operations / General Counsel (acting)**

phone: +61 411152769 Fleet Space Technologies | www.fleet.space
8a Myer Court, Beverley SA 5009

*Warning: The information contained in this email and attached files is confidential to Fleet Space Technologies Pty Ltd. If you are not the intended recipient, any use, disclosure or copying of this email or any attachments is expressly prohibited. If you have received this email in error please notify the sender immediately.*

--

Many thanks,

Schad E. Brannon
Chairman/Founder

Cell USA / WHATSAPP: +1 (818) 426-4280

Direct Email:  schadebrannon@gmail.com

Toll-Free One Number          Pass Code for outside the U.S.

USA +1 (351) 999-3359          329560

**Confidentiality Notice:** This email, including attachments, may include non-public, proprietary, confidential, or legally privileged information. If you are not the intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information contained in or transmitted with this email is unauthorized and strictly prohibited. If you have received this email, in error, please notify the sender by replying to this message and permanently delete this email, its attachments, and any copies of it immediately. You should not retain, copy or use this email, or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

# Exhibit 32

## DECLARATION OF ANDREW MICHAEL JOHNSON

I, Andrew Michael Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I am over the age of 21 and am a resident of the State of Utah.  I make this declaration based upon my personal knowledge.  If called to testify, I could and would competently testify to the following facts:

2.       I first heard about the Debt Box investment opportunity in January of 2022. A co-worker told me that some friends of his had invested in it. I briefly looked at the Debt Box website, www.thedebtbox.com, and did not invest at the time.

3.       I next heard about Debt Box the summer of 2022 on social media. Billy Beach, a/k/a William Shuler, a former co-worker from a mortgage company where I worked from 2011–2015, promoted Debt Box by posting about it on his Instagram and Facebook accounts.

4.       Beach's social media posts during the summer of 2022 showed him driving luxury cars, going on lavish vacations, and living an extravagant lifestyle. I knew at the time he had not been closing on many mortgages, so I was curious as to how he could afford this lifestyle.

5.       I continued to follow Beach's posts about Debt Box through the end of 2022 and into January 2023.

6.       I also reviewed materials on Debt Box's website and watched at least one Debt Box promotional video: an interview of Jake Anderson by Travis Flaherty, posted to YouTube on August 17, 2022.[1] A true and correct copy of a transcript of this video is attached hereto as "Exhibit A." I understand that Jake Anderson is one of the founders and principals of Debt Box. I understand that Travis Flaherty is a promoter of Debt Box and has made millions of dollars in commissions selling Debt Box licenses.

---

[1] https://www.youtube.com/watch?v=TMsXc-Zqmuo

7.      The video was filmed at what Jake Anderson said is Debt Box's oil drilling site in Nebraska, which he stated is a project that supports Debt Box's BGLD token. Jake Anderson said in the video that the team had already hit its first payload at the well and was going for its second one and that all the revenue from the well will be used to buy BGLD out of the market and burn it. Anderson claimed that this burning process will reduce supply and create demand for the token.

8.      One part of the video that caught my attention was Jake Anderson's description of a new Debt Box token—XPLR—which he claimed is backed by satellite technology that scans the earth for metals and other elements. He said that because each element puts out a different frequency, the satellite can show exactly where that element is in the ground. Jake Anderson said Debt Box has contracts with Google, using their satellites to perform this exploratory work but that they would be launching their own satellite in the future.

9.      Jake Anderson also stated that Debt Box had sold one million licenses in nineteen countries around the world.

10.     From the Debt Box website and video, I understood that the licenses Jake Anderson referred to are crypto asset mining licenses. As represented, these licenses are software that mine crypto tokens created by Debt Box. I understood that each token is backed by real world businesses, like the oil extraction business Jake Anderson depicted in the video, and that the proceeds of license purchases are used to fund the underlying businesses. I also understood that profits from the underlying businesses would be used to buy back Debt Box's tokens and burn them, thereby decreasing the supply and putting upward pressure on the price of the token, which would result in profits for holders of the tokens.

2

11.     Documentation I viewed on the Debt box website, including what the website referred to as "lite papers," explained that the licenses would go up in price as the supply went down.

12.      Facebook posts by Beach that I saw in November 2022 also described this investment as giving opportunities to people around the world and helping children in Africa.

13.     Its work in Africa made investing in Debt Box very appealing to me because it seemed like it was not only a great way to earn passive income, but also a way to help others by providing jobs in poor countries.

14.     In January, I came to understand that if I wanted to purchase licenses, I had to do so through a company called iX Global, which is run by Joe Martinez. I understood that iX Global had partnered with Debt Box and was the sales arm for the Debt Box licenses. I learned that iX Global's sales model incentivized investors to recruit other investors and receive a percentage of the investments that came in through their "down line." I learned that the payout structure under iX Global enabled investors who recruited additional investors to receive commissions.

15.     On January 13, 2023, having become interested in purchasing Debt Box licenses, I signed up for iX Global.

16.     I was required to pay a monthly fee of $10 to iX Global in order to have the opportunity to purchase licenses through their platform, and was a offered the option of paying a larger monthly fee of $115 to iX Global in order to profit from commissions I would earn if I signed up other investors.

17.     On or before January 14, 2023, I also watched a YouTube video in which Jason Anderson, Jake Anderson's brother and fellow Debt Box founder and principal, explained at

3

length how the Debt Box project operated and detailed some of Debt Box's projects.[2] A true and correct copy of a transcript of this video is attached hereto as "Exhibit B."

18.     In the video, Jason Anderson said that through the Debt Box project, he had created over $20 billion market cap and 200 millionaires in the last seven months.

19.     Jason Anderson discussed how costly it is to mine Bitcoin because of high electricity costs and the need to frequently update the mining equipment.

20.     He contrasted that with the Debt Box licenses and explained that you pay a one-time license fee and get hardware that never goes away. He further said that if you trade your Debt Box tokens for Bitcoin, you will make way more Bitcoin than through traditional mining.

21.     Around this same time, I learned about an additional license being offered by Debt Box, which allegedly mines a token called BEV. I learned about BEV from the Debt Box website and from videos taken by my friend Dustin Samuelian of Jake and Jason Anderson discussing BEV at a Debt Box seminar. I understood that BEV is backed by a beverage bottling and distribution business.

22.     I also learned about the BLOX token around this time from the Debt Box website and from a video taken by Samuelian of Jason Anderson discussing BLOX at a Debt Box seminar. I understood that BLOX is backed by a real estate business.

23.     Samuelian suggested that I invest in BEV, as it was the newest license and thus at the lowest price. Samuelian said the BEV licenses were selling for $1000 each but would be going up in price on January 24, 2023 to $1,500. I understood that the advice Samuelian was giving me reflected advice that he had received from Beach.

---

[2] https://www.youtube.com/watch?v=Omgno10Wi9A

4

24.     Based on the information I received from Beach, Samuelian, the representations in the videos I watched about the profitability of this investment and the real world, revenue-generating projects supporting the Debt Box tokens, as well as other materials I reviewed, I decided to invest in Debt Box.

25.     Accordingly, on January 14, 2023, I visited the iX Global website and logged into my iX Global account to purchase my first Debt Box licenses. First, I bought one BLOX license. About half an hour later, I bought one XPLR license and two BEV licenses. For each transaction, I was given a unique wallet address to which I was instructed to transfer my funds. On January 15, 2023, I purchased additional licenses.

26.     After my initial license purchases, I watched a video in the iX Global platform that consisted of a question and answer session with Flaherty asking questions to what is known as the "Debt Counsel."[3] A true and correct copy of a transcript of this video is attached hereto as "Exhibit C."

27.     Members of the Debt Counsel are Jason and Jake Anderson, Roydon Nelson, and Schad Brannon. I understand that these four are the founders and principals of Debt Box.

28.     One questioned asked in the video was how is Debt Box not a Ponzi scheme.

29.     Jason Anderson responded that this is one of the top ten questions they get and that Debt Box has projects that are generating revenue every month backing its tokens.

30.     Brannon discussed some of the businesses Debt Box had partnered with to support its tokens, including Fleet Space—which I understand backs the XPLR token—Master Card, and Royal Bank of Scotland.

31.     After watching this video, I decided to purchase additional licenses on January 23, 2023.

---

[3] https://player.vimeo.com/video/791089867

32.     In all, I purchased seventeen BEV licenses, five BLOX licenses, and one XPLR license by transferring a total of 0.98 Bitcoin to the four wallets provided, which was the equivalent of approximately $22,000.

33.     After purchasing these licenses, I was required to "add" them to "Debt Hosting" in the Debt Box platform before they could earn rewards. On the Debt Box application that I downloaded to my cell phone, it appears that I have credits towards "Debt Hosting," though I never specifically purchased these or made any other specific efforts to earn them.

34.     Once I set up my Debt Box account and downloaded the Debt Box app, I was not required to do anything else in order for my licenses to operate and allegedly mine the BEV, BLOX, and XPLR tokens. The alleged mining takes place continually without any effort on my part.

35.     My only ongoing actions are to periodically open the Debt Box app, which shows me (1) the value of my licenses, and (2) the "rewards" I have earned on my licenses.

36.     As I understand it, the value of the rewards disclosed on the app are derived from the value of the tokens that my licenses had mined.

37.     Attached hereto as "Exhibit D" is a true and correct copy of a screenshot from the Debt Box platform taken on or around March 11, 2023, which shows that, as of that date, my licenses were valued at $73,500 and had generated $12,081 worth of reward tokens.

38.     Attached as "Exhibit E" to this declaration is a true and correct copy of a screenshot from the Debt Box platform, which shows that, as of April 13, 2023, my BEV licenses were valued at $221,000; my BLOX licenses were valued at $10,000; and my XPLR license was valued at $4,000.

39.     Although there is an ascribed value to my licenses, I am not able to sell them. Instead, as represented on the Debt Box website, my licenses will eventually be converted into Non-Fungible Tokens ("NFTs"), which I will then be able to sell in the secondary NFT market.

40.     I also came to understand that tokens earned from investments tied to newer Debt Box projects like BEV and BLOX could not be exchanged for other tokens until those new project tokens had been listed on a decentralized cryptocurrency exchange called PancakeSwap.

41.     As time passed since I purchased the Debt Box licenses, I started to become concerned about my investment. Specifically, as I gave the investments more thought, I began to question the validity and even the existence of some of the underlying businesses that Debt Box claimed were supporting its crypto products.

42.     I decided to consult with my uncle, who is a geologist, to see if the representations regarding the technology backing the XPLR token were plausible. On or around February 1, 2023, I sent him a video about the satellite scanning technology that Debt Box claims backs the XPLR token.[4] A true and correct copy of a transcript of this video is attached here to as "Exhibit F."

43.     My uncle thought the technology seemed suspect and that Debt Box's claims were false. He told me that, while extraction and mining companies do rely on satellite technology, he had never heard of anyone using satellites alone to scan deep into the earth and create the kinds of three-dimensional deposit maps that the Debt Box team claimed to have created. He had no confidence that they had any real technology and said that it seemed to him that they were just trying to sucker-in investors.

---

[4] https://www.youtube.com/watch?v=kNdqLahytBo

44.     I was also consulting my friend Burt Hoagland, who also invested in Debt Box. He told me about conversations he had had with two people with experience in the extraction and drilling industry about the BGLD token, which Debt Box claims is backed by real oil wells. Hoagland had sent these individuals two Debt Box-produced videos showing an oil well that Joe Martinez and Travis Flaherty claimed, in the videos, was actively pumping oil that had been located using Debt Box's scan technology and which was supporting the BGLD token.[5] True and correct copies of transcripts of these videos are attached hereto as "Exhibit G" and "Exhibit H." Hoagland told me that both individuals had told him that the oil well in the videos did not look like an active drilling site.

45.     Due to my concerns, I attempted to withdraw the tokens I had earned.

46.     On March 11, 2023, I tried, unsuccessfully, to use the Debt Box phone app to withdraw the token rewards I had earned from the Debt Box platform and to cash them out into U.S. Dollars.

47.     On April 3, 2023, Debt Box announced that the BEV and BLOX tokens had been listed on PancakeSwap and could now, for the first time, be exchanged for other tokens in the Debt Box app. The same day, I withdrew all my BEV, BLOX, and XPLR rewards to my Debt Wallet. In my Debt Wallet, I exchanged all my rewards for the cryptocurrency Tether, which I transferred to an account on the Binance cryptocurrency exchange. There, I converted my Tether into U.S. dollars and was able to withdraw $5,418.

---

[5] https://www.youtube.com/watch?v=mcq2RU3n3ts&feature=youtu.be;
https://www.youtube.com/watch?v=0txAEa2WgH8

48.     On April 1, 2023, I decided to call Beach to discuss my Debt Box investment, along with Hoagland. I lawfully recorded this conversation. A true and correct transcript of the call is attached hereto as "Exhibit I."

49.     Beach mentioned how the Debt Box promoters are encouraging investors to hold on to their tokens for three to seven years to maximize profits. But Beach expressed skepticism that the tokens could go up as much as the Debt Box promoters are saying because that would lead to billions of dollars in profits per investor.

50.     Beach also mentioned someone named Brendan Stangis. Beach said Stangis bought two Black Gold (BGLD) licenses but also referred numerous investors and earned a lot of token in referrals. Beach said that when the price of BGLD went up, Stangis sold his token and made $6 million. Eventually the price of BGLD crashed. Beach said that will not happen ever again because Debt Box figured out what they did wrong that led to the massive sell off of BGLD token.

51.     Beach said the most important thing I should know about Debt Box is that none of the tokens but BGLD have any underlying assets that are making money.

52.     Hoagland asked him about the alleged gold mines Debt Box is running in Ghana, and Beach said the only thing they have is the concessions of land and that they are building out the infrastructure. He said he believed the project would be big, but that it would take a couple of years.

53.     Beach told us that Jason Anderson is currently building a $7 million garage with an indoor pool, an outdoor pool, a strip club, and a helipad. He also said Jason is buying multiple Ferraris.

54.     Hoagland also asked Beach about iX Global and Beach acknowledged that he had made a lot of money selling Debt Box licenses through iX Global. He said he and a friend have about 1,000 people in their downline and have made about $400,000 in commissions. Beach also said that before iX Global got involved, he was making $120,000 a month on Debt Box license sales. Beach said that even though his profits have gone down since iX Global became involved, Debt Box is still a great investment.

55.     Beach also mentioned a token project he is running separately from Debt Box that is backed by a pharmaceutical company. He said Jason Anderson is consulting on the project. He said there would be a pre-sale of licenses on April 20 at an event center in Draper, Utah. I later found out that Beach's new project is called the Fair Project, and that it has launched a website at www.thefairproject.ai.

56.     I attended the April 20, 2023 event and lawfully recorded it. A true and correct copy of a transcript of the recorded event is attached hereto as "Exhibit J."

57.     Speakers at the event included Beach, a doctor named Buck Parker, and Ben Daniels speaking about the Fair Project, and Dale Jones, Frank Stonebanks, Jamie Donadio, and Stacy Ruiz speaking about Renibus Therapeutics, Inc. ("Renibus").

58.     The event began with brief comments from Dale Jones who said that he and all of his family were investors in Renibus and other pharmaceutical ventures.

59.     Next, there was an extended presentation by Stonebanks (CEO of Renibus), along with Donadio (CFO of Renibus), and Ruiz (Renibus Vice President of Clinical and Medical Affairs). Stonebanks described Renibus as "a clinical stage biopharmaceutical company" with a lead product—a drug called RBT-1—about to start Phase 3 trials under an "FDA Fast Track," and

10

with other drugs under development. He represented that investment in RBT-1 presented "a very, very unique opportunity."

60.     Parker described the Fair Project as offering an investment opportunity connected with the "tokenization of healthcare," and with plans to launch projects connected with pharmaceuticals, medical practices, imaging center, medical technology, and more.

61.     Ben Daniels, who I understand to be a business partner of Beach's, explained that the Fair project would be selling software mining node licenses which, like Debt Box licenses, will mine daily rewards connected with projects. The first licenses would be tied to a project called RXT and would be supported by the profits of pharmaceutical companies including Renibus. Daniels said that 5,000 licenses would be made available at a pre-sale price of $1,000 each to "friends and family" including attendees at the April 20 event.

62.     Parker said that the Fair Project had "licensed the same exact platform" that Debt Box uses, and that the FAIR project would therefore "be very similar." Beach described token burns aimed at driving up demand for the remaining token, again similar to Debt Box.

63.     Parker, Beach, and Daniels repeatedly said that the project would be up and running in mid-May. Beach said that tokens would be available on PancakeSwap within a few months. Parker later cautioned that rewards would not be available until the underlying projects have "actual revenue" and thus that it could be "six or eight months." He said this reflected a distinction between Debt Box and the Fair Project, since Debt Box had started distributing rewards without waiting for underlying projects to generate revenue.

64.     Beach said that one reason that the "investment group" was excited to work with the Fair Project was that "most of [the group's] investors are accredited investors" investing hundreds of thousands of dollars, whereas the Fair Project was providing an opportunity to smaller-scale

11

investors. He explained that "everyone in this room, for the most part, can afford a licensing [*sic*] node that's gonna earn RXT token [and] have an extrinsic value from now, until the day you will be . . . handing these nodes off to your kids."

65.     Beach represented that the Fair Project offered an opportunity for long-term profits. He suggested that there could be "multiple exits for multiple pharmaceuticals" connected with the RXT project over the next five to seven years. He suggested that investors consider that they might earn 1 million tokens per day for five to seven years and that token burns alongside the success of the underlying projects could drive the price of a token up to thirty cents. He invited his audience to "do that math on how much [they will] have in five to seven years."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___*5LC, UT*___ on ___*May, 10*___, 2023.

_____
Andrew Michael Johnson

12

# Exhibit A

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )  File No. SL-02891-A

DIGITAL LICENSING, INC.          )


SUBJECT:   https-www.youtube.com-watch-v-TMsXc-Zqmuo-Mar-

           14-23-11-34-45-GMT-0400-(EDT)_0.mp4

PAGES:     1 through 12




VIDEO TRANSCRIPTION




Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1              P R O C E E D I N G S
 2           (https-www.youtube.com-watch-v-TMsXc-
 3   Zqmuo-Mar-14-23-11-34-45-GMT-0400-(EDT)_0.mp4.)
 4           TRAVIS FLAHERTY:  Hey, guys.  Travis
 5   Flaherty here, iX DEBT global ambassador, and I am
 6   privileged to be here today with the DEBT Box co-
 7   founder, Jake Anderson.
 8           JAKE ANDERSON:  Travis, thanks for having
 9   me.
10           TRAVIS FLAHERTY:  Oh.  I'm so excited.
11   We're coming to you on site.  Tell us a little bit
12   about where we're at.
13           JAKE ANDERSON:  So we're at our drilling
14   rig in Nebraska, and this is one of the first rigs
15   that we've put up for BGLD, and it is actually the
16   project that's supporting the token that we have.
17           TRAVIS FLAHERTY:  So exciting.  So,
18   listen.  For those of you that have been following
19   along, I want to start off by asking Jake a couple
20   of questions.
21           How does this really differentiate from
22   what's going on in the cryptocurrency space?
23   Because you guys are really setting a precedence
24   right now with, with the difference between
25   speculation versus tangibility.  Talk to me a little
```

Page 3

```
 1   bit about that.
 2           JAKE ANDERSON:  Yeah.  And so what we
 3   really want to do is create something that fulfilled
 4   a need that we saw in the industry, which is
 5   something that created the excitement of some of
 6   these, I guess you call them meme tokens that are
 7   out there that have a great upside potential and
 8   everybody likes to see that, but also that has
 9   something that's backing the project, much like a,
10   you know, utility token or something like that.  But
11   how do you do that?
12           And so what we've created is a unique
13   tokenomics that blends crypto with commodities.  And
14   oil was the first one that we went out at.  And as
15   you can see here, we're in Nebraska drilling for
16   oil, and we've got some pretty sizeable deposits
17   here.  We're very excited that we hit our first
18   payload and we're going for our second one.
19           And all of the revenues that come off of
20   this, they go into BGLD.  We'll actually buy token
21   out of the market and then burn it to never be seen
22   again, which is going to constantly restrict supply
23   and create demand.
24           TRAVIS FLAHERTY:  Well, so let's talk a
25   little bit about -- so you see the BGLD right here
```

Page 4

```
 1   on our hats.  So the Black Gold licenses just sold
 2   out.
 3           JAKE ANDERSON:  Mm-hmm.
 4           TRAVIS FLAHERTY:  I've got people that are
 5   still reaching out going, can you get me just one
 6   more?  So Black Gold was your proof of concept, so
 7   to speak.
 8           JAKE ANDERSON:  Yeah.
 9           TRAVIS FLAHERTY:  Talk to me a little bit
10   about just the history of Black Gold.
11           JAKE ANDERSON:  Yeah.  So we launched
12   Black Gold back in November of 2021, and so it's --
13   we're coming up on a one-year anniversary of that.
14   And we started at a price point of five zeros and a
15   1, and we're currently trading at about a penny.
16   And so that's roughly a 10,000 percent increase in
17   value over the course of the year.
18           And so we're proud about that, but that's
19   really not, you know, the height of what we're proud
20   of.  What we're proud of is we're actually doing
21   something that's changing the industry as whole, and
22   we're getting looked at from a lot of different
23   industries, lot of different companies, because the
24   backing the commodities with the crypto and tying
25   those things together, something that's never been
```

Page 5

```
 1   done before.  And so far, it's been really good.
 2           TRAVIS FLAHERTY:  Well, you know, I want
 3   to talk a little bit more about this ecosystem and,
 4   and really how you're, you're impacting the entire
 5   cryptocurrency industry.  Because let's face it,
 6   let's go back and even look at the last bull run
 7   that the industry had.
 8           I mean, there was a lot of speculation,
 9   there was a lot of hype, there was a lot of coins
10   where you had celebrities or influencers that were,
11   you know, tweeting about coins that had dogs or
12   foxes or pictures on them, and they had no purpose,
13   no real world value whatsoever, and I think a lot of
14   people got sucked into that.
15           And so, you know, if we look at what
16   you're doing, it's kind of like the dollar when it
17   was backed by gold before it was removed from the
18   gold standard.
19           JAKE ANDERSON:  Yeah, similar.
20           TRAVIS FLAHERTY:  And we know what's
21   happened to the dollar in the last 50 years or so
22   when it comes to the value.  So you guys are -- you
23   know, I think that the cryptocurrency industry as a
24   whole is really looking for more substance as we
25   move forward to bring in that credibility factor.
```

Page 6

```
 1          How do you see yourselves playing a role
 2   in that as we move forward?
 3          JAKE ANDERSON:  If I would narrow it down
 4   into one thing, it's stored value, and that's really
 5   the key.  Anything that's considered, you know, a
 6   currency should have stored value.  It shouldn't
 7   lose 90 percent of what it's worth over the course
 8   of 50 years.
 9          So a lot of people during times like this,
10   they'll flee to gold, silver, and some of these
11   things that actually have appreciation in value.
12          And that's what we're trying to create
13   here is the digital format of that, and so our
14   tokens are all supported by commodities and/or
15   digitally linked to the commodity itself, in the
16   case of gold, silver, and palladium.
17          But with oil, it's backed by the projects.
18   And so this is one of four rigs that we have that
19   are in the process of either being set up or are
20   currently drilling, and there's many more coming.
21          TRAVIS FLAHERTY:  Well, and to, to have a
22   cryptocurrency portfolio, prior to your ecosystem I
23   had to go out and buy different projects and
24   ultimately hold all my coins in a, in a wallet or
25   some type of an exchange.
```

Page 7

```
 1          But you guys have really given people the
 2   ability to be able to participate in many different
 3   projects, some that are moderate risks, some that
 4   are a little bit more aggressive.
 5          What are some of the projects that you
 6   guys have recently just rolled out?
 7          JAKE ANDERSON:  So if we start at the
 8   beginning, we have Black Gold.
 9          We have a project called Digitally Linked
10   Gold.  That's a little bit different.  That's more
11   of what you would call a conservative, because every
12   token that's minted is actually tied directly to a,
13   a gram of gold.
14          And so with that, you have three choices.
15   You can either hold it, you can sell it, or you can
16   redeem it.  In other words, every token that a DGL
17   or DLG mine or mints, you can actually redeem for
18   the physical counterpart.
19          Now, since nobody's going to take the
20   physical counterpart of a 55-gallon drum of oil, it
21   allows us to play with the tokenomics a little bit
22   differently and give a little bit more of the upside
23   potential.
24          And so what happens there is we have an
25   initial total supply of coin that's allocated, and
```

Page 8

```
 1   every time that money comes off of one of these
 2   rigs, it goes and buys that supply out of the
 3   marketplace and burns it forever, which is going to
 4   constantly reduce the supply, but also increase the
 5   demand.
 6          You know, basic supply and demand
 7   economics would tell you that if that happens, the
 8   price goes up, and that's kind of what we've seen.
 9          TRAVIS FLAHERTY:  Yeah.  It's exciting.
10   So we've got a total of, of five live projects right
11   now.
12          JAKE ANDERSON:  Mm-hmm.
13          TRAVIS FLAHERTY:  Black Gold's sold out.
14   You know, one of the things that I am super excited
15   about is, is this Explore project and this satellite
16   that we're working on.
17          Talk to me just a little -- because people
18   are really excited about the possibility of
19   partnering with a project, the first cryptocurrency
20   to my knowledge that's going to have a satellite in
21   space.
22          JAKE ANDERSON:  To my knowledge as well.
23   Yeah.  And so if you look at the technology that we
24   use for all of our projects, what it is and the way
25   to explain it in a simple format is it's kind of
```

Page 9

```
 1   like an MRI machine.
 2          And what we do is we use the satellite
 3   technology to scan the earth for different metals
 4   and different elements.  Every element on the
 5   periodic table puts out a different frequency or
 6   vibration and we can calibrate the machines to
 7   actually look for that and, and hone it down.
 8          And in our gold, we actually finetune that
 9   to the part where we can actually go out into some
10   of our mines in Africa and we actually see exactly
11   where that gold vein is going.  We know exactly what
12   depth it's at and relatively know kind of what's
13   there.
14          And what that allows for exploration
15   companies and prospectors to do is actually mine in
16   more ecofriendly way.  And so we reduce a lot of the
17   overhead burden for companies that are going out
18   there, because instead of doing strip-mining or
19   speculation, they know what they have and they know
20   where to go get it, and that reduces the cost to
21   them.
22          So that technology becomes extremely
23   valuable, and that technology is what is the
24   underlying kind of foundation of every one of our
25   projects.  And so we use that for oil, we use it for
```

3 (Pages 6 to 9)

Page 10

1  natural gas, we use it for gold, silver, palladium,
2  and we'll use it for everything else coming up.
3        Right now we currently contract that work
4  through Google and so we use their satellites in
5  order to do it, but in launching Explore, part of
6  that road map is actually to launch our own
7  satellite into space, and we're actually going to do
8  that pretty quick.
9        TRAVIS FLAHERTY:  That's a lot of fun.
10 So, you know, I learned something today.  Ninety-two
11 percent of the wells that are drilled are dry and
12 that's not very ecofriendly.
13       JAKE ANDERSON:  No.
14       TRAVIS FLAHERTY:  So, you know, you guys
15 are doing a lot on the ecofriendly side of things to
16 be able to help people to pinpoint these projects
17 with, with incredible accuracy, and that allows them
18 to not only save a ton of money, which is
19 essentially why they would potentially want to
20 partner with you, but it's also great for the earth
21 as well.
22       JAKE ANDERSON:  It is.
23       TRAVIS FLAHERTY:  So they -- debt Box here
24 has accomplished a huge milestone over the last week
25 or so.  You just hit how many licenses sold?

Page 11

1        JAKE ANDERSON:  We just broke one million
2  licenses sold.
3        TRAVIS FLAHERTY:  One million licenses in
4  19 countries around the world.
5        JAKE ANDERSON:  In 10 months.
6        TRAVIS FLAHERTY:  In 10 months.  Guys, the
7  best predictor of future performance is past
8  performance.
9        Now, with that being said, there are no
10 guarantees in anything that we do here.  But I do
11 want to say this.
12       Success leaves clues, and I can tell you I
13 could not be more excited and more proud to, to be
14 aligned with you guys with this project, and could
15 not be more excited to see where the next 12 months
16 takes us.  So with that, Jake, thank you so much for
17 your time --
18       JAKE ANDERSON:  Travis, a pleasure.
19       TRAVIS FLAHERTY:  -- for having me out here
20 today.  I appreciate it.
21       JAKE ANDERSON:  It's been fun.
22       (End of https-www.youtube.com-watch-v-
23 TMsXc-Zqmuo-Mar-14-23-11-34-45-GMT-0400-
24 (EDT)_0 mp4.)
25            * * * * *

Page 12

1              TRANSCRIBER'S CERTIFICATE
2
3  I, Kathryn R. Tymorek, hereby certify that the foregoing
4  transcript is a complete, true, and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of:
7
8  DIGITAL LICENSING, INC.
9  https-www.youtube.com-watch-v-TMsXc-Zqmuo-Mar-
10 14-23-11-34-45-GMT-0400-(EDT)_0.mp4
11 SL-02891-A
12 450056-SL
13
14
15
16        Kathryn R. Tymorek, Transcriber
17
18
19
20
21
22
23
24
25

**A**

ability 7:2
able 7:2 10:16
accomplished
  10:24
accuracy 10:17
accurate 12:4
Africa 9:10
aggressive 7:4
aligned 11:14
allocated 7:25
allows 7:21 9:14
  10:17
ambassador 2:5
and/or 6:14
Anderson 2:7,8
  2:13 3:2 4:3,8
  4:11 5:19 6:3
  7:7 8:12,22
  10:13,22 11:1,5
  11:18,21
anniversary 4:13
appreciate 11:20
appreciation
  6:11
asking 2:19

**B**

back 4:12 5:6
backed 5:17 6:17
backing 3:9 4:24
basic 8:6
beginning 7:8
best 11:7
BGLD 2:15 3:20
  3:25
bit 2:11 3:1,25
  4:9 5:3 7:4,10
  7:21,22
Black 4:1,6,10,12
  7:8 8:13
blends 3:13
Box 2:6 10:23
bring 5:25
broke 11:1
bull 5:6
burden 9:17
burn 3:21
burns 8:3

buy 3:20 6:23
buys 8:2

**C**

C 2:1
calibrate 9:6
call 3:6 7:11
called 7:9
case 6:16
celebrities 5:10
CERTIFICATE
  12:1
certify 12:3
changing 4:21
choices 7:14
clues 11:12
co- 2:6
coin 7:25
coins 5:9,11 6:24
come 3:19
comes 5:22 8:1
coming 2:11 4:13
  6:20 10:2
COMMISSION
  1:1
commodities
  3:13 4:24 6:14
commodity 6:15
companies 4:23
  9:15,17
complete 12:4
concept 4:6
conservative
  7:11
considered 6:5
constantly 3:22
  8:4
contained 12:5
contract 10:3
cost 9:20
counterpart 7:18
  7:20
countries 11:4
couple 2:19
course 4:17 6:7
create 3:3,23
  6:12
created 3:5,12
credibility 5:25
crypto 3:13 4:24

cryptocurrency
  2:22 5:5,23
  6:22 8:19
currency 6:6
currently 4:15
  6:20 10:3

**D**

D 2:1
debt 2:5,6 10:23
demand 3:23 8:5
  8:6
deposits 3:16
depth 9:12
DGL 7:16
difference 2:24
different 4:22,23
  6:23 7:2,10 9:3
  9:4,5
differentiate 2:21
differently 7:22
digital 1:5 6:13
  12:8
digitally 6:15 7:9
directly 7:12
Diversified 1:24
DLG 7:17
dogs 5:11
doing 4:20 5:16
  9:18 10:15
dollar 5:16,21
drilled 10:11
drilling 2:13 3:15
  6:20
drum 7:20
dry 10:11

**E**

E 2:1,1
earth 9:3 10:20
ecofriendly 9:16
  10:12,15
economics 8:7
ecosystem 5:3
  6:22
EDT 11:24
either 6:19 7:15
element 9:4
elements 9:4
entire 5:4

essentially 10:19
everybody 3:8
exactly 9:10,11
exchange 1:1
  6:25
excited 2:10 3:17
  8:14,18 11:13
  11:15
excitement 3:5
exciting 2:17 8:9
explain 8:25
exploration 9:14
Explore 8:15
  10:5
extremely 9:22

**F**

face 5:5
factor 5:25
far 5:1
File 1:4
finetune 9:8
first 2:14 3:14,17
  8:19
five 4:14 8:10
Flaherty 2:4,5,10
  2:17 3:24 4:4,9
  5:2,20 6:21 8:9
  8:13 10:9,14,23
  11:3,6,19
flee 6:10
following 2:18
foregoing 12:3
forever 8:3
format 6:13 8:25
forward 5:25 6:2
foundation 9:24
founder 2:7
four 6:18
foxes 5:12
frequency 9:5
fulfilled 3:3
fun 10:9 11:21
future 11:7

**G**

G 2:1
gas 10:1
getting 4:22
give 7:22

given 7:1
global 2:5
go 3:20 5:6 6:23
  9:9,20
goes 8:2,8
going 2:22 3:18
  3:22 4:5 7:19
  8:3,20 9:11,17
  10:7
gold 4:1,6,10,12
  5:17,18 6:10,16
  7:8,10,13 9:8
  9:11 10:1
Gold's 8:13
good 5:1
Google 10:4
gram 7:13
great 3:7 10:20
guarantees 11:10
guess 3:6
guys 2:4,23 5:22
  7:1,6 10:14
  11:6,14

**H**

happened 5:21
happens 7:24 8:7
hats 4:1
height 4:19
help 10:16
Hey 2:4
history 4:10
hit 3:17 10:25
hold 6:24 7:15
hone 9:7
https-www.you...
  11:22
https-www.you...
  2:2
https-www.you...
  1:7 12:9
huge 10:24
hype 5:9

**I**

impacting 5:4
increase 4:16 8:4
incredible 10:17
industries 4:23
industry 3:4 4:21

5:5,7,23
**influencers** 5:10
**initial** 7:25
**iX** 2:5

**J**

**Jake** 2:7,8,13,19
3:2 4:3,8,11
5:19 6:3 7:7
8:12,22 10:13
10:22 11:1,5,16
11:18,21

**K**

**Kathryn** 12:3,16
**key** 6:5
**kind** 5:16 8:8,25
9:12,24
**know** 3:10 4:19
5:2,11,15,20,23
6:5 8:6,14 9:11
9:12,19,19
10:10,14
**knowledge** 8:20
8:22

**L**

**launch** 10:6
**launched** 4:11
**launching** 10:5
**learned** 10:10
**leaves** 11:12
**let's** 3:24 5:5,6
**licenses** 4:1 10:25
11:2,3
**LICENSING** 1:5
12:8
**likes** 3:8
**linked** 6:15 7:9
**listen** 2:18
**little** 2:11,25 3:25
4:9 5:3 7:4,10
7:21,22 8:17
**live** 8:10
**look** 5:6,15 8:23
9:7
**looked** 4:22
**looking** 5:24
**lose** 6:7
**lot** 4:22,23 5:8,9

5:9,13 6:9 9:16
10:9,15

**M**

**machine** 9:1
**machines** 9:6
**map** 10:6
**market** 3:21
**marketplace** 8:3
**matter** 1:3 12:6
**matters** 12:5
**mean** 5:8
**meme** 3:6
**metals** 9:3
**milestone** 10:24
**million** 11:1,3
**mine** 7:17 9:15
**mines** 9:10
**minted** 7:12
**mints** 7:17
**Mm-hmm** 4:3
8:12
**moderate** 7:3
**money** 8:1 10:18
**months** 11:5,6,15
**move** 5:25 6:2
**MRI** 9:1

**N**

**N** 2:1
**narrow** 6:3
**natural** 10:1
**Nebraska** 2:14
3:15
**need** 3:4
**never** 3:21 4:25
**Ninety-two** 10:10
**nobody's** 7:19
**November** 4:12

**O**

**O** 2:1
**Oh** 2:10
**oil** 3:14,16 6:17
7:20 9:25
**one-year** 4:13
**order** 10:5
**overhead** 9:17

**P**

**P** 2:1
**PAGES** 1:9
**palladium** 6:16
10:1
**part** 9:9 10:5
**participate** 7:2
**partner** 10:20
**partnering** 8:19
**payload** 3:18
**penny** 4:15
**people** 4:4 5:14
6:9 7:1 8:17
10:16
**percent** 4:16 6:7
10:11
**performance**
11:7,8
**periodic** 9:5
**physical** 7:18,20
**pictures** 5:12
**pinpoint** 10:16
**play** 7:21
**playing** 6:1
**pleasure** 11:18
**point** 4:14
**portfolio** 6:22
**possibility** 8:18
**potential** 3:7
7:23
**potentially** 10:19
**precedence** 2:23
**predictor** 11:7
**pretty** 3:16 10:8
**price** 4:14 8:8
**prior** 6:22
**privileged** 2:6
**proceedings** 12:6
**process** 6:19
**project** 2:16 3:9
7:9 8:15,19
11:14
**projects** 6:17,23
7:3,5 8:10,24
9:25 10:16
**proof** 4:6
**prospectors** 9:15
**proud** 4:18,19,20
11:13
**purpose** 5:12

**put** 2:15
**puts** 9:5

**Q**

**questions** 2:20
**quick** 10:8

**R**

**R** 2:1 12:3,16
**reaching** 4:5
**real** 5:13
**really** 2:21,23 3:3
4:19 5:1,4,24
6:4 7:1 8:18
**recorded** 12:5
**redeem** 7:16,17
**reduce** 8:4 9:16
**reduces** 9:20
**relatively** 9:12
**removed** 5:17
**Reporting** 1:24
**restrict** 3:22
**revenues** 3:19
**rig** 2:14
**right** 2:24 3:25
8:10 10:3
**rigs** 2:14 6:18 8:2
**risks** 7:3
**road** 10:6
**role** 6:1
**rolled** 7:6
**roughly** 4:16
**run** 5:6

**S**

**S** 2:1
**satellite** 8:15,20
9:2 10:7
**satellites** 10:4
**save** 10:18
**saw** 3:4
**scan** 9:3
**second** 3:18
**SECURITIES**
1:1
**see** 3:8,15,25 6:1
9:10 11:15
**seen** 3:21 8:8
**sell** 7:15
**Services** 1:24

**set** 6:19
**setting** 2:23
**side** 10:15
**silver** 6:10,16
10:1
**similar** 5:19
**simple** 8:25
**site** 2:11
**sizeable** 3:16
**SL-02891-A** 1:4
12:11
**sold** 4:1 8:13
10:25 11:2
**space** 2:22 8:21
10:7
**speak** 4:7
**speculation** 2:25
5:8 9:19
**standard** 5:18
**start** 2:19 7:7
**started** 4:14
**STATES** 1:1
**stored** 6:4,6
**strip-mining**
9:18
**SUBJECT** 1:7
**substance** 5:24
**Success** 11:12
**sucked** 5:14
**super** 8:14
**supply** 3:22 7:25
8:2,4,6
**supported** 6:14
**supporting** 2:16

**T**

**table** 9:5
**take** 7:19
**takes** 11:16
**talk** 2:25 3:24 4:9
5:3 8:17
**tangibility** 2:25
**technology** 8:23
9:3,22,23
**tell** 2:11 8:7
11:12
**thank** 11:16
**thanks** 2:8
**thing** 6:4
**things** 4:25 6:11

8:14 10:15
**think** 5:13,23
**three** 7:14
**tied** 7:12
**time** 8:1 11:17
**times** 6:9
**TMsXc-Zqmu...** 11:23
**today** 2:6 10:10 11:20
**token** 2:16 3:10 3:20 7:12,16
**tokenomics** 3:13 7:21
**tokens** 3:6 6:14
**ton** 10:18
**total** 7:25 8:10
**trading** 4:15
**Transcriber** 12:16
**TRANSCRIB...** 12:1
**transcript** 12:4
**transcription** 1:16 12:5
**Travis** 2:4,4,8,10 2:17 3:24 4:4,9 5:2,20 6:21 8:9 8:13 10:9,14,23 11:3,6,18,19
**true** 12:4
**trying** 6:12
**tweeting** 5:11
**tying** 4:24
**Tymorek** 12:3,16
**type** 6:25

**U**
**ultimately** 6:24
**underlying** 9:24
**unique** 3:12
**UNITED** 1:1
**upside** 3:7 7:22
**use** 8:24 9:2,25 9:25 10:1,2,4
**utility** 3:10

**V**
**valuable** 9:23
**value** 4:17 5:13

5:22 6:4,6,11
**vein** 9:11
**versus** 2:25
**vibration** 9:6
**VIDEO** 1:16

**W**
**wallet** 6:24
**want** 2:19 3:3 5:2 10:19 11:11
**way** 8:24 9:16
**we'll** 3:20 10:2
**we're** 2:11,12,13 3:15,17,18 4:13 4:15,18,19,20 4:20,22 6:12 8:16 10:7
**we've** 2:15 3:12 3:16 8:8,10
**week** 10:24
**wells** 10:11
**went** 3:14
**whatsoever** 5:13
**words** 7:16
**work** 10:3
**working** 8:16
**world** 5:13 11:4
**worth** 6:7

**X**

**Y**
**Yeah** 3:2 4:8,11 5:19 8:9,23
**year** 4:17
**years** 5:21 6:8

**Z**
**zeros** 4:14
**Zqmuo-Mar-1...** 2:3

**0**
**0.mp4** 11:24

**1**
**1** 1:9 4:15
**10** 11:5,6
**10,000** 4:16
**12** 1:9 11:15
**14-23-11-34-45...**

1:8 12:10
**19** 11:4

**2**
**202** 1:25
**2021** 4:12

**3**

**4**
**450056-SL** 12:12
**467-9200** 1:25

**5**
**50** 5:21 6:8
**55-gallon** 7:20

**6**

**7**

**8**

**9**
**90** 6:7

# Exhibit B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:              )

                              )  File No. SL-02891-A

DIGITAL LICENSING, INC.       )


SUBJECT:   https-www.youtube.com-watch-v-Omgno10Wi9A-Apr-
           21-23-10-22-39-GMT-0400-(EDT)_0.mp4

PAGES:     1 through 96




                    VIDEO TRANSCRIPTION




               Diversified Reporting Services, Inc.
                      (202) 467-9200

Page 2

1          P R O C E E D I N G S
2      https-www.youtube.com-watch-v-Omgno10Wi9A-Apr-21-23-
3      10-22-39-GMT-0400-(EDT)_0.mp4
4          (Hip-hop music)
5          (Title screen:  "The Runners, Gold Silver
6      Mindset Crypto.  Run where the runners run!")
7          SPEAKER 1:  I'm glad I know what I know
8      now, but you need to be (audio issue) these videos,
9      putting them on, like, little bit — bit videos of
10     like what is tokenomics?  What is this?  And start
11     using your image because he's attractive, he's smart,
12     and like all this stuff to like start, you know,
13     becoming -- I don't want to say like a guru.  That's
14     not what I mean.
15         SPEAKER 2:  (Crosstalk.)
16         SPEAKER 1:  Anyways, so that's why I want
17     to video it because he's very articulate --
18         SPEAKER 3:  You want to video it?
19         SPEAKER 1:  No, I'm sorry --
20         SPEAKER 3:  Oh, you mean record it.
21         (Simultaneous discussion)
22         (Laughter)
23         SPEAKER 1:  'Cause I -- I just -- he's
24     super (inaudible) I think he gets made fun of, but he
25     is pretty awesome.

Page 3

1          SPEAKER 3:  So let's talk about a project
2      before it gets in and then what we have to do as part
3      of the debt council to underwrite a project and see
4      the viability.  We have pitched a lot of 3rd party
5      projects all the time.  We have a couple actually in
6      the works that we're actually partnering with.
7      That -- mostly all the projects are third party.
8          We're not actually the ones out there going
9      out and drilling.  It's not.  We partner with
10     exploratory companies actually that do that.  I don't
11     have the ability to go manage all these projects that
12     are on the debt ecosystem every single day.  I let
13     the experts do that on a daily basis, we go negotiate
14     the best thing we can for the ecosystem and kind of
15     run (phonetic).
16         Now the tokenomics basically you have to
17     start with what kind of supply do you ever want in
18     the ecosystem at any given time, and what is the max
19     supply that could ever be there.  With deliverables
20     it's -- it's based purely off of the projects and the
21     amount of resources that are available to contribute
22     to the ecosystem, because those are paired directly
23     with the amount of token that are going in, because
24     they're linked.
25         So gold, 1 DLG, Digital Linked Gold, is

Page 4

1      worth one gram of gold.  So you can't go out there
2      and put a ton of token into the ecosystem that you
3      don't actually have the gram of gold for.  So there
4      is no max supply, there is no minimum supply.  It
5      just depends on what is physically readily available
6      and vaulted and/or in the process of going from doré
7      to bullion to coin.  Okay?
8          We put into the ecosystem 50 percent of the
9      recoverable gold allocated for the first 12 months of
10     mining from a standard scan protocol.  So we try to
11     protect our users by being so conservative that
12     there's no way we're not going to hit that and vault
13     it.  So if a standard 43-101 which is basically a
14     government scan of a project.  It doesn't tell you
15     what could be recovered, it just tells you what's
16     there.
17         If you basically looked at that, it's
18     probably about 10 percent of what that scan will
19     basically come in on.  Our scan goes through the
20     exact same process, it goes to show what's there.
21     But then what we know is we know the depths and we
22     know what kind of rock it's sitting in.
23         So we can basically take it and then
24     calculate out the recoverables.  We take 50 percent
25     of what we know we can get out and that's what we

Page 5

1      monetize into the tokenomics.  Now why do we put it
2      in there in the first year?  We put it in the first
3      because it all gets mined over a decade.
4          So even though we believe we can get out in
5      12 months.  If we're wrong, get out in 2 years, we're
6      fine.  3 Years.  Okay that's fine.  I've got 10 years
7      to get to it, and we don't look at anything because
8      it's not recoverable in the first two years, then we
9      really screwed up.
10         We protect ourselves by going and
11     partnering with multiple projects that other people
12     are actually out there mining.  Now what we also do
13     is when we go to the small minerals commission, and
14     we provide scans for them.  They are mandating our
15     scans be our property as of January.  We get a
16     royalty, so when the Ghanian government takes their
17     tax fee, we get our tax fee collected by the
18     government, and the government actually pays us.
19         SPEAKER 2:  When is that?
20         SPEAKER 3:  Starting in January.  So when a
21     concession that we are not operating, we are not
22     mining, we have nothing to do with goes out there and
23     leases a property, they get a scan.  We get a small
24     percentage, just like the government does in a tax,
25     and the government kicks us back that in gold

Page 6

1  bullion.
2      That gold bullion then has to go over to
3  our mints. We're actually in process of actually
4  creating the 11th world mint, the Ghanaian Royal
5  Mint. That physically will turn into a gram of gold;
6  that gram of gold is now deliverable. That
7  deliverable will happen when any of the individuals
8  in the ecosystem decides that they want to claim it.
9      What a claiming process is is you go to the
10 Royal (inaudible), right now it's the Gold
11 Collective. You say I've got five Digital Linked
12 Gold tokens; I would like five grams of gold
13 delivered. They will burn the digital counterpart,
14 they will ensure the package, and they deliver it to
15 you.
16     SPEAKER 2: So you have gold already
17 launched?
18     SPEAKER 3: Yes.
19     SPEAKER 2: Is it a focal point right now,
20 or did I hear that you're readjusting? Or is it
21 something we have access to sell at this point? What
22 the status of it?
23     SPEAKER 5: There is something -- I'll
24 speak. It will be accessible to resell on the 11th
25 of July.

Page 7

1      SPEAKER 1: And what is the acronym for
2  that?
3      SPEAKER 3: DLG.
4      SPEAKER 2: And we will have access to
5  that?
6      SPEAKER 3: Yes.
7      SPEAKER 2: Nodes -- they're just nodes,
8  just like anything else. Right?
9      SPEAKER 3: Just like anything else. We
10 aren't doing anything different to the project other
11 than recalibrating the price point we went out for.
12 When we started that project, we felt that the price
13 point would be good to start off at $5,000 for most
14 individuals we were talking to.
15     We're finding that with the cells network
16 and the individuals in who bring that back down into
17 a $1,500 number. That what we're shooting for.
18 We're trying to get to $1,000. I'll just be candid;
19 I don't know if we'll be able to get there or not.
20     But we believe we can hit $1,500, which
21 makes it more accessible. And what we're going to do
22 is do it in blocks of licenses. So we're not going
23 to have unlimited licenses. When we add them to
24 reserves, we'll release an additional block of 10,000
25 out.

Page 8

1      That way, we never dilute the miners that
2  are currently operating and disincentivize the people
3  from buying. The whole point of you guys being and
4  operating in helping the blockchain isn't to
5  overdilute the mining pools. It's to physically make
6  sure that everybody's getting participation to keep
7  those nodes running. By keeping those nodes running
8  we can actually start the trackability of the gold.
9      Now why do we want trackability of gold?
10 What does that system actually do? When you guys are
11 running those Digitally Linked Gold licenses, what
12 you're really doing is tracking that gold from the
13 exact pit it came out to the mint. All the way from
14 A to Z.
15     What we're adding to that is the
16 deliverables. Now this gets -- we're not doing two
17 customers. We're doing two large purchases. So
18 let's say a bank picks it up, that will actually
19 track directly to the bank vault. If it goes to a
20 custody house or a large financial firm, it'll go to
21 that.
22     We are not disclosing individuals. So if
23 John Doe decides to say I want five grams, we're
24 not -- the blockchain stops. We're done. You're
25 going to get five grams of gold and that's now going

Page 9

1  to be tracked to your doorstep.
2      SPEAKER 1: Oh, okay.
3      SPEAKER 3: But large cells, we like the
4  data because we want to know where these gold
5  reserves are eventually going to be allocated to and
6  so do the individual miners. They want to know what
7  resource in community.
8      Think of it as a co-op. When you basically
9  get a new miner that's in, they want to know can you
10 actually get us to a sell house to run. When we show
11 the fact that we can get you all the way to
12 Switzerland, Dubai, India, and we can show on the
13 blockchain which is very easy to look; it's just a
14 leger.
15     They have the comfortability saying not
16 only are you going to give us the scan, but you're
17 actually going to help us through the co-op dollars
18 to make sure that you're physically getting this for
19 the best value possible, quick as possible, so we
20 have cash flow to continue going. So that's
21 basically what's being built out.
22     Your node license actually is helping all
23 of that operate. So it's a functionality. If we
24 have too many node licenses on, the problem is people
25 aren't making enough money to keep them on, I need

Page 10

1  them to keep them on so everything works.
2      So if I sold 100,000 licenses, but only had
3  enough to basically pay enough service fee to make
4  people comfortable for 5,000, then you guys, you
5  making like a tenth of a penny a day.
6      SPEAKER 2:  Yeah, it's not worth it.
7      SPEAKER 3:  It's not worth keeping it plugged
8  in.  I need to make sure that the value derived in it
9  is high enough that you never want to take that thing
10  out of -- out of the socket.
11      SPEAKER 5:  Is it -- is -- is the token still
12  attached to the profitability of the projects, or is
13  it attached to the actual value of the gold?
14      SPEAKER 3:  Actual value of the gold, with
15  one exception.  We are pairing with DEBT.
16      SPEAKER 5:  Okay, that's --
17      SPEAKER 3:  In my opinion, when you're
18  pairing it with DEBT and DEBT has an upside
19  potential, on paper.  It should work.  We're already
20  seeing it work, but in theory, if it's paired with a
21  non-tangible link to the gold price, who is ever
22  going to go in and redeem five grams of gold when
23  they could redeem it and buy ten grams of gold?
24      You have some upside potential.  But you
25  always have the floor that's available.  That gold is

Page 11

1  vaulted.  So if you ever decide -- I don't really
2  think DLG will ever get down lower than a gram price,
3  because otherwise everybody's buying it.  Because
4  they'll just buy it and redeem it.  So you're not
5  going to get gram --
6      SPEAKER 2:  Creating an arbitrage
7  opportunity for too many people to come in and just
8  buy the digital counter party.  They'll call the mint
9  and say please deliver this, they bought -- bought
10  grams of gold for five bucks.
11      SPEAKER 5:  Yeah.
12      SPEAKER 3:  They (inaudible), does that
13  make sense?
14      SPEAKER 2:  Take it to the local pawn shop
15  and get --
16      (Laughter)
17      SPEAKER 3:  Take it to the local pawn shop,
18  they'll hand them 30 bucks, and they're tickled pink.
19  They made a ton of money.
20      SPEAKER 1:  Yeah.
21      SPEAKER 3:  So you kind of have a cool
22  upside potential with a downside --
23      SPEAKER 5:  Protection.
24      SPEAKER 3:  Protection.
25      SPEAKER 2:  So back to the NATG -- okay, so

Page 12

1  you've got a lot of different projects that you're
2  excited about.  Obviously, gold sounds like one of
3  them, potentially (inaudible) in the future.  I love
4  that you're launching DEBT's actual token, and my
5  understanding is is that NATG will not be paired with
6  Binance anymore, it'll be paired with DEBT in the
7  future?
8      SPEAKER 3:  NATG has never been paired with
9  Binance.
10      SPEAKER 2:  Oh, it's never been paired with
11  Binance?
12      SPEAKER 3:  Black -- BlackGold is the
13  only --
14      SPEAKER 1:  Oh -- okay.  BlackGold --
15      SPEAKER 2:  BlackGold is paired with
16  Binance.      SPEAKER 1: -- is paired with Binance.
17      SPEAKER 2:  NATG is -- so what is NATG
18  paired with?
19      SPEAKER 5:  DEBT -- debt is paired with
20  Binance, too.
21      SPEAKER 3:  DEBT is paired with Binance
22      SPEAKER 1:  DEBT is.
23      SPEAKER 1:  Oh, it is.
24      SPEAKER 3:  What you have to do is you go
25  into the ecosystem and sell Natural Gas to DEBT, DEBT

Page 13

1  to BNB, and ironically Pancakeswap will actually do
2  that whole transaction for you.  But -- but when you
3  see with the flow --
4      SPEAKER 1:  Could you break that
5  (inaudible) down for me?
6      SPEAKER 3:  It physically shows you the
7  flow down below --
8      SPEAKER 1:  Oh, okay.
9      SPEAKER 3:  -- of how it got to BNB.  You
10  could take BNB directly to Tether, if the Binance rep
11  Tether (phonetic), and you take directly from that
12  into Binance or virtually any other platform and cash
13  it out.  But that's how you sell it.
14      How does tokenomics start?  It's based off
15  of what we believe to the best of our capabilities
16  and knowledge of what the project value is going to
17  be over time, not today.  It's over time.
18      And that is a guess.  Understand that
19  physically is an educated guess based off of
20  experience and a lot more experience than what's in
21  this room.  But it's based off of the exploratory
22  companies we're dealing with, what finds they had in
23  the past, what finds they current have that they
24  haven't tapped yet, and we look at it.
25      So everything on NATG is physically done

```
                                    Page 14
 1   based off of what we already have in the rolodex.  I
 2   don't look for what I think I can get in the future;
 3   we look at what we currently have there.  Now what
 4   happens when I wait more?
 5           SPEAKER 1:  I was -- yeah.
 6           SPEAKER 3:  That's upside potential.  If we
 7   go double our resources, meaning we go double our
 8   amount of extractors, double our amount of
 9   partnerships.  I did all the tokenomics, so you
10   unfortunately have to do that day one.  We did all
11   that based on what we have contracted when we
12   launched the project.
13           So what's the limit of what price Natural
14   Gas can go to?  There is no limit.  You'll partner
15   with a thousand exploratory companies over the next
16   ten years, you have a thousand exploratory companies
17   going in and buying this with royalties though.  Why
18   would those exploratory companies want to partner
19   with me?  Scanning technology.  Does that make sense?
20           They want a better shot.  I mean Natural
21   Gas will cost about $18 million to drill.  It's deep.
22           SPEAKER 1:  Wow.
23           SPEAKER 3:  That is a big oopsie if you
24   miss.
25           SPEAKER 1:  Hah yeah.
```

```
                                    Page 15
 1           SPEAKER 3:  Harder to miss, because natural
 2   gas is actually even through standard traditional
 3   scans is easier to find.  And sniffers actually can
 4   find most of it.  Natural gas actually comes up
 5   organically through the bedrock if it's gas.  It
 6   finds its way to the surface.
 7           So in most natural gas locations, you
 8   physically can look out.  Your eyes won't see it, but
 9   you'll kind of get that scent every now and then when
10   the wind blows.  Sniffers on ground task will
11   actually show you where the acreage is.
12           It's easier to find natural gas purely
13   because it comes up through the ground.  It's not
14   like -- oil doesn't do that.
15           SPEAKER 2:  You can go get soil samples.
16           SPEAKER 3:  You can go get soil samples
17   and --
18           SPEAKER 2:  (Crosstalk.)
19           SPEAKER 3:  -- and the years of that.  Now
20   finding the dome is the important part of this.
21   Because natural gas being a gas, it goes to the
22   highest end.  You want to find the highest end to tap
23   there so you can get all of it.  If you tap the lower
24   end of it -- tap here, and it comes down.  You get
25   this.  What's natural gas doing?  It's rising.
```

```
                                    Page 16
 1           SPEAKER 1:  Yeah.
 2           SPEAKER 3:  So you get this, and you get
 3   some bleed over, but it's not perfect.  You tap here,
 4   what happens?
 5           (Simultaneous discussion)
 6           SPEAKER 3:  You get it all.  So now you
 7   look at the scan.  And what the scan actually does is
 8   a 3-D rendering.  And if we can get to the dome at
 9   the top, our recoverables are almost in perpetual.
10   Natural gas reform -- or re -- it's actually green --
11           SPEAKER 2:  It's renewable.
12           SPEAKER 3:  It's renewable.
13           SPEAKER 5:  As long as you're drilling.
14   Correct?  Or just in general, it goes anyways --
15           SPEAKER 1:  No, once you --
16           SPEAKER 5:  Really?
17           (Simultaneous discussion)
18           SPEAKER 3:  (Crosstalk) it's a large
19   (crosstalk) --
20           SPEAKER 2:  The geology within the bedrock
21   will actually recreate --
22           SPEAKER 5:  Which is why these -- why the
23   nodes that we have, so to speak, when you're
24   referring to earlier the nodes.  Two years later it's
25   just like a paperweight.  These potentially have so
```

```
                                    Page 17
 1   much more value because of the lifespan and the
 2   longevity of the projects, yes.
 3           SPEAKER 4:  All of our projects are
 4   intended to disseminate over a 4,000-day period.  So
 5   each one of the nodes will last a minimum of 11
 6   years.
 7           SPEAKER 3:  Everybody that has this thing,
 8   they all -- they all want to know what is it
 9   (inaudible) -- the technical and the hardware in that
10   is supposed to run for a decade.  Now we only
11   warranty for a year and (inaudible) can find another
12   piece of hardware to run them all and go.
13           The software, we do automatic software
14   updates.  We find something better, why would we want
15   to upgrade the software for free?  Because we're
16   making more money by offering something that's better
17   to the ecocity (phonetic).  I don't want to charge
18   people for software upgrades.  I don't want you to
19   have to buy another version.  I want to give that to
20   you because it's going to make everything else
21   function better.
22           The more projects you put on to the
23   software, they may have something else that we want
24   to teeter to.  Well guess what, we have forced
25   updates through every one of our hardware packages we
```

Page 18

1  basically feed it in, we do an automatic update just
2  kind of like an Apple iPhone.
3          SPEAKER 2:  Is it better for the DEBT
4  ecosystem to have nodes out, or cloud mining, or a
5  percentage of each?  Or what is better?
6          SPEAKER 3:  The danger of both is hardware
7  doesn't last forever.  Right?  Danger of cloud
8  mining, it's not decentralized.
9          SPEAKER 2:  Can you make the switch at some
10  point?  If I'm -- if I have the hardware --
11          SPEAKER 3:  Yes.
12          SPEAKER 2:  -- that down the road I decide I
13  want to go back to cloud mining, I could make that
14  transition --
15          SPEAKER 3:  Yes.
16          SPEAKER 2:  -- through DEBT?
17          SPEAKER 3:  Yes.
18          (Simultaneous discussion)
19          SPEAKER 2:  (Crosstalk) office even?
20          SPEAKER 3:  Yeah, you basically -- well,
21  it's actually done through the (inaudible) -- I'll
22  just show you real quick.
23          SPEAKER 2:  Do you recommend getting the
24  nodes initially so that you control when you're
25  online?  But then at some point down the road as it

Page 19

1  gets a little older maybe making that transition.
2  What would you -- what would you do?
3          SPEAKER 1:  What is your ideal?
4          SPEAKER 4:  I would run it on the hardware.
5          SPEAKER 3:  I'd run it on the hardware.
6          SPEAKER 1:  Right.
7          SPEAKER 3:  There's a lot of reasons for
8  it, but I'd definitely run it on the hardware.
9          SPEAKER 2:  Okay.
10          SPEAKER 3:  It decentralizes it directly
11  through -- it's -- it's one of those things where
12  it's easier to manage, in my personal opinion.
13  They're -- especially people say cloud money doesn't
14  go down.
15          SPEAKER 2:  Oh yeah (inaudible)
16          SPEAKER 3:  It does.
17          (Laughter)
18          SPEAKER 2:  Does it just disappear
19  sometimes?
20          SPEAKER 5:  Well just so you know, Jason
21  knows InvestU.
22          SPEAKER 2:  Okay.  So -- so --
23          SPEAKER 5:  So he sold probably about -- I
24  don't know much.  Millions of dollars --
25          SPEAKER 2:  Millions of dollars, yeah, of

Page 20

1  InvestU.  And that was my last experience, and I
2  walked away from it.
3          SPEAKER 5:  An Ethereum mine.
4          SPEAKER 2:  So when Brian called me, he
5  goes, "Hey man, we're not trying to recruit you, but
6  I've got this mining thing I want to talk to you
7  about," I had PTSD.
8          (Laughter)
9          SPEAKER 2:  You were like, "Oh."
10          SPEAKER 2:  I almost, you know, crawled up
11  into the fetal position for a little bit.
12          (Laughter)
13          SPEAKER 4:  That's part of the problem with
14  mining.  When one of the solutions is we want
15  something that's tangible in somebody's house.  They
16  can see it, touch it, feel it, they know it's there.
17          SPEAKER 2:  Right.
18          SPEAKER 4:  (Crosstalk) --
19          SPEAKER 3:  I -- I -- Amazon has never gone
20  down until it goes down.  The problem we have as a
21  company for doing cloud -- and we are cloud hosting
22  everything right now until hardware basically starts
23  getting out and dissipated.  We have a thousand boxes
24  currently right now that are in production to be
25  delivered out.  We actually -- 500 molds are (audio

Page 21

1  cut) probably (inaudible) licenses.
2          The value of that being in your box, your
3  internet in your house is actually more reliable than
4  a data center.  As much as everybody sits there and
5  says, "Oh, look.  I'm getting a hundred percent
6  mining capacity."  No you're not.  You're getting a
7  hundred percent of what the data center goes --
8  everybody gets a hundred percent today because guess
9  what, everybody's in the exact same place.  So when
10  the power goes down --
11          SPEAKER 2:  They're all at the same place.
12          SPEAKER 3:  They're all the same.  And it
13  works really well until Amazon goes down for a full
14  24-hour cycle which actually happened last year.
15          SPEAKER 2:  But you don't know my internet
16  provider.
17          (Laughter)
18          SPEAKER 2:  It does happen all the time.
19          SPEAKER 1:  (Crosstalk) two in our house
20  for one --
21          SPEAKER 2:  Yeah.
22          SPEAKER 1:  -- for each side of the house.
23  So --
24          SPEAKER 3:  There are -- there are certain
25  regions that it actually makes more sense to cloud

Page 22

1    mine.
2        SPEAKER 2:  Yeah.
3        SPEAKER 3:  Third world countries are going
4    to deal with it a lot more than you will in -- in
5    other areas.  Downtown places in India are totally
6    fine.  You get out in the suburbs, it's not.  Latin
7    America is the same way, if you're in the major
8    metropolitan areas, internet is great.  You get out
9    in the hills, it doesn't exist.
10        (Simultaneous discussion)
11        SPEAKER 4:  (Crosstalk) rolling blackouts
12    are just a part of their day.
13        SPEAKER 3:  Yeah, rolling blackouts.  They
14    expect it.  So I think that more depends on the
15    jurisdictions of where you're at for DEBT.  I want
16    boxes.  Boxes then build out the block chain to a
17    point where there's not a single government agency,
18    there's not a single one actor that can turn around
19    and shut you down.
20        Amazon can get a cease-and-desist letter
21    and say shut down DEBT Box today, I'd be done.  I
22    know this because -- not because by government, but
23    we actually hosted my last project on Azure.  It's a
24    Microsoft cloud hosting product.
25        We got less than 30 days' notice to move

Page 23

1    22,000 licenses off their network and on to AWS or
2    something else.  They didn't tell us where to go.  We
3    had to search for who the hell can take this because
4    we weren't actually doing the hardware.
5        That was a learning lesson for me saying,
6    yeah, I don't -- I never want to do this again.  It
7    was hell.  So for me, as a company, I want Boxes.  I
8    want them (inaudible) with the protection of the
9    ecosystem, I want protection for the individual
10    buying licenses because it will be more sustainable
11    long-term.
12        No one sees the downage right now because
13    everyone sees the exact same.  I can't go to Joe's
14    house and Joe says, "Oh, look.  Mine was up three
15    hours longer than yours."  Why?  Well because if mine
16    went down for three hours, his went down for three
17    hours too.  So the numbers are identical.  Does that
18    make sense?  It doesn't get out.
19        When you start getting out, you are going
20    to find certain people are going to make more than
21    others.  Why?  Their internet service provider's
22    better.  That make sense?  You're probably going to
23    make more than anybody in India ever.  Why?  The
24    internet's better here.  But those boxes protect the
25    ecosystem.

Page 24

1        SPEAKER 2:  The cloud mining (crosstalk) --
2        SPEAKER 1:  I know they're in all these
3    different countries too.  That's -- that also is
4    another -- right?  Because not all countries are
5    going to ever have internet issues all at once.
6        SPEAKER 3:  Correct.
7        SPEAKER 1:  So if this one -- you know,
8    Arizona -- Gilbert, Arizona has it for a minute
9    because of a blackout, you go to --
10        SPEAKER 3:  Don't worry,
11        SPEAKER 1:  -- California, and --
12        SPEAKER 3:  It rolls over to Nevada or --
13        SPEAKER 1:  -- Mexico and --
14        SPEAKER 3:  Correct.
15        SPEAKER 1:  -- all that are still on.  You
16    know?
17        SPEAKER 3:  Correct.
18        SPEAKER 1:  That's -- does that make sense?
19        SPEAKER 3:  So it doesn't matter the
20    transaction, what we're doing on the blockchain will
21    never drop as long as we're on our own block -- or as
22    long as we're on our own network.  So as long as --
23    like you're trying to basically run in your house,
24    and let's say yours was on.  But everyone in your
25    node neighborhood went down, this is a smaller thing,

Page 25

1    the transactions are still happening.  They're just
2    happening through you.
3        Everyone else -- no one else got paid.  You
4    got paid more.  Why?  You did more transactions.
5        SPEAKER 1:  So --
6        SPEAKER 3:  Because you were alive, you
7    were there, you were on.  If Russia decides to come
8    out and ban mining, we have a ton of nodes that are
9    in there.  If half the country goes down, does that
10    mean that our network is no longer viable in Russia?
11    No, because they'll just ping out of another country
12    in Europe.  They'll ping out of the next closest
13    location to kind of run; the network stays the same.
14        SPEAKER 2:  Instead of having one data
15    center sitting in the middle --
16        SPEAKER 1:  Yeah.
17        SPEAKER 2:  Okay.  So NATG opens up at the
18    price point that it does.  We see a little bit of a
19    spike out of the gate.  I'm assuming at that point
20    there are people that wanted to test it, sold, brings
21    it back down to a certain point where it's at today.
22        SPEAKER 3:  There's two major things that
23    happen every single time we release a token.  There's
24    no way to get around it.  Number one is we call it
25    the teeter-totter effect, okay.  When you have a ton

Page 26

1  of people coming into a market and they want to buy,
2  the teeter-totter -- but the liquidity is very small.
3      We're putting in liquidity as fast as we
4  can. But until that teeter-totter gets out to, let's
5  just say $5 million, $100,000 in buying pressure can
6  move up 100,000 percent a token. As you start moving
7  that teeter-totter out and widening the liquidity, it
8  takes a few days to do that, you have huge spikes.
9      We have 600 percent a day. And I'm looking
10 at it and saying well, it's going to come down. You
11 know it's going to because you shoot up that much so
12 quickly. People who that have been around the
13 projects know they can buy it back after they sell it
14 right now.
15     So what happens is they sell off at 600
16 percent up, they know they'll get back there a few
17 months from now. All they're doing is they're
18 doubling and tripling their money, they come back,
19 and they buy double, triple the amount of token with
20 us. Wider. Does that make sense?
21     SPEAKER 2: Sure.
22     SPEAKER 3: They're arbitraging it. So
23 this happens with every single project. There's no
24 way around it because we launch things on pancake
25 swap. It's just a functionality of tokens in our

Page 27

1  ecosystem because of the way we do it. Because we
2  mine for about 45 days before we go live.
3      We're not an ICO. We can solve this
4  problem for an ICO. Everybody gets the same tokens
5  the same day, and we put the same amount of money in,
6  so no one's going to sell it for less than they
7  bought it for.
8      In our system, we sell miners. So people
9  are accumulating that for 45 days until we launch.
10 And they look at it and say, "I can get every dollar
11 I have in this process off the table when it hits
12 about 300 percent, 400 percent up?" Oh, they're
13 taking it.
14     SPEAKER 2: They're going to take their
15 initial cost out?
16     SPEAKER 3: They take all their -- they
17 take all their --
18     SPEAKER 4: Then they're just playing with
19 the house's money.
20     SPEAKER 3: They're playing with the
21 house's money --
22     SPEAKER 2: And that's what they do when it
23 first launches and you see that spike, brings it back
24 down?
25     SPEAKER 3: It -- it happens almost every

Page 28

1  project. It's -- so far, it's happened in every
2  project I've done so far, and we have not yet found a
3  way to stop it. So we just let it happen.
4      It does hurt the ecosystem, the way it's
5  situated. Everybody's still making their daily
6  revenues. Once the liquidity gets in that's wide
7  enough -- there's enough liquidity, it doesn't really
8  matter.
9      SPEAKER 5: Doesn't move it as much.
10     SPEAKER 3: Doesn't impact anything.
11     SPEAKER 2: So the -- obviously, the people
12 that are in earlier on get the advantage of being
13 able to accumulate tokens. And --
14     SPEAKER 3: And they can get a lot more
15 tokens a day than will every happen again in history.
16     SPEAKER 2: Yeah, and that seems to be
17 slowing very quickly -- or dropping pretty quickly
18 as. I mean --
19     SPEAKER 3: Some of that is two factors.
20 Sales right now are very, very high. And so when the
21 licenses are coming online and running through the
22 system, there is a -- there's a dilution factor
23 that's kind of happening right now.
24     And it's not offsetting the opposite side
25 of it which is the new token coming into existence

Page 29

1  you have through the EGI pool to basically
2  (inaudible.)
3      I believe it's about halving, that that
4  kind of levels out. Ironically, you're going to go
5  through halving, you're going to make more money a
6  day.
7      SPEAKER 2: Right. Even though people
8  start to see less tokens, the value starts to go up.
9      SPEAKER 3: Yes. So -- so you got to look
10 at the amount of tokens you're -- the amount of
11 tokens you're getting is going to go down, but the
12 value of those tokens goes up dramatically. So if
13 you basically go through pre-halving in Natural Gas -
14 -
15     SPEAKER 4: Which we are right now.
16     SPEAKER 3: Which we are right now.
17 Everybody's looking at it saying, "Oh, I'm making
18 five or six (inaudible.)" No you're not, you're
19 making closer to $25 a day. You just got to wait to
20 sell it. Does that make sense? It's a visual
21 thing --
22     SPEAKER 2: And it's hard. And this is
23 what I battle because people are like, oh, well like
24 it's going to take me 18 months or 14 months to be
25 able to get to the point where I even get my

Page 30

```
 1    investment back.  And I say, well yeah, number one --
 2    but there's milestones that this token will hit that
 3    have not even -- we're so early in the process.
 4         SPEAKER 3:  Here's what I look at.  I like
 5    to look at proven track record of anything.  Okay?
 6         SPEAKER 2:  Okay.
 7         SPEAKER 3:  Okay.  BlackGold is down about
 8    42 percent off its highs.  Why?  We're tied to BNB,
 9    and BNB is down 40 percent, then we have a 2 percent
10    sell off because of the fear of selling off at 40
11    percent.
12         When you have -- when you're tied to
13    another cryptocurrency, when that coin drops,
14    liquidity pool drops.  And that liquidity pool drops,
15    it drops the value of token and the overall value of
16    the pool.
17         SPEAKER 2:  Mm-hm.
18         SPEAKER 3:  It's pretty simple.  So even in
19    that process, the fluctuating up, the fluctuating
20    down, BlackGold is up 66,000 percent.
21         SPEAKER 1:  Oh my god.
22         SPEAKER 2:  From where you launched?
23         SPEAKER 3:  Yes.
24         SPEAKER 1:  That's insane.
25         SPEAKER 2:  And you're seven months in?
```

Page 31

```
 1         SPEAKER 3:  Yes.
 2         SPEAKER 2:  That's right?
 3         SPEAKER 3:  Yes.
 4         SPEAKER 2:  So you still think even at
 5    15,000 today, a BlackGold node is still -- has value
 6    because of where you think or where you're point of
 7    where you want to take that thesis?
 8         SPEAKER 1:  But also didn't you say --
 9         SPEAKER 2:  Because --
10         SPEAKER 1:  Didn't you say also you like
11    put on an 11 year --
12         SPEAKER 3:  We've sold --
13         SPEAKER 1:  Like you probably did that.
14    Right?
15         SPEAKER 3:  -- tens of millions of dollars
16    of BlackGold in the last few weeks from people that
17    understand what is going on.
18         SPEAKER 2:  So (Inaudible) like, "Yeah,
19    BlackGold's not doing that much right now.  Maybe I
20    should have gotten NATG." And I said, --
21         SPEAKER 3:  No.
22         SPEAKER 2:  -- "Well, I don't think you
23    understand." And I'm trying to get the sale -- again
24    I want to get all of the hot buttons.  I want to
25    get -- I know that there's a certain point where we
```

Page 32

```
 1    can't obviously set -- can't guarantee anything.
 2         What I need to be able to do a better job
 3    of is to take people through the process a little
 4    more of, "Hey look, I can't guarantee these things.
 5    But let me just explain that when the halving
 6    happens, there's potential.  Down the road when the
 7    profits that are reported from the projects that
 8    we're a part of, when those happen, they're a
 9    potential.
10         And let's take a look at BlackGold and
11    let's look at the fact that they're up 66 percent
12    even after this.  Am I missing -- like what else can
13    I share that gives people the big vision of
14    potential?
15         SPEAKER 5:  So let me give you a visual --
16         SPEAKER 2:  Okay.
17         SPEAKER 5:  -- because this works.  So this
18    was the BGLD mining license that was turned on day
19    one.  We just did a couple test ones that --
20         SPEAKER 2:  Can I take a picture of this?
21         SPEAKER 5:  Yeah.
22         SPEAKER 2:  Take a picture of that.  So
23    this is the license that was turned on day 1?
24         SPEAKER 5:  This is the exact same license
25    on January 2nd.  Now notice that it made $17.08,
```

Page 33

```
 1    yesterday it made $17.11.  But look at the difference
 2    in the coin.  This day I made 15,000 coin, this day I
 3    made two.
 4         SPEAKER 2:  Okay.
 5         SPEAKER 5:  So I really didn't make $17
 6    that day.
 7         SPEAKER 2:  Right.
 8         SPEAKER 5:  Do you see what I mean?
 9         SPEAKER 2:  Because the --
10         SPEAKER 1:  Because he has 15,000 coin.
11         SPEAKER 2:  Because the value sustained
12    itself as the halving took place.  And so even though
13    right now in your mind you're saying --
14         SPEAKER 5:  So people are caught up into
15    the dollar value of it.  Right?
16         SPEAKER 2:  Right.  Right.
17         SPEAKER 1:  Yes.  Yes.
18         SPEAKER 5:  But it -- I mean again, Bitcoin
19    did the same thing.  A Bitcoin minder back in the day
20    would have mined 10 bitcoin a day.  But today it
21    would take 10 miners a month to mine 1 Bitcoin.
22         SPEAKER 2:  Is it possible and would
23    this -- would there be any liability to this to have
24    a --
25         SPEAKER 3:  Can't do it.  I already know
```

Page 34

1   what you're thinking.
2           (Laughter)
3           SPEAKER 2:  (Crosstalk) the video of you
4   just explaining this.
5           SPEAKER 1:  Tokenomics like in general.
6   Like a tokenomics.
7           SPEAKER 2:  (Crosstalk) --
8           SPEAKER 3:  The tokenomics in a very
9   overview setting is fine.  When you start putting
10  financial price points behind it, or turning --
11          SPEAKER 1:  (Crosstalk) --
12          SPEAKER 2:  Then all of a sudden, you're
13  setting expectations.
14          SPEAKER 3:  The back of my attorney's neck
15  hairs go up and he looks at and he says, "Veto."
16          SPEAKER 1:  Just a basic understanding of
17  Tokenomics in general --
18          SPEAKER 2:  Yeah.
19          SPEAKER 1: -- that people don't understand.
20          SPEAKER 5:  I have no problem sending you
21  some screenshots of this and what the miner did over
22  time.  Because past performance is fine to show.
23          SPEAKER 2:  Yeah, that's what I --
24          SPEAKER 5:  You know?
25          SPEAKER 2:  But you still have to be

Page 35

1   careful of setting expectations.
2           SPEAKER 3:  The setting expectation is that
3   this project is going to be just as good as the last
4   project.
5           SPEAKER 2:  Right.
6           SPEAKER 3:  And those expectations -- we
7   are fighting -- we are in a heavily gray area, wild
8   west arena with crypto.
9           SPEAKER 1:  Yeah.
10          SPEAKER 3:  We are in a very highly
11  scrutinized, risky business in -- in the --
12          (Simultaneous discussion)
13          SPEAKER 3:  These two put together is
14  somewhat toxic which is actually a talk that me and
15  Joe had multiple times before kind of running through
16  here.  And the reality is I want people to pull up
17  their dashboard, I want them to get involved because
18  they're okay with the $5 that comes out today.  I
19  want them actually okay with it.  I want them okay
20  because they see the bigger picture of --
21          SPEAKER 1:  Yes.
22          SPEAKER 3: -- what could happen to the oil
23  industry as a whole?
24          SPEAKER 2:  Which is what?
25          SPEAKER 3:  Well, do you think that Natural

Page 36

1   Gas was higher today than it was yesterday?
2           SPEAKER 2:  Yes.
3           SPEAKER 3:  Then it's a value proposition.
4   Do you think that more Natural Gas wells are coming
5   online tomorrow versus today, next year versus this
6   year?
7           SPEAKER 1:  Yes, yes.
8           SPEAKER 3:  Perfect.  Do you think
9   blockchain technology needs to be in place for those
10  ventures?
11          SPEAKER 2:  Yes.
12          SPEAKER 3:  Do you believe the world is
13  going to blockchain?
14          SPEAKER 2:  Yes.
15          SPEAKER 3:  Then you should buy a node.
16          SPEAKER 2:  Because the more product --
17  because if they're going to be coming online, why
18  wouldn't they want to partner with us?  Because we're
19  going to save them money because (inaudible).
20          SPEAKER 3:  Yes.
21          SPEAKER 1:  Well why wouldn't you want to
22  be a part of that and make money?
23          SPEAKER 3:  There is -- there is a
24  deflationary tokenomics, and you can get into this.
25  There are three major functions of the token, and

Page 37

1   this is creation, value, and burn.  Creation is how
2   (inaudible) to begin with.
3           SPEAKER 2:  Say that again?
4           SPEAKER 3:  Creation is how the token gets
5   into the EGI (crosstalk.)
6           SPEAKER 1:  (Crosstalk.)
7           SPEAKER 3:  How the coins are created.
8           SPEAKER 2:  Okay.
9           SPEAKER 3:  Second is the value
10  proposition, and what people are willing to pay for
11  it.  Third is the burn that basically is coming off
12  which basically limits supply.  In a standard supply
13  demands graph, basically you look and there's always
14  an x-factor.  And that changes based off of more
15  supply, more demand.  So you'll see this (inaudible.)
16          SPEAKER 1:  Yeah.
17          SPEAKER 3:  Does that kind of make sense?
18  In this it's interesting because the longer the
19  project goes the less token there ever will be.  This
20  will --
21          SPEAKER 2:  Just keeps burning?
22          SPEAKER 3: -- never ever be token re-put
23  back into the ecosystem after the burns.  How the
24  burns happen:  The burns happen organically from the
25  mining pool every year.  That's simple to explain,

Page 38

1  it's understandable.  It's an anniversary year and it
2  gets cut in half.  It's simple; people understand
3  that.
4       What people don't understand is the trusts.
5  How the trusts function.  And if anybody actually
6  understood this, they'll understand why I don't sell
7  tokens.  (Inaudible) you taken?  I haven't sold one
8  damn token yet, and I do not ever plan on selling a
9  token at least for my foreseeable future.
10      The reason is I understand the power of
11 what's going on.  Now how did I get to that?
12 (Crosstalk) --
13      SPEAKER 2:  When you say sell -- your own
14 personal token?
15      SPEAKER 3:  Yeah.  How --
16      SPEAKER 2:  (Crosstalk) --
17      SPEAKER 3:  How -- how did I get my
18 personal token?  I mined it just like everybody else.
19      SPEAKER 2:  You have nodes.
20      SPEAKER 3:  How do my developers have
21 token?
22      SPEAKER 1:  Mined it?
23      SPEAKER 3:  They mined it.  Do I have any
24 token that's ever been in existence in history in any
25 of my projects that (inaudible) given?  No, it all

Page 39

1  originated from a miner.
2       In the ICO project they're dangerous, and
3  here's why.  You go out for mass sells.  When you
4  look at stock for IPOs, why do people want to buy
5  that IPO stock they want?  They get the lowest price
6  possible.  They think it's going to go up.  What are
7  they going to do when it goes up?
8       SPEAKER 1:  Sell?
9       SPEAKER 3:  What happens to the stock when
10 they sell?
11      SPEAKER 2:  Drops.
12      SPEAKER 1:  Drops.  Same thing.
13      SPEAKER 3:  Who made money?
14      SPEAKER 2:  The people --
15      SPEAKER 1:  The person who got in the
16 quickest or bought it at the lowest price.
17 (Crosstalk.)
18      SPEAKER 5:  But now somebody else is in
19 control of that stock.
20      SPEAKER 1:  Yes.
21      SPEAKER 3:  Now what if that major
22 liquidity provider on IPO day bought it all.  Oh, by
23 the way, we burned it.  It's gone.  He can't ever
24 sell it back in the market, he doesn't have it.
25      The oil trusts and the natural gas trusts

Page 40

1  work functionally as a liquidity provider in the
2  marketplace with no sellback.  They put money in that
3  will never come back out.
4       SPEAKER 5:  It's completely indiscriminate.
5  It's -- I mean, doesn't matter what marketplace
6  you're going on.  It doesn't matter -- it's just a
7  revolving door that's just going (crosstalk.)
8       SPEAKER 3:  Think -- think about having a
9  small company, and a small company needs X amount of
10 money to grow, so you go take out a line of credit.
11 Banks want their money back.
12      SPEAKER 2:  Yeah.
13      SPEAKER 3:  An investor wants a dividend
14 and their money back, or equity.  They want the long-
15 term protection.  What if you had a way to basically
16 put a liquidity provider in play in any business in
17 any (audio issue), in any functional, profitable
18 enemy.  It was a gift.  It's called Tesla, see how it
19 did.
20      Okay.  So, it's called the government
21 printing.  The government's been the only one to be
22 able to do it so far because they do it in tax
23 credits, they do it in savings, they do it in
24 initiatives, they do it in (inaudible.)
25      The government's been the only person in

Page 41

1  history to ever be able to do this.  And they
2  functionally dictate what company lives and what
3  company survives (inaudible.)  Chevy versus Ford, GM
4  versus Ford.  You look at Tesla, the batteries.  You
5  know half these battery companies should never have
6  been in business to begin with.  They were never
7  profitable.
8       They were able to survive and get to the
9  point where they can actually sustain today because
10 you have government backed (inaudible) notes.  Does
11 the government ever get that money back?  No. it's
12 (inaudible.)
13      When Tesla's able to offer their cars for
14 $100,000 and it's going to cost them $180,000 to
15 build, how do they do that?
16      SPEAKER 2:  Because of the --
17      SPEAKER 3:  Does the Government get paid
18 back that $80,000 anytime?
19      SPEAKER 2:  No.
20      SPEAKER 3:  So how do you become close to a
21 government?  You develop this type of system that has
22 a liquidity requirement that has zero (inaudible.)  So
23 imagine a trust, and you basically have money coming
24 in in a flow.  That then this basically goes into a
25 token and purse.  Okay?

Page 42

```
 1          Where does this money come from?  All of
 2  the exploratory companies that we are physically
 3  partnering with, these are royalties.  That's the
 4  easiest way to explain it, it's just royalties.  It's
 5  got (inaudible), it's royalties.  Those royalties are
 6  as big as we can possibly make them by --
 7          SPEAKER 2:  Based on the value that you
 8  provide this -- these partners?
 9          SPEAKER 3:  Correct.
10          SPEAKER 5:  Some projects get a 20 percent
11  royalty, some projects it's a 2 percent royalty.
12          SPEAKER 3:  If they're (inaudible)
13  exploratory company and you have a long track record,
14  we get less of a royalty.  If they're newer and they
15  have a higher risk that they need to get their
16  investors a situation to go, we're not an investor.
17  We provide the technology in order for them to want
18  to give us X amount in return coming out.
19          I have to trust them that they're actually
20  going to get to fruition to get to the (inaudible),
21  and they have to trust me that my scans are going to
22  get them to what they need, and then go out there and
23  do their thing.  They'd do it anyway.  They go raise
24  money.  They go (inaudible.)
25          If we have one of these?  Still profitable.
```

Page 43

```
 1  If we have three of them?  It's more profitable.  If
 2  we have hundreds of them, it's exponentially more
 3  profitable.  We're seven months in, we have three oil
 4  companies we're currently partnering with.  Three
 5  (crosstalk) --
 6          SPEAKER 2:  Who's selling those
 7  partnerships?
 8          SPEAKER 3:  That is something I'm heavily
 9  involved with.
10          SPEAKER 2:  Okay.
11          SPEAKER 3:  Okay?  Because it's based on
12  the scans and all.
13          SPEAKER 2:  Sorry, I just -- I'm like no --
14          (Laughter)
15          SPEAKER 3:  That -- that is actually
16  something -- that is one thing we do regularly.
17          SPEAKER 2:  Okay.
18          SPEAKER 3:  Now why?  That is something
19  that takes a lot of my time.  And once that is set,
20  the attorney (inaudible) read the contract up that
21  set into a trust.  It's audited by third parties, and
22  we just sit back and say okay, great.  We got our
23  money and it's good.
24          The nice thing about being in commodities
25  business is everything is tracked by governments,
```

Page 44

```
 1  technically.  How much oil comes out of a particular
 2  well?  It's physically logged in three different
 3  locations.
 4          SPEAKER 2:  It can't be -- it can't be --
 5          SPEAKER 3:  It's not like you can have --
 6          SPEAKER 2:  -- manipulated.
 7          SPEAKER 3:  Yeah, but when you're in West
 8  Africa?  Yeah you --
 9          (Laughter)
10          SPEAKER 5:  Yeah, there should be some
11  slippage --
12          SPEAKER 3:  There is some -- there is some
13  slippage, it's just part of the (crosstalk) --
14          SPEAKER 2:  Are the putting it in a thing
15  on their head and walking --
16          (Laughter)
17          SPEAKER 3:  But once you put it on the
18  blockchain, there's no more slippage because you
19  recorded it.  So once it gets off the sloops and gets
20  put into the separator tables.  The separator tables
21  then are logged.  That's on the blockchain.
22          You know your slippage at that point in
23  time, and you start fining people or you get your
24  money back because you know what's there.  But before
25  that when it comes off, if they didn't wash the rug
```

Page 45

```
 1  out completely, then there is some slippage.  Does
 2  that make sense?
 3          But we have it from -- basically sourced
 4  from vibration table through.  The refiners know
 5  exactly what you dropped off.  They weigh it right
 6  there in front of you, they physically scan it, you
 7  know exactly what purity it is.  It's scanned.  It's
 8  logged on the blockchain.
 9          So we try to limit, obviously, the risk of
10  slippage, but slippage happens almost in every single
11  business.  It's spoilage for food, it's -- it's
12  employee theft, it -- it just happens.  But we try to
13  limit that as much as possible.
14          SPEAKER 3:  So imagine if we're dealing
15  with exploratory companies and we're going to take
16  the energy sector.  If we're dealing with an
17  exploratory company, are they an operator?
18          SPEAKER 2:  Yeah?
19          SPEAKER 3:  No. exploratory companies have
20  one function.  To find and send off --
21          SPEAKER 2:  Oh, so they're not the
22  actual --
23          SPEAKER 3:  -- the well.
24          SPEAKER 2:  Okay.  So hypothetically, let's
25  just say an exploratory company hits.
```

Page 46

```
 1           Let's say it's 1 million barrels.  We
 2   have -- let's just say we have 20 percent royalty on
 3   this.  How many barrels does the ecosystem have over
 4   a period of time that we get?  Maybe it's 5 years,
 5   maybe it's 10 years, maybe it's depleted the first
 6   year.  What happens here is the exploratory company,
 7   if it's less than three years, will physically sit
 8   there and drill it out because it's not worth selling
 9   it off.
10           What if it's 100 million barrels?  And it's
11   a 10-year well?  Well that's $10 million a year.
12   That's pretty good, right?  20 percent, that's 2
13   million a year you pay for the trust.
14           Now over time that trust will continue to
15   get payments, it continues to burn, it continues to
16   buy token (inaudible.)  What if that's sold at maybe a
17   10 percent discount for Shell to come operate it.
18   All that money goes where?  The trust.  What does the
19   trust do with it?  Buys it --
20           SPEAKER 2:  Buy stock.
21           SPEAKER 3:  Buys the coin and they --
22           SPEAKER 5:  Burns it?
23           SPEAKER 1:  Oh.
24           SPEAKER 2:  This is why you wouldn't --
25   people keep saying well, why wouldn't you just keep
```

Page 47

```
 1   the profits yourself off of the --
 2           SPEAKER 5:  I don't know.
 3           (Laughter)
 4           SPEAKER 2:  Okay.
 5           SPEAKER 3:  The reality is I'm a lot more
 6   profitable (inaudible).  It's not a greed factor,
 7   it's just a function of -- it's an economy.
 8           SPEAKER 1:  Nice.
 9           SPEAKER 3:  If you look at -- do you have
10   Deckscan (phonetic) on your computer?
11           SPEAKER 2:  No.
12           SPEAKER 5:  No.
13           SPEAKER 3:  I'll send it to you.  Do you
14   have internet?
15           SPEAKER 2:  I don't -- I'm not connected to
16   the internet.
17           SPEAKER 3:  Let me pull it up.  I'm going
18   to show them.
19           SPEAKER 5:  What -- what you want me to
20   Deckscan?
21           SPEAKER 3:  Huh?
22           SPEAKER 1:  (Inaudible) call you later.
23           SPEAKER 2:  Okay.
24           SPEAKER 3:  Deckscan really quick do -- do
25   (inaudible).  Just -- or actually do block two --
```

Page 48

```
 1           SPEAKER 5:  I got CCN, I don't think I have
 2   Deckscan here.
 3           SPEAKER 3:  (Inaudible) Yeah, so just go
 4   over here to search -- put HLV (phonetic)
 5   (inaudible.)
 6           SPEAKER 1:  Okay, can I ask a question, or
 7   is this a bad time to ask a question?
 8           SPEAKER 3:  Go ahead.
 9           SPEAKER 1:  Okay.  Could you -- I know a
10   throw (phonetic), right?  It's not going to be tied
11   to just one, like, crop --
12           SPEAKER 3:  Crop.
13           SPEAKER 1: -- per se, right?  Could you,
14   like, say tie it to -- does it make a difference if
15   the crop is in high demand, or you know it's being
16   sold off to a certain amount of people?  Like you
17   know this crop here gets divided and sold off to like
18   100,000 people.  Does that make the profitability for
19   you higher or lower?
20           If you know that crop is already allocated
21   to a group a people of like, say, a 100,000 people,
22   200,000 people?
23           SPEAKER 3:  The co-ops by far are why Grow
24   works.  It produces a (audio issue) just today just
25   on the blockchain arena, co-ops are done -- that's
```

Page 49

```
 1   actually how farmers sell corn, they sell peas, they
 2   sell any agricultural good -- salad, it doesn't
 3   really matter.  Any crops currently today are all
 4   done based off of co-ops in the United States.
 5           That's typically how all your commodities
 6   and that are run over the exchanges, through the
 7   Mercantile.  They look at the co-ops, they look at
 8   the average price is of it, and that's actually where
 9   they tag the price for -- for publicity.
10           What we look at is we just want to
11   basically recreate the Chicago Mercantile Exchange
12   into a more direct blockchain deal.  So we're
13   partnering with certain companies that not only want
14   a co-op deal but want more upside potential.  You're
15   going to see real quick why farmers actually like
16   this idea based on what I'm going to show you with
17   oil.
18           SPEAKER 1:  All right.
19           SPEAKER 3:  Okay.  We got three wells.  If
20   you calculate three wells -- and again essentially,
21   it's not so much the cash on cash that currently is
22   situated there.  We could basically make somewhere
23   close to about -- let's take Nebraska.  Nebraska
24   would be a cash check to me with the royalties of
25   call it about 120 million.  Okay?
```

Page 50

```
1        I'm not shying away from 120 million.
2   That's awesome.  What does that say?
3        SPEAKER 2:  $6 billion market cap.
4        SPEAKER 3:  What's more profitable?  Do I
5   like the $120 million?
6        SPEAKER 2:  Yeah.  Sure.
7        SPEAKER 3:  What's more profitable?
8        SPEAKER 1:  Yeah.
9        SPEAKER 3:  Who benefits with this?
10       SPEAKER 2:  Not only us but everybody else.
11       SPEAKER 2:  Everybody -- yeah, a lot of
12  people.
13       SPEAKER 3:  Everybody.
14       SPEAKER 2:  Anybody that's involved in the
15  project.
16       SPEAKER 3:  If was doing it myself --
17       SPEAKER 1:  (Sneezes) Sorry.
18       SPEAKER 3:  -- who benefits?
19       SPEAKER 2:  You do.
20       SPEAKER 3:  It actually makes more money
21  for me --
22       SPEAKER 2:  And more money for a lot of
23  other people too.
24       SPEAKER 3:  And more money for other
25  people.
```

Page 52

```
1        And then I got to pay another 10 percent to
2   exchange it, that's 20 percent.
3        So my offset to that of course is, yeah but
4   you're understanding that that's taking -- that's
5   helping remove -- that's helping contribute to the
6   burn wallet which helps create a limited supply.
7   What else does it do?  And why do you do that?
8        SPEAKER 1:  It also keeps --
9        SPEAKER 5:  It keeps outside sharks away
10  from our ecosystem.
11       SPEAKER 2:  Okay.
12       SPEAKER 5:  Because nobody's going to come
13  and day trade our coin paying 10 percent fees on
14  every transaction.
15       SPEAKER 3:  The biggest disincentive
16  process in any cryptocurrency right now is -- is the
17  whales, number one, and it's the snipers, number two.
18  Those two things are actually very deadly to
19  ecosystems.  The deflationary actually helps our
20  ecosystem, number one.  It actually keeps bad actors
21  away.
22       Just what you just said, if someone tries
23  to go buy this token and sell this token, if they
24  don't make 10 percent in a day, what happened?  They
25  lost money.
```

Page 51

```
1        SPEAKER 2:  So it's a good (inaudible.)
2        SPEAKER 1:  So it's a -- yeah, win-win-win.
3   Right?
4        SPEAKER 2:  So what are your -- one of your
5   biggest unique selling propositions is the fact that
6   you take the profits from the royalties, and you buy
7   the tokens and remove them, which creates a
8   deflationary effect that drives the overall value up
9   in time.  Am I understanding that correctly?
10       SPEAKER 5:  Because you always have a
11  guaranteed buyer for another coin.
12       SPEAKER 3:  We always have a guaranteed
13  buyer --
14       SPEAKER 2:  Which is you?
15       SPEAKER 5:  Which is us.
16       SPEAKER 3:  It's the trust.
17       SPEAKER 2:  It's the trust.  Okay.  And
18  then the trust just burn -- you're not holding on to
19  those coins which could ultimately create a whale
20  effect, you're burning them?
21       SPEAKER 3:  Burning them.
22       SPEAKER 2:  I love it.  So -- this gets me
23  excited.  Okay so one thing that comes up often is,
24  yeah but it's going to cost me 10 percent just to
25  transfer out of their wallet into this wallet.
```

Page 53

```
1        SPEAKER 2:  So -- so it eliminates the
2   snipers so to speak that are just here to get those
3   small little profits on a day-to-day basis.
4        SPEAKER 5:  Micro-arbitragers
5        SPEAKER 3:  The micro-arbitragers and
6   what -- what it actually really does is it steals
7   money from the ecosystem, it steals money from the
8   trust that should go to the end users.  So --
9        SPEAKER 2:  By -- by removing token?
10       SPEAKER 3:  By removing token.  So what
11  happens is if they decide to do it, great.  They're
12  helping the ecosystem.  They're contributing to our
13  burn --
14       SPEAKER 2:  'Cause they're just burning and
15  burning and burning.
16       SPEAKER 3:  They're burning and burning and
17  burning and burning.  And I love it when they don't
18  realize there's a 10 percent burn and they're out
19  there sniping four or five days and they lost 40 or
20  50 grand.
21       (Laughter)
22       SPEAKER 3:  And I'm literally watching
23  them.  I'm sitting there saying to myself, well
24  that's going to hurt.  And eventually you realize, I
25  don't want to touch this coin anymore.
```

Page 54

1      SPEAKER 2:  Yeah.
2      SPEAKER 3:  Does that make sense?  They
3  believe they can -- because the way that crypto works
4  in a -- in a highly fluctuating area is typically
5  large snipers can come in and bring huge amounts of
6  money in.  Let's call it half a million bucks.
7      You give me any crypto or memecoin, you
8  give me half a million dollars and I can decimate
9  that coin and probably 3X, 4X my money.  The problem
10  with that is where did that money come from?  It came
11  from the small person that put five bucks in.  When I
12  sell off what happens?  I'm --
13      SPEAKER 2:  Somebody else --
14      SPEAKER 5:  (Crosstalk) --
15      SPEAKER 1:  They lost.  Yeah.
16      SPEAKER 3:  Somebody lost money.  This is a
17  protection mechanism for our ecosystem to make sure
18  that what I know about trading over decades doesn't
19  happen.  Or if it does, I am heavily penalized for it
20  and I won't do it again.  And if I do it, the losses
21  I took helped everyone in my ecosystem.  Does that
22  kind of make sense?
23      SPEAKER 2:  Yeah.
24      SPEAKER 1:  Yeah.
25      SPEAKER 3:  So although people don't like

Page 55

1  it, there are ways to shortcut.  There are ways to
2  help our ecosystem save some capital.  Link your main
3  DEBT dashboard in with a trust wallet.  (Inaudible)
4  save 10 percent by (inaudible.) You don't have to
5  transfer from DEBT.
6      SPEAKER 2:  Oh, so you're not paying 10
7  percent, it goes right to your trust wallet.  When
8  it -- when you transfer out of DEBT.
9      SPEAKER 5:  If you do it out of your piggy
10  bank.
11      SPEAKER 3:  If you do it out of the piggy
12  bank, but everybody pays that.  That's just -- that's
13  just a transfer you have to pay.  But if you take
14  your seed words from your DEBT wallet, and you add
15  them into trust, it's like looking at your bank
16  account from your mobile app --
17      SPEAKER 5:  (Inaudible.)
18      SPEAKER 3:  It's -- it's looking at your
19  mobile app versus your desktop.  Coin actually
20  doesn't move on where you're looking at it.  It's
21  sitting on the blockchain.
22      SPEAKER 5:  Yeah.
23      SPEAKER 3:  So those seed words, you're not
24  moving.  Now if you change from this seed word wallet
25  to this seed word wallet, you moved it.

Page 56

1      SPEAKER 2:  So you linked the seed word
2  wallet together --
3      SPEAKER 3:  Link the seed word wallet, you
4  don't (crosstalk) --
5      SPEAKER 2:  Then you technically can get
6  it --
7      SPEAKER 5:  So when you're setting up your
8  trust wallet, you go "import wallet" instead of
9  "create wallet" --
10      SPEAKER 3:  Yes.
11      SPEAKER 5:  And import your seed --
12      SPEAKER 3:  You save 10 percent.
13      SPEAKER 5:  Okay.
14      SPEAKER 2:  And that's a big --
15      SPEAKER 3:  And then you can trade your --
16  now we are hoping to basically solve this problem, we
17  are close.
18      SPEAKER 1:  Are you going to come out with
19  a wallet?
20      SPEAKER 3:  No, I'm coming out with
21  something much better.
22      SPEAKER 1:  Okay.  I was like --
23      SPEAKER 3:  We have a wallet already.
24      SPEAKER 1:  Okay.
25      SPEAKER 3:  We've had -- have about 2,000

Page 57

1  users on already.  We are coming out with an
2  automated swap function in our wallet which means
3  they don't have to move it anywhere.
4      SPEAKER 2:  Beautiful.  That's fantastic.
5      SPEAKER 3:  And they can swap it -- what
6  I'm trying to do with deflationary is stop outside
7  actors.  And I'm actually not trying to punish our
8  ecosystem.  We're trying to stop bad -- bad actors
9  from coming in and stealing liquidity from
10  (inaudible) system.  So if I can try and find ways to
11  save our ecosystem money, I always will.
12      So this particular function will actually
13  allow you to swap from -- everything to DEBT to
14  Hasmataxo (phonetic).  So you want to swap from NATG
15  or from Grow or from BlackGold into DEBT, and then
16  move DEBT to the exchange to sell?  Do it.
17      SPEAKER 1:  Will that be a feature that you
18  charge money for to have access to that?
19      SPEAKER 2:  Sure.
20      SPEAKER 1:  Like an extra add-on?
21      SPEAKER 5:  No.
22      SPEAKER 3:  No.
23      SPEAKER 1:  No?
24      SPEAKER 1:  Oh, really?
25      SPEAKER 2:  Because it's part of your

Page 58

```
 1   ecosystem.
 2          SPEAKER 1:  Oh, okay.
 3          SPEAKER 2:  Okay.  So let me ask you
 4   this -- this may be a dumb question, but with DEBT
 5   will there ever -- will you ever be able to mine DEBT
 6   coin?
 7          SPEAKER 3:  You can.  Every one of those
 8   licenses sold in two weeks.
 9          (Laughter)
10          SPEAKER 2:  Did you get some?
11          SPEAKER 1:  Oh, dang.
12          SPEAKER 2:  Do you have any extras?
13          SPEAKER 1:  He's like, no.  Is there
14   anything -- like --
15          SPEAKER 5:  I should have bought more.
16          SPEAKER 2:  Dang.
17          SPEAKER 1:  Dang.
18          SPEAKER 3:  They sold out like three days
19   after I came --
20          SPEAKER 1:  I bet.
21          SPEAKER 3:  People saw the vision.
22          SPEAKER 2:  Yeah.
23          SPEAKER 3:  They looked at it --
24          SPEAKER 2:  I would have been -- I keep
25   looking at that DEBT one.
```

Page 59

```
 1          SPEAKER 1:  This might be --
 2          SPEAKER 2:  (Inaudible) those miners.
 3          SPEAKER 1:  This might be a dumb question.
 4          SPEAKER 5:  That's actually a question I
 5   get too.  Can we get DEBT licenses?  That's why I
 6   asked you.
 7          (Simultaneous discussion)
 8          SPEAKER 3:  5000 available in January.
 9   There will be 5000 available the next January.
10   There's 5 -- there's 30,000 licenses available, we
11   sold 15,000 licenses in under two weeks.
12          SPEAKER 1:  How much will they be
13   potentially in January?
14          SPEAKER 3:  We do that based off the DEBT
15   council's --
16          SPEAKER 1:  At the time.
17          SPEAKER 3:  At the time because the token
18   in my mind, every single DEBT license that currently
19   is mining will be mining over $200 a day even though
20   it's only mining one.  Because I have a belief that
21   that token will pair with BNB.
22          SPEAKER 2:  Yeah, that's beautiful.
23          SPEAKER 1:  So --
24          SPEAKER 2:  I want one when they come back
25   in January.  Will you put me on the waiting list,
```

Page 60

```
 1   please?
 2          SPEAKER 1:  Yeah, the waiting list --
 3          SPEAKER 2:  (Crosstalk) --
 4          SPEAKER 1:  I have a question --
 5          SPEAKER 3:  Joe was in my office, and we
 6   were trying to launch DEBT with your ecosystem, by
 7   the way.  He just wasn't quick enough.
 8          (Laughter)
 9          SPEAKER 1:  So I have a question --
10          SPEAKER 5:  Well this is -- but it still
11   launched pretty quick.
12          SPEAKER 5:  It did launch pretty quick.
13          SPEAKER 3:  I was actually with a different
14   company.  You had listed who it was.
15          SPEAKER 2:  Okay.
16          SPEAKER 3:  And they strung me along and
17   they owed me a crapload of money.  And I said I don't
18   want to get in a long-term relationship with a
19   company that I don't need to.  And our ecosystem was
20   growing so fast.  They were supposed to launch our
21   product on November 6th.
22          SPEAKER 5:  How do you foresee the
23   relationship with -- okay, so this is a two-part
24   question.  So first question is trying to understand
25   if more and more awareness -- you said earlier that
```

Page 61

```
 1   there's a lot of nodes that are coming online right
 2   now.  So -- and because there's not a lot of -- of --
 3   I'm trying to remember the word that you used, but
 4   not a lot of liquidity.
 5          It's not liquidity, but it's fluctuating
 6   based on that $100,000 that's withdrawn that you're
 7   feeling it more right now.  I'm not sure exactly the
 8   word you used.
 9          SPEAKER 3:  I think right now, we're pretty
10   wide.
11          SPEAKER 2:  Okay, you're starting wide
12   where you don't feel it.
13          SPEAKER 3:  Yeah.
14          SPEAKER 2:  Here's my question, with the
15   awareness that's happening, my understand is more
16   awareness creates more demand.  Over time more demand
17   drives the value up, especially as we're pulling out.
18   But I guess we haven't really burned anything yet, so
19   my question is --
20          SPEAKER 3:  Ah.  But anything from what?
21          SPEAKER 2:  From the burn wallet.  From --
22          SPEAKER 5:  NATG.
23          SPEAKER 2:  From NATG.
24          SPEAKER 5:  Oh, NATG.
25          SPEAKER 3:  Just transactions alone burn --
```

Page 62

1    SPEAKER 2:  They start --
2    SPEAKER 3:  -- 1.8 billion token.
3    SPEAKER 2:  Okay.
4    SPEAKER 3:  From movement.
5    SPEAKER 2:  Why wouldn't that -- then why
6  wouldn't we see an uptick as more and more nodes are
7  coming online right now and the value?
8    SPEAKER 3:  People are not withdrawing from
9  their wallets like they should be.  Is it -- it's
10  the --
11    SPEAKER 5:  They're keeping it in the piggy
12  bank.
13    SPEAKER 3:  People have this psychological
14  thing in their head, and I keep trying to tell you
15  that 10 cents out of a dollar or 10 cents out of --
16  or 10 percent of 5 dollars, it's the exact same thing
17  when you move it.
18    SPEAKER 2:  Yeah.
19    SPEAKER 3:  When you freaking move it, my
20  wallet --
21    SPEAKER 1:  So it's moved?
22    SPEAKER 3:  -- is a target.  The mining
23  pools are our wallets.  I need people to withdraw the
24  dang token.
25    SPEAKER 2:  Which is crazy that we want

Page 63

1  to --
2    SPEAKER 1:  It does -- and put it in
3  their --
4    SPEAKER 3:  But people -- but people want
5  to see it.  And here's actually how somebody
6  explained this to me.  They're like, "But Jason, if I
7  take it and I move it to my other wallet, I can only
8  show people I'm trying to get involved 10 percent
9  less money than I'm making."  And then he says, "Well
10  you shouldn't you tell him the truth?"
11    (Laughter)
12    SPEAKER 2:  So you just want people to
13  withdraw the money -- because I'm holding all mine
14  right now in --
15    SPEAKER 5:  The piggy bank?
16    SPEAKER 2:  The piggy bank.
17    SPEAKER 1:  No.
18    SPEAKER 3:  Pull it out.
19    (Laughter)
20    SPEAKER 2:  So we need to start teaching
21  all of our people to do that?
22    SPEAKER 3:  Yes.
23    SPEAKER 1:  At what -- at what amount --
24    SPEAKER 2:  Okay.
25    SPEAKER 1:  -- would you say is the ideal?

Page 64

1    SPEAKER 3:  We lowered it from 500 to 250.
2  The reality is we may lower it again to try to get
3  more people to do it.  The -- in any ecosystem, you
4  got to understand, it doesn't matter if you're an
5  exchange, it doesn't matter if you're a new project,
6  these large wallets are targets for hackers.
7    It makes no sense for them to go hack Joe
8  or you.  It makes perfect sense to go hack one
9  wallet.  That piggy bank wallet is a target which is
10  why we actually change it out year over year.  We
11  physically integrate new wallets, new seed words.
12    We try our best, but understand if we get
13  hacked, they're not going after your wallet.  It's
14  not worth it.  They are going after my wallet.  The
15  lower we can keep that wallet time over time, daily
16  withdrawals would be fantastic --
17    SPEAKER 2:  Minimum weekly withdrawals to
18  your trust wallet.  Okay.
19    SPEAKER 3:  We are trying to look at
20  potentially having an opt-in function, and you can
21  set your automatic windows from daily to weekly.  And
22  then I force it out to you because I really do
23  want -- as long as it's at a threshold.  The reason
24  why we have to have 250 is we pay that transaction
25  fee.

Page 65

1    So I mean when people are taking it out, if
2  they physically took out $2, it may cost me $.33 for
3  $2.  We have -- in order to move our token right now
4  it costs, depending on if it's a prime part of the
5  day it's about $.33, if it's not prime it's about
6  $.07.  So I can have people pull out a dollar.  I end
7  up losing 33 percent of the transactional
8  (inaudible.)
9    But we're trying to find a happy medium to
10  get people their dang token out.
11    SPEAKER 2:  So essentially right now we're
12  just not seeing that movement even though the
13  awareness is coming online, because everyone's
14  holding their money.
15    SPEAKER 3:  Yep.
16    SPEAKER 2:  And -- and -- and because you
17  have a lot -- and because you have a lot of people
18  that ultimately don't want to sell because they
19  believe in the long-term --
20    SPEAKER 3:  Correct.
21    SPEAKER 2:  -- part of this project.
22    SPEAKER 5:  Leave it in your wallet.
23    SPEAKER 3:  Yeah, leave it in your own
24  wallet.
25    (Laughter)

Page 66

1    SPEAKER 2:  Yeah, but now -- now how does
2  people (sic), as it's coming online, we help create
3  the aware -- so the relationship with IX and DEBT,
4  the value that we bring to you is that we can create
5  and drive a lot of awareness overall, not just to
6  NATG but to these other project.
7    And that's where right now I think that we
8  understand NATG.  Like I have people asking, "Should
9  I buy GRW?"  I'm like, "I have no idea.  I don't
10  know.  I don't know anything about it."  "Should I
11  buy Gold?"  "I don't know.  But I see it on the
12  sites."
13    And so -- and I know that this is a new
14  relationship for us as well.  So -- so how do we
15  bridge that relationship so that we can bring you as
16  much value as possible?  And how do I sell it?  Like
17  should we be focused on NATG right now because that's
18  the -- the main focal point?  Or are there other
19  things we should be focused on?  Or --
20    SPEAKER 3:  So -- so this is a -- I hope I
21  don't step in it.  This is something that's -- it's a
22  trust but verify process that we've been going
23  through with IX if I'm being honest.
24    SPEAKER 2:  Yeah.
25    SPEAKER 3:  I -- I took a risk of getting

Page 67

1  into this space.
2    SPEAKER 2:  Because it's MLM.
3    SPEAKER 3:  He told me to.  His background
4  is --
5    SPEAKER 5:  I mean, I wouldn't go --
6    SPEAKER 3:  I have a different background.
7  My background is I can take this product into every
8  single-family RA office (phonetic) across this
9  country, and I can sell -- my average sales ticket,
10  guys, is $800,000.  My average purchaser is in for
11  about three quarter of a million.  My high purchasers
12  are in for 20 million.
13    That's my background.  That's where I'm at.
14  I go to funds.  I go to family offices that can sit
15  there and diversify these -- institutionalize.  I can
16  go to family offices that have 40,000 clients and
17  they can go ahead and move, you know, 10,000 nodes to
18  their 40,000 clients, and it's diversifying their
19  portfolios.  We're in the commodities sector.  The
20  problem with that is it centralizes all the nodes in
21  the United States.
22    SPEAKER 2:  It doesn't get everything
23  around the world.
24    SPEAKER 3:  It doesn't do what I'm trying
25  to do outside to third world countries.

Page 68

1    So Jake had this vision of saying if we
2  could bring a product into this space that is a real,
3  tangible commodities supported ecosystem that will
4  make money instead of sipping it down like juice.  I
5  am telling you that it's going to work.
6    I feel it's working right now, but I have a
7  lot of hesitations to this industry.  I just do.
8  Because everything I've ever known from finance, it
9  doesn't do -- it doesn't do what people say it will.
10  Does that make sense?
11    SPEAKER 1:  Yeah.
12    SPEAKER 3:  And it's like (inaudible) makes
13  a check, there's (inaudible.)
14    SPEAKER 1:  Yeah.  That's not a business I
15  typically invest in.  So I look at everything in an
16  investment proposition is what does it do for the end
17  consumer?  What does it do for me?  And is it a good
18  value exchange?  Is it a good exchange for value?
19  And I sat down with a lot of companies, if I'm being
20  honest with you, and we get approached daily.
21    SPEAKER 2:  Oh, I would imagine, yeah.
22    SPEAKER 3:  And I had a previous
23  relationship with a company, XYZ, and I couldn't get
24  past the the (inaudible) if I'm being honest.
25    SPEAKER 1:  The what?

Page 69

1    SPEAKER 2:  Ethics.
2    SPEAKER 1:  Oh.
3    SPEAKER 2:  Imagine that.
4    SPEAKER 3:  And everything --
5    SPEAKER 1:  Yeah that's (crosstalk) --
6    SPEAKER 3:  -- every time I went into a
7  meeting, I was trying to give more value to the end
8  individual.  They saw that as a way to take more
9  value out.  And I basically said, I'm not doing it.
10    I've known Brian for a number of years.  He
11  actually is really good friends with one of my
12  partners in this project; they've had about a 10-year
13  relationship.  And one of my investors introduced me
14  to another individual that go me to Joe.  I actually
15  turned down the meeting for the first three days, and
16  finally convinced me to just sit down with him.
17    He's new, he's different, he likes this
18  community, he'll do it.  I said, great.  If I hear
19  one red flag come out of this meeting, I'm probably
20  just going to the RA offices.  And he told me about a
21  story about how he got started, how he wanted to give
22  back to the community.  And he actually was honest
23  and showed me what he actually was making versus what
24  he was giving.
25    And I said, okay, we're going to try it,

Page 70

1    but I want to meet people.  So we actually flew to
2    South Africa on our dime to look.  I'm in Accra all
3    the time, no big deal, we'll do it.
4         We had a couple meetings there as well, and
5    the energy that surrounded it -- I walked out, and I
6    said, "Joe, you have no idea.  You're going to sell
7    $200 million in product."  He looked at me like I'm
8    crazy.  I said, "Joe, you're going to sell $200
9    million in product."
10        And over the next week I think he had a
11   little bit of fog.  I look at Jake and (inaudible.)
12   And he gave me a commitment, and it was low.  And I
13   said, "If you hit it by July 1st, you'll never have
14   to worry.  I'll give you exclusive for this
15   industry."  He hit it in the first --
16        SPEAKER 2:  Two weeks?
17        SPEAKER 3: -- 27 days.  I gave him 90.  27
18   Days.  And, you know, I think he's still trying to
19   get some logistical things done with the company.
20   That's a lot of growth very quickly.
21        SPEAKER 1:  Yeah.
22        SPEAKER 3:  Very.
23        SPEAKER 5:  And we're trying to integrate
24   our system with his and there are some challenges
25   there that (crosstalk) --

Page 71

1         SPEAKER 3:  It's not that we don't want to
2    launch everything, which gets to the story of what
3    you're (inaudible).  It's not that we can't launch
4    everything with IX, it's a -- it's a growing pain.
5    This week I think will be a huge one for customer
6    service to say one of the major integration issues is
7    now solved.
8         And we're trying to basically dig through
9    customer service and get through that.  We try to get
10   back to everybody in 24 hours.  It's really easy when
11   it's 200 people, it gets a little harder when you
12   guys are taking this many people in my ecosystem, as
13   quick as it is.
14        SPEAKER 2:  Are a lot of people calling you
15   for customer service?  Or are people --
16        SPEAKER 5:  It's India -- India people.
17   We --
18        SPEAKER 2:  All right.
19        SPEAKER 5:  So when the first week we
20   launch is even like a -- a week before you guys even
21   heard about it is we were doing things (inaudible) --
22   and it's kind of his fault as well.  Because they
23   told me they were going to mine on May 1st, and they
24   launched on April 20th.  And so I was scrambling.
25   This gave us a week --

Page 72

1         SPEAKER 2:  I was launching my stuff on --
2         (Laughter)
3         SPEAKER 3:  It doesn't matter.
4    Participate.
5         (Laughter)
6         SPEAKER 5:  But I knew that the first
7    miners had come on and the projects were going to be
8    generating 30, 40 -- in the beginning they were
9    generating a lot of token per day.  So there was a
10   lot of token accumulation for my key people in the
11   first week, in the first day.
12        SPEAKER 5:  First 10 days?  Yeah.
13        SPEAKER 5:  Yeah, it was -- so I didn't
14   want to wait 10 days to get people involved
15   because -- anyways.  So that's what all the --
16        SPEAKER 3:  Yeah.
17        SPEAKER 5:  (Crosstalk) --
18        SPEAKER 3:  So I'll -- I'll take the blame.
19   It's fine.  But it's tech -- it's integration --
20        SPEAKER 2:  Do you feel good about this
21   partnership?
22        SPEAKER 3:  I do.
23        SPEAKER 5:  Yeah.
24        SPEAKER 2:  So we have -- we've got stories
25   similar to everybody else.  Horror stories, battle

Page 73

1    stories, wounds from people that we all know --
2         SPEAKER 1:  Oh my god.
3         SPEAKER 3:  Let me be bluntly honest.  If
4    Joe ever walks away, I will never be involved in
5    (inaudible) company again.
6         SPEAKER 1:  Yeah.
7         SPEAKER 2:  We are looking -- so we have
8    not fully partnered with Joe.  We're here for several
9    reasons:  My respect for Joe and what he's
10   accomplished and who he is, my respect for Brian --
11   I've just known Brian for a long time, Brian Robear
12   (phonetic), and because of the situation that we are
13   currently in with a company that is owing us a lot of
14   money and just flat out stopped paying us.
15        And so we're trying to decide what our next
16   move is.  We've actually talked about starting our
17   own company, we've talked about -- but I know what
18   I'm good at, and I know I can sell the hell out of
19   this.  I just need to know that it's going to be
20   there in three months, or six months.
21        Because here in the US, he doesn't have
22   another viable product yet that allows us to be able
23   to -- to continue to do what we do.  And so I just
24   need to know that it's secure, the relationship, and
25   that we will have other things to sell beyond NATG.

Page 74

1         And that we'll have the resources and
2  availability to be able to learn and have access at a
3  level that maybe not everybody will.  But we will
4  also be ones that will far exceed anyone's
5  expectations of how we -- how much we will go sell.
6         SPEAKER 3:  So rest assured, the
7  relationship is strong.  I typically -- bluntly
8  honest, I had five phone calls last week.
9         SPEAKER 2:  Oh I heard -- yeah, I heard.
10       SPEAKER 1:  Brian (crosstalk) --
11       SPEAKER 2:  With one of our mutual friends?
12       SPEAKER 3:  And I physically called Joe on
13  every single one of them and I said, "If you would
14  like to do a deal?  Great.  Want to go through the
15  leaders?  Great.  Don't care.  But I'm giving him
16  your number."
17       SPEAKER 2:  Okay.
18       SPEAKER 3:  I have so much stuff to do with
19  getting the projects to a place where it's getting
20  the best value.  I am much better off out at more oil
21  extraction companies talking about our tech than
22  dealing with the headache of integrating with another
23  company.
24       SPEAKER 2:  Yeah.
25       SPEAKER 3:  Joe and I have a good

Page 75

1  relationship.  I think we started this on a $20
2  million handshake.  I bet everything I said I would,
3  I told him I would, I will continue that.  I do
4  business deals with the old fashioned ways, it
5  doesn't always work well.
6       SPEAKER 2:  Trust me, we know.
7       SPEAKER 3:  But I can also tell you it's
8  their loss.
9       SPEAKER 1:  Yeah.
10       SPEAKER 3:  So --
11       SPEAKER 2:  I like that.  That's
12  actually --
13       SPEAKER 1:  I feel like you've done that --
14       SPEAKER 2:  You just said something that
15  just hit me right --
16       SPEAKER 1:  -- how many times -- we've done
17  that --
18       SPEAKER 2:  -- I needed to hear that today,
19  actually.
20       SPEAKER 1:  Yeah.
21       SPEAKER 2:  That was good.
22       SPEAKER 1:  Yeah.
23       SPEAKER 3:  It's (crosstalk) --
24       SPEAKER 2:  I like that.
25       SPEAKER 1:  I know.

Page 76

1         SPEAKER 3:  So you got to look at it from a
2  perspective of relationships.  And I do (inaudible)
3  business, and I believe I bring value.  I bring
4  people big value, or we wouldn't be together.  If I
5  get my (inaudible), it's their loss.  I brought my
6  value.
7         And I think Joe has now known me not that
8  long. 60 Days --
9       SPEAKER 5:  Yeah.
10       SPEAKER 3:  -- roughly.  But Brian goes back
11  a long time with me.
12       SPEAKER 2:  Robear?  Or --
13       SPEAKER 3:  (Inaudible)
14       SPEAKER 2:  Okay.
15       SPEAKER 1:  Oh, yeah.
16       SPEAKER 3:  A very long time.  My business
17  partner and him I think probably have over a
18  12-year --
19       SPEAKER 5:  When I was at Ryan's house, Roy
20  would go over with all the palladium and the diamonds
21  and --
22       SPEAKER 1:  Oh, yeah.
23       SPEAKER 2:  Yeah, he was (crosstalk) --
24  (Simultaneous discussion)
25       SPEAKER 5:  He was showing me -- and I

Page 77

1  don't know if you guys still have it.  Roy probably
2  has it, but he was showing me the exactly -- the
3  scans for all the gold and the veins and everything.
4  So it was pretty cool.
5       SPEAKER 5:  And we've been working on
6  getting those published for everybody.
7       SPEAKER 3:  It's -- it's a very -- so we
8  actually publish -- we work with Western Oil.  Fun --
9  fun story.  So Western Oil has two taps:  Number one
10  is we are a royalty provider, we provide them scans.
11  We get a royalty for that.  We don't own any part of
12  the operation.  Does that make sense?
13       SPEAKER 2:  Are they on your DEBT Council
14  at all in any capacity?
15       SPEAKER 3:  They are as an advisor for the
16  industry.  Because I believe it's good to have checks
17  and balances in the relationships.  So we typically
18  give each individual extraction company a -- a non-
19  voting visibility because I like them talking to each
20  other.
21       But I like having people that are in the
22  industry, but I am not.  I'm in finance.  I know
23  numbers.  I can tell you if you're lying to me or not
24  by your financials.  But I can't tell if you have oil
25  down there based off of what you're doing or what you

Page 78

1  hit before or if you know how to drill.  You put 10
2  drillers in a room, trust me, they're going to weed
3  out the person that doesn't know how to drill.
4        And so I do it more for a synergistic, but
5  I like them being a part of the community.  They are
6  node holders.  A lot the scans, when they see what
7  we're doing, they buy a lot of nodes.  They want to
8  (inaudible), but they do it for a different reason.
9        Why would one oil producer not want to
10  benefit off of the co-op of everybody?
11        SPEAKER 2:  Yeah.
12        SPEAKER 1:  Yeah.
13        SPEAKER 3:  It's a way for them to
14  diversify their risk.  And so when they see the fact
15  that we've got Archer, we've got Purdy, we've got
16  Western Oil in the room.  They look at it and say,
17  "Oh, I know your (inaudible) good.  I'd like to get a
18  piece of it."
19        How do they do that?  They become part of
20  the node network.  It weeds out a lot of the
21  underwriting of the projects.  Who does the
22  underwriting?  The DEBT Council.  Who's sitting on
23  the DEBT Council?  They can look at the longevity of
24  everything.
25        I'm good with numbers.  I'm good -- someone

Page 79

1  can lie to me, but their number will pan it out
2  eventually.  Eventually you're going to get through
3  the BS.  But oil is something if you don't know how
4  to get it -- it doesn't matter if you have it.  If
5  you can't get there, it means nothing.
6        So there are actually two operations in
7  Texas right now where we're running into this
8  particular problem.  I love the property; the scans
9  are amazing.  I don't trust the driller.  So I put
10  him in a join venture with two drillers I do trust
11  and they're doing the projects together.  So I bring
12  them online --
13        SPEAKER 2:  Holds each other accountable.
14        SPEAKER 3:  One holds the other
15  accountable -- or one brings the experience.  Does
16  that make sense?
17        SPEAKER 2:  Yeah.
18        SPEAKER 3:  So it's good to kind of formula
19  (phonetic), so yes.  The answer is yes, and that is
20  the reason why we do it.  Joe will be invited to DEBT
21  Council so he can kind of see the inside workings of
22  what we do.  He's moved enough product; he deserves
23  that seat.
24        More than anything, I think he likes to go
25  through.  The biggest problem we have with your space

Page 80

1  is no one knows how to keep secrets.
2        (Laughter)
3        SPEAKER 2:  There's no such thing.
4        SPEAKER 1:  There is no such thing.
5        SPEAKER 2:  It's a secretive network
6  (inaudible) you know that saying.  Right?
7        SPEAKER 3:  Yeah.
8        SPEAKER 1:  Oh my god.
9        SPEAKER 3:  So when we start talking about
10  projects --
11        SPEAKER 2:  Carbon or things like that?
12        SPEAKER 5:  I don't say anything.  I ask
13  you guys to share it and you (inaudible.)
14        SPEAKER 2:  Well you just got to tell me
15  what we can and can't share.
16        SPEAKER 3:  Those -- I don't like to talk
17  about future projects (crosstalk) --
18        SPEAKER 2:  Like Drip or Carbon or things
19  like that.  Okay.
20        SPEAKER 3:  The reason for it I'm not sure
21  what we have.  I don't want anybody -- so the biggest
22  problem, NatGas actually got talked about before we
23  were done with our hype with BlackGold.  It got
24  talked about so much that I had to release it before
25  I really wanted to.

Page 81

1        SPEAKER 2:  Yeah.  Okay.
2        SPEAKER 3:  Because --
3        SPEAKER 2:  These people stopped buying
4  BlackGold (crosstalk) --
5        (Simultaneous discussion)
6        SPEAKER 2:  So what do we want to be
7  selling right now?  You want our focal point on NATG
8  at this point?  Would I -- in my position, should I
9  be driving that particular right now?
10        SPEAKER 3:  You can -- you can sell any one
11  of our projects that we currently have.  I know that
12  Joe went out I think into Grow.
13        SPEAKER 5:  (Inaudible.)
14        SPEAKER 3:  To the network.  It has been
15  the fact that our (inaudible) available to his
16  network.  It's more the fact that we want to
17  integrate one from --
18        SPEAKER 5:  We want to --
19        SPEAKER 3:  One --
20        SPEAKER 5:  Like we got to finish our
21  integrations as well so now we're scale -- because
22  right now we're --
23        SPEAKER 3:  It's (crosstalk) --
24        SPEAKER 5:  -- kind of -- it's semi-
25  automatic with what we're doing right now.  But we

Page 82

```
 1    want to get it to where it's scalable to where we can
 2    put in 1,000 orders a day and the system does it
 3    instead of having to go through and manually --
 4         SPEAKER 2:  You know what you need is a guy
 5    that can really understand and develop a sales
 6    platform for every single one of these things and
 7    knows them inside and out, that could then go train
 8    all your salespeople to go knock it out of the park.
 9    I know a guy that could do that pretty well.
10         (Laughter)
11         SPEAKER 3:  So NatGas, yes.
12         SPEAKER 2:  Focus on that, is that the best
13    buy right now would you say?
14         (Laughter)
15         SPEAKER 2:  If I've got money I'll invest
16    right now, what should I buy?
17         SPEAKER 3:  BlackGold.
18         SPEAKER 2:  Really?
19         SPEAKER 3:  Yeah.
20         SPEAKER 2:  You think BlackGold is
21    (crosstalk?)
22         SPEAKER 1:  You think Gold's at the --
23    the -- what do you call it?  On the dollar, and the
24    dollar's going to tank anyways.
25
```

Page 84

```
 1         SPEAKER 3:  Does that make sense?
 2         SPEAKER 2:  Yeah.
 3         SPEAKER 1:  Yeah.
 4         SPEAKER 3:  Which is going to make the
 5    price go -- I believe will be over $25,000 on that
 6    license and still be of value.
 7         SPEAKER 2:  Do you still -- do you get to
 8    the sales floor?  Is that how you're moving them on
 9    your end?  Or is it just all online, virtual word of
10    mouth now?
11         SPEAKER 3:  I started this with four
12    people.
13         SPEAKER 2:  Yeah.
14         SPEAKER 5:  In this room.
15         SPEAKER 2:  Who were the guys that were
16    doing the -- 12-minute overview we sent you last
17    night?
18         SPEAKER 3:  Understand, I didn't know they
19    existed.
20         (Laughter)
21         SPEAKER 2:  I'm like -- I thought they had
22    to be your guys.
23         SPEAKER 3:  No.
24         SPEAKER 2:  Especially like the -- okay, so
25    I was trying to find a short explanation that
```

Page 83

```
 1         (Simultaneous discussion)
 2         SPEAKER 1:  You like it's the -- what's it
 3    called?  The -- maybe it's not.  I don't know.  What
 4    is -- I'm asking what is it?
 5         SPEAKER 3:  Here's why --
 6         SPEAKER 2:  BlackGold --
 7         SPEAKER 3:  BlackGold to the public right
 8    now is over $17,000.  Joe has locked in a price for a
 9    limited number of them and still has them in his
10    inventory.  He hasn't sold them.  He hasn't sold them
11    because his network isn't used to spending the $6,000
12    price point.
13         SPEAKER 1:  Yeah.
14         SPEAKER 3:  The reality is those license
15    should not be in his account (crosstalk) --
16         SPEAKER 2:  At 6,000.
17         SPEAKER 3:  -- (crosstalk) thousand dollars.
18         SPEAKER 1:  Oh, we need one.
19         SPEAKER 3:  We have -- we did about $7
20    million in sales to (inaudible) groups.  You
21    understand we have three exploratory companies that
22    are coming online, they all want nodes.  How do they
23    buy them?  They buy them from me.  I'm not telling
24    them that Joe has them for $6,000.
25         (Laughter)
```

Page 85

```
 1    explains NATG --
 2         SPEAKER 3:  And it was wrong.
 3         SPEAKER 2:  -- that didn't -- that wasn't so
 4    MLM-y --
 5         SPEAKER 1:  (Crosstalk) --
 6         SPEAKER 2:  -- because we have a lot of
 7    people that maybe don't want to participate in the
 8    MLM but that just want to buy.  Right?  So you still
 9    want to take advantage of --
10         SPEAKER 3:  (Crosstalk) John's actually
11    reaching out.  We're going to have him redo it.
12    Right?
13         SPEAKER 2:  No but at first -- I almost
14    didn't get through the first 60 seconds -- I'm like,
15    you know, the whole first 60 second thing.
16         SPEAKER 5:  La la la la --
17         SPEAKER 2:  I'm like --
18         SPEAKER 5:  Did you watch it?
19         SPEAKER 2:  I'm like umm -- I almost turned
20    it off, but then it kind of like entertained me
21    enough to keep me there.  And then I ended up liking
22    that they actually did it.  But then they -- their
23    explanation of it all is like, well, this is great.
24    So I've been sending that out.  And he goes, This is
25    wrong.
```

22 (Pages 82 to 85)

Page 86

```
 1            SPEAKER 5:  This is wrong.
 2            SPEAKER 2:  But half the people don't
 3   understand and it's just enough to build value.  So
 4   we need one of those.
 5            SPEAKER 5:  It's not totally wrong.
 6            SPEAKER 5:  Yeah, just a little -- yeah.
 7   (Crosstalk) --
 8            SPEAKER 2:  I hope to be able to -- if I
 9   can come out publicly, then I hope to be able to
10   create some of that -- a lot of that stuff that'll be
11   out there.
12            SPEAKER 3:  Please work with me to make
13   sure it's correct.
14            SPEAKER 1:  Yeah.
15            SPEAKER 2:  That's what I want --
16            SPEAKER 1:  Yes.
17            SPEAKER 2:  That's what I want to do is
18   understand it at that level so that I can -- I can
19   start creating a lot of videos like that.
20            SPEAKER 3:  So -- so the truth of the
21   matter is our network has done something that we were
22   way -- well under the radar.  Okay?  In seven months
23   I have huge accomplishments that we have pulled off.
24   Our projects have created an over $20 billion market
25   cap in under seven months.
```

Page 87

```
 1            SPEAKER 2:  Is it true you've created a
 2   millionaire every so -- so many days?
 3            SPEAKER 3:  Over 200 in the last seven
 4   months.
 5            SPEAKER 2:  Since November 8th.
 6            SPEAKER 2:  So it really is every three
 7   days you've created a millionaire in this ecosystem.
 8            SPEAKER 3:  The ecosystem has.
 9            SPEAKER 2:  What --
10            SPEAKER 3:  It's never been done.
11            SPEAKER 2:  We probably have to head to the
12   airport fairly soon.  I wish I had a little more
13   time.  I want to ask this one question, as an
14   investor -- and this is stuff -- I know you can't
15   give investors advice.  So we'll put that disclaimer
16   out there.
17            Is there a strategy to -- you know you hear
18   all these different strategies.  And it's like some
19   people say you got to take profits along the way.
20   It's just part of the process.  And some people say
21   no, you got to hold and play the long game.  Like
22   what's the -- like is there a recommendation for
23   somebody like me -- if it was me or Joe.
24            SPEAKER 3:  Let me tell you -- let me tell
25   you in a -- in a general rule of thumb.
```

Page 88

```
 1            SPEAKER 2:  Okay.
 2            SPEAKER 3:  It doesn't matter the strategy,
 3   as long as you stick with it.  It's staying
 4   consistent on an investment strategy that will get
 5   (inaudible.) It's when you start changing stuff on
 6   the whim that will ruin you.  I do believe taking
 7   profits off the table is smart.  But I believe there
 8   is a time to start that.
 9            SPEAKER 2:  Is it a year down the road?
10            SPEAKER 3:  I look at every investment,
11   whether I invest in a company or I invest in a stock,
12   taking profits tomorrow doesn't make any sense.  I
13   took the money I put there.  I'm a long-term
14   investor.  Typically it's about 12 months, I'll do my
15   evaluation.  I start that, and then I take it off on
16   a quarterly basis.
17            And when do I stop staking it off on a
18   quarterly basis?  When I'm dealing with the house's
19   money.  So if a stock is in 12 months, I can see that
20   the value proposition for me, is I can recoup my
21   capital over the course of a two-year period on a
22   quarterly basis, I will start taking that off.
23            And in two years I look at it, and say
24   great, I've got all my initial capital back, it's a
25   36-month investment, and I can invest it again.
```

Page 89

```
 1            But what do I still have here?  I have all
 2   of it working for me, it's going, it's running, it's
 3   free.  It's the value proposition.  Crypto moves
 4   faster than anything I have ever seen in my life.
 5   Understand, running a hedge fund if I could continue
 6   doing between 12 and 15 percent a year, I was a god.
 7            I did very well.  We paid our investors
 8   nine.  I never had (inaudible) investor upset at
 9   nine.  Based off of what I could get above the line,
10   they shared in anything over 12.  But I got from 9 to
11   12.  If I didn't hit 12, guess what, they still got
12   their damn 9.  So I made us money.
13            So this, I've never heard of 50, 60,000
14   percent types of returns until I got involved in
15   crypto.  I am a breed (phonetic), I bought crypto
16   very young.  In not my age, in the project.  Bitcoin
17   $135 a coin was phenomenal, and I was a genius in the
18   office until we sold it for 540.  And I said, we did
19   amazing.  And we all -- we all (inaudible) --
20            (Laughter)
21            SPEAKER 2:  Oh my god.
22            SPEAKER 1:  (Crosstalk) Ethereum.
23            SPEAKER 2:  Yeah, I did -- we were mining
24   Ethereum -- well you know.  You guys probably -- you
25   know best, Steve.  So -- back when were mining
```

23 (Pages 86 to 89)

Page 90

1    Ethereum was it was 80 bucks a coin until that thing
2    fell apart.
3            SPEAKER 3:  So you go back in history, and
4    you realize we were the first fund to put a nine-
5    figure investment in Bitcoin at $135 a coin.  Take
6    money as you go, right?  It's one of those things.
7    And then we look at it and we 5X anything and we get
8    the hell out.  And we're like made money.
9            Until it went to 1,000.  And then it was
10   set to 2,000.  We did the same thing when it
11   basically went from 20,000 back down.  We reallocated
12   our resources back that direction between $2,700 and
13   $3,500 a coin.  I will never sell for new Bitcoin
14   again a day in my life.
15           It's just my -- it's my whole period.  It's
16   going to my kids.  It's -- I put money in there that
17   I will never need in my life.
18           SPEAKER 2:  You believe in it that much
19   that it's not -- it's bearable.
20           SPEAKER 3:  For me it's not about day-to-
21   day.  I don't care if it goes from 60 to 30.  I don't
22   care if drops back down to 10.  Why?  I'm not selling
23   it anyway.  It doesn't matter.  I've changed my
24   mindset off of it.
25           And so I don't look at it, sometimes it's a

Page 91

1    little nerve racking to do that.  So I just try not
2    to look at it as much as possible.
3            (Laughter)
4            SPEAKER 3:  I actually put in a cold
5    storage wallet so it's not readily available to look
6    at.  And I just have to do the calculation in my head
7    based on how many tokens are there and just kind of
8    (inaudible).
9            SPEAKER 2:  Well if you look at something
10   even like the dollar, if you just kept that money --
11   I mean, the dollar's lost what 86 percent of its
12   value in 50 years, 40 percent since 2020.  I mean so
13   if you believe that blockchain is the future, then
14   why wouldn't you put at least a good amount of your
15   money in blockchain to hedge the dollar anyways based
16   on -- is that bad thinking?
17           SPEAKER 3:  No. you're thinking like every
18   fortune 500 company right now trying to get into this
19   space, which is why I believe in it more today than
20   anything else.  You look at all these companies,
21   Microsoft has actually been acquiring Bitcoin even
22   though you have some harsh advocates against it.
23           The reality is they still are investing in
24   it.  And it really -- it peeves me when you see
25   companies doing things different than what the

Page 92

1    founders are saying that they believe in.  Elon Musk
2    is a different breed.  He has come out and publicly
3    said what he's going to do, but even he changes the
4    winds.  And as he changes the winds, the market
5    drops.  What is he doing?
6            SPEAKER 2:  He keeps building his overall
7    portfolio.
8            SPEAKER 3:  Eventually the little three
9    letter agency, SEC, is going to be knocking on his
10   door.
11           SPEAKER 2:  I mean, come on.  He's gone --
12   he's the richest man in the world because he just
13   keeps manipulating these coins and buying low and
14   selling high.
15           SPEAKER 3:  Eventually.  If I tried that
16   crap --
17           SPEAKER 2:  Yeah, you'd be --
18           SPEAKER 3:  -- I'd be dead.  So, you know,
19   I'd just have stripes for a few years.  So I don't
20   understand how he gets away with it.  But right now
21   he's been able to.
22           SPEAKER 2:  Same way Nancy Pelosi buys --
23           SPEAKER 1:  Yeah.
24           SPEAKER 2:  -- buys low and --
25           SPEAKER 3:  Well, he has his company that

Page 93

1    he doesn't have the voting shares of anymore do it.
2    So he basically pisses his opinion out of what he
3    wants, but he's not the one -- he's not the physical
4    one doing the activity.
5            SPEAKER 2:  That's crazy.
6            SPEAKER 3:  So anyway.  But long story
7    short, I believe these are long-term hold projects.
8    I believe these projects are great for the cash flow
9    mechanisms for mailbox money.  I think it's the true
10   definition of mailbox money.  I can't tell you how
11   much money's going to show up in your mailbox, but I
12   can tell you tomorrow you're going to have some.
13           This -- this is a different breed than the
14   very mining I was -- I was a huge Bitcoin miner and
15   Ethereum miner.  Problem with the equipment is it
16   burns out.  Problem with the equipment is it's
17   expensive.  Problem with the equipment is it costs a
18   ton of money to operate and store and facilitate.
19           Bitcoin mining operations ranged from about
20   $3 million to $20 million for us.  Our power bills
21   were half a million dollars a month.  Works great
22   until (inaudible).
23           SPEAKER 2:  Yeah.
24           SPEAKER 3:  Works great until the next hash
25   rate machines come out and you realize you got to go

24 (Pages 90 to 93)

Page 94

1  from starting at S-9, we got out at S-7 -- you know,
2  we actually went S-19 (inaudible) by the time we were
3  finally saying this is over with.  We had an 18-month
4  span on the equipment, and the problem is by the time
5  you take all your costs and expenditures and
6  everything down, this is more profitable.
7          You want to mine Bitcoin?  Here's a dirty
8  little secret.  You use the DEBT Box, and you look at
9  the $5 you make off of a one-time license fee with
10 hardware that never goes away and convert that into
11 Bitcoin, it's the most profitable Bitcoin miner
12 you've ever been in existence.
13         SPEAKER 2:  Just keep buying Bitcoin with
14 what you're making on --
15         SPEAKER 5:  You'll be more profitable than
16 any miner out there.
17         SPEAKER 3:  More profitable than any miner
18 on the face of the planet with Bitcoin or Ethereum.
19         SPEAKER 2:  Because Bitcoin's just going to
20 keep going up and up and up over time.
21         SPEAKER 5:  The equipment's too expensive.
22         SPEAKER 3:  Everybody wants to --
23         SPEAKER 2:  Oh, because --
24         SPEAKER 5:  Because if everybody's -- you
25 can't get into that game.

Page 95

1          SPEAKER 1:  Oh, you can't get in
2          SPEAKER 2:  Interesting thought
3          SPEAKER 5:  But even right now, I mean the
4  S-19s were creating three bucks a day, four bucks a
5  day --
6          SPEAKER 3:  Three bucks a day for an item
7  that cost $8,000
8          SPEAKER 5:  That's hosted somewhere else
9  that can go down anytime
10         SPEAKER 2:  Well I hear what you're
11 saying --
12         SPEAKER 1:  No, no, no  I was going to
13 until you remind me   Because I -- I -- lately, I
14 just kind of forget some stuff  I just want to not
15 forget something that I have in my head   And it's
16 like one of those things that might be a dumb thing
17 to say, so I don't want to say it --
18         SPEAKER 3:  No, go ahead
19         SPEAKER 1:  -- because that's the way --
20 okay  So you know we were talking --
21         (Hip-hop music)
22         (End of https-www youtube com-watch-v-
23 Omgno10Wi9A-Apr-21-23-10-22-39-GMT-0400-(EDT)_0 mp4 )
24             * * * * *
25

Page 96

1              TRANSCRIBER'S CERTIFICATE
2
3  I, Kevin Collins, hereby certify that the foregoing
4  transcript is a complete, true, and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of:
7
8  DIGITAL LICENSING, INC
9  https-www youtube com-watch-v-Omgno10Wi9A-Apr-21-23-10-
10 22-39-GMT-0400-(EDT)_0 mp4
11 SL-02891-A
12 450053-SL
13
14         _____
15            Kevin, Collins, Transcriber
16
17
18
19
20
21
22
23
24
25

**A**

ability 3:11
able 7:19 28:13
  29:25 32:2
  40:22 41:1,8,13
  58:5 73:22 74:2
  86:8,9 92:21
access 6:21 7:4
  57:18 74:2
accessible 6:24
  7:21
accomplished
  73:10
accomplishme...
  86:23
account 55:16
  83:15
accountable
  79:13,15
Accra 70:2
accumulate
  28:13
accumulating
  27:9
accumulation
  72:10
accurate 96:4
acquiring 91:21
acreage 15:11
acronym 7:1
activity 93:4
actor 22:18
actors 52:20 57:7
  57:8
actual 10:13,14
  12:4 45:22
add 7:23 55:14
add-on 57:20
adding 8:15
additional 7:24
advantage 28:12
  85:9
advice 87:15
advisor 77:15
advocates 91:22
Africa 44:8 70:2
age 89:16
agency 22:17
  92:9

agricultural 49:2
Ah 61:20
ahead 48:8 67:17
  95:18
airport 87:12
alive 25:6
allocated 4:9 9:5
  48:20
allow 57:13
allows 73:22
amazing 79:9
  89:19
Amazon 20:19
  21:13 22:20
America 22:7
amount 3:21,23
  14:8,8 26:19
  27:5 29:10,10
  40:9 42:18
  48:16 63:23
  91:14
amounts 54:5
and/or 4:6
anniversary 38:1
answer 79:19
anybody 23:23
  38:5 50:14
  80:21
anymore 12:6
  53:25 93:1
anyone's 74:4
anytime 41:18
  95:9
anyway 42:23
  90:23 93:6
anyways 2:16
  16:14 72:15
  82:25 91:15
apart 90:2
app 55:16,19
Apple 18:2
approached
  68:20
April 71:24
arbitrage 11:6
arbitraging
  26:22
Archer 78:15
area 35:7 54:4

areas 22:5,8
arena 35:8 48:25
Arizona 24:8,8
articulate 2:17
asked 59:6
asking 66:8 83:4
assuming 25:19
assured 74:6
attached 10:12
  10:13
attorney 43:20
attorney's 34:14
attractive 2:11
audio 2:8 20:25
  40:17 48:24
audited 43:21
automated 57:2
automatic 17:13
  18:1 64:21
  81:25
availability 74:2
available 3:21
  4:5 10:25 59:8
  59:9,10 81:15
  91:5
average 49:8
  67:9,10
aware 66:3
awareness 60:25
  61:15,16 65:13
  66:5
awesome 2:25
  50:2
AWS 23:1
Azure 22:23

**B**

back 5:25 7:16
  11:25 18:13
  25:21 26:13,16
  26:18 27:23
  30:1 33:19
  34:14 37:23
  39:24 40:3,11
  40:14 41:11,18
  43:22 44:24
  59:24 69:22
  71:10 76:10
  88:24 89:25
  90:3,11,12,22

backed 41:10
background 67:3
  67:6,7,13
bad 48:7 52:20
  57:8,8 91:16
balances 77:17
ban 25:8
bank 8:18,19
  55:10,12,15
  62:12 63:15,16
  64:9
Banks 40:11
barrels 46:1,3,10
based 3:20 13:14
  13:19,21 14:1
  14:11 37:14
  42:7 43:11 49:4
  49:16 59:14
  61:6 77:25 89:9
  91:7,15
basic 34:16
basically 3:16
  4:13,17,19,23
  9:8,21 10:3
  18:1,20 20:22
  24:23 29:1,13
  37:11,12,13
  40:15 41:23,24
  45:3 49:11,22
  56:16 69:9 71:8
  90:11 93:2
basis 3:13 53:3
  88:16,18,22
batteries 41:4
battery 41:5
battle 29:23
  72:25
bearable 90:19
beautiful 57:4
  59:22
becoming 2:13
bedrock 15:5
  16:20
beginning 72:8
belief 59:20
believe 5:4 7:20
  13:15 29:3
  36:12 54:3
  65:19 76:3

77:16 84:5 88:6
  88:7 90:18
  91:13,19 92:1
  93:7,8
benefit 78:10
benefits 50:9,18
best 3:14 9:19
  13:15 64:12
  74:20 82:12
  89:25
bet 58:20 75:2
better 14:20
  17:14,16,21
  18:3,5 23:22,24
  32:2 56:21
  74:20
beyond 73:25
BGLD 32:18
big 14:23 32:13
  42:6 56:14 70:3
  76:4
bigger 35:20
biggest 51:5
  52:15 79:25
  80:21
billion 50:3 62:2
  86:24
bills 93:20
Binance 12:6,9
  12:11,16,16,20
  12:21 13:10,12
bit 2:9,9 20:11
  25:18 70:11
bitcoin 33:18,19
  33:20,21 89:16
  90:5,13 91:21
  93:14,19 94:7
  94:11,11,13,18
Bitcoin's 94:19
Black 12:12
BlackGold 12:12
  12:14,15 30:7
  30:20 31:5,16
  32:10 57:15
  80:23 81:4
  82:17,21 83:6,7
BlackGold's
  31:19
blackout 24:9

**blackouts** 22:11
22:13
**blame** 72:18
**bleed** 16:3
**block** 7:24 22:16
24:21 47:25
**blockchain** 8:4
8:24 9:13 24:20
36:9,13 44:18
44:21 45:8
48:25 49:12
55:21 91:13,15
**blocks** 7:22
**blows** 15:10
**bluntly** 73:3 74:7
**BNB** 13:1,9,10
30:8,9 59:21
**bought** 11:9,9
27:7 39:16,22
58:15 89:15
**box** 21:2 22:21
94:8
**boxes** 20:23
22:16,16 23:7
23:24
**break** 13:4
**breed** 89:15 92:2
93:13
**Brian** 20:4 69:10
73:10,11,11
74:10 76:10
**bridge** 66:15
**bring** 7:16 54:5
66:4,15 68:2
76:3,3 79:11
**brings** 25:20
27:23 79:15
**brought** 76:5
**BS** 79:3
**bucks** 11:10,18
54:6,11 90:1
95:4,4,6
**build** 22:16 41:15
86:3
**building** 92:6
**built** 9:21
**bullion** 4:7 6:1,2
**burn** 6:13 37:1
37:11 46:15

51:18 52:6
53:13,18 61:21
61:25
**burned** 39:23
61:18
**burning** 37:21
51:20,21 53:14
53:15,15,16,16
53:17,17
**burns** 37:23,24
37:24 46:22
93:16
**business** 35:11
40:16 41:6
43:25 45:11
68:14 75:4 76:3
76:16
**buttons** 31:24
**buy** 10:23 11:4,8
17:19 26:1,13
26:19 36:15
39:4 46:16,20
51:6 52:23 66:9
66:11 78:7
82:13,16 83:23
83:23 85:8
**buyer** 51:11,13
**buying** 8:3 11:3
14:17 23:10
26:5 81:3 92:13
94:13
**buys** 46:19,21
92:22,24

— C —

**C** 2:1
**calculate** 4:24
49:20
**calculation** 91:6
**California** 24:11
**call** 11:8 25:24
47:22 49:25
54:6 82:24
**called** 20:4 40:18
40:20 74:12
83:3
**calling** 71:14
**calls** 74:8
**candid** 7:18
**cap** 50:3 86:25

**capabilities**
13:15
**capacity** 21:6
77:14
**capital** 55:2
88:21,24
**Carbon** 80:11,18
**care** 74:15 90:21
90:22
**careful** 35:1
**cars** 41:13
**cash** 9:20 13:12
49:21,21,24
93:8
**caught** 33:14
**Cause** 2:23 53:14
**CCN** 48:1
**cease-and-desist**
22:20
**cells** 7:15 9:3
**center** 21:4,7
25:15
**centralizes** 67:20
**cents** 62:15,15
**certain** 21:24
23:20 25:21
31:25 48:16
49:13
**CERTIFICATE**
96:1
**certify** 96:3
**chain** 22:16
**challenges** 70:24
**change** 55:24
64:10
**changed** 90:23
**changes** 37:14
92:3,4
**changing** 88:5
**charge** 17:17
57:18
**check** 49:24
68:13
**checks** 77:16
**Chevy** 41:3
**Chicago** 49:11
**claim** 6:8
**claiming** 6:9
**clients** 67:16,18

**close** 41:20 49:23
56:17
**closer** 29:19
**closest** 25:12
**cloud** 18:4,7,13
19:13 20:21,21
21:25 22:24
24:1
**co-op** 9:8,17
49:14 78:10
**co-ops** 48:23,25
49:4,7
**coin** 4:7 30:13
33:2,2,10 46:21
51:11 52:13
53:25 54:9
55:19 58:6
89:17 90:1,5,13
92:13
**coins** 37:7 51:19
92:13
**cold** 91:4
**collected** 5:17
**Collective** 6:11
**Collins** 96:3,15
**come** 4:19 11:7
25:7 26:10,18
40:3 42:1 46:17
52:12 54:5,10
56:18 59:24
69:19 72:7 86:9
92:2,11 93:25
**comes** 15:4,13,24
35:18 44:1,25
51:23
**comfortability**
9:15
**comfortable** 10:4
**coming** 26:1
28:21,25 36:4
36:17 37:11
41:23 42:18
56:20 57:1,9
61:1 62:7 65:13
66:2 83:22
**commission** 1:1
5:13
**commitment**
70:12
**commodities**

43:24 49:5
67:19 68:3
**community** 9:7
69:18,22 78:5
**companies** 3:10
13:22 14:15,16
14:18 41:5 42:2
43:4 45:15,19
49:13 68:19
74:21 83:21
91:20,25
**company** 20:21
23:7 40:9,9
41:2,3 42:13
45:17,25 46:6
60:14,19 68:23
70:19 73:5,13
73:17 74:23
77:18 88:11
91:18 92:25
**complete** 96:4
**completely** 40:4
45:1
**computer** 47:10
**concession** 5:21
**connected** 47:15
**conservative**
4:11
**consistent** 88:4
**consumer** 68:17
**contained** 96:5
**continue** 9:20
46:14 73:23
75:3 89:5
**continues** 46:15
46:15
**contract** 43:20
**contracted** 14:11
**contribute** 3:21
52:5
**contributing**
53:12
**control** 18:24
39:19
**convert** 94:10
**convinced** 69:16
**cool** 11:21 77:4
**corn** 49:1
**correct** 16:14

24:6,14,17 42:9
65:20 86:13
**correctly** 51:9
**cost** 14:21 27:15
41:14 51:24
65:2 95:7
**costs** 65:4 93:17
94:5
**council** 3:3 77:13
78:22,23 79:21
**council's** 59:15
**counter** 11:8
**counterpart** 6:13
**countries** 22:3
24:3,4 67:25
**country** 25:9,11
67:9
**couple** 3:5 32:19
70:4
**course** 52:3 88:21
**crap** 92:16
**crapload** 60:17
**crawled** 20:10
**crazy** 62:25 70:8
93:5
**create** 51:19 52:6
56:9 66:2,4
86:10
**created** 37:7
86:24 87:1,7
**creates** 51:7
61:16
**creating** 6:4 11:6
86:19 95:4
**creation** 37:1,1,4
**credit** 40:10
**credits** 40:23
**crop** 48:11,12,15
48:17,20
**crops** 49:3
**crosstalk** 2:15
15:18 16:18,19
18:19 20:18
21:19 22:11
24:1 34:3,7,11
37:5,6 38:12,16
39:17 40:7 43:5
44:13 54:14
56:4 60:3 69:5

70:25 72:17
74:10 75:23
76:23 80:17
81:4,23 82:22
83:15,17 85:5
85:10 86:7
89:22
**crypto** 2:6 35:8
54:3,7 89:3,15
89:15
**cryptocurrency**
30:13 52:16
**current** 13:23
**currently** 8:2
14:3 20:24 43:4
49:3,21 59:18
73:13 81:11
**custody** 8:20
**customer** 71:5,9
71:15
**customers** 8:17
**cut** 21:1 38:2
**cycle** 21:14

_____
**D**
**D** 2:1
**daily** 3:13 28:5
64:15,21 68:20
**damn** 38:8 89:12
**dang** 58:11,16,17
62:24 65:10
**danger** 18:6,7
**dangerous** 39:2
**dashboard** 35:17
55:3
**data** 9:4 21:4,7
**day** 3:12 10:5
14:10 22:12
26:9 27:5 28:15
29:6,19 32:18
32:23 33:2,2,6
33:19,20 39:22
52:13,24 59:19
65:5 72:9,11
82:2 90:14,21
95:4,5,6
**day-to-** 90:20
**day-to-day** 53:3
**days** 26:8 27:2,9

53:19 58:18
69:15 70:17,18
72:12,14 76:8
87:2,7
**days'** 22:25
**dead** 92:18
**deadly** 52:18
**deal** 22:4 49:12
49:14 70:3
74:14
**dealing** 13:22
45:14,16 74:22
88:18
**deals** 75:4
**debt** 3:3,12 10:15
10:18,18 12:6
12:19,19,21,22
12:25,25 18:3
18:16 22:15,21
55:3,5,8,14
57:13,15,16
58:4,5,25 59:5
59:14,18 60:6
66:3 77:13
78:22,23 79:20
94:8
**DEBT's** 12:4
**decade** 5:3 17:10
**decades** 54:18
**decentralized**
18:8
**decentralizes**
19:10
**decide** 11:1 18:12
53:11 73:15
**decides** 6:8 8:23
25:7
**decimate** 54:8
**Deckscan** 47:10
47:20,24 48:2
**deep** 14:21
**definitely** 19:8
**definition** 93:10
**deflationary**
36:24 51:8
52:19 57:6
**deliver** 6:14 11:9
**deliverable** 6:6,7
**deliverables** 3:19

8:16
**delivered** 6:13
20:25
**demand** 37:15
48:15 61:16,16
**demands** 37:13
**depending** 65:4
**depends** 4:5
22:14
**depleted** 46:5
**depths** 4:21
**derived** 10:8
**deserves** 79:22
**desktop** 55:19
**develop** 41:21
82:5
**developers** 38:20
**diamonds** 76:20
**dictate** 41:2
**difference** 33:1
48:14
**different** 7:10
12:1 24:3 44:2
60:13 67:6
69:17 78:8
87:18 91:25
92:2 93:13
**dig** 71:8
**digital** 1:5 3:25
6:11,13 11:8
96:8
**Digitally** 8:11
**dilute** 8:1
**dilution** 28:22
**dime** 70:2
**direct** 49:12
**direction** 90:12
**directly** 3:22 8:19
13:10,11 19:10
**dirty** 94:7
**disappear** 19:18
**disclaimer** 87:15
**disclosing** 8:22
**discount** 46:17
**discussion** 2:21
16:5,17 18:18
22:10 35:12
59:7 76:24 81:5
83:1

**disincentive**
52:15
**disincentivize** 8:2
**disseminate** 17:4
**dissipated** 20:23
**Diversified** 1:24
**diversify** 67:15
78:14
**diversifying**
67:18
**divided** 48:17
**dividend** 40:13
**DLG** 3:25 7:3
11:2
**Doe** 8:23
**doesn't** 4:14 18:7
68:9 93:1
**doing** 7:10 8:12
8:16,17 15:25
20:21 23:4
24:20 26:17
31:19 50:16
69:9 71:21
77:25 78:7
79:11 81:25
84:16 89:6
91:25 92:5 93:4
**dollar** 27:10
33:15 62:15
65:6 82:24
91:10,15
**dollar's** 82:25
91:11
**dollars** 9:17
19:24,25 31:15
54:8 62:16
83:17 93:21
**dome** 15:20 16:8
**don't** 77:1
**door** 40:7 92:10
**doorstep** 9:1
**doré** 4:6
**double** 14:7,7,8
26:19
**doubling** 26:18
**downage** 23:12
**downside** 11:22
**Downtown** 22:5
**dramatically**

29:12
**drill** 14:21 46:8
78:1,3
**driller** 79:9
**drillers** 78:2
79:10
**drilling** 3:9 16:13
**Drip** 80:18
**drive** 66:5
**drives** 51:8 61:17
**driving** 81:9
**drop** 24:21
**dropped** 45:5
**dropping** 28:17
**drops** 30:13,14
30:14,15 39:11
39:12 90:22
92:5
**Dubai** 9:12
**dumb** 58:4 59:3
95:16

**E**

**E** 2:1,1
**earlier** 16:24
28:12 60:25
**early** 30:3
**easier** 15:3,12
19:12
**easiest** 42:4
**easy** 9:13 71:10
**ecocity** 17:17
**economy** 47:7
**ecosystem** 3:12
3:14,18,22 4:2
4:8 6:8 12:25
18:4 23:9,25
27:1 28:4 37:23
46:3 52:10,20
53:7,12 54:17
54:21 55:2 57:8
57:11 58:1 60:6
60:19 64:3 68:3
71:12 87:7,8
**ecosystems** 52:19
**educated** 13:19
**effect** 25:25 51:8
51:20
**EGI** 29:1 37:5
**eliminates** 53:1

**Elon** 92:1
**employee** 45:12
**ended** 85:21
**enemy** 40:18
**energy** 45:16
70:5
**ensure** 6:14
**entertained**
85:20
**equipment** 93:15
93:16,17 94:4
**equipment's**
94:21
**equity** 40:14
**especially** 19:13
61:17 84:24
**essentially** 49:20
65:11
**Ethereum** 20:3
89:22,24 90:1
93:15 94:18
**Ethics** 69:1
**Europe** 25:12
**evaluation** 88:15
**eventually** 9:5
53:24 79:2,2
92:8,15
**everybody** 17:7
21:4,8 27:4
38:18 50:10,11
50:13 55:12
71:10 72:25
74:3 77:6 78:10
94:22
**everybody's** 8:6
11:3 21:9 28:5
29:17 94:24
**everyone's** 65:13
**exact** 4:20 8:13
21:9 23:13
32:24 62:16
**exactly** 45:5,7
61:7 77:2
**exceed** 74:4
**exception** 10:15
**exchange** 1:1
49:11 52:2
57:16 64:5
68:18,18

**exchanges** 49:6
**excited** 12:2
51:23
**exclusive** 70:14
**exist** 22:9
**existed** 84:19
**existence** 28:25
38:24 94:12
**expect** 22:14
**expectation** 35:2
**expectations**
34:13 35:1,6
74:5
**expenditures**
94:5
**expensive** 93:17
94:21
**experience** 13:20
13:20 20:1
79:15
**experts** 3:13
**explain** 32:5
37:25 42:4
**explained** 63:6
**explaining** 34:4
**explains** 85:1
**explanation**
84:25 85:23
**exploratory** 3:10
13:21 14:15,16
14:18 42:2,13
45:15,17,19,25
46:6 83:21
**exponentially**
43:2
**extra** 57:20
**extraction** 74:21
77:18
**extractors** 14:8
**extras** 58:12
**eyes** 15:8

**F**

**face** 94:18
**facilitate** 93:18
**fact** 9:11 32:11
51:5 78:14
81:15,16
**factor** 28:22 47:6
**factors** 28:19

**fairly** 87:12
**family** 67:14,16
**fantastic** 57:4
64:16
**far** 28:1,2 40:22
48:23 74:4
**farmers** 49:1,15
**fashioned** 75:4
**fast** 26:3 60:20
**faster** 89:4
**fault** 71:22
**fear** 30:10
**feature** 57:17
**fee** 5:17,17 10:3
64:25 94:9
**feed** 18:1
**feel** 20:16 61:12
68:6 72:20
75:13
**feeling** 61:7
**fees** 52:13
**fell** 90:2
**felt** 7:12
**fetal** 20:11
**fighting** 35:7
**figure** 90:5
**File** 1:4
**finally** 69:16 94:3
**finance** 68:8
77:22
**financial** 8:20
34:10
**financials** 77:24
**find** 15:3,4,12,22
17:11,14 23:20
45:20 57:10
65:9 84:25
**finding** 7:15
15:20
**finds** 13:22,23
15:6
**fine** 5:6,6 22:6
34:9,22 72:19
**fining** 44:23
**finish** 81:20
**firm** 8:20
**first** 4:9 5:2,2,8
27:23 46:5
60:24 69:15

70:15 71:19
72:6,11,11,12
85:13,14,15
90:4
**five** 6:11,12 8:23
8:25 10:22
11:10 29:18
53:19 54:11
74:8
**flag** 69:19
**flat** 73:14
**flew** 70:1
**floor** 10:25 84:8
**flow** 9:20 13:3,7
41:24 93:8
**fluctuating** 30:19
30:19 54:4 61:5
**focal** 6:19 66:18
81:7
**Focus** 82:12
**focused** 66:17,19
**fog** 70:11
**food** 45:11
**force** 64:22
**forced** 17:24
**Ford** 41:3,4
**foregoing** 96:3
**foresee** 60:22
**foreseeable** 38:9
**forever** 18:7
**forget** 95:14,15
**formula** 79:18
**fortune** 91:18
**found** 28:2
**founders** 92:1
**four** 53:19 84:11
95:4
**freaking** 62:19
**free** 17:15 89:3
**friends** 69:11
74:11
**front** 45:6
**fruition** 42:20
**full** 21:13
**fully** 73:8
**fun** 2:24 77:8,9
**function** 17:21
38:5 45:20 47:7
57:2,12 64:20

**functional** 40:17
**functionality**
  9:23 26:25
**functionally** 40:1
  41:2
**functions** 36:25
**fund** 89:5 90:4
**funds** 67:14
**future** 12:3,7
  14:2 38:9 80:17
  91:13

**G**

**G** 2:1
**game** 87:21 94:25
**gas** 12:25 14:14
  14:21 15:2,4,5
  15:7,12,21,21
  15:25 16:10
  29:13 36:1,4
  39:25
**gate** 25:19
**general** 16:14
  34:5,17 87:25
**generating** 72:8,9
**genius** 89:17
**geology** 16:20
**getting** 8:6 9:18
  18:23 20:23
  21:5,6 23:19
  29:11 66:25
  74:19,19 77:6
**Ghanaian** 6:4
**Ghanian** 5:16
**gift** 40:18
**Gilbert** 24:8
**give** 9:16 17:19
  32:15 42:18
  54:7,8 69:7,21
  70:14 77:18
  87:15
**given** 3:18 38:25
**gives** 32:13
**giving** 69:24
  74:15
**glad** 2:7
**GM** 41:3
**go** 3:11,13 4:1
  5:13 6:2,9 8:20
  10:22 12:24

14:7,7,14 15:15
15:16 17:12
18:13 19:14
23:2,13 24:9
27:2 29:4,8,11
29:13 34:15
39:3,6 40:10
42:16,22,23,24
48:3,8 52:23
53:8 56:8 64:7
64:8 67:5,14,14
67:16,17 69:14
74:5,14 76:20
79:24 82:3,7,8
84:5 90:3,6
93:25 95:9,18
**god** 30:21 73:2
  80:8 89:6,21
**goes** 4:19,20 5:22
  8:19 15:21
  16:14 20:5,20
  21:7,10,13 25:9
  29:12 37:19
  39:7 41:24
  46:18 55:7
  76:10 85:24
  90:21 94:10
**going** 3:8,23 4:6
  4:12 5:10 7:21
  7:22 8:25,25
  9:5,16,17,20
  10:22 11:5
  13:16 14:17
  17:20 22:3
  23:19,20,22
  24:5 26:10,11
  27:6,14 29:4,5
  29:11,24 31:17
  35:3 36:13,17
  36:19 38:11
  39:6,7 40:6,7
  41:14 42:20,21
  45:15 47:17
  48:10 49:15,16
  51:24 52:12
  53:24 56:18
  64:13,14 66:22
  68:5 69:20,25
  70:6,8 71:23

72:7 73:19 78:2
79:2 82:25 84:4
85:11 89:2
90:16 92:3,9
93:11,12 94:19
94:20 95:12
**gold** 2:5 3:25,25
  4:1,3,9 5:25 6:2
  6:5,6,10,12,12
  6:16 8:8,9,11
  8:12,25 9:4
  10:13,14,21,22
  10:23,25 11:10
  12:2 66:11 77:3
**Gold's** 82:23
**good** 7:13 35:3
  43:23 46:12
  49:2 51:1 68:17
  68:18 69:11
  72:20 73:18
  74:25 75:21
  77:16 78:17,25
  78:25 79:18
  91:14
**gotten** 31:20
**government** 4:14
  5:16,18,18,24
  5:25 22:17,22
  40:20 41:10,11
  41:17,21
**government's**
  40:21,25
**governments**
  43:25
**gram** 4:1,3 6:5,6
  11:2,5
**grams** 6:12 8:23
  8:25 10:22,23
  11:10
**grand** 53:20
**graph** 37:13
**gray** 35:7
**great** 22:8 43:22
  53:11 69:18
  74:14,15 85:23
  88:24 93:8,21
  93:24
**greed** 47:6
**green** 16:10

**ground** 15:10,13
**group** 48:21
**groups** 83:20
**grow** 40:10 48:23
  57:15 81:12
**growing** 60:20
  71:4
**growth** 70:20
**GRW** 66:9
**guarantee** 32:1,4
**guaranteed**
  51:11,12
**guess** 13:18,19
  17:24 21:8
  61:18 89:11
**guru** 2:13
**guy** 82:4,9
**guys** 8:3,10 10:4
  67:10 71:12,20
  77:1 80:13
  84:15,22 89:24

**H**

**hack** 64:7,8
**hacked** 64:13
**hackers** 64:6
**Hah** 14:25
**hairs** 34:15
**half** 25:9 38:2
  41:5 54:6,8
  86:2 93:21
**halving** 29:3,5
  32:5 33:12
**hand** 11:18
**handshake** 75:2
**happen** 6:7 21:18
  25:23 28:3,15
  32:8 35:22
  37:24,24 54:19
**happened** 21:14
  28:1 52:24
**happening** 25:1,2
  28:23 61:15
**happens** 14:4
  16:4 26:15,23
  27:25 32:6 39:9
  45:10,12 46:6
  53:11 54:12
**happy** 65:9
**hard** 29:22

**harder** 15:1
  71:11
**hardware** 17:9
  17:12,25 18:6
  18:10 19:4,5,8
  20:22 23:4
  94:10
**harsh** 91:22
**hash** 93:24
**Hasmataxo**
  57:14
**he'll** 69:18
**head** 44:15 62:14
  87:11 91:6
  95:15
**headache** 74:22
**hear** 6:20 69:18
  75:18 87:17
  95:10
**heard** 71:21 74:9
  74:9 89:13
**heavily** 35:7 43:8
  54:19
**hedge** 89:5 91:15
**hell** 23:3,7 73:18
  90:8
**help** 9:17 55:2
  66:2
**helped** 54:21
**helping** 8:4 9:22
  52:5,5 53:12
**helps** 52:6,19
**hesitations** 68:7
**Hey** 20:5 32:4
**high** 10:9 28:20
  48:15 67:11
  92:14
**higher** 36:1
  42:15 48:19
**highest** 15:22,22
**highly** 35:10 54:4
**highs** 30:8
**hills** 22:9
**Hip-hop** 2:4
  95:21
**history** 28:15
  38:24 41:1 90:3
**hit** 4:12 7:20 30:2
  70:13,15 75:15

78:1 89:11
**hits** 27:11 45:25
**HLV** 48:4
**hold** 87:21 93:7
**holders** 78:6
**holding** 51:18
    63:13 65:14
**holds** 79:13,14
**honest** 66:23
    68:20,24 69:22
    73:3 74:8
**hope** 66:20 86:8
    86:9
**hoping** 56:16
**Horror** 72:25
**hosted** 22:23
    95:8
**hosting** 20:21
    22:24
**hot** 31:24
**hours** 23:15,16
    23:17 71:10
**house** 8:20 9:10
    20:15 21:3,19
    21:22 23:14
    24:23 76:19
**house's** 27:19,21
    88:18
**https-www.you...**
    95:22
**https-www.you...**
    1:7
**https-www.you...**
    2:2
**https-www.you...**
    96:9
**huge** 26:8 54:5
    71:5 86:23
    93:14
**Huh** 47:21
**hundred** 21:5,7,8
**hundreds** 43:2
**hurt** 28:4 53:24
**hype** 80:23
**hypothetically**
    45:24

**I**

**ICO** 27:3,4 39:2
**idea** 49:16 66:9

70:6
**ideal** 19:3 63:25
**identical** 23:17
**image** 2:11
**imagine** 41:23
    45:14 68:21
    69:3
**impact** 28:10
**import** 56:8,11
**important** 15:20
**inaudible** 2:24
    6:10 11:12 12:3
    13:5 17:9,11
    18:21 19:15
    21:1 23:8 29:2
    29:18 31:18
    36:19 37:2,15
    38:7,25 40:24
    41:3,10,12,22
    42:5,12,20,24
    43:20 46:16
    47:6,22,25 48:3
    48:5 51:1 55:3
    55:4,17 57:10
    59:2 65:8 68:12
    68:13,24 70:11
    71:3,21 73:5
    76:2,5,13 78:8
    78:17 80:6,13
    81:13,15 83:20
    88:5 89:8,19
    91:8 93:22 94:2
**India** 9:12 22:5
    23:23 71:16,16
**indiscriminate**
    40:4
**individual** 9:6
    23:9 69:8,14
    77:18
**individuals** 6:7
    7:14,16 8:22
**industry** 35:23
    68:7 70:15
    77:16,22
**initial** 27:15
    88:24
**initially** 18:24
**initiatives** 40:24
**insane** 30:24

**inside** 79:21 82:7
**institutionalize**
    67:15
**integrate** 64:11
    70:23 81:17
**integrating** 74:22
**integration** 71:6
    72:19
**integrations**
    81:21
**intended** 17:4
**interesting** 37:18
    95:2
**internet** 21:3,15
    22:8 23:21 24:5
    47:14,16
**internet's** 23:24
**introduced** 69:13
**inventory** 83:10
**invest** 68:15
    82:15 88:11,11
    88:25
**investing** 91:23
**investment** 30:1
    68:16 88:4,10
    88:25 90:5
**investor** 40:13
    42:16 87:14
    88:14 89:8
**investors** 42:16
    69:13 87:15
    89:7
**InvestU** 19:21
    20:1
**invited** 79:20
**involved** 35:17
    43:9 50:14 63:8
    72:14 73:4
    89:14
**iPhone** 18:2
**IPO** 39:5,22
**IPOs** 39:4
**ironically** 13:1
    29:4
**issue** 2:8 40:17
    48:24
**issues** 24:5 71:6
**it'll** 8:20 12:6
**item** 95:6

**IX** 66:3,23 71:4

**J**

**Jake** 68:1 70:11
**January** 5:15,20
    32:25 59:8,9,13
    59:25
**Jason** 19:20 63:6
**job** 32:2
**Joe** 23:14 35:15
    60:5 64:7 69:14
    70:6,8 73:4,8,9
    74:12,25 76:7
    79:20 81:12
    83:8,24 87:23
**Joe's** 23:13
**John** 8:23
**John's** 85:10
**join** 79:10
**juice** 68:4
**July** 6:25 70:13
**jurisdictions**
    22:15

**K**

**keep** 8:6 9:25
    10:1 46:25,25
    58:24 62:14
    64:15 80:1
    85:21 94:13,20
**keeping** 8:7 10:7
    62:11
**keeps** 37:21 52:8
    52:9,20 92:6,13
**kept** 91:10
**Kevin** 96:3,15
**key** 72:10
**kicks** 5:25
**kids** 90:16
**kind** 3:14,17 4:22
    11:21 15:9 18:2
    25:13 28:23
    29:4 35:15
    37:17 54:22
    71:22 79:18,21
    81:24 85:20
    91:7 95:14
**knew** 72:6
**knock** 82:8
**knocking** 92:9

**know** 2:7,7,12
    4:21,21,22,25
    7:19 9:4,6,9
    17:8 19:20,24
    20:10,16 21:15
    22:22 24:2,7,16
    26:11,13,16
    31:25 33:25
    34:24 41:5
    44:22,24 45:4,7
    47:2 48:9,15,17
    48:20 54:18
    66:10,10,11,13
    67:17 70:18
    73:1,17,18,19
    73:24 75:6,25
    77:1,22 78:1,3
    78:17 79:3 80:6
    81:11 82:4,9
    83:3 84:18
    85:15 87:14,17
    89:24,25 92:18
    94:1 95:20
**knowledge** 13:16
**known** 68:8
    69:10 73:11
    76:7
**knows** 19:21 80:1
    82:7

**L**

**la** 85:16,16,16,16
**large** 8:17,20 9:3
    16:18 54:5 64:6
**lately** 95:13
**Latin** 22:6
**Laughter** 2:22
    11:16 19:17
    20:8,12 21:17
    34:2 43:14 44:9
    44:16 47:3
    53:21 58:9 60:8
    63:11,19 65:25
    72:2,5 80:2
    82:10,14 83:25
    84:20 89:20
    91:3
**launch** 26:24
    27:9 60:6,12,20
    71:2,3,20

**launched** 6:17 14:12 30:22 60:11 71:24
**launches** 27:23
**launching** 12:4 72:1
**leaders** 74:15
**learn** 74:2
**learning** 23:5
**leases** 5:23
**leger** 9:14
**lesson** 23:5
**let's** 3:1 8:18 24:24 26:4 32:10,11 45:24 46:1,2 49:23 54:6
**letter** 22:20 92:9
**level** 74:3 86:18
**levels** 29:4
**liability** 33:23
**license** 9:22 32:18,23,24 59:18 83:14 84:6 94:9
**licenses** 7:22,23 8:11 9:24 10:2 21:1 23:1,10 28:21 58:8 59:5 59:10,11
**LICENSING** 1:5 96:8
**lie** 79:1
**life** 89:4 90:14,17
**lifespan** 17:1
**likes** 69:17 79:24
**liking** 85:21
**limit** 14:13,14 45:9,13
**limited** 52:6 83:9
**limits** 37:12
**line** 40:10 89:9
**link** 10:21 55:2 56:3
**linked** 3:24,25 6:11 8:11 56:1
**liquidity** 26:2,3,7 28:6,7 30:14,14

39:22 40:1,16 41:22 57:9 61:4 61:5
**list** 59:25 60:2
**listed** 60:14
**literally** 53:22
**little** 2:9 19:1 20:11 25:18 32:3 53:3 70:11 71:11 86:6 87:12 91:1 92:8 94:8
**live** 27:2
**lives** 41:2
**local** 11:14,17
**location** 25:13
**locations** 15:7 44:3
**locked** 83:8
**logged** 44:2,21 45:8
**logistical** 70:19
**long** 16:13 24:21 24:22,22 42:13 64:23 73:11 76:8,11,16 87:21 88:3 93:6
**long-** 40:14
**long-term** 23:11 60:18 65:19 88:13 93:7
**longer** 23:15 25:10 37:18
**longevity** 17:2 78:23
**look** 5:7 9:13 13:24 14:2,3 15:8 16:7 21:5 23:14 27:10 29:9 30:4,5 32:4,10,11 33:1 37:13 39:4 41:4 47:9 49:7,7,10 64:19 68:15 70:2,11 76:1 78:16,23 88:10 88:23 90:7,25 91:2,5,9,20 94:8

**looked** 4:17 58:23 70:7
**looking** 26:9 29:17 55:15,18 55:20 58:25 73:7
**looks** 34:15
**losing** 65:7
**loss** 75:8 76:5
**losses** 54:20
**lost** 52:25 53:19 54:15,16 91:11
**lot** 3:4 12:1 13:20 19:7 22:4 28:14 43:19 47:5 50:11,22 61:1,2 61:4 65:17,17 66:5 68:7,19 70:20 71:14 72:9,10 73:13 78:6,7,20 85:6 86:10,19
**love** 12:3 51:22 53:17 79:8
**low** 70:12 92:13 92:24
**lower** 11:2 15:23 48:19 64:2,15
**lowered** 64:1
**lowest** 39:5,16
**lying** 77:23

——————————
**M**
**machines** 93:25
**mailbox** 93:9,10 93:11
**main** 55:2 66:18
**major** 22:7 25:22 36:25 39:21 71:6
**making** 9:25 10:5 17:16 19:1 28:5 29:17,19 63:9 69:23 94:14
**man** 20:5 92:12
**manage** 3:11 19:12
**mandating** 5:14
**manipulated** 44:6

**manipulating** 92:13
**manually** 82:3
**market** 26:1 39:24 50:3 86:24 92:4
**marketplace** 40:2,5
**mass** 39:3
**matter** 1:3 24:19 28:8 40:5,6 49:3 64:4,5 72:3 79:4 86:21 88:2 90:23 96:6
**matters** 96:5
**max** 3:18 4:4
**mean** 2:14,20 14:20 25:10 28:18 33:8,18 40:5 65:1 67:5 91:11,12 92:11 95:3
**meaning** 14:7
**means** 57:2 79:5
**mechanism** 54:17
**mechanisms** 93:9
**medium** 65:9
**meet** 70:1
**meeting** 69:7,15 69:19
**meetings** 70:4
**memecoin** 54:7
**Mercantile** 49:7 49:11
**metropolitan** 22:8
**Mexico** 24:13
**micro-arbitrag...** 53:4,5
**Microsoft** 22:24 91:21
**middle** 25:15
**milestones** 30:2
**million** 14:21 26:5 46:1,10,11 46:13 49:25 50:1,5 54:6,8 67:11,12 70:7,9

75:2 83:20 93:20,20,21
**millionaire** 87:2 87:7
**millions** 19:24,25 31:15
**mind** 33:13 59:18
**minder** 33:19
**mindset** 2:6 90:24
**mine** 20:3 22:1 23:14,15 27:2 33:21 58:5 63:13 71:23 94:7
**mined** 5:3 33:20 38:18,22,23
**miner** 9:9 34:21 39:1 93:14,15 94:11,16,17
**minerals** 5:13
**miners** 8:1 9:6 27:8 33:21 59:2 72:7
**minimum** 4:4 17:5 64:17
**mining** 4:10 5:12 5:22 8:5 18:4,8 18:13 20:6,14 21:6 24:1 25:8 32:18 37:25 59:19,19,20 62:22 89:23,25 93:14,19
**mint** 6:4,5 8:13 11:8
**mints** 6:3
**minute** 24:8
**missing** 32:12
**MLM** 67:2 85:8
**MLM-y** 85:4
**Mm-hm** 30:17
**mobile** 55:16,19
**molds** 20:25
**monetize** 5:1
**money** 9:25 11:19 17:16 19:13 26:18 27:5,19,21 29:5

36:19,22 39:13
40:2,10,11,14
41:11,23 42:1
42:24 43:23
44:24 46:18
50:20,22,24
52:25 53:7,7
54:6,9,10,16
57:11,18 60:17
63:9,13 65:14
68:4 73:14
82:15 88:13,19
89:12 90:6,8,16
91:10,15 93:9
93:10,18
**money's** 93:11
**month** 33:21
93:21
**months** 4:9 5:5
26:17 29:24,24
30:25 43:3
73:20,20 86:22
86:25 87:4
88:14,19
**mouth** 84:10
**move** 22:25 26:6
28:9 55:20 57:3
57:16 62:17,19
63:7 65:3 67:17
73:16
**moved** 55:25
62:21 79:22
**movement** 62:4
65:12
**moves** 89:3
**moving** 26:6
55:24 84:8
**multiple** 5:11
35:15
**music** 2:4 95:21
**Musk** 92:1
**mutual** 74:11

**N**

**N** 2:1
**Nancy** 92:22
**NATG** 11:25
12:5,8,17,17
13:25 25:17
31:20 57:14

61:22,23,24
66:6,8,17 73:25
81:7 85:1
**NatGas** 80:22
82:11
**natural** 12:25
14:13,20 15:1,4
15:7,12,21,25
16:10 29:13
35:25 36:4
39:25
**Nebraska** 49:23
49:23
**neck** 34:14
**need** 2:8 9:25
10:8 32:2 42:15
42:22 60:19
62:23 63:20
73:19,24 82:4
83:18 86:4
90:17
**needed** 75:18
**needs** 36:9 40:9
**negotiate** 3:13
**neighborhood**
24:25
**nerve** 91:1
**network** 7:15
23:1 24:22
25:10,13 78:20
80:5 81:14,16
83:11 86:21
**Nevada** 24:12
**never** 8:1 10:9
12:8,10 20:19
23:6 24:21
37:22 40:3 41:5
41:6 70:13 73:4
87:10 89:8,13
90:13,17 94:10
**new** 9:9 28:25
64:5,11,11
66:13 69:17
90:13
**newer** 42:14
**nice** 43:24 47:8
**night** 84:17
**nine** 89:8,9
**nine-** 90:4

**nobody's** 52:12
**node** 9:22,24
24:25 31:5
36:15 78:6,20
**nodes** 7:7,7 8:7,7
16:23,24 17:5
18:4,24 25:8
38:19 61:1 62:6
67:17,20 78:7
83:22
**non-** 77:18
**non-tangible**
10:21
**notes** 41:10
**notice** 22:25
32:25
**November** 60:21
87:5
**number** 7:17
25:24 30:1
52:17,17,20
69:10 74:16
77:9 79:1 83:9
**numbers** 23:17
77:23 78:25

**O**

**O** 2:1
**obviously** 12:2
28:11 32:1 45:9
**offer** 41:13
**offering** 17:16
**office** 18:19 60:5
67:8 89:18
**offices** 67:14,16
69:20
**offset** 52:3
**offsetting** 28:24
**oh** 2:20 9:2 12:10
12:14,23 13:8
19:15 20:9 21:5
23:14 27:12
29:17,23 30:21
39:22 45:21
46:23 55:6
57:24 58:2,11
61:24 68:21
69:2 73:2 74:9
76:15,22 78:17
80:8 83:18

89:21 94:23
95:1
**oil** 15:14 35:22
39:25 43:3 44:1
49:17 74:20
77:8,9,24 78:9
78:16 79:3
**okay** 4:7 5:6 9:2
10:16 11:25
12:14 13:8 19:9
19:22 25:17,25
30:5,6,7 32:16
33:4 35:18,19
35:19 37:8
40:20 41:25
43:10,11,17,22
45:24 47:4,23
48:6,9 49:19,25
51:17,23 52:11
56:13,22,24
58:2,3 60:15,23
61:11 62:3
63:24 64:18
69:25 74:17
76:14 80:19
81:1 84:24
86:22 88:1
95:20
**old** 75:4
**older** 19:1
**Omgno10Wi9...**
95:23
**once** 16:15 24:5
28:6 43:19
44:17,19
**one's** 27:6
**one-time** 94:9
**ones** 3:8 32:19
74:4
**online** 18:25
28:21 36:5,17
61:1 62:7 65:13
66:2 79:12
83:22 84:9
**oopsie** 14:23
**opens** 25:17
**operate** 9:23
46:17 93:18
**operating** 5:21

8:2,4
**operation** 77:12
**operations** 79:6
93:19
**operator** 45:17
**opinion** 10:17
19:12 93:2
**opportunity** 11:7
**opposite** 28:24
**opt-in** 64:20
**order** 42:17 65:3
**orders** 82:2
**organically** 15:5
37:24
**originated** 39:1
**outside** 52:9 57:6
67:25
**overall** 30:15
51:8 66:5 92:6
**overdilute** 8:5
**overview** 34:9
84:16
**owed** 60:17
**owing** 73:13

**P**

**P** 2:1
**package** 6:14
**packages** 17:25
**PAGES** 1:9
**paid** 25:3,4 41:17
89:7
**pain** 71:4
**pair** 59:21
**paired** 3:22
10:20 12:5,6,8
12:10,15,16,18
12:19,21
**pairing** 10:15,18
**palladium** 76:20
**pan** 79:1
**pancake** 26:24
**Pancakeswap**
13:1
**paper** 10:19
**paperweight**
16:25
**park** 82:8
**part** 3:2 15:20
20:13 22:12

32:8 36:22 44:13 57:25 65:4,21 77:11 78:5,19 87:20
**participate** 72:4 85:7
**participation** 8:6
**particular** 44:1 57:12 79:8 81:9
**parties** 43:21
**partner** 3:9 14:14 14:18 36:18 76:17
**partnered** 73:8
**partnering** 3:6 5:11 42:3 43:4 49:13
**partners** 42:8 69:12
**partnership** 72:21
**partnerships** 14:9 43:7
**party** 3:4,7 11:8
**pawn** 11:14,17
**pay** 10:3 37:10 46:13 52:1 55:13 64:24
**paying** 52:13 55:6 73:14
**payments** 46:15
**pays** 5:18 55:12
**peas** 49:1
**peeves** 91:24
**Pelosi** 92:22
**penalized** 54:19
**penny** 10:5
**people** 5:11 8:2 9:24 10:4 11:7 17:18 19:13 23:20 25:20 26:1,12 27:8 28:11 29:7,23 31:16 32:3,13 33:14 34:19 35:16 37:10 38:2,4 39:4,14 44:23 46:25 48:16,18,21,21

48:22 50:12,23 50:25 54:25 58:21 62:8,13 62:23 63:4,4,8 63:12,21 64:3 65:1,6,10,17 66:2,8 68:9 70:1 71:11,12 71:14,15,16 72:10,14 73:1 76:4 77:21 81:3 84:12 85:7 86:2 87:19,20
**percent** 4:8,18,24 21:5,7,8 26:6,9 26:16 27:12,12 30:8,9,9,11,20 32:11 42:10,11 46:2,12,17 51:24 52:1,2,13 52:24 53:18 55:4,7 56:12 62:16 63:8 65:7 89:6,14 91:11 91:12
**percentage** 5:24 18:5
**perfect** 16:3 36:8 64:8
**performance** 34:22
**period** 17:4 46:4 88:21 90:15
**perpetual** 16:9
**person** 39:15 40:25 54:11 78:3
**personal** 19:12 38:14,18
**perspective** 76:2
**phenomenal** 89:17
**phone** 74:8
**phonetic** 3:15 13:11 17:17 47:10 48:4,10 57:14 67:8 73:12 79:19 89:15

**physical** 93:3
**physically** 4:5 6:5 8:5 9:18 13:6,19,25 15:8 42:2 44:2 45:6 46:7 64:11 65:2 74:12
**picks** 8:18
**picture** 32:20,22 35:20
**piece** 17:12 78:18
**piggy** 55:9,11 62:11 63:15,16 64:9
**ping** 25:11,12
**pink** 11:18
**pisses** 93:2
**pit** 8:13
**pitched** 3:4
**place** 21:9,11 33:12 36:9 74:19
**places** 22:5
**plan** 38:8
**planet** 94:18
**platform** 13:12 82:6
**play** 40:16 87:21
**playing** 27:18,20
**please** 11:9 60:1 86:12
**plugged** 10:7
**point** 6:19,21 7:11,13 8:3 18:10,25 22:17 25:18,19,21 29:25 31:6,25 41:9 44:22 66:18 81:7,8 83:12
**points** 34:10
**pool** 29:1 30:14 30:14,16 37:25
**pools** 8:5 62:23
**portfolio** 92:7
**portfolios** 67:19
**position** 20:11 81:8
**possible** 9:19,19

33:22 39:6 45:13 66:16 91:2
**possibly** 42:6
**potential** 10:19 10:24 11:22 14:6 32:6,9,14 49:14
**potentially** 12:3 16:25 59:13 64:20
**power** 21:10 38:10 93:20
**pre-halving** 29:13
**pressure** 26:5
**pretty** 2:25 28:17 30:18 46:12 60:11,12 61:9 77:4 82:9
**previous** 68:22
**price** 7:11,12 10:21 11:2 14:13 25:18 34:10 39:5,16 49:8,9 83:8,12 84:5
**prime** 65:4,5
**printing** 40:21
**probably** 4:18 19:23 21:1 23:22 31:13 54:9 69:19 76:17 77:1 87:11 89:24
**problem** 9:24 20:13,20 27:4 34:20 54:9 56:16 67:20 79:8,25 80:22 93:15,16,17 94:4
**proceedings** 96:6
**process** 4:6,20 6:3,9 27:11 30:3,19 32:3 52:16 66:22 87:20
**producer** 78:9

**produces** 48:24
**product** 22:24 36:16 60:21 67:7 68:2 70:7 70:9 73:22 79:22
**production** 20:24
**profitability** 10:12 48:18
**profitable** 40:17 41:7 42:25 43:1 43:3 47:6 50:4 50:7 94:6,11,15 94:17
**profits** 32:7 47:1 51:6 53:3 87:19 88:7,12
**project** 3:1,3 4:14 7:10,12 13:16 14:12 22:23 26:23 28:1,2 35:3,4 37:19 39:2 50:15 64:5 65:21 66:6 69:12 89:16
**projects** 3:5,7,11 3:20 5:11 10:12 12:1 17:2,3,22 26:13 32:7 38:25 42:10,11 72:7 74:19 78:21 79:11 80:10,17 81:11 86:24 93:7,8
**property** 5:15,23 79:8
**proposition** 36:3 37:10 68:16 88:20 89:3
**propositions** 51:5
**protect** 4:11 5:10 23:24
**protection** 11:23 11:24 23:8,9 40:15 54:17
**protocol** 4:10
**proven** 30:5
**provide** 5:14

42:8,17 77:10
**provider** 21:16
  39:22 40:1,16
  77:10
**provider's** 23:21
**psychological**
  62:13
**PTSD** 20:7
**public** 83:7
**publicity** 49:9
**publicly** 86:9
  92:2
**publish** 77:8
**published** 77:6
**pull** 35:16 47:17
  63:18 65:6
**pulled** 86:23
**pulling** 61:17
**punish** 57:7
**purchaser** 67:10
**purchasers** 67:11
**purchases** 8:17
**Purdy** 78:15
**purely** 3:20
  15:12
**purity** 45:7
**purse** 41:25
**put** 4:2,8 5:1,2
  17:22 27:5
  31:11 35:13
  40:2,16 44:17
  44:20 48:4
  54:11 59:25
  63:2 78:1 79:9
  82:2 87:15
  88:13 90:4,16
  91:4,14
**putting** 2:9 26:3
  34:9 44:14

---

**Q**

**quarter** 67:11
**quarterly** 88:16
  88:18,22
**question** 48:6,7
  58:4 59:3,4
  60:4,9,24,24
  61:14,19 87:13
**quick** 9:19 18:22
  47:24 49:15

60:7,11,12
  71:13
**quickest** 39:16
**quickly** 26:12
  28:17,17 70:20

---

**R**

**R** 2:1
**RA** 67:8 69:20
**racking** 91:1
**radar** 86:22
**raise** 42:23
**ranged** 93:19
**rate** 93:25
**re-put** 37:22
**reaching** 85:11
**read** 43:20
**readily** 4:5 91:5
**readjusting** 6:20
**real** 18:22 49:15
  68:2
**reality** 35:16 47:5
  64:2 83:14
  91:23
**realize** 53:18,24
  90:4 93:25
**reallocated** 90:11
**really** 5:9 8:12
  11:1 16:16
  21:13 28:7 33:5
  47:24 49:3 53:6
  57:24 61:18
  64:22 69:11
  71:10 80:25
  82:5,18 87:6
  91:24
**reason** 38:10
  64:23 78:8
  79:20 80:20
**reasons** 19:7 73:9
**recalibrating**
  7:11
**recommend**
  18:23
**recommendation**
  87:22
**record** 2:20 30:5
  42:13
**recorded** 44:19
  96:5

**recoup** 88:20
**recoverable** 4:9
  5:8
**recoverables**
  4:24 16:9
**recovered** 4:15
**recreate** 16:21
  49:11
**recruit** 20:5
**red** 69:19
**redeem** 10:22,23
  11:4
**redo** 85:11
**referring** 16:24
**refiners** 45:4
**reform** 16:10
**regions** 21:25
**regularly** 43:16
**relationship**
  60:18,23 66:3
  66:14,15 68:23
  69:13 73:24
  74:7 75:1
**relationships**
  76:2 77:17
**release** 7:24
  25:23 80:24
**reliable** 21:3
**remember** 61:3
**remind** 95:13
**remove** 51:7 52:5
**removing** 53:9,10
**rendering** 16:8
**renewable** 16:11
  16:12
**rep** 13:10
**reported** 32:7
**Reporting** 1:24
**requirement**
  41:22
**resell** 6:24
**reserves** 7:24 9:5
**resource** 9:7
**resources** 3:21
  14:7 74:1 90:12
**respect** 73:9,10
**rest** 74:6
**return** 42:18
**returns** 89:14

**revenues** 28:6
**revolving** 40:7
**richest** 92:12
**right** 6:10,19 7:8
  18:7 19:6 20:17
  20:22,24 23:12
  24:4 26:14
  28:20,23 29:7
  29:15,16 31:2
  31:14,19 33:7
  33:13,15,16,16
  35:5 45:5 46:12
  48:10,13 49:18
  51:3 52:16 55:7
  61:1,7,9 62:7
  63:14 65:3,11
  66:7,17 68:6
  71:18 75:15
  79:7 80:6 81:7
  81:9,22,25
  82:13,16 83:7
  85:8,12 90:6
  91:18 92:20
  95:3
**rising** 15:25
**risk** 42:15 45:9
  66:25 78:14
**risky** 35:11
**road** 18:12,25
  32:6 88:9
**Robear** 73:11
  76:12
**rock** 4:22
**rolling** 22:11,13
**rolls** 24:12
**rolodex** 14:1
**room** 13:21 78:2
  78:16 84:14
**roughly** 76:10
**Roy** 76:19 77:1
**Royal** 6:4,10
**royalties** 14:17
  42:3,4,5,5
  49:24 51:6
**royalty** 5:16
  42:11,11,14
  46:2 77:10,11
**rug** 44:25
**ruin** 88:6

**rule** 87:25
**run** 2:6,6 3:15
  9:10 17:10,12
  19:4,5,8 24:23
  25:13 49:6
**runners** 2:5,6
**running** 8:7,7,11
  28:21 35:15
  79:7 89:2,5
**Russia** 25:7,10
**Ryan's** 76:19

---

**S**

**S** 2:1
**S-19** 94:2
**S-19s** 95:4
**S-7** 94:1
**S-9** 94:1
**salad** 49:2
**sale** 31:23
**sales** 28:20 67:9
  82:5 83:20 84:8
**salespeople** 82:8
**samples** 15:15,16
**sat** 68:19
**save** 36:19 55:2,4
  56:12 57:11
**savings** 40:23
**saw** 58:21 69:8
**saying** 9:15 23:5
  26:10 29:17
  33:13 46:25
  53:23 68:1 80:6
  92:1 94:3 95:11
**says** 21:5 23:14
  34:15 63:9
**scalable** 82:1
**scale** 81:21
**scan** 4:10,14,18
  4:19 5:23 9:16
  16:7,7 45:6
**scanned** 45:7
**Scanning** 14:19
**scans** 5:14,15
  15:3 42:21
  43:12 77:3,10
  78:6 79:8
**scent** 15:9
**scrambling** 71:24
**screen** 2:5

screenshots
  34:21
screwed 5:9
scrutinized 35:11
se 48:13
search 23:3 48:4
seat 79:23
SEC 92:9
second 37:9
  85:15
seconds 85:14
secret 94:8
secretive 80:5
secrets 80:1
sector 45:16
  67:19
secure 73:24
SECURITIES
  1:1
see 3:3 13:3 15:8
  20:16 25:18
  27:23 29:8 33:8
  35:20 37:15
  40:18 49:15
  62:6 63:5 66:11
  78:6,14 79:21
  88:19 91:24
seed 55:14,23,24
  55:25 56:1,3,11
  64:11
seeing 10:20
  65:12
seen 89:4
sees 23:12,13
sell 6:21 9:10
  12:25 13:13
  26:13,15 27:6,8
  29:20 30:10
  38:6,13 39:8,10
  39:24 49:1,1,2
  52:23 54:12
  57:16 65:18
  66:16 67:9 70:6
  70:8 73:18,25
  74:5 81:10
  90:13
sellback 40:2
selling 30:10 38:8
  43:6 46:8 51:5

81:7 90:22
  92:14
sells 39:3
semi- 81:24
send 45:20 47:13
sending 34:20
  85:24
sense 11:13 14:19
  21:25 23:18,22
  24:18 26:20
  29:20 37:17
  45:2 54:2,22
  64:7,8 68:10
  77:12 79:16
  84:1 88:12
sent 84:16
separator 44:20
  44:20
service 10:3
  23:21 71:6,9,15
Services 1:24
set 32:1 43:19,21
  64:21 90:10
setting 34:9,13
  35:1,2 56:7
seven 30:25 43:3
  86:22,25 87:3
share 32:13
  80:13,15
shared 89:10
shares 93:1
sharks 52:9
Shell 46:17
shoot 26:11
shooting 7:17
shop 11:14,17
short 84:25 93:7
shortcut 55:1
shot 14:20
show 4:20 9:10
  9:12 15:11
  18:22 34:22
  47:18 49:16
  63:8 93:11
showed 69:23
showing 76:25
  77:2
shows 13:6
shut 22:19,21

shying 50:1
sic 66:2
side 21:22 28:24
Silver 2:5
similar 72:25
simple 30:18
  37:25 38:2
Simultaneous
  2:21 16:5,17
  18:18 22:10
  35:12 59:7
  76:24 81:5 83:1
single 3:12 22:17
  22:18 25:23
  26:23 45:10
  59:18 74:13
  82:6
single-family
  67:8
sipping 68:4
sit 43:22 46:7
  67:14 69:16
sites 66:12
sits 21:4
sitting 4:22 25:15
  53:23 55:21
  78:22
situated 28:5
  49:22
situation 42:16
  73:12
six 29:18 73:20
SL-02891-A 1:4
  96:11
slippage 44:11,13
  44:18,22 45:1
  45:10,10
sloops 44:19
slowing 28:17
small 5:13,23
  26:2 40:9,9
  53:3 54:11
smaller 24:25
smart 2:11 88:7
Sneezes 50:17
sniffers 15:3,10
snipers 52:17
  53:2 54:5
sniping 53:19

socket 10:10
software 17:13
  17:13,15,18,23
soil 15:15,16
sold 10:2 19:23
  25:20 31:12
  38:7 46:16
  48:16,17 58:8
  58:18 59:11
  83:10,10 89:18
solutions 20:14
solve 27:3 56:16
solved 71:7
somebody 39:18
  54:13,16 63:5
  87:23
somebody's
  20:15
somewhat 35:14
soon 87:12
sorry 2:19 43:13
  50:17
sounds 12:2
sourced 45:3
South 70:2
space 67:1 68:2
  79:25 91:19
span 94:4
speak 6:24 16:23
  53:2
SPEAKER 2:7
  2:15,16,18,19
  2:20,23 3:1
  5:19,20 6:16,18
  6:19,23 7:1,3,4
  7:6,7,9 9:2,3
  10:6,7,11,14,16
  10:17 11:6,11
  11:12,14,17,20
  11:21,23,24,25
  12:8,10,12,14
  12:15,16,17,19
  12:21,22,23,24
  13:4,6,8,9 14:5
  14:6,22,23,25
  15:1,15,16,18
  15:19 16:1,2,6
  16:11,12,13,15
  16:16,18,20,22

17:3,7 18:3,6,9
  18:11,12,15,16
  18:17,19,20,23
  19:3,4,5,6,7,9
  19:10,15,16,18
  19:20,22,23,25
  20:3,4,9,10,13
  20:17,18,19
  21:11,12,15,18
  21:19,21,22,24
  22:2,3,11,13
  24:1,2,6,7,10
  24:11,12,13,14
  24:15,17,18,19
  25:5,6,14,16,17
  25:22 26:21,22
  27:14,16,18,20
  27:22,25 28:9
  28:10,11,14,16
  28:19 29:7,9,15
  29:16,22 30:4,6
  30:7,17,18,21
  30:22,23,24,25
  31:1,2,3,4,8,9
  31:10,12,13,15
  31:18,21,22
  32:15,16,17,20
  32:21,22,24
  33:4,5,7,8,9,10
  33:11,14,16,17
  33:18,22,25
  34:3,5,7,8,11
  34:12,14,16,18
  34:19,20,23,24
  34:25 35:2,5,6
  35:9,10,13,21
  35:22,24,25
  36:2,3,7,8,11
  36:12,14,15,16
  36:20,21,23
  37:3,4,6,7,8,9
  37:16,17,21,22
  38:13,15,16,17
  38:19,20,22,23
  39:8,9,11,12,13
  39:14,15,18,20
  39:21 40:4,8,12
  40:13 41:16,17
  41:19,20 42:7,9

42:10,12 43:6,8
43:10,11,13,15
43:17,18 44:4,5
44:6,7,10,12,14
44:17 45:14,18
45:19,21,23,24
46:20,21,22,23
46:24 47:2,4,5
47:8,9,11,12,13
47:15,17,19,21
47:22,23,24
48:1,3,6,8,9,12
48:13,23 49:18
49:19 50:3,4,6
50:7,8,9,10,11
50:13,14,16,17
50:18,19,20,22
50:24 51:1,2,4
51:10,12,14,15
51:16,17,21,22
52:8,9,11,12,15
53:1,4,5,9,10
53:14,16,22
54:1,2,13,14,15
54:16,23,24,25
55:6,9,11,17,18
55:22,23 56:1,3
56:5,7,10,11,12
56:13,14,15,18
56:20,22,23,24
56:25 57:4,5,17
57:19,20,21,22
57:23,24,25
58:2,3,7,10,11
58:12,13,15,16
58:17,18,20,21
58:22,23,24
59:1,2,3,4,8,12
59:14,16,17,22
59:23,24 60:2,3
60:4,5,9,10,12
60:13,15,16,22
61:9,11,13,14
61:20,21,22,23
61:24,25 62:1,2
62:3,4,5,8,11
62:13,18,19,21
62:22,25 63:2,4
63:12,15,16,17

63:18,20,22,23
63:24,25 64:1
64:17,19 65:11
65:15,16,20,21
65:22,23 66:1
66:20,24,25
67:2,3,5,6,22
67:24 68:11,12
68:14,21,22,25
69:1,2,3,4,5,6
70:16,17,21,22
70:23 71:1,14
71:16,18,19
72:1,3,6,12,13
72:16,17,18,20
72:22,23,24
73:2,3,6,7 74:6
74:9,10,11,12
74:17,18,24,25
75:6,7,9,10,11
75:13,14,16,18
75:20,21,22,23
75:24,25 76:1,9
76:10,12,13,14
76:15,16,19,22
76:23,25 77:5,7
77:13,15 78:11
78:12,13 79:13
79:14,17,18
80:3,4,5,7,8,9
80:11,12,14,16
80:18,20 81:1,2
81:3,6,10,13,14
81:18,19,20,23
81:24 82:4,11
82:12,15,17,18
82:19,20,21,23
83:2,5,6,7,13
83:14,16,17,18
83:19 84:1,2,3
84:4,7,11,13,14
84:15,18,21,23
84:24 85:2,3,5
85:6,10,13,16
85:17,18,19
86:1,2,5,6,8,12
86:14,15,16,17
86:20 87:1,3,5
87:6,8,9,10,11

87:24 88:1,2,9
88:10 89:21,22
89:23 90:3,18
90:20 91:4,9,17
92:6,8,11,15,17
92:18,22,23,24
92:25 93:5,6,23
93:24 94:13,15
94:17,19,21,22
94:23,24 95:1,2
95:3,6,8,10,12
95:18,19
**spending** 83:11
**spike** 25:19 27:23
**spikes** 26:8
**spoilage** 45:11
**staking** 88:17
**standard** 4:10,13
    15:2 37:12
**start** 2:10,12 3:17
    7:13 8:8 13:14
    23:19 26:6 29:8
    34:9 44:23 62:1
    63:20 80:9
    86:19 88:5,8,15
    88:22
**started** 7:12
    69:21 75:1
    84:11
**starting** 5:20
    61:11 73:16
    94:1
**starts** 20:22 29:8
**States** 1:1 49:4
    67:21
**status** 6:22
**staying** 88:3
**stays** 25:13
**stealing** 57:9
**steals** 53:6,7
**step** 66:21
**Steve** 89:25
**stick** 88:3
**stock** 39:4,5,9,19
    46:20 88:11,19
**stop** 28:3 57:6,8
    88:17
**stopped** 73:14
    81:3

**stops** 8:24
**storage** 91:5
**store** 93:18
**stories** 72:24,25
    73:1
**story** 69:21 71:2
    77:9 93:6
**strategies** 87:18
**strategy** 87:17
    88:2,4
**stripes** 92:19
**strong** 74:7
**strung** 60:16
**stuff** 2:12 72:1
    74:18 86:10
    87:14 88:5
    95:14
**SUBJECT** 1:7
**suburbs** 22:6
**sudden** 34:12
**super** 2:24
**supply** 3:17,19
    4:4,4 37:12,12
    37:15 52:6
**supported** 68:3
**supposed** 17:10
    60:20
**sure** 8:6 9:18
    10:8 26:21 50:6
    54:17 57:19
    61:7 80:20
    86:13
**surface** 15:6
**surrounded** 70:5
**survive** 41:8
**survives** 41:3
**sustain** 41:9
**sustainable** 23:10
**sustained** 33:11
**swap** 26:25 57:2
    57:5,13,14
**switch** 18:9
**Switzerland** 9:12
**synergistic** 78:4
**system** 8:10 27:8
    28:22 41:21
    57:10 70:24
    82:2

———————
**T**

**table** 27:11 45:4
    88:7
**tables** 44:20,20
**tag** 49:9
**take** 4:23,24 10:9
    11:14,17 13:10
    13:11 23:3
    27:14,16,17
    29:24 31:7 32:3
    32:10,20,22
    33:21 40:10
    45:15 49:23
    51:6 55:13 63:7
    67:7 69:8 72:18
    85:9 87:19
    88:15 90:5 94:5
**taken** 38:7
**takes** 5:16 26:8
    43:19
**talk** 3:1 20:6
    35:14 80:16
**talked** 73:16,17
    80:22,24
**talking** 7:14
    74:21 77:19
    80:9 95:20
**tangible** 20:15
    68:3
**tank** 82:25
**tap** 15:22,23,24
    16:3
**tapped** 13:24
**taps** 77:9
**target** 62:22 64:9
**targets** 64:6
**task** 15:10
**tax** 5:17,17,24
    40:22
**teaching** 63:20
**tech** 72:19 74:21
**technical** 17:9
**technically** 44:1
    56:5
**technology** 14:19
    36:9 42:17
**teeter** 17:24
**teeter-totter**
    25:25 26:2,4,7
**tell** 4:14 23:2

62:14 63:10
75:7 77:23,24
80:14 87:24,24
93:10,12
**telling** 68:5 83:23
**tells** 4:15
**ten** 10:23 14:16
**tens** 31:15
**tenth** 10:5
**term** 40:15
**Tesla** 40:18 41:4
**Tesla's** 41:13
**test** 25:20 32:19
**Tether** 13:10,11
**Texas** 79:7
**theft** 45:12
**theory** 10:20
**thesis** 31:7
**They'd** 42:23
**thing** 3:14 10:9
    17:7 20:6 24:25
    29:21 33:19
    39:12 42:23
    43:16,24 44:14
    51:23 62:14,16
    80:3,4 85:15
    90:1,10 95:16
**things** 19:11
    25:22 26:24
    32:4 52:18
    66:19 70:19
    71:21 73:25
    80:11,18 82:6
    90:6 91:25
    95:16
**think** 2:24 9:8
    11:2 14:2 22:14
    31:4,6,22 35:25
    36:4,8 39:6
    40:8,8 48:1
    61:9 66:7 70:10
    70:18 71:5 75:1
    76:7,17 79:24
    81:12 82:21,23
    93:9
**thinking** 34:1
    91:16,17
**third** 3:7 22:3
    37:11 43:21

67:25
**thought** 84:21
    95:2
**thousand** 14:15
    14:16 20:23
    83:17
**three** 23:14,16,16
    36:25 43:1,3,4
    44:2 46:7 49:19
    49:20 58:18
    67:11 69:15
    73:20 83:21
    87:6 92:8 95:4
    95:6
**threshold** 64:23
**throw** 48:10
**thumb** 87:25
**ticket** 67:9
**tickled** 11:18
**tie** 48:14
**tied** 30:8,12
    48:10
**time** 3:5,18 13:17
    13:17 21:18
    25:23 34:22
    43:19 44:23
    46:4,14 48:7
    51:9 59:16,17
    61:16 64:15,15
    69:6 70:3 73:11
    76:11,16 87:13
    88:8 94:2,4,20
**times** 35:15 75:16
**Title** 2:5
**today** 13:17 21:8
    22:21 25:21
    31:5 33:20
    35:18 36:1,5
    41:9 48:24 49:3
    75:18 91:19
**token** 3:23 4:2
    10:11 12:4
    25:23 26:6,19
    28:25 30:2,15
    36:25 37:4,19
    37:22 38:8,9,14
    38:18,21,24
    41:25 46:16
    52:23,23 53:9

53:10 59:17,21
    62:2,24 65:3,10
    72:9,10
**tokenomics** 2:10
    3:16 5:1 13:14
    14:9 34:5,6,8
    34:17 36:24
**tokens** 6:12
    26:25 27:4
    28:13,15 29:8
    29:10,11,12
    38:7 51:7 91:7
**told** 67:3 69:20
    71:23 75:3
**tomorrow** 36:5
    88:12 93:12
**ton** 4:2 11:19
    25:8,25 93:18
**top** 16:9
**totally** 22:5 86:5
**touch** 20:16
    53:25
**toxic** 35:14
**track** 8:19 30:5
    42:13
**trackability** 8:8,9
**tracked** 9:1 43:25
**tracking** 8:12
**trade** 52:13 56:15
**trading** 54:18
**traditional** 15:2
**train** 82:7
**transaction** 13:2
    24:20 52:14
    64:24
**transactional**
    65:7
**transactions** 25:1
    25:4 61:25
**Transcriber**
    96:15
**TRANSCRIB...**
    96:1
**transcript** 96:4
**transcription**
    1:17 96:5
**transfer** 51:25
    55:5,8,13
**transition** 18:14

19:1
**tried** 92:15
**tries** 52:22
**triple** 26:19
**tripling** 26:18
**true** 87:1 93:9
    96:4
**trust** 41:23 42:19
    42:21 43:21
    46:13,14,18,19
    51:16,17,18
    53:8 55:3,7,15
    56:8 64:18
    66:22 75:6 78:2
    79:9,10
**trusts** 38:4,5
    39:25,25
**truth** 63:10 86:20
**try** 4:10 45:9,12
    57:10 64:2,12
    69:25 71:9 91:1
**trying** 7:18 20:5
    24:23 31:23
    57:6,7,8 60:6
    60:24 61:3
    62:14 63:8
    64:19 65:9
    67:24 69:7
    70:18,23 71:8
    73:15 84:25
    91:18
**turn** 6:5 22:18
**turned** 32:18,23
    69:15 85:19
**turning** 34:10
**two** 5:8 8:16,17
    16:24 21:19
    25:22 28:19
    33:3 35:13
    47:25 52:17,18
    58:8 59:11
    70:16 77:9 79:6
    79:10 88:23
**two-part** 60:23
**two-year** 88:21
**type** 41:21
**types** 89:14
**typically** 49:5
    54:4 68:15 74:7

77:17 88:14

_____

**U**

**ultimately** 51:19
    65:18
**umm** 85:19
**understand**
    13:18 31:17,23
    34:19 38:2,4,6
    38:10 60:24
    61:15 64:4,12
    66:8 82:5 83:21
    84:18 86:3,18
    89:5 92:20
**understandable**
    38:1
**understanding**
    12:5 34:16 51:9
    52:4
**understood** 38:6
**underwrite** 3:3
**underwriting**
    78:21,22
**unfortunately**
    14:10
**unique** 51:5
**United** 1:1 49:4
    67:21
**unlimited** 7:23
**update** 18:1
**updates** 17:14,25
**upgrade** 17:15
**upgrades** 17:18
**upset** 89:8
**upside** 10:18,24
    11:22 14:6
    49:14
**uptick** 62:6
**use** 94:8
**users** 4:11 53:8
    57:1

_____

**V**

**value** 9:19 10:8
    10:13,14 13:16
    17:1 21:2 29:8
    29:12 30:15,15
    31:5 33:11,15
    36:3 37:1,9
    42:7 51:8 61:17

62:7 66:4,16
68:18,18 69:7,9
74:20 76:3,4,6
84:6 86:3 88:20
89:3 91:12
**vault** 4:12 8:19
**vaulted** 4:6 11:1
**veins** 77:3
**venture** 79:10
**ventures** 36:10
**verify** 66:22
**version** 17:19
**versus** 36:5,5
41:3,4 55:19
69:23
**Veto** 34:15
**viability** 3:4
**viable** 25:10
73:22
**vibration** 45:4
**video** 1:17 2:17
2:18 34:3
**videos** 2:8,9
86:19
**virtual** 84:9
**virtually** 13:12
**visibility** 77:19
**vision** 32:13
58:21 68:1
**visual** 29:20
32:15
**voting** 77:19 93:1

**W**

**wait** 14:4 29:19
72:14
**waiting** 59:25
60:2
**walked** 20:2 70:5
**walking** 44:15
**walks** 73:4
**wallet** 51:25,25
52:6 55:3,7,14
55:24,25 56:2,3
56:8,8,9,19,23
57:2 61:21
62:20 63:7 64:9
64:9,13,14,15
64:18 65:22,24
91:5

**wallets** 62:9,23
64:6,11
**want** 2:13,16,18
3:17 6:8 8:9,23
9:4,6,9 10:9
14:18,20 15:22
17:8,14,17,18
17:19,23 18:13
20:6,14 22:15
23:6,7,8,9 26:1
31:7,24,24
35:16,17,19,19
36:18,21 39:4,5
40:11,14 42:17
47:19 49:10,13
49:14 53:25
57:14 59:24
60:18 62:25
63:4,12 64:23
65:18 70:1 71:1
72:14 74:14
78:7,9 80:21
81:6,7,16,18
82:1 83:22 85:7
85:8,9 86:15,17
87:13 94:7
95:14,17
**wanted** 25:20
69:21 80:25
**wants** 40:13 93:3
94:22
**warranty** 17:11
**wash** 44:25
**wasn't** 60:7 85:3
**watch** 85:18
**watching** 53:22
**way** 4:12 8:1,13
9:11 15:6 22:7
25:24 26:24
27:1 28:3,4
39:23 40:15
42:4 54:3 60:7
69:8 78:13
86:22 87:19
92:22 95:19
**ways** 55:1,1
57:10 75:4
**we'll** 7:19,24 70:3
74:1 87:15

**we're** 3:6,8 4:12
5:5,5 6:3 7:15
7:17,18,21,22
8:15,16,17,23
8:24 10:19
13:22 17:15
20:5 24:20,21
24:22 26:3 27:3
30:3,8 32:8
36:18 42:16
43:3,4 45:14,15
45:16 49:12
57:8 61:9,17
65:9,11 67:19
69:25 70:23
71:8 73:8,15
78:7 79:7 81:21
81:22,25 85:11
90:8
**we've** 31:12
56:25 66:22
72:24 73:16,17
75:16 77:5
78:15,15,15
**weed** 78:2
**weeds** 78:20
**week** 70:10 71:5
71:19,20,25
72:11 74:8
**weekly** 64:17,21
**weeks** 31:16 58:8
59:11 70:16
**weigh** 45:5
**wells** 36:4 49:19
49:20
**went** 7:11 23:16
23:16 24:25
69:6 81:12 90:9
90:11 94:2
**weren't** 23:4
**west** 35:8 44:7
**Western** 77:8,9
78:16
**whale** 51:19
**whales** 52:17
**whim** 88:6
**wide** 28:6 61:10
61:11
**widening** 26:7

**Wider** 26:20
**wild** 35:7
**willing** 37:10
**win-win-win**
51:2
**wind** 15:10
**windows** 64:21
**winds** 92:4,4
**wish** 87:12
**withdraw** 62:23
63:13
**withdrawals**
64:16,17
**withdrawing**
62:8
**withdrawn** 61:6
**word** 55:24,25
56:1,3 61:3,8
84:9
**words** 55:14,23
64:11
**work** 10:19,20
40:1 68:5 75:5
77:8 86:12
**working** 68:6
77:5 89:2
**workings** 79:21
**works** 3:6 10:1
21:13 32:17
48:24 54:3
93:21,24
**world** 6:4 22:3
36:12 67:23,25
92:12
**worry** 24:10
70:14
**worth** 4:1 10:6,7
46:8 64:14
**wouldn't** 36:18
36:21 46:24,25
62:5,6 67:5
76:4 91:14
**wounds** 73:1
**Wow** 14:22
**wrong** 5:5 85:2
85:25 86:1,5

**X**

**X** 40:9 42:18
**x-factor** 37:14

**XYZ** 68:23

**Y**

**yeah** 10:6 11:11
11:20 14:5,25
16:1 18:20
19:15,25 21:21
22:2,13 23:6
25:16 28:16
30:1 31:18
32:21 34:18,23
35:9 37:16
38:15 40:12
44:7,8,10 45:18
48:3 50:6,8,13
51:2,24 52:3
54:1,15,23,24
55:22 58:22
59:22 60:2
61:13 62:18
65:23 66:1,24
68:11,14,21
69:5 70:21
72:12,13,16,23
73:6 74:9,24
75:9,20,22 76:9
76:15,22,23
78:11,12 79:17
80:7 81:1 82:19
82:20 83:13
84:2,3,13 86:6
86:6,14 89:23
92:17,23 93:23
**year** 5:2 17:11
21:14 31:11
36:5,6 37:25
38:1 46:6,11,13
64:10,10 88:9
89:6
**years** 5:5,6,6,8
14:16 15:19
16:24 17:6 46:4
46:5,7 69:10
88:23 91:12
92:19
**Yep** 65:15
**yesterday** 33:1
36:1
**young** 89:16

**Z**

**Z** 8:14
**zero** 41:22

**0**

**07** 65:6

**1**

**1** 1:9 2:7,16,19,23
3:25 7:1 9:2
11:20 12:14,16
12:23 13:4,8
14:5,22,25 16:1
16:15 19:3,6
21:19,22 24:2,7
24:11,13,15,18
25:5,16 30:21
30:24 31:8,10
31:13 32:23
33:10,17,21
34:5,11,16,19
35:9,21 36:7,21
37:6,16 38:22
39:8,12,15,20
46:1,23 47:8,22
48:6,9,13 49:18
50:8,17 51:2
52:8 54:15,24
56:18,22,24
57:17,20,24
58:2,11,13,17
58:20 59:1,3,12
59:16,23 60:2,4
60:9 62:21 63:2
63:17,23,25
68:11,14,25
69:2,5 70:21
73:2,6 74:10
75:9,13,16,20
75:22,25 76:15
76:22 78:12
80:4,8 82:19,23
83:2,13,18 84:3
85:5 86:14,16
89:22 92:23
95:1,12,19
**1,000** 7:18 82:2
90:9
**1,500** 7:17,20
**1.8** 62:2

**10** 4:18 5:6 33:20
33:21 46:5,11
46:17 51:24
52:1,13,24
53:18 55:4,6
56:12 62:15,15
62:16 63:8
72:12,14 78:1
90:22
**10-22-39-GMT...**
2:3
**10-year** 46:11
69:12
**10,000** 7:24 67:17
**100** 46:10
**100,000** 10:2 26:5
26:6 41:14
48:18,21 61:6
**11** 17:5 31:11
**11th** 6:4,24
**12** 4:9 5:5 88:14
88:19 89:6,10
89:11,11
**12-minute** 84:16
**12-year** 76:18
**120** 49:25 50:1,5
**135** 89:17 90:5
**14** 29:24
**15** 89:6
**15,000** 31:5 33:2
33:10 59:11
**17** 33:5
**17,000** 83:8
**17.08** 32:25
**17.11** 33:1
**18** 14:21 29:24
**18-month** 94:3
**180,000** 41:14
**1st** 70:13 71:23

**2**

**2** 2:15 5:5,19
6:16,19 7:4,7
10:6 11:6,14,25
12:10,15,17,22
15:15,18 16:11
16:20 18:3,9,12
18:16,19,23
19:9,15,18,22
19:25 20:4,9,10

20:17 21:11,15
21:18,21 22:2
24:1 25:14,17
26:21 27:14,22
28:11,16 29:7
29:22 30:6,9,17
30:22,25 31:2,4
31:9,18,22
32:16,20,22
33:4,7,9,11,16
33:22 34:3,7,12
34:18,23,25
35:5,24 36:2,11
36:14,16 37:3,8
37:21 38:13,16
38:19 39:11,14
40:12 41:16,19
42:7,11 43:6,10
43:13,17 44:4,6
44:14 45:18,21
45:24 46:12,20
46:24 47:4,11
47:15,23 50:3,6
50:10,11,14,19
50:22 51:1,4,14
51:17,22 52:11
53:1,9,14 54:1
54:13,23 55:6
56:1,5,14 57:4
57:19,23,25
58:3,10,12,16
58:22,24 59:2
59:22,24 60:3
60:15 61:11,14
61:21,23 62:1,3
62:5,18,25
63:12,16,20,24
64:17 65:2,3,11
65:16,21 66:1
66:24 67:2,22
68:21 69:1,3
70:16 71:14,18
72:1,20,24 73:7
74:9,11,17,24
75:6,11,14,18
75:21,24 76:12
76:14,23 77:13
78:11 79:13,17
80:3,5,11,14,18

81:1,6 82:4,12
82:15,18,21
83:6,16 84:2,7
84:13,15,21,24
85:3,6,13,17,19
86:2,8,15,17
87:1,6,9,11
88:1,9 89:21,23
90:18 91:9 92:6
92:11,17,22,24
93:5,23 94:13
94:19,23 95:2
95:10
**2,000** 56:25 90:10
**2,700** 90:12
**20** 42:10 46:2,12
52:2 67:12 75:1
86:24 93:20
**20,000** 90:11
**200** 59:19 70:7,8
71:11 87:3
**200,000** 48:22
**202** 1:25
**2020** 91:12
**20th** 71:24
**21-23-10-22-39...**
1:8
**22-39-GMT-04...**
96:10
**22,000** 23:1
**24** 71:10
**24-hour** 21:14
**25** 29:19
**25,000** 84:5
**250** 64:1,24
**27** 70:17,17
**2nd** 32:25

**3**

**3** 2:18,20 3:1 5:6
5:20 6:18 7:3,6
7:9 9:3 10:7,14
10:17 11:12,17
11:21,24 12:8
12:12,21,24
13:6,9 14:6,23
15:1,16,19 16:2
16:6,12,18 17:7
18:6,11,15,17
18:20 19:5,7,10

19:16 20:19
21:12,24 22:3
22:13 24:6,10
24:12,14,17,19
25:6,22 26:22
27:16,20,25
28:10,14,19
29:9,16 30:4,7
30:18,23 31:1,3
31:12,15,21
33:25 34:8,14
35:2,6,10,13,22
35:25 36:3,8,12
36:15,20,23
37:4,7,9,17,22
38:15,17,20,23
39:9,13,21 40:8
40:13 41:17,20
42:9,12 43:8,11
43:15,18 44:5,7
44:12,17 45:14
45:19,23 46:21
47:5,9,13,17,21
47:24 48:3,8,12
48:23 49:19
50:4,7,9,13,16
50:18,20,24
51:12,16,21
52:15 53:5,10
53:16,22 54:2
54:16,25 55:11
55:18,23 56:3
56:10,12,15,20
56:23,25 57:5
57:22 58:7,18
58:21,23 59:8
59:14,17 60:5
60:13,16 61:9
61:13,20,25
62:2,4,8,13,19
62:22 63:4,18
63:22 64:1,19
65:15,20,23
66:20,25 67:3,6
67:24 68:12,22
69:4,6 70:17,22
71:1 72:3,16,18
72:22 73:3 74:6
74:12,18,25

75:7,10,23 76:1
76:10,13,16
77:7,15 78:13
79:14,18 80:7,9
80:16,20 81:2
81:10,14,19,23
82:11,17,20
83:5,7,14,17,19
84:1,4,11,18,23
85:2,10 86:12
86:20 87:3,8,10
87:24 88:2,10
90:3,20 91:4,17
92:8,15,18,25
93:6,20,24
94:17,22 95:6
95:18
**3-D** 16:8
**3,500** 90:13
**30** 11:18 22:25
72:8 90:21
**30,000** 59:10
**300** 27:12
**33** 65:2,5,7
**36-month** 88:25
**3rd** 3:4
**3X** 54:9

───────────
**4**
───────────
**4** 17:3 19:4 20:13
20:18 22:11
27:18 29:15
**4,000-day** 17:4
**40** 30:9,10 53:19
72:8 91:12
**40,000** 67:16,18
**400** 27:12
**42** 30:8
**43-101** 4:13
**45** 27:2,9
**450053-SL** 96:12
**467-9200** 1:25
**4X** 54:9

───────────
**5**
───────────
**5** 6:23 10:11,16
11:11,23 12:19
16:13,16,22
19:20,23 20:3
26:5 28:9 32:15

32:17,21,24
33:5,8,14,18
34:20,24 35:18
39:18 40:4
42:10 44:10
46:4,22 47:2,12
47:19 48:1
51:10,15 52:9
52:12 53:4
54:14 55:9,17
55:22 56:7,11
56:13 57:21
58:15 59:4,10
60:10,12,22
61:22,24 62:11
62:16 63:15
65:22 67:5
70:23 71:16,19
72:6,12,13,17
72:23 76:9,19
76:25 77:5
80:12 81:3,13
81:18,20,24
84:14 85:16,18
86:1,5,6 87:5
94:9,15,21,24
95:3,8
**5,000** 7:13 10:4
**50** 4:8,24 53:20
89:13 91:12
**500** 20:25 64:1
91:18
**5000** 59:8,9
**540** 89:18
**5X** 90:7

───────────
**6**
───────────
**6** 50:3
**6,000** 83:11,16,24
**60** 76:8 85:14,15
90:21
**60,000** 89:13
**600** 26:9,15
**66** 32:11
**66,000** 30:20
**6th** 60:21

───────────
**7**
───────────
**7** 83:19

───────────
**8**
───────────
**8,000** 95:7
**80** 90:1
**80,000** 41:18
**800,000** 67:10
**86** 91:11
**8th** 87:5

───────────
**9**
───────────
**9** 89:10,12
**90** 70:17
**96** 1:9

# Exhibit C

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )  File No. SL-02891-A

DIGITAL LICENSING, INC.          )


SUBJECT:   2023_04_24_02_24_41_1600x896.wmv

PAGES:    1 through 38






                    VIDEO TRANSCRIPTION






                 Diversified Reporting Services, Inc.

                     (202) 467-9200

Page 2

1     P R O C E E D I N G S
2     2023_04_24_02_24_41_1600x896.wmv
3         (Music Playing)
4         MALE SPEAKER:  Let me start with a
5   question that's on everybody's mind.  Now, let me --
6   let me (laughter) -- no, it's not -- it has nothing
7   to do with passwords.  Don't worry about that.  So
8   here's the -- but I have to -- I have to preface
9   this by saying that this is not financial advice,
10  this is not -- there's no -- no one's giving you any
11  advice.  These are just opinions, but the question
12  that is coming up quite often is, and I'm just going
13  to go right down the line real quickly.  If I had
14  $20,000 today and you did, which licenses would you
15  buy right now?
16        Roy?
17        MALE SPEAKER:  All of them (inaudible).
18        MALE SPEAKER:  Here, take mine.
19        MALE SPEAKER:  Hello, I'd buy all of them,
20  absolutely.
21        MALE SPEAKER:  Okay.  So you wouldn't
22  split it up between --
23        MALE SPEAKER:  Heck, no.
24        MALE SPEAKER:  Which one would you buy?
25        MALE SPEAKER:  All of them.  (Laughter)

Page 3

1         MALE SPEAKER:  (Inaudible)
2         MALE SPEAKER:  Look, look, I'd -- I'd --
3   I'd -- I'd -- I'd take it across the board the way I
4   could, but yeah, yeah.  I like them all.
5         MALE SPEAKER:  I just want to hear
6   everybody's answer on that.
7         MALE SPEAKER:  Yeah, I think it's the --
8   the smart thing to do is diversify, right?  And --
9   and -- and if something speaks to you, like, you
10  know, Joe and I have talked -- I grew up on a farm
11  as well.  And so I know agriculture and farming is,
12  you know, something I understand.
13        So I understand that more than, you know,
14  I understand, you know, maybe something else, but
15  for the most part, I think they're all going to be
16  successful.  They're all tied to the debt token as
17  well, so I think, you know, if something speaks to
18  you, you should go after it, but probably the solid
19  advice should be, you know, across the board.
20        MALE SPEAKER:  It's kind of like asking
21  who your favorite kid is, right?  Like (laughter)
22  all of these projects are good for their own
23  different reasons and what's interesting is I think
24  people look to us as if we have some sort of crystal
25  ball to predict the future of what things are going

Page 4

1   to be.  And bottom line is all of these projects are
2   designed to act very similar to each other and BGLD
3   is the first one out there and it's the one we're
4   using as the track record, but I would say if I had
5   it today, then I would buy Bev and Blocks (phonetic)
6   because I understand the power of being in early and
7   that's what I would take advantage of today.
8         (Crosstalk)
9         MALE SPEAKER:  The volume is too low,
10  guys.
11        MALE SPEAKER:  He said, Bev and Blocks.
12  (Laughter)
13        MALE SPEAKER:  You know, my answer is I've
14  always wanted to be an astronaut.  I don't like
15  ceilings on anything and I think Explorer is the
16  best value in the world (applause).
17        MALE SPEAKER:  Talk about that for a
18  moment.  So Explorer -- whose mic is this?
19        MALE SPEAKER:  I kind of like me having
20  it.
21        MALE SPEAKER:  Joe, what about you, which
22  licenses would you buy for $20,000, just out of
23  curiosity?
24        MALE SPEAKER:  Bev and Block -- Bev and
25  Blocks as well, just token accumulation.

Page 5

1         MALE SPEAKER:  How many -- how many
2   Explorer do we have right now?  Do we still have
3   plenty of those?
4         MALE SPEAKER:  We don't have that --
5         MALE SPEAKER:  (Inaudible) jump on
6   Explorer?  Would -- would they be wise to take
7   action?
8         MALE SPEAKER:  I think they'd be wise to
9   take action on it because our inventory is running
10  low.
11        MALE SPEAKER:  Fair enough.  Fair enough.
12  Good questions or good -- good answers.  Okay.  So
13  the next question I want to ask that comes up often
14  is how is this not a Ponzi scheme?  You know, we've
15  seen so many of these Ponzi schemes in this
16  industry, these, you know -- I don't want to say the
17  names, but projects and companies that come out that
18  this coin, that coin, you know, talk to me a little
19  bit about the cash flow and what makes this
20  different as opposed to just license sales going
21  right into payouts.
22        MALE SPEAKER:  Yeah, that's the one that
23  dropped.
24        MALE SPEAKER:  You know, this is probably
25  the top ten, I'm going to say questions we get.  And

Page 6

1 if you actually looked at the competitors if you do
2 have any out there that I'm unaware of, I don't
3 think I have any, but other projects, other
4 companies that are in your sector, they try to
5 release an internal token. They try and do
6 something that they control all of. Joe and I are
7 not the same company. That's number one.
8       Number two is how we basically operate is
9 fully functionally different. We have actual
10 revenues coming in every single month. Those are
11 publicly done on blockchain. If you do not
12 understand blockchain, understand everything is a
13 ledger. It's actually pretty easy to get to it if
14 you know how to look for it.
15       So what I would suggest, if you don't know
16 how to do that, don't take my word for it. On the
17 19th, the 20th of every single month, we announce
18 our burns. We are fully transparent. Everyone of
19 those burns actually happens over Pancake Swap. We
20 use Pancake Swap instead of the hidden exchanges to
21 make sure you guys understand this token is being
22 acquired. It's different.
23       So if you don't know how to do that,
24 please get with somebody that does and you can do
25 your own due diligence based of off blockchain. No

Page 8

1       We or -- or the DebtBox projects can only
2 mint a certain amount of coins, according to the
3 algorithm with the status of the sales of the
4 licenses.
5       And once we release these projects to the
6 blockchain, none of us control anything. Once it's
7 out in the Ether, it's gone. We can't pull it back.
8 We can't influence it. The only thing that we can
9 do is create more burn by bringing on more projects.
10 So you tell me where the benefit is in a Ponzi
11 scheme of something that we don't have control of.
12       So the decentralization, which everybody
13 touts but then we come to find out, you know, I
14 won't -- I won't mention names, but there's been a
15 few in the press recently that are tarnishing our
16 industry terribly, for the people that are doing it
17 incorrectly, we're part of the people that are doing
18 it correctly, right? And so that will be the test
19 of time.
20       This -- a lot of these things that are
21 happening in this industry are short-term going to
22 be very painful for what we're all doing, but in the
23 long-term, it's going to be good because it's going
24 to get all the -- all the posers, all the fakers out
25 of the way.

Page 7

1 one telling you it happened.
2       MALE SPEAKER: Yeah, I just want to add to
3 that, so I don't know, you know, crypto's a very
4 broad term, right? These are all digital currencies
5 and they're all encrypted, but everybody just lumps
6 it into this category of cryptocurrency, right? And
7 that's not hyper technically the definition. And
8 not all digital currencies are created equal. So
9 there's a vast difference between Bitcoin and
10 Ethereum and everything else, right?
11       Bitcoin and Ethereum are categorized as
12 commodities, right, by the CFTC, right? Not by the
13 SEC. So there's this big question out there, what
14 is an unregistered security and what is a commodity.
15 A commodity is something that someone's willing to
16 sell for a price that someone else is willing to
17 buy, right?
18       But the unregistered securities, which is
19 this lawsuit that's going on with XRP that's been
20 pending in -- in the courts for years, right, that
21 XRP, in my opinion, is winning, is because the --
22 the -- the underlying theme that's the same as our
23 design to both Bitcoin and Ethereum is in Bitcoin,
24 there'll only be 21 million coins ever minted.
25 Ethereum only mints 18 million coins per year.

Page 9

1       And, again, our jam, what I like to say,
2 our jam is connecting real world projects to real
3 world digital currencies and we are a commodity
4 derivative, period. (Applause)
5       MALE SPEAKER: What he said and what he
6 said. (Laughter)
7       MALE SPEAKER: Thanks, Roy.
8       MALE SPEAKER: So I think that we've
9 established quite a lot of this today, but I still
10 want to ask the question because it comes up often.
11 What happens if there's another company that comes
12 out with the same scan technology? What happens if
13 they come along and start doing the same thing?
14       MALE SPEAKER: God -- God bless them.
15 (Laughter)
16       MALE SPEAKER: Well, look, we're not the
17 only smart people in -- you know, in the world.
18 There's other smart people working on similar,
19 different competing technologies and different
20 things. Look at Fleet. We found Fleet -- you know,
21 our technology has been in -- in practical
22 application for years, right?
23       You know, we've been perfecting that, but
24 part of what you've heard us say is that technology
25 is at the -- is at the basis of everything that we

Page 10

1  do.  So we're constantly looking for new
2  technologies to curate, to see if we can better to
3  bring into our -- our sphere of influence and,
4  again, that's part of how we're able to keep coming
5  up with these, you know, awesome projects and -- and
6  laying them out because it's like -- it's like a
7  Pearl Jam album, it's hit after hit after hit, if
8  you like Pearl Jam.  I'm dating myself (laughter),
9  but again, this is the truth because technology will
10  change the world, so if you want to change the
11  world, let's be technologists.
12     So we take technology and we apply it to
13  these simple things, but we tie it back to
14  tangibles.  That's what really makes us different.
15  And, again, we're not -- I just want to say this
16  because it's, you know -- I'm a registered
17  investment advisor.  I've been a licensed financial
18  and insurance professional for over 20 years.  We
19  are not -- we are mining rewards.
20     These are rewards that you take into your
21  piggybank.  It's your decision to then transfer
22  those rewards into a convertible virtual currency.
23  That's what we are.  That notion is a -- is a
24  decision that you make, you pay the tax for and
25  that's part of the -- the -- you know, the

Page 11

1  disincentivizing you to cash out immediately, right?
2  So -- but at the end of the day, these are rewards
3  that you're mining that are convertible into a
4  digital currency, that are then convertible into
5  fiat.  That is a bit difference, and that's part of
6  the elegant design that's been created here that
7  allows us to do what we do.  (Applause)
8     MALE SPEAKER:  I agree with what Shannon
9  said, and usually I do.  If you guys understood the
10  work it actually takes on the physical side, even
11  and as well on the digital side, the -- the late
12  hours these two spend, it is crazy and -- and the
13  amount of time that we spend, if there is another
14  company that comes along that can scan, I agree, God
15  bless them because they have no idea what they're up
16  against.
17     MALE SPEAKER:  Love it.
18     MALE SPEAKER:  And as I said, we're way --
19  we're way far out in front of anybody that wants to
20  grow a brain at this point, so catch us if you can.
21  Woohoo.  (Applause)
22     MALE SPEAKER:  There you go.  There's
23  something about being first and innovation drives
24  competition, so I love it.  Let's -- let's get this
25  one out of the way because this one comes up all the

Page 12

1  time, you know, can I just see the contracts you
2  know, the contracts that you have with all of your
3  vendors?  I'd love to just -- can't you just publish
4  all of these for us so that we can see that this is
5  real?  Can we get some copies of those, of all of
6  these things?
7     (Laughter)
8     MALE SPEAKER:  I'll just save the time,
9  no.
10     MALE SPEAKER:  Yeah.  Look, there's --
11  there's actually a reason for it.  We -- we -- we
12  entered this relationship with IX and it has been
13  different.  We actually used to do just that.
14  Thanks, Joe.  It's Joe's fault.
15     MALE SPEAKER:  No, look, everybody wants
16  to be giving their own validity or validation as
17  everyone keep bringing it today.  We do understand
18  that.  We are trying to do our best at protecting
19  the ecosystem.  And we had a partner, I'll actually
20  just be fully transparent about it, got 900 phone
21  calls a week from certain individuals of a company
22  that we have now partnered with because they wanted
23  to know the validity of an oil contract.
24     I don't have that relationship anymore,
25  and that took revenue from our ecosystem.  Those

Page 13

1  types of things are something that we need to find a
2  happy balance to give you guys the awareness, to
3  give you guys the comfortability of these contracts
4  being placed, but we cannot put it at risk of what
5  we are building and the speed we are building it.
6  And I think that's probably the biggest -- the
7  biggest answer to that.
8     As Roy said, these contracts don't really
9  mean a lot when you have the royalties coming off of
10  the third parties and we're getting paid by the
11  government.  But when you're dealing with (laughter)
12  (inaudible) -- I have the only mic.  When -- when
13  Jay kind of said it best, we don't own these
14  underlying companies, we don't want to.
15     And so a lot of these contracts are based
16  purely off of royalty.  We get validation from our
17  perspective that they're getting paid based off of
18  government.  So I'm not sure you would actually get
19  much from the contract as you believe you may,
20  anyway, but that's -- that's my answer and I'll
21  actually pass it on.
22     MALE SPEAKER:  Yeah, and I'd just add to
23  that.  Hopefully, it carries some weight, but, you
24  know, we're -- we -- we just announced our
25  relationship with Fleet Space and -- and -- and, you

Page 14

1  know, these are people that are -- are rocket
2  scientists.  So you don't think that they're going
3  to put their very expensive business at risk by
4  partnering with somebody that's not real?  So again,
5  not to say that you have to -- you have to --  you
6  should do your own due diligence, you always should.
7      And you shouldn't rely on third parties,
8  but at the same time, too, you know, our
9  certification with a foreign government is also
10  real.  So I know, you know, we may be explorers, but
11  we're not crazy.  We're not going to go into a third
12  world country and try to BS a foreign government
13  that hey, we can tell you where all of your gold is.
14  We're interested in actually coming home at some
15  point, so (laughter) we don't want to, you know, end
16  up in -- in a third world prison or worse.
17      So it's just not going to be possible.  So
18  again, you have to look at the -- the ecosystem as a
19  whole, right?  And we've been able to -- and
20  hopefully, there'll be more of these announcements
21  coming soon and with greater frequency, with even
22  bigger and bigger companies and, you know,
23  hopefully, like we talked about, you know, as soon
24  as we get some more of work done and some more
25  traction on the oil and gas project and Ghana will

Page 15

1  be announcing one of like the major five oil and gas
2  companies that are actually going to go after what
3  we discover.
4      MALE SPEAKER:  Love that.
5      MALE SPEAKER:  And hopefully, that will
6  continue to give everybody more and more
7  credibility, but again, publishing contracts that we
8  have with governments and -- and -- and service --
9  aerospace service providers, I mean you can go ahead
10  and read them, but they're -- they're not very
11  entertaining.
12      MALE SPEAKER:  Well, speaking in the oil
13  and gas industry, and I can't say any names, due to
14  confidentiality, but Schlonico (phonetic) and
15  Billips (phonetic) and companies like that
16  (laughter) are the main buyers for all oil and gas
17  and in most gas areas, you're going to get a -- a --
18  a power plant in the area that buys all of your gas.
19  It goes on a pipeline.  You don't have a contract to
20  put on that pipeline.  You have a meter.  You submit
21  the meter to your -- to the state and the state
22  makes sure that it's paid, so no contract.
23      MALE SPEAKER:  Beautiful.  And I don't
24  know if anybody saw that little emblem on that card.
25  What was the name of the company on that card that's

Page 16

1  going to be coming out?
2      MALE SPEAKER:  Mastercard.
3      MALE SPEAKER:  I can't imagine that they
4  just decided to jump in with a -- with a company
5  that's not (inaudible).
6      MALE SPEAKER:  Royal Bank of Scotland.
7      MALE SPEAKER:  Okay.  So here's something
8  that's kind of -- I heard a lot of this chatter out
9  there.  We understand why somebody would pay
10  royalties on oil or gas, you guys are helping to
11  pinpoint and saving money.  Help us understand why
12  or where the revenue is coming from on the block
13  side.  Why would somebody pay a royalty on these --
14  these beverages?  And then also, how does that work
15  on the -- on the block side as well?
16      MALE SPEAKER:  Okay.  Two separate
17  projects.  We can talk about Bev really quick.
18      MALE SPEAKER:  Yeah, okay.
19      MALE SPEAKER:  So -- so Bev actually is a
20  distribution point.  So imagine, I'm sure everybody
21  in this room, at least, is understands what a small
22  business is.  They are trying to put a product out
23  to market, whether it's an energy drink that they
24  really like and they wanted to basically brand it
25  out and it's for a region, it's for a state.

Page 17

1      Or maybe it's a microbrewery that
2  physically has distribution of two or three
3  surrounding states, their cost of shelf space, their
4  cost of distribution to the distribution centers,
5  their cost of shipping is dramatically larger and
6  more than it is for Anheuser Busch, of course.
7      The reason for it is it's physical, just
8  the amount of inventory and the amount of
9  distribution they do.  And they get brakes at a lot
10  better prices.  So just like we do with farms in a
11  coop, what if we put 12 to 15 of these
12  microbreweries together?  What if we could save them
13  22 percent on distribution costs?  Is that worth a
14  nickel?
15      MALE SPEAKER:  That's crazy talk.
16      MALE SPEAKER:  That's crazy talk.  Guys,
17  this is not actually that difficult to really think
18  about when you look at what we are saving by putting
19  the technology behind it and putting in a better
20  supply chain.  That's what blockchain really does.
21      It's -- it's a better supply chain
22  mechanism.  Major companies are using it.  Wal-Mart
23  can basically go through a recall.  What they used
24  to have to do is actually take the lettuce out of a
25  full region of stores.

Page 18

1          Today with blockchain, they can actually
2   tighten it down to the exact store that got the
3   produce if there's a problem.  That's what
4   blockchain does.  What value is that to Wal-Mart?
5   Hundreds of millions of dollars a year in recalls.
6   We're doing the same exact thing, just in the
7   beverage space, and we get -- we get a kick for it.
8          Now let's talk about blocks.  If you've
9   sold a house, you understand how many fees you pay.
10  There's at least nine.  And I'm probably going to
11  have a couple brokers in here say it's more.  The
12  reality is if you can basically take those and
13  shrink them down, what is the benefit to the
14  underlying bank?  Huge.
15         If institutional money, if they can have
16  an opportunity to pay one individual to basically
17  process everything through and get it situated,
18  there's money there.  That's also why we had to go
19  to the opposite side for the first run of blocks and
20  physically put the development side, the projects
21  and everything into a bundle and put it together.
22  That's how we basically know there's roughly $500
23  million in loans going out for the 24 months.
24         It's the -- it's the savings that the
25  developers are basically making by getting that

Page 19

1   inventory off of their list quicker.  It's flooring.
2   And it's actually better for the banks to get the
3   interest in quicker and we save efficiencies.  How
4   much do you think that's worth?  A lot.  If we give
5   some back to them, do you think they're happy about
6   it?  We streamline the process.
7          MALE SPEAKER:  Fair enough.  I appreciate
8   that.  Sometimes people ask questions about let's
9   just call it a Alum (phonetic) for example, and they
10  say hey, I look at this liquidity pool and there's
11  just not any money here; there's not a lot of money
12  in here.  And yet, you know, you're talking about
13  cashing out millions of dollars in this large
14  ecosystem.  Why would that be?
15         MALE SPEAKER:  So liquidity pools are
16  actually, you know, kind of funny because the only
17  liquidity pool you guys are actually seeing is
18  actually on Pancake Swap for Aluminum, for instance.
19  And a lot of people look at that one token as the
20  full liquidity pool.  It's not.  You also have the
21  debt that's backing it because Aluminum is backed by
22  debt.  Debt has, you know, $15 million, roughly, in
23  liquidity sitting there.  But one thing that a lot
24  of products don't have is revenues that actually
25  have liquidity.

Page 20

1          What's happening is the liquidity pools
2   are fluctuating every single month because as you're
3   physically selling into, let's take Pancake Swap,
4   for instance.  You're taking liquidity out, right?
5   You're getting it.  You're paying for groceries.
6   You're paying for your car so on and so forth, but
7   the royalties are going into Pancake Swap to do the
8   burns.  So if you really want to know the liquidity,
9   you basically take the monthly burn, calculate it to
10  USD, add the advertised USD value and, trust me, we
11  are very liquid.
12         MALE SPEAKER:  There you go.  All right.
13  So sustainability, this question comes up a lot.
14  You know, you see debt, for example, it's going from
15  a penny -- where -- where is going to go, by the
16  way, Jason?  Can you tell us that, just out of
17  curiosity, if you can help us all understand where
18  debt will go (laughter)?
19         MALE SPEAKER:  Shad would murder me.
20         MALE SPEAKER:  So sustainability.  Hel me
21  understand how it's possible, you know, as it
22  continues to rise and --
23         MALE SPEAKER:  What you need to understand
24  with debt, particularly, it is the smallest token
25  allocation we have in any of our projects.

Page 21

1          Now, when you understand that every one of
2   our projects needs debt token and Joe likes to
3   announce the fact that we have a dozen projects
4   coming out this year.  Every project needs millions
5   of USD value in tokens.  The two projects releasing
6   today total is $7 million in token to power these
7   two projects.  Some projects are smaller.  Some
8   projects released in this year are a lot, lot
9   bigger.  You only have 50 million tokens.  How do
10  you divide it up?
11         You go to the exchanges and they need X
12  amount of liquidity sitting there that takes out of
13  the liquidity.  You will find that this year will
14  probably be a limited supply going out to everyone
15  in ICMH or potential in debt.
16         MALE SPEAKER:  So is it fair to say that
17  the debt token is going to become more scarce and --
18  and the overall desirability of that token is going
19  to grow?
20         MALE SPEAKER:  The opportunity is there.
21  (Laughter)
22         MALE SPEAKER:  Fair enough.  All right.  A
23  lot of questions come up about this -- this --
24  this -- anybody else want to address -- go with that
25  as well or -- okay.  A lot of people want to know

Page 22

1  how the selling of these NFTs is going to impact the
2  ecosystem.  And -- and also -- well, there's a
3  second part to that question, but let's start there.
4  You know, do you -- does it have a -- could it have
5  a negative impact on the pricing of the tokens if,
6  all of the sudden, licenses flood the market?  Like
7  what -- what -- what does that look like?
8        MALE SPEAKER:  So I'm actually going to
9  take that one as well.  I mean I guess I'm in the
10  hotseat and I guess I sat in the right one.
11        MALE SPEAKER:  Sorry, Jason.
12        MALE SPEAKER:  We'll get on physical stuff
13  in a second and I'll pass it that way.  So the nice
14  thing about the NFTS, it basically shows a
15  congratulations that we just became fully
16  decentralized from the actual token price.  We're
17  not going to put any more tokens in the EGI pool
18  from new tokens going out.  And it basically gives
19  us a foundation that we are not connected anyway.
20        So although the NFT price, if they flood
21  the market, I have plenty of people wanting to buy
22  them, they will go on the exchange.  If someone
23  wants to sell their license, they'll sell it.  I
24  have no idea what they'll sell it for.  We don't
25  know that yet.

Page 23

1        The NFT prices will go up and down and
2  they'll float once they become active, just like
3  tokens will.  But that miner, that license, will
4  just transfer to one person, so whether you're
5  mining that token today, Jake's mining the token,
6  Roy's mining the token, Shad mines double and then
7  I -- I mine it, the reality is it's the same token
8  that's out there, so it doesn't affect the token
9  price at all.  It's going to be more about
10  stabilizing the ecosystem by proving validity and
11  the license prices.
12        MALE SPEAKER:  So the other thing, too, is
13  that it establishes a secondary market, right?
14  Almost like a -- like a third market because, you
15  know, I've heard some people say well, BGLD sold
16  out, NATG (phonetic) sold out, so how do I
17  participate in that.  And unfortunately, you know,
18  there has to be a trajectory of time, right?
19        Time value of money has to be factored
20  into this overall equation.  So unfortunately or
21  fortunately, however you want to look at it, those
22  that got in in the early adoption, right, Dev,
23  Blocks, Note, they're going to benefit because they
24  have those licenses.
25        When they go in an NFT, like Jason just

Page 24

1  said, it's not going to really affect the token
2  price, but a secondary market will pop up because,
3  again, it's an income generating asset, right, that
4  you can sell.  So what is the value of that?
5        The last license sold for $50,000.  So is
6  the first person that wants to sell that license
7  that goes into the market, they're going to want to
8  sell it for anything less than $50,000, probably
9  not.  But could they?  Let's say they were in a
10  distressed situation and they had to get some money
11  and so they sold it for $25,000, 50 percent off or
12  $30,000, that sets the market, right?
13        It's a commodity.  It's what someone is
14  willing to pay for something that someone wants to
15  sell.  So again, that's its own ecosystem, you know,
16  unto itself, so this is a good thing.  But it also
17  creates a secondary market for people to participate
18  in what they missed out on in the beginning.  And,
19  again, as we've kind of discussed all day long here,
20  the longer amount of time that goes on, then the
21  more burning that happens, the higher the value of
22  all of the tokens that are in those wallets or in
23  those piggy banks goes up.
24        So you see, it just pancakes back over
25  onto itself.  And it really truly becomes an

Page 25

1  ecosystem.  We're not talking about a fluffy dog
2  here.  We're talking about something that affects
3  something else, that affects something else.  That
4  can is made out of aluminum that came from
5  (Inaudible) Boxside Corporation (phonetic) that was
6  found by XRP.  I'm sorry, XPLR.
7        MALE SPEAKER:  Love it.  (Applause)
8        MALE SPEAKER:  The thing I like about the
9  NFTs is that when you have property at that point
10  that you can exchange and there's a secondary market
11  on it, there usually becomes a third market for
12  lending against property, especially if it's an
13  income-generating asset and so (crosstalk) what I'm
14  going to say now is -- so (laughter) --
15        MALE SPEAKER:  So this actually leads into
16  another great question.  So -- oh, pardon me, go
17  ahead.  Do you have something you wanted to add?
18        MALE SPEAKER:  No.
19        MALE SPEAKER:  Okay.  So one of the
20  questions that came up was -- and this ties into --
21  let's say that some of the bigger node holders
22  decided that they wanted to cash in, could that
23  crash the token value?  And the second question that
24  goes along with that is have you considered a
25  lending scenario where people could borrow against

Page 26

1    their tokens as opposed to having them cash them
2    out, where it might affect the token value.  Has
3    there ever been any kind of discussion about stuff
4    like that?
5            MALE SPEAKER:  So we'll do this in
6    reverse.  I'll say something and then hand the mic
7    to Jason.  So the simple answer is, like, you can
8    look at each one of these projects like a public
9    company, almost, right?  Although, these are
10   tangible assets that are being created.  Again,
11   they're not securities.  And I have to, you know,
12   double-underline that.  But the reality is that
13   anybody that's a large shareholder in any company
14   can sell their shares at any time.  So again,
15   especially when something's decentralized, we don't
16   control that, right?
17           So -- but one of the -- one of the
18   flipsides to that is the sense that somebody may
19   need liquidity, right?  And they don't want to sell
20   the asset because they know the asset is valuable.
21   Well, hence the work that has been done with Rural
22   Bank of Scotland, right?  Because essentially,
23   you're seeing a -- a precursor or a mini step to the
24   larger step, which is, oh, I need to fill my tank of
25   gas, but I don't want to sell my BGLD.  Okay.

Page 27

1            So you can do that now, you know, through
2    Mastercard and Rural Bank of Scotland.
3            So the next -- the evolution of that could
4    be (laughter) --
5            MALE SPEAKER:  You're in trouble, Roy.
6            MALE SPEAKER:  What if in a project, the
7    top 20 wallet holders did not have any advantage to
8    sell token because they could borrow against it tax-
9    free?  It's also one of the major problems with a
10   lot of projects.  You have a lot of the individuals
11   that bought licenses and I have an individual back
12   there, he can stand up if he would like, he walked
13   in and heard my first pitch on DebtBox and he turned
14   around and wrote me a $150,000 check and said I
15   don't need to know any more and he walked out of the
16   room.  (Applause) I won't mention his name, but I
17   should.  Thank you, John Thomas.  (Laughter)
18           The -- the reality is we do have a lot of
19   large note holders.  It's because the way that debt
20   originally was going to go to market was through
21   family offices and through large institutional
22   investors and/or at least accredited investors.  I
23   actually think it's really good because those
24   individuals have the staying power and all of them
25   understand the tokenomics.

Page 28

1            And everybody understands that it's the
2    last man standing with our tokenomics.  And if you
3    do not need to sell, you laugh at everybody that
4    does.  And I just gave a reason to never sell.
5            MALE SPEAKER:  That's powerful.
6            MALE SPEAKER:  Yeah, the longer you hold,
7    the more valuable it's going to be.
8            MALE SPEAKER:  Potentially.
9            MALE SPEAKER:  Potentially.
10           MALE SPEAKER:  So one more, and if anybody
11   does want to sell, I've upped my standing buy ticket
12   to $30.
13           MALE SPEAKER:  Okay.  That was -- that was
14   actually a question somebody wanted me to ask is if
15   you were to -- and I know you wouldn't, but if you
16   were to list an NFT, let's say NATG NFT, what would
17   you list it for?
18           MALE SPEAKER:  I'd list it for more than
19   the value that it has sold at last.
20           MALE SPEAKER:  Which was at?
21           MALE SPEAKER:  I can't remember what it
22   was, 70-something, right?
23           MALE SPEAKER:  $72,000.
24           MALE SPEAKER:  $72,000.
25           MALE SPEAKER:  So you would list it for

Page 29

1    more than that --
2            MALE SPEAKER:  Oh, absolutely.
3            MALE SPEAKER:  -- if you were to sell one.
4            MALE SPEAKER:  Where else are you going to
5    get it?  Are you going to sell it?
6            MALE SPEAKER:  I'm not selling anything.
7            MALE SPEAKER:  Is he going to sell it?
8    Are you guys going to sell it?
9            AUDIENCE:  No.
10           MALE SPEAKER:  Are you sure?  Because I'm
11   buying? (Laughter)
12           MALE SPEAKER:  This question -- help me
13   understand what happens when -- and Jake, you
14   covered a little bit on this earlier, but what
15   happens when the burns eventually get to a point
16   where there's no tokens left, right?  There's --
17   there's more burns than there are tokens that are --
18   that are out in circulation anymore, what -- what --
19   what does that look like?
20           MALE SPEAKER:  Well, that's where it's
21   easy to look at it on paper and see where you're up
22   against this, you know, impossibility, almost,
23   right?  Because there's never going to be a scenario
24   where all of the token is burned.  That's why most
25   of the token projects that we have are divisible to

Page 30

1    the eight decimal or something like that.  And so
2    you're never going to get rid of all of the token.
3          Eventually, it's just going to squeeze it
4    down, squeeze it down, squeeze it down.  Look at it
5    like Bitcoin and the trajectory that Bitcoin has
6    been on.  When you first started mining Bitcoin way
7    back when, one miner might've produced 100 Bitcoin a
8    day, but the value of it was.0000, you know, and so
9    on.
10         Now that Bitcoin is $20,000 a token,
11   people are transacting in.000 fractions of that
12   token.  And so that's what we're going to see happen
13   is that decimal point is just going to continue to
14   move and move and move.
15         MALE SPEAKER:  So just to that, so one of
16   the things that we've all been talking about, just
17   to simplify it because I like to just break things
18   down to its lowest common denominator, which is
19   in -- in -- in this model, a lot of the tokens are
20   generated in the very beginning -- of the 4,000-day
21   or 11 and quarter year cycle, right?  And then it's
22   just a matter of looking at what are the sizes of
23   these burns.  How fast are these guys burning or how
24   fast is the system burning these coins?  And how
25   fast are these guys putting projects on, right?

Page 31

1          And again, that's the barometer that you
2    want to watch because the more burn, you know, the
3    higher the potential value of what's left.  So
4    that's where the focus really should be -- should be
5    on.
6          MALE SPEAKER:  I want to make sure
7    everybody in the audience is listening.  So with a
8    hypothetical project, BGLD, if in January, let's
9    just take $3 million was coming in from revenue
10   sources to burn tokens and there's $3 million in
11   token that's minted this month, what happens to the
12   token?  What if I told you that only $1 5 million in
13   token was being created a month and we have $3
14   million coming in?
15         MALE SPEAKER:  That'd be great.  But why
16   would that happen, Jason?
17         MALE SPEAKER:  Because halving just
18   happened.
19         MALE SPEAKER:  Oh, that's right.  So
20   halving (inaudible).
21         MALE SPEAKER:  Half the EGI pool just got
22   burned.  Next January, what if that drops to
23   $750,000 a month and now, Shad and Roy actually work
24   for a minute and double and triple the mine
25   (inaudible).

Page 32

1          And let's say we get to six, seven, eight,
2    nine, ten million a month, hypothetically,
3    obviously --
4          MALE SPEAKER:  It increases, ups the
5    value.
6          MALE SPEAKER:  -- you guys are not nearly
7    as excited.
8          MALE SPEAKER:  Yeah (laugher).  Guys
9    that's -- that's how we get a 10X, 20X multiplier is
10   as we continue to pull off legacy, it's going to
11   take a while.  Everybody says why does it do it
12   today?  Well, because you have John Thomas's of the
13   world just sitting back there with a bunch of
14   tokens.  He doesn't actually sell, so I got news for
15   you, it's not him, but understand, there's a lot of
16   legacy tokens.
17         When BGLD started, they were -- they were
18   mining 42,000 roughly tokens a day.  If you would've
19   sold that particular day, just so everybody is aware
20   in this room, it would have a value of about $2.18 a
21   day, 42,000 tokens.  Was that a good move or a bad
22   move for them to sell a year ago?
23         AUDIENCE:  Bad.
24         MALE SPEAKER:  Has anybody done the math
25   on what 42,000 token a day was paying that node

Page 33

1    holder every single day that they did that?
2    Thousands a day if they would've held.
3          MALE SPEAKER:  This is really important
4    because this question comes up often.  You know,
5    people want to talk to you about ROIs -- ROIs.
6    What's my ROI going to be, you know?  Or what's it
7    paying daily?  That question comes up all the time.
8    Well, for the first six months, BGLD was paying what
9    daily?  Or the first few months, I should say.
10         MALE SPEAKER:  I think it actually started
11   the very first few months, it was -- it was under
12   $1.00.
13         MALE SPEAKER:  Okay.  So if it was
14   producing -- because when you get into the licenses
15   early on, that's where it pays out the most, 40,000
16   tokens per day, when it hit -- what did it hit at
17   its peak?
18         MALE SPEAKER:  1.2786 cents.
19         MALE SPEAKER:  Okay.  So what was that per
20   day?  So was I mining $2.00 a day or what was I --
21   what was I really minding?
22         MALE SPEAKER:  More.
23         MALE SPEAKER:  A lot more.  So you have to
24   understand that --
25         MALE SPEAKER:  $533 a day.

9 (Pages 30 to 33)

1    MALE SPEAKER:  $533 a day.  So when you
2  see $4.00 per day or $6.00 per day, is that really
3  what you're minding?
4    AUDIENCE:  No.
5    MALE SPEAKER:  Is it really what you're
6  mining?
7    AUDIENCE:  No.
8    MALE SPEAKER:  You have to really
9  understand the difference between price and value.
10  You guys have been really, really good.  Do you want
11  to jump on that?
12    MALE SPEAKER:  I just want to tell
13  everybody, there's no one that gets to decide how
14  much their nodes make a day, except for the person
15  you wake up in the morning and look in the mirror
16  to --
17    MALE SPEAKER:  Powerful.
18    MALE SPEAKER:  -- because that's actually
19  the price that you decided that your efforts were
20  worth.
21    MALE SPEAKER:  And on that note, and you
22  guys have all been awesome, I want to ask one more
23  question, then we're going to wrap up.  Jason, you
24  said something to me in one of the first
25  conversations, you know, that we had.

1    We were talking about these different
2  projects, and I was trying to get a better
3  understanding so I can go out and start sharing
4  them.  And you said, Travis, you know, you don't
5  understand at all what you have in your hands.  You
6  said maybe six months, you'll start to get a little
7  bit of an idea of what you have.  In a year from
8  now, I think that you'll really start to get it.
9  Well, I'm six months in and I think I have a pretty
10  good idea, but I want to know, in your words what
11  you meant by that.
12    MALE SPEAKER:  I'm going to tell everybody
13  in this room the exact same thing I told Travis, you
14  have no idea what you have your hands on yet.  Even
15  if you are involved, you're getting a glimpse.  If
16  you're not involved, you will know in six months
17  what you've missed the opportunity for if you don't
18  come in.  (Crosstalk) Travis has actually been, you
19  know, the debt ambassador, so I've actually go to
20  know him fairly well.
21    I will definitely also second that he does
22  like to write paragraphs in text messages
23  (laughter).  And then when it gets really long, he
24  gets lazy and doesn't write the paragraphs anymore.
25  He sends you voice texts.  But Travis has also had

1  the unique ability to go out to several of our sites
2  at this point in time and, you know, seeing him up
3  on the oil rig and seeing how excited he got and
4  looking down and said how do I share this, I don't
5  know how to share this opportunity.  I've never been
6  40 feet in the air, sitting here on an oil rig
7  smelling it.
8    There is no way to basically tell you what
9  oil smells like until you can't get it off of your
10  hands for two days.  The -- the benefit of you,
11  particularly, is you do actually a very good job at
12  kind of disseminating that down, but today, I
13  actually saw you sitting there at that seat with the
14  exact same face as getting off of that oil rig.
15    MALE SPEAKER:  The excitement.  How many
16  of you are so excited you can't stand it, you want
17  to get out of this room and go call people right
18  now?
19    (Applause)
20    MALE SPEAKER:  Hey, guys, let's --
21  let's -- let's give these guys the appropriate round
22  of applause that they deserve.
23    (Music)
24    MALE SPEAKER:  So I've got one -- I've got
25  one final question and it's for Joe Martinez.  Joe,

1  when are we -- when are we raffling off your
2  Lamborghini?  (Laughter)
3    MALE SPEAKER:  So, actually -- is this on?
4  All right.  So we are going to be raffling it off.
5  Tickets are $5,000 apiece and we have to sell --
6  only have to sell 1,000 of them, okay?  (Laughter)
7  So let's do that.  I'll be up here.  I'll take Debt
8  token.  I'll take BLGD and I will take XPLR and I'll
9  take all of the project tokens, all right.  So with
10  that, I'll turn it back over to Paul Bardo
11  (phonetic).  Sorry, Paul.
12    (Music)
13    (End of 2023_04_24_02_24_41_1600x896.wmv.)
14    * * * * *
15
16
17
18
19
20
21
22
23
24
25

Page 38

```
1              TRANSCRIBER'S CERTIFICATE
2
3      I, Wendy Smith, hereby certify that the foregoing
4      transcript is a complete, true, and accurate
5      transcription of all matters contained on the recorded
6      proceedings in the matter of:
7
8      DIGITAL LICENSING, INC.
9      2023_04_24_02_24_41_1600x896.wmv
10     SL-02891-A
11     450047-SL
12
13
14     _____
15              Wendy Smith, Transcriber
16
17
18
19
20
21
22
23
24
25
```

**A**

ability 36:1
able 10:4 14:19
absolutely 2:20
    29:2
accredited 27:22
accumulation
    4:25
accurate 38:4
acquired 6:22
act 4:2
action 5:7,9
active 23:2
actual 6:9 22:16
add 7:2 13:22
    20:10 25:17
address 21:24
adoption 23:22
advantage 4:7
    27:7
advertised 20:10
advice 2:9,11
    3:19
advisor 10:17
aerospace 15:9
affect 23:8 24:1
    26:2
ago 32:22
agree 11:8,14
agriculture 3:11
ahead 15:9 25:17
air 36:6
album 10:7
algorithm 8:3
allocation 20:25
allows 11:7
Alum 19:9
aluminum 19:18
    19:21 25:4
ambassador
    35:19
amount 8:2 11:13
    17:8,8 21:12
    24:20
and/or 27:22
Anheuser 17:6
announce 6:17
    21:3
announced 13:24

announcements
    14:20
announcing 15:1
answer 3:6 4:13
    13:7,20 26:7
answers 5:12
anybody 11:19
    15:24 21:24
    26:13 28:10
    32:24
anymore 12:24
    29:18 35:24
anyway 13:20
    22:19
apiece 37:5
applause 4:16
    9:4 11:7,21
    25:7 27:16
    36:19,22
application 9:22
apply 10:12
appreciate 19:7
appropriate
    36:21
area 15:18
areas 15:17
asking 3:20
asset 24:3 25:13
    26:20,20
assets 26:10
astronaut 4:14
audience 29:9
    31:7 32:23 34:4
    34:7
aware 32:19
awareness 13:2
awesome 10:5
    34:22

**B**

back 8:7 10:13
    19:5 24:24
    27:11 30:7
    32:13 37:10
backed 19:21
backing 19:21
bad 32:21,23
balance 13:2
ball 3:25
bank 16:6 18:14

26:22 27:2
banks 19:2 24:23
Bardo 37:10
barometer 31:1
based 6:25 13:15
    13:17
basically 6:8
    16:24 17:23
    18:12,16,22,25
    20:9 22:14,18
    36:8
basis 9:25
Beautiful 15:23
beginning 24:18
    30:20
believe 13:19
benefit 8:10
    18:13 23:23
    36:10
best 4:16 12:18
    13:13
better 10:2 17:10
    17:19,21 19:2
    35:2
Bev 4:5,11,24,24
    16:17,19
beverage 18:7
beverages 16:14
BGLD 4:2 23:15
    26:25 31:8
    32:17 33:8
big 7:13
bigger 14:22,22
    21:9 25:21
biggest 13:6,7
Billips 15:15
bit 5:19 11:5
    29:14 35:7
Bitcoin 7:9,11,23
    7:23 30:5,5,6,7
    30:10
bless 9:14 11:15
BLGD 37:8
block 4:24 16:12
    16:15
blockchain 6:11
    6:12,25 8:6
    17:20 18:1,4
blocks 4:5,11,25

18:8,19 23:23
board 3:3,19
borrow 25:25
    27:8
bottom 4:1
bought 27:11
Boxside 25:5
brain 11:20
brakes 17:9
brand 16:24
break 30:17
bring 10:3
bringing 8:9
    12:17
broad 7:4
brokers 18:11
BS 14:12
building 13:5,5
bunch 32:13
bundle 18:21
burn 8:9 20:9
    31:2,10
burned 29:24
    31:22
burning 24:21
    30:23,24
burns 6:18,19
    20:8 29:15,17
    30:23
Busch 17:6
business 14:3
    16:22
buy 2:15,19,24
    4:5,22 7:17
    22:21 28:11
buyers 15:16
buying 29:11
buys 15:18

**C**

C 2:1
calculate 20:9
call 19:9 36:17
calls 12:21
can't 8:7,8 12:3
    15:13 16:3
    28:21 36:9,16
car 20:6
card 15:24,25
carries 13:23

cash 5:19 11:1
    25:22 26:1
cashing 19:13
catch 11:20
categorized 7:11
category 7:6
ceilings 4:15
centers 17:4
cents 33:18
certain 8:2 12:21
CERTIFICATE
    38:1
certification 14:9
certify 38:3
CFTC 7:12
chain 17:20,21
change 10:10,10
chatter 16:8
check 27:14
circulation 29:18
coin 5:18,18
coins 7:24,25 8:2
    30:24
come 5:17 8:13
    9:13 21:23
    35:18
comes 5:13 9:10
    9:11 11:14,25
    20:13 33:4,7
comfortability
    13:3
coming 2:12 6:10
    10:4 13:19 14:14
    14:21 16:1,12
    21:4 31:9,14
COMMISSION
    1:1
commodities
    7:12
commodity 7:14
    7:15 9:3 24:13
common 30:18
companies 5:17
    6:4 13:14 14:22
    15:2,15 17:22
company 6:7
    9:11 11:14
    12:21 15:25
    16:4 26:9,13

competing 9:19
competition 11:24
competitors 6:1
complete 38:4
confidentiality 15:14
congratulations 22:15
connected 22:19
connecting 9:2
considered 25:24
constantly 10:1
contained 38:5
continue 15:6 30:13 32:10
continues 20:22
contract 12:23 13:19 15:19,22
contracts 12:1,2 13:3,8,15 15:7
control 6:6 8:6 8:11 26:16
conversations 34:25
convertible 10:22 11:3,4
coop 17:11
copies 12:5
Corporation 25:5
correctly 8:18
cost 17:3,4,5
costs 17:13
country 14:12
couple 18:11
course 17:6
courts 7:20
covered 29:14
crash 25:23
crazy 11:12 14:11 17:15,16
create 8:9
created 7:8 11:6 26:10 31:13
creates 24:17
credibility 15:7
crosstalk 4:8 25:13 35:18

crypto's 7:3
cryptocurrency 7:6
crystal 3:24
curate 10:2
curiosity 4:23 20:17
currencies 7:4,8 9:3
currency 10:22 11:4
cycle 30:21

**D**

D 2:1
daily 33:7,9
dating 10:8
day 11:2 24:19 30:8 32:18,19 32:21,25 33:1,2 33:16,20,20,25 34:1,2,2,14
days 36:10
dealing 13:11
debt 3:16 19:21 19:22,22 20:14 20:18,24 21:2 21:15,17 27:19 35:19 37:7
DebtBox 8:1 27:13
decentralization 8:12
decentralized 22:16 26:15
decide 34:13
decided 16:4 25:22 34:19
decimal 30:1,13
decision 10:21,24
definitely 35:21
definition 7:7
denominator 30:18
derivative 9:4
deserve 36:22
design 7:23 11:6
designed 4:2
desirability 21:18

Dev 23:22
developers 18:25
development 18:20
difference 7:9 11:5 34:9
different 3:23 5:20 6:9,22 9:19,19 10:14 12:13 35:1
difficult 17:17
digital 1:5 7:4,8 9:3 11:4,11 38:8
diligence 6:25 14:6
discover 15:3
discussed 24:19
discussion 26:3
disincentivizing 11:1
disseminating 36:12
distressed 24:10
distribution 16:20 17:2,4,4 17:9,13
Diversified 1:24
diversify 3:8
divide 21:10
divisible 29:25
doesn't 23:8 32:14 35:24
dog 25:1
doing 8:16,17,22 9:13 18:6
dollars 18:5 19:13
don't 2:7 4:14 5:4,16 6:2,15 6:16,23 7:3 8:11 12:24 13:8 13:13,14 14:2 14:15 15:19,23 19:24 22:24 26:15,19,25 27:15 35:4,17 36:4
double 23:6

31:24
double-underli... 26:12
dozen 21:3
dramatically 17:5
drink 16:23
drives 11:23
dropped 5:23
drops 31:22
due 6:25 14:6 15:13

**E**

E 2:1,1
earlier 29:14
early 4:6 23:22 33:15
easy 6:13 29:21
ecosystem 12:19 12:25 14:18 19:14 22:2 23:10 24:15 25:1
efficiencies 19:3
efforts 34:19
EGI 22:17 31:21
eight 30:1 32:1
elegant 11:6
emblem 15:24
encrypted 7:5
energy 16:23
entered 12:12
entertaining 15:11
equal 7:8
equation 23:20
especially 25:12 26:15
essentially 26:22
established 9:9
establishes 23:13
Ether 8:7
Ethereum 7:10 7:11,23,25
eventually 29:15 30:3
everybody 7:5 8:12 12:15 15:6 16:20 28:1,3

31:7 32:11,19 34:13 35:12
everybody's 2:5 3:6
evolution 27:3
exact 18:2,6 35:13 36:14
example 19:9 20:14
exchange 1:1 22:22 25:10
exchanges 6:20 21:11
excited 32:7 36:3 36:16
excitement 36:15
expensive 14:3
Explorer 4:15,18 5:2,6
explorers 14:10

**F**

face 36:14
fact 21:3
factored 23:19
fair 5:11,11 19:7 21:16,22
fairly 35:20
fakers 8:24
family 27:21
far 11:19
farm 3:10
farming 3:11
farms 17:10
fast 30:23,24,25
fault 12:14
favorite 3:21
fees 18:9
feet 36:6
fiat 11:5
File 1:4
fill 26:24
final 36:25
financial 2:9 10:17
find 8:13 13:1 21:13
first 4:3 11:23 18:19 24:6 27:13 30:6 33:8

33:9,11 34:24
**five** 15:1
**Fleet** 9:20,20
  13:25
**flipsides** 26:18
**float** 23:2
**flood** 22:6,20
**flooring** 19:1
**flow** 5:19
**fluctuating** 20:2
**fluffy** 25:1
**focus** 31:4
**foregoing** 38:3
**foreign** 14:9,12
**forth** 20:6
**fortunately** 23:21
**found** 9:20 25:6
**foundation** 22:19
**fractions** 30:11
**free** 27:9
**frequency** 14:21
**front** 11:19
**full** 17:25 19:20
**fully** 6:9,18 12:20
  22:15
**functionally** 6:9
**funny** 19:16
**future** 3:25

**G**

**G** 2:1
**gas** 14:25 15:1,13
  15:16,17,18
  16:10 26:25
**generated** 30:20
**generating** 24:3
**getting** 13:10,17
  18:25 20:5
  35:15 36:14
**Ghana** 14:25
**give** 13:2,3 15:6
  19:4 36:21
**gives** 22:18
**giving** 2:10 12:16
**glimpse** 35:15
**go** 2:13 3:18
  11:22 14:11
  15:2,9 17:23
  18:18 20:12,15
  20:18 21:11,24

22:22 23:1,25
25:16 27:20
35:3,19 36:1,17
**God** 9:14,14
  11:14
**goes** 15:19 24:7
  24:20,23 25:24
**going** 2:12 3:15
  3:25 5:20,25
  7:19 8:21,23,23
  14:2,11,17 15:2
  15:17 16:1
  18:10,23 20:7
  20:14,15 21:14
  21:17,18 22:1,8
  22:17,18 23:9
  23:23 24:1,7
  25:14 27:20
  28:7 29:4,5,7,8
  29:23 30:2,3,12
  30:13 32:10
  33:6 34:23
  35:12 37:4
**gold** 14:13
**good** 3:22 5:12
  5:12,12 8:23
  24:16 27:23
  32:21 34:10
  35:10 36:11
**government**
  13:11,18 14:9
  14:12
**governments**
  15:8
**great** 25:16 31:15
**greater** 14:21
**grew** 3:10
**groceries** 20:5
**grow** 11:20 21:19
**guess** 22:9,10
**guys** 4:10 6:21
  11:9 13:2,3
  16:10 17:16
  19:17 29:8
  30:23,25 32:6,8
  34:10,22 36:20
  36:21

**H**

**Half** 31:21

**halving** 31:17,20
**hand** 26:6
**hands** 35:5,14
  36:10
**happen** 30:12
  31:16
**happened** 7:1
  31:18
**happening** 8:21
  20:1
**happens** 6:19
  9:11,12 24:21
  29:13,15 31:11
**happy** 13:2 19:5
**hear** 3:5
**heard** 9:24 16:8
  23:15 27:13
**Heck** 2:23
**Hel** 20:20
**held** 33:2
**Hello** 2:19
**help** 16:11 20:17
  29:12
**helping** 16:10
**here's** 2:8 16:7
**hey** 14:13 19:10
  36:20
**hidden** 6:20
**higher** 24:21
  31:3
**hit** 10:7,7,7 33:16
  33:16
**hold** 28:6
**holder** 33:1
**holders** 25:21
  27:7,19
**home** 14:14
**hopefully** 13:23
  14:20,23 15:5
**hotseat** 22:10
**hours** 11:12
**house** 18:9
**Huge** 18:14
**Hundreds** 18:5
**hyper** 7:7
**hypothetical** 31:8
**hypothetically**
  32:2

**I**

**I'd** 2:19 3:2,2,3,3
  3:3 12:3 13:22
  28:18
**I'll** 12:8,19 13:20
  22:13 26:6 37:7
  37:7,8,8,10
**I'm** 2:12 5:25 6:2
  10:8,16 13:18
  16:20 18:10
  22:8,9 25:6,13
  29:6,10 35:9,12
**I've** 4:13 10:17
  23:15 28:11
  35:19 36:5,24
  36:24
**ICMH** 21:15
**idea** 11:15 22:24
  35:7,10,14
**imagine** 16:3,20
**immediately** 11:1
**impact** 22:1,5
**important** 33:3
**impossibility**
  29:22
**in.000** 30:11
**inaudible** 2:17
  3:1 5:5 13:12
  16:5 25:5 31:20
  31:25
**income** 24:3
**income-genera...**
  25:13
**incorrectly** 8:17
**increases** 32:4
**individual** 18:16
  27:11
**individuals** 12:21
  27:10,24
**industry** 5:16
  8:16,21 15:13
**influence** 8:8
  10:3
**innovation** 11:23
**instance** 19:18
  20:4
**institutional**
  18:15 27:21
**insurance** 10:18
**interest** 19:3

**interested** 14:14
**interesting** 3:23
**internal** 6:5
**inventory** 5:9
  17:8 19:1
**investment** 10:17
**investors** 27:22
  27:22
**involved** 35:15
  35:16
**it's** 2:6 3:7,20 4:3
  6:13,22 8:6,7
  8:23,23 10:6,6
  10:16,21 12:14
  14:17 15:22
  16:23,25,25
  17:1,7,21,21
  18:11,24,24
  19:1,2,20 20:14
  20:21 23:7,9
  24:1,3,13,13
  25:12 27:9,19
  27:23 28:1,7
  29:20 30:3,21
  32:10,15 36:25
**IX** 12:12

**J**

**Jake** 29:13
**Jake's** 23:5
**jam** 9:1,2 10:7,8
**January** 31:8,22
**Jason** 20:16
  22:11 23:25
  26:7 31:16
  34:23
**Jay** 13:13
**job** 36:11
**Joe** 3:10 4:21 6:6
  12:14 21:2
  36:25,25
**Joe's** 12:14
**John** 27:17 32:12
**jump** 5:5 16:4
  34:11

**K**

**keep** 10:4 12:17
**kick** 18:7
**kid** 3:21

**kind** 3:20 4:19
13:13 16:8
19:16 24:19
26:3 36:12
**know** 3:10,11,12
3:13,14,17,19
4:13 5:14,16,18
5:24 6:14,15,23
7:3,3 8:13 9:17
9:20,23 10:5,16
10:25 12:1,2,23
13:24 14:1,8,10
14:10,15,22,23
15:24 18:22
19:12,16,22
20:8,14,21
21:25 22:4,25
23:15,17 24:15
26:11,20 27:1
27:15 28:15
29:22 30:8 31:2
33:4,6 34:25
35:4,10,16,19
35:20 36:2,5

**L**

**Lamborghini**
37:2
**large** 19:13 26:13
27:19,21
**larger** 17:5 26:24
**late** 11:11
**laugh** 28:3
**laugher** 32:8
**laughter** 2:6,25
3:21 4:12 9:6
9:15 10:8 12:7
13:11 14:15
15:16 20:18
21:21 25:14
27:4,17 29:11
35:23 37:2,6
**lawsuit** 7:19
**laying** 10:6
**lazy** 35:24
**leads** 25:15
**ledger** 6:13
**left** 29:16 31:3
**legacy** 32:10,16
**lending** 25:12,25

**let's** 10:11 11:24
11:24 18:8 19:8
20:3 22:3 24:9
25:21 28:16
31:8 32:1 36:20
36:21,21 37:7
**lettuce** 17:24
**license** 5:20
22:23 23:3,11
24:5,6
**licensed** 10:17
**licenses** 2:14 4:22
8:4 22:6 23:24
27:11 33:14
**LICENSING** 1:5
38:8
**likes** 21:2
**limited** 21:14
**line** 2:13 4:1
**liquid** 20:11
**liquidity** 19:10
19:15,17,20,23
19:25 20:1,4,8
21:12,13 26:19
**list** 19:1 28:16,17
28:18,25
**listening** 31:7
**little** 5:18 15:24
29:14 35:6
**loans** 18:23
**long** 24:19 35:23
**long-term** 8:23
**longer** 24:20 28:6
**look** 3:2,2,24
6:14 9:16,20
12:10,15 14:18
17:18 19:10,19
22:7 23:21 26:8
29:19,21 30:4
34:15
**looked** 6:1
**looking** 10:1
30:22 36:4
**lot** 8:20 9:9 13:9
13:15 16:8 17:9
19:4,11,19,23
20:13 21:8,8,23
21:25 27:10,10
27:18 30:19

32:15 33:23
**love** 11:17,24
12:3 15:4 25:7
**low** 4:9 5:10
**lowest** 30:18
**lumps** 7:5

**M**

**main** 15:16
**major** 15:1 17:22
27:9
**making** 18:25
**MALE** 2:4,17,18
2:19,21,23,24
2:25 3:1,2,5,7
3:20 4:9,11,13
4:17,19,21,24
5:1,4,5,8,11,22
5:24 7:2 9:5,7,8
9:14,16 11:8,17
11:18,22 12:8
12:10,15 13:22
15:4,5,12,23
16:2,3,6,7,16
16:18,19 17:15
17:16 19:7,15
20:12,19,20,23
21:16,20,22
22:8,11,12
23:12 25:7,8,15
25:18,19 26:5
27:5,6 28:5,6,8
28:9,10,13,18
28:20,21,23,24
28:25 29:2,3,4
29:6,7,10,12,20
30:15 31:6,15
31:17,19,21
32:4,6,8,24
33:3,10,13,18
33:19,22,23,25
34:1,5,8,12,17
34:18,21 35:12
36:15,20,24
37:3
**man** 28:2
**market** 16:23
22:6,21 23:13
23:14 24:2,7,12
24:17 25:10,11

27:20
**Martinez** 36:25
**Mastercard** 16:2
27:2
**math** 32:24
**matter** 1:3 30:22
38:6
**matters** 38:5
**mean** 13:9 15:9
22:9
**meant** 35:11
**mechanism**
17:22
**mention** 8:14
27:16
**messages** 35:22
**meter** 15:20,21
**mic** 4:18 13:12
26:6
**microbreweries**
17:12
**microbrewery**
17:1
**might've** 30:7
**million** 7:24,25
18:23 19:22
21:6,9 31:9,10
31:12,14 32:2
**millions** 18:5
19:13 21:4
**mind** 2:5
**minding** 33:21
34:3
**mine** 2:18 23:7
31:24
**miner** 23:3 30:7
**mines** 23:6
**mini** 26:23
**mining** 10:19
11:3 23:5,5,6
30:6 32:18
33:20 34:6
**mint** 8:2
**minted** 7:24
31:11
**mints** 7:25
**minute** 31:24
**mirror** 34:15
**missed** 24:18

35:17
**model** 30:19
**moment** 4:18
**money** 16:11
18:15,18 19:11
19:11 23:19
24:10
**month** 6:10,17
20:2 31:11,13
31:23 32:2
**monthly** 20:9
**months** 18:23
33:8,9,11 35:6
35:9,16
**morning** 34:15
**move** 30:14,14,14
32:21,22
**multiplier** 32:9
**murder** 20:19
**Music** 2:3 36:23
37:12

**N**

**N** 2:1
**name** 15:25
27:16
**names** 5:17 8:14
15:13
**NATG** 23:16
28:16
**nearly** 32:6
**need** 13:1 20:23
21:11 26:19,24
27:15 28:3
**needs** 21:2,4
**negative** 22:5
**never** 28:4 29:23
30:2 36:5
**new** 10:1 22:18
**news** 32:14
**NFT** 22:20 23:1
23:25 28:16,16
**NFTs** 22:1,14
25:9
**nice** 22:13
**nickel** 17:14
**nine** 18:10 32:2
**node** 25:21 32:25
**nodes** 34:14
**note** 23:23 27:19

34:21
**notion** 10:23
**number** 6:7,8

**O**

**O** 2:1
**obviously** 32:3
**offices** 27:21
**oh** 25:16 26:24
  29:2 31:19
**oil** 12:23 14:25
  15:1,12,16
  16:10 36:3,6,9
  36:14
**okay** 2:21 5:12
  16:7,16,18
  21:25 25:19
  26:25 28:13
  33:13,19 37:6
**once** 8:5,6 23:2
**one's** 2:10
**operate** 6:8
**opinion** 7:21
**opinions** 2:11
**opportunity**
  18:16 21:20
  35:17 36:5
**opposed** 5:20
  26:1
**opposite** 18:19
**originally** 27:20
**overall** 21:18
  23:20

**P**

**P** 2:1
**PAGES** 1:8
**paid** 13:10,17
  15:22
**painful** 8:22
**Pancake** 6:19,20
  19:18 20:3,7
**pancakes** 24:24
**paper** 29:21
**paragraphs**
  35:22,24
**pardon** 25:16
**part** 3:15 8:17
  9:24 10:4,25
  11:5 22:3

**participate** 23:17
  24:17
**particular** 32:19
**particularly**
  20:24 36:11
**parties** 13:10
  14:7
**partner** 12:19
**partnered** 12:22
**partnering** 14:4
**pass** 13:21 22:13
**passwords** 2:7
**Paul** 37:10,11
**pay** 10:24 16:9
  16:13 18:9,16
  24:14
**paying** 20:5,6
  32:25 33:7,8
**payouts** 5:21
**pays** 33:15
**peak** 33:17
**Pearl** 10:7,8
**pending** 7:20
**penny** 20:15
**people** 3:24 8:16
  8:17 9:17,18
  14:1 19:8,19
  21:25 22:21
  23:15 24:17
  25:25 30:11
  33:5 36:17
**percent** 17:13
  24:11
**perfecting** 9:23
**period** 9:4
**person** 23:4 24:6
  34:14
**perspective**
  13:17
**phone** 12:20
**phonetic** 4:5
  15:14,15 19:9
  23:16 25:5
  37:11
**physical** 11:10
  17:7 22:12
**physically** 17:2
  18:20 20:3
**piggy** 24:23

**piggybank** 10:21
**pinpoint** 16:11
**pipeline** 15:19,20
**pitch** 27:13
**placed** 13:4
**plant** 15:18
**Playing** 2:3
**please** 6:24
**plenty** 5:3 22:21
**point** 11:20 14:15
  16:20 25:9
  29:15 30:13
  36:2
**Ponzi** 5:14,15
  8:10
**pool** 19:10,17,20
  22:17 31:21
**pools** 19:15 20:1
**pop** 24:2
**posers** 8:24
**possible** 14:17
  20:21
**potential** 21:15
  31:3
**Potentially** 28:8
  28:9
**power** 4:6 15:18
  21:6 27:24
**powerful** 28:5
  34:17
**practical** 9:21
**precursor** 26:23
**predict** 3:25
**preface** 2:8
**press** 8:15
**pretty** 6:13 35:9
**price** 7:16 22:16
  22:20 23:9 24:2
  34:9,19
**prices** 17:10 23:1
  23:11
**pricing** 22:5
**prison** 14:16
**probably** 3:18
  5:24 13:6 18:10
  21:14 24:8
**problem** 18:3
**problems** 27:9
**proceedings** 38:6

**process** 18:17
  19:6
**produce** 18:3
**produced** 30:7
**producing** 33:14
**product** 16:22
**products** 19:24
**professional**
  10:18
**project** 14:25
  21:4 27:6 31:8
  37:9
**projects** 3:22 4:1
  5:17 6:3 8:1,5,9
  9:2 10:5 16:17
  18:20 20:25
  21:2,3,5,7,7,8
  26:8 27:10
  29:25 30:25
  35:2
**property** 25:9,12
**protecting** 12:18
**providers** 15:9
**proving** 23:10
**public** 26:8
**publicly** 6:11
**publish** 12:3
**publishing** 15:7
**pull** 8:7 32:10
**purely** 13:16
**put** 13:4 14:3
  15:20 16:22
  17:11 18:20,21
  22:17
**putting** 17:18,19
  30:25

**Q**

**quarter** 30:21
**question** 2:5,11
  5:13 7:13 9:10
  20:13 22:3
  25:16,23 28:14
  29:12 33:4,7
  34:23 36:25
**questions** 5:12,25
  19:8 21:23
  25:20
**quick** 16:17
**quicker** 19:1,3

**quickly** 2:13
**quite** 2:12 9:9

**R**

**R** 2:1
**raffling** 37:1,4
**read** 15:10
**real** 2:13 9:2,2
  12:5 14:4,10
**reality** 18:12 23:7
  26:12 27:18
**really** 10:14 13:8
  16:17,24 17:17
  17:20 20:8 24:1
  24:25 27:23
  31:4 33:3,21
  34:2,5,8,10,10
  35:8,23
**reason** 12:11
  17:7 28:4
**reasons** 3:23
**recall** 17:23
**recalls** 18:5
**record** 4:4
**recorded** 38:5
**region** 16:25
  17:25
**registered** 10:16
**relationship**
  12:12,24 13:25
**release** 6:5 8:5
**released** 21:8
**releasing** 21:5
**rely** 14:7
**remember** 28:21
**Reporting** 1:24
**revenue** 12:25
  16:12 31:9
**revenues** 6:10
  19:24
**reverse** 26:6
**rewards** 10:19,20
  10:22 11:2
**rid** 30:2
**rig** 36:3,6,14
**right** 2:13,15 3:8
  3:21 5:2,21 7:4
  7:6,10,12,12,17
  7:20 8:18 9:22
  11:1 14:19 20:4

20:12 21:22
22:10 23:13,18
23:22 24:3,12
26:9,16,19,22
28:22 29:16,23
30:21,25 31:19
36:17 37:4,9
**rise** 20:22
**risk** 13:4 14:3
**rocket** 14:1
**ROI** 33:6
**ROIs** 33:5,5
**room** 16:21 27:16
32:20 35:13
36:17
**roughly** 18:22
19:22 32:18
**round** 36:21
**Roy** 2:16 9:7 13:8
27:5 31:23
**Roy's** 23:6
**Royal** 16:6
**royalties** 13:9
16:10 20:7
**royalty** 13:16
16:13
**run** 18:19
**running** 5:9
**Rural** 26:21 27:2

**S**

**S** 2:1
**sales** 5:20 8:3
**sat** 22:10
**save** 12:8 17:12
19:3
**saving** 16:11
17:18
**savings** 18:24
**saw** 15:24 36:13
**saying** 2:9
**says** 32:11
**scan** 9:12 11:14
**scarce** 21:17
**scenario** 25:25
29:23
**scheme** 5:14 8:11
**schemes** 5:15
**Schlonico** 15:14
**scientists** 14:2

**Scotland** 16:6
26:22 27:2
**seat** 36:13
**SEC** 7:13
**second** 22:3,13
25:23 35:21
**secondary** 23:13
24:2,17 25:10
**sector** 6:4
**securities** 1:1
7:18 26:11
**security** 7:14
**see** 10:2 12:1,4
20:14 24:24
29:21 30:12
34:2
**seeing** 19:17
26:23 36:2,3
**seen** 5:15
**sell** 7:16 22:23,23
22:24 24:4,6,8
24:15 26:14,19
26:25 27:8 28:3
28:4,11 29:3,5
29:7,8 32:14,22
37:5,6
**selling** 20:3 22:1
29:6
**sends** 35:25
**sense** 26:18
**separate** 16:16
**service** 15:8,9
**Services** 1:24
**sets** 24:12
**seven** 32:1
**Shad** 20:19 23:6
31:23
**Shannon** 11:8
**share** 36:4,5
**shareholder**
26:13
**shares** 26:14
**sharing** 35:3
**shelf** 17:3
**shipping** 17:5
**short-term** 8:21
**shouldn't** 14:7
**shows** 22:14
**shrink** 18:13

**side** 11:10,11
16:13,15 18:19
18:20
**similar** 4:2 9:18
**simple** 10:13 26:7
**simplify** 30:17
**single** 6:10,17
20:2 33:1
**sites** 36:1
**sitting** 19:23
21:12 32:13
36:6,13
**situated** 18:17
**situation** 24:10
**six** 32:1 33:8 35:6
35:9,16
**sizes** 30:22
**SL-02891-A** 1:4
38:10
**small** 16:21
**smaller** 21:7
**smallest** 20:24
**smart** 3:8 9:17,18
**smelling** 36:7
**smells** 36:9
**Smith** 38:3,15
**sold** 18:9 23:15
23:16 24:5,11
28:19 32:19
**solid** 3:18
**somebody** 6:24
14:4 16:9,13
26:18 28:14
**someone's** 7:15
**something's**
26:15
**soon** 14:21,23
**sorry** 22:11 25:6
37:11
**sort** 3:24
**sources** 31:10
**space** 13:25 17:3
18:7
**SPEAKER** 2:4
2:17,18,19,21
2:23,24,25 3:1
3:2,5,7,20 4:9
4:11,13,17,19
4:21,24 5:1,4,5

5:8,11,22,24
7:2 9:5,7,8,14
9:16 11:8,17,18
11:22 12:8,10
12:15 13:22
15:4,5,12,23
16:2,3,6,7,16
16:18,19 17:15
17:16 19:7,15
20:12,19,20,23
21:16,20,22
22:8,11,12
23:12 25:7,8,15
25:18,19 26:5
27:5,6 28:5,6,8
28:9,10,13,18
28:20,21,23,24
28:25 29:2,3,4
29:6,7,10,12,20
30:15 31:6,15
31:17,19,21
32:4,6,8,24
33:3,10,13,18
33:19,22,23,25
34:1,5,8,12,17
34:18,21 35:12
36:15,20,24
37:3
**speaking** 15:12
**speaks** 3:9,17
**speed** 13:5
**spend** 11:12,13
**sphere** 10:3
**split** 2:22
**squeeze** 30:3,4,4
**stabilizing** 23:10
**stand** 27:12
36:16
**standing** 28:2,11
**start** 2:4 9:13
22:3 35:3,6,8
**started** 30:6
32:17 33:10
**state** 15:21,21
16:25
**states** 1:1 17:3
**status** 8:3
**staying** 27:24
**step** 26:23,24

**store** 18:2
**stores** 17:25
**streamline** 19:6
**stuff** 22:12 26:3
**SUBJECT** 1:7
**submit** 15:20
**successful** 3:16
**sudden** 22:6
**suggest** 6:15
**supply** 17:20,21
21:14
**sure** 6:21 13:18
15:22 16:20
29:10 31:6
**surrounding**
17:3
**sustainability**
20:13,20
**Swap** 6:19,20
19:18 20:3,7
**system** 30:24

**T**

**take** 2:18 3:3 4:7
5:6,9 6:16
10:12,20 17:24
18:12 20:3,9
22:9 31:9 32:11
37:7,8,8,9
**takes** 11:10 21:12
**talk** 4:17 5:18
16:17 17:15,16
18:8 33:5
**talked** 3:10 14:23
**talking** 19:12
25:1,2 30:16
35:1
**tangible** 26:10
**tangibles** 10:14
**tank** 26:24
**tarnishing** 8:15
**tax** 10:24
**tax-** 27:8
**technically** 7:7
**technologies** 9:19
10:2
**technologists**
10:11
**technology** 9:12
9:21,24 10:9,12

17:19
tell 8:10 14:13
  20:16 34:12
  35:12 36:8
telling 7:1
ten 5:25 32:2
term 7:4
terribly 8:16
test 8:18
text 35:22
texts 35:25
Thank 27:17
Thanks 9:7 12:14
That'd 31:15
that's 2:5 4:7
  5:22 6:7 7:7,19
  7:19,22 10:4,14
  10:23,25 11:5,6
  13:6,20,20 14:4
  15:25 16:5,8
  17:15,16,20
  18:3,18,22 19:4
  19:21 23:8
  24:15 26:11
  28:5 29:20,24
  30:12 31:1,4,11
  31:19 32:9,9
  33:15 34:18
theme 7:22
there'll 7:24
  14:20
there's 2:10 7:9
  7:13 8:14 9:11
  9:18 11:22
  12:10,11 18:3
  18:10,18,22
  19:10,11 22:2
  25:10 29:16,16
  29:17,23 31:10
  32:15 34:13
they'd 5:8
they'll 22:23,24
  23:2
they're 3:15,16
  7:5 11:15 13:17
  14:2 15:10,10
  19:5 23:23 24:7
  26:11
thing 3:8 8:8 9:13

18:6 19:23
  22:14 23:12
  24:16 25:8
  35:13
things 3:25 8:20
  9:20 10:13 12:6
  13:1 30:16,17
think 3:7,15,17
  3:23 4:15 5:8
  6:3 9:8 13:6
  14:2 17:17 19:4
  19:5 27:23
  33:10 35:8,9
third 13:10 14:7
  14:11,16 23:14
  25:11
Thomas 27:17
Thomas's 32:12
Thousands 33:2
three 17:2
ticket 28:11
Tickets 37:5
tie 10:13
tied 3:16
ties 25:20
tighten 18:2
time 8:19 11:13
  12:1,8 14:8
  23:18,19 24:20
  26:14 33:7 36:2
today 2:14 4:5,7
  9:9 12:17 18:1
  21:6 23:5 32:12
  36:12
token 3:16 4:25
  6:5,21 19:19
  20:24 21:2,6,17
  21:18 22:16
  23:5,5,6,7,8
  24:1 25:23 26:2
  27:8 29:24,25
  30:2,10,12
  31:11,12,13
  32:25 37:8
tokenomics
  27:25 28:2
tokens 21:5,9
  22:5,17,18 23:3
  24:22 26:1

29:16,17 30:19
  31:10 32:14,16
  32:18,21 33:16
  37:9
told 31:12 35:13
top 5:25 27:7
total 21:6
touts 8:13
track 4:4
traction 14:25
trajectory 23:18
  30:5
transacting
  30:11
Transcriber
  38:15
TRANSCRIB...
  38:1
transcript 38:4
transcription
  1:16 38:5
transfer 10:21
  23:4
transparent 6:18
  12:20
Travis 35:4,13,18
  35:25
triple 31:24
trouble 27:5
true 38:4
truly 24:25
trust 20:10
truth 10:9
try 6:4,5 14:12
trying 12:18
  16:22 35:2
turn 37:10
turned 27:13
two 6:8 11:12
  16:16 17:2 21:5
  21:7 36:10
types 13:1

___
U
___
unaware 6:2
underlying 7:22
  13:14 18:14
understand 3:12
  3:13,14 4:6
  6:12,12,21

12:17 16:9,11
  18:9 20:17,21
  20:23 21:1
  27:25 29:13
  32:15 33:24
  34:9 35:5
understanding
  35:3
understands
  16:21 28:1
understood 11:9
unfortunately
  23:17,20
unique 36:1
UNITED 1:1
unregistered
  7:14,18
upped 28:11
ups 32:4
USD 20:10,10
  21:5
use 6:20
usually 11:9
  25:11

___
V
___
validation 12:16
  13:16
validity 12:16,23
  23:10
valuable 26:20
  28:7
value 4:16 18:4
  20:10 21:5
  23:19 24:4,21
  25:23 26:2
  28:19 30:8 31:3
  32:5,20 34:9
vast 7:9
vendors 12:3
VIDEO 1:16
virtual 10:22
voice 35:25
volume 4:9

___
W
___
wake 34:15
Wal-Mart 17:22
  18:4
walked 27:12,15

wallet 27:7
wallets 24:22
want 3:5 5:13,16
  7:2 9:10 10:10
  10:15 13:14
  14:15 20:8
  21:24,25 23:21
  24:7 26:19,25
  28:11 31:2,6
  33:5 34:10,12
  34:22 35:10
  36:16
wanted 4:14
  12:22 16:24
  25:17,22 28:14
wanting 22:21
wants 11:19
  12:15 22:23
  24:6,14
was.0000 30:8
watch 31:2
way 3:3 8:25
  11:18,19,25
  20:16 22:13
  27:19 30:6 36:8
we'll 22:12 26:5
we're 4:3 8:17,22
  9:16 10:1,4,15
  11:18,19 13:10
  13:24 14:11,11
  14:14 18:6
  22:16 25:1,2
  30:12 34:23
we've 5:14 9:8,23
  14:19 24:19
  30:16
week 12:21
weight 13:23
Wendy 38:3,15
what's 3:23 20:1
  31:3 33:6,6
willing 7:15,16
  24:14
winning 7:21
wise 5:6,8
won't 8:14,14
  27:16
Woohoo 11:21
word 6:16

**words** 35:10
**work** 11:10 14:24
  16:14 26:21
  31:23
**working** 9:18
**world** 4:16 9:2,3
  9:17 10:10,11
  14:12,16 32:13
**worry** 2:7
**worse** 14:16
**worth** 17:13 19:4
  34:20
**would've** 32:18
  33:2
**wouldn't** 2:21
  28:15
**wrap** 34:23
**write** 35:22,24
**wrote** 27:14

**X**
**X** 21:11
**XPLR** 25:6 37:8
**XRP** 7:19,21
  25:6

**Y**
**yeah** 3:4,4,7 5:22
  7:2 12:10 13:22
  16:18 28:6 32:8
**year** 7:25 18:5
  21:4,8,13 30:21
  32:22 35:7
**years** 7:20 9:22
  10:18
**you'll** 35:6,8
**you're** 11:3 13:11
  15:17 19:12
  20:2,4,5,5,6
  23:4 26:23 27:5
  29:21 30:2 34:3
  34:5 35:15,16
**you've** 9:24 18:8
  35:17

**Z**

**0**

**1**

**1** 1:8
**1,000** 37:6
**1.00** 33:12
**1.2786** 33:18
**1.5** 31:12
**100** 30:7
**10X** 32:9
**11** 30:21
**12** 17:11
**15** 17:11 19:22
**150,000** 27:14
**18** 7:25
**19th** 6:17

**2**
**2.00** 33:20
**2.18** 32:20
**20** 10:18 27:7
**20,000** 2:14 4:22
  30:10
**202** 1:25
**2023_04_24_02...**
  1:7 2:2 37:13
  38:9
**20th** 6:17
**20X** 32:9
**21** 7:24
**22** 17:13
**24** 18:23
**25,000** 24:11

**3**
**3** 31:9,10,13
**30** 28:12
**30,000** 24:12
**38** 1:8

**4**
**4,000-day** 30:20
**4.00** 34:2
**40** 36:6
**40,000** 33:15
**42,000** 32:18,21
  32:25
**450047-SL** 38:11
**467-9200** 1:25

**5**
**5,000** 37:5
**50** 21:9 24:11

**50,000** 24:5,8
**500** 18:22
**533** 33:25 34:1

**6**
**6.00** 34:2

**7**
**7** 21:6
**70-something**
  28:22
**72,000** 28:23,24
**750,000** 31:23

**8**

**9**
**900** 12:20

# Exhibit D


# D.E.B.T.

- DASHBOARD
- REWARDS
- WALLETS
- COMMUNITY VOTE
- **PORTFOLIO**
- GOALS
- NEWS
- ORDERS
- LICENSES
- HOSTING

## PORTFOLIO TOTAL VALUE

$85,581



### WALLET VALUE



| | | |
|---|---|---|
| XPLR | | $0 |
| BEV | | $0 |
| BLOX | | $0 |
| **Total:** | | $0 |

### REWARDS VALUE



Mining Balance:
**$12,081**
Mined Last Cycle:
**$318**

## LICENSE RETAIL VALUE



| $4,000 | $59,500 | $10,000 |
|---|---|---|
| 1 | 17 | 5 |

# Exhibit E



ANDREW JOHNSON



# Exhibit F

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:              )

                               )  File No. SL-02891-A

DIGITAL LICENSING, INC.        )


SUBJECT:   Short 8-min DEBT Box XPLR Satellite Scanning

           Tech Reveal!.mp4

PAGES:     1 through 10




VIDEO TRANSCRIPTION




Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1           P R O C E E D I N G S
2    Short 8-min DEBT Box XPLR Satellite Scanning Tech
3    Reveal!.mp4.
4           TRAVIS FLAHERTY:  I -- I want to share
5    this with you.  To put this into perspective before
6    I share this video -- in fact, Joe, why don't you
7    put this into perspective for us?  Because talk --
8    just how big is this, really, what we're about to
9    share?
10          JOE MARTINEZ:  Yeah.  So, you know, one of
11   the things that I've loved about these guys over at
12   DEBT is I have actually known them through my
13   mentor, Brian Robert, for the last, I believe, about
14   four or five years.  And they would come over to his
15   house, to our house, and, you know, they'd bring
16   over bags of unrefined gold.  They'd bring over
17   uncut diamonds.
18          They'd bring over -- you know, they'd come
19   and they would show what's on your screen right now.
20   So I've seen, I've seen a lot of this documentation.
21   I've seen the agreements that they've had with the
22   Ghanian government.  I've seen a lot of these
23   flythroughs for the last year or so.  And I've seen
24   them refine this technology over and over again.
25          And I think it's one of the coolest

Page 3

1    things, because if you're going out there, you're
2    trying to explore in these concessions.  And I don't
3    know if you've ever done this before, but, you know,
4    I've, I've been throughout South America.
5           I've been through Columbia looking for
6    emeralds, because you hear a lot of these people out
7    there, like, oh, we stumbled upon the biggest
8    emerald.  And you kind of get a little bit of
9    that -- you know, you want to go treasure hunting.
10          But what you don't realize is the -- how
11   big these concessions are.  So what Travis is
12   showing on his screen right there, you can see those
13   red lines.  You can see that bigger red line, which
14   is one concession.  And then you can see that
15   smaller red line underneath all of that yellow
16   that's there, that Travis is circling.
17          And, and those, those areas are hundreds
18   of thousands or tens of thousands of acres, hectors,
19   and it's, it's a large area.  And imagine if you're
20   just digging in the wrong spot.  You're going to get
21   demotivated, right?
22          If you don't start to find what you're
23   looking for, doesn't matter if it's in business, it
24   doesn't matter if it's in network (inaudible), it
25   doesn't matter if it's life, in dating, in

Page 4

1    relationships, if you don't find what you're looking
2    for, you get demotivated, and your emotional
3    intelligence goes out the window, and you start to
4    lose money or you start to make bad decisions.
5           So the -- the use of this technology has
6    helped miners, explorers, drillers, pinpoint exactly
7    where the resources, in this case is a fly-through
8    for the gold collective, which is our African
9    downline content provider, okay, and they were able
10   to go and scan this area, like, they've been able to
11   scan multiple areas and figure out where there's
12   higher concentrations of gold, where the veins run
13   through.
14          And so, Travis, with that, I guess that's
15   a good understanding.  Everywhere you see yellow is
16   where there is a vein of gold and -- but also look
17   at everywhere there is not gold.
18          Imagine if you were digging in that area
19   and you weren't able to, you know, know if you
20   were -- you know, there's a, a book out there and a
21   lot of these memes out there, you know, you're three
22   feet from gold.  And a lot of people are just
23   digging in the wrong spot and they just don't know
24   any better.
25          And this technology helps them become more

Page 5

1    profitable, helps them find what they're looking for
2    faster, just like we do on the network marketing
3    side through mentorship, through coaching.  They've
4    done this through technology, and they'll continue
5    to make it better and better and better.
6           TRAVIS FLAHERTY:  Cheyanne (phonetic)
7    says, looks like I need another Node.  Cheyanne, I
8    haven't even showed you anything yet.
9           So, so listen, this -- what I'm about to
10   show you really would fall under the Explorer
11   umbrella, and up to this point we've been doing 2D
12   renderings, 2D, right, so you can see the, the
13   elevation, the landscape of the ground.
14          These different minerals put off different
15   frequencies, so gold puts off a frequency, aluminum
16   puts off a different frequency, and that's how we
17   can read it with the Scan technology that we have.
18          But what if you could do it in 3D, Joe?
19   What if, what if we could now be the first in the
20   world to bring to every exploratory company around
21   the world the ability to be able to see exactly
22   where that gold is, not just from the top down, but
23   from all around?
24          So with that, watch this.  So everything
25   you see in gold is obviously our gold veins.

2 (Pages 2 to 5)

Page 6

1    But what if our new technology could do
2    this, and show them exactly from every single angle
3    the depth where it's at all the way around?  Do you
4    think that this would be valuable to companies and
5    exploratory companies that are out there?
6    Guys, we are the first in the world to be
7    doing this.  This is tied into some very, very big
8    announcements that will be coming in January at the
9    event, which you need to be at.  You'll understand
10   what this is and exactly how big this is.
11   And, you know, Scan of course supports all
12   of our projects, so this supports all of our
13   projects.
14   But Joe, correct me if I'm wrong.  This
15   technology that they're seeing, this technology
16   that's coming, has a big part of why many are
17   predicting that, that DEBT will be a billion dollar
18   company next year.  And that would fall under
19   Explorer license.  Is that correct?
20   JOE MARTINEZ:  That is a hundred percent
21   correct.  There's a lot of projects out there.
22   There's a lot of governments that are actually
23   coming to, you know, the, the, the DEBT entity, the,
24   the actual entity that owns the licensing for
25   Explore and the Scan technology.

Page 7

1    And as you can see here through this fly-
2    through, what ends up happening is, you know, a lot
3    of times you can pinpoint where it is on the X, XY,
4    you know, on the map.  But then you don't know how
5    deep that is.  And right now what you're seeing is
6    any one of these yellow boxes that you have there,
7    it's floating above the map.
8    And the reason it's floating above the map
9    is because if you put it under the map, you wouldn't
10   be able to see where it's at, right?
11   So what they've done is they've taken it,
12   they've extrapolated it out, and it's above the map,
13   but that's showing exactly what the distance would
14   be.  But obviously in this case, it is -- it would
15   be underground instead of aboveground.
16   So just so you guys understand a little
17   bit the technology that's coming through, it's now
18   going into a 3D aspect of this, where we're able to
19   actually get a 3D rendering based on the actual
20   reserves that are in the ground.
21   This is actually for DLG, for the gold
22   projects, but this can go for oil; this can go for
23   natural gas.
24   And you will start to see some of these
25   renderings and some of this new technology that we

Page 8

1    will be announcing and talking about, the amazing
2    partnerships and the amazing things that we having
3    coming for XPLR.  And obviously, XPLR supports the
4    entire ecosystem because it is (audio dropout).
5    TRAVIS FLAHERTY:  Hang on.
6    JOE MARTINEZ:  Here we go.
7    TRAVIS FLAHERTY:  There we go.  So we're
8    going to wrap up here, guys, but we're -- you should
9    see, Joe, the, the chat over on Facebook.
10   So first of all, for those of you that are
11   in the Facebook info group, many of you guys are,
12   are new and you're just kind of keeping an eye on
13   things and you're watching what's going on here at
14   the DEBT Box.  You're feeling the excitement.
15   You're seeing the excitement.
16   But for those of you that don't know,
17   we're the first in the world to introduce commodity-
18   backed cryptocurrency projects.  We sell mining
19   licenses.  That's all iX Global does, is we provide
20   education, we provide software and hardware that
21   allows you to be able to mine projects that are
22   backed by these real world commodities that are in
23   high demand, first in the entire world.
24   And a lot of people want to know, is the,
25   is the technology real?  And what we're showing you

Page 9

1    here is just one more point of validation that
2    shows, yes, it is absolutely real.
3    And what I can tell you -- and Mike Tharp
4    (phonetic) is, like, dude, I'm dying to to, to tell
5    people what we found out in Africa.  I know, Mike.
6    I'm right there with you.
7    What I can tell you guys is is just buckle
8    up and get ready for 2023, because you guys haven't
9    seen anything yet.
10   Joe, any, any final thoughts here before
11   we wrap up today?
12   JOE MARTINEZ:  No. I just think, you know,
13   being one of the early adopters --
14   (End of Short 8-min DEBT Box XPLR Satellite
15   Scanning Tech Reveal! mp4.)
16   * * * * *
17
18
19
20
21
22
23
24
25

3  (Pages 6 to 9)

```
                                    Page 10
 1               TRANSCRIBER'S CERTIFICATE
 2
 3     I, Kathryn R. Tymorek, hereby certify that the foregoing
 4     transcript is a complete, true, and accurate
 5     transcription of all matters contained on the recorded
 6     proceedings in the matter of:
 7
 8     DIGITAL LICENSING, INC.
 9     Short 8-min DEBT Box XPLR Satellite Scanning Tech
10     Reveal!.mp4
11     SL-02891-A
12     450059-SL
13
14
15
16              Kathryn R. Tymorek, Transcriber
17
18
19
20
21
22
23
24
25
```

**A**

ability 5:21
able 4:9,10,19
  5:21 7:10,18
  8:21
aboveground
  7:15
absolutely 9:2
accurate 10:4
acres 3:18
actual 6:24 7:19
adopters 9:13
Africa 9:5
African 4:8
agreements 2:21
allows 8:21
aluminum 5:15
amazing 8:1,2
America 3:4
angle 6:2
announcements
  6:8
announcing 8:1
area 3:19 4:10,18
areas 3:17 4:11
aspect 7:18
audio 8:4

**B**

backed 8:18,22
bad 4:4
bags 2:16
based 7:19
believe 2:13
better 4:24 5:5,5
  5:5
big 2:8 3:11 6:7
  6:10,16
bigger 3:13
biggest 3:7
billion 6:17
bit 3:8 7:17
book 4:20
Box 1:7 2:2 8:14
  9:14 10:9
boxes 7:6
Brian 2:13
bring 2:15,16,18
  5:20

buckle 9:7
business 3:23

**C**

C 2:1
case 4:7 7:14
CERTIFICATE
  10:1
certify 10:3
chat 8:9
Cheyanne 5:6,7
circling 3:16
coaching 5:3
collective 4:8
Columbia 3:5
come 2:14,18
coming 6:8,16,23
  7:17 8:3
COMMISSION
  1:1
commodities
  8:22
commodity- 8:17
companies 6:4,5
company 5:20
  6:18
complete 10:4
concentrations
  4:12
concession 3:14
concessions 3:2
  3:11
contained 10:5
content 4:9
continue 5:4
coolest 2:25
correct 6:14,19
  6:21
course 6:11
cryptocurrency
  8:18

**D**

D 2:1
dating 3:25
DEBT 1:7 2:2,12
  6:17,23 8:14
  9:14 10:9
decisions 4:4
deep 7:5

demand 8:23
demotivated 3:21
  4:2
depth 6:3
diamonds 2:17
different 5:14,14
  5:16
digging 3:20 4:18
  4:23
DIGITAL 1:5
  10:8
distance 7:13
Diversified 1:24
DLG 7:21
documentation
  2:20
doing 5:11 6:7
dollar 6:17
downline 4:9
drillers 4:6
dropout 8:4
dude 9:4
dying 9:4

**E**

E 2:1,1
early 9:13
ecosystem 8:4
education 8:20
elevation 5:13
emerald 3:8
emeralds 3:6
emotional 4:2
ends 7:2
entire 8:4,23
entity 6:23,24
event 6:9
exactly 4:6 5:21
  6:2,10 7:13
EXCHANGE 1:1
excitement 8:14
  8:15
exploratory 5:20
  6:5
explore 3:2 6:25
Explorer 5:10
  6:19
explorers 4:6
extrapolated
  7:12

eye 8:12

**F**

Facebook 8:9,11
fact 2:6
fall 5:10 6:18
faster 5:2
feeling 8:14
feet 4:22
figure 4:11
File 1:4
final 9:10
find 3:22 4:1 5:1
first 5:19 6:6
  8:10,17,23
five 2:14
FLAHERTY 2:4
  5:6 8:5,7
floating 7:7,8
fly- 7:1
fly-through 4:7
flythroughs 2:23
foregoing 10:3
found 9:5
four 2:14
frequencies 5:15
frequency 5:15
  5:16

**G**

G 2:1
gas 7:23
Ghanian 2:22
Global 8:19
go 3:9 4:10 7:22
  7:22 8:6,7
goes 4:3
going 3:1,20 7:18
  8:8,13
gold 2:16 4:8,12
  4:16,17,22 5:15
  5:22,25,25 7:21
good 4:15
government 2:22
governments
  6:22
ground 5:13 7:20
group 8:11
guess 4:14
guys 2:11 6:6

7:16 8:8,11 9:7
9:8

**H**

Hang 8:5
happening 7:2
hardware 8:20
hear 3:6
hectors 3:18
helped 4:6
helps 4:25 5:1
high 8:23
higher 4:12
house 2:15,15
hundred 6:20
hundreds 3:17
hunting 3:9

**I**

imagine 3:19
  4:18
inaudible 3:24
info 8:11
intelligence 4:3
introduce 8:17
iX 8:19

**J**

January 6:8
Joe 2:6,10 5:18
  6:14,20 8:6,9
  9:10,12

**K**

Kathryn 10:3,16
keeping 8:12
kind 3:8 8:12
know 2:10,15,18
  3:3,3,9 4:19,19
  4:20,21,23 6:11
  6:23 7:2,4,4
  8:16,24 9:5,12
known 2:12

**L**

landscape 5:13
large 3:19
license 6:19
licenses 8:19
licensing 1:5 6:24

10:8
**life** 3:25
**line** 3:13,15
**lines** 3:13
**listen** 5:9
**little** 3:8 7:16
**look** 4:16
**looking** 3:5,23
  4:1 5:1
**looks** 5:7
**lose** 4:4
**lot** 2:20,22 3:6
  4:21,22 6:21,22
  7:2 8:24
**loved** 2:11

**M**
**map** 7:4,7,8,9,12
**marketing** 5:2
**MARTINEZ**
  2:10 6:20 8:6
  9:12
**matter** 1:3 3:23
  3:24,25 10:6
**matters** 10:5
**memes** 4:21
**mentor** 2:13
**mentorship** 5:3
**Mike** 9:3,5
**mine** 8:21
**minerals** 5:14
**miners** 4:6
**mining** 8:18
**money** 4:4
**mp4** 1:8 2:3 9:15
  10:10
**multiple** 4:11

**N**
**N** 2:1
**natural** 7:23
**need** 5:7 6:9
**network** 3:24 5:2
**new** 6:1 7:25 8:12
**Node** 5:7

**O**
**O** 2:1
**obviously** 5:25
  7:14 8:3

**oh** 3:7
**oil** 7:22
**okay** 4:9
**owns** 6:24

**P**
**P** 2:1
**PAGES** 1:9
**part** 6:16
**partnerships** 8:2
**people** 3:6 4:22
  8:24 9:5
**percent** 6:20
**perspective** 2:5,7
**phonetic** 5:6 9:4
**pinpoint** 4:6 7:3
**point** 5:11 9:1
**predicting** 6:17
**proceedings** 10:6
**profitable** 5:1
**projects** 6:12,13
  6:21 7:22 8:18
  8:21
**provide** 8:19,20
**provider** 4:9
**put** 2:5,7 5:14 7:9
**puts** 5:15,16

**Q**

**R**
**R** 2:1 10:3,16
**read** 5:17
**ready** 9:8
**real** 8:22,25 9:2
**realize** 3:10
**really** 2:8 5:10
**reason** 7:8
**recorded** 10:5
**red** 3:13,13,15
**refine** 2:24
**relationships** 4:1
**rendering** 7:19
**renderings** 5:12
  7:25
**Reporting** 1:24
**reserves** 7:20
**resources** 4:7
**Reveal** 1:8 2:3
  9:15 10:10

**right** 2:19 3:12
  3:21 5:12 7:5
  7:10 9:6
**Robert** 2:13
**run** 4:12

**S**
**S** 2:1
**Satellite** 1:7 2:2
  9:14 10:9
**says** 5:7
**scan** 4:10,11 5:17
  6:11,25
**Scanning** 1:7 2:2
  9:15 10:9
**screen** 2:19 3:12
**SECURITIES**
  1:1
**see** 3:12,13,14
  4:15 5:12,21,25
  7:1,10,24 8:9
**seeing** 6:15 7:5
  8:15
**seen** 2:20,20,21
  2:22,23 9:9
**sell** 8:18
**Services** 1:24
**share** 2:4,6,9
**Short** 1:7 2:2
  9:14 10:9
**show** 2:19 5:10
  6:2
**showed** 5:8
**showing** 3:12
  7:13 8:25
**shows** 9:2
**side** 5:3
**single** 6:2
**SL-02891-A** 1:4
  10:11
**smaller** 3:15
**software** 8:20
**South** 3:4
**spot** 3:20 4:23
**start** 3:22 4:3,4
  7:24
**STATES** 1:1
**stumbled** 3:7
**SUBJECT** 1:7
**supports** 6:11,12

8:3

**T**
**taken** 7:11
**talk** 2:7
**talking** 8:1
**Tech** 1:8 2:2 9:15
  10:9
**technology** 2:24
  4:5,25 5:4,17
  6:1,15,15,25
  7:17,25 8:25
**tell** 9:3,4,7
**tens** 3:18
**Tharp** 9:3
**they'd** 2:15,16,18
  2:18
**things** 2:11 3:1
  8:2,13
**think** 2:25 6:4
  9:12
**thoughts** 9:10
**thousands** 3:18
  3:18
**three** 4:21
**tied** 6:7
**times** 7:3
**today** 9:11
**top** 5:22
**Transcriber**
  10:16
**TRANSCRIB...**
  10:1
**transcript** 10:4
**transcription**
  1:16 10:5
**Travis** 2:4 3:11
  3:16 4:14 5:6
  8:5,7
**treasure** 3:9
**true** 10:4
**trying** 3:2
**Tymorek** 10:3,16

**U**
**umbrella** 5:11
**uncut** 2:17
**underground**
  7:15
**underneath** 3:15

**understand** 6:9
  7:16
**understanding**
  4:15
**UNITED** 1:1
**unrefined** 2:16
**use** 4:5

**V**
**validation** 9:1
**valuable** 6:4
**vein** 4:16
**veins** 4:12 5:25
**video** 1:16 2:6

**W**
**want** 2:4 3:9 8:24
**watch** 5:24
**watching** 8:13
**way** 6:3
**we're** 2:8 7:18
  8:7,8,17,25
**we've** 5:11
**weren't** 4:19
**window** 4:3
**world** 5:20,21 6:6
  8:17,22,23
**wouldn't** 7:9
**wrap** 8:8 9:11
**wrong** 3:20 4:23
  6:14

**X**
**X** 7:3
**XPLR** 1:7 2:2 8:3
  8:3 9:14 10:9
**XY** 7:3

**Y**
**Yeah** 2:10
**year** 2:23 6:18
**years** 2:14
**yellow** 3:15 4:15
  7:6

**Z**

**0**

**1**
**1** 1:9

**10** 1:9

---
**2**

**202** 1:25
**2023** 9:8
**2D** 5:11,12

---
**3**

**3D** 5:18 7:18,19

---
**4**

**450059-SL** 10:12
**467-9200** 1:25

---
**5**

---
**6**

---
**7**

---
**8**

**8-min** 1:7 2:2
9:14 10:9

# Exhibit G

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )  File No. SL-02891-A

DIGITAL LICENSING, INC.          )


SUBJECT:   https-www.youtube.com-watch-v-mcq2RU3n3ts-Mar-

           15-23-08-29-15-GMT-0400-(EDT)_0.mp4

PAGES:     1 through 8




                    VIDEO TRANSCRIPTION







                Diversified Reporting Services, Inc.

                       (202) 467-9200

1        P R O C E E D I N G S
2            (Start of https-www.youtube.com-watch-v-
3    mcq2RU3n3ts-Mar-15-23-08-29-15-GMT-0400-
4    (EDT)_0 mp4.)
5            JOE MARTINEZ:  Hey, guys.  What's going
6    on?  Joe Martinez here.  We're at the Salt Lake
7    Airport right now on our way out to take a flight to
8    Denver, then a road trip out to Nebraska.
9            We're going to go visit some sites for our
10   DEBT Box partners, Black Gold, specifically, to see
11   where the oil is pumping, where it's coming from,
12   get to talk to the landowners, get to talk to the
13   actual extractors or the miners, so we're excited.
14   It's 5:00 a m. here, and, you know, we'll see you
15   guys soon on the rest of the video.
16           We made it to Denver, whoooo.
17           All right, guys.  Well, we made it out
18   here.  We are in the middle of nowhere.  I am not
19   going to disclose the exact location, but we are in
20   the state of Nebraska.
21           As you can see behind me, we got our rig.
22   It's up and drilling right now about to hit the next
23   pay zone.  We got a lot of our friends here.  There
24   is an entire team out here of scientists, engineers,
25   landowners, to make this project work, guys.

1            So this is the first visit out, officially
2    want to welcome everybody that's been participating
3    in DEBT Box, the licenses, and any of the future
4    projects.
5            What I want you guys to understand is
6    cryptocurrency is meeting commodities and it's time
7    to take things to the next level.  So make sure you
8    guys understand, get to know a little bit more about
9    these projects, see the validation, video proof,
10   blockchain proof, whatever it is that you're looking
11   for.
12           We got a lot, a lot of projects up and
13   coming.  We're right here now validating Black Gold,
14   because it's the first project.  It's the most
15   mature project.  It has some very good tokenomics
16   going right now, but I guarantee you guys you're
17   going to see more and more of these videos as we
18   come out with this X-Node and DEBT Box project as we
19   move forward.  So that's it, guys.
20           All right, guys.  Well, we're up here.
21   We're on the flat deck of the rig it's called, and
22   you can see behind me the engineers, the scientists
23   are going through.  They're educating the group
24   about the actual technology, right?
25           One thing is to see the rig, the

1    machinery, but we have people that have worked in
2    this industry 20, 30-plus years that have never seen
3    the accuracy of the -- the scanning technology that
4    we are using here at DEBT Box to identify targets
5    and opportunities for gas and oil, precious metals.
6            So I think it's important to understand
7    the value that we bring to this industry and being
8    able to hit a well, and not hit a dry well, but hit
9    payload, pay dirt, pay whatever it may be, oil, gas.
10   So it's just amazing to hear all this information.
11   It's impressive, the machinery here, the experience
12   here, and so it just gives another layer of
13   validation again, guys.
14           So, appreciate it.  We're going to get
15   back over here, and we'll talk to you guys on the
16   next video.
17           MULTIPLE SPEAKERS:  Black Gold.
18           JOE MARTINEZ:  All right, guys.  And
19   that's a wrap.  We just -- we've been up since 5:00
20   a.m., hit the airport, just drove two, three hours
21   out here to this rig, got a great tour of it, met
22   with the scientists, met with the landowners, and
23   heard a lot today, guys, not just of the validation
24   of the actual project.
25           Okay.  Not just the oil rig behind us, not

1    just the machinery, not just the tangibility, but we
2    heard a lot more about the technology, okay?
3            What I want you guys to understand that
4    this project is based -- yes, it's Black Gold.
5            We're out here.  This is an oil rig that
6    can get into gas as well.  But what we learned a lot
7    about today, guys, is the scan technology, also
8    known in the ecosystem as exploracoin or
9    exploratoken.
10           So if you're wondering, like, what does
11   this whole ecosystem provide to these real-world
12   miners here, to these explorers here, it is the scan
13   technology.  We heard from engineers how they've
14   never seen anything like it before.
15           We've heard from the scientists that have
16   been developing this for the last 30 years.  We
17   heard about how they're going to be launching their
18   own satellite into space over the next 10 months and
19   being able to explore and scan more properties in
20   the States and all around the world.
21           So, guys, I can just tell you this.  This
22   is the beginning of something great.  I can
23   guarantee you guys you don't know what you have in
24   your hands yet.  If you're a license holder, all I
25   could say is I'm buying more.

## Page 6

1    I can't tell you what to do, but I'm
2  buying more.  Every single day -- new projects are
3  coming out every single quarter.  If you feel like
4  you missed out on Black Gold, guess what?
5    We just launched Aluminum.  We're just
6  launching Explore.
7    Guess what?  In three more weeks, next --
8  three more months, excuse me, we'll have new
9  projects coming out.
10    So do not feel like you missed the boat,
11  you missed the opportunity, because you will have
12  another opportunity.
13    Get involved with X-Node, get involved
14  with DEBT Box, and make sure you understand what
15  this ecosystem can do for you.
16    I believe, I truly believe it can create
17  generational wealth for years and years, generations
18  to come.
19    So with that, guys, I want to again thank
20  everybody from DEBT Box, thank everybody, all the
21  scientists, all the engineers, the landowners, for
22  allowing us to come out here and just validate this
23  project one more time.
24    So everybody in the X-Node community, all
25  I can say is this is just the beginning.

## Page 7

1    We'll talk to you guys next time we see
2  you.
3    (End of https-www.youtube.com-watch-v-
4  mcq2RU3n3ts-Mar-15-23-08-29-15-GMT-0400-
5  (EDT)_0 mp4.)
6    * * * * *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 8

1    TRANSCRIBER'S CERTIFICATE
2
3    I, Kathryn R Tymorek, hereby certify that the foregoing
4  transcript is a complete, true, and accurate
5  transcription of all matters contained on the recorded
6  proceedings in the matter of:
7
8  DIGITAL LICENSING, INC
9  https-www youtube com-watch-v-mcq2RU3n3ts-Mar-15-23-08-
10  29-15-GMT-0400-(EDT)_0 mp4
11  SL-02891-A
12  450051-SL
13
14
15
16    Kathryn R  Tymorek, Transcriber
17
18
19
20
21
22
23
24
25

**A**

**a.m** 2:14 4:20
**able** 4:8 5:19
**accuracy** 4:3
**accurate** 8:4
**actual** 2:13 3:24
  4:24
**airport** 2:7 4:20
**allowing** 6:22
**Aluminum** 6:5
**amazing** 4:10
**appreciate** 4:14

**B**

**back** 4:15
**based** 5:4
**beginning** 5:22
  6:25
**believe** 6:16,16
**bit** 3:8
**Black** 2:10 3:13
  4:17 5:4 6:4
**blockchain** 3:10
**boat** 6:10
**Box** 2:10 3:3,18
  4:4 6:14,20
**bring** 4:7
**buying** 5:25 6:2

**C**

**C** 2:1
**called** 3:21
**CERTIFICATE**
  8:1
**certify** 8:3
**come** 3:18 6:18
  6:22
**coming** 2:11 3:13
  6:3,9
**COMMISSION**
  1:1
**commodities** 3:6
**community** 6:24
**complete** 8:4
**contained** 8:5
**create** 6:16
**cryptocurrency**
  3:6

**D**

**D** 2:1
**day** 6:2
**DEBT** 2:10 3:3
  3:18 4:4 6:14
  6:20
**deck** 3:21
**Denver** 2:8,16
**developing** 5:16
**DIGITAL** 1:5
  8:8
**dirt** 4:9
**disclose** 2:19
**Diversified** 1:24
**drilling** 2:22
**drove** 4:20
**dry** 4:8

**E**

**E** 2:1,1
**ecosystem** 5:8,11
  6:15
**EDT** 2:4 7:5
**educating** 3:23
**engineers** 2:24
  3:22 5:13 6:21
**entire** 2:24
**everybody** 3:2
  6:20,20,24
**exact** 2:19
**EXCHANGE** 1:1
**excited** 2:13
**excuse** 6:8
**experience** 4:11
**exploracoin** 5:8
**exploratoken** 5:9
**explore** 5:19 6:6
**explorers** 5:12
**extractors** 2:13

**F**

**feel** 6:3,10
**File** 1:4
**first** 3:1,14
**flat** 3:21
**flight** 2:7
**foregoing** 8:3
**forward** 3:19
**friends** 2:23
**future** 3:3

**G**

**G** 2:1
**gas** 4:5,9 5:6
**generational**
  6:17
**generations** 6:17
**gives** 4:12
**go** 2:9
**going** 2:5,9,19
  3:16,17,23 4:14
  5:17
**Gold** 2:10 3:13
  4:17 5:4 6:4
**good** 3:15
**great** 4:21 5:22
**group** 3:23
**guarantee** 3:16
  5:23
**guess** 6:4,7
**guys** 2:5,15,17,25
  3:5,8,16,19,20
  4:13,15,18,23
  5:3,7,21,23
  6:19 7:1

**H**

**hands** 5:24
**hear** 4:10
**heard** 4:23 5:2,13
  5:15,17
**Hey** 2:5
**hit** 2:22 4:8,8,8
  4:20
**holder** 5:24
**hours** 4:20
**https-www.you...**
  2:2 7:3
**https-www.you...**
  1:7
**https-www.you...**
  8:9

**I**

**identify** 4:4
**important** 4:6
**impressive** 4:11
**industry** 4:2,7
**information** 4:10
**involved** 6:13,13

**J**

**Joe** 2:5,6 4:18

**K**

**Kathryn** 8:3,16
**know** 2:14 3:8
  5:23
**known** 5:8

**L**

**Lake** 2:6
**landowners** 2:12
  2:25 4:22 6:21
**launched** 6:5
**launching** 5:17
  6:6
**layer** 4:12
**learned** 5:6
**level** 3:7
**license** 5:24
**licenses** 3:3
**LICENSING** 1:5
  8:8
**little** 3:8
**location** 2:19
**looking** 3:10
**lot** 2:23 3:12,12
  4:23 5:2,6

**M**

**machinery** 4:1,11
  5:1
**Martinez** 2:5,6
  4:18
**matter** 1:3 8:6
**matters** 8:5
**mature** 3:15
**mcq2RU3n3ts-...**
  2:3 7:4
**meeting** 3:6
**met** 4:21,22
**metals** 4:5
**middle** 2:18
**miners** 2:13 5:12
**missed** 6:4,10,11
**months** 5:18 6:8
**move** 3:19
**MULTIPLE**
  4:17

**N**

**N** 2:1
**Nebraska** 2:8,20
**never** 4:2 5:14
**new** 6:2,8

**O**

**O** 2:1
**officially** 3:1
**oil** 2:11 4:5,9,25
  5:5
**okay** 4:25 5:2
**opportunities** 4:5
**opportunity** 6:11
  6:12

**P**

**P** 2:1
**PAGES** 1:9
**participating** 3:2
**partners** 2:10
**pay** 2:23 4:9,9
**payload** 4:9
**people** 4:1
**precious** 4:5
**proceedings** 8:6
**project** 2:25 3:14
  3:15,18 4:24
  5:4 6:23
**projects** 3:4,9,12
  6:2,9
**proof** 3:9,10
**properties** 5:19
**provide** 5:11
**pumping** 2:11

**Q**

**quarter** 6:3

**R**

**R** 2:1 8:3,16
**real-world** 5:11
**recorded** 8:5
**Reporting** 1:24
**rest** 2:15
**rig** 2:21 3:21,25
  4:21,25 5:5
**right** 2:7,17,22
  3:13,16,20,24
  4:18

Page 10

road 2:8

**S**

S 2:1
**Salt** 2:6
**satellite** 5:18
**scan** 5:7,12,19
**scanning** 4:3
**scientists** 2:24
   3:22 4:22 5:15
   6:21
**SECURITIES**
   1:1
**see** 2:10,14,21 3:9
   3:17,22,25 7:1
**seen** 4:2 5:14
**Services** 1:24
**single** 6:2,3
**sites** 2:9
**SL-02891-A** 1:4
   8:11
**soon** 2:15
**space** 5:18
**SPEAKERS** 4:17
**specifically** 2:10
**Start** 2:2
**state** 2:20
**States** 1:1 5:20
**SUBJECT** 1:7
**sure** 3:7 6:14

**T**

**take** 2:7 3:7
**talk** 2:12,12 4:15
   7:1
**tangibility** 5:1
**targets** 4:4
**team** 2:24
**technology** 3:24
   4:3 5:2,7,13
**tell** 5:21 6:1
**thank** 6:19,20
**thing** 3:25
**things** 3:7
**think** 4:6
**three** 4:20 6:7,8
**time** 3:6 6:23 7:1
**today** 4:23 5:7
**tokenomics** 3:15
**tour** 4:21

**Transcriber** 8:16
**TRANSCRIB...**
   8:1
**transcript** 8:4
**transcription**
   1:16 8:5
**trip** 2:8
**true** 8:4
**truly** 6:16
**two** 4:20
**Tymorek** 8:3,16

**U**

**understand** 3:5,8
   4:6 5:3 6:14
**UNITED** 1:1

**V**

**validate** 6:22
**validating** 3:13
**validation** 3:9
   4:13,23
**value** 4:7
**video** 1:16 2:15
   3:9 4:16
**videos** 3:17
**visit** 2:9 3:1

**W**

**want** 3:2,5 5:3
   6:19
**way** 2:7
**we'll** 2:14 4:15
   6:8 7:1
**we're** 2:6,9,13
   3:13,20,21 4:14
   5:5 6:5
**we've** 4:19 5:15
**wealth** 6:17
**weeks** 6:7
**welcome** 3:2
**whoooo** 2:16
**wondering** 5:10
**work** 2:25
**worked** 4:1
**world** 5:20
**wrap** 4:19

**X**

**X-Node** 3:18 6:13

6:24

**Y**

**years** 4:2 5:16
   6:17,17

**Z**

**zone** 2:23

**0**

**0.mp4** 2:4 7:5

**1**

**1** 1:9
**10** 5:18
**15-23-08-29-15...**
   1:8

**2**

**20** 4:2
**202** 1:25
**29-15-GMT-04...**
   8:10

**3**

**30** 5:16
**30-plus** 4:2

**4**

**450051-SL** 8:12
**467-9200** 1:25

**5**

**5:00** 2:14 4:19

**6**

**7**

**8**

**8** 1:9

# Exhibit H

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:               )

                                )   File No. SL-02891-A

DIGITAL LICENSING, INC.         )


SUBJECT:   Live Footage of Debt Box Oil Rig in Nebraska

           from @TravisFlaherty !.mp4

PAGES:     1 through 8




                      VIDEO TRANSCRIPTION




                Diversified Reporting Services, Inc.

                      (202) 467-9200

Page 2

PROCEEDINGS

1            P R O C E E D I N G S
2  Live Footage of Debt Box Oil Rig in Nebraska from
3  @TravisFlaherty !.mp4.
4      TRAVIS FLAHERTY:  What's up, guys.  Hope
5  you are doing well.  Happy winning Wednesday.  So we
6  are here in Nebraska.  We're out in the middle of
7  tens of thousands of acres of beautiful farmland,
8  and today we happen to be touring one of the DEBT
9  sites, one of our oil rigs, which happens to be one
10  of (audio dropout) oil rigs in the world.
11      And I want to just show you guys around a
12  little bit.  You know, many of you guys know that we
13  recently launched a new project.  And in the world
14  of cryptocurrency there's a lot of speculation.
15  There's a lot of projects that are based on, you
16  know, a lot of hype, and there's not a lot of
17  substance behind them.
18      One of the beautiful things about what we
19  have launched is, you know, it's the first ecosystem
20  that is backed by real world commodities, things
21  like oil, natural gas, gold.  And so we're out here
22  at the site today, one of our sites.
23      We have sites all around the world, to
24  just bring validation to many of you who are already
25  license holders and many of you that are just

Page 3

1  looking at what we're doing.
2      You guys can see behind me here we've got
3  a crew of, of people that are here with us, and
4  we're literally up on the oil rig right now.  And
5  let me see if I can -- it's hard to see out here
6  it's so bright, turn this around here, show you guys
7  around a little bit.
8      We've got our DEBT crew here.  We've got
9  the founders here with us, Jason and Jake Anderson,
10  kind of explaining to everybody how it works.  And
11  let me show up here.  I'm going to step down off of
12  this thing in a few minutes, and you'll be able to
13  see truly how big this is.
14      This is an incredible operation.  In fact,
15  they said that they estimate it's 1,600 acres of oil
16  and natural gas below the surface on this well.
17      If it -- you know, the scans turn out to
18  what their expectations are, then they will -- it'll
19  be one of the largest wells that's ever been drilled
20  in the United States.
21      And this is Jake Anderson, one of the co-
22  founders here.  We're live on Facebook right now.
23      JAKE ANDERSON:  Oh, nice.
24      TRAVIS FLAHERTY:  Jake Anderson.  And I --
25  just letting everybody know that this is the

Page 4

1  difference between tangibility verse speculation.
2  This is the difference between substance versus
3  hype.
4      MALE SPEAKER:  Correct.
5      TRAVIS FLAHERTY:  And, you know, I've been
6  thinking a lot about this.  You guys are not just --
7  you're, you're innovating the entire cryptocurrency
8  industry --
9      MALE SPEAKER:  Yes.
10      TRAVIS FLAHERTY:  -- if you think about
11  this, because there's so much speculation out there
12  and you're setting a new precedence when it comes to
13  real world projects.
14      Talk to me a little bit about just how
15  much oil and gas is here, potentially here in
16  this -- in the ground based on our scans.
17      MALE SPEAKER:  Based on right now, we're
18  looking for about a hundred million barrels of oil.
19      TRAVIS FLAHERTY:  Hundred million barrels.
20      MALE SPEAKER: -- all in this one target.
21  Yes.
22      TRAVIS FLAHERTY:  That's incredible,
23  hundred million --
24      JAKE ANDERSON:  And we have a total of 17
25  targets on this property.

Page 5

1      TRAVIS FLAHERTY:  Seventeen different
2  targets, and this is one.
3      MALE SPEAKER:  This is one of them,
4  correct.
5      TRAVIS FLAHERTY:  This is one of them.
6      JAKE ANDERSON:  Now, the property's 10
7  square miles, so I mean, it vast, but --
8      TRAVIS FLAHERTY:  This is Mr. Joe
9  Martinez.
10      JOE MARTINEZ:  They're waiting for us over
11  there.
12      TRAVIS FLAHERTY:  Oh.  We're live on
13  Facebook.
14      JOE MARTINEZ:  Oh.  We're live --
15      TRAVIS FLAHERTY:  We're showing -- yeah.
16  No, you're good.  I'm just showing everybody around.
17      This is the owner of the land here, so
18  generous to let us come out here today, and they're
19  just showing us around this rig.
20      This is the gentleman that's in charge of
21  the rig here, the engineer.
22      What are we looking at here?
23      MALE SPEAKER:  These are mud pumps.  These
24  pump the mud in triplex, which means that they have
25  three different fans in them that pump very, very

Page 6

```
 1    rapidly the, the mud.
 2           We have two of them because one is a
 3    backup in base one fails, because you don't want one
 4    of those to fail while you're drilling.
 5           TRAVIS FLAHERTY:  Got it.  So they're
 6    pumping out all the mud.  Where does it go?
 7           MALE SPEAKER:  Goes into that -- in --
 8    goes into the hole, down the hole, back in the
 9    (inaudible) and back into the pump.  It's a circular
10    system.
11           TRAVIS FLAHERTY:  That's awesome, very
12    cool.  So just wanted to bring you guys a little bit
13    of what we're experiencing today.  It's pretty
14    incredible.  I'm sure that the videos don't do it
15    justice.
16           How, how big is this rig?
17           JAKE ANDERSON:  How big?
18           TRAVIS FLAHERTY:  How big, yeah.  What --
19           JOE MARTINEZ:  It's taller than the Empire
20    State Building.
21           MALE SPEAKER:  Hundred and eight feet.
22    This is one of the, the largest rigger -- rigs --
23           TRAVIS FLAHERTY:  Yeah -- the largest in
24    the -- that you can get here.  Pretty awesome stuff.
25    Anyways, just wanted to show you guys what we're up
```

Page 7

```
 1    to.
 2           Chandler's here with me today.  We've got
 3    our friends here from Latin America as well, and
 4    we're doing a lot of exciting stuff.
 5           So just wanted to share with you guys this
 6    experience.  We'll be bringing a lot more footage to
 7    you guys as the time comes and just wanted to show
 8    you what we're doing here with these, these iX Nodes
 9    and, and show you, you know, the difference between
10    project that's actually backed by Black Gold.
11           (End of Live Footage of Debt Box Oil Rig
12    in Nebraska from @TravisFlaherty ! mp4.)
13                  * * * * *
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1              TRANSCRIBER'S CERTIFICATE
 2
 3    I, Kathryn R. Tymorek, hereby certify that the foregoing
 4    transcript is a complete, true, and accurate
 5    transcription of all matters contained on the recorded
 6    proceedings in the matter of:
 7
 8    DIGITAL LICENSING, INC.
 9    Live Footage of Debt Box Oil Rig in Nebraska from
10    @TravisFlaherty !.mp4
11    SL-02891-A
12    450057-SL
13
14
15
16           Kathryn R. Tymorek, Transcriber
17
18
19
20
21
22
23
24
25
```

3 (Pages 6 to 8)

**A**

able 3:12
accurate 8:4
acres 2:7 3:15
America 7:3
Anderson 3:9,21
  3:23,24 4:24
  5:6 6:17
Anyways 6:25
audio 2:10
awesome 6:11,24

**B**

back 6:8,9
backed 2:20 7:10
backup 6:3
barrels 4:18,19
base 6:3
based 2:15 4:16
  4:17
beautiful 2:7,18
big 3:13 6:16,17
  6:18
bit 2:12 3:7 4:14
  6:12
Black 7:10
Box 1:7 2:2 7:11
  8:9
bright 3:6
bring 2:24 6:12
bringing 7:6
Building 6:20

**C**

C 2:1
CERTIFICATE
  8:1
certify 8:3
Chandler's 7:2
charge 5:20
circular 6:9
co- 3:21
come 5:18
comes 4:12 7:7
COMMISSION
  1:1
commodities
  2:20
complete 8:4
contained 8:5

cool 6:12
correct 4:4 5:4
crew 3:3,8
cryptocurrency
  2:14 4:7

**D**

D 2:1
Debt 1:7 2:2,8
  3:8 7:11 8:9
difference 4:1,2
  7:9
different 5:1,25
DIGITAL 1:5
  8:8
Diversified 1:24
  6:3
doing 2:5 3:1 7:4
  7:8
drilled 3:19
drilling 6:4
dropout 2:10

**E**

E 2:1,1
ecosystem 2:19
eight 6:21
Empire 6:19
engineer 5:21
entire 4:7
estimate 3:15
everybody 3:10
  3:25 5:16
EXCHANGE 1:1
exciting 7:4
expectations 3:18
experience 7:6
experiencing
  6:13
explaining 3:10

**F**

Facebook 3:22
  5:13
fact 3:14
fail 6:4
fails 6:3
fans 5:25
farmland 2:7
feet 6:21
File 1:4

first 2:19
FLAHERTY 2:4
  3:24 4:5,10,19
  4:22 5:1,5,8,12
  5:15 6:5,11,18
  6:23
footage 1:7 2:2
  7:6,11 8:9
foregoing 8:3
founders 3:9,22
friends 7:3

**G**

G 2:1
gas 2:21 3:16
  4:15
generous 5:18
gentleman 5:20
go 6:6
goes 6:7,8
going 3:11
gold 2:21 7:10
good 5:16
ground 4:16
guys 2:4,11,12
  3:2,6 4:6 6:12
  6:25 7:5,7

**H**

happen 2:8
happens 2:9
Happy 2:5
hard 3:5
holders 2:25
hole 6:8,8
Hope 2:4
hundred 4:18,19
  4:23 6:21
hype 2:16 4:3

**I**

inaudible 6:9
incredible 3:14
  4:22 6:14
industry 4:8
innovating 4:7
it'll 3:18
iX 7:8

**J**

Jake 3:9,21,23,24
  4:24 5:6 6:17
Jason 3:9
Joe 5:8,10,14
  6:19
justice 6:15

**K**

Kathryn 8:3,16
kind 3:10
know 2:12,12,16
  2:19 3:17,25
  4:5 7:9

**L**

land 5:17
largest 3:19 6:22
  6:23
Latin 7:3
launched 2:13,19
letting 3:25
license 2:25
LICENSING 1:5
  8:8
literally 3:4
little 2:12 3:7
  4:14 6:12
live 1:7 2:2 3:22
  5:12,14 7:11
  8:9
looking 3:1 4:18
  5:22
lot 2:14,15,16,16
  4:6 7:4,6

**M**

MALE 4:4,9,17
  4:20 5:3,23 6:7
  6:21
Martinez 5:9,10
  5:14 6:19
matter 1:3 8:6
matters 8:5
mean 5:7
means 5:24
middle 2:6
miles 5:7
million 4:18,19
  4:23
minutes 3:12

mp4 1:8 2:3 7:12
  8:10
mud 5:23,24 6:1
  6:6

**N**

N 2:1
natural 2:21 3:16
Nebraska 1:7 2:2
  2:6 7:12 8:9
new 2:13 4:12
nice 3:23
Nodes 7:8

**O**

O 2:1
Oh 3:23 5:12,14
oil 1:7 2:2,9,10
  2:21 3:4,15
  4:15,18 7:11
  8:9
operation 3:14
owner 5:17

**P**

P 2:1
PAGES 1:9
people 3:3
potentially 4:15
precedence 4:12
pretty 6:13,24
proceedings 8:6
project 2:13 7:10
projects 2:15
  4:13
property 4:25
property's 5:6
pump 5:24,25 6:9
pumping 6:6
pumps 5:23

**Q**

**R**

R 2:1 8:3,16
rapidly 6:1
real 2:20 4:13
recorded 8:5
Reporting 1:24
rig 1:7 2:2 3:4

5:19,21 6:16
7:11 8:9
**rigger** 6:22
**right** 3:4,22 4:17
**rigs** 2:9,10 6:22

---

**S**

**S** 2:1
**scans** 3:17 4:16
**SECURITIES**
1:1
**see** 3:2,5,5,13
**Services** 1:24
**setting** 4:12
**Seventeen** 5:1
**share** 7:5
**show** 2:11 3:6,11
6:25 7:7,9
**showing** 5:15,16
5:19
**site** 2:22
**sites** 2:9,22,23
**SL-02891-A** 1:4
8:11
**SPEAKER** 4:4,9
4:17,20 5:3,23
6:7,21
**speculation** 2:14
4:1,11
**square** 5:7
**State** 6:20
**States** 1:1 3:20
**step** 3:11
**stuff** 6:24 7:4
**SUBJECT** 1:7
**substance** 2:17
4:2
**sure** 6:14
**surface** 3:16
**system** 6:10

---

**T**

**Talk** 4:14
**taller** 6:19
**tangibility** 4:1
**target** 4:20
**targets** 4:25 5:2
**tens** 2:7
**thing** 3:12
**things** 2:18,20

**think** 4:10
**thinking** 4:6
**thousands** 2:7
**three** 5:25
**time** 7:7
**today** 2:8,22 5:18
6:13 7:2
**total** 4:24
**touring** 2:8
**Transcriber** 8:16
**TRANSCRIB...**
8:1
**transcript** 8:4
**transcription**
1:16 8:5
**TRAVIS** 2:4
3:24 4:5,10,19
4:22 5:1,5,8,12
5:15 6:5,11,18
6:23
**TravisFlaherty**
1:8 2:3 7:12
8:10
**triplex** 5:24
**true** 8:4
**truly** 3:13
**turn** 3:6,17
**two** 6:2
**Tymorek** 8:3,16

---

**U**

**United** 1:1 3:20

---

**V**

**validation** 2:24
**vast** 5:7
**verse** 4:1
**versus** 4:2
**VIDEO** 1:16
**videos** 6:14

---

**W**

**waiting** 5:10
**want** 2:11 6:3
**wanted** 6:12,25
7:5,7
**We'll** 7:6
**we're** 2:6,21 3:1
3:4,22 4:17
5:12,14,15 6:13

6:25 7:4,8
**we've** 3:2,8,8 7:2
**Wednesday** 2:5
**wells** 3:19
**winning** 2:5
**works** 3:10
**world** 2:10,13,20
2:23 4:13

---

**X**

---

**Y**

**yeah** 5:15 6:18,23

---

**Z**

---

**0**

---

**1**

**1** 1:9
**1,600** 3:15
**10** 5:6
**17** 4:24

---

**2**

**202** 1:25

---

**3**

---

**4**

**450057-SL** 8:12
**467-9200** 1:25

---

**5**

---

**6**

---

**7**

---

**8**

**8** 1:9

# Exhibit I

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:              )

                               )  File No. SL-02891-A

DIGITAL LICENSING, INC.        )


SUBJECT:  2023.04.1 Recording of Billy Beach (1).m4a

PAGES:    1 through 47






                    AUDIO TRANSCRIPTION






              Diversified Reporting Services, Inc.

                     (202) 467-9200

Page 2

```
 1           P R O C E E D I N G S
 2    2023.04.1 Recording of Billy Beach (1).m4a
 3           MR. JOHNSTON:  All right.
 4           MR. HOAGLAND:  Say the thing, too.
 5           MR. JOHNSTON:  April 1st, 2023.  This is
 6    Andrew Johnston on the phone with Burt Hovland.
 7    We're about to try calling Billy Beach and here we
 8    go.
 9           MR. HOAGLAND:  At 6:01 p.m.  This is Burt
10    Hoagland and William Shuler, as -- a.k.a.
11           (Pause)
12           MR. JOHNSTON:  I'm not sure what happened
13    there.  Um --
14           MR. HOAGLAND:  Can you hear me?
15           MR. JOHNSTON:  I can hear you, yeah.  But
16    it didn't go through.  One second.
17           MR. HOAGLAND:  Okay.
18           (Pause)
19           MR. BEACH:  Hello?
20           MR. JOHNSTON:  There he is.
21           MR. BEACH:  Hey, what's up, brother?  What
22    up, dude?
23           MR. JOHNSTON:  How's it going, man?
24           MR. BEACH:  Doing good, dude.  What's
25    happening?  How you been?
```

Page 3

```
 1           MR. JOHNSTON:  Hey, good.  Excuse my voice;
 2    I've been sick.  Like last week I went to Florida and
 3    picked up a bug.  I'm trying to just get over it,
 4    but --
 5           MR. BEACH:  (Crosstalk) --
 6           MR. JOHNSTON:  -- Burt's on the line with
 7    me too.
 8           MR. HOAGLAND:  Billy, what's up dude?
 9           MR. BEACH:  What up -- what's up, dog?
10    Just sitting here practicing.  Bro, I've been sitting
11    here playing some old NOFX song sh*t.  (Laughter)
12           MR. HOAGLAND:  No worries, dude.  But like
13    what?  Like "Punk in Drublic" type stuff?
14           MR. BEACH:  Yeah, yeah.  Actually, yeah.
15    I'm playing "Perfect Government."
16           MR. HOAGLAND:  Dude, if you -- if you know
17    "Don't Call Me White," dude I know that one.
18           MR. BEACH:  Oh, that'd be awesome.
19           MR. HOAGLAND:  Dude that was one of the
20    first punk songs I ever learned.
21           MR. BEACH:  I don't know -- I don't know if
22    you can play that song these days, though, bro.  You
23    might get -- you might get fired from your job and
24    cancelled.
25           MR. HOAGLAND:  That -- actually that's
```

Page 4

```
 1    true, dude.  That's so funny.  That was the honestly
 2    the first like punk song I ever learned when I was
 3    like 13 years old, though.  That's so funny.
 4           MR. BEACH:  That's awesome.
 5           MR. HOAGLAND:  Oh man.
 6           MR. BEACH:  So what's going on?
 7           MR. JOHNSTON:  Yeah.
 8           MR. HOAGLAND:  Dude, just trying to figure
 9    out how to make some money.  Like so I -- you know,
10    Andrew helps me out or whatever, but we were going
11    to -- I was going to do some stuff on Monday, but I'm
12    like, dude don't do anything until you talk to Billy,
13    just from what you were telling me.  But --
14           MR. JOHNSTON:  Yeah, I just texted him,
15    Burt.  Just FYI, I don't know if I mentioned this,
16    but I texted Billy like -- I don't know, 30 minutes
17    ago told him I might -- might leave -- call him if
18    it's -- you know, you asked me something I don't
19    know.
20           So anyway, Billy, the question that Burt
21    was asking me that I don't know the answer to um is
22    so we're both kind of on the same page with putting
23    the majority of the money in DEBT Box and this new
24    program -- token thing you were talking about.
25           The question is like, is it better
```

Page 5

```
 1    dollar/cost average do a little bit over time, or
 2    just lump sum it and do everything up front.  Like
 3    what -- I just want to make the most money possible,
 4    but --
 5           MR. BEACH:  Yeah, so --
 6           MR. JOHNSTON:  -- (crosstalk) cut.
 7           MR. BEACH:  Yeah, so you always -- when it
 8    comes to DEBT Box, you get in when you can buy those
 9    licenses at the cheapest price.  Now what they've
10    been doing, okay, they've been dropping the price,
11    and then as they sell, they're raising the price.
12    Okay?
13           So now they're getting ready to flip that
14    backwards and they're going to start dropping the
15    licenses at a high price because you turn so much
16    more token in the beginning that it's more valuable.
17    And then they're going to -- and then the price will
18    lower for the license  as more sell out because
19    you're getting less tokens every day.
20           So I think what they're going to do -- hang
21    on one sec.  What they're aiming on doing, guys, is
22    dropping licenses at 7,500, and then every, you know,
23    couple hundred sold whatever the case is, they're
24    going to start decreasing the price of the licenses.
25    So we --
```

Page 6

```
 1            MR. JOHNSTON:  Really?
 2            MR. BEACH:  Yeah.  We're supposed to get
 3    the light papers here for the new projects in the
 4    next couple of days um and we'll see how that's going
 5    to work out.  But I think -- I think the drip project
 6    opens on Monday.  But like I said --
 7            MR. JOHNSTON:  Oh, dude.
 8            MR. BEACH:  -- for me, you know -- if --
 9    okay, let me put -- I'll put something in perspective
10    that I've been thinking about.  Okay?  So you know
11    how the whole DEBT Box thing is they say hold on to
12    your tokens for long-term.  Right?
13            MR. JOHNSTON:  Right.
14            MR. BEACH:  Okay.  So let's do some simple
15    math.  Let's say you get like natural gas tokens,
16    when I first bought natural gas, I was getting a
17    million tokens a day.  Okay?
18            MR. JOHNSTON:  Mm-hmm.
19            MR. BEACH:  So let's assume that you get
20    those million tokens a day at -- and -- or let's just
21    say a penny.  Okay, you get a million pennies a day.
22    Right?
23            MR. JOHNSTON:  Mm-hmm.
24            MR. BEACH:  So their whole idea is hold on
25    to these tokens for three, five, seven, ten years.
```

Page 7

```
 1    Okay.  So if you're getting a million tokens a day,
 2    you're getting 365 million tokens a year.  Right?
 3            MR. JOHNSTON:  Right.
 4            MR. BEACH:  If that token price in five
 5    years -- and but following what they're trying to
 6    say, that that token would go from a penny to let's
 7    say $100 or $10.  Okay?  You'd make $365 billion
 8    dollars.  Right?
 9            MR. JOHNSTON:  It'd make you the richest
10    person alive.  Wouldn't it?
11            MR. HOAGLAND:  Is that real -- is that
12    for --
13            MR. BEACH:  Well --
14            MR. HOAGLAND:  -- like is that possible?
15    Like --
16            MR. BEACH:  That's -- that's my whole
17    f*cking point.  Okay?
18            MR. JOHNSTON:  (Laughter)
19            MR. BEACH:  Is it's not possible.  Okay?
20    Because there's 400,000 people in the DEBT Box
21    ecosystem.  So you're telling me by holding on to
22    that many tokens et cetera, whatever, right, that
23    they're going to pay out in five to seven years
24    400,000 billionaires?
25            MR. JOHNSTON:  Right.
```

Page 8

```
 1            MR. BEACH:  Where's that money going to
 2    come from?  Magic?  Because that -- I mean it's not
 3    possible.
 4            MR. JOHNSTON:  Right.
 5            MR. BEACH:  Okay.  Now do I think -- do I
 6    think if you hold on to your tokens for three to five
 7    years that they'll triple, maybe.  Or quadruple?
 8    Yeah.  But -- but the way I see it is like I would
 9    rather buy a license at 1000 bucks or 500 bucks
10    because they're going to go down to 500 now each at
11    very -- at the bottom price.  Okay?  (Crosstalk) --
12            MR. HOAGLAND:  Wait, like the ones that we
13    own --
14            MR. BEACH:  -- buy --
15            MR. HOAGLAND:  -- already.  Like my BEV
16    one -- I don't -- I don't -- how much is BEV right
17    now?  Like that one will go down to 500, or is that
18    set?
19            MR. BEACH:  No -- no, no, no.  Because on
20    the new drops, the new projects the price is going to
21    go backwards.
22            MR. HOAGLAND:  Oh.
23            MR. BEACH:  The drip.
24            MR. HOAGLAND:  Okay.
25            MR. BEACH:  Yeah.  So you'll eventually be
```

Page 9

```
 1    able to buy the licenses at 500 bucks.  Right?  So if
 2    I can buy a license that makes me roughly $2.50 to
 3    $3.50 a day forever, for $500 I'd rather buy a
 4    thousand of those than a hundred of them at 7,500
 5    bucks.  Right?  For sure, because I don't give a f*ck
 6    about all the tokens in the beginning because it's
 7    not going to go up that f*cking much because it's
 8    impossible to pay 400,000 people a billion f*cking
 9    dollars.
10            MR. JOHNSTON:  Yeah, I've been wondering
11    like when they say like HODL, you know, long-term.
12    Like --
13            MR. BEACH:  Right.
14            MR. JOHNSTON:  -- you think we're going to
15    go that high?  (Crosstalk) --
16            MR. BEACH:  So for me, I buy when they're
17    the cheapest.  And like BLOX, I didn't buy any.  I
18    don't buy licenses over a thousand bucks.
19            MR. HOAGLAND:  Dude, you have talked --
20            MR. BEACH:  (Crosstalk) more than a $1,000,
21    I'm not buying it.
22            MR. HOAGLAND:  Have you asked them like --
23    who's the dude that owns it or whatever?
24            MR. BEACH:  Yeah, Jason and Jake.
25            MR. HOAGLAND:  Yeah.
```

3 (Pages 6 to 9)

1    MR. BEACH:  (Crosstalk) been friends with
2  them for the last like three years.
3        MR. HOAGLAND:  What do they say when you
4  brought that up?
5        MR. BEACH:  Well they say the same thing.
6  They're like -- they're like, "We have these huge
7  government contracts where they're looking at doing
8  hundreds and hundreds of millions of dollars in
9  business every year.  So, you know, potentially
10  right, I could see tokens going on -- going up by
11  three to five X, but these people that are like,
12  "Oh" -- you know, f*cking, "BlackGold Token is going
13  to be $100 in 10 years."  There's no f*cking way.
14  Not -- it's not possible.
15        MR. JOHNSTON:  Well it's already gone up
16  like 70,000 percent, hasn't it?
17        MR. BEACH:  It went up 70,000 percent
18  from -- from launch.  When it hit PancakeSwap, it
19  leveled out.  That's when you could actually
20  liquidate.  And no -- no other --
21        MR. JOHNSTON:  (Crosstalk) (audio issue),
22  right?
23        MR. BEACH:  Right.  Exactly.  No other
24  project is going to do what BlackGold did.  That's
25  why -- that's why the ecosystem is behind, and that's

1  why coin prices are lower than they should be because
2  they can't -- they lost so much f*cking -- in
3  BlackGold because they didn't -- they didn't account
4  for people withdrawing.
5        And as soon as that happened, it hit
6  PancakeSwap and then ramped up, a whole bunch of
7  people cashed millions of -- like my friend Brendan,
8  I don't know if you bro with Brendan Stang
9  (phonetic), he was -- he was uh -- a realtor at
10  Realty One, drove a McLaren.  Anyway, he made -- he
11  made just off BlackGold -- now he bought two
12  licenses, okay, but he referred a whole sh*tload of
13  people, okay, he got a PONOS token in referral.  And
14  when -- when BlackGold hit market and ramped way up,
15  he made 6 million.
16        MR. JOHNSTON:  No way.
17        MR. HOAGLAND:  Hold sh*t.
18        MR. BEACH:  But that won't ever (audio
19  issue) again.
20        MR. HOAGLAND:  So --
21        MR. BEACH:  I think, you know, they figured
22  out what they did wrong.
23        MR. HOAGLAND:  Here -- here -- like I mean
24  I'm just kind of getting tuned.  Honest to god, dude,
25  I feel stupid.  I haven't had a ton of time to like

1  dig into it.  So don't -- I'm not trying to sound
2  stupid.
3        But how did like um -- oh what's his name?
4  Because there's the MLM IX guy, right?  IX Global.
5  How did -- so --
6        MR. BEACH:  Oh, so Martinez -- the IX
7  Global dude.  Yeah.
8        MR. HOAGLAND:  So how -- yeah, how does
9  MLM -- how does that sh*t work with everything.
10  Because that's pretty f*cking attractive if you can
11  like --
12        MR. BEACH:  The MLM just hides licenses
13  when they drop at floor (phonetic) price, and then
14  resell them.
15        MR. HOAGLAND:  So are -- is that --
16        MR. BEACH:  Yeah, so that's like (audio
17  issue.)
18        MR. HOAGLAND:  Okay.  So is that good or
19  bad?  Or like --
20        MR. BEACH:  (Crosstalk) to buy it.
21        MR. HOAGLAND:  Okay.  All right.  Got it.
22  So I don't know -- so you're thinking like that that
23  portion's just not that big of a deal?  It more
24  like -- I don't know, just basically like what do you
25  advise?  I mean that's where we're at.

1        MR. BEACH:  For -- dude, I go -- I go for
2  volume because I don't ever see these making more
3  than like three to, you know, ten bucks a day per
4  license.  So I'd rather have a thousand --
5        MR. JOHNSTON:  (Crosstalk.)
6        MR. BEACH:  -- licenses making $3 a day,
7  than a hundred licenses that make me $50 a day for
8  three months, and then it hits PancakeSwap and goes
9  to $5 a day.  Right?
10        MR. JOHNSTON:  Yeah.
11        MR. HOAGLAND:  Got it.  All right.  That
12  makes sense.
13        MR. BEACH:  So let me ask you both, so you
14  know -- you know the guys that are leading the DEBT
15  Box, and then you know the --
16        MR. JOHNSTON:  Yeah.
17        MR. BEACH:  -- the pharma CEO too, right?
18  The guy that you texted me about earlier.  Okay so --
19        MR. JOHNSTON:  (Crosstalk) me know?
20        MR. BEACH:  -- so the pharma -- the pharma
21  project, that is the CEO of a drug called Renovis
22  (phonetic), that --
23        MR. JOHNSTON:  Uh-huh.
24        MR. BEACH:  -- is not the CEO of the
25  project.  I own the project.  I own -- I own

Page 14

1  pharma --
2         MR. JOHNSTON:  Oh.
3         MR. BEACH:  -- within Ben and Buck
4  (phonetic).
5         MR. JOHNSTON:  Okay.  Gotcha, gotcha.
6         MR. BEACH:  That was the CEO of the drug
7  that we're taking to exit on this -- this first exit
8  is called Renovis.
9         MR. JOHNSTON:  You -- you think we have the
10  potential to see massive gains on the new project
11  more so than like the DEBT Box projects?
12         MR. BEACH:  Um I mean I hate to say -- you
13  know I mean, number one, right, I'm not a financial
14  advisor and this is not an investment.  But uh yeah.
15         MR. JOHNSTON:  Yeah.  Right, right.
16  Totally.
17         MR. BEACH:  So here's -- here's the --
18  here's the most important thing that you guys need to
19  know about DEBT Box, okay, when you're -- like -- not
20  one, none of them but BlackGold has like one or two
21  oil rigs that are making money.  Natural gas hasn't
22  even really broke ground yet.  Bro, nothing is -- I
23  mean they don't have any -- any infrastructure set up
24  over there.  They own the land and they're working on
25  it, but they're not --

Page 15

1         They're not selling.  They're not
2  harvesting anything.
3         None of these projects have real world
4  intrinsic value even up to one tenth of the value
5  that they'll have in two to three years.  So what
6  you're making now in DEBT Box should three to five X,
7  about three to five years per -- per day.  So I mean
8  if you're making, you know like I said, $3 -- and say
9  you have a hundred licenses and you're getting $3 a
10  day, you're making, you know, $300 a day.  Well in
11  about, hopefully, three to five years that would be
12  equal to $1,000 a day.
13         MR. HOAGLAND:  Well dude, aren't they --
14  like when you went to Ghana, weren't they like mining
15  gold and sh*t like that?  I mean they're getting
16  gold, right?  Are they not using --
17         MR. BEACH:  No -- oh -- no, all we -- all
18  they have right now is all the concessions of land,
19  and they're building out the infrastructure.
20         MR. HOAGLAND:  Oh, got ya.  All right.
21         MR. HOAGLAND:  Didn't -- didn't DLG just --
22  they just launched a new version of it.  Right?
23         MR. BEACH:  Yeah so --
24         MR. JOHNSTON:  (Crosstalk) --
25         MR. BEACH:  -- before -- so before the

Page 16

1  original Gold token, you actually got paid in gold.
2  Like once you got to a certain point they would --
3  you know, you'd get actual physical gold mailed to
4  your house.  Now they swap it over to deflationary
5  burn tokens just like the other projects.
6         MR. HOAGLAND:  Oh, okay.  Were you the --
7  what were you telling me about at band practice?  You
8  were bringing -- weren't you bringing in gold or some
9  sh*t?
10         MR. BEACH:  Yeah, we have -- we have a big
11  gold mine that we're doing -- that we're brokering
12  between this group in Miami and these Saudis that
13  DEBT Box might end up buying.
14         MR. HOAGLAND:  Oh, got ya.  Is that --
15         MR. JOHNSTON:  All right.
16         MR. HOAGLAND:  -- but that is DEBT Box, or
17  is that you?  Like are we doing that -- like where --
18  anyways, where should we put that money?  Because
19  like where would that be backed, I guess, would be
20  the question.  That'd be fair or that'd be debt?
21  Because you're bringing it in.
22         MR. BEACH:  Oh, yeah in -- in the -- in the
23  DLG -- if they buy it from this broker -- in um --
24  like I said, this broker that we're working with in
25  Miami, it'll go into the DLG project.

Page 17

1         MR. HOAGLAND:  Oh, got ya.
2         MR. JOHNSTON:  The new one, right?
3         MR. BEACH:  Yep.
4         MR. JOHNSTON:  So do you think buying some
5  DLG licenses is probably a good idea for investment
6  (crosstalk) --
7         MR. BEACH:  From what I saw, dude, they
8  have -- they have 250 -- 250,000 heca-acres (sic) or
9  something like that in -- in Ghana that's got a f*ck
10  ton of gold.  So I do know that project's going to be
11  big, it's just going to take a couple years.
12         MR. HOAGLAND:  Got ya.  All right.
13         MR. BEACH:  Yeah.
14         MR. HOAGLAND:  F*ck.  Good I -- I --
15  whatever you guys think, dude.  I mean this is
16  f*cking --
17         MR. BEACH:  So here -- here's what's going
18  on with pharma.  Let me -- let me explain.  So this
19  group of -- this group of investor -- investor group
20  that raises money for the different drug companies.
21  Okay?  So these guys raise money for Mucinex, these
22  guys raise money for NicoDerm, Niocrex,
23  AstraZeneca -- I mean the list goes on and on.  Okay,
24  they've been doing this for over 20 years.
25         They reach out to us through another friend

Page 18

```
 1   of ours, and they were like, "Hey, you know, we've
 2   been doing this for quite some time.  Would you guys
 3   be interested in building us a token project?"  So we
 4   got on some calls, blah, blah, blah, et cetera.
 5         So basically each drug kind of takes like
 6   three to four years to exit, okay, through -- through
 7   clinicals and all the other sh*t.  Right?  But the
 8   total exit value is usually about 25 to 50 X the
 9   initial investment.
10         MR. JOHNSTON:  Mm-hmm.
11         MR. HOAGLAND:  Sh*t.
12         MR. BEACH:  So what we're looking at
13   doing -- so we're -- they're getting us into these
14   investment points at the very end.  Like basically
15   once -- once they know that the drug is market -- is
16   marketable and has passed the clinical and they know
17   they're going to get FDA approval and have pharma
18   companies -- like big pharma companies like Johnson &
19   Johnson, Pfizer, et cetera looking at buying them,
20   which is what happens, that's when we get our -- our
21   entry point.
22         And we're looking at doing, you know, 10 to
23   20 million a year and at a -- you know, like I said,
24   somewhere between a 10 and 25 X exit.  And that's
25   what's going to drive token prices up.
```

Page 19

```
 1         But it's -- it's three to four drugs per
 2   year that we're doing, not just -- it's not just this
 3   one drug.
 4         MR. HOAGLAND:  So dude, I invested in a
 5   pharmacy stock way way back in the day.  I got talked
 6   into it -- like this is right when I was like quit
 7   drumming, that's in 2011.  It was -- god, I can't
 8   remember the name of that, but it was like um for
 9   like cancer research.  And I actually made a little
10   bit of money on it.
11         But is it like going to be attached to like
12   stock sh*t and stuff?  Because that's how -- it's
13   exactly what you're just telling me, but it worked
14   through the stock market.  And it was like --
15         MR. BEACH:  Yeah, so there's -- there's two
16   ways -- there's two ways that we could get paid out.
17   If the drug just gets flat out purchased and bought,
18   right, and we just get straight cash.  And it goes --
19   you know, and then we -- we put it into the token.
20         If they IPO and didn't get acquired
21   afterwards, then we get stock shares and we're just
22   going to sell them and put them into the token.  Same
23   thing.
24         MR. HOAGLAND:  Oh, got ya.  All right.
25   Yeah, makes sense.  Hell yeah.
```

Page 20

```
 1         MR. BEACH:  Yeah, once -- I liquidate the
 2   stock right -- right when it IPOs.
 3         MR. HOAGLAND:  Dude, what are like the --
 4   how can -- what do like the DEBT guys think?  Have
 5   you brought it to them?
 6         MR. BEACH:  They're -- they're actually
 7   consulting on this project.  They're not building it,
 8   they're not doing it, but they're consulting with
 9   this.  Jason is consulting with us on it.
10         MR. HOAGLAND:  Sh*t.
11         MR. JOHNSTON:  Are they going to invest in
12   it?
13         MR. BEACH:  Uh I don't know.  I would
14   imagine.  I would imagine Jason -- Jason will
15   probably buy a few thousand licenses.  He called us
16   after we started posting it and said, "Hey, I want to
17   be a part of this, you guys."  And we were like,
18   "Well, you know, we thought you were too busy."
19         And once he started looking into it, he was
20   like, "No, you guys -- you guys hit a f*cking gold
21   mine.  Like yeah, I'll consult.  And then, you know,
22   let me be a part of this and we can see -- you know
23   we can see --"
24         MR. HOAGLAND:  Oh sh*t.
25         MR. JOHNSTON:  (Crosstalk)  make it part of
```

Page 21

```
 1   DEBT?
 2         MR. BEACH:  That -- we honestly, when he
 3   called us, thought that was the idea.  You know, and
 4   then he was like, "Well it might be -- you know, we
 5   can't do it with -- " I think he -- I think the whole
 6   reason is because outside of work and outside of DEBT
 7   Box and everything else, we're friends with Jason.
 8   Jason's our friend, right?
 9         So I think -- I think the way he wants to
10   do it honestly, as silly as it sounds, is he's like,
11   "I can put it in DEBT Box and split it with my other
12   partners, or I can just come consult with you guys
13   and get a bigger piece of the pie."
14         MR. JOHNSTON:  Oh, that makes sense.
15         MR. HOAGLAND:  Okay.  Yeah, 'cause there's
16   like a bunch of people that run DEBT, right?  Yeah
17   (crosstalk) --
18         MR. BEACH:  Yeah.
19         MR. HOAGLAND:  -- all right.  F*ckin' A.
20   All right, so -- anyways, back to like -- anyways
21   what -- what do I do with my money?  Like that's all
22   I really give a shit about.
23         MR. BEACH:  Well XR -- XRP is a good place
24   to put money.  They're -- I can't remember.  Their --
25   I think -- I want to say their -- another um trial is
```

Page 22

1  coming up this week and they're posed to win it.  So
2  XRP is always a good place to store some money.  You
3  know, that'll eventually come out and run high.
4  There's um --
5          MR. JOHNSTON:  Do you think that there's
6  going to be -- do you think they're going to win that
7  one?
8          MR. BEACH:  Oh, they're going to win --
9  completely.  They'll win this entire thing for sure.
10  They haven't lost one yet.  They won -- they won
11  every one.  So, yeah, there -- there's no way the
12  SEC's going to win.  Not at this point.
13          MR. JOHNSTON:  Well --
14          MR. BEACH:  They're too well funded.
15          MR. JOHNSTON:  Yeah, yeah.  Um but uh so
16  obviously the big point then -- where -- where'd you
17  hear that about the government was going to be (audio
18  issue?)
19          MR. BEACH:  From -- from Jason and them.
20  Because --
21          MR. JOHNSTON:  (Crosstalk) --
22          MR. BEACH:  -- they're looking at moving --
23  after the government dumps this billion in Bitcoin,
24  they're -- they were -- most likely because Binance
25  is having so much issues, they're most likely going

Page 23

1  to move the entire debt system away from Binance and
2  on to Bitcoin.
3          MR. JOHNSTON:  Oh, so DEBT Box would be on
4  the Bitcoin network?
5          MR. BEACH:  In -- yeah, until -- so in
6  about a year and a half, the DEBT token itself will
7  be its own blockchain, and then everything will run
8  directly off that.  But in the time being, they have
9  to be paired.  And right now it's paired to -- you
10  know, it's Binance to BSD, but they want to pull away
11  from (audio issue.)
12          What they're hoping to happen is that the
13  government -- so if you guys have gains in Bitcoin
14  right now, I'd move it.  Right?  You know, if you
15  have the run from 12,000 to 28,000 or whatever, I'd
16  move it out.  You know, maybe move it to -- I
17  wouldn't put it in Tether; Tether's got some issues,
18  too.  Maybe, you know, USDC or whatever.
19          Anyway, put it in something stable for a
20  minute.  Let the government dump this billion out
21  because Bitcoin's going to run way back down.  Then
22  they want to move the smart chain -- or move over uh
23  the block chain to DEBT token to -- and everything
24  backed by BTC.
25          Because Bitcoin is that -- the whole --

Page 24

1  there's a lot of stuff going on with the Rothschilds
2  and the Bilderbergs and like all these huge rich
3  families.  They're actually trying to crash the US
4  banking system because it's so f*cking corrupt and
5  they keep funding all this Democratic sh*t behind the
6  scenes.
7          MR. JOHNSTON:  Yeah.
8          MR. BEACH:  And they're -- so they're
9  trying to crash it.  And they're going to say -- they
10  want to try to do that by flooding Bitcoin.  So
11  they're putting $476 trillion into Bitcoin after the
12  Government --
13          MR. JOHNSTON:  No way.
14          MR. BEACH:  -- (crosstalk.)
15          MR. JOHNSTON:  Wow.
16          MR. BEACH:  So they know that, and the way
17  they look at that is they can go, "Okay, so if we can
18  get into Bitcoin after the government dumps the
19  billion," runs the price down, then they can get in.
20  It's going to be a bull run like f*cking crazy over
21  the next year and a half.  You know what I mean?  And
22  then obviously after having --
23          MR. JOHNSTON:  Oh, really?
24          MR. BEACH:  -- it's all going to go up as
25  well.  So Bitcoin's going to be a really, really good

Page 25

1  play for the next year and a half.  But just take
2  your money out before they dump this billion because
3  it's going to go right back down.
4          MR. HOAGLAND:  Dude, what was that Russian
5  sh*t you were telling me about?  Like is that part of
6  that?  Like are they running in and out of it?
7          MR. BEACH:  Yeah.  Yeah, so -- yeah, so the
8  Russians -- so the group -- the group that came to us
9  is the guy that basically worked in between these old
10  rich families and like the street people.  Right?
11          So right now we're trying to -- we have --
12  we have our buddy in England who's trying to broker
13  250 million into Bitcoin and these -- work -- he's
14  working -- he knows these Russians that carry that
15  much that're willing to sell it.  But they're willing
16  to only sell it for uh two -- two for one.
17          So for every dollar -- you know, every
18  dollar we -- out of that 250 million we give them,
19  we're only getting 50 cents in Bitcoin.  Which isn't
20  a big deal, because obviously it's going to do a run,
21  but that's going to sting in the beginning so they're
22  just trying to negotiate better terms.
23          MR. HOAGLAND:  Oh sh*t.
24          MR. JOHNSTON:  50 percent loss at the
25  beginning for a longer term gain, basically.

Page 26

1     MR. BEACH: Yeah.  Yeah, and they're -- you
2  know, they're going back and forth and they're both
3  looking at it going, "Well, you know, f*ck it.
4  Bitcoin's going to run through the roof."
5     I think they've -- I think they've caught
6  wind that the Government's about to dump theirs, so I
7  think they're going to wait until that happens, and
8  then buy it.  And then catch -- catch the bull run
9  up.
10     MR. HOAGLAND: Got ya.  And that's --
11     MR. BEACH: (Crosstalk) --
12     MR. HOAGLAND: -- the dudes helping with
13  the Fair token?
14     MR. JOHNSTON: (Crosstalk) negotiating with
15  that guy?  Or you -- or --
16     MR. BEACH: No, that's -- that's a -- a
17  project between me and Ben.  We actually brought that
18  to Jason --
19     MR. JOHNSTON: Oh.
20     MR. BEACH: -- and -- well, what we
21  actually did first -- because they have this money in
22  cash.  Okay?  And to get that much cash, number one,
23  around the world is very difficult.  And number two,
24  is trying to get that much cash into the system -- I
25  mean basically you have to have someone that is so

Page 27

1  f*cking rich that you can give them 250 million in
2  cash that they can hide, and then give you 250
3  million in Bitcoin.  Who the f*ck can do that, right?
4     So we went to Jason, and we were like, hey,
5  how about you take this 250 million in cash?  You
6  know, I mean the dude's building a $7 million garage
7  right now with two clubs, a f*cking strip club in it,
8  an indoor pool, an outdoor pool, a helipad --
9     MR. JOHNSTON: What?
10     MR. BEACH: -- I mean, yeah, he's buying --
11     MR. HOAGLAND: Holy --
12     MR. BEACH: -- like ten Ferraris.  He can
13  spend the cash.  But what we're trying to broker is
14  we said, "Look, why don't you take the 250k, let's
15  give him 250 million in -- in DEBT coin, right, and
16  then you can swap DEBT coin for Bitcoin.
17     But Jason's like, "F*ck no, I'm not giving
18  anybody DEBT coin right now.  Especially not 250
19  million."  Because he still believes in three to five
20  years that sh*t will be worth, you know, five to ten
21  X.  So it's not a win for us, you know?
22     MR. JOHNSTON: Yeah, yeah.  I was trying --
23     MR. BEACH: And (crosstalk) --
24     MR. JOHNSTON: -- to tell Burt -- I was
25  trying to tell Burt he was a hedge fund manager.  At

Page 28

1  least that's what I saw in a video.
2     MR. BEACH: Yeah.
3     MR. JOHNSTON: He -- he was a -- and he
4  bought Bitcoin for like a dollar or something crazy
5  like that back in the day.
6     MR. BEACH: He is -- his uh -- his
7  mining -- his Bitcoin mining operation even with
8  prices right now makes a million dollars a day.
9     MR. JOHNSTON: Oh wow.
10     MR. HOAGLAND: Oh, it's like --
11     MR. JOHNSTON: Like he's got his own rig?
12     MR. HOAGLAND: Oh they have massive
13  warehouses.  Yeah.
14     MR. JOHNSTON: Nice.  That's awesome.
15     MR. BEACH: Yeah.
16     MR. HOAGLAND: Sh*t.
17     MR. BEACH: They make a -- they make a
18  f*cking disgusting amount of f*cking money.
19     MR. HOAGLAND: Jesus Christ.
20     MR. JOHNSTON: F*ck that.
21     MR. HOAGLAND: But is -- so that -- so
22  basically, dude, the whole like -- I mean the --
23  again, the MLM sh*t just piqued my interest because
24  I'm like, f*ck dude, I know a ton of people.
25  Obviously, we both do through real estate, you know.

Page 29

1  But what do you think about that?
2     MR. BEACH: Yeah.
3     MR. HOAGLAND: It's not even worth it or is
4  that -- is that stupid?  What do you --
5     MR. BEACH: No, dude.  Me and -- me and --
6  me and Ben -- me and Ben have made a lot of money in
7  the -- in the MLM piece.  Not -- and really not -- I
8  mean we're not working hard.  We just tell people,
9  and they buy licenses.
10     We probably made -- since we came on in
11  September, sh*t we've probably made 400,000.  So --
12     MR. HOAGLAND: Just off the -- is that like
13  residual or is that like -- how does that --
14     MR. BEACH: Yeah.
15     MR. HOAGLAND: -- is that -- so just
16  residual income every month?  So like 10, 20,000
17  every month?
18     MR. BEACH: Yeah, we make -- yeah, we make
19  about 20 grand a month now in residuals.
20     MR. HOAGLAND: F*ck yeah.  Dude -- okay
21  that's pretty badass.  So -- so that was a good thing
22  then.
23     MR. BEACH: We have -- we have about a
24  thousand people in our downline right now.
25     MR. HOAGLAND: Huh.

Page 30

1        MR. JOHNSTON:  Oh, damn.
2        MR. HOAGLAND:  So --
3        MR. JOHNSTON:  Yeah, I had -- I had like
4 two.
5        MR. BEACH:  (Laughter)
6        MR. HOAGLAND:  So I just got to learn about
7 that sh*t.
8        MR. JOHNSTON:  I'm like, "Yeah I'm doing
9 good."  Well I was like, "Wait, why am I -- why am I
10 not getting residual income?"  But probably because I
11 only had two people and they didn't have anybody
12 beneath them.
13        MR. BEACH:  Yeah, you got to stack up a lot
14 of people.
15        MR. JOHNSTON:  Yeah.
16        MR. HOAGLAND:  Sh*t.  So dude, there's
17 f*cking money everywhere to be made.  That's f*cking
18 crazy.  All right.
19        MR. BEACH:  Yeah.
20        MR. HOAGLAND:  Are you going to do -- so
21 are you going to do -- so here's the other thing,
22 dude.  So it's like, I'm just trying to think like,
23 you know, be smart.  If I could get in at the
24 beginning -- because -- you know, what I want -- like
25 if I could go back in time and get in at the

Page 31

1 beginning of BlackGold or some sh*t like that, you
2 know that would be ideal.  And then obviously just
3 promote the sh*t out of it, basically what you did.
4        I mean are you going to do like an MLM
5 thing with like pharma or anything like that?  To
6 where you get in at the beginning and -- or is it --
7 or is it way different than -- than that sh*t?
8        MR. BEACH:  So Jason has -- Jason has
9 another -- he has another big MLM.  I mean they're
10 f*cking huge.  So here's -- here's -- here's what's
11 happened, right, is Joe, the owner of IX completely
12 has f*cked DEBT Box.  You guys want to know why
13 the -- why the token prices dropped 60 percent?
14        It's because every Indian Hindu mother
15 f*cker over there is cashing out $3 a day, $2 --
16 these people are f*cking poor and stupid.  Right?
17 So -- so as soon as they opened up over there, they
18 started all these f*cking rental licenses and these
19 people cash out every f*cking day.  You know?  So --
20        MR. JOHNSTON:  Yeah.
21        MR. BEACH:  -- he's pissed at Joe because,
22 you know he's -- Joe was like, "No, no, no.  Like
23 we'll tell them to hold, and we'll work this out."
24 You know blah, blah, blah, and now it's -- you know,
25 because in Jason's mind, right, he's like -- he

Page 32

1 created this thing, he's made all these people money.
2        And now everybody's going back to him
3 going, "Dude, what the f*ck?  Why is everything going
4 to sh*t?  Are you lying?  Are these projects not
5 real?"  And he's like, "No."  He goes, "These mother
6 f*ckers all around the world are broke and, you know,
7 they keep dumping all their f*cking coin and trashing
8 my f*cking ecosystem."
9        MR. HOAGLAND:  Why don't they get rid of
10 it?
11        MR. JOHNSTON:  (Crosstalk) --
12        MR. BEACH:  (Crosstalk) -- Joe's dumb
13 f*cking a** got his wallet hacked about three months
14 ago for 4 million tokens -- and it's not 4 million
15 tokens, $4 million in token in Natural Gas.  That's
16 why Natural Gas is a piece of sh*t.
17        Because some Ukrainian right now who hacked
18 him is sitting with $4 million of Natural Gas token
19 in a wallet just waiting to dump it as soon as the
20 token goes up.
21        MR. JOHNSTON:  Oh, no.
22        MR. HOAGLAND:  I --
23        MR. BEACH:  And they --
24        MR. JOHNSTON:  Do they know who did it?
25 You said a Ukrainian did it?

Page 33

1        MR. BEACH:  Yeah, they -- yeah, they
2 know -- they -- they hired -- they hired a forensic
3 um -- a forensic company out of Palo Alto, California
4 to find it.  But they can't do anything about it.
5 This dude's like -- he's like uh -- you know, some
6 Neo Matrix f*cking hacker dude in Ukraine.
7 There's -- they don't know who it is, they just can
8 find the wallet.
9        MR. HOAGLAND:  How the f*ck did he get
10 it --
11        MR. JOHNSTON:  (Crosstalk) --
12        MR. HOAGLAND:  How did that happen, dude?
13 Like how did -- what the f*ck?  Like how does an
14 owner --
15        MR. BEACH:  Because Joe -- because Joe's
16 f*cking -- here's -- here's my problem with Joe.
17 Okay?  When we were at the convention, at the iX
18 convention, you know, like three months ago or
19 whenever it was.  It was like December or November or
20 something.  Okay?
21        Joe gets on stage, right, and he's doing
22 his thing and talking about this and talking about
23 that.  Right?  And he -- and then he starts talking
24 about his story.  He's like, "Guys, you know, only a
25 year ago -- like a year or whatever -- 14 months ago

Page 34

1  I was sitting in my apartment with my wife and my
2  kids, and I lost my job and I have $4,000 to my name
3  and I didn't have anything.  And now look -- now look
4  at me."  My first thought was, "Why the f*ck are you
5  running a company?"
6        MR. HOAGLAND:  (Laughter) Dude -- dude
7  exactly.
8        MR. JOHNSTON:  (Laughter)
9        MR. BEACH:  If you were so f*cking stupid
10  that you've only had a job before, you've never
11  run -- you've never been CEO of f*ck sh*t before.
12  You had a f*cking job, you live in an apartment, and
13  you have $4,000 to your f*cking name.  Why are you
14  the CEO of f*cking -- I wouldn't make you the CEO of
15  f*cking toilet plungers.
16        MR. JOHNSTON:  (Laughter)
17        MR. HOAGLAND:  Dude, is it bullsh*t
18  thought?  I mean that just sounds like a bull --
19        MR. JOHNSTON:  (Crosstalk) idea?
20        MR. BEACH:  No, he owns it.  He started it.
21        MR. JOHNSTON:  Yeah, yeah.  So --
22        MR. HOAGLAND:  F*ck.  Well --
23        MR. JOHNSTON:  -- not much (crosstalk.)
24        MR. BEACH:  But my -- so my -- that's --
25  that's been my argument to Jason, is why did you

Page 35

1  trust this dumb mother f*cker?  You knew the dude
2  didn't have anything.  You knew the guy had never run
3  sh*t before.
4        MR. JOHNSTON:  Yeah.
5        MR. BEACH:  Why would you -- why would you
6  give your prized pony, you know, to a -- to a -- to a
7  jockey that's never run -- ridden a f*cking race?
8  You know?
9        MR. JOHNSTON:  I kind of wondered that
10  because Justin was telling me that DEBT Box was on
11  its own before iX, and there was no network marketing
12  to it.  And then --
13        MR. BEACH:  (Crosstalk) that's crushing.
14  Dude, I've --
15        MR. JOHNSTON:  Why?
16        MR. BEACH:  -- been taking 120,000 a month
17  before it went into iX.  After it went into iX it
18  dropped down to like 60, and right now I'm making
19  about 45.  I'm not f*cking happy.
20        MR. HOAGLAND:  Because of India?
21        MR. JOHNSTON:  Oh damn.
22        MR. HOAGLAND:  Like the f*cking India part
23  of it?
24        MR. BEACH:  Yeah.  Literally by -- by the
25  numbers -- so right before in -- in June last year,

Page 36

1  Jason was over at the house, and we were having
2  dinner and playing games and sh*t.  And then Ben
3  goes, "All right, where are the tokens going?  I was
4  a hand-written note from Jason f*cking signed.
5  What's going to happen?"
6        And Jason was like, "This is going to here,
7  this is going to here, this is going to here."  And
8  we were both like, "How do you know that?"  And he
9  rambles off all this math and this -- and he goes,
10  "We have charts for everything."  He says, "This is
11  where they're going."  Right?  I would have been
12  making 266,000 a month.
13        MR. HOAGLAND:  F*ck.
14        MR. JOHNSTON:  Damn.
15        MR. BEACH:  And then enter -- enter mister
16  $4,000 f*ckin' I don't know why I'm CEO of f*cking
17  anything.  It ruins the --
18        MR. JOHNSTON:  (Crosstalk)
19        MR. BEACH:  -- whole f*cking thing.
20        MR. HOAGLAND:  Wow --
21        MR. BEACH:  So now it's going to recover.
22  Right?  DEBT Box will recover.  It is still a great
23  setup, it's just frustrating, you know.
24        MR. HOAGLAND:  Dude, I'd be pissed.
25        MR. JOHNSTON:  (Crosstalk) just like low

Page 37

1  right now.
2        MR. BEACH:  Yeah.
3        MR. HOAGLAND:  Why don't they just cut him
4  off?  Like -- like -- well I guess you can't do that.
5        MR. BEACH:  They have -- 'cause they
6  have -- they have a -- they have a contract with him.
7        MR. HOAGLAND:  Oh.  Well I mean I'm saying
8  like why can't you just like make it not tradable in
9  India?  I mean that's f*cked up because you don't
10  want to hurt those people.  But --
11        MR. BEACH:  Yeah.
12        MR. HOAGLAND:  -- oh man.  That sucks, man.
13  I don't know.
14        MR. BEACH:  Yeah.  It's super f*cking
15  frustrating, dude.  So when Jason came to us, you
16  know, he was like, "Hey I want to be part of this
17  pharma thing.  Let me consult with you guys."  We
18  were like, "Well okay."
19        And he was like, "Look," he goes, "I have
20  another MLM -- " I mean I don't care, I'll tell you
21  guys who it is.  It's doTERRA.
22        MR. HOAGLAND:  F*ck dude, I --
23        MR. JOHNSTON:  Jotera?
24        MR. HOAGLAND:  I did a convention --
25        MR. BEACH:  Yeah, I mean they're f*cking

Page 38

```
 1  huge.
 2          MR. HOAGLAND:  My old -- remember my old
 3  little bar thing.  We did like -- we used to do the
 4  doTERRA convention downtown.
 5          MR. BEACH:  Yeah.
 6          MR. HOAGLAND:  And it was -- oh my --
 7          MR. JOHNSTON:  Oh doTERRA.  I thought you
 8  said "Joterra."
 9          MR. HOAGLAND:  No --
10          MR. BEACH:  do -- doTERRA.
11          MR. HOAGLAND:  No, the oils dude.
12          MR. JOHNSTON:  Yeah, yeah, yeah.
13          MR. HOAGLAND:  The essential oils.  Man
14  that sh*t is f*cking massive.  Like that's huge.
15          MR. JOHNSTON:  Yeah.
16          MR. BEACH:  The reason -- the reason they
17  want this project is because they're under the
18  quote/unquote health and wellness industry, kind of.
19  Right, with essential oils.  That's their whole --
20  that's their whole game.  Right?  So pharma kind of
21  plays right into that.
22          MR. JOHNSTON:  Hm.
23          MR. BEACH:  That is why they want the
24  project.
25          MR. HOAGLAND:  Well that -- dude if --
```

Page 39

```
 1          MR. JOHNSTON:  (Crosstalk) --
 2          MR. HOAGLAND:  -- dude I will put like --
 3          MR. BEACH:  (Crosstalk) the founders are
 4  like, "We don't really want to do that."  I don't
 5  want to do a big MLM.  I don't -- I don't -- dude, I
 6  don't even want to do more than 20,000 licenses a
 7  year because I want everybody making 7, 10, 12
 8  dollars, 15 dollars a day for license (audio issue.)
 9  You know?
10          MR. JOHNSTON:  Yeah.
11          MR. HOAGLAND:  Got ya.
12          MR. JOHNSTON:  Yeah, so you're thinking two
13  grand to start off with per -- per license.  But that
14  uh release party can get it for a grand?
15          MR. BEACH:  Yeah.  Yeah, we're going to --
16  yeah, that's -- so presale will be -- it's April
17  20th.  And you guys -- I'll get you guys the -- it's
18  in Draper.  It's at the Siempre Events Center in
19  Draper.  My attorney owns it.
20          So it'll be there.  We're going to have
21  Renovis, their whole team come on -- on to the Zoom
22  because that's the most -- you know, that's the drug
23  that we're supporting for the exit right now.  And
24  the head of the investment group itself that does all
25  of the drug exits, right, not just Renovis.
```

Page 40

```
 1          They do -- they do three -- three or four
 2  or five a year.  They're also going to be on the
 3  Zoom, so you guys can ask questions, get everything
 4  answered.
 5          Everything is going to be 100 percent
 6  (audio issue.)  Instead of like, "Oh yeah, we have
 7  gold mines in Africa."  You're like, "But do you?"
 8  You know?
 9          MR. JOHNSTON:  (Laughter)
10          MR. HOAGLAND:  Yeah, I mean --
11          MR. JOHNSTON:  Yeah.
12          MR. HOAGLAND:  Well, sh*t.
13          MR. JOHNSTON:  I guess we have been kind of
14  taking everybody's word for it with DEBT Box.  I
15  mean, but --
16          MR. BEACH:  Yeah.
17          MR. JOHNSTON:  -- that's crypto, right?
18  Like that's the way it works?  Like you're not going
19  to see --
20          MR. BEACH:  Well -- and that's -- that's
21  why we want this pharma project to be so different.
22  Because there is nothing behind the curtain.  This is
23  what it is, here's the -- here's the current drug
24  we're supporting.  When we do another investment, you
25  know, into a new drug, we'll get their CEO and their
```

Page 41

```
 1  biotech team, and their everybody -- so my partner in
 2  this is a -- is a surgeon.  He's a doctor.
 3          MR. HOAGLAND:  So it sounds like --
 4          MR. JOHNSTON:  Yeah.
 5          MR. HOAGLAND:  -- a more legit DEBT Box
 6  then without like a MLM that could f*ck it up, I
 7  guess.  Right?
 8          MR. BEACH:  That's -- and that's the whole
 9  point, right, is (audio issue) I could pull it down.
10  I'm like, "Hm, no.  Let's not do that.  We don't need
11  to do that.  Let's just do it --
12          MR. JOHNSTON:  Wait Billy --
13          MR. BEACH:  -- (crosstalk) we'll run --
14  we'll run it like it was in DEBT Box earlier.
15          MR. JOHNSTON:  Billy, you -- you went to
16  Africa, right?  Like you saw the gold mines, didn't
17  you?    MR. BEACH:  Uh I saw the land --
18          MR. JOHNSTON:  (Crosstalk) over there?
19          MR. BEACH:  Yeah, I saw the land.  I saw
20  all the areas; I saw the gold concessions.  I spoke
21  to the village, the villagers.  I mean, yes, we got a
22  lot of info.  Um, you know, did I see a big hole in
23  the ground and people, you know -- big hole in the
24  ground and people bringing out carts and carts of
25  gold?  No.
```

Page 42

```
1          MR. JOHNSTON:  Damn.  Oh, okay.
2          MR. BEACH:  But, you know, we saw all the
3   land and talked -- talked to the -- a bunch of
4   attorneys for the government over there in Ghana.  I
5   mean, we got a ton of info that --
6          MR. JOHNSTON:  Mm-hmm.
7          MR. BEACH:  -- I would say was substantial
8   enough to go, "Okay.  This sh*t's real."  Right?  But
9   like I said --
10         MR. JOHNSTON:  Yeah.
11         MR. BEACH:  -- the important thing is they
12  got the land concessions; they have not been mining
13  gold yet.
14         MR. HOAGLAND:  Got ya.
15         MR. BEACH:  They will.
16         MR. JOHNSTON:  Yeah.
17         MR. HOAGLAND:  That makes sense.
18         MR. BEACH:  But -- but -- are you going to
19  BEV Day, or no?  April 7th.
20         MR. JOHNSTON:  No.
21         MR. BEACH:  No?  Okay.
22         MR. JOHNSTON:  I was actually curious
23  about -- I kind of wanted to go to it because what
24  one, they are making royalties already for that one,
25  aren't they?
```

Page 43

```
1          MR. BEACH:  Oh yeah.  For -- no, dude that
2   brewery is 100 percent real.  In fact, Quincy, my --
3   my wife brought that brewery to them because she was
4   working for a VC firm.
5          MR. JOHNSTON:  Oh, why?  And the VC firm
6   owns -- owned it or -- and sold it to Jason or
7   something?
8          MR. BEACH:  The -- the VC firm basically
9   brokered the deal.
10         MR. JOHNSTON:  Oh, cool.
11         MR. HOAGLAND:  Oh shit, dude.
12         MR. BEACH:  Yeah.
13         MR. JOHNSTON:  That -- that one looks --
14  looks legit, son.  I was actually interested in going
15  that day, but I tried to commit like the west side or
16  whatever to sign up, and I never got an email.  And
17  then I just said, "Oh well, f*ck it.  I guess I'm not
18  going."
19         MR. BEACH:  Yeah, I bought -- I bought
20  50 -- I bought 50 BEV because I -- yeah, I fully
21  believe in that -- in that project for sure.
22         MR. HOAGLAND:  I'm like --
23         MR. JOHNSTON:  (Crosstalk) been doing good.
24  (Crosstalk.)
25         MR. HOAGLAND:  I'm like locked out of my
```

Page 44

```
1   wallet right now for some reason.  But f*ckin' --
2          (Laughter)
3          MR. HOAGLAND:  I'll get back in.  I
4   don't -- but Andrew told me how it's performing and
5   f*ckin' that one --
6          (Laughter)
7          MR. HOAGLAND:  Sounds like it's kicking
8   ass.
9          MR. JOHNSTON:  Well I'm able to get into
10  his wallet but he's not.
11         (Laughter)
12         MR. HOAGLAND:  I just haven't given a f*ck
13  at the moment.  But I -- I will -- I promise I'm
14  going to get focused and sh*t.  But yeah, that one
15  sounds legit, dude.  But are you not wanting to go to
16  BEV Day?  Sh*t.
17         MR. BEACH:  Nah.  I already knew it was
18  real.  I didn't need to go down and see it.
19         MR. HOAGLAND:  Yeah.
20         MR. JOHNSTON:  Is that basically what it
21  is?  Like to prove to investors like, "Look, here it
22  is."  What supports the token, basically.
23         MR. BEACH:  Yep.  Yet.  Let people see
24  because not everybody -- obviously, you know, not
25  Africa (audio issue.)  I mean we were on -- so when we
```

Page 45

```
1   flew in, and we stayed the night.  And then at 6 in
2   the morning the next morning, we got on another plane
3   like within Africa and flew two and a half hours
4   away.  And then we got in a bus and drove two and a
5   half hours.
6          MR. HOAGLAND:  Oh, god.
7          MR. JOHNSTON:  Damn.
8          MR. HOAGLAND:  That's pretty -- that's --
9          MR. BEACH:  It's not like you could just
10  go, you know, check it out.  Right?  You know?  But
11  with them, you can.
12         MR. HOAGLAND:  Dude, that's awesome.
13         MR. JOHNSTON:  Yeah, yeah.  It's in
14  Mississippi, right?
15         MR. BEACH:  Uh yeah.  Yep.  Lazy -- Lazy
16  Magnolia Brewery.
17         MR. HOAGLAND:  F*ckin A.  Dude -- hey you
18  guys, I got -- dude I got a f*cking realtor that's
19  going to f*cking kill me that I got to get back to.
20  I -- dude, I trust you guys.  Like do what you got to
21  do.  I don't know -- f*cking let me know, Andrew,
22  Monday or maybe we can chat tomorrow.  But I've
23  got --
24         MR. JOHNSTON:  Yeah, yeah.
25         MR. HOAGLAND:  You know Cindy Yuriana
```

Page 46

1   (phonetic)?  You know her at all really?
2          MR. BEACH:  Who?
3          MR. HOAGLAND:  Cindy Yuriana, she's a
4   realtor.
5          MR. BEACH:  Uh-uh.
6          MR. HOAGLAND:  Dude, she is so f*cking
7   annoying but she's -- I've had like 20 phone calls in
8   the past five minutes from her.  Let me just --
9          MR. JOHNSTON:  Yeah, don't worry about it,
10  man.  Yeah, we'll chat tomorrow.  And Billy, thanks
11  for your time, man.  I appreciate it.
12         MR. BEACH:  Oh, for sure.  Yeah, if you
13  guys need anything, let me know.
14         MR. HOAGLAND:  All right, dude.  Billy,
15  I'll hit you up to later this week for sure, dude,
16  about some band practice sh*t.
17         (End of 2023.04.1 Recording of Billy Beach
18  (1) m4a.)
19                * * * * *
20
21
22
23
24
25

Page 47

1              TRANSCRIBER'S CERTIFICATE
2
3   I, Kevin Collins, hereby certify that the foregoing
4   transcript is a complete, true, and accurate
5   transcription of all matters contained on the recorded
6   proceedings in the matter of:
7
8   DIGITAL LICENSING, INC.
9   2023.04.1 Recording of Billy Beach (1) m4a
10  SL-02891-A
11  446374-SL
12
13  _____
14      Kevin, Collins, Transcriber
15
16
17
18
19
20
21
22
23
24
25

**A**

**a.k.a** 2:10
**able** 9:1 44:9
**account** 11:3
**accurate** 47:4
**acquired** 19:20
**actual** 16:3
**advise** 12:25
**advisor** 14:14
**Africa** 40:7 41:16
   44:25 45:3
**ago** 4:17 32:14
   33:18,25,25
**aiming** 5:21
**alive** 7:10
**Alto** 33:3
**amount** 28:18
**Andrew** 2:6 4:10
   44:4 45:21
**annoying** 46:7
**answer** 4:21
**answered** 40:4
**anybody** 27:18
   30:11
**anyway** 4:20
   11:10 23:19
**anyways** 16:18
   21:20,20
**apartment** 34:1
   34:12
**appreciate** 46:11
**approval** 18:17
**April** 2:5 39:16
   42:19
**areas** 41:20
**argument** 34:25
**asked** 4:18 9:22
**asking** 4:21
**ass** 44:8
**assume** 6:19
**AstraZeneca**
   17:23
**attached** 19:11
**attorney** 39:19
**attorneys** 42:4
**attractive** 12:10
**audio** 1:16 10:21
   11:18 12:16
   22:17 23:11

39:8 40:6 41:9
   44:25
**average** 5:1
**awesome** 3:18
   4:4 28:14 45:12

**B**

**back** 19:5 21:20
   23:21 25:3 26:2
   28:5 30:25 32:2
   44:3 45:19
**backed** 16:19
   23:24
**backwards** 5:14
   8:21
**bad** 12:19
**badass** 29:21
**band** 16:7 46:16
**banking** 24:4
**bar** 38:3
**basically** 12:24
   18:5,14 25:9,25
   26:25 28:22
   31:3 43:8 44:20
   44:22
**Beach** 1:7 2:2,7
   2:19,21,24 3:5
   3:9,14,18,21
   4:4,6 5:5,7 6:2
   6:8,14,19,24
   7:4,13,16,19
   8:1,5,14,19,23
   8:25 9:13,16,20
   9:24 10:1,5,17
   10:23 11:18,21
   12:6,12,16,20
   13:1,6,13,17,20
   13:24 14:3,6,12
   14:17 15:17,23
   15:25 16:10,22
   17:3,7,13,17
   18:12 19:15
   20:1,6,13 21:2
   21:18,23 22:8
   22:14,19,22
   23:5 24:8,14,16
   24:24 25:7 26:1
   26:11,16,20
   27:10,12,23
   28:2,6,12,15,17

29:2,5,14,18,23
   30:5,13,19 31:8
   31:21 32:12,23
   33:1,15 34:5,13
   34:24 35:5,13
   35:16,24 36:15
   36:19,21 37:2,5
   37:11,14,25
   38:5,10,16,23
   39:3,15 40:16
   40:20 41:8,13
   41:17,19 42:2,7
   42:11,15,18,21
   43:1,8,12,19
   44:17,23 45:9
   45:15 46:2,5,12
   46:17 47:9
**beginning** 5:16
   9:6 25:21,25
   30:24 31:1,6
**believe** 43:21
**believes** 27:19
**Ben** 14:3 26:17
   29:6,6 36:2
**beneath** 30:12
**better** 4:25 25:22
**BEV** 8:15,16
   42:19 43:20
   44:16
**big** 12:23 16:10
   17:11 18:18
   22:16 25:20
   31:9 39:5 41:22
   41:23
**bigger** 21:13
**Bilderbergs** 24:2
**billion** 7:7 9:8
   22:23 23:20
   24:19 25:2
**billionaires** 7:24
**Billy** 1:7 2:2,7
   3:8 4:12,16,20
   41:12,15 46:10
   46:14,17 47:9
**Binance** 22:24
   23:1,10
**biotech** 41:1
**bit** 5:1 19:10
**Bitcoin** 22:23

23:2,4,13,25
   24:10,11,18
   25:13,19 27:3
   27:16 28:4,7
**Bitcoin's** 23:21
   24:25 26:4
**BlackGold** 10:12
   10:24 11:3,11
   11:14 14:20
   31:1
**blah** 18:4,4,4
   31:24,24,24
**block** 23:23
**blockchain** 23:7
**BLOX** 9:17
**bottom** 8:11
**bought** 6:16
   11:11 19:17
   28:4 43:19,19
   43:20
**Box** 4:23 5:8 6:11
   7:20 13:15
   14:11,19 15:6
   16:13,16 21:7
   21:11 23:3
   31:12 35:10
   36:22 40:14
   41:5,14
**Brendan** 11:7,8
**brewery** 43:2,3
   45:16
**bringing** 16:8,8
   16:21 41:24
**bro** 3:10,22 11:8
   14:22
**broke** 14:22 32:6
**broker** 16:23,24
   25:12 27:13
**brokered** 43:9
**brokering** 16:11
**brother** 2:21
**brought** 10:4
   20:5 26:17 43:3
**BSD** 23:10
**BTC** 23:24
**Buck** 14:3
**bucks** 8:9,9 9:1,5
   9:18 13:3
**buddy** 25:12

**bug** 3:3
**building** 15:19
   18:3 20:7 27:6
**bull** 24:20 26:8
   34:18
**bullsh*t** 34:17
**bunch** 11:6 21:16
   42:3
**burn** 16:5
**Burt** 2:6,9 4:15
   4:20 27:24,25
**Burt's** 3:6
**bus** 45:4
**business** 10:9
**busy** 20:18
**buy** 5:8 8:9,14
   9:1,2,3,16,17
   9:18 12:20
   16:23 20:15
   26:8 29:9
**buying** 9:21
   16:13 17:4
   18:19 27:10

**C**

**C** 2:1
**California** 33:3
**call** 3:17 4:17
**called** 13:21 14:8
   20:15 21:3
**calling** 2:7
**calls** 18:4 46:7
**cancelled** 3:24
**cancer** 19:9
**care** 37:20
**carry** 25:14
**carts** 41:24,24
**case** 5:23
**cash** 19:18 26:22
   26:22,24 27:2,5
   27:13 31:19
**cashed** 11:7
**cashing** 31:15
**catch** 26:8,8
**caught** 26:5
**cause** 21:15 37:5
**Center** 39:18
**cents** 25:19
**CEO** 13:17,21,24
   14:6 34:11,14

34:14 36:16
40:25
**certain** 16:2
**CERTIFICATE**
47:1
**certify** 47:3
**cetera** 7:22 18:4
18:19
**chain** 23:22,23
**charts** 36:10
**chat** 45:22 46:10
**cheapest** 5:9 9:17
**check** 45:10
**Christ** 28:19
**Cindy** 45:25 46:3
**clinical** 18:16
**clinicals** 18:7
**club** 27:7
**clubs** 27:7
**coin** 11:1 27:15
27:16,18 32:7
**Collins** 47:3,14
**come** 8:2 21:12
22:3 39:21
**comes** 5:8
**coming** 22:1
**COMMISSION**
1:1
**commit** 43:15
**companies** 17:20
18:18,18
**company** 33:3
34:5
**complete** 47:4
**completely** 22:9
31:11
**concessions**
15:18 41:20
42:12
**consult** 20:21
21:12 37:17
**consulting** 20:7,8
20:9
**contained** 47:5
**contract** 37:6
**contracts** 10:7
**convention** 33:17
33:18 37:24
38:4

**cool** 43:10
**corrupt** 24:4
**couple** 5:23 6:4
17:11
**crash** 24:3,9
**crazy** 24:20 28:4
30:18
**created** 32:1
**crosstalk** 3:5 5:6
8:11 9:15,20
10:1,21 12:20
13:5,19 15:24
17:6 20:25
21:17 22:21
24:14 26:11,14
27:23 32:11,12
33:11 34:19,23
35:13 36:18,25
39:1,3 41:13,18
43:23,24
**crushing** 35:13
**crypto** 40:17
**curious** 42:22
**current** 40:23
**curtain** 40:22
**cut** 5:6 37:3

———————
**D**
———————
**D** 2:1
**damn** 30:1 35:21
36:14 42:1 45:7
**day** 5:19 6:17,20
6:21 7:1 9:3
13:3,6,7,9 15:7
15:10,10,12
19:5 28:5,8
31:15,19 39:8
42:19 43:15
44:16
**days** 3:22 6:4
**deal** 12:23 25:20
43:9
**debt** 4:23 5:8
6:11 7:20 13:14
14:11,19 15:6
16:13,16,20
20:4 21:1,6,11
21:16 23:1,3,6
23:23 27:15,16
27:18 31:12

35:10 36:22
40:14 41:5,14
**December** 33:19
**decreasing** 5:24
**deflationary** 16:4
**Democratic** 24:5
**different** 17:20
31:7 40:21
**difficult** 26:23
**dig** 12:1
**DIGITAL** 1:5
47:8
**dinner** 36:2
**directly** 23:8
**disgusting** 28:18
**Diversified** 1:24
**DLG** 15:21 16:23
16:25 17:5
**doctor** 41:2
**dog** 3:9
**doing** 2:24 5:10
5:21 10:7 16:11
16:17 17:24
18:2,13,22 19:2
20:8 30:8 33:21
43:23
**dollar** 25:17,18
28:4
**dollar/cost** 5:1
**dollars** 7:8 9:9
10:8 28:8 39:8
39:8
**doTERRA** 37:21
38:4,7,10
**downline** 29:24
**downtown** 38:4
**Draper** 39:18,19
**drip** 6:5 8:23
**drive** 18:25
**drop** 12:13
**dropped** 31:13
35:18
**dropping** 5:10,14
5:22
**drops** 8:20
**drove** 11:10 45:4
**Drublic** 3:13
**drug** 13:21 14:6
17:20 18:5,15

19:3,17 39:22
39:25 40:23,25
**drugs** 19:1
**drumming** 19:7
**dude** 2:22,24 3:8
3:12,16,17,19
4:1,8,12 6:7
9:19,23 11:24
12:7 13:1 15:13
17:7,15 19:4
20:3 25:4 28:22
28:24 29:5,20
30:16,22 32:3
33:6,12 34:6,6
34:17 35:1,14
36:24 37:15,22
38:11,25 39:2,5
43:1,11 44:15
45:12,17,18,20
46:6,14,15
**dude's** 27:6 33:5
**dudes** 26:12
**dumb** 32:12 35:1
**dump** 23:20 25:2
26:6 32:19
**dumping** 32:7
**dumps** 22:23
24:18

———————
**E**
———————
**E** 2:1,1
**earlier** 13:18
41:14
**ecosystem** 7:21
10:25 32:8
**email** 43:16
**England** 25:12
**enter** 36:15,15
**entire** 22:9 23:1
**entry** 18:21
**equal** 15:12
**Especially** 27:18
**essential** 38:13
38:19
**estate** 28:25
**et** 7:22 18:4,19
**Events** 39:18
**eventually** 8:25
22:3
**everybody** 39:7

41:1 44:24
**everybody's** 32:2
40:14
**exactly** 10:23
19:13 34:7
**EXCHANGE** 1:1
**Excuse** 3:1
**exit** 14:7,7 18:6,8
18:24 39:23
**exits** 39:25
**explain** 17:18

———————
**F**
———————
**f*ck** 9:5 17:9,14
26:3 27:3,17
28:20,24 29:20
32:3 33:9,13
34:4,11,22
36:13 37:22
41:6 43:17
44:12
**f*cked** 31:12
37:9
**f*cker** 31:15 35:1
**f*ckers** 32:6
**F*ckin** 45:17
**f*ckin'** 21:19
36:16 44:1,5
**f*cking** 7:17 9:7
9:8 10:12,13
11:2 12:10
17:16 20:20
24:4,20 27:1,7
28:18,18 30:17
30:17 31:10,16
31:18,19 32:7,8
32:13 33:6,16
34:9,12,13,14
34:15 35:7,19
35:22 36:4,16
36:19 37:14,25
38:14 45:18,19
45:21 46:6
**fact** 43:2
**fair** 16:20 26:13
**families** 24:3
25:10
**FDA** 18:17
**feel** 11:25
**Ferraris** 27:12

**figure** 4:8
**figured** 11:21
**File** 1:4
**financial** 14:13
**find** 33:4,8
**fired** 3:23
**firm** 43:4,5,8
**first** 3:20 4:2
  6:16 14:7 26:21
  34:4
**five** 6:25 7:4,23
  8:6 10:11 15:6
  15:7,11 27:19
  27:20 40:2 46:8
**flat** 19:17
**flew** 45:1,3
**flip** 5:13
**flooding** 24:10
**floor** 12:13
**Florida** 3:2
**focused** 44:14
**following** 7:5
**foregoing** 47:3
**forensic** 33:2,3
**forever** 9:3
**forth** 26:2
**founders** 39:3
**four** 18:6 19:1
  40:1
**friend** 11:7 17:25
  21:8
**friends** 10:1 21:7
**front** 5:2
**frustrating** 36:23
  37:15
**fully** 43:20
**fund** 27:25
**funded** 22:14
**funding** 24:5
**funny** 4:1,3
**FYI** 4:15

**G**

**G** 2:1
**gain** 25:25
**gains** 14:10 23:13
**game** 38:20
**games** 36:2
**garage** 27:6
**gas** 6:15,16 14:21

32:15,16,18
**getting** 5:13,19
  6:16 7:1,2
  11:24 15:9,15
  18:13 25:19
  30:10
**Ghana** 15:14
  17:9 42:4
**give** 9:5 21:22
  25:18 27:1,2,15
  35:6
**given** 44:12
**giving** 27:17
**Global** 12:4,7
**go** 2:8,16 7:6
  8:10,17,21 9:7
  9:15 13:1,1
  16:25 24:17,24
  25:3 30:25 42:8
  42:23 44:15,18
  45:10
**god** 11:24 19:7
  45:6
**goes** 13:8 17:23
  19:18 32:5,20
  36:3,9 37:19
**going** 2:23 4:6,10
  4:11 5:14,17,20
  5:24 6:4 7:23
  8:1,10,20 9:7
  9:14 10:10,10
  10:12,24 17:10
  17:11,17 18:17
  18:25 19:11,22
  20:11 22:6,6,8
  22:12,17,25
  23:21 24:1,9,20
  24:24,25 25:3
  25:20,21 26:2,3
  26:4,7 30:20,21
  31:4 32:2,3,3
  36:3,5,6,7,7,11
  36:21 39:15,20
  40:2,5,18 42:18
  43:14,18 44:14
  45:19
**gold** 15:15,16
  16:1,1,3,8,11
  17:10 20:20

40:7 41:16,20
  41:25 42:13
**good** 2:24 3:1
  12:18 17:5,14
  21:23 22:2
  24:25 29:21
  30:9 43:23
**gotcha** 14:5,5
**government** 3:15
  10:7 22:17,23
  23:13,20 24:12
  24:18 42:4
**Government's**
  26:6
**grand** 29:19
  39:13,14
**great** 36:22
**ground** 14:22
  41:23,24
**group** 16:12
  17:19,19,19
  25:8,8 39:24
**guess** 16:19 37:4
  40:13 41:7
  43:17
**guy** 12:4 13:18
  25:9 26:15 35:2
**guys** 5:21 13:14
  14:18 17:15,21
  17:22 18:2 20:4
  20:17,20,20
  21:12 23:13
  31:12 33:24
  37:17,21 39:17
  39:17 40:3
  45:18,20 46:13

**H**

**hacked** 32:13,17
**hacker** 33:6
**half** 23:6 24:21
  25:1 45:3,5
**hand-written**
  36:4
**hang** 5:20
**happen** 23:12
  33:12 36:5
**happened** 2:12
  11:5 31:11
**happening** 2:25

**happens** 18:20
  26:7
**happy** 35:19
**hard** 29:8
**harvesting** 15:2
**hate** 14:12
**head** 39:24
**health** 38:18
**hear** 2:14,15
  22:17
**heca-acres** 17:8
**hedge** 27:25
**helipad** 27:8
**Hell** 19:25
**Hello** 2:19
**helping** 26:12
**helps** 4:10
**hey** 2:21 3:1 18:1
  20:16 27:4
  37:16 45:17
**hide** 27:2
**hides** 12:12
**high** 5:15 9:15
  22:3
**Hindu** 31:14
**hired** 33:2,2
**hit** 10:18 11:5,14
  20:20 46:15
**hits** 13:8
**Hm** 38:22 41:10
**Hoagland** 2:4,9
  2:10,14,17 3:8
  3:12,16,19,25
  4:5,8 7:11,14
  8:12,15,22,24
  9:19,22,25 10:3
  11:17,20,23
  12:8,15,18,21
  13:11 15:13,20
  16:6,14,16 17:1
  17:12,14 18:11
  19:4,24 20:3,10
  20:24 21:15,19
  25:4,23 26:10
  26:12 27:11
  28:10,16,19,21
  29:3,12,15,20
  29:25 30:2,6,16
  30:20 32:9,22

33:9,12 34:6,17
  34:22 35:20,22
  36:13,20,24
  37:3,7,12,22,24
  38:2,6,9,11,13
  38:25 39:2,11
  40:10,12 41:3,5
  42:14,17 43:11
  43:22,25 44:3,7
  44:12,19 45:6,8
  45:12,17,25
  46:3,6,14
**HODL** 9:11
**hold** 6:11,24 8:6
  11:17 31:23
**holding** 7:21
**hole** 41:22,23
**Holy** 27:11
**Honest** 11:24
**honestly** 4:1 21:2
  21:10
**hopefully** 15:11
**hoping** 23:12
**hours** 45:3,5
**house** 16:4 36:1
**Hovland** 2:6
**How's** 2:23
**huge** 10:6 24:2
  31:10 38:11,14
**Huh** 29:25
**hundred** 5:23 9:4
  13:7 15:9
**hundreds** 10:8,8
**hurt** 37:10

**I**

**idea** 6:24 17:5
  21:3 34:19
**ideal** 31:2
**imagine** 20:14,14
**important** 14:18
  42:11
**impossible** 9:8
**income** 29:16
  30:10
**India** 35:20,22
  37:9
**Indian** 31:14
**indoor** 27:8
**industry** 38:18

**info** 41:22 42:5
**infrastructure**
  14:23 15:19
**initial** 18:9
**interest** 28:23
**interested** 18:3
  43:14
**intrinsic** 15:4
**invest** 20:11
**invested** 19:4
**investment** 14:14
  17:5 18:9,14
  39:24 40:24
**investor** 17:19,19
**investors** 44:21
**IPO** 19:20
**IPOs** 20:2
**issue** 10:21 11:19
  12:17 22:18
  23:11 39:8 40:6
  41:9 44:25
**issues** 22:25
  23:17
**It'd** 7:9
**it'll** 16:25 39:20
**iX** 12:4,4,6 31:11
  33:17 35:11,17
  35:17

_____

**J**

**Jake** 9:24
**Jason** 9:24 20:9
  20:14,14 21:7
  22:19 26:18
  27:4 31:8,8
  34:25 36:1,4,6
  37:15 43:6
**Jason's** 21:8
  27:17 31:25
**Jesus** 28:19
**job** 3:23 34:2,10
  34:12
**jockey** 35:7
**Joe** 31:11,21,22
  33:15,16,21
**Joe's** 32:12 33:15
**Johnson** 18:18
  18:19
**Johnston** 2:3,5,6
  2:12,15,20,23

3:1,6 4:7,14 5:6
6:1,7,13,18,23
7:3,9,18,25 8:4
9:10,14 10:15
10:21 11:16
13:5,10,16,19
13:23 14:2,5,9
14:15 15:21,24
16:15 17:2,4
18:10 20:11,25
21:14 22:5,13
22:15,21 23:3
24:7,13,15,23
25:24 26:14,19
27:9,22,24 28:3
28:9,11,14,20
30:1,3,8,15
31:20 32:11,21
32:24 33:11
34:8,16,19,21
34:23 35:4,9,15
35:21 36:14,18
36:25 37:23
38:7,12,15,22
39:1,10,12 40:9
40:11,13,17
41:4,12,15,18
42:1,6,10,16,20
42:22 43:5,10
43:13,23 44:9
44:20 45:7,13
45:24 46:9
**Jotera** 37:23
**Joterra** 38:8
**June** 35:25
**Justin** 35:10

_____

**K**

**keep** 24:5 32:7
**Kevin** 47:3,14
**kicking** 44:7
**kids** 34:2
**kill** 45:19
**kind** 4:22 11:24
  18:5 35:9 38:18
  38:20 40:13
  42:23
**knew** 35:1,2
  44:17
**know** 3:16,17,21

3:21 4:9,15,16
4:18,19,21 5:22
6:8,10 9:11
10:9,12 11:8,21
12:22,24 13:3
13:14,14,15,19
14:13,19 15:8
15:10 16:3
17:10 18:1,15
18:16,22,23
19:19 20:13,18
20:21,22 21:3,4
22:3 23:10,14
23:16,18 24:16
24:21 25:17
26:2,3 27:6,20
27:21 28:24,25
30:23,24 31:2
31:12,19,22,24
31:24 32:6,24
33:2,5,7,18,24
35:6,8 36:8,16
36:23 37:13,16
39:9,22 40:8,25
41:22,23 42:2
44:24 45:10,10
45:21,21,25
46:1,13
**knows** 25:14

_____

**L**

**land** 14:24 15:18
  41:17,19 42:3
  42:12
**Laughter** 3:11
  7:18 30:5 34:6
  34:8,16 40:9
  44:2,6,11
**launch** 10:18
**launched** 15:22
**Lazy** 45:15,15
**leading** 13:14
**learn** 30:6
**learned** 3:20 4:2
**leave** 4:17
**legit** 41:5 43:14
  44:15
**let's** 6:14,15,19
  6:20 7:6 27:14
  41:10,11

**leveled** 10:19
**license** 5:18 8:9
  9:2 13:4 39:8
  39:13
**licenses** 5:9,15,22
  5:24 9:1,18
  11:12 12:12
  13:6,7 15:9
  17:5 20:15 29:9
  31:18 39:6
**LICENSING** 1:5
  47:8
**light** 6:3
**line** 3:6
**liquidate** 10:20
  20:1
**list** 17:23
**Literally** 35:24
**little** 5:1 19:9
  38:3
**live** 34:12
**locked** 43:25
**long-term** 6:12
  9:11
**longer** 25:25
**look** 24:17 27:14
  34:3,3 37:19
  44:21
**looking** 10:7
  18:12,19,22
  20:19 22:22
  26:3
**looks** 43:13,14
**loss** 25:24
**lost** 11:2 22:10
  34:2
**lot** 24:1 29:6
  30:13 41:22
**low** 36:25
**lower** 5:18 11:1
**lump** 5:2
**lying** 32:4

_____

**M**

**m4a** 1:7 2:2
  46:18 47:9
**Magic** 8:2
**Magnolia** 45:16
**mailed** 16:3
**majority** 4:23

**making** 13:2,6
  14:21 15:6,8,10
  35:18 36:12
  39:7 42:24
**man** 2:23 4:5
  37:12,12 38:13
  46:10,11
**manager** 27:25
**market** 11:14
  18:15 19:14
**marketable**
  18:16
**marketing** 35:11
**Martinez** 12:6
**massive** 14:10
  28:12 38:14
**math** 6:15 36:9
**Matrix** 33:6
**matter** 1:3 47:6
**matters** 47:5
**McLaren** 11:10
**mean** 8:2 11:23
  12:25 14:12,13
  14:23 15:7,15
  17:15,23 24:21
  26:25 27:6,10
  28:22 29:8 31:4
  31:9 34:18 37:7
  37:9,20,25
  40:10,15 41:21
  42:5 44:25
**mentioned** 4:15
**Miami** 16:12,25
**million** 6:17,20
  6:21 7:1,2
  11:15 18:23
  25:13,18 27:1,3
  27:5,6,15,19
  28:8 32:14,14
  32:15,18
**millions** 10:8
  11:7
**mind** 31:25
**mine** 16:11 20:21
**mines** 40:7 41:16
**mining** 15:14
  28:7,7 42:12
**minute** 23:20
**minutes** 4:16

46:8
**Mississippi** 45:14
**mister** 36:15
**MLM** 12:4,9,12
    28:23 29:7 31:4
    31:9 37:20 39:5
    41:6
**Mm-hmm** 6:18
    6:23 18:10 42:6
**moment** 44:13
**Monday** 4:11 6:6
    45:22
**money** 4:9,23 5:3
    8:1 14:21 16:18
    17:20,21,22
    19:10 21:21,24
    22:2 25:2 26:21
    28:18 29:6
    30:17 32:1
**month** 29:16,17
    29:19 35:16
    36:12
**months** 13:8
    32:13 33:18,25
**morning** 45:2,2
**mother** 31:14
    32:5 35:1
**move** 23:1,14,16
    23:16,22,22
**moving** 22:22
**Mucinex** 17:21

_____

**N**

**N** 2:1
**Nah** 44:17
**name** 12:3 19:8
    34:2,13
**natural** 6:15,16
    14:21 32:15,16
    32:18
**need** 14:18 41:10
    44:18 46:13
**negotiate** 25:22
**negotiating** 26:14
**Neo** 33:6
**network** 23:4
    35:11
**never** 34:10,11
    35:2,7 43:16
**new** 4:23 6:3 8:20

8:20 14:10
    15:22 17:2
    40:25
**Nice** 28:14
**NicoDerm** 17:22
**night** 45:1
**Niocrex** 17:22
**NOFX** 3:11
**note** 36:4
**November** 33:19
**number** 14:13
    26:22,23
**numbers** 35:25

_____

**O**

**O** 2:1
**obviously** 22:16
    24:22 25:20
    28:25 31:2
    44:24
**oh** 3:18 4:5 6:7
    8:22 10:12 12:3
    12:6 14:2 15:17
    15:20 16:6,14
    16:22 17:1
    19:24 20:24
    21:14 22:8 23:3
    24:23 25:23
    26:19 28:9,10
    28:12 30:1
    32:21 35:21
    37:7,12 38:6,7
    40:6 42:1 43:1
    43:5,10,11,17
    45:6 46:12
**oil** 14:21
**oils** 38:11,13,19
**okay** 2:17 5:10
    5:12 6:9,10,14
    6:17,21 7:1,7
    7:17,19 8:5,11
    8:24 11:12
    12:18,21 13:18
    14:5,19 16:6
    17:21,23 18:6
    21:15 24:17
    26:22 29:20
    33:17,20 37:18
    42:1,8,21
**old** 3:11 4:3 25:9

38:2,2
**once** 16:2 18:15
    18:15 20:1,19
**ones** 8:12
**opened** 31:17
**opens** 6:6
**operation** 28:7
**original** 16:1
**outdoor** 27:8
**outside** 21:6,6
**owned** 43:6
**owner** 31:11
    33:14
**owns** 9:23 34:20
    39:19 43:6

_____

**P**

**P** 2:1
**p.m** 2:9
**page** 4:22
**PAGES** 1:8
**paid** 16:1 19:16
**paired** 23:9,9
**Palo** 33:3
**PancakeSwap**
    10:18 11:6 13:8
**papers** 6:3
**part** 20:17,22,25
    25:5 35:22
    37:16
**partner** 41:1
**partners** 21:12
**party** 39:14
**passed** 18:16
**Pause** 2:11,18
**pay** 7:23 9:8
**pennies** 6:21
**penny** 6:21 7:6
**people** 7:20 9:8
    10:11 11:4,7,13
    21:16 25:10
    28:24 29:8,24
    30:11,14 31:16
    31:19 32:1
    37:10 41:23,24
    44:23
**percent** 10:16,17
    25:24 31:13
    40:5 43:2
**Perfect** 3:15

**performing** 44:4
**person** 7:10
**perspective** 6:9
**Pfizer** 18:19
**pharma** 13:17,20
    13:20 14:1
    17:18 18:17,18
    31:5 37:17
    38:20 40:21
**pharmacy** 19:5
**phone** 2:6 46:7
**phonetic** 11:9
    12:13 13:22
    14:4 46:1
**physical** 16:3
**picked** 3:3
**pie** 21:13
**piece** 21:13 29:7
    32:16
**piqued** 28:23
**pissed** 31:21
    36:24
**place** 21:23 22:2
**plane** 45:2
**play** 3:22 25:1
**playing** 3:11,15
    36:2
**plays** 38:21
**plungers** 34:15
**point** 7:17 16:2
    18:21 22:12,16
    41:9
**points** 18:14
**PONOS** 11:13
**pony** 35:6
**pool** 27:8,8
**poor** 31:16
**portion's** 12:23
**posed** 22:1
**possible** 5:3 7:14
    7:19 8:3 10:14
**posting** 20:16
**potential** 14:10
**potentially** 10:9
**practice** 16:7
    46:16
**practicing** 3:10
**presale** 39:16
**pretty** 12:10

29:21 45:8
**price** 5:9,10,11
    5:15,17,24 7:4
    8:11,20 12:13
    24:19
**prices** 11:1 18:25
    28:8 31:13
**prized** 35:6
**probably** 17:5
    20:15 29:10,11
    30:10
**problem** 33:16
**proceedings** 47:6
**program** 4:24
**project** 6:5 10:24
    13:21,25,25
    14:10 16:25
    18:3 20:7 26:17
    38:17,24 40:21
    43:21
**project's** 17:10
**projects** 6:3 8:20
    14:11 15:3 16:5
    32:4
**promise** 44:13
**promote** 31:3
**prove** 44:21
**pull** 23:10 41:9
**punk** 3:13,20 4:2
**purchased** 19:17
**put** 6:9,9 16:18
    19:19,22 21:11
    21:24 23:17,19
    39:2
**putting** 4:22
    24:11

_____

**Q**

**quadruple** 8:7
**question** 4:20,25
    16:20
**questions** 40:3
**Quincy** 43:2
**quit** 19:6
**quite** 18:2
**quote/unquote**
    38:18

_____

**R**

**R** 2:1

**race** 35:7
**raise** 17:21,22
**raises** 17:20
**raising** 5:11
**rambles** 36:9
**ramped** 11:6,14
**reach** 17:25
**ready** 5:13
**real** 7:11 15:3
  28:25 32:5 42:8
  43:2 44:18
**really** 6:1 14:22
  21:22 24:23,25
  24:25 29:7 39:4
  46:1
**realtor** 11:9
  45:18 46:4
**Realty** 11:10
**reason** 21:6
  38:16,16 44:1
**recorded** 47:5
**Recording** 1:7
  2:2 46:17 47:9
**recover** 36:21,22
**referral** 11:13
**referred** 11:12
**release** 39:14
**remember** 19:8
  21:24 38:2
**Renovis** 13:21
  14:8 39:21,25
**rental** 31:18
**Reporting** 1:24
**research** 19:9
**resell** 12:14
**residual** 29:13,16
  30:10
**residuals** 29:19
**rich** 24:2 25:10
  27:1
**richest** 7:9
**rid** 32:9
**ridden** 35:7
**rig** 28:11
**right** 2:3 6:12,13
  6:22 7:2,3,8,22
  7:25 8:4,16 9:1
  9:5,13 10:10,22
  10:23 12:4,21

13:9,11,17
14:13,15,15
15:16,18,20,22
16:15 17:2,12
18:7 19:6,18,24
20:2,2 21:8,16
21:19,20 23:9
23:14,14 25:3
25:10,11 27:3,7
27:15,18 28:8
29:24 30:18
31:11,16,25
32:17 33:21,23
35:18,25 36:3
36:11,22 37:1
38:19,20,21
39:23,25 40:17
41:7,9,16 42:8
44:1 45:10,14
46:14
**rigs** 14:21
**roof** 26:4
**Rothschilds** 24:1
**roughly** 9:2
**royalties** 42:24
**ruins** 36:17
**run** 21:16 22:3
  23:7,15,21
  24:20 25:20
  26:4,8 34:11
  35:2,7 41:13,14
**running** 25:6
  34:5
**runs** 24:19
**Russian** 25:4
**Russians** 25:8,14

_____
**S**

**S** 2:1
**Saudis** 16:12
**saw** 17:7 28:1
  41:16,17,19,19
  41:20 42:2
**saying** 37:7
**says** 36:10
**scenes** 24:6
**sec** 5:21
**SEC's** 22:12
**second** 2:16
**SECURITIES**

1:1
**see** 6:4 8:8 10:10
  13:2 14:10
  20:22,23 40:19
  41:22 44:18,23
**sell** 5:11,18 19:22
  25:15,16
**selling** 15:1
**sense** 13:12 19:25
  21:14 42:17
**September** 29:11
**Services** 1:24
**set** 8:18 14:23
**setup** 36:23
**seven** 6:25 7:23
**sh\*t** 3:11 11:17
  12:9 15:15 16:9
  18:7,11 19:12
  20:10,24 24:5
  25:5,23 27:20
  28:16,23 29:11
  30:7,16 31:1,3
  31:7 32:4,16
  34:11 35:3 36:2
  38:14 40:12
  44:14,16 46:16
**sh\*t's** 42:8
**sh\*tload** 11:12
**shares** 19:21
**shit** 21:22 43:11
**Shuler** 2:10
**sic** 17:8
**sick** 3:2
**side** 43:15
**Siempre** 39:18
**sign** 43:16
**signed** 36:4
**silly** 21:10
**simple** 6:14
**sitting** 3:10,10
  32:18 34:1
**SL-02891-A** 1:4
  47:10
**smart** 23:22
  30:23
**sold** 5:23 43:6
**son** 43:14
**song** 3:11,22 4:2
**songs** 3:20

**soon** 11:5 31:17
  32:19
**sound** 12:1
**sounds** 21:10
  34:18 41:3 44:7
  44:15
**spend** 27:13
**split** 21:11
**spoke** 41:20
**stable** 23:19
**stack** 30:13
**stage** 33:21
**Stang** 11:8
**start** 5:14,24
  39:13
**started** 20:16,19
  31:18 34:20
**starts** 33:23
**STATES** 1:1
**stayed** 45:1
**sting** 25:21
**stock** 19:5,12,14
  19:21 20:2
**store** 22:2
**story** 33:24
**straight** 19:18
**street** 25:10
**strip** 27:7
**stuff** 3:13 4:11
  19:12 24:1
**stupid** 11:25 12:2
  29:4 31:16 34:9
**SUBJECT** 1:7
**substantial** 42:7
**sucks** 37:12
**sum** 5:2
**super** 37:14
**supporting** 39:23
  40:24
**supports** 44:22
**supposed** 6:2
**sure** 2:12 9:5
  22:9 43:21
  46:12,15
**surgeon** 41:2
**swap** 16:4 27:16
**system** 23:1 24:4
  26:24

_____
**T**

**take** 17:11 25:1
  27:5,14
**takes** 18:5
**talk** 4:12
**talked** 9:19 19:5
  42:3,3
**talking** 4:24
  33:22,22,23
**team** 39:21 41:1
**tell** 27:24,25 29:8
  31:23 37:20
**telling** 4:13 7:21
  16:7 19:13 25:5
  35:10
**ten** 6:25 13:3
  27:12,20
**tenth** 15:4
**term** 25:25
**terms** 25:22
**Tether** 23:17
**Tether's** 23:17
**texted** 4:14,16
  13:18
**thanks** 46:10
**that'd** 3:18 16:20
  16:20
**that're** 25:15
**theirs** 26:6
**thing** 2:4 4:24
  6:11 10:5 14:18
  19:23 22:9
  29:21 30:21
  31:5 32:1 33:22
  36:19 37:17
  38:3 42:11
**think** 5:20 6:5,5
  8:5,6 9:14
  11:21 14:9 17:4
  17:15 20:4 21:5
  21:5,9,9,25
  22:5,6 26:5,5,7
  29:1 30:22
**thinking** 6:10
  12:22 39:12
**thought** 20:18
  21:3 34:4,18
  38:7
**thousand** 9:4,18
  13:4 20:15

29:24
**three** 6:25 8:6
    10:2,11 13:3,8
    15:5,6,7,11
    18:6 19:1 27:19
    32:13 33:18
    40:1,1
**time** 5:1 11:25
    18:2 23:8 30:25
    46:11
**toilet** 34:15
**token** 4:24 5:16
    7:4,6 10:12
    11:13 16:1 18:3
    18:25 19:19,22
    23:6,23 26:13
    31:13 32:15,18
    32:20 44:22
**tokens** 5:19 6:12
    6:15,17,20,25
    7:1,2,22 8:6 9:6
    10:10 16:5
    32:14,15 36:3
**told** 4:17 44:4
**tomorrow** 45:22
    46:10
**ton** 11:25 17:10
    28:24 42:5
**total** 18:8
**Totally** 14:16
**tradable** 37:8
**Transcriber**
    47:14
**TRANSCRIB...**
    47:1
**transcript** 47:4
**transcription**
    1:16 47:5
**trashing** 32:7
**trial** 21:25
**tried** 43:15
**trillion** 24:11
**triple** 8:7
**true** 4:1 47:4
**trust** 35:1 45:20
**try** 2:7 24:10
**trying** 3:3 4:8 7:5
    12:1 24:3,9
    25:11,12,22

26:24 27:13,22
    27:25 30:22
**tuned** 11:24
**turn** 5:15
**two** 11:11 14:20
    15:5 19:15,16
    25:16,16 26:23
    27:7 30:4,11
    39:12 45:3,4
**type** 3:13

---
### U
**uh** 11:9 14:14
    20:13 22:15
    23:22 25:16
    28:6 33:5 39:14
    41:17 45:15
**Uh-huh** 13:23
**Uh-uh** 46:5
**Ukraine** 33:6
**Ukrainian** 32:17
    32:25
**um** 2:13 4:21 6:4
    12:3 14:12
    16:23 19:8
    21:25 22:4,15
    33:3 41:22
**UNITED** 1:1
**USDC** 23:18
**usually** 18:8

---
### V
**valuable** 5:16
**value** 15:4,4 18:8
**VC** 43:4,5,8
**version** 15:22
**video** 28:1
**village** 41:21
**villagers** 41:21
**voice** 3:1
**volume** 13:2

---
### W
**wait** 8:12 26:7
    30:9 41:12
**waiting** 32:19
**wallet** 32:13,19
    33:8 44:1,10
**want** 5:3 20:16
    21:25 23:10,22

24:10 30:24
    31:12 37:10,16
    38:17,23 39:4,5
    39:6,7 40:21
**wanted** 42:23
**wanting** 44:15
**wants** 21:9
**warehouses**
    28:13
**way** 8:8 10:13
    11:14,16 19:5,5
    21:9 22:11
    23:21 24:13,16
    31:7 40:18
**ways** 19:16,16
**we'll** 6:4 31:23,23
    40:25 41:13,14
    46:10
**we're** 2:7 4:22
    6:2 9:14 12:25
    14:7 16:11,11
    16:24 18:12,13
    18:22 19:2,21
    21:7 25:11,19
    27:13 29:8
    39:15,20,23
    40:24
**we've** 18:1 29:11
**week** 3:2 22:1
    46:15
**wellness** 38:18
**went** 3:2 10:17
    15:14 27:4
    35:17,17 41:15
**weren't** 15:14
    16:8
**west** 43:15
**where'd** 22:16
**White** 3:17
**wife** 34:1 43:3
**William** 2:10
**willing** 25:15,15
**win** 22:1,6,8,9,12
    27:21
**wind** 26:6
**withdrawing**
    11:4
**won** 22:10,10
**wondered** 35:9

**wondering** 9:10
**word** 40:14
**work** 6:5 12:9
    21:6 25:13
    31:23
**worked** 19:13
    25:9
**working** 14:24
    16:24 25:14
    29:8 43:4
**works** 40:18
**world** 15:3 26:23
    32:6
**worries** 3:12
**worry** 46:9
**worth** 27:20 29:3
**wouldn't** 7:10
    23:17
**wouldn't** 34:14
**wow** 24:15 28:9
    36:20
**wrong** 11:22

---
### X
**X** 10:11 15:6 18:8
    18:24 27:21
**XR** 21:23
**XRP** 21:23 22:2

---
### Y
**ya** 15:20 16:14
    17:1,12 19:24
    26:10 39:11
    42:14
**yeah** 2:15 3:14,14
    3:14 4:7,14 5:5
    5:7 6:2 8:8,25
    9:10,24,25 12:7
    12:8,16 13:10
    13:16 14:14,15
    15:23 16:10,22
    17:13 19:15,25
    19:25 20:1,21
    21:15,16,18
    22:11,15,15
    23:5 24:7 25:7
    25:7,7 26:1,1
    27:10,22,22
    28:2,13,15 29:2
    29:14,18,18,20

30:3,8,13,15,19
    31:20 33:1,1
    34:21,21 35:4
    35:24 37:2,11
    37:14,25 38:5
    38:12,12,12,15
    39:10,12,15,15
    39:16 40:6,10
    40:11,16 41:4
    41:19 42:10,16
    43:1,12,19,20
    44:14,19 45:13
    45:13,15,24,24
    46:9,10,12
**year** 7:2 10:9
    18:23 19:2 23:6
    24:21 25:1
    33:25,25 35:25
    39:7 40:2
**years** 4:3 6:25
    7:5,23 8:7 10:2
    10:13 15:5,7,11
    17:11,24 18:6
    27:20
**Yep** 17:3 44:23
    45:15
**Yuriana** 45:25
    46:3

---
### Z
**Zoom** 39:21 40:3

---
### 0

---
### 1
**1** 1:7,8 2:2 46:18
    47:9
**1,000** 9:20 15:12
**10** 7:7 10:13
    18:22,24 29:16
    39:7
**100** 7:7 10:13
    40:5 43:2
**1000** 8:9
**12** 39:7
**12,000** 23:15
**120,000** 35:16
**13** 4:3
**14** 33:25
**15** 39:8

**1st** 2:5

## 2

**2** 31:15
**2.50** 9:2
**20** 17:24 18:23
  29:19 46:7
**20,000** 29:16 39:6
**2011** 19:7
**202** 1:25
**2023** 2:5
**2023.04.1** 1:7 2:2
  46:17 47:9
**20th** 39:17
**25** 18:8,24
**250** 17:8 25:13,18
  27:1,2,5,15,18
**250,000** 17:8
**250k** 27:14
**266,000** 36:12
**28,000** 23:15

## 3

**3** 13:6 15:8,9
  31:15
**3.50** 9:3
**30** 4:16
**300** 15:10
**365** 7:2,7

## 4

**4** 32:14,14,15,18
**4,000** 34:2,13
  36:16
**400,000** 7:20,24
  9:8 29:11
**446374-SL** 47:11
**45** 35:19
**467-9200** 1:25
**47** 1:8
**476** 24:11

## 5

**5** 13:9
**50** 13:7 18:8
  25:19,24 43:20
  43:20
**500** 8:9,10,17 9:1
  9:3

## 6

**6** 11:15 45:1
**6:01** 2:9
**60** 31:13 35:18

## 7

**7** 27:6 39:7
**7,500** 5:22 9:4
**70,000** 10:16,17
**7th** 42:19

# Exhibit J

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                 )

                                  )  File No. SL-02891-A

DIGITAL LICENSING, INC.           )


SUBJECT:  Digital Licensing.zip

PAGES:    1 through 65




AUDIO TRANSCRIPTION








Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1    P R O C E E D I N G S
2         MALE SPEAKER 1:  Thank you to everybody for showing
3    up  We appreciate the support  Everybody (Web glitch) the
4    same thing  We're super excited about this project
5         So, this is Dale Jones  I'm a big movie buff, and,
6    as my wife who's sitting out there knows, I -- I like
7    teaching things sometimes through -- through learning through
8    specific movies, and one movie that's always stuck with me
9    was the original Wall Street with Charlie Sheen and Michael
10   Douglas, right  If you know anything about sales and if you
11   know anything about, you know, I guess trying to grow your
12   life, you know, and have access to bigger and better things,
13   the key to everything is information, right, and what we
14   know  For those of you that have seen the movie, you know,
15   (Web glitch) has nothing to offer him  So, he lies and gives
16   him some inside information about his past company, right,
17   and they end up winning big  Okay
18        After that, he cuts him off, and he cuts him off
19   because Bud didn't have anything to offer  He didn't have
20   any information, right  Well, guys, I can tell you and most
21   of us know that the rich get rich not necessarily because of
22   networks or opportunities but due to information, right
23        So, a few months ago, we were very fortunate to be
24   connected with Dale Jones and his team, and I'm going to let
25   them tell their story what they do, but bottom line that is

Page 3

1    this -- this network of big pharma and these large
2    pharmaceutical exits is -- is really a small tight-knit
3    group.  It's very difficult to get into.  You know, Dale's
4    going to tell you guys that here in a second, and just the
5    fact that (Web glitch) these guys and have these opportunity
6    is tremendous, and I think once you guys start hearing some
7    of the information and what these pharmaceutical X's look
8    like and really opportunity to kind of (Web glitch), you guys
9    are going to be very impressed as well.
10        So, I'm going to hand it over to Dale for a few
11   minutes, and then we actually have (Web glitch), which is one
12   of the pharmaceuticals going into the stage three clinics?
13   Yeah, stage three clinicals, which is probably going to be an
14   exit (Web glitch), project here very soon.  Dale's going to
15   introduce them so you guys can actually see what the back end
16   of this world really is.
17        Dale?
18        MR. JONES:  Thank you so much.  We really
19   appreciate you guys for putting this -- this together for us.
20   So, I won't take too much of the time.  I'll pass it off to
21   the -- to the guys who really know what's going on.  But,
22   just again, thank y'all so much.  My name's Dale Jones.  I've
23   been involved with -- with Renibus since day one, myself as
24   well as every member of my family is involved in Renibus, and
25   I want to back up a little bit.  We were involved in -- in CS

Page 4

1    Formula (phonetic) as well  I'm only here because I married
2    the right woman  Let's be honest, you know  Otherwise, I
3    would not have been given the opportunities that -- you know,
4    that I'm given today  Her dad, Dina's (phonetic) dad, (Web
5    glitch), had kind of a vision to -- to kind of spread these
6    opportunities among everyone  Instead of just keeping in
7    this space where people didn't have access to deals like
8    this, his idea was to allow everyone to have access into the
9    biotech space
10        So -- so, here we are, you know  We're here (Web
11   glitch)  I have my whole network of friends and family
12   involved in Renibus as well as five other projects very
13   similar  They're all standing in the early stages, the late
14   stage clinical development biotech, and I can say without a
15   doubt that Renibus is the most exciting project that -- that
16   we have been part of thus far
17        So, I'll go ahead and turn it over to Jamie Donadio
18   from Greekstone Banks, CFO and CEO of Renibus, and thank you
19   guys again for putting this together
20        MALE SPEAKER 2:  (Web glitch )
21        MR  JONES:  Is this going to be?
22        MALE SPEAKER 2:  Right there  Perfect
23        MR STONEBANKS:  Perfect  Thanks, Dale
24   Appreciate that  And (Web glitch) this is the largest
25   Hollywood Squares that I think I've seen on Zoom in a long

Page 5

1    time  So, that's fantastic  And I have two daughters
2    myself  So I'm enjoying watching the little girl get her
3    dinner there in one of those squares  That's great
4         So, I Frank Stonebanks  I'm the co-EO of the
5    company, joined tonight by Jamie Donadio, my CFO, and Stacy
6    Ruiz, our vice president of clinical and medical affairs
7    We're going to take you on a little tour of what is Renibus,
8    but first Ill give you quick introductions at least on our
9    side  So, again, Frank Stonebanks, co-CEO  I joined the
10   company about a year and a half ago  (Web glitch) Biotech
11   CEO  I sold my last company (Web glitch) for a billion five
12   about six or seven years ago, and you'll see this thread
13   common in the management team  A lot of us have had multiple
14   assets in our past experiences, and prior to that I've been
15   an operator in pharma and biotech for many years, in big
16   pharma (WebEx glitch), in healthcare, including (WebEx
17   glitch), investment arm as well, (WebEx glitch) healthcare
18   for them for a few years  And since the last exit, I've been
19   doing this peer investing, and so the Renibus amazing
20   opportunity came around 18 months ago
21        Small story  I said to the recruiter -- it was a
22   national recruiting process  I said don't come in with any
23   more senior roles unless it checks all these boxes  It has
24   to be most amazing company and opportunity, and that company
25   is Renibus  So, with that, I'll pass it to Jamie for a quick

Page 6

1   intro and then to Stacey
2       MR DONADIO: Great Thank you, Frank And hi
3   everyone Thanks for joining us this evening I'm Jamie
4   Donadio I'm the Chief Financial Officer here for Renibus
5   I've been in the biotech industry for over 20 years I've
6   been in this work since the (WebEx glitch), you know, a
7   number of successful biotechs and looking to -- to do the
8   same here with Renibus This is my third CFO gig, and I
9   joined the company last year as well So, we've been really
10  building up this (WebEx glitch) here as we get ready to bring
11  the company forward and take the lead asset into phase three
12  here, which is we have a huge accomplishment and the final --
13  you know, the final phase of testing before, you know, we
14  would take the product to the market So, I'm really happy
15  to be here I appreciate the interest and to the group who
16  helped to coordinate the meeting here So, thank you very
17  much
18      MALE SPEAKER 4: (WebEx glitch ) Jamie and Stacey
19  (WebEx glitch) Stacey, just again, the host, Stacey Ruiz
20      (Pause )
21      MALE SPEAKER 4: I don't see Stacey
22  (Indiscernible conversation )
23      MALE SPEAKER: Same background Just scroll down
24  You may want to just scroll down on the Zoom It's the same
25  background as Jamie and I

Page 7

1       MALE SPEAKER 5: I found her Hi, Stacey
2       MS RUIZ: There we go Hi, everyone I'll try to
3   keep this short and sweet So, I'm the VP of Clinical
4   Development and Product Development (WebEx glitch) at
5   Renibus My background is (WebEx glitch) and cancer biology,
6   trained (WebEx glitch) Cancer Center (WebEx glitch)
7   Harvard I have been largely (WebEx glitch) since my time in
8   biotech I've only been with startup companies This is my
9   forte It's where -- where the challenge (WebEx glitch), and
10  (WebEx glitch) to this discussion today
11      MR STONEBANKS: Great Thanks, Stacey So, if I
12  want to -- let's see (WebEx glitch) to show my screen No
13  I need to be able to share my screen also just to show the
14  slide to everybody Let me know when that's set
15      (Pause )
16      MR STONEBANKS: Okay There we go Okay Let's
17  get this screen for everybody Perfect Okay So, you
18  should all be seeing the full screen I also just want to
19  make introductions for a couple of key members for our team
20  who are very important but not here today
21      So, Doctor Jeff Keyser, who I think many of you
22  know from down there at the company, my co-CEO, based in
23  Dallas, and Jeff has been with the company since the
24  beginning and has been involved in a number of different
25  projects which I'll refer to at the introduction of the -- of

Page 8

1   the Renibus story
2       Doctor Bhupinder Singh also, who's our Chief
3   Medical Officer, is a nephrologist by training, comes to us
4   from (Web glitch) and academia He ran a very successful
5   private practice in Phoenix prior to joining the company, and
6   he's on (Web glitch) from India as we speak So, he could
7   not join from the airplane
8       And then last but not least, I just recruited Asha
9   Ramdas who used to work for me at Johnson and Johnson to run
10  our Program Management and Technical Operations side of
11  things in manufacturing
12      Just (Web glitch), I'm not sure if -- I think
13  everybody's muted, but if there's anybody who can go on mute,
14  if there's any background noise, that would be super helpful
15      All right So, just a quick overview of the
16  company So, I'm going to basically keep this to about 20 --
17  let's call it 25, 20 minutes, 20, 30 minutes max, allow a
18  little bit of time for engagement, questions perhaps at the
19  end but try to keep it kind of short and -- short and sweet
20  and get to the punch line Okay
21      So, Renibus is a cardio-renal focused biotech
22  company in later stages of clinical development The company
23  was formed in 2016, largely on the backs of the work by
24  Doctor Richard Xavier (phonetic), who's a world renowned
25  cardio-renal expert and a Ph D from Harvard He now runs

Page 9

1   our translational lab in Seattle, and the intellectual
2   property (Web glitch), which we call RBT-1, is largely a
3   result of that work.
4       And I think one of the things that, you know, as a
5   major investor myself that I look for in interesting
6   opportunities is, you know, what does the management team
7   look like. You know, you've certainly met this group on the
8   phone tonight, and what I would add is that there's a number
9   of us who've built, run, sold, you know, very successful
10  companies, and we can add to that list, you know, Adams
11  Respiratory Therapeutics where Jeff Keyser was a principal
12  for $2.3 billion back in '07 to (Web glitch) and also ZS
13  Pharma as Dale referenced for $2.7 billion to Astra Zeneca
14  (Web glitch) years ago. So, again, this is a group of
15  operators and folks that really, you know, know what they're
16  doing (Web glitch).
17      Let's dig into the meat (Web glitch). So, the
18  product that most of the valuation of the company is driven
19  off of is called RBT-1. So, RBT-1 is a combination product
20  that combines stannic protoporfin and iron sucrose, our
21  proprietary versions of those two -- of those two
22  formulations. The drug over the last six or seven years has
23  been through a slew of very successful pre-clinical studies,
24  three-phase blind studies, which is first -- first of the
25  (Web glitch) essentially testing safety, and then we recently

Page 10

1    put it up on our top line phase two data a couple of months
2    ago. We're actually getting ready to report out on our final
3    90-day data. That will come out over the next couple of
4    weeks basically, next two weeks, at a major (Web glitch)
5    conference (Web glitch).
6           So, what does RBT-1 do, right? So, this product,
7    again, combines stannic protoporfin and iron sucrose. So,
8    it's given to patients who are undergoing elective cardiac
9    surgery or valve surgery. It's given one time over the
10   course of one to two hours, 24 to 48 hours prior to surgery,
11   and it effectively provides a blanket protection effectively
12   (Web glitch) you'll see from the phase two data, which you'll
13   see the results, and it really put us down in the clinical
14   benefit that we saw (Web glitch) a modest size phase two
15   program.
16          The drug works through a variety of different
17   pathways. We'll go into that a little bit in a second with
18   Stacey. It's actually a big advantage to have a drug working
19   through multiple what we call mechanisms of action, and that
20   way we're not (Web glitch) working one way. It works through
21   multiple pathways, which is actually very useful.
22          Now, don't want to spend all of our time in this
23   presentation talking about RBT-1, the lead program. I do
24   want to just give you a quick overview a couple of minutes on
25   the rest of the programs in the company because we're

Page 11

1    certainly not a one-trick pony.
2           Now, interestingly, the -- RBT-1 is comprised of a
3    set of two drugs, but each of those drugs is a standalone
4    opportunity in its own right. So, for example, RBT-3, the
5    iron sucrose component, is a novel, low molecular weight iron
6    nanoparticle, different than other irons on the market, and
7    we've proven this, for example, in preclinical studies where
8    we've shown about 50 to 60 percent reduction in cisplatin-
9    induced nephrotoxicity. So, this is the nephrotoxicity that
10   cell -- cancer -- or kidney cells get when they're exposed to
11   chemo in a cancer setting. This is a very big medical need,
12   and we see this as a standalone opportunity for this -- this
13   product going forward.
14          The other half of RBT-1 is the SMPP component, a
15   very (Web glitch) anti-inflammatory, antioxidant and actually
16   even antiviral. And prior to my arrival at the company, when
17   everybody was kind of ringing the bell during the COVID two
18   years and seeing what their pipeline did for COVID, Renibus
19   was no different, and they sent this drug into a 42-patient
20   randomized control (Web glitch) with patients that had --
21   high-risk patients that had COVID pneumonia.
22          The bottom line here is we're not a toy company.
23   We don't do (Web glitch). So, let's not (Web glitch) our
24   strategy. So, there's this historical (Web glitch) that
25   proves a point of, you know, how big an impact this element

Page 12

1    of RBT-1 had in patients getting out of the hospital faster,
2    reducing length of stay by about 70 percent. It was
3    statistically significant even in a small sample size study.
4    And, so, that did very well for our work with RBT-1.
5           And then, finally, the (Web glitch) program in the
6    portfolio is RBT-2. This is outside of IP (Web glitch) that
7    surrounds RBT-1, 3 and 9. Our CMO is the founder of this
8    molecule. He called it tetrahydrocurmin. It's a patented
9    derivative of the parent molecule, and we're essentially
10   formulating it right now. We think we have a good
11   formulation moving forward in a once or twice a day format
12   into chronic kidney disease. But we have some more (Web
13   glitch) this year before we do that.
14          That's just a (Web glitch) for you on the entire
15   portfolio. Very briefly, from an investment (Web glitch)
16   throw it to Jamie in a couple of minutes to give you an
17   overview of where we're at from the financial perspective.
18   Again, this drug -- and I can't really -- I don't use these
19   terms lightly. Again, this is my fourth biotech CEO role,
20   but this drug I think really transformed -- truly transformed
21   the way surgery is done both in the United States and
22   worldwide. There's no other product out there like it right
23   now. There's no other product in development like this right
24   now, which makes cost difficult for certain investors, but,
25   you know, it's a very very unique opportunity. The FDA has

Page 13

1    fast tracked this program. We have also filed our phase
2    three pivotal protocol with the agency a couple of weeks ago,
3    and I expect it to be back soon. We've also just filed our
4    last two weeks what we call our breakthrough designation,
5    which is sort of like a level of (Web glitch) on fast track.
6    It effectively enables us to work much more closely and much
7    more rapidly with the regulatory authorities in the U.S.,
8    that is, the -- the FDA.
9           So, this drug, as I said, was given (Web glitch)
10   the phase two data in a second -- that positive phase two
11   data led us to interact with the FDA and into a phase two
12   meeting. Our phase three trial is set to begin in the next
13   few months pending feedback from the FDA.
14          We have very strong intellectual property of this
15   product, what we call (Web glitch) matter, the drug itself
16   out to 20 40, and there's also a lot of potential -- we won't
17   touch on it today, but it's important to understand that
18   there's a lot of potential for this drug beyond the (Web
19   glitch) indications, right, so beyond cardiac surgery, valve
20   surgery settings. There's a number of areas, at risk
21   surgical, for example, thoracic aneurysm, (Web glitch)
22   cardiac setting, kidney transplants, so, a number of other
23   areas we could potentially look at or an acquirer of our
24   company could look at, you know, down the road where the
25   mechanism of this drug could be very beneficial.

Page 14

1    We do have a strong pipeline, so, areas to invest
2 in beyond RBT-1 as well.
3         And, at this point, I think I think I'll throw it
4 to Jamie just to kind of give you a little color on the
5 financial story and the raise at the moment.
6         Oh, you're on mute, Jamie.  Or maybe somebody needs
7 to remove his mute button.  If somebody could do that,
8 please.
9         MR. DONADIO:  Thanks.  My apologies.  I was trying
10 to save everyone from hearing the dogs barking in the
11 background.  So, I apologize for the slight delay there.
12        Just quickly on the capital raised to date.  the
13 company has -- again, has raised about $80 million in
14 capital.  You know, it's highly (Web glitch) to get a program
15 in pharmaceutical development to phase three without fund
16 raising, and, you know, (Web glitch) the company to do, as
17 Dale said at the outset, was really keep the company in the
18 hands of, you know, investors in the Dallas area that have
19 been able to participate in getting the company to where it's
20 at, and we're in the process of doing another raise right now
21 (Web glitch), but it's really enabled the company then to
22 keep the (Web glitch) and in the hands of folks that we've
23 really wanted to up to this point, which isn't always the
24 case in biotech because oftentimes it takes a lot more
25 capital to get to phase three.  So, we've been pretty

Page 15

1 fortunate in that regard.
2         There's only (Web glitch) to fully fund the
3 portfolio.  We've been targeting 75 to 100 million.  But, as
4 Frank mentioned, you know, the value today is on the program
5 that's RBT-1, and (Web glitch) on a more targeted raise of up
6 to 15 million to ensure that we can take that program through
7 phase three and unlock the value and potentially we may apply
8 for regulatory approval here in the next few years.  The
9 valuation coming into that would be about $140 million.  So,
10 coming out if we raise 50, it would be 190 million.  I'm not
11 going to promise a return, but (Web glitch), so this
12 -- you know, this is an opportunity to come in at a pretty
13 attractive entry point to a company that is going to phase
14 three with a program that doesn't have competition and that
15 has really strong data thus far that we'll get into later.
16 So, we'd like to take questions later, but that's -- you
17 know, that's the quick summary of where we're at and why
18 we're here today to talk to -- to this group.
19        MR. STONEBANKS:  Okay.  And thanks, Jamie.
20        And just to show everybody kind of the pipeline,
21 the way -- this is like another classic pipeline chart.  And,
22 again, we're going to focus our comments on -- on RBT-1.  So,
23 we're now through the phase two program.  You'll see here we
24 completed our phase two program.  It was a 132-patient
25 randomized control trial.  We have published the top line

Page 16

1 data, and, again, the -- the final data will be due out in a
2 few weeks at a major medical conference, American Association
3 of Thoracic Surgery  We're gearing up to start the phase
4 three program in the next few months  That could be up to a
5 350-patient randomized control trial  It could be as few as
6 220 patients because we are going to do what's called an
7 adaptive design statistically  So, we'll have an interim
8 readout at 210 patients  There is a possibility -- I would
9 actually say a pretty decent possibility (Web glitch)
10 anywhere (Web glitch) for efficacy reasons  That -- that
11 confidence is based off of the phase two data that we
12 generated thus far  Then we'd obviously proceed to FDA
13 filing, and the (Web glitch)  That is, of course, (Web
14 glitch), but as Jamie just alluded to, we're back to (Web
15 glitch) well before that, which is entirely possible
16        I do want to highlight just a few key milestones
17 that the company's been involved with very recently in the
18 last few months and also looking forward
19        So, this past November we published our late
20 breaker data at the American Heart Association at the major
21 medical conference  So, that was a huge win for us  We did
22 get fast track in November to enable us to work much more
23 closely with the FDA in a faster way, and we published our
24 phase two data, as I said, in January
25        Also, we kind of published it simultaneously twice,

Page 17

1 at the JP Morgan Healthcare Conference but also at the
2 Society of Critical Care Medicine  You see down here below
3 We have filed for a break through  We plan to initiate the
4 phase three study in the next two months  And, again, our
5 final data has been accepted under (Web glitch) for the
6 American Association of Thoracic Surgery as a late breaker
7 Again, having two late breakers in the span of just a few
8 months is almost unheard of  But, obviously, it's (Web
9 glitch)  So, I'm pretty proud of the team and the work and
10 the science here that's been done  It's really quite
11 something  Of course, making a lot of progress on a quicker
12 front, the financing and the investment conferences and the
13 like and speaking to (Web glitch)  We'll skip through that
14        So, with that, I'm just going to dive into what
15 RBT-1 is kind of all about  So, Stacey will be here for the
16 next couple three slides  I'll ask her to kind of (Web
17 glitch) and give us the overview of RBT-1 and what CT surgery
18 is going like
19        MS  RUIZ:  So, cardiac surgery -- cardio-thoracic
20 surgery is (Web glitch) healthcare system  There's almost
21 10,000 (Web glitch) or valve surgeries that take place each
22 year, and these surgeries account for about (Web glitch)
23 dollars that if we take (Web glitch) and valve together
24 So, it is one of the most (Web glitch) surgical procedures in
25 the U S , and there are about 36 percent of patients

Page 18

1    undergoing surgery are at risk of post-operative
2    complications. In fact, you know, up to about 70 percent of
3    these patients, you know, are at risk.
4         Some of the post-operative complications are
5    remaining in the hospital longer, staying in either critical
6    care or ICU longer, you know, (Web glitch) longer and
7    complications such as stroke, atrial fibrillation, acute
8    kidney injury and then having to return within 30 days to
9    (Web glitch) admitted to the hospital due to an adverse event
10   that occurred.
11        And, of course, we know that there are long-term
12   consequences associated with this. Even thinking about
13   mortality here, so, death could be a long-term consequence.
14   Obvious complications as well as continuing to be a
15   significant burden to our healthcare system.
16        So, when a patient undergoing cardiac surgery,
17   obviously they come in already with a host of, you know,
18   conditions. So, there is pulmonary artery disease, valve
19   disease. Many times patients also have kidney disease,
20   diabetes, or other things taking place as well.
21        When they are undergoing cardiac surgery, they --
22   or at least from our study (Web glitch) cardio pulmonary (Web
23   glitch) machine -- (Web glitch) machine that helps circulate
24   blood while the patient's, you know, heart is stopped when
25   the surgery is performed. This machine actually produces

Page 19

1    quite a bit of damage in the body  So, the blood is stopped
2    There is a lack of appropriate oxygen to the organs  There
3    is the red blood cells either can be (Web glitch)  They can
4    break apart just due to the sheer stress of going through
5    this machine
6         And, as a result of that, there is inflammation in
7    the body  There's (Web glitch) stress  There's (Web glitch)
8    that's circulating, and these (Web glitch) can be damaging to
9    the body  They can result in various complications, and a
10   complication in one organ can actually leave injury into
11   another organ  (Web glitch) other organ systems that are not
12   working as well as they should be because of this, and all of
13   this can lead to those complications that I was just
14   mentioning in terms of increasing the time that a patient has
15   to be on the ventilator, increasing the time in ICU and the
16   hospital, resulting in (Web glitch) complications and leading
17   to readmissions to the hospital
18        (Web glitch)  As you see here there are various
19   ways that organ injury, you know, is measured and various
20   components that -- either -- that we've actually noticed in
21   our study to show that we do see improvement in some of these
22   outcomes  So, I think we'll kind of discuss some of those
23   here, but basically, you know, (Web glitch) -- there's damage
24   that can result because of oxi distress and inflammation that
25   takes place, and measures of these outcomes, you know, are

Page 20

1    looking at these patients who have vasoplegia, anemia, so
2    they need blood transfusions, they have (Web glitch)
3    overload  There's (Web glitch)  Their troponin levels
4    increase  There's a (Web glitch) -- their quite blood cells
5    and just cardiac function can be compromised as well
6         So, our drug is very unique in that it actually
7    activates really, you know, various facets of organ
8    protection by increasing their anti-inflammatory response or
9    endogenous anti-inflammatory response, endogenous antioxidant
10   response and increasing iron scavenging responses  Again,
11   all of those are endogenous  So, they're inherent in the
12   body  So, what it's going is it's activating your own body's
13   -- there's damage that might (Web glitch), so, let's (Web
14   glitch) these five protective proteins  What these are,
15   everyone there is a -- it's a (Web glitch) antioxidant in
16   their -- in their system  You want to definitely reduce
17   inflammation, and what this drug does is it activates an
18   important marker or a (Web glitch) factor called NRST, which
19   is the body's primary antioxidant defense system, and this
20   NRST (Web glitch) several antioxidants and anti-inflammatory
21   enzymes as well as iron regulators  So, by activation of
22   NRST, you are able to see this multifaceted cytoprotective
23   response engaged and activated and (Web glitch) their system
24   on for any subsequent injury
25        Additionally, some of these (Web glitch) are also

Page 21

1    activated independently of NRST. So, it is, again, multi-
2    pronged way of increasing your body's own protective proteins
3    to mitigate future damage.
4         And consistent with this, you know, multi-organ
5    protection that one would expect given that NRST and (Web
6    glitch) enzymes are present in various cells of the body and
7    in various organs, we saw (Web glitch) self-regulation in the
8    cytoprotective preconditioning biomarkers in the blood.
9    Again, we expected this knowing from our phase one studies,
10   from our animal studies, that these protective enzymes and
11   proteins are self-regulated, and, of course, we saw that in
12   our studies, and what we saw just basically told us that our
13   patients treated with RBT-1 were primed. They have the
14   cytoprotective proteins self-regulated and set to prepare the
15   patient when they underwent surgery. The patients undergoing
16   surgery on our drug we saw statistically significant
17   reduction in the time in ICU. So, their need for critical
18   care was reduced by 2.7 days. That was statistically
19   significant. We also saw clinically meaningful reduction in
20   the time on ventilator and the time in the hospital, and
21   what's really important that I mention on this and why this
22   is such a great opportunity in many ways, of course, we want
23   our patients to get better, but we save the hospital systems
24   a lot of money by getting these patients, you know, out of
25   the hospital earlier and freeing up beds for more patients to

6 (Pages 18 to 21)

Page 22

1  come in, more flow into the hospital systems.
2      We also saw clinically meaningful reductions in
3  atrial fibrillation, troponin levels, like I mentioned
4  before.  Troponin is a marker of micro injury, and so it's
5  possible that we are seeing these effects and what's -- and
6  one thing I'll point out on that specific point is that that
7  data, that translates directly from what we saw in animal
8  models as well.  So, we're seeing this nice translations on,
9  you know, our initial just pharmacology models in animals
10  going into phase one studies where you have healthy
11  volunteers.  You have patients with chronic kidney disease,
12  seeing some markers self-regulated, and now we're seeing
13  these changes in our target patient population.
14      And the final bullet point on here is we saw
15  statistically significant reduction in 30-day cardiopulmonary
16  readmission rate.  So, what that means is that patients who
17  are on the drug were kept out of the hospital, did not have
18  to return for damage to or dysfunction in the heart or lungs.
19  So, this is statistically significant, quite remarkable given
20  that our patient population was not (Web glitch) for this.
21  So, we took all-comers.  So, really anyone who's going to
22  undergo cardiac surgery is -- is eligible -- eligible to
23  receive our drug, and it's not just those who one suspects at
24  the outset might -- might have complications.  So, this,
25  again, is quite remarkable given that they're taking all-

Page 23

1  comers that we're able to see such a statistically
2  significant change.
3      And here's a great snapshot that we would (Web
4  glitch) what I've just discussed, and what's important here
5  is that you see the trend and every single one of these
6  pinpoints shows a -- everything going in the positive
7  direction.  So, there's improvement in every single one of
8  these.  So, this consistent responses was important because
9  oftentimes what you see with a drug, especially a drug that
10  targets one particular, you know, molecule in one particular
11  pathway is you'll see maybe one of these are increased or
12  maybe a couple, but you don't see those consistent trends.
13  So, this is very encouraging to us and plays into what we're
14  going to be doing in the phase three as well.
15      And here is our phase three study design which,
16  again, very much mimics what we're doing in the phase two.
17  So, we'll be randomizing up to 350 patients, one a placebo.
18  Patients will receive the drug one to two days prior to
19  surgery.  In that time frame an infusion prior to surgery
20  allows for the cytoprotective biomarkers proteins to be up-
21  regulated and will prepare the system for surgery.  We will
22  then follow the patients through 60 days.  As Frank mentioned
23  earlier, we do have a (Web glitch) analysis planned.  Roughly
24  around 200 patients are enrolled.  It's possible the study
25  can stop there.  We could add a few more just depending on

Page 24

1  what that analysis shows
2      Our primary objective is going to be a composite
3  So, it's going to be comprised of various pinpoints, and it's
4  all based on severity using this hierarchy that will be
5  assessed (Web glitch) ratio  So, we'll be looking at deaths,
6  in care requiring dialysis, ICU dates, 30-day cardiopulmonary
7  readmission rates, atrial fibrillation and hospital length of
8  stay
9      And this is really giving us (Web glitch)  So,
10  rather than just having one pin point and leaving it there,
11  we can have success by using various pinpoints, and it
12  doesn't have to just be limited to one
13      And the secondary objectives that we have here,
14  some of them comprise the (Web glitch) pinpoints that we have
15  in the primary objective such as ICU days, cardiopulmonary
16  admission rates, (Web glitch), the time on ventilator and
17  then look specifically at death, dialysis (Web glitch) 25
18  percent reduction in their kidney function based on estimated
19  (Web glitch)  We will be looking at the (Web glitch) levels
20  as well as atrial fibrillation rates  Of course, we'll be
21  assessing safety
22      So, for some of the exploratory objectives, you
23  know, as we get into (Web glitch) pinpoints that we looked at
24  in phase one as well as looking at some patient reported
25  outcomes

Page 25

1      MR STONEBANKS:  So, let me just add a couple of
2  pieces of color to that  So, on the primary objective, just
3  so folks understand, we don't have to necessarily win on
4  every one of those attributes that (Web glitch) in order to
5  be successful  It's just a question of winning on enough of
6  them versus placebo to win  And we actually have a fairly
7  good amount of confidence that that's going to happen because we essentially
8  confidence that that's going to happen because we essentially
9  took the phase two final data and plugged it into the
10  schematic as you kind of see here, and ran a whole bunch of
11  statistics, and the P value came up very very favorably  So,
12  it's going to be a question of execution for this phase three
13  study and making sure that we execute flawlessly
14      Maybe a couple of words about the market  Jamie,
15  why don't you jump in here and talk about the market a little
16  bit  So, again, if you have questions that you want to (Web
17  glitch)
18      MALE SPEAKER 6:  Frank, real quick, because I
19  noticed my guys were a little confused -- not confused but
20  wanted a little clarity on P value  If you could hit on the
21  significance of P value
22      MR STONEBANKS:  In just general terms or --
23      MALE SPEAKER 6:  How if you generally use a P value
24  and you're a biotech company
25      MR STONEBANKS:  Right  Sure  So, without getting

Page 26

1   into too much detail, effectively, the FDA has given Renibus
2   the opportunity to win on a P value if it's a certain level
3   with a single study, the study that we just showed that
4   we're going to be starting, that phase three study.  So, if
5   the P value is a certain level, we can then with a single
6   trial, but we also have a phase two trial that we just
7   completed as what the FDA calls our second adequate well
8   controlled study, which is a typical approach for the summary
9   basis for approval of the FDA.
10      So, you know, based on -- and, Stacey, please jump
11  in here.  She's had informal conversations with the head of
12  the division (Web glitch) and the cardio-renal division at
13  FDA, and maybe you can speak to that.
14      MS. RUIZ:  Yeah.  So, really, what we always want
15  to target -- target is a P -- P value less than .05.  We're
16  looking at .01 in our study.  And in my discussions with
17  Norman Stockridge (phonetic), he's the -- he's a proponent of
18  (Web glitch) ratio, which is, you know, the end point that I
19  just mentioned, that level that we use in or (Web glitch)
20  study.  And, you know, he's basically said if this is what
21  gives you guys the win, then -- then go for it.  So, it's
22  very encouraging to us that there has been at least one other
23  product that has been approved based on that type of
24  pinpoint.  But, as Frank mentioned, we have highly
25  statistical significant P value based on the phase two data.

Page 27

1   So, it's very encouraging and supportive of what we should
2   expect to see in the phase three
3       MALE SPEAKER 7:  You know, (Web glitch) P value is
4   a statistical way to measure if the results are real or (Web
5   glitch), and so P value (Web glitch) five percent or less
6   chance that the outcome generated was due to chance and that
7   five percent threshold in general is what the FDA expects for
8   a study to be considered statistically validated  As Stacy
9   (Web glitch), in our phase two study, we saw a P value well
10  below five, and so that gives us a high degree of confidence
11  that in phase three you don't (Web glitch) you know, again,
12  gives us a high degree of confidence that we're going to get
13  that (Web glitch) have, you know, a P value below the range
14  that would be required to do the FDA (Web glitch)
15      MR STONEBANKS:  Thank you  Jamie, do you want to
16  just (Web glitch) --
17      MR DONADIO:  Sure  Stacey referenced this at the
18  outset, that there's -- these procedures that we're studying
19  (WebEx glitch) in the U S  is a very large, you know, market
20  opportunity  We're working through our pricing, but as we
21  think about the value of this drug and like (WebEx glitch)
22  elements including, you know, first and foremost, that the
23  patients are coming through these -- these surgeries more --
24  recovering more quickly and having better outcomes and
25  healthier after surgeries for patients that are, you know, in

Page 28

1   pretty rough shape given the fact that they need to have a
2   bypass surgery or a valve replacement.
3       But, beyond that, we can quantify the value of
4   these reduced complications.  So, for example, you know, a
5   day in the ICU has a value that's associated.  A readmission
6   has a value associated with it because it's incremental costs
7   that could be avoided.  So, it's a direct cost avoidance.
8   So, the surgeons that are ordering these procedures, they're
9   evaluated on all these quality measures.  So, how well their
10  patients do post-surgery is part of how they are assessed.
11  So, the tool that enables them to have their patients come
12  through these surgeries better is going to be better for
13  them.
14      And then the government's the biggest payer for
15  these procedures, and they have directed the hospital system
16  to minimize these complications as best they can.  And, in
17  fact, if they exceed some of the thresholds on things like
18  30-day readmission rates, the government reduces their
19  reimbursement.
20      So, (WebEx glitch) points of value, and we are
21  (WebEx glitch) to determine our pricing, you know, we use
22  what we think is a conservative price point for modeling,
23  say, of $10,000, and you can see you're not going to hit
24  every one of these patients, but if we did, that would be
25  four and a half million.  If we even get a third, that's a

Page 29

1   million and a half annual revenues, and that's (WebEx glitch)
2   to market globally  (WebEx glitch) at the offset  There's a
3   number of other potential surgical studies where I think
4   that this drug can provide a lot of utility  So, we see this
5   as a multi-billion-dollar opportunity which should create --
6   you know, should be very valuable to the systems, the
7   patients, and to our investors  And the investment today is
8   buying, you know, the data that we're going to generate out
9   of the phase three, which, if successful, should create
10  significant value for the company
11      MR STONEBANKS:  Great, Jamie  Thank you so much
12  So, I think I just have this last slide here to
13  kind of sit on  So, we can just (WebEx glitch)  We can --
14  you know, if you want to open it up for questions, this is a
15  sort of summary slide in terms of, you know, where we're at
16  with the entire portfolio  But, as Jamie said, we're really
17  driving forward with respect to RBT-1, pedal to the metal
18      What I can tell you, you know, having, you know,
19  been down this road before, you know, that perhaps on --
20  there's very very few example -- I could probably count them
21  on one hand today -- in the industry where you have a fairly
22  value, late stage private company about to go into phase
23  three, FDA fast tracked, maybe break through and no
24  competition, nothing in development and nothing on the
25  market  And it's a multi-billion-dollar opportunity  I

Page 30

1    rarely -- maybe count those on one hand that kind of
2    opportunity.  So, we're very excited, as you can tell.  But,
3    you know, there's reason for the excitement.
4        So, I think with that I'll stop and pause.  Thank
5    you for your attention and your interest in the company, and
6    I'd be happy to entertain questions from whoever is --
7        (Pause.)
8        MALE SPEAKER 8:  Frank (WebEx glitch).
9        MR. STONEBANKS:  Yeah, I just saw that.  Big
10   question.  We get it a lot.  Royalty, again, most exits for
11   companies like us are M and A type exits where the IPO's are
12   strictly with the events.  You know, (WebEx glitch) years to
13   get the company sold and have a large pharma, you know, take
14   it to places that we (WebEx glitch) to take it.  I can't tell
15   you (WebEx glitch) recording is being -- this presentation is
16   being recorded.  It's going to be (WebEx glitch) what I say.
17   But there is a lot of interest in our company from big pharma
18   for all the reasons that I just basically went through.
19       This would be a classic what we call it -- I used
20   to be on the buy side in pharma looking for companies like
21   this, and this would be kind of the classic (WebEx glitch)
22   opportunity for them.  So -- so, yes, it's something that
23   certainly is the biggest test.
24       MALE SPEAKER 9:  We have a question here.  Do you
25   have (WebEx glitch)?

Page 31

1        MR. STONEBANKS:  Yeah.  Go ahead.  Yeah.
2        MALE SPEAKER 10:  What was the -- what was the
3    (WebEx glitch), and how does that compare to (WebEx glitch)
4    and also (WebEx glitch)?
5        MR. STONEBANKS:  Yeah.  I'll let Jamie take that.
6        MR. DONADIO:  Yeah.  So, you might see (WebEx
7    glitch) in market research and (WebEx glitch), but we -- you
8    know, we -- conservatively, we like to talk about a price
9    point of maybe $10,000 per -- per treatment.  You know, these
10   procedures can cost in the hundreds of thousands of dollars.
11   We've done some of our -- some modeling of the value or of
12   the reduced complications based on the phase two data, and
13   (WebEx glitch) range of $15,000, you know, per -- per
14   patient.  So, that's a cost savings to the system.  You know,
15   the way these procedures are generally reimbursed is it's
16   fixed payment from the government.  It's in the range of, you
17   know, 40 to 60 thousand for these types of procedures, but if
18   we can bring -- if we're (WebEx glitch) say -- let's say
19   $10,000 was the price, what are we at now?  We're taking out
20   $15,000 in costs.  We're freeing up the resource to the
21   hospitals to generate more revenue.  You know, we think that
22   that's going to be -- you know, that's going to be a very
23   attractive end proposition for the healthcare system, on top
24   of the incentives I mentioned for the surgeons and otherwise.
25   But just to -- you know, just -- you know, we're still --

Page 32

1    we're still formulating our commercial strategy and working
2    through all the research to find like what the ultimate price
3    will be and if -- also, the landscape is constantly evolving
4    So, we'll be -- you know, based upon our timeline, we'll be
5    able to market, you know, potentially 2026, and we'll
6    continue to monitor changes in the reimbursement landscape
7    But that's -- that's kind of the way we see it as we sit here
8    today with more work (WebEx glitch), we continue to move the
9    (WebEx glitch) towards the market
10       MALE SPEAKER 9:  (WebEx glitch)
11       MR STONEBANKS:  Yes  So, it's administered IV,
12   intravenously, over the course of one to two hours, and
13   patients get it 24 to 48 hours prior to their surgery  So,
14   they would come in as part of their normal pre-op routine
15   with either the cardiovascular anesthesiologist or the CT
16   surgeon  So, there's nothing unusual from that perspective,
17   and they would be able to use, you know, that kind of plan,
18   if they're not already in the hospital
19       MALE SPEAKER 10:  Frank, can you speak to the
20   (WebEx glitch)?
21       MR. STONEBANKS:  Yes  So, we mentioned some of
22   them -- great question  So, we mentioned some of them right
23   at the top  Jamie reinforced some of the other surgical
24   settings (WebEx glitch), transplant -- kidney transplant
25   settings and the like, you need to loosely model some of

Page 33

1    those  A lot of it's going to depend, honestly, on the
2    breadth of the initial primary plan that we get out of this
3    phase three study
4        Looking at it right now, it's awfully broad  So,
5    you know, typically, the FDA tends to slow you down a little
6    bit  But, again, it's all going to be driven by the data out
7    of this phase three study  So, you know, if it's
8    sufficiently broad, you know, that's going to really inform
9    how we develop our medical affairs strategy in terms of, you
10   know, funding the cases and the like, quite frankly, if we're
11   not already purchased by then
12       FEMALE SPEAKER 1:  Did you call on me?  I
13   apologize  So, did you mention that you have other (WebEx
14   glitch) in your business?  Is that correct?
15       MR STONEBANKS:  Yeah  You see your -- I'm not
16   sure if you can see your screen, but you'll see it here
17   outlined on this, the pipeline  You know, a number of the --
18   two of the products, because RBT-1 is a combination product,
19   we're going to demo each component of it as a stand-alone
20   product, right  So, it has its own utility and value
21   competition (WebEx glitch) outside of that intellectual
22   property
23       FEMALE SPEAKER 1:  Would the investment be in any
24   product you have or just the one that you --
25       MR STONEBANKS:  Great -- that's a great question

Page 34

1    The investment is in the company, right.  So, the investment
2    is in everything you can see on the slide, the people, the
3    products, et cetera.
4         FEMALE SPEAKER 1:  That's great.  Thank you.
5         MR. STONEBANKS:  Sure.
6         MALE SPEAKER 11:  (WebEx glitch) decision or is it
7    going to be a group decision?  There's so many groups today
8    in the hospitals (WebEx glitch) -- groups over the last 10
9    and 15 years have gotten more and more tolerable in taking
10   the decisions away from the cardiologists in this particular
11   setting.
12        MR. STONEBANKS:  Yeah.
13        MALE SPEAKER 11:  So --
14        MR. STONEBANKS:  Yeah.  We're --
15        MALE SPEAKER 11:  -- what you're basically asking,
16   whether it's the cardiologist or the group, you're asking for
17   them to approve a $10,000 expenditure when 36 percent of --
18   of the outcome are having problems.  So, I guess (WebEx
19   glitch) insurance, you know, $10,000 on the basis of the 36
20   percent range --
21        MR. STONEBANKS:  Yeah.
22        MALE SPEAKER 11:  -- so, who's going to make --
23   who's got the power to --
24        MR. STONEBANKS:  Yeah.  Yeah --
25        (Simultaneous speaking.)

Page 35

1         MR. STONEBANKS:  Oh, yeah.  (WebEx glitch.)  And,
2    actually, Jamie mentioned we're neck deep in our research
3    right now, but I'm personally excited on a number of these
4    market research discussions, the interviews and the like.
5    Let me give you a little bit of -- so, the first part of your
6    question is who's the decision maker.
7         The (WebEx glitch) for us and for you as potential
8    investors is that the decision maker is at the top of the
9    totem pole in terms of stature in the hospital.  The cardio-
10   thoracic surgeon -- maybe the neurosurgeon is one notch up.
11   The cardio-thoracic surgeon gets what he wants or she wants.
12   So, if the CT surgeon wants this product, they're going to
13   get it.  No hospital partner says -- (WebEx glitch) I used to
14   be a hospital sales rep back in the day.  No P and T
15   committee is going to get in the way of a CT surgeon who
16   wants this product.  So, that's point number one.
17        Point number two is who else might be involved in
18   the prescription decision.  You're quite right, there will be
19   probably a top (WebEx glitch) of cardiologists in this
20   country as well as cardiovascular anesthesiologists that are
21   going to be involved in the decision making process, but we
22   don't see that as affecting, you know, basically what I just
23   said.  This is not going to be a slug at P and T, and
24   everybody gets (WebEx glitch) by a number of hospital
25   pharmacy calls and payer calls and the like and, you know,

Page 36

1    they basically said, you know, $10,000 is a -- if -- if you
2    deliver all the benefits that you've just done in your phase
3    two and you deliver those in your phase three, you get a
4    label that you are showing us that (WebEx glitch) today,
5    that's not going to be a concern.
6         MALE SPEAKER 11:  Thanks.
7         MR. STONEBANKS:  Sure.
8         MALE SPEAKER 12:  So, I know that because, I mean,
9    you get the report, but do you have any idea of the main
10   factor in cost per administration of the dosage, saying
11   everything goes --
12        MR. STONEBANKS:  Yeah.  If I heard your question,
13   it was manufacturing costs.  So, I don't want to get into too
14   much detail there.  What I can tell you is this will be a
15   very high gross and net margin product.  If the product's
16   selling for, you know, $10,000 or more, the net -- the gross
17   and net margins on this are going to be in the -- I don't
18   know, Jamie, what, 80 to 90 percent range?
19        MR. DONADIO:  (WebEx glitch) are typically in that
20   range, and we believe that we'll be there and, in particular,
21   we would be a more premium price.  We don't see the cost
22   being an issue for, you know, the profitability of the (WebEx
23   glitch).
24        MALE SPEAKER 13:  Frank, real quick, can you hit on
25   how physicians and/or hospitals get docs ordained if they

Page 37

1    give the admissions?
2         MR. STONEBANKS:  I'll give you a couple of high
3    (WebEx glitch) points.  Then Jamie's done a lot of work on
4    this as well, but basically, as you said, those CMS digs
5    hospitals and surgeons on two points.  One, quality scores,
6    how well they're doing what they're doing, how good a surgeon
7    are they and how often they're getting readmitted into the
8    hospital.  There's actually an amazing -- I can send it to
9    you later, Dale, and you can provide it to everybody who's
10   interested.  There's actually an amazing website out there,
11   probably -- anybody in the (WebEx glitch) here is going to be
12   (WebEx glitch) cardiac surgery, check this website first
13   because you can definitely see where CT surgeons are not so
14   good and where they're really good, and they're basically not
15   getting readmitted a lot.
16
17        It's also important to know -- and I think Jamie
18   mentioned this earlier -- by both statute nationally and also
19   executive order, hospitals are mandated to adopt tools like
20   this.  If there's a product out there that has shown that it
21   can reduce rehospitalizations, for example, in this case,
22   they can't not use it.  They have to use it.  So, I think we
23   have all that kind of working for our story.
24        (Simultaneous speaking.)
25        (Pause.)

Page 38

1    MALE SPEAKER 1:  All right  So, pretty amazing
2  information, right  So, we have a couple of questions in the
3  (WebEx glitch) here  We're going to get into basically what
4  is the Fair Project, what is pharma, and what is RST token
5    So, in order to do that, I'm going to bring out the
6  CEO of the Fair Project here, Doctor Bob Parker (phonetic)
7  He'll explain exactly why you guys are here
8    DR PARKER:  You guys get all that?  So, I just
9  want to back up a little and just flip flop and do it
10  backwards  These guys kind of spoke first  But,
11  essentially, I want to talk about what the Fair Project is,
12  what it means, what is RST Token, and (WebEx glitch) going
13  forward and how we got here, right
14    So, basically --
15    (Pause )
16    DR PARKER:  Okay  So, I'm Bob Parker  I'm a
17  general surgeon  I'm a trained general trauma surgeon  I
18  was a surgeon for 10 years  I retired many years ago,
19  working at (WebEx glitch) base now  Started in medicine in
20  1999, started med school, graduated 2004/2006, (WebEx glitch)
21  Hospital in Detroit, Michigan  And, so, I've been in
22  medicine for a long time, and then I started to get into
23  (WebEx glitch) in 2012, '11, '12, and tried to mine bitcoin
24  I didn't know it was bitcoin  I just heard it was an
25  electronic coin  I tried to download software, get some

Page 39

1  electronic coins, didn't know how to do it, screwed it up.
2  There's some bitcoin on some computer out there somewhere
3  unfortunately.
4    But, so, I did (WebEx glitch) entrepreneur,
5  residency (WebEx glitch), had a website, sold like fitness
6  products and all that stuff.  I came into, you know, crypto,
7  the crypto world, and I met some of the owners, the creators
8  of Deblox (phonetic) 2018 or so.  A lot of you guys know
9  Deblox.  And he was kind of like a mentor to help me start my
10  bitcoin.  So, I started by bitcoin, got more into crypto
11  space, and then Deblox came along.
12    So, I was one of the earlier investors in Deblox,
13  and that went really well for us.  Then I started thinking,
14  wow, okay, this is awesome, this is commodities.  What if
15  this is really tokenization of, you know, the world.  And I
16  felt like in -- in 1999 I saw sort of the Internet happen,
17  right, but I was invincible.  I wasn't really planning to
18  take advantage of it and get really into it.  And now I see
19  -- I see this tokenization happening of the -- of the entire
20  world.  And this is -- I mean, Deblox, those guys are super
21  smart, and they started tokenization of commodities.
22    But what we're here to talk about really is
23  tokenization of healthcare.  So, and, I think basically this
24  is -- this is a story here and what's led us to this point.
25    So, we have these guys talking about this specific

Page 40

1  drug, and we do want to -- what we're doing is an RST or a,
2  you know, prescription token.  But it's just not one drug,
3  right.  It's not one thing.  So, we got -- we've basically
4  gotten sandwiched -- or I got sandwiched in between Deblox
5  and medicine.  And, so, I think that's how we sort of create
6  (WebEx glitch), right?  And the reason -- the other reason is
7  -- is healthcare is just massive.
8    So, healthcare, you know, just look at the
9  industries in the United States.  If you're going to tokenize
10  something, healthcare is a pretty good -- pretty good
11  industry to tokenize.  It's like the top four of the ten
12  United States (WebEx glitch).  So, I think a lot of people
13  like, you know, Deblox.  It's commodities.  It's, you know,
14  pharma token.  (WebEx glitch) all that stuff, but I think
15  healthcare is so massive that it's an even greater
16  opportunity.
17    So, the -- you know, why do we want to choose -- or
18  how are we going to choose RS Token or how do we choose a
19  drug -- or a drug token?  Well, there's a few things we are
20  looking at.  And, you know, this is -- this is all of us
21  here.
22    Number one, (WebEx glitch) I was thinking about
23  doing that, I bought -- I thought maybe when I'm 80 years old
24  and I look back on my life (WebEx glitch), did I do a good
25  job helping people or did I -- did I make a mess, you know?

Page 41

1  Because when I think one of the first things is, you know,
2  how are we going to help people?  Can we be proud of what
3  we're doing?  Same thing (WebEx glitch) same things.  Is this
4  going to make me proud when I'm older, continued on with my
5  life, did I do a good job (WebEx glitch).
6    Getting things right by our clients.  Well, if you
7  guys can (WebEx glitch) RST, are we going to do right by you
8  guys.  And, so, if we can hook up with some, you know, like
9  Dale's group and Renibus and all these, then we can provide,
10  you know, a steady rate of return, and we do a good job
11  (WebEx glitch).  Is there -- is there enough (WebEx glitch)?
12  I think there is enough revenue?  I think that there is.
13  This healthcare and massive pharmaceutical -- pharmaceutical
14  is massive, and do we have access.  So, we have access to
15  Dale's company.  We have access to Renibus.  So, Dale's team
16  has been doing this for 20 years.  They have multiple drugs,
17  multiple drug connections.  They have a future.  We don't
18  just have one (WebEx glitch).  We saw Renibus, right, we saw
19  this as one opportunity.  But the RST is really not just one
20  opportunity.  It's multiple drugs.
21    So, we've been doing this for a long period of
22  time.  We have an advantage -- we have an advantage because
23  we have assets.  We have an advantage because I've been in
24  healthcare for 20 years and all those things that they were
25  talking about, I actually understand those.  We have -- we

## Page 42

1   have a (WebEx glitch).  But those guys also are doctors.  We
2   have the -- we've got pharmacists as well.  We have people
3   that have the advantage.  They have space.
4          And is this opportunity recurring and is it stable?
5   And that's one of the things that we were talking about
6   (WebEx glitch) is that, you know, is it just one thing.  It's
7   not just the one drug.  It's not the one thing.  So, what we
8   want to do (WebEx glitch).  What we're doing with RST is
9   using the access to get to multiple drugs, and this is for a
10  long period of time, 20 years, 30 years, 40 years.  That's
11  what we're looking at.  And, so, just Renibus is awesome.
12  It's great to see, but this is just really only an example of
13  what we have access to.
14         So, they -- (WebEx glitch) for Para is basically
15  just tokenization of multiple categories investment in
16  healthcare.  And, so, we have the RST's, the pharmaceuticals,
17  but we also had to talk to -- and this is -- tokens are all
18  up here because we have people and companies that are
19  interested in tokenizing their businesses, and we have
20  already started the process of talking to these businesses.
21  So, a doctor -- doctor token for a medical practices, say
22  family practice, urgent cares, pain -- pain practices, things
23  like that, imaging centers, X-rays, MRI centers, X-ray
24  centers, CT scanners, things like that.  We have technology.
25  You have an AI software company that's interested that would

## Page 43

1   provide software for like imaging   So, doctors are actually
2   seeing, you know, what they're supposed to be seeing   We
3   have companies that are doing testing   So, they can encode a
4   test and RST test and things like that   (WebEx glitch)
5   telemedicine, fertility clinics   We have a company that's
6   interested in tokenizing fertility clinics and medical
7   transport   So, you know, ambulances, helicopters, all that
8   stuff is also another area to get business   And
9   rehabilitation centers, we also have a company that's
10  interested in tokenizing rehabilitation centers   I mean,
11  once we started  sort of talking to people, a lot of people
12  came forward   We realized that this was a great ecosystem,
13  similar to Deblox, but just a different category
14         So, the other things I would like to do and -- is
15  -- you know, of course, it's really huge, is -- is healthcare
16  -- I mean, health insurance   We don't know if we can get
17  there, but we hope we can   And then we can tokenize
18  hospitals, right?  We can maybe tokenize medical records
19  That was one of the biggest problems I had when I was working
20  is that, you know, the medical record system sort of is a
21  disaster, and I think probably (WebEx glitch) who's going to
22  do it, but maybe we can help out, because that would be
23  pretty -- pretty cool
24         Do you have anything else?  Yeah   Okay   Hopefully
25  that made sense

## Page 44

1       MALE SPEAKER 14:  I'm not as qualified as a doctor.
2   I'm not a doctor.  I'm a construction worker and real estate
3   agent, but I was in a meeting similar to this, much much
4   smaller, about a year and a half ago, and was just learning
5   crypto, watching, and I was presented with an opportunity to
6   tokenize (WebEx glitch), and I jumped in on it.  It was
7   fascinating to me.  And what I've seen over the last year --
8   you know, about eight months ago, I was able to leave my real
9   estate career and focus on bitcoins or focus on crypto and
10  blockchain of all types.  So, in that time, I have learned
11  that this is the trend.  You know, when NFT's came out,
12  everybody was excited about the pictures and the (WebEx
13  glitch) and all this stuff, and I'm like, oh, that's what an
14  NFT is.  That's -- that's nothing to what NFT's are.  And
15  what we're seeing is the future of cryptocurrency blockchain.
16  There are so many companies in industries looking to tokenize
17  their business.  You know, they're so -- what I learned early
18  on in crypto is 95 percent of these tokens out there are
19  garbage.  They're hyped.  They're mean coins.  You know,
20  there was even a token on the Squid -- Squid Games TV show.
21  That just shows you that they're based on nothing, and people
22  are looking for something with a utility, with a value, with
23  an underlying asset or business behind it, and you're seeing
24  huge companies like Black Rock looking at tokenizing stocks,
25  banking.  I know solar banking that's looking to tokenize

## Page 45

1   debt notes   I mean, this -- this is the future, and we're at
2   the beginning of it right now   So, this opportunity is just
3   incredible, and what I love about it is I grew up in a
4   trailer park in Montana, worked construction   People in my
5   network and where I grew up did not have access to -- to like
6   (WebEx glitch) the rich   They don't have access   We don't
7   have (WebEx glitch) to invest in gold mines or in the medical
8   industry or in -- everybody would love to be a part of big
9   pharma, but we just don't have that kind of access to it
10        So, through this project, it gives the every day
11  person access to participate in something so big and so
12  powerful   There is -- I can tell you I work with some people
13  globally overseas   There is massive amounts of money moving
14  out of traditional vehicles into these alt programs   There's
15  a lot of money moving into gold, moving into crypto, and
16  you're seeing this is just tokenize and go   This is the
17  future of what's coming
18        Crypto (WebEx glitch) -- you know, if you know
19  anything about cryptocurrency, a lot of (WebEx glitch) a lot
20  of cryptos are volatile   People will move their funds into
21  like a USDP or USDC   We've even seen those stable (WebEx
22  glitch) from the dollar   USDC dpeg dropped by like 40
23  percent, and it came back, but that's -- that was was
24  supposed to be the safe haven   So, we're -- we're looking to
25  build something that is secure by (WebEx glitch)   These

Page 46

1  drugs, like these medications blew me away  I only heard
2  part of it  That's fascinating  And talking to (WebEx
3  glitch), that's just one piece of what that one drug can do
4  So, pretty amazing  Pretty amazing opportunity
5      What -- what investing in RS token will give you
6  is one, is access, access to this type of a project,
7  financial freedom  And what I mean by that is not just
8  having the freedom of income or passive income to do what you
9  want and make life choices you want  I can work anywhere
10  now, and I was able to make some changes in my life that I
11  never thought possible  But really what it is is go to your
12  bank  Let's say you have -- anybody here have a million
13  dollars in the bank?  Let's say you want to wire that money
14  to (WebEx glitch)?  What's the bank going to do?  Why?  Why
15  do you want to do that?  What is it for?  They're going to
16  give you a hard time  With crypto and decentralized crypto
17  currency, I can send that money, and no one's going to ask me
18  any questions, and what I feel like, this is kind of a
19  paradigm shift  See, I -- I didn't learn about money early
20  on, but we're -- we're in this -- we're taking control of our
21  -- of our income, our retirement  It's not, hey, I'm going
22  to put my money in a 401(k) and someone's going to manage it
23  for me and they're going to take care of me, but I don't have
24  control over it, and I -- if I take it out, I'm going to get
25  -- get penalized

Page 47

1      When you invest and you are participating in a
2  project like this, you have full control.  You're -- you're
3  -- you're in charge of your portfolio, of what you do with it
4  and when you do it.  And it's -- it's a totally different
5  mindset and different relationships with the money, and
6  that's something that's fascinating to me.  I like having
7  that ability to make a decision for myself.
8      Diversification, like I said, there will be many
9  many drugs that are a part of this project and other
10  industries like -- like Buck said, and then -- so, just kind
11  of to talk a little bit about (WebEx glitch), if you're here,
12  we are considered friends and family.  This is early access.
13  This is to people that we want to get part of this early on,
14  give you an opportunity to jump in on this project before
15  it's even live.  So, we're limited -- you know, we're selling
16  these licenses at $1,000 each.  We're only offering 5,000 at
17  that price point.  Once we get 5,000, the price will go up.
18  And you got this opportunity to -- it's pretty amazing even
19  what I've done with Deblox, to see digital rewards come in
20  every single day passively.  I've never had anything like
21  that, even in real estate.  You know, you may have a killer
22  month, but the next month you're starting at zero.  You're
23  nobody.  You've got to start all over again.  Every year you
24  have to start all over again.  It's really fun to build a
25  portfolio and something incredible and able to continue to

Page 48

1  (WebEx glitch).
2      This is the (WebEx glitch) really central process.
3  If you want to take advantage and get, you know, security of
4  pre -- presale (WebEx glitch).  If you scan this code onto a
5  (WebEx glitch) page, there's a typed form page.  We're taking
6  wires, credit cards, bit -- crypto if you're a crypto person.
7  Any wires, you know, for this early access, we want to have
8  those received by Monday, early next week.  But that's pretty
9  much the opportunity.  It -- something like this, again, will
10  change a lot of our lives just by you being a part of it.
11      MALE SPEAKER 15:  So, we -- we see there's a lot of
12  other (WebEx glitch) presentations, because these guys went
13  long.  So, if anybody is not familiar with software writing
14  notes and how that works and the tokens that are issued,
15  raise their hand.  We can kind of go over that.  A lot --
16  most people last year were pretty familiar with that.  So, if
17  you guys have questions about that, please just come up and
18  ask us about those.
19      MALE SPEAKER 16:  Do you have an admin?
20      MALE SPEAKER 15:  We don't have an admin.
21      MALE SPEAKER 17:  How do you start up an account?
22      MALE SPEAKER 15:  We don't have -- we don't have
23  that yet.  So, these will (WebEx glitch) probably mid May,
24  and but right now you're basically just sending us your name
25  and information, and then we will send your account when the

Page 49

1  -- the platform is life  So, the platform will be live
2  probably mid May, latest June 1st
3      MALE SPEAKER 17:  (WebEx glitch)
4      MALE SPEAKER 15:  This is just -- correct  That's
5  why we're offering them for sale now
6      MALE SPEAKER 17:  (WebEx glitch)?
7      MALE SPEAKER 17:  So, I have to find that out
8  It's 1500, and -- but I think it's up to 10 -- did you say
9  10,000?  Then it's 2500
10      MALE SPEAKER 18:  (WebEx glitch)?
11      MALE SPEAKER 17:  Yes  So, we'd like them -- the
12  same exact platform from -- from them  So, it would be very
13  similar
14      MALE SPEAKER 19:  (WebEx glitch)?
15      MALE SPEAKER 17:  Our clients, yes, correct, yes
16  (Pause)
17      MALE SPEAKER 20:  Maybe I'm missing something
18  (WebEx glitch)  Maybe everybody else understands it, but why
19  -- right now we've always said -- prior to tokenomics, you
20  could address in private companies and you could address in
21  public companies (WebEx glitch), whatever  Why is tokenomics
22  from these companies, why are they deciding as companies to
23  go the route of tokenomics versus the traditional stuff?
24      MALE SPEAKER 21:  Well, yeah, a lot of these (WebEx
25  glitch), you have to be an accredited investor  You've got

Page 50

1   to have a certain net worth  You've got to qualify  And
2   then blockchain -- the real (WebEx glitch) of blockchain is
3   security  It's -- everything is on the blockchain  It's
4   completely tracked and it's logged, and it cannot be --
5           MALE SPEAKER 22: It's very secure  So, you
6   protect yourself
7           MALE SPEAKER 20: (WebEx glitch) have access to
8   (WebEx glitch)?
9           MALE SPEAKER 23: Whatever you want
10   (Simultaneous speaking )
11          MALE SPEAKER 24: Yeah, just one other thing is the
12   -- the companies really likes what we were doing because they
13   don't have to track every day, right  Somebody buys a
14   license, they're issued token, and they don't have to track
15   John Doe put in 1250 on January 1st, you know, because they
16   don't have to track all that stuff  So, that comes easy, and
17   then a lot of these guys like that  It's essentially done
18   (Simultaneous speaking )
19          MALE SPEAKER 26: (WebEx glitch) he's going to --
20   he's going to be keeping track of clients --
21          MALE SPEAKER 15: No  The (WebEx glitch) would not
22   start until the platform is live, and that's probably in mid
23   May
24          MALE SPEAKER 26: That makes sense
25          MALE SPEAKER 27: One of the -- one of the thing

Page 51

1   when this investor group invited us to tokenize their
2   products, that's really what happened.  (WebEx glitch.)
3           MALE SPEAKER 15:  One of the main reasons today
4   we're excited about this is most of their investors are
5   accredited investors.  Okay.  Most of their investors are
6   doing $100,000, $500,000, couple of million dollars into
7   these exits.  The reason they're doing that, as you guys
8   heard earlier, they're expecting revenues to be multi-
9   billion-dollar exit, right?  I mean, we're not talking a
10   couple hundred thousand dollars here, right.  I'm very well
11   off, but I don't think I would take a risk on a one-time --
12   holding a drug at exit even at a (WebEx glitch) a hundred
13   grand, right.  I mean, that's a different kind of person.
14   Maybe some of you are those kinds of persons.  I am not.
15   Right.  What really -- what really got these guys' wheels
16   spinning and what got them excited for us to tokenize their
17   project is because everyone in this room for the most part
18   can afford a licensing note that's going to earn an RST
19   token, have an intrinsic value from now until the day you
20   pass.  You guys will hand these notes off to your -- to your
21   kids.  They'll run forever.  It's a perpetual mining note.
22   Okay.  And a presale price, we're starting them out $1,000
23   for the reason we're not mining yet, right.  We're giving you
24   the opportunity to get in early and cheap.  But even the full
25   price of these notes, let's just assume June 1st, right, so,

Page 52

1   we're going to get $2500  Guys, if you were to reach out to
2   this investment group and say I want to put potentially $2500
3   in, they're going to (WebEx glitch), right?  It's just a
4   fact  So, they were super excited because this is a way for
5   us to bring the every day person the opportunities that we
6   just don't have access to, right?  This investor group (WebEx
7   glitch), somebody was asking out (WebEx glitch)  You can't
8   call this investment group  You can't call Renibus and say,
9   Hey, I'd like to invest with you  We don't -- we are the
10   vehicle that is open for the every day investor  Like Bob
11   was saying, one other very important part -- or aspects of
12   doing this with us is because when we issue a mining note,
13   it's on blockchain  We're done  You -- it belongs to you,
14   right  You have a certain -- it will turn into an NST at one
15   point  We don't have to track you down  Okay  These guys
16   deal with hundreds of investors at all different price points
17   at all different -- you know, I think -- I think just the
18   investor group itself right now has 10 to 15 different drugs
19   along different points in their pipeline, at different rates,
20   at different amounts, different exits  I mean, they have an
21   entire legal staff that has been managing this for years
22          So, when we sat down, when they actually sat down
23   with Jack in Texas there, the Co-CEO there, and explained to
24   him what we were doing and how we can tokenize projects, the
25   investor group was standing there too  They're own his team,

Page 53

1   and they're like, man, this is going to take so much work off
2   of us, right  And what's great is you guys now aren't taking
3   the opportunity of saying, you know, I scrounged together 25
4   grand and, man, I really (WebEx glitch), right  Now you can
5   take that 25 grand and buy 25 license notes now or 10 down
6   the road, whatever the case is for the price point, and
7   you're going to get at least -- and you're going to get
8   tokens delivered at every single exit that comes from every
9   single pharma -- every single drug that is involved in an RST
10   token, and I can tell you one of the partners who actually
11   lives in Mexico, he's on -- he was actually (WebEx glitch)
12   for years, is -- also sold off his (WebEx glitch) years ago,
13   and he's been in the medical field his entire life, just like
14   Bob has, and we are -- we're building a board actually to
15   start reviewing outside even though the Texas team is other
16   pharmaceuticals as well  We're trying to have as many exits
17   as we can for you guys and to this RST token
18          Now, let me explain that for a second  A lot of
19   you were here and obviously you understand this  Okay  Some
20   of you were not  We're initially starting this project
21   (WebEx glitch)  Okay  What that means is there's a limited
22   amount of tokens  Every single token is marked, okay  So,
23   for those of you that do understand crypto, one of the main
24   issues -- and everybody's heard this whether you're in crypto
25   or not (WebEx glitch), okay  The reason that we licensed

Page 54

1  this specific -- the specific software from Deblox is because
2  we can't have (WebEx glitch) if there is no initial IPO  We
3  (WebEx glitch) -- or if it's an initial point offer  If we
4  create 100 million tokens, he keeps 200,000 and I give myself
5  200,000 and Ben gives himself 200,000, we can manipulate the
6  market, right  The difference between the software that
7  we're licensing from Deblox to run this project through is
8  there is no IPO license  The day licenses start (WebEx
9  glitch), everyone starts buying  We all start getting the
10  same token  We (WebEx glitch) the same way you guys do
11  Okay  So, what happens is when we have a raise, which we
12  already are, right, by selling licenses and that's our raise,
13  we're going to take this money  We're going to go to the
14  investor group, and we're going to invest through Buck's
15  knowledge, (WebEx glitch) knowledge, and the board agrees on
16  each different pharmaceutical
17      Now, let's say (WebEx glitch) is exits in six
18  months at $2 5 million and we (WebEx glitch), okay  What
19  we're going to do is we actually take those funds into the
20  (WebEx glitch) tokens that the first year we only issue
21  250,000, (WebEx glitch) -- and we're actually going to remove
22  a -- an equal value  Let say we made $7 million in an exit,
23  okay  We're going to take the equal of $7 million of RST
24  token out of our system  So, now, what happens when you take
25  supply out and you raise demand up? The price goes up,

Page 55

1  right.  This is what's going to continue to drive your token
2  price that you're earning every day from your (WebEx glitch)
3  in an (WebEx glitch) fashion.  So, the longer you hold this
4  license and the longer you hold these tokens, the more (WebEx
5  glitch) -- the more exits you have, which is intrinsically
6  going to raise the value of your tokens.  Okay.
7      So, in short-term play, you're able to pull money
8  out whenever you want (WebEx glitch).  It's a great asset.  I
9  have replaced -- I was in the same pension for 22 years.
10      (Simultaneous speaking.)
11      MALE SPEAKER 15:  But I have exited basically all,
12  but I said my (WebEx glitch) it is relevance, and we replaced
13  it with this type of income by buying large amounts of mining
14  notes, right.  So, you have access to cashing the tokens out
15  as soon as they (WebEx glitch), which will be a few months
16  right after being -- we launch and start the mining.  But,
17  more importantly, if you're holding let's just say a million
18  token at initial (WebEx glitch), so 001, and you get another
19  token every single day for let's say five to seven years and
20  we have multiple exits from multiple pharmaceuticals and we
21  keep the leading token out of this ecosystem and we push the
22  token price out to let's say .30 cents, can anybody do that
23  math how much money you're going to have in five, seven
24  years?  A hell of a lot.
25      MALE SPEAKER 28:  Thirty million dollars.

Page 56

1      MALE SPEAKER 15:  Exactly  Exactly  You got it
2  right  Exactly  (WebEx glitch )
3      MALE SPEAKER 29:  What do you -- you keep saying
4  exit  What do you -- (WebEx glitch)?  I don't know what you
5  mean by --
6      MALE SPEAKER 15:  Yeah  So, what we mean about a
7  exit is if you're (WebEx glitch) -- and we would get our
8  shares, and we will sell those shares  We will (WebEx
9  glitch) -- out of the ecosystem  The other way is that
10  (WebEx glitch) just get bought  Now, what (WebEx glitch)
11  didn't mention and he did mention to us is (WebEx glitch)is
12  they do have JP Morgan right now (WebEx glitch)  So, that --
13  that process is already in motion  They're not -- they're
14  not always going to tell you that, but we -- we do believe
15  (WebEx glitch) -- this is the reason we're struggling with
16  (WebEx glitch)  We haven't -- we're looking at it because
17  (WebEx glitch) these guys, they said -- we said, how -- how
18  short are you going to sell those companies?  You know, like,
19  what's the real deal?  They said, well, the last one we did
20  was for 2 2 billion, and I'm more sure about this one  So,
21  we're taking -- we're definitely taking their word  I think
22  when I (WebEx glitch) -- they're -- they're basically saying
23  the drug works  It's going to sell  We don't know when, and
24  we don't know how much but pretty soon is kind of what we're
25  getting

Page 57

1      MALE SPEAKER 29:  (WebEx glitch) my question
2      MALE SPEAKER 15:  No, you haven't  You're going to
3  be in my office (WebEx glitch)
4      MALE SPEAKER 29:  You know, going back to that 37
5  percent of complications, if in the medical field doctors are
6  dealing with that, you know, this (WebEx glitch) is going to
7  pay an extra 10 grand, but maybe if the complications are
8  only five or six percent, but 37 percent complications after
9  that procedure, now that I've thought about it, it's huge
10  So, with something that high, I got to go back to the people
11  from the company are saying that's kind of a no brainer  I
12  mean, instead of 10,000 when you got, you know --
13      MALE SPEAKER 15:  I think one of the really
14  important things as well -- and this question wasn't asked,
15  but Buck did ask this question when we were in front of them
16  We actually -- we were sitting in the same as Jack and (WebEx
17  glitch) when we were in Texas, and the numbers that they saw
18  put up there earlier, their test group -- correct me if I'm
19  wrong -- (WebEx glitch) surgery they're basically selling
20  this drug off, right, to exit was based on 450,000 patients a
21  year?  Buck, what do you think the realistic once -- once
22  this really hits market?
23      DR PARKER:  Yeah  So, this is kind of some of my
24  expertise, right, where I have seen a lot of these drugs go
25  through, you know, come out to market and then come off of

## Page 58

1   market and see what happens when they come on the market,
2   what the research was, why they came off market and whether
3   it applied to after.
4        And, so, what -- what happens -- and these guys
5   basically talked about elective type plastic surgery, and the
6   reason that they are doing -- they're studying patients with
7   elective cardio-thoracic surgery is because they can show up
8   and say, oh, well, Mr. Smith is having this on Thursday
9   (WebEx glitch) -- go over there and give it to him, and we
10  can take his blood pressure and this and that, and we'll keep
11  going. It's all control. And, so, what -- what I sort of
12  asked is could you apply this to patients with bad
13  infections, traumatic patients, other emergencies, and if you
14  just take the -- they're saying $450,000 for elective cardio-
15  thoracic surgery, that doesn't include, you know, non-
16  elective as in emergent cardio-thoracic surgery. That
17  doesn't include traumatic surgery. It doesn't include septic
18  patients. Just septic patients by themselves are 2.2 million
19  a year. So, that's why I kind of asked like what else can
20  you apply this to, and I've seen a lot of the drugs, the come
21  on the market with -- being studied as elective cardio-
22  thoracic surgery and then move into septic patients,
23  traumatic patients, because the injuries is sort of the same,
24  what happens to the cell, right. So, then (WebEx glitch)
25  were asking, and they said, yeah, but we can't say that. We

## Page 59

1   don't know because we haven't studied this, and the FDA is
2   only going to approve us for this  But what happens is when
3   the physicians start to realize what the drug does, how it
4   works, they start to apply it to other patients, and you can
5   have those, you know, off -- off label type of applications,
6   and those can be pretty big too
7        MALE SPEAKER 31:  What was that -- what was the one
8   (WebEx glitch) for cardio-thoracic (WebEx glitch)?
9    (Simultaneous speaking )
10       DR PARKER:  The principle I guess is the same
11  That's kind of -- you know, that's why one of the things I
12  feel like we have an advantage, right  We have -- like me
13  and other doctors and surgeons looking at stuff and going oh,
14  yeah, I've seen this stuff happen before  I kind of know
15  what you're talking about
16       MALE SPEAKER 32:  Will I receive my papers and will
17  there be a utility token?
18       MALE SPEAKER 15:  Yes
19       MALE SPEAKER 33:  We talked about a utility token
20  and he asked (WebEx glitch)  We have been asked this
21  question a couple of times of how long do we think it's going
22  to be in between projects  They've kicked around the idea of
23  maybe one every six months, you know, a year or so
24       MALE SPEAKER 34:  One a quarter
25       MALE SPEAKER 33:  Yeah

## Page 60

1        MALE SPEAKER 34:  Try for one a quarter
2        MALE SPEAKER 33:  Yeah  So, we are rolling  Like
3   I said, we have multiple other projects having this on top of
4   the (WebEx glitch) and the other -- the other avenues as
5   well  And those -- those wheels are already spinning
6    (Simultaneous speaking)
7        MALE SPEAKER 15:  Yes, same type of mining  It's
8   basically we call it (WebEx glitch) based on B and B notes
9    (Simultaneous speaking)
10       MALE SPEAKER 33:  So, we haven't come to a
11  conclusion on that yet, at least one year and done
12   (Portion of proceedings omitted )
13       MALE SPEAKER 15:  All right  So, the answer to his
14  question does the entire portfolio get marketed as one or
15  (WebEx glitch), so each different token (WebEx glitch) doctor
16  token, each one will be a separate token, but it will have
17  its own tokenomics
18       MALE SPEAKER 34:  (WebEx glitch) do you have a time
19  frame when (WebEx glitch)?
20       MALE SPEAKER 15:  (WebEx glitch) to say June  The
21  projects are going months and even years out (WebEx glitch)
22  We've already been doing research on this for months (WebEx
23  glitch)
24       MALE SPEAKER 15:  I think that is a good question,
25  though, because this -- you know, can it exit in three months

## Page 61

1   or two months or six months or a year, and I think that, you
2   know, we're taking this one because it's pretty soon  We --
3   we don't want -- I mean, we want to be transparent, right  I
4   think one of things that happened with Deblox is like, you
5   know, (WebEx glitch), logos, making revenue, is that really
6   going to my coin, blah, blah, blah  So, one thing we talked
7   is, you know, not having -- getting on pancake swap and swap
8   until we actually have revenue and -- and being transparent
9   with you guys with that  So, is it possible that it's six
10  months or eight months?  It is possible, but -- and I kind of
11  want to be, you know, truthful about that  I don't want to
12  say, oh, yeah, in June you're going to start mining them and
13  you can swap that out  That's not -- that's not the case
14  with this  This is a little bit different than Deblox  I
15  think we want to make sure we do have revenue coming in
16  before we can swap anything out, so nobody's kind of
17  wondering what's behind the revenue
18   (WebEx glitch)
19       MALE SPEAKER 15:  Well, like the RST (WebEx glitch)
20  that are licensed
21   (WebEx glitch)
22       MALE SPEAKER 15:  Yeah, right  It's a swap,
23  basically a swap  I -- we'll have to talk about that  We'll
24  try to make that happen I think
25       MALE SPEAKER 35:  Will you be looking to buy some

Page 62

1  companies that already have fully approved drugs and already
2  have revenue or are you going to try to stay with the Renibus
3  type model?
4          MALE SPEAKER 15:  That's a good question.  I think
5  that's definitely an option.  These are our -- you know,
6  like, I think something like that and you're looking at a lot
7  of money.  So, depends on -- on the price and all that stuff.
8  These are, you know, again, just sort of fairly low entry
9  point for these, right.
10         MALE SPEAKER 36:  Want to come up?  Come up?
11         FEMALE SPEAKER 2:  Me.
12         MALE SPEAKER 36:  Yeah, you.
13     (Simultaneous speaking.)
14         MALE SPEAKER 15:  So, we have the -- this is going
15  to be (WebEx glitch) -- where was it, the medical -- I can't
16  remember what it -- the --
17     (Simultaneous speaking.)
18         FEMALE SPEAKER 2:  Hello everybody.  Yes, so, one
19  of -- the project that we are looking at right now is
20  everybody is probably familiar now with the At Home Squad
21  COVID test.
22         You stick a Q-tip up your nose, and you sit in
23  (WebEx glitch) getting a test, and it tells you if you have
24  COVID or not.
25         One thing that we are looking at right now is a

Page 63

1  test that will not only do COVID, but it will also do Flu A,
2  Flu B, as well as RC-84.  So, it's a four-in-one single swab
3  because (WebEx glitch) it could be flu.  It could be COVID.
4  It could be RC-84.
5          It could just be allergies, right.  So,
6  for communities that are worried about it or children can't
7  go to school unless we can prove we don't have something,
8  we'd use the other large -- a large (WebEx glitch).
9          The types of plans that (WebEx glitch) has
10  mentioned, we do have several very large retailers here in
11  the United States that are very interested in purchasing the
12  product and not only purchasing but also labeling them.
13  There've been a few putting their own brands on it.  (WebEx
14  glitch) is that it guarantees that you are within (WebEx
15  glitch).
16         So, if that has 10,000 stores within the United
17  States, it guarantees shelf space within every single store
18  in the United States.
19         We are very excited about this product.  It has
20  gone through initial testing.  The testing was very good.  We
21  are early phases in the contact with the FDA to communicate
22  with them that we plan on completing the clinicals, the
23  clinical studies, and we plan on submitting this for your
24  approval, and they are very much on board, and they're also
25  very excited, and they also see a need for (WebEx glitch).

Page 64

1      (WebEx glitch)
2          FEMALE SPEAKER 2:  Yeah.  And our clinicals are
3  already through that.  The partners (WebEx glitch) research
4  and development of this particular test.  They've actually
5  been -- they've been at this for nearly 30 years.  So, it's a
6  very tried and true type test.  It's just been fairly new
7  within the United States.
8      (Pause.)
9          MALE SPEAKER 1:  All right.  Well, I appreciate you
10  guys all being here.  You'll let us know if you guys have any
11  questions.  You can find us all on social media probably.
12  You can catch us later.  Thank you.
13     (Whereupon, the examination was
14  concluded.)
15                 * * * * *
16
17
18
19
20
21
22
23
24
25

Page 65

TRANSCRIBER'S CERTIFICATE

1
2
3          I, Jordan Keilty, hereby certify that the foregoing
4  transcript consisting of 66 is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings of
7   Digital Licensing, Inc. 453522
8
9  /s/ Jordan Keilty
10  Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

ability 47:7
able 7:13 14:19
  20:22 23:1
  32:5,17 44:8
  46:10 47:25
  55:7
academia 8:4
accepted 17:5
access 2:12 4:7,8
  41:14,14,15
  42:9,13 45:5,6
  45:9,11 46:6,6
  47:12 48:7
  50:7 52:6
  55:14
accomplishme...
  6:12
account 17:22
  48:21,25
accredited 49:25
  51:5
accurate 65:4
acquirer 13:23
action 10:19
activated 20:23
  21:1
activates 20:7
  20:17
activating 20:12
activation 20:21
acute 18:7
Adams 9:10
adaptive 16:7
add 9:8,10 23:25
  25:1
Additionally
  20:25
address 49:20
  49:20
adequate 26:7
admin 48:19,20
administered
  32:11
administration
  36:10
admission 24:16
admissions 37:1
admitted 18:9

adopt 37:19
advantage 10:18
  39:18 41:22,22
  41:23 42:3
  48:3 59:12
adverse 18:9
affairs 5:6 33:9
afford 51:18
agency 13:2
agent 44:3
ago 2:23 5:10,12
  5:20 9:14 10:2
  13:2 38:18
  44:4,8 53:12
agrees 54:15
ahead 4:17 31:1
AI 42:25
airplane 8:7
all- 22:25
all-comers 22:21
allergies 63:5
allow 4:8 8:17
allows 23:20
alluded 16:14
alt 45:14
amazing 5:19,24
  37:8,10 38:1
  46:4,4 47:18
ambulances
  43:7
American 16:2
  16:20 17:6
amount 25:7
  53:22
amounts 45:13
  52:20 55:13
analysis 23:23
  24:1
and/or 36:25
anemia 20:1
anesthesiologist
  32:15
anesthesiologi...
  35:20
aneurysm 13:21
animal 21:10
  22:7
animals 22:9
annual 29:1

answer 60:13
anti-inflamma...
  11:15 20:8,9
  20:20
antioxidant
  11:15 20:9,15
  20:19
antioxidants
  20:20
antiviral 11:16
anybody 8:13
  37:11 46:12
  48:13 55:22
apart 19:4
apologies 14:9
apologize 14:11
  33:13
applications
  59:5
applied 58:3
apply 15:7 58:12
  58:20 59:4
appreciate 2:3
  3:19 4:24 6:15
  64:9
approach 26:8
appropriate
  19:2
approval 15:8
  26:9 63:24
approve 34:17
  59:2
approved 26:23
  62:1
area 14:18 43:8
areas 13:20,23
  14:1
arm 5:17
arrival 11:16
artery 18:18
Asha 8:8
asked 57:14
  58:12,19 59:20
  59:20
asking 34:15,16
  52:7 58:25
aspects 52:11
assessed 24:5
  28:10

assessing 24:21
asset 6:11 44:23
  55:8
assets 5:14
  41:23
associated 18:12
  28:5,6
Association 16:2
  16:20 17:6
assume 51:25
Astra 9:13
atrial 18:7 22:3
  24:7,20
attention 30:5
attractive 15:13
  31:23
attributes 25:4
AUDIO 1:13
authorities 13:7
avenues 60:4
avoidance 28:7
avoided 28:7
awesome 39:14
  42:11
awfully 33:4

**B**

B 60:8,8 63:2
back 3:15,25
  9:12 13:3
  16:14 35:14
  38:9 40:24
  45:23 57:4,10
background
  6:23,25 7:5
  8:14 14:11
backs 8:23
backwards
  38:10
bad 58:12
bank 46:12,13
  46:14
banking 44:25
  44:25
Banks 4:18
barking 14:10
base 38:19
based 7:22
  16:11 24:4,18

26:10,23,25
  31:12 32:4
  44:21 57:20
  60:8
basically 8:16
  10:4 19:23
  21:12 26:20
  30:18 34:15
  35:22 36:1
  37:4,14 38:3
  38:14 39:23
  40:3 42:14
  48:24 55:11
  56:22 57:19
  58:5 60:8
  61:23
basis 26:9 34:19
beds 21:25
beginning 7:24
  45:2
believe 36:20
  56:14
bell 11:17
belongs 52:13
Ben 54:5
beneficial 13:25
benefit 10:14
benefits 36:2
best 28:16
better 2:12
  21:23 27:24
  28:12,12
beyond 13:18,19
  14:2 28:3
Bhupinder 8:2
big 2:5,17 3:1
  5:15 10:18
  11:11,25 30:9
  30:17 45:8,11
  59:6
bigger 2:12
biggest 28:14
  30:23 43:19
billion 5:11 9:12
  9:13 56:20
billion-dollar
  51:9
biology 7:5
biomarkers 21:8

23:20
**biotech** 4:9,14
    5:10,15 6:5 7:8
    8:21 12:19
    14:24 25:24
**biotechs** 6:7
**bit** 3:25 8:18
    10:17 19:1
    25:16 33:6
    35:5 47:11
    48:6 61:14
**bitcoin** 38:23,24
    39:2,10,10
**bitcoins** 44:9
**Black** 44:24
**blah** 61:6,6,6
**blanket** 10:11
**blew** 46:1
**blind** 9:24
**blockchain**
    44:10,15 50:2
    50:2,3 52:13
**blood** 18:24 19:1
    19:3 20:2,4
    21:8 58:10
**board** 53:14
    54:15 63:24
**Bob** 38:6,16
    52:10 53:14
**body** 19:1,7,9
    20:12 21:6
**body's** 20:12,19
    21:2
**bottom** 2:25
    11:22
**bought** 40:23
    56:10
**boxes** 5:23
**brainer** 57:11
**brands** 63:13
**breadth** 33:2
**break** 17:3 19:4
    29:23
**breaker** 16:20
    17:6
**breakers** 17:7
**breakthrough**
    13:4
**briefly** 12:15

**bring** 6:10 31:18
    38:5 52:5
**broad** 33:4,8
**Buck** 47:10
    57:15,21
**Buck's** 54:14
**Bud** 2:19
**buff** 2:5
**build** 45:25
    47:24
**building** 6:10
    53:14
**built** 9:9
**bullet** 22:14
**bunch** 25:10
**burden** 18:15
**business** 33:14
    43:8 44:17,23
**businesses** 42:19
    42:20
**button** 14:7
**buy** 30:20 53:5
    61:25
**buying** 29:8
    54:9 55:13
**buys** 50:13
**bypass** 28:2

—————
**C**
**C** 2:1
**call** 8:17 9:2
    10:19 13:4,15
    30:19 33:12
    52:8,8 60:8
**called** 9:19 12:8
    16:6 20:18
**calls** 26:7 35:25
    35:25
**cancer** 7:5,6
    11:10,11
**capital** 14:12,14
    14:25
**cardiac** 10:8
    13:19,22 17:19
    18:16,21 20:5
    22:22 37:12
**cardio** 18:22
**cardio-** 35:9
    58:14,21

**cardio-renal**
    8:21,25 26:12
**cardio-thoracic**
    17:19 35:11
    58:7,16 59:8
**cardiologist**
    34:16
**cardiologists**
    34:10 35:19
**cardiopulmon...**
    22:15 24:6,15
**cardiovascular**
    32:15 35:20
**cards** 48:6
**care** 17:2 18:6
    21:18 24:6
    46:23
**career** 44:9
**cares** 42:22
**case** 14:24 37:21
    53:6 61:13
**cases** 33:10
**cashing** 55:14
**catch** 64:12
**categories** 42:15
**category** 43:13
**cell** 11:10 58:24
**cells** 11:10 19:3
    20:4 21:6
**Center** 7:6
**centers** 42:23,23
    42:24 43:9,10
**central** 48:2
**cents** 55:22
**CEO** 4:18 5:11
    12:19 38:6
**certain** 12:24
    26:2,5 50:1
    52:14
**certainly** 9:7
    11:1 30:23
**CERTIFICA...**
    65:1
**certify** 65:3
**cetera** 34:3
**CFO** 4:18 5:5
    6:8
**challenge** 7:9
**chance** 27:6,6

**change** 23:2
    48:10
**changes** 22:13
    32:6 46:10
**charge** 47:3
**Charlie** 2:9
**chart** 15:21
**cheap** 51:24
**check** 37:12
**checks** 5:23
**chemo** 11:11
**Chief** 6:4 8:2
**children** 63:6
**choices** 46:9
**choose** 40:17,18
    40:18
**chronic** 12:12
    22:11
**circulate** 18:23
**circulating** 19:8
**cisplatin-** 11:8
**clarity** 25:20
**classic** 15:21
    30:19,21
**clients** 41:6
    49:15 50:20
**clinical** 4:14 5:6
    7:3 8:22 10:13
    63:23
**clinically** 21:19
    22:2
**clinicals** 3:13
    63:22 64:2
**clinics** 3:12 43:5
    43:6
**closely** 13:6
    16:23
**CMO** 12:7
**CMS** 37:4
**co-CEO** 5:9
    7:22 52:23
**co-EO** 5:4
**code** 48:4
**coin** 38:25 61:6
**coins** 39:1 44:19
**color** 14:4 25:2
**combination**
    9:19 33:18
**combines** 9:20

10:7
**come** 5:22 10:3
    15:12 18:17
    22:1 28:11
    32:14 47:19
    48:17 57:25,25
    58:1,20 60:10
    62:10,10
**comers** 23:1
**comes** 8:3 50:16
    53:8
**coming** 15:9,10
    27:23 45:17
    61:15
**comments** 15:22
**commercial**
    32:1
**COMMISSION**
    1:1
**committee** 35:15
**commodities**
    39:14,21 40:13
**common** 5:13
**communicate**
    63:21
**communities**
    63:6
**companies** 7:8
    9:10 30:11,20
    42:18 43:3
    44:16,24 49:20
    49:21,22,22
    50:12 56:18
    62:1
**company** 2:16
    5:5,10,11,24
    5:24 6:9,11
    7:22,23 8:5,16
    8:22,22 9:18
    10:25 11:16,22
    13:24 14:13,16
    14:17,19,21
    15:13 25:24
    29:10,22 30:5
    30:13,17 34:1
    41:15 42:25
    43:5,9 57:11
**company's**
    16:17

compare 31:3
competition 15:14 29:24 33:21
complete 65:4
completed 15:24 26:7
completely 50:4
completing 63:22
complication 19:10
complications 18:2,4,7,14 19:9,13,16 22:24 28:4,16 31:12 57:5,7,8
component 11:5 11:14 33:19
components 19:20
composite 24:2
comprise 24:14
comprised 11:2 24:3
compromised 20:5
computer 39:2
concern 36:5
concluded 64:14
conclusion 60:11
conditions 18:18
conference 10:5 16:2,21 17:1
conferences 17:12
confidence 16:11 25:8 27:10,12
confused 25:19 25:19
connected 2:24
connections 41:17
consequence 18:13
consequences 18:12

conservative 28:22
conservatively 31:8
considered 27:8 47:12
consistent 21:4 23:8,12
consisting 65:4
constantly 32:3
construction 44:2 45:4
contact 63:21
contained 65:5
continue 32:6,8 47:25 55:1
continued 41:4
continuing 18:14
control 11:20 15:25 16:5 46:20,24 47:2 58:11
controlled 26:8
conversation 6:22
conversations 26:11
cool 43:23
coordinate 6:16
correct 33:14 49:4,15 57:18
cost 12:24 28:7 31:10,14 36:10 36:21
costs 28:6 31:20 36:13
count 29:20 30:1
country 35:20
couple 7:19 10:1 10:3,24 12:16 13:2 17:16 23:12 25:1,14 37:2 38:2 51:6 51:10 59:21
course 10:10 16:13 17:11 18:11 21:11,22 24:20 32:12

43:15
COVID 11:17 11:18,21 62:21 62:24 63:1,3
create 29:5,9 40:5 54:4
creators 39:7
credit 48:6
critical 17:2 18:5 21:17
crypto 39:6,7,10 44:5,9,18 45:15,18 46:16 46:16 48:6,6 53:23,24
cryptocurrency 44:15 45:19
cryptos 45:20
CS 3:25
CT 17:17 32:15 35:12,15 37:13 42:24
currency 46:17
cuts 2:18,18
cytoprotective 20:22 21:8,14 23:20

D

D 2:1
dad 4:4,4
Dale 2:5,24 3:10 3:17,22 4:23 9:13 14:17 37:9
Dale's 3:3,14 41:9,15,15
Dallas 7:23 14:18
damage 19:1,23 20:13 21:3 22:18
damaging 19:8
data 10:1,3,12 13:10,11 15:15 16:1,1,11,20 16:24 17:5 22:7 25:9 26:25 29:8

31:12 33:6
date 14:12
dates 24:6
daughters 5:1
day 3:23 12:11 28:5 35:14 45:10 47:20 50:13 51:19 52:5,10 54:8 55:2,19
days 18:8 21:18 23:18,22 24:15
deal 52:16 56:19
dealing 57:6
deals 4:7
death 18:13 24:17
deaths 24:5
Deblox 39:8,9 39:11,12,20 40:4,13 43:13 47:19 54:1,7 61:4,14
debt 45:1
decent 16:9
decentralized 46:16
deciding 49:22
decision 34:6,7 35:6,8,18,21 47:7
decisions 34:10
deep 35:2
defense 20:19
definitely 20:16 37:13 56:21 62:5
degree 27:10,12
delay 14:11
deliver 36:2,3
delivered 53:8
demand 54:25
demo 33:19
depend 33:1
depending 23:25
depends 62:7
derivative 12:9
design 16:7

23:15
designation 13:4
detail 26:1 36:14
determine 28:21
Detroit 38:21
develop 33:9
development 4:14 7:4,4 8:22 12:23 14:15 29:24 64:4
diabetes 18:20
dialysis 24:6,17
difference 54:6
different 7:24 10:16 11:6,19 43:13 47:4,5 51:13 52:16,17 52:18,19,19,20 52:20 54:16 60:15 61:14
difficult 3:3 12:24
dig 9:17
digital 1:5,7 47:19 65:7
digs 37:4
Dina's 4:4
dinner 5:3
direct 28:7
directed 28:15
direction 23:7
directly 22:7
disaster 43:21
discuss 19:22
discussed 23:4
discussion 7:10
discussions 26:16 35:4
disease 12:12 18:18,19,19 22:11
distress 19:24
dive 17:14
Diversification 47:8
Diversified 1:24
division 26:12 26:12
docs 36:25

**doctor** 7:21 8:2
  8:24 38:6
  42:21,21 44:1
  44:2 60:15
**doctors** 42:1
  43:1 57:5
  59:13
**Doe** 50:15
**dogs** 14:10
**doing** 5:19 9:16
  14:20 23:14,16
  37:6,6 40:1,23
  41:3,16,21
  42:8 43:3
  50:12 51:6,7
  52:12,24 58:6
  60:22
**dollar** 45:22
**dollars** 17:23
  31:10 46:13
  51:6,10 55:25
**Donadio** 4:17
  5:5 6:2,4 14:9
  27:17 31:6
  36:19
**dosage** 36:10
**doubt** 4:15
**Douglas** 2:10
**download** 38:25
**dpeg** 45:22
**DR** 38:8,16
  57:23 59:10
**drive** 55:1
**driven** 9:18 33:6
**driving** 29:17
**dropped** 45:22
**drug** 9:22 10:16
  10:18 11:19
  12:18,20 13:9
  13:15,18,25
  20:6,17 21:16
  22:17,23 23:9
  23:9,18 27:21
  29:4 40:1,2,19
  40:19 41:17
  42:7 46:3
  51:12 53:9
  56:23 57:20
  59:3

**drugs** 11:3,3
  41:16,20 42:9
  46:1 47:9
  52:18 57:24
  58:20 62:1
**due** 2:22 16:1
  18:9 19:4 27:6
**dysfunction**
  22:18

**E**

**E** 2:1,1
**earlier** 21:25
  23:23 37:18
  39:12 51:8
  57:18
**early** 4:13 44:17
  46:19 47:12,13
  48:7,8 51:24
  63:21
**earn** 51:18
**earning** 55:2
**easy** 50:16
**ecosystem** 43:12
  55:21 56:9
**effectively** 10:11
  10:11 13:6
  26:1
**effects** 22:5
**efficacy** 16:10
**eight** 44:8 61:10
**either** 18:5 19:3
  19:20 32:15
**elective** 10:8
  58:5,7,14,16
  58:21
**electronic** 38:25
  39:1
**element** 11:25
**elements** 27:22
**eligible** 22:22,22
**emergencies**
  58:13
**emergent** 58:16
**enable** 16:22
**enabled** 14:21
**enables** 13:6
  28:11
**encode** 43:3

**encouraging**
  23:13 26:22
  27:1
**endogenous**
  20:9,9,11
**engaged** 20:23
**engagement**
  8:18
**enjoying** 5:2
**enrolled** 23:24
**ensure** 15:6
**entertain** 30:6
**entire** 12:14
  29:16 39:19
  52:21 53:13
  60:14
**entirely** 16:15
**entrepreneur**
  39:4
**entry** 15:13 62:8
**enzymes** 20:21
  21:6,10
**equal** 54:22,23
**especially** 23:9
**essentially** 9:25
  12:9 25:8
  38:11 50:17
**estate** 44:2,9
  47:21
**estimated** 24:18
**et** 34:3
**evaluated** 28:9
**evening** 6:3
**event** 18:9
**events** 30:12
**everybody** 2:2,3
  7:14,17 11:17
  15:20 35:24
  37:9 44:12
  45:8 49:18
  62:18,20
**everybody's**
  8:13 53:24
**evolving** 32:3
**exact** 49:12
**exactly** 38:7
  56:1,1,2
**examination**
  64:13

**example** 11:4,7
  13:21 28:4
  29:20 37:21
  42:12
**exceed** 28:17
**EXCHANGE**
  1:1
**excited** 2:4 30:2
  35:3 44:12
  51:4,16 52:4
  63:19,25
**excitement** 30:3
**exciting** 4:15
**execute** 25:13
**execution** 25:12
**executive** 37:19
**exit** 3:14 5:18
  51:9,12 53:8
  54:22 56:4,7
  57:20 60:25
**exited** 55:11
**exits** 3:2 30:10
  30:11 51:7
  52:20 53:16
  54:17 55:5,20
**expect** 13:3 21:5
  27:2
**expected** 21:9
**expecting** 51:8
**expects** 27:7
**expenditure**
  34:17
**experiences** 5:14
**expert** 8:25
**expertise** 57:24
**explain** 38:7
  53:18
**explained** 52:23
**exploratory**
  24:22
**exposed** 11:10
**extra** 57:7

**F**

**facets** 20:7
**fact** 3:5 18:2
  28:1,17 52:4
**factor** 20:18
  36:10

**Fair** 38:4,6,11
**fairly** 25:7 29:21
  62:8 64:6
**familiar** 48:13
  48:16 62:20
**family** 3:24 4:11
  42:22 47:12
**fantastic** 5:1
**far** 4:16 15:15
  16:12
**fascinating** 44:7
  46:2 47:6
**fashion** 55:3
**fast** 13:1,5 16:22
  29:23
**faster** 12:1
  16:23
**favorably** 25:11
**FDA** 12:25 13:8
  13:11,13 16:12
  16:23 26:1,7,9
  26:13 27:7,14
  29:23 33:5
  59:1 63:21
**feedback** 13:13
**feel** 46:18 59:12
**felt** 39:16
**FEMALE** 33:12
  33:23 34:4
  62:11,18 64:2
**fertility** 43:5,6
**fibrillation** 18:7
  22:3 24:7,20
**field** 53:13 57:5
**File** 1:4
**filed** 13:1,3 17:3
**filing** 16:13
**final** 6:12,13
  10:2 16:1 17:5
  22:14 25:9
**finally** 12:5
**financial** 6:4
  12:17 14:5
  46:7
**financing** 17:12
**find** 32:2 49:7
  64:11
**first** 5:8 9:24,24
  27:22 35:5

37:12 38:10
41:1 54:20
**fitness** 39:5
**five** 4:12 5:11
20:14 27:5,7
27:10 55:19,23
57:8
**fixed** 31:16
**flawlessly** 25:13
**flip** 38:9
**flop** 38:9
**flow** 22:1
**flu** 63:1,2,3
**focus** 15:22 44:9
44:9
**focused** 8:21
**folks** 9:15 14:22
25:3
**follow** 23:22
**foregoing** 65:3
**foremost** 27:22
**forever** 51:21
**form** 48:5
**format** 12:11
**formed** 8:23
**Formula** 4:1
**formulating**
12:10 32:1
**formulation**
12:11
**formulations**
9:22
**forte** 7:9
**fortunate** 2:23
15:1
**forward** 6:11
11:13 12:11
16:18 29:17
38:13 43:12
**found** 7:1
**founder** 12:7
**four** 28:25 40:11
**four-in-one** 63:2
**fourth** 12:19
**frame** 23:19
60:19
**Frank** 5:4,9 6:2
15:4 23:22
25:18 26:24

30:8 32:19
36:24
**frankly** 33:10
**freedom** 46:7,8
**freeing** 21:25
31:20
**friends** 4:11
47:12
**front** 17:12
57:15
**full** 7:18 47:2
51:24
**fully** 15:2 62:1
**fun** 47:24
**function** 20:5
24:18
**fund** 14:15 15:2
**funding** 33:10
**funds** 45:20
54:19
**future** 21:3
41:17 44:15
45:1,17

---

**G**

**G** 2:1
**Games** 44:20
**garbage** 44:19
**gearing** 16:3
**general** 25:22
27:7 38:17,17
**generally** 25:23
31:15
**generate** 29:8
31:21
**generated** 16:12
27:6
**getting** 10:2
12:1 14:19
21:24 25:25
37:7,15 41:6
54:9 56:25
61:7 62:23
**gig** 6:8
**girl** 5:2
**give** 5:8 10:24
12:16 14:4
17:17 35:5
37:1,2 46:5,16

47:14 54:4
58:9
**given** 4:3,4 10:8
10:9 13:9 21:5
22:19,25 26:1
28:1
**gives** 2:15 26:21
27:10,12 45:10
54:5
**giving** 24:9
51:23
**glitch** 2:3,15 3:5
3:8,11,14 4:5
4:11,20,24
5:10,11,16,17
5:17 6:6,10,18
6:19 7:4,5,6,6
7:7,9,10,12 8:4
8:6,12 9:2,12
9:14,16,17,25
10:4,5,12,14
10:20 11:15,20
11:23,23,24
12:5,6,13,14
12:15 13:5,9
13:15,19,21
14:14,16,21,22
15:2,5,11 16:9
16:10,13,14,15
17:5,9,13,17
17:20,21,22,23
17:24 18:6,9
18:22,23,23
19:3,7,7,8,11
19:16,18,23
20:2,3,4,13,14
20:15,18,20,23
20:25 21:6,7
22:20 23:4,23
24:5,9,14,16
24:17,19,19,23
25:4,17 26:12
26:18,19 27:3
27:5,5,9,11,13
27:14,16,19,21
28:20,21 29:1
29:2,13 30:8
30:12,14,15,16
30:21,25 31:3

31:3,4,7,7,13
31:18 32:8,9
32:10,20,24
33:14,21 34:6
34:8,19 35:1,7
35:13,19,24
36:4,19,23
37:3,11,12
38:3,12,19,20
38:23 39:4,5
40:6,12,14,22
40:24 41:3,5,7
41:11,11,18
42:1,6,8,14
43:4,21 44:6
44:13 45:6,7
45:18,19,22,25
46:3,14 47:11
48:1,2,4,5,12
48:23 49:3,6
49:10,14,18,21
49:25 50:2,7,8
50:19,21 51:2
51:12 52:3,7,7
53:4,11,12,21
53:25 54:2,3,9
54:10,15,17,18
54:20,21 55:2
55:3,5,8,12,15
55:18 56:2,4,7
56:9,10,10,12
56:15,16,17,22
57:1,3,6,17,19
58:9,24 59:8,8
59:20 60:4,8
60:15,15,18,19
60:20,21,23
61:5,18,19,21
62:15,23 63:3
63:8,9,14,15
63:25 64:1,3
**glitch)is** 56:11
**globally** 29:2
45:13
**go** 4:17 7:2,16
8:13 10:17
26:21 29:22
31:1 45:16
46:11 47:17

48:15 49:23
54:13 57:10,24
58:9 63:7
**goes** 36:11 54:25
**going** 2:24 3:4,9
3:10,12,13,14
3:21 4:21 5:7
8:16 11:13
15:11,13,22
16:6 17:14,18
19:4 20:12
22:10,21 23:6
23:14 24:2,3
25:8,12 26:4
27:12 28:12,23
29:8 30:16
31:22,22 33:1
33:6,8,19 34:7
34:22 35:12,15
35:21,23 36:5
36:17 37:11
38:3,5,12 40:9
40:18 41:2,4,7
43:21 46:14,15
46:17,21,22,23
46:24 50:19,20
51:18 52:1,3
53:1,7,7 54:13
54:13,14,19,21
54:23 55:1,6
55:23 56:14,18
56:23 57:2,4,6
58:11 59:2,13
59:21 60:21
61:6,12 62:2
62:14
**gold** 45:7,15
**good** 12:10 25:7
37:6,14,14
40:10,10,24
41:5,10 60:24
62:4 63:20
**gotten** 34:9 40:4
**government**
28:18 31:16
**government's**
28:14
**graduated** 38:20
**grand** 51:13

Page 71

53:4,5 57:7
**great** 5:3 6:2
  7:11 21:22
  23:3 29:11
  32:22 33:25,25
  34:4 42:12
  43:12 53:2
  55:8
**greater** 40:15
**Greekstone** 4:18
**grew** 45:3,5
**gross** 36:15,16
**group** 3:3 6:15
  9:7,14 15:18
  34:7,16 41:9
  51:1 52:2,6,8
  52:18,25 54:14
  57:18
**groups** 34:7,8
**grow** 2:11
**guarantees**
  63:14,17
**guess** 2:11 34:18
  59:16
**guys** 2:20 3:4,5
  3:6,8,15,19,21
  4:19 25:19
  26:21 38:7,8
  38:10 39:8,20
  39:25 41:7,8
  42:1 48:12,17
  50:17 51:7,20
  52:1,15 53:2
  53:17 54:10
  56:17 58:4
  61:9 64:10,10
**guys'** 51:15

**H**

**half** 5:10 11:14
  28:25 29:1
  44:4
**hand** 3:10 29:21
  30:1 48:15
  51:20
**hands** 14:18,22
**happen** 25:8
  39:16 59:14
  61:24

**happened** 51:2
  61:4
**happening**
  39:19
**happens** 54:11
  54:24 58:1,4
  58:24 59:2
**happy** 6:14 30:6
**hard** 46:16
**Harvard** 7:7
  8:25
**haven** 45:24
**He'll** 38:7
**head** 26:11
**health** 43:16
**healthcare** 5:16
  5:17 17:1,20
  18:15 31:23
  39:23 40:7,8
  40:10,15 41:13
  41:24 42:16
  43:15
**healthier** 27:25
**healthy** 22:10
**heard** 36:12
  38:24 46:1
  51:8 53:24
**hearing** 3:6
  14:10
**heart** 16:20
  18:24 22:18
**helicopters** 43:7
**hell** 55:24
**Hello** 62:18
**help** 25:6 39:9
  41:2 43:22
**helped** 6:16
**helpful** 8:14
**helping** 40:25
**helps** 18:23
**hey** 46:21 52:9
**hi** 6:2 7:1,2
**hierarchy** 24:4
**high** 27:10,12
  36:15 37:2
  57:10
**high-risk** 11:21
**highlight** 16:16
**highly** 14:14

26:24
**historical** 11:24
**hit** 25:20 28:23
  36:24
**hits** 57:22
**hold** 55:3,4
**holding** 51:12
  55:17
**Hollywood** 4:25
**Home** 62:20
**honest** 4:2
**honestly** 33:1
**hook** 41:8
**hope** 43:17
**Hopefully** 43:24
**hospital** 12:1
  18:5,9 19:16
  19:17 21:20,23
  21:25 22:1,17
  24:7 28:15
  32:18 35:9,13
  35:14,24 37:8
  38:21
**hospitals** 31:21
  34:8 36:25
  37:5,19 43:18
**host** 6:19 18:17
**hours** 10:10,10
  32:12,13
**huge** 6:12 16:21
  43:15 44:24
  57:9
**hundred** 51:10
  51:12
**hundreds** 31:10
  52:16
**hyped** 44:19

**I**

**ICU** 18:6 19:15
  21:17 24:6,15
  28:5
**idea** 4:8 36:9
  59:22
**imaging** 42:23
  43:1
**impact** 11:25
**important** 7:20
  13:17 20:18

21:21 23:4,8
  37:17 52:11
  57:14
**importantly**
  55:17
**impressed** 3:9
**improvement**
  19:21 23:7
**incentives** 31:24
**include** 58:15,17
  58:17
**including** 5:16
  27:22
**income** 46:8,8
  46:21 55:13
**increase** 20:4
**increased** 23:11
**increasing** 19:14
  19:15 20:8,10
  21:2
**incredible** 45:3
  47:25
**incremental**
  28:6
**independently**
  21:1
**India** 8:6
**indications**
  13:19
**Indiscernible**
  6:22
**induced** 11:9
**industries** 40:9
  44:16 47:10
**industry** 6:5
  29:21 40:11
  45:8
**infections** 58:13
**inflammation**
  19:6,24 20:17
**inform** 33:8
**informal** 26:11
**information**
  2:13,16,20,22
  3:7 38:2 48:25
**infusion** 23:19
**inherent** 20:11
**initial** 22:9 33:2
  54:2,3 55:18

63:20
**initially** 53:20
**initiate** 17:3
**injuries** 58:23
**injury** 18:8
  19:10,19 20:24
  22:4
**inside** 2:16
**insurance** 34:19
  43:16
**intellectual** 9:1
  13:14 33:21
**interact** 13:11
**interest** 6:15
  30:5,17
**interested** 37:10
  42:19,25 43:6
  43:10 63:11
**interesting** 9:5
**interestingly**
  11:2
**interim** 16:7
**Internet** 39:16
**interviews** 35:4
**intravenously**
  32:12
**intrinsic** 51:19
**intrinsically**
  55:5
**intro** 6:1
**introduce** 3:15
**introduction**
  7:25
**introductions**
  5:8 7:19
**invest** 14:1 45:7
  47:1 52:9
  54:14
**investing** 5:19
  46:5
**investment** 5:17
  12:15 17:12
  29:7 33:23
  34:1,1 42:15
  52:2,8
**investor** 9:5
  49:25 51:1
  52:6,10,18,25
  54:14

**investors** 12:24
   14:18 29:7
   35:8 39:12
   51:4,5,5 52:16
**invincible** 39:17
**invited** 51:1
**involved** 3:23,24
   3:25 4:12 7:24
   16:17 35:17,21
   53:9
**IP** 12:6
**IPO** 54:2,8
**IPO's** 30:11
**iron** 9:20 10:7
   11:5,5 20:10
   20:21
**irons** 11:6
**issue** 36:22
   52:12 54:20
**issued** 48:14
   50:14
**issues** 53:24
**IV** 32:11

**J**

**Jack** 52:23
   57:16
**Jamie** 4:17 5:5
   5:25 6:3,18,25
   12:16 14:4,6
   15:19 16:14
   25:14 27:15
   29:11,16 31:5
   32:23 35:2
   36:18 37:17
**Jamie's** 37:3
**January** 16:24
   50:15
**Jeff** 7:21,23 9:11
**job** 40:25 41:5
   41:10
**John** 50:15
**Johnson** 8:9,9
**join** 8:7
**joined** 5:5,9 6:9
**joining** 6:3 8:5
**Jones** 2:5,24
   3:18,22 4:21
**Jordan** 65:3,9

**JP** 17:1 56:12
**jump** 25:15
   26:10 47:14
**jumped** 44:6
**June** 49:2 51:25
   60:20 61:12

**K**

**keep** 7:3 8:16,19
   14:17,22 55:21
   56:3 58:10
**keeping** 4:6
   50:20
**keeps** 54:4
**Keilty** 65:3,9
**kept** 22:17
**key** 2:13 7:19
   16:16
**Keyser** 7:21
   9:11
**kicked** 59:22
**kidney** 11:10
   12:12 13:22
   18:8,19 22:11
   24:18 32:24
**kids** 51:21
**killer** 47:21
**kind** 3:8 4:5,5
   8:19 11:17
   14:4 15:20
   16:25 17:15,16
   19:22 25:10
   29:13 30:1,21
   32:7,17 37:23
   38:10 39:9
   45:9 46:18
   47:10 48:15
   51:13 56:24
   57:11,23 58:19
   59:11,14 61:10
   61:16
**kinds** 51:14
**know** 2:10,11,11
   2:12,14,14,21
   3:3,21 4:2,3,10
   6:6,13,13 7:14
   7:22 9:4,6,7,9
   9:10,15,15
   11:25 12:25

13:24 14:14,16
   14:18 15:4,12
   15:17 18:2,3,6
   18:11,17,24
   19:19,23,25
   20:7 21:4,24
   22:9 23:10
   24:23 26:10,18
   26:20 27:3,11
   27:13,19,22,25
   28:4,21 29:6,8
   29:14,15,18,18
   29:19 30:3,12
   30:13 31:8,9
   31:13,14,17,21
   31:22,25,25
   32:4,5,17 33:5
   33:7,8,10,17
   34:19 35:22,25
   36:1,8,16,18
   36:22 37:17
   38:24 39:1,6,8
   39:15 40:2,8
   40:13,13,17,20
   40:25 41:1,8
   41:10 42:6
   43:2,7,15,16
   43:20 44:8,11
   44:17,19,25
   45:18,18 47:15
   47:21 48:3,7
   50:15 52:17
   53:3 56:4,18
   56:23,24 57:4
   57:6,12,25
   58:15 59:1,5
   59:11,14,23
   60:25 61:2,5,7
   61:11 62:5,8
   64:10
**knowing** 21:9
**knowledge**
   54:15,15
**knows** 2:6

**L**

**lab** 9:1
**label** 36:4 59:5
**labeling** 63:12

**lack** 19:2
**landscape** 32:3
   32:6
**large** 3:1 27:19
   30:13 55:13
   63:8,8,10
**largely** 7:7 8:23
   9:2
**largest** 4:24
**late** 4:13 16:19
   17:6,7 29:22
**latest** 49:2
**launch** 55:16
**lead** 6:11 10:23
   19:13
**leading** 19:16
   55:21
**learn** 46:19
**learned** 44:10
   44:17
**learning** 2:7
   44:4
**leave** 19:10 44:8
**leaving** 24:10
**led** 13:11 39:24
**legal** 52:21
**length** 12:2 24:7
**let's** 4:2 7:12,16
   8:17 9:17
   11:23 20:13
   31:18 46:12,13
   51:25 54:17
   55:17,19,22
**level** 13:5 26:2,5
   26:19
**levels** 20:3 22:3
   24:19
**license** 50:14
   53:5 54:8 55:4
**licensed** 53:25
   61:20
**licenses** 47:16
   54:8,12
**licensing** 1:5
   51:18 54:7
   65:7
**Licensing.zip**
   1:7
**lies** 2:15

**life** 2:12 40:24
   41:5 46:9,10
   49:1 53:13
**lightly** 12:19
**likes** 50:12
**limited** 24:12
   47:15 53:21
**line** 2:25 8:20
   10:1 11:22
   15:25
**list** 9:10
**little** 3:25 5:2,7
   8:18 10:17
   14:4 25:15,19
   25:20 33:5
   35:5 38:9
   47:11 61:14
**live** 47:15 49:1
   50:22
**lives** 48:10 53:11
**logged** 50:4
**logos** 61:5
**long** 4:25 38:22
   41:21 42:10
   48:13 59:21
**long-term** 18:11
   18:13
**longer** 18:5,6,6
   55:3,4
**look** 3:7 9:5,7
   13:23,24 24:17
   40:8,24
**looked** 24:23
**looking** 6:7
   16:18 20:1
   24:5,19,24
   26:16 30:20
   33:4 40:20
   42:11 44:16,22
   44:24,25 45:24
   56:16 59:13
   61:25 62:6,19
   62:25
**loosely** 32:25
**lot** 5:13 13:16,18
   14:24 17:11
   21:24 29:4
   30:10,17 33:1
   37:3,15 39:8

40:12 43:11
45:15,19,19
48:10,11,15
49:24 50:17
53:18 55:24
57:24 58:20
62:6
**love** 45:3,8
**low** 11:5 62:8
**lungs** 22:18

## M

**M** 30:11
**machine** 18:23
18:23,25 19:5
**main** 36:9 51:3
53:23
**major** 9:5 10:4
16:2,20
**maker** 35:6,8
**making** 17:11
25:13 35:21
61:5
**MALE** 2:2 4:20
4:22 6:18,21
6:23 7:1 25:18
25:23 27:3
30:8,24 31:2
32:10,19 34:6
34:13,15,22
36:6,8,24 38:1
44:1 48:11,19
48:20,21,22
49:3,4,6,7,10
49:11,14,15,17
49:24 50:5,7,9
50:11,19,21,24
50:25 51:3
55:11,25 56:1
56:3,6 57:1,2,4
57:13 59:7,16
59:18,19,24,25
60:1,2,7,10,13
60:18,20,24
61:19,22,25
62:4,10,12,14
64:9
**man** 53:1,4
**manage** 46:22

**management**
5:13 8:10 9:6
**managing** 52:21
**mandated** 37:19
**manipulate** 54:5
**manufacturing**
8:11 36:13
**margin** 36:15
**margins** 36:17
**marked** 53:22
**marker** 20:18
22:4
**markers** 22:12
**market** 6:14
11:6 25:14,15
27:19 29:2,25
31:7 32:5,9
35:4 54:6
57:22,25 58:1
58:1,2,21
**marketed** 60:14
**married** 4:1
**massive** 40:7,15
41:13,14 45:13
**math** 55:23
**matter** 1:3 13:15
**matters** 65:5
**max** 8:17
**mean** 36:8 39:20
43:10,16 44:19
45:1 46:7 51:9
51:13 52:20
56:5,6 57:12
61:3
**meaningful**
21:19 22:2
**means** 22:16
38:12 53:21
**measure** 27:4
**measured** 19:19
**measures** 19:25
28:9
**meat** 9:17
**mechanism**
13:25
**mechanisms**
10:19
**med** 38:20
**media** 64:11

**medical** 5:6 8:3
11:11 16:2,21
33:9 42:21
43:6,18,20
45:7 53:13
57:5 62:15
**medications**
46:1
**medicine** 17:2
38:19,22 40:5
**meeting** 6:16
13:12 44:3
**member** 3:24
**members** 7:19
**mention** 21:21
33:13 56:11,11
**mentioned** 15:4
22:3 23:22
26:19,24 31:24
32:21,22 35:2
37:18 63:10
**mentioning**
19:14
**mentor** 39:9
**mess** 40:25
**met** 9:7 39:7
**metal** 29:17
**Mexico** 53:11
**Michael** 2:9
**Michigan** 38:21
**micro** 22:4
**mid** 48:23 49:2
50:22
**milestones** 16:16
**million** 14:13
15:3,6,9,10
28:25 29:1
46:12 51:6
54:4,18,22,23
55:17,25 58:18
**mimics** 23:16
**mindset** 47:5
**mine** 38:23
**mines** 45:7
**minimize** 28:16
**mining** 51:21,23
52:12 55:13,16
60:7 61:12
**minutes** 3:11

8:17,17 10:24
12:16
**missing** 49:17
**mitigate** 21:3
**model** 32:25
62:3
**modeling** 28:22
31:11
**models** 22:8,9
**modest** 10:14
**molecular** 11:5
**molecule** 12:8,9
23:10
**moment** 14:5
**Monday** 48:8
**money** 21:24
45:13,15 46:13
46:17,19,22
47:5 54:13
55:7,23 62:7
**monitor** 32:6
**Montana** 45:4
**month** 47:22,22
**months** 2:23
5:20 10:1
13:13 16:4,18
17:4,8 44:8
54:18 55:15
59:23 60:21,22
60:25 61:1,1
61:10,10
**Morgan** 17:1
56:12
**mortality** 18:13
**motion** 56:13
**move** 32:8 45:20
58:22
**movie** 2:5,8,14
**movies** 2:8
**moving** 12:11
45:13,15,15
**MRI** 42:23
**multi-** 21:1 51:8
**multi-billion-...**
29:5,25
**multi-organ**
21:4
**multifaceted**
20:22

**multiple** 5:13
10:19,21 41:16
41:17,20 42:9
42:15 55:20,20
60:3
**mute** 8:13 14:6,7
**muted** 8:13

## N

**N** 2:1
**name** 48:24
**name's** 3:22
**nanoparticle**
11:6
**national** 5:22
**nationally** 37:18
**nearly** 64:5
**necessarily** 2:21
25:3
**neck** 35:2
**need** 7:13 11:11
20:2 21:17
28:1 32:25
63:25
**needs** 14:6
**nephrologist** 8:3
**nephrotoxicity**
11:9,9
**net** 36:15,16,17
50:1
**network** 3:1
4:11 45:5
**networks** 2:22
**neurosurgeon**
35:10
**never** 46:11
47:20
**new** 64:6
**NFT** 44:14
**NFT's** 44:11,14
**nice** 22:8
**nobody's** 61:16
**noise** 8:14
**non-** 58:15
**normal** 32:14
**Norman** 26:17
**nose** 62:22
**notch** 35:10
**note** 51:18,21

52:12
**notes** 45:1 48:14
51:20,25 53:5
55:14 60:8
**noticed** 19:20
25:19
**novel** 11:5
**November** 16:19
16:22
**NRST** 20:18,20
20:22 21:1,5
**NST** 52:14
**number** 6:7 7:24
9:8 13:20,22
29:3 33:17
35:3,16,17,24
40:22
**numbers** 57:17

**O**

**O** 2:1
**objective** 24:2
24:15 25:2
**objectives** 24:13
24:22
**Obvious** 18:14
**obviously** 16:12
17:8 18:17
53:19
**occurred** 18:10
**offer** 2:15,19
54:3
**offering** 47:16
49:5
**office** 57:3
**Officer** 6:4 8:3
**offset** 29:2
**oftentimes** 14:24
23:9
**oh** 14:6 35:1
44:13 58:8
59:13 61:12
**okay** 2:17 7:16
7:16,17 8:20
15:19 38:16
39:14 43:24
51:5,22 52:15
53:19,21,22,25
54:11,18,23

55:6
**old** 40:23
**older** 41:4
**omitted** 60:12
**once** 3:6 12:11
43:11 47:17
57:21,21
**one's** 46:17
**one-time** 51:11
**one-trick** 11:1
**open** 29:14
52:10
**Operations** 8:10
**operator** 5:15
**operators** 9:15
**opportunities**
2:22 4:3,6 9:6
52:5
**opportunity** 3:5
3:8 5:20,24
11:4,12 12:25
15:12 21:22
26:2 27:20
29:5,25 30:2
30:22 40:16
41:19,20 42:4
44:5 45:2 46:4
47:14,18 48:9
51:24 53:3
**option** 62:5
**ordained** 36:25
**order** 25:4 37:19
38:5
**ordering** 28:8
**organ** 19:10,11
19:11,19 20:7
**organs** 19:2 21:7
**original** 2:9
**outcome** 27:6
34:18
**outcomes** 19:22
19:25 24:25
27:24
**outlined** 33:17
**outset** 14:17
22:24 27:18
**outside** 12:6
33:21 53:15
**overload** 20:3

**overseas** 45:13
**overview** 8:15
10:24 12:17
17:17
**owners** 39:7
**oxi** 19:24
**oxygen** 19:2

**P**

**P** 2:1 25:11,20
25:21,23 26:2
26:5,15,15,25
27:3,5,9,13
35:14,23
**page** 48:5,5
**PAGES** 1:8
**pain** 42:22,22
**pancake** 61:7
**papers** 59:16
**Para** 42:14
**paradigm** 46:19
**parent** 12:9
**park** 45:4
**Parker** 38:6,8
38:16,16 57:23
59:10
**part** 4:16 28:10
32:14 35:5
45:8 46:2 47:9
47:13 48:10
51:17 52:11
**participate**
14:19 45:11
**participating**
47:1
**particular** 23:10
23:10 34:10
36:20 64:4
**partner** 35:13
**partners** 53:10
64:3
**pass** 3:20 5:25
51:20
**passive** 46:8
**passively** 47:20
**patented** 12:8
**pathway** 23:11
**pathways** 10:17
10:21

**patient** 18:16
19:14 21:15
22:13,20 24:24
31:14
**patient's** 18:24
**patients** 10:8
11:20,21 12:1
16:6,8 17:25
18:3,19 20:1
21:13,15,23,24
21:25 22:11,16
23:17,18,22,24
27:23,25 28:10
28:11,24 29:7
32:13 57:20
58:6,12,13,18
58:18,22,23
59:4
**pause** 6:20 7:15
30:4,7 37:25
38:15 49:16
64:8
**pay** 57:7
**payer** 28:14
35:25
**payment** 31:16
**pedal** 29:17
**peer** 5:19
**penalized** 46:25
**pending** 13:13
**pension** 55:9
**people** 4:7 34:2
40:12,25 41:2
42:2,18 43:11
43:11 44:21
45:4,12,20
47:13 48:16
57:10
**percent** 11:8
12:2 17:25
18:2 24:18
27:5,7 34:17
34:20 36:18
44:18 45:23
57:5,8,8
**Perfect** 4:22,23
7:17
**performed**
18:25

**period** 41:21
42:10
**perpetual** 51:21
**person** 45:11
48:6 51:13
52:5
**personally** 35:3
**persons** 51:14
**perspective**
12:17 32:16
**Ph.D** 8:25
**pharma** 3:1 5:15
5:16 9:13
30:13,17,20
38:4 40:14
45:9 53:9
**pharmaceutical**
3:2,7 14:15
41:13,13 54:16
**pharmaceutic...**
3:12 42:16
53:16 55:20
**pharmacists**
42:2
**pharmacology**
22:9
**pharmacy** 35:25
**phase** 6:11,13
10:1,12,14
13:1,10,10,11
13:12 14:15,25
15:7,13,23,24
16:3,11,24
17:4 21:9
22:10 23:14,15
23:16 24:24
25:9,12 26:4,6
26:25 27:2,9
27:11 29:9,22
31:12 33:3,7
36:2,3
**phases** 63:21
**Phoenix** 8:5
**phone** 9:8
**phonetic** 4:1,4
8:24 26:17
38:6 39:8
**physicians**
36:25 59:3

**pictures** 44:12
**piece** 46:3
**pieces** 25:2
**pin** 24:10
**pinpoint** 26:24
**pinpoints** 23:6
  24:3,11,14,23
**pipeline** 11:18
  14:1 15:20,21
  33:17 52:19
**pivotal** 13:2
**place** 17:21
  18:20 19:25
**placebo** 23:17
  25:6
**places** 30:14
**plan** 17:3 32:17
  33:2 63:22,23
**planned** 23:23
**planning** 39:17
**plans** 63:9
**plastic** 58:5
**platform** 49:1,1
  49:12 50:22
**play** 55:7
**plays** 23:13
**please** 14:8
  26:10 48:17
**plugged** 25:9
**pneumonia**
  11:21
**point** 11:25 14:3
  14:23 15:13
  22:6,6,14
  24:10 26:18
  28:22 31:9
  35:16,17 39:24
  47:17 52:15
  53:6 54:3 62:9
**points** 28:20
  37:3,5 52:16
  52:19
**pole** 35:9
**pony** 11:1
**population**
  22:13,20
**portfolio** 12:6
  12:15 15:3
  29:16 47:3,25

60:14
**Portion** 60:12
**positive** 13:10
  23:6
**possibility** 16:8
  16:9
**possible** 16:15
  22:5 23:24
  46:11 61:9,10
**post-operative**
  18:1,4
**post-surgery**
  28:10
**potential** 13:16
  13:18 29:3
  35:7
**potentially**
  13:23 15:7
  32:5 52:2
**power** 34:23
**powerful** 45:12
**practice** 8:5
  42:22
**practices** 42:21
  42:22
**pre** 48:4
**pre-clinical** 9:23
**pre-op** 32:14
**preclinical** 11:7
**preconditioning**
  21:8
**premium** 36:21
**prepare** 21:14
  23:21
**presale** 48:4
  51:22
**prescription**
  35:18 40:2
**present** 21:6
**presentation**
  10:23 30:15
**presentations**
  48:12
**presented** 44:5
**president** 5:6
**pressure** 58:10
**pretty** 14:25
  15:12 16:9
  17:9 28:1 38:1

40:10,10 43:23
43:23 46:4,4
47:18 48:8,16
56:24 59:6
61:2
**price** 28:22 31:8
  31:19 32:2
  36:21 47:17,17
  51:22,25 52:16
  53:6 54:25
  55:2,22 62:7
**pricing** 27:20
  28:21
**primary** 20:19
  24:2,15 25:2
  33:2
**primed** 21:13
**principal** 9:11
**principle** 59:10
**prior** 5:14 8:5
  10:10 11:16
  23:18,19 32:13
  49:19
**private** 8:5
  29:22 49:20
**probably** 3:13
  29:20 35:19
  37:11 43:21
  48:23 49:2
  50:22 62:20
  64:11
**problems** 34:18
  43:19
**procedure** 57:9
**procedures**
  17:24 27:18
  28:8,15 31:10
  31:15,17
**proceed** 16:12
**proceedings**
  60:12 65:6
**process** 5:22
  14:20 35:21
  42:20 48:2
  56:13
**produces** 18:25
**product** 6:14 7:4
  9:18,19 10:6
  11:13 12:22,23

13:15 26:23
33:18,20,24
35:12,16 36:15
37:20 63:12,19
**product's** 36:15
**products** 33:18
  34:3 39:6 51:2
**profitability**
  36:22
**program** 8:10
  10:15,23 12:5
  13:1 14:14
  15:4,6,14,23
  15:24 16:4
**programs** 10:25
  45:14
**progress** 17:11
**project** 2:4 3:14
  4:15 38:4,6,11
  45:10 46:6
  47:2,9,14
  51:17 53:20
  54:7 62:19
**projects** 4:12
  7:25 52:24
  59:22 60:3,21
**promise** 15:11
**pronged** 21:2
**property** 9:2
  13:14 33:22
**proponent** 26:17
**proposition**
  31:23
**proprietary**
  9:21
**protect** 50:6
**protection** 10:11
  20:8 21:5
**protective** 20:14
  21:2,10
**proteins** 20:14
  21:2,11,14
  23:20
**protocol** 13:2
**protoporfin**
  9:20 10:7
**proud** 17:9 41:2
  41:4
**prove** 63:7

**proven** 11:7
**proves** 11:25
**provide** 29:4
  37:9 41:9 43:1
**provides** 10:11
**public** 49:21
**published** 15:25
  16:19,23,25
**pull** 55:7
**pulmonary**
  18:18,22
**punch** 8:20
**purchased** 33:11
**purchasing**
  63:11,12
**push** 55:21
**put** 10:1,13
  46:22 50:15
  52:2 57:18
**putting** 3:19
  4:19 63:13

**Q**

**Q-tip** 62:22
**qualified** 44:1
**qualify** 50:1
**quality** 28:9
  37:5
**quantify** 28:3
**quarter** 59:24
  60:1
**question** 25:5,12
  30:10,24 32:22
  33:25 35:6
  36:12 57:1,14
  57:15 59:21
  60:14,24 62:4
**questions** 8:18
  15:16 25:16
  29:14 30:6
  38:2 46:18
  48:17 64:11
**quick** 5:8,25
  8:15 10:24
  15:17 25:18
  36:24
**quicker** 17:11
**quickly** 14:12
  27:24

**quite** 17:10 19:1
20:4 22:19,25
33:10 35:18

**R**

**R** 2:1
**raise** 14:5,20
15:5,10 48:15
54:11,12,25
55:6
**raised** 14:12,13
**raising** 14:16
**Ramdas** 8:9
**ran** 8:4 25:10
**randomized**
11:20 15:25
16:5
**randomizing**
23:17
**range** 27:13
31:13,16 34:20
36:18,20
**rapidly** 13:7
**rarely** 30:1
**rate** 22:16 41:10
**rates** 24:7,16,20
28:18 52:19
**ratio** 24:5 26:18
**RBT-1** 9:2,19,19
10:6,23 11:2
11:14 12:1,4,7
14:2 15:5,22
17:15,17 21:13
29:17 33:18
**RBT-2** 12:6
**RBT-3** 11:4
**RC-84** 63:2,4
**reach** 52:1
**readmission**
22:16 24:7
28:5,18
**readmissions**
19:17
**readmitted** 37:7
37:15
**readout** 16:8
**ready** 6:10 10:2
**real** 25:18 27:4
36:24 44:2,8

47:21 50:2
56:19
**realistic** 57:21
**realize** 59:3
**realized** 43:12
**really** 3:2,8,16
3:18,21 6:9,14
9:15 10:13
12:18,20 14:17
14:21,23 15:15
17:10 20:7
21:21 22:21
24:9 26:14
29:16 33:8
37:14 39:13,15
39:17,18,22
41:19 42:12
43:15 46:11
47:24 48:2
50:12 51:2,15
51:15 53:4
57:13,22 61:5
**reason** 30:3 40:6
40:6 51:7,23
53:25 56:15
58:6
**reasons** 16:10
30:18 51:3
**receive** 22:23
23:18 59:16
**received** 48:8
**record** 43:20
**recorded** 30:16
65:5
**recording** 30:15
**records** 43:18
**recovering**
27:24
**recruited** 8:8
**recruiter** 5:21
**recruiting** 5:22
**recurring** 42:4
**red** 19:3
**reduce** 20:16
37:21
**reduced** 21:18
28:4 31:12
**reduces** 28:18
**reducing** 12:2

**reduction** 11:8
21:17,19 22:15
24:18
**reductions** 22:2
**refer** 7:25
**referenced** 9:13
27:17
**regard** 15:1
**regulated** 23:21
**regulators** 20:21
**regulatory** 13:7
15:8
**rehabilitation**
43:9,10
**rehospitalizati...**
37:21
**reimbursed**
31:15
**reimbursement**
28:19 32:6
**reinforced** 32:23
**relationships**
47:5
**relevance** 55:12
**remaining** 18:5
**remarkable**
22:19,25
**remember** 62:16
**remove** 14:7
54:21
**Renibus** 3:23,24
4:12,15,18 5:7
5:19,25 6:4,8
7:5 8:1,21
11:18 26:1
41:9,15,18
42:11 52:8
62:2
**renowned** 8:24
**rep** 35:14
**replaced** 55:9,12
**replacement**
28:2
**report** 10:2 36:9
**reported** 24:24
**Reporting** 1:24
**required** 27:14
**requiring** 24:6
**research** 31:7

32:2 35:2,4
58:2 60:22
64:3
**residency** 39:5
**resource** 31:20
**respect** 29:17
**Respiratory**
9:11
**response** 20:8,9
20:10,23
**responses** 20:10
23:8
**rest** 10:25
**result** 9:3 19:6,9
19:24
**resulting** 19:16
**results** 10:13
27:4
**retailers** 63:10
**retired** 38:18
**retirement**
46:21
**return** 15:11
18:8 22:18
41:10
**revenue** 31:21
41:12 61:5,8
61:15,17 62:2
**revenues** 29:1
51:8
**reviewing** 53:15
**rewards** 47:19
**rich** 2:21,21
45:6
**Richard** 8:24
**right** 2:10,13,16
2:20,22 4:2,22
8:15 10:6 11:4
12:10,22,23
13:19 14:20
25:25 32:22
33:4,20 34:1
35:3,18 38:1,2
38:13 39:17
40:3,6 41:6,7
41:18 43:18
45:2 48:24
49:19 50:13
51:9,10,13,15

51:23,25 52:3
52:6,14,18
53:2,4 54:6,12
55:1,14,16
56:2,12 57:20
57:24 58:24
59:12 60:13
61:3,22 62:9
62:19,25 63:5
64:9
**ringing** 11:17
**risk** 13:20 18:1,3
51:11
**road** 13:24
29:19 53:6
**Rock** 44:24
**role** 12:19
**roles** 5:23
**rolling** 60:2
**room** 51:17
**rough** 28:1
**Roughly** 23:23
**route** 49:23
**routine** 32:14
**Royalty** 30:10
**RS** 40:18 46:5
**RST** 38:4,12
40:1 41:7,19
42:8 43:4
51:18 53:9,17
54:23 61:19
**RST's** 42:16
**Ruiz** 5:6 6:19
7:2 17:19
26:14
**run** 8:9 9:9
51:21 54:7
**runs** 8:25

**S**

**S** 2:1
**s/** 65:9
**safe** 45:24
**safety** 9:25
24:21
**sale** 49:5
**sales** 2:10 35:14
**sample** 12:3
**sandwiched**

40:4,4
sat 52:22,22
save 14:10 21:23
savings 31:14
saw 10:14 21:7
    21:11,12,16,19
    22:2,7,14 27:9
    30:9 39:16
    41:18,18 57:17
saying 36:10
    52:11 53:3
    56:3,22 57:11
    58:14
says 35:13
scan 48:4
scanners 42:24
scavenging
    20:10
schematic 25:10
school 38:20
    63:7
science 17:10
scores 37:5
screen 7:12,13
    7:17,18 33:16
screwed 39:1
scroll 6:23,24
scrounged 53:3
Seattle 9:1
second 3:4 10:17
    13:10 26:7
    53:18
secondary 24:13
secure 45:25
    50:5
SECURITIES
    1:1
security 48:3
    50:3
see 3:15 5:12
    6:21 7:12
    10:12,13 11:12
    15:23 17:2
    19:18,21 20:22
    23:1,5,9,11,12
    25:10 27:2
    28:23 29:4
    31:6 32:7
    33:15,16,16

34:2 35:22
36:21 37:13
39:18,19 42:12
46:19 47:19
48:11 58:1
63:25
seeing 7:18
    11:18 22:5,8
    22:12,12 43:2
    43:2 44:15,23
    45:16
seen 2:14 4:25
    44:7 45:21
    57:24 58:20
    59:14
self-regulated
    21:11,14 22:12
self-regulation
    21:7
sell 56:8,18,23
selling 36:16
    47:15 54:12
    57:19
send 37:8 46:17
    48:25
sending 48:24
senior 5:23
sense 43:25
    50:24
sent 11:19
separate 60:16
septic 58:17,18
    58:22
Services 1:24
set 7:14 11:3
    13:12 21:14
setting 11:11
    13:22 34:11
settings 13:20
    32:24,25
seven 5:12 9:22
    55:19,23
severity 24:4
shape 28:1
share 7:13
shares 56:8,8
Sheen 2:9
sheer 19:4
shelf 63:17

shift 46:19
short 7:3 8:19
    8:19 56:18
short-term 55:7
show 7:12,13
    15:20 19:21
    44:20 58:7
showed 26:3
showing 2:2
    36:4
shown 11:8
    37:20
shows 23:6 24:1
    44:21
side 5:9 8:10
    30:20
significance
    25:21
significant 12:3
    18:15 21:16,19
    22:15,19 23:2
    26:25 29:10
similar 4:13
    43:13 44:3
    49:13
Simultaneous
    34:25 37:24
    50:10,18 55:10
    59:9 60:6,9
    62:13,17
simultaneously
    16:25
Singh 8:2
single 23:5,7
    26:3,5 47:20
    53:8,9,9,22
    55:19 63:2,17
sit 29:13 32:7
    62:22
sitting 2:6 57:16
six 5:12 9:22
    54:17 57:8
    59:23 61:1,9
size 10:14 12:3
skip 17:13
SL-02891-A 1:4
slew 9:23
slide 7:14 29:12
    29:15 34:2

slides 17:16
slight 14:11
slow 33:5
slug 35:23
small 3:2 5:21
    12:3
smaller 44:4
smart 39:21
Smith 58:8
SMPP 11:14
snapshot 23:3
social 64:11
Society 17:2
software 38:25
    42:25 43:1
    48:13 54:1,6
solar 44:25
sold 5:11 9:9
    30:13 39:5
    53:12
somebody 14:6
    14:7 50:13
    52:7
someone's 46:22
soon 3:14 13:3
    55:15 56:24
    61:2
sort 13:5 25:6
    29:15 39:16
    40:5 43:11,20
    58:11,23 62:8
space 4:7,9
    39:11 42:3
    63:17
span 17:7
speak 8:6 26:13
    32:19
SPEAKER 2:2
    4:20,22 6:18
    6:21,23 7:1
    25:18,23 27:3
    30:8,24 31:2
    32:10,19 33:12
    33:23 34:4,6
    34:13,15,22
    36:6,8,24 38:1
    44:1 48:11,19
    48:20,21,22
    49:3,4,6,7,10

49:11,14,15,17
49:24 50:5,7,9
50:11,19,21,24
50:25 51:3
55:11,25 56:1
56:3,6 57:1,2,4
57:13 59:7,16
59:18,19,24,25
60:1,2,7,10,13
60:18,20,24
61:19,22,25
62:4,10,11,12
62:14,18 64:2
64:9
speaking 17:13
    34:25 37:24
    50:10,18 55:10
    59:9 60:6,9
    62:13,17
specific 2:8 22:6
    39:25 54:1,1
specifically
    24:17
spend 10:22
spinning 51:16
    60:5
spoke 38:10
spread 4:5
Squad 62:20
squares 4:25 5:3
Squid 44:20,20
stable 42:4
    45:21
Stacey 6:1,18,19
    6:19,21 7:1,11
    10:18 17:15
    26:10 27:17
Stacy 5:5 27:8
staff 52:21
stage 3:12,13
    4:14 29:22
stages 4:13 8:22
stand-alone
    33:19
standalone 11:3
    11:12
standing 4:13
    52:25
stannic 9:20

10:7
**start** 3:6 16:3
    39:9 47:23,24
    48:21 50:22
    53:15 54:8,9
    55:16 59:3,4
    61:12
**started** 38:19,20
    38:22 39:10,13
    39:21 42:20
    43:11
**starting** 26:4
    47:22 51:22
    53:20
**starts** 54:9
**startup** 7:8
**States** 1:1 12:21
    40:9,12 63:11
    63:17,18 64:7
**statistical** 26:25
    27:4
**statistically** 12:3
    16:7 21:16,18
    22:15,19 23:1
    27:8
**statistics** 25:11
**stature** 35:9
**statute** 37:18
**stay** 12:2 24:8
    62:2
**staying** 18:5
**steady** 41:10
**stick** 62:22
**Stockridge**
    26:17
**stocks** 44:24
**Stonebanks**
    4:23 5:4,9 7:11
    7:16 15:19
    25:1,22,25
    27:15 29:11
    30:9 31:1,5
    32:11,21 33:15
    33:25 34:5,12
    34:14,21,24
    35:1 36:7,12
    37:2
**stop** 23:25 30:4
**stopped** 18:24

19:1
**store** 63:17
**stores** 63:16
**story** 2:25 5:21
    8:1 14:5 37:23
    39:24
**strategy** 11:24
    32:1 33:9
**Street** 2:9
**stress** 19:4,7
**strictly** 30:12
**stroke** 18:7
**strong** 13:14
    14:1 15:15
**struggling** 56:15
**stuck** 2:8
**studied** 58:21
    59:1
**studies** 9:23,24
    11:7 21:9,10
    21:12 22:10
    29:3 63:23
**study** 12:3 17:4
    18:22 19:21
    23:15,24 25:13
    26:3,3,4,8,16
    26:20 27:8,9
    33:3,7
**studying** 27:18
    58:6
**stuff** 39:6 40:14
    43:8 44:13
    49:23 50:16
    59:13,14 62:7
**SUBJECT** 1:7
**submitting**
    63:23
**subsequent**
    20:24
**success** 24:11
**successful** 6:7
    8:4 9:9,23 25:5
    29:9
**sucrose** 9:20
    10:7 11:5
**sufficiently** 33:8
**summary** 15:17
    26:8 29:15
**super** 2:4 8:14

39:20 52:4
**supply** 54:25
**support** 2:3
**supportive** 27:1
**supposed** 43:2
    45:24
**sure** 8:12 25:13
    25:25 27:17
    33:16 34:5
    36:7 56:20
    61:15
**surgeon** 32:16
    35:10,11,12,15
    37:6 38:17,17
    38:18
**surgeons** 28:8
    31:24 37:5,13
    59:13
**surgeries** 17:21
    17:22 27:23,25
    28:12
**surgery** 10:9,9
    10:10 12:21
    13:19,20 16:3
    17:6,17,19,20
    18:1,16,21,25
    21:15,16 22:22
    23:19,19,21
    28:2 32:13
    37:12 57:19
    58:5,7,15,16
    58:17,22
**surgical** 13:21
    17:24 29:3
    32:23
**surrounds** 12:7
**suspects** 22:23
**swab** 63:2
**swap** 61:7,7,13
    61:16,22,23
**sweet** 7:3 8:19
**system** 17:20
    18:15 20:16,19
    20:23 23:21
    28:15 31:14,23
    43:20 54:24
**systems** 19:11
    21:23 22:1
    29:6

**T**

**T** 35:14,23
**take** 3:20 5:7
    6:11,14 15:6
    15:16 17:21,23
    30:13,14 31:5
    39:18 46:23,24
    48:3 51:11
    53:1,5 54:13
    54:19,23,24
    58:10,14
**takes** 14:24
    19:25
**talk** 15:18 25:15
    31:8 38:11
    39:22 42:17
    47:11 61:23
**talked** 58:5
    59:19 61:6
**talking** 10:23
    39:25 41:25
    42:5,20 43:11
    46:2 51:9
    59:15
**target** 22:13
    25:6 26:15,15
**targeted** 15:5
**targeting** 15:3
**targets** 23:10
**teaching** 2:7
**team** 2:24 5:13
    7:19 9:6 17:9
    41:15 52:25
    53:15
**Technical** 8:10
**technology**
    42:24
**telemedicine**
    43:5
**tell** 2:20,25 3:4
    29:18 30:2,14
    36:14 45:12
    53:10 56:14
**tells** 62:23
**ten** 40:11
**tends** 33:5
**terms** 12:19
    19:14 25:22
    29:15 33:9

35:9
**test** 30:23 43:4,4
    57:18 62:21,23
    63:1 64:4,6
**testing** 6:13 9:25
    43:3 63:20,20
**tetrahydrocur...**
    12:8
**Texas** 52:23
    53:15 57:17
**thank** 2:2 3:18
    3:22 4:18 6:2
    6:16 27:15
    29:11 30:4
    34:4 64:12
**thanks** 4:23 6:3
    7:11 14:9
    15:19 36:6
**Therapeutics**
    9:11
**thing** 2:4 22:6
    40:3 41:3 42:6
    42:7 50:11,25
    61:6 62:25
**things** 2:7,12
    8:11 9:4 18:20
    28:17 40:19
    41:1,3,6,24
    42:5,22,24
    43:4,14 57:14
    59:11 61:4
**think** 3:6 4:25
    7:21 8:12 9:4
    12:10,20 14:3
    14:3 19:22
    27:21 28:22
    29:3,12 30:4
    31:21 37:17,22
    39:23 40:5,12
    40:14 41:1,12
    41:12 43:21
    49:8 51:11
    52:17,17 56:21
    57:13,21 59:21
    60:24 61:1,4
    61:15,24 62:4
    62:6
**thinking** 18:12
    39:13 40:22

Page 79

**third** 6:8 28:25
**Thirty** 55:25
**thoracic** 13:21
    16:3 17:6
    35:10 58:15,22
**thought** 40:23
    46:11 57:9
**thousand** 31:17
    51:10
**thousands** 31:10
**thread** 5:12
**three** 3:12,13
    6:11 13:2,12
    14:15,25 15:7
    15:14 16:4
    17:4,16 23:14
    23:15 25:12
    26:4 27:2,11
    29:9,23 33:3,7
    36:3 60:25
**three-phase**
    9:24
**threshold** 27:7
**thresholds** 28:17
**throw** 12:16
    14:3
**Thursday** 58:8
**tight-knit** 3:2
**time** 3:20 5:1 7:7
    8:18 10:9,22
    19:14,15 21:17
    21:20,20 23:19
    24:16 38:22
    41:22 42:10
    44:10 46:16
    60:18
**timeline** 32:4
**times** 18:19
    59:21
**today** 4:4 7:10
    7:20 13:17
    15:4,18 29:7
    29:21 32:8
    34:7 36:4 51:3
**token** 38:4,12
    40:2,14,18,19
    42:21 44:20
    46:5 50:14
    51:19 53:10,17

53:22 54:10,24
    55:1,18,19,21
    55:22 59:17,19
    60:15,16,16
**tokenization**
    39:15,19,21,23
    42:15
**tokenize** 40:9,11
    43:17,18 44:6
    44:16,25 45:16
    51:1,16 52:24
**tokenizing** 42:19
    43:6,10 44:24
**tokenomics**
    49:19,21,23
    60:17
**tokens** 42:17
    44:18 48:14
    53:8,22 54:4
    54:20 55:4,6
    55:14
**told** 21:12
**tolerable** 34:9
**tonight** 5:5 9:8
**tool** 28:11
**tools** 37:19
**top** 10:1 15:25
    31:23 32:23
    35:8,19 40:11
    60:3
**total** 17:23
**totally** 47:4
**totem** 35:9
**touch** 13:17
**tour** 5:7
**toy** 11:22
**track** 13:5 16:22
    50:13,14,16,20
    52:15
**tracked** 13:1
    29:23 50:4
**traditional**
    45:14 49:23
**trailer** 45:4
**trained** 7:6
    38:17
**training** 8:3
**Transcriber**
    65:10

**TRANSCRIB...**
    65:1
**transcript** 65:4
**transcription**
    1:13 65:5
**transformed**
    12:20,20
**transfusions**
    20:2
**translates** 22:7
**translational** 9:1
**translations**
    22:8
**transparent**
    61:3,8
**transplant** 32:24
    32:24
**transplants**
    13:22
**transport** 43:7
**trauma** 38:17
**traumatic** 58:13
    58:17,23
**treated** 21:13
**treatment** 31:9
**tremendous** 3:6
**trend** 23:5 44:11
**trends** 23:12
**trial** 13:12 15:25
    16:5 26:6,6
**tried** 38:23,25
    64:6
**troponin** 20:3
    22:3,4
**true** 64:6 65:4
**truly** 12:20
**truthful** 61:11
**try** 7:2 8:19 60:1
    61:24 62:2
**trying** 2:11 14:9
    53:16
**turn** 4:17 52:14
**TV** 44:20
**twice** 12:11
    16:25
**two** 5:1 9:21,21
    10:1,4,10,12
    10:14 11:3,17
    13:4,10,10,11

15:23,24 16:11
    16:24 17:4,7
    23:16,18 25:9
    26:6,25 27:9
    31:12 32:12
    33:18 35:17
    36:3 37:5 61:1
**type** 26:23 30:11
    46:6 55:13
    58:5 59:5 60:7
    62:3 64:6
**typed** 48:5
**types** 31:17
    44:10 63:9
**typical** 26:8
**typically** 33:5
    36:19

――――――――
        **U**
――――――――
**U.S** 13:7 17:25
    27:19
**ultimate** 32:2
**undergo** 22:22
**undergoing** 10:8
    18:1,16,21
    21:15
**underlying**
    44:23
**understand**
    13:17 25:3
    41:25 53:19,23
**understands**
    49:18
**underwent**
    21:15
**unfortunately**
    39:3
**unheard** 17:8
**unique** 12:25
    20:6
**United** 1:1 12:21
    40:9,12 63:11
    63:16,18 64:7
**unlock** 15:7
**unusual** 32:16
**up-** 23:20
**urgent** 42:22
**USDC** 45:21,22
**USDP** 45:21

**use** 12:18 25:23
    26:19 28:21
    32:17 37:22,22
    63:8
**useful** 10:21
**utility** 29:4
    33:20 44:22
    59:17,19

――――――――
        **V**
――――――――
**validated** 27:8
**valuable** 29:6
**valuation** 9:18
    15:9
**value** 15:4,7
    25:7,11,20,21
    25:23 26:2,5
    26:15,25 27:3
    27:5,9,13,21
    28:3,5,6,20
    29:10,22 31:11
    33:20 44:22
    51:19 54:22
    55:6
**valve** 10:9 13:19
    17:21,23 18:18
    28:2
**variety** 10:16
**various** 19:9,18
    19:19 20:7
    21:6,7 24:3,11
**vasoplegia** 20:1
**vehicle** 52:10
**vehicles** 45:14
**ventilator** 19:15
    21:20 24:16
**versions** 9:21
**versus** 25:6
    49:23
**vice** 5:6
**vision** 4:5
**volatile** 45:20
**volunteers** 22:11
**VP** 7:3

――――――――
        **W**
――――――――
**Wall** 2:9
**want** 3:25 6:24
    7:12,18 10:22
    10:24 16:16

20:16 21:22
25:16 26:14
27:15 29:14
36:13 38:9,11
40:1,17 42:8
46:9,9,13,15
47:13 48:3,7
50:9 52:2 55:8
61:3,3,11,11
61:15 62:10
**wanted** 14:23
25:20
**wants** 35:11,11
35:12,16
**wasn't** 39:17
57:14
**watching** 5:2
44:5
**way** 10:20,20
12:21 15:21
16:23 21:2
27:4 31:15
32:7 35:15
52:4 54:10
56:9
**ways** 19:19
21:22
**we'll** 10:17
15:15 16:7
17:13 19:22
23:17 24:5,20
32:4,4,5 36:20
58:10 61:23,23
**we're** 2:4 4:10
5:7 10:2,20,25
11:22 12:9,17
14:20 15:17,18
15:22,23 16:3
16:14 22:8,12
23:1,13,16
26:4,15 27:12
27:18,20 29:8
29:15,16 30:2
31:18,19,20,25
32:1 33:10,19
34:14 35:2
38:3 39:22
40:1 41:3 42:8
42:11 44:15

45:1,24,24
46:20,20,20
47:15,15,16
48:5 49:5 51:4
51:9,22,23,23
52:1,13 53:14
53:16,20 54:7
54:13,13,14,19
54:21,23 56:15
56:16,21,21,24
61:2
**we've** 6:9 11:7,8
13:3 14:22,25
15:3 19:20
31:11 40:3
41:21 42:2
45:21 49:19
60:22
**Web** 2:3,15 3:5
3:8,11,14 4:4
4:10,20,24
5:10,11 8:4,6
8:12 9:2,12,14
9:16,17,25
10:4,5,12,14
10:20 11:15,20
11:23,23,24
12:5,6,12,14
12:15 13:5,9
13:15,18,21
14:14,16,21,22
15:2,5,11 16:9
16:10,13,13,14
17:5,8,13,16
17:20,21,22,23
17:24 18:6,9
18:22,22,23
19:3,7,7,8,11
19:16,18,23
20:2,3,4,13,13
20:15,18,20,23
20:25 21:5,7
22:20 23:3,23
24:5,9,14,16
24:17,19,19,23
25:4,16 26:12
26:18,19 27:3
27:4,5,9,11,13
27:14,16

**WebEx** 5:16,16
5:17 6:6,10,18
6:19 7:4,5,6,6
7:7,9,10,12
27:19,21 28:20
28:21 29:1,2
29:13 30:8,12
30:14,15,16,21
30:25 31:3,3,4
31:6,7,13,18
32:8,9,10,20
32:24 33:13,21
34:6,8,18 35:1
35:7,13,19,24
36:4,19,22
37:3,11,12
38:3,12,19,20
38:23 39:4,5
40:6,12,14,22
40:24 41:3,5,7
41:11,11,18
42:1,6,8,14
43:4,21 44:6
44:12 45:6,7
45:18,19,21,25
46:2,14 47:11
48:1,2,4,5,12
48:23 49:3,6
49:10,14,18,21
49:24 50:2,7,8
50:19,21 51:2
51:12 52:3,6,7
53:4,11,12,21
53:25 54:2,3,8
54:10,15,17,18
54:20,21 55:2
55:3,4,8,12,15
55:18 56:2,4,7
56:8,10,10,11
56:12,15,16,17
56:22 57:1,3,6
57:16,19 58:9
58:24 59:8,8
59:20 60:4,8
60:15,15,18,19
60:20,21,22
61:5,18,19,21
62:15,23 63:3
63:8,9,13,14

63:25 64:1,3
**website** 37:10,12
39:5
**week** 48:8
**weeks** 10:4,4
13:2,4 16:2
**weight** 11:5
**went** 30:18
39:13 48:12
**wheels** 51:15
60:5
**who've** 9:9
**wife** 2:6
**win** 16:21 25:3
26:2,21
**winning** 2:17
25:5
**wire** 46:13
**wires** 48:6,7
**woman** 4:2
**wondering**
61:17
**word** 56:21
**words** 25:14
**work** 6:6 8:9,23
9:3 12:4 13:6
16:22 17:9
32:8 37:3
45:12 46:9
53:1
**worked** 45:4
**worker** 44:2
**working** 10:18
10:20 19:12
27:20 32:1
37:23 38:19
43:19
**works** 10:16,20
48:14 56:23
59:4
**world** 3:16 8:24
39:7,15,20
**worldwide**
12:22
**worried** 63:6
**worth** 50:1
**wow** 39:14
**writing** 48:13
**wrong** 57:19

**X**

**X's** 3:7
**X-ray** 42:23
**X-rays** 42:23
**Xavier** 8:24

**Y**

**y'all** 3:22
**yeah** 3:13 26:14
30:9 31:1,1,5,6
33:15 34:12,14
34:21,24,24
35:1 36:12
43:24 49:24
50:11 56:6
57:23 58:25
59:14,25 60:2
61:12,22 62:12
64:2
**year** 5:10 6:9
12:13 17:22
44:4,7 47:23
48:16 54:20
57:21 58:19
59:23 60:11
61:1
**years** 5:12,15,18
6:5 9:14,22
11:18 15:8
30:12 34:9
38:18,18 40:23
41:16,24 42:10
42:10,10 52:21
53:12,12 55:9
55:19,24 60:21
64:5

**Z**

**Zeneca** 9:13
**zero** 47:22
**Zoom** 4:25 6:24
**ZS** 9:12

**0**

**001** 55:18
**01** 26:16
**05** 26:15
**07** 9:12

**1**

**1** 1:8 2:2 33:12
  33:23 34:4
  38:1 64:9
**1,000** 47:16
  51:22
**10** 31:2 32:19
  34:8 38:18
  49:8 52:18
  53:5 57:7
**10,000** 17:21
  28:23 31:9,19
  34:17,19 36:1
  36:16 49:9
  57:12 63:16
**100** 15:3 54:4
**100,000** 51:6
**11** 34:6,13,15,22
  36:6 38:23
**12** 36:8 38:23
**1250** 50:15
**13** 36:24
**132-patient**
  15:24
**14** 44:1
**140** 15:9
**15** 15:6 34:9
  48:11,20,22
  49:4 50:21
  51:3 52:18
  55:11 56:1,6
  57:2,13 59:18
  60:7,13,20,24
  61:19,22 62:4
  62:14
**15,000** 31:13,20
**1500** 49:8
**16** 48:19
**17** 48:21 49:3,6
  49:7,11,15
**18** 5:20 49:10
**19** 49:14
**190** 15:10
**1999** 38:20
  39:16
**1st** 49:2 50:15
  51:25

**2**

**2** 4:20,22 62:11
  62:18 64:2
**2.2** 56:20 58:18
**2.3** 9:12
**2.5** 54:18
**2.7** 9:13 21:18
**20** 6:5 8:16,17
  8:17 13:16
  41:16,24 42:10
  49:17 50:7
**200** 23:24
**200,000** 54:4,5,5
**2004/2006** 38:20
**2012** 38:23
**2016** 8:23
**2018** 39:8
**202** 1:25
**2026** 32:5
**21** 49:24
**210** 16:8
**22** 50:5 55:9
**220** 16:6
**23** 50:9
**24** 10:10 32:13
  50:11
**25** 8:17 24:17
  53:3,5,5
**250,000** 54:21
**2500** 49:9 52:1,2
**26** 50:19,24
**27** 50:25
**28** 55:25
**29** 56:3 57:1,4

**3**

**3** 12:7
**30** 8:17 18:8
  42:10 55:22
  64:5
**30-day** 22:15
  24:6 28:18
**31** 59:7
**32** 59:16
**33** 59:19,25 60:2
  60:10
**34** 59:24 60:1,18
**35** 61:25
**350** 23:17
**350-patient** 16:5
**36** 17:25 34:17

  34:19 62:10,12
**37** 57:4,8

**4**

**4** 6:18,21
**40** 13:16 31:17
  42:10 45:22
**401(k)** 46:22
**42-patient** 11:19
**450,000** 57:20
  58:14
**453522** 65:7
**467-9200** 1:25
**48** 10:10 32:13

**5**

**5** 7:1
**5,000** 47:16,17
**50** 11:8 15:10
**500,000** 51:6

**6**

**6** 25:18,23
**60** 11:8 23:22
  31:17
**65** 1:8
**66** 65:4

**7**

**7** 27:3 54:22,23
**70** 12:2 18:2
**75** 15:3

**8**

**8** 30:8
**80** 14:13 36:18
  40:23

**9**

**9** 12:7 30:24
  32:10
**90** 36:18
**90-day** 10:3
**95** 44:18