# Exhibit 35

Lazy Magnolia Brewing Company, LLC

| User Actions |
| --- |

[View Filed Documents](#)     [Opt-in or Opt-out of Email updates](#)     [Print Business Details](#)

**Name History**

| **Name** | **Name Type** |
| --- | --- |
| Lazy Magnolia Brewing Company, LLC | Legal |

**Business Information**

| | |
| --- | --- |
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 855410 |
| **Status:** | Good Standing |
| **Effective Date:** | 05/13/2004 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 7030 ROSCOE TURNER ROAD |
| | KILN,  MS 39556 |

**Registered Agent**

**Name**
[REGISTERED AGENTS INC](#)
270 TRACE COLONY PARK STE B
RIDGELAND,  MS 39157

**Officers & Directors**

| **Name** | **Title** |
| --- | --- |
| [Jason  Anderson](#) | Manager |
| 7030 Roscoe-Turner Road | |
| KILN,  MS 39556 | |

**F0108**

**Fee: $**



**2023205782**

Business ID: 855410
Filed: 04/05/2023 12:19 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2023  LLC Annual Report

## Business Information

*Business ID:*  855410

*State of Incorporation:*  MS

*Phone:* (***)***-****

*FEIN:* **-*******

*Business Name:*  Lazy Magnolia Brewing Company, LLC

*Business Email:*  emily.eads@lazymagnolia.com

*Principal Address:*  7030 ROSCOE TURNER ROAD
KILN, MS 39556

## Registered Agent

*Name:*  REGISTERED AGENTS INC

*Address:*  270 TRACE COLONY PARK STE B
RIDGELAND, MS 39157

## Managers and Members

## Managers

| *Name:* | *Address:* |
|---|---|
| Jason Anderson<br>*Manager* | 7030 Roscoe-Turner Road<br>KILN, MS 39556 |

## Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

312120 - Breweries

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/05/2023*.

*Name:*                                   *Address:*

Jason Anderson                     7030 Roscoe Turner Rd
*Other*                                   Kiln, MS 39556

## Officers List

*Name:*

Jason Anderson
*Manager*

*Address:*

7030 Roscoe-Turner Road
KILN, MS 39556

# Exhibit 36

Lazy Magnolia Brewing Company, LLC

## User Actions

[View Filed Documents](#)   [Opt-in or Opt-out of Email updates](#)   [Print Business Details](#)

### Name History

| **Name** | **Name Type** |
|---|---|
| Lazy Magnolia Brewing Company, LLC | Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 855410 |
| **Status:** | Good Standing |
| **Effective Date:** | 05/13/2004 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 7030 ROSCOE TURNER ROAD KILN,  MS 39556 |

### Registered Agent

**Name**
REGISTERED AGENTS INC
270 TRACE COLONY PARK STE B
RIDGELAND,  MS 39157

### Officers & Directors

| **Name** | **Title** |
|---|---|
| Jason  Anderson 7030 Roscoe-Turner Road KILN,  MS 39556 | Manager |

**F0108**
**Fee: $**



**2023205782**

Business ID: 855410
Filed: 04/05/2023 12:19 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2023 LLC Annual Report

## Business Information

*Business ID:* 855410

*Business Name:* Lazy Magnolia Brewing Company, LLC

*State of Incorporation:* MS

*Business Email:* emily.eads@lazymagnolia.com

*Phone:* (***)***-****

*FEIN:* **-*******

*Principal Address:* 7030 ROSCOE TURNER ROAD
KILN, MS 39556

## Registered Agent

*Name:* REGISTERED AGENTS INC

*Address:* 270 TRACE COLONY PARK STE B
RIDGELAND, MS 39157

## Managers and Members

## Managers

| *Name:* | *Address:* |
|---|---|
| Jason Anderson | 7030 Roscoe-Turner Road |
| *Manager* | KILN, MS 39556 |

## Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

312120 - Breweries

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/05/2023*.

| *Name:* | *Address:* |
| --- | --- |
| Jason Anderson | 7030 Roscoe Turner Rd |
| *Other* | Kiln, MS 39556 |

## <u>Officers List</u>

*Name:*                                      *Address:*

Jason Anderson                               7030 Roscoe-Turner Road
*Manager*                                     KILN, MS 39556

# Exhibit 37

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

WESTERN OIL EXPLORATION COMPANY

**Entity Number:**

E0373842018-4

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

08/08/2018

**NV Business ID:**

NV20181564479

**Termination Date:**

Perpetual

**Annual Report Due Date:**

8/31/2023

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NORTHWEST REGISTERED AGENT, LLC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20081382859

**Office or Position:**

**Jurisdiction:**

WYOMING

**Street Address:**

401 RYLAND ST STE 200-A, Reno, NV, 89502, USA

**Mailing Address:**

**Individual with Authority to Act:**

Tom Glover

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Secretary | Randi Miller | 848 Rainbow Blvd. Suite 2818, Las Vegas, NV, 89107, USA | 01/10/2023 | Active |
| President | James Franklin | 848 Rainbow Blvd. Suite 2818, Las Vegas, NV, 89107, USA | 08/31/2021 | Active |
| Treasurer | Alberto Vasquez | 848 N. Rainbow Blvd. Suite 2818 , Las Vegas, NV, 89107, USA | 08/31/2021 | Active |
| Director | James Franklin | 848 N. Rainbow Blvd., Suite 2818 , Las Vegas, NV, 89107, USA | 08/31/2021 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 50,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**50,000**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# Exhibit 38

File Number: 11426908

# LLC

# Certificate of Organization
## OF
## iX Global LLC

**The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.**

## Article I
**The name of the limited liability company is to be** iX Global LLC

## Article II
**The purpose or purposes for which the company is organized is to engage in:**
iX Gloabl will be used to manage and operate all expanding or developing markets in where iX Global will operate.

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

## Article III
**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
Joseph Anthony Martinez
769 S Tanglewood Loop
North Salt Lake, UT, 84054

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 22, August 2019 in the office of the Division and hereby issues this Certification thereof.

JASON STERZER
Division Director

# Article IV

*Name, Street address & Signature of all members/managers*
Member #1
PREMIER EXPANSION L.L.C.
769 S Tanglewood Loop
North Salt Lake, UT 84054
PREMIER EXPANSION L.L.C.
Signature

**DATED** 22  August, 2019.

# Article V

Management statement
This limited liability company will be managed by its Members

# Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

## Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

## Article VI.2

A copy of the stamped certificate of Organization
and all  *certificates of amendments thereto.*

## Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

## Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.

# Article VII

**The street address of the principal place of business is:**

173 Bountiful Blvd
Bountiful, UT 84010

# Article VIII

**The duration of the company shall be**  perpetual

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

## IX GLOBAL LLC

Update this Business

**Entity Number:** 11426908-0160
**Company Type:** LLC - Domestic
**Address:** 769 TANGLEWOOD LOOP NORTH SALT LAKE, UT 84054
**State of Origin:**
**Registered Agent:** Joseph Anthony Martinez
**Registered Agent Address:**
769 S Tanglewood Loop
North Salt Lake, UT 84054

View Management Team

Status: Active

Purchase Certificate of Existence

**Status:** Active ● *as of 09/21/2020*
**Renew By:** 08/31/2023
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent
renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 08/22/2019
**Last Renewed:** 06/17/2022

Additional Information

**NAICS Code:** 5511 **NAICS Title:** 5511-Management of Companies and Enterpr

<< Back to Search Results

Business Name:



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*



Business Name: IX GLOBAL LLC

Entity number: 11426908-0160

Date of Filing: 09/20/2020

Principal Office Address:
**Street** ...........................769 Tanglewood Loop
**City** ..............................North Salt Lake
**State** ............................UT
**Zip** ...............................84054
**Country** .......................United States

Joseph Martinez, 09/20/2020

Underr GRAMA {63-2-201}, all registration information maintained by the Division is
classified as public record. For confidentiality purposes, the business entity physical
address may be provided rather than the residential or private address of any individual
affiliated with the entity.

# Exhibit 39

File Number: 13006898

# LLC

# Certificate of Organization
## OF
## B & B Investment Group, LLC

**The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.**

## Article I
**The name of the limited liability company is to be** B & B Investment Group, LLC

## Article II
**The purpose or purposes for which the company is organized is to engage in:**
Sales Management

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

## Article III
**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
Ben Frank Daniels
652 W Rachelle Park CV
South Jordan, UT, 84095

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 26, August 2022 in the office of the Division and hereby issues this Certification thereof.

*L. Veillette*

Leigh Veillette
Division Director

## Article IV

*Name, Street address & Signature of all members/managers*

Member #1
Ben Frank Daniels
652 W Rachelle Park CV
South Jordan, UT 84095
Ben Frank Daniels
Signature

Member #2
William Scott Beach
9103 S Hidden Peak Dr
West Jordan, UT 84088
William Scott Beach
Signature

**DATED** 26  August, 2022.

## Article V

Management statement
This limited liability company will be managed by its Members

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

### Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

### Article VI.2

A copy of the stamped certificate of Organization
and all  *certificates of amendments thereto.*

### Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

### Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**

652 W Rachelle Park CV
South Jordan, UT 84095

## Article VIII

**The duration of the company shall be** perpetual

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# B & B INVESTMENT GROUP, LLC

Update this Business

**Entity Number:** 13006898-0160
**Company Type:** LLC - Domestic
**Address:** 652 W Rachelle Park CV South Jordan, UT 84095
**State of Origin:**
**Registered Agent:** Ben Frank Daniels
**Registered Agent Address:**
652 W Rachelle Park CV
South Jordan, UT 84095

Status: Active

View Management Team

Purchase Certificate of Existence

**Status:** Active 🟢 *as of 08/26/2022*
**Renew By:** 08/31/2023
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent
renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 08/26/2022
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 5511 **NAICS Title:** 5511-Management of Companies and Enterpr

Doing Business As

CORE 1 CRYPTO

<< Back to Search Results

Business Name:



File Number: 13051935

## State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

# Business Name Registration / DBA Application

Requested Business Name: **CORE 1 CRYPTO**
Entity Number: 13051935
Application Date: 09/27/2022
Approved Date: 09/27/2022
Expiration Date: 09/27/2025
Filer Electronic Signature: Benjamin Daniels

Business Information
Purpose: Other Schools and Instruction
Address: 652 W Rachelle Park CV
　South Jordan, UT 84095
Female Owned: No
Minority Owned: No

Registered Agent
Name: B & B INVESTMENT GROUP, LLC
Type: Regular
Address: 652 W Rachelle Park CV
　South Jordan, UT 84095

Applicant / Owner(s):
Name: B & B INVESTMENT GROUP, LLC
Entity Number: 13006898-0160
Address: 652 W Rachelle Park CV
　South Jordan, UT 84095



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and
approved on 27, September 2022 in the office of the
Division and hereby issues this Certification thereof.

*L. Veillette*

Leigh Veillette
Division Director

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 40



Date:            06/07/2017
Receipt Number: 6910478
Amount Paid:     $75.00



This form cannot be hand written.

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Certificate of Organization (Limited Liability Company)**

## RECEIVED

### JUN 0 7 2017

Utah Div. of Corp. & Comm. Code

Important:  Read instructions before completing form          Non-Refundable Processing Fee: $70.00

| | |
|---|---|
| 1. Name of Limited Liability Company: | BW Holdings, LLC |

**2. Principal office address:**
Street Address Required
PO Box can be listed after Street Address

| Address | City | State | Zip |
|---|---|---|---|
| 4465 S. Mathews Way | Salt Lake City | UT | 84124 |

**3. The name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent):**
United States Corporation Agents, Inc.

*The address must be listed if you have a non-commercial registered agent.  See instructions for further details.*

Address of the Registered Agent: 299 S. Main Street, Suite 1300
Utah Street Address Required. PO Boxes can be listed after the Street Address

City: Salt Lake City                                             State UT        Zip: 84111

**4. Signature of Organizer**

Signature:                                          Cheyenne Moseley, Assistant Secretary

| | | | | |
|---|---|---|---|---|
| **5. Name and Address of Members and/or Managers (optional):** | 1. Alton O. Parker | | Member | |
| | Name | | Position | |
| | 4465 S. Mathews Way | Salt Lake City | UT | 84124 |
| | Address | City | State | Zip |
| | 2. | | | |
| | Name | | Position | |
| | Address | City | State | Zip |

| 6. Duration (optional): | ✓ | The duration of the company shall be perpetual |
|---|---|---|
| | | The duration of the company shall be _____ |

**7. Purpose (optional):** Real Estate - Residential real estate - Renting or leasing property I own

Under GRAMA (63-2-201), all registration information maintained by the Division is classified as public record.  For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Optional Inclusion of Ownership Information:  This information is not required.

| | | |
|---|---|---|
| Is this a female owned business? | ○ Yes | ○ No |
| Is this a minority owned business? | ○ Yes | ○ No    If yes, please specify: Select/Type the race of the owner here |

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this ___ day of ____20__
In this office of this Division and hereby issued
This Certificate thereof.

Examiner _____ Date 6/14/17

Kathy Berg
Kathy Berg
Division Director

JUN 7 '17 PM12:49

03/16

104066800



## State of Utah
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**
This certifies that the Administrative Dissolution has been
revoked and the reinstatement is effective and was approved
on 10/23/2019 in the office of the Division and hereby
issues this Certification thereof.

Jason Sterzer
Division Director

# Summary of Online Changes – REINSTATEMENT



Business Name: BW HOLDINGS, LLC

Entity number: 10406800-0160

Date of Filing: 10/23/2019

Registered Principals:
New Information (added or updated)
**Name** ...........................UNITED STATES CORPORATION AGENTS, INC.
**Position** ......................Registered Agent
**Address** ......................4465 S. Mathews Way
                                Salt Lake City, UT 84124 United States
Old Information (removed or updated)
**Name** ...........................UNITED STATES CORPORATION AGENTS, INC.
**Position** ......................Registered Agent
**Address** ......................299 S MAIN ST STE 1300
                                Salt Lake City, UT 84111

Alton Parker, 10/23/2019

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



**State of Utah**
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**

## *Summary of Online Changes*



Business Name: BW HOLDINGS, LLC

Entity number: 10406800-0160

Date of Filing: 04/15/2021

NAICS – Business Purpose:
**Code** .............................5259
**Description** ................. Other Investment Pools and Funds

Alton Parker, 04/15/2021

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 41

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Apr  3 2022  4:04PM**
**Original ID: 2022-001098848**

# Limited Liability Company
# Articles of Organization

**I.**  **The name of the limited liability company is:**
Archer Drilling, LLC

**II.**  **The name and physical address of the registered agent of the limited liability company is:**
Gene Purdy
1100 Harrison Dr
P o Box 94
pine bluffs, WY 82082

**III.**  **The mailing address of the limited liability company is:**
1100 Harrison Dr.
P.o. Box 94
pine bluffs, wy 82082

**IV.**  **The principal office address of the limited liability company is:**
1100 Harrison Dr.
P.o. Box 94
pine bluffs, wy 82082

**V.**  **The organizer of the limited liability company is:**
James Franklin
1100 Harrison Dr.

**Signature:**  *James Franklin*                        Date:  **04/03/2022**

Print Name:  **James Franklin**

Title:  **Managing director**

Email:  **jfranklin@westernoilx.com**

Daytime Phone #:  **(720) 771-0140**

Page 1 of 4

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:   *James Franklin*          Date: **04/03/2022**

Print Name:   **James Franklin**

Title:   **Managing director**

Email:   **jfranklin@westernoilx.com**

Daytime Phone #:   **(720) 771-0140**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

---

## Consent to Appointment by Registered Agent

      **Gene Purdy**, whose registered office is located at **1100 Harrison Dr, P o Box 94, pine bluffs, WY 82082**, voluntarily consented to serve as the registered agent for **Archer Drilling, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

      I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *James Franklin*                     Date: **04/03/2022**

Print Name: **James Franklin**

Title: **Managing director**

Email: **jfranklin@westernoilx.com**

Daytime Phone #: **(720) 771-0140**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Archer Drilling, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **3rd** day of **April**, **2022** at **4:04 PM.**

Remainder intentionally left blank.



Filed Date: 04/03/2022

Secretary of State

Filed Online By:

James Franklin

on 04/03/2022

**2023**                **Limited Liability Company Annual Report**

Due on or Before:        April 1, 2023
ID:                      2022-001098848
State of Formation:      Wyoming
License Tax Paid:        $60.00
AR Number:               08274759

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Archer Drilling, LLC**

1:  Mailing Address

1100 Harrison Dr.
P.o. Box 94
pine bluffs, wy 82082

<u>*Current Registered Agent:*</u>
Gene Purdy
1100 Harrison Dr
P o Box 94
pine bluffs, WY 82082

2:  Principal Office Address

1100 Harrison Dr.
P.o. Box 94
pine bluffs, wy 82082

Phone: (308) 235-7301
Email: purdyfarms1@gmail.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| gene purdy | gene purdy | March 8, 2023 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet;
2.  Sign and date this form; and
3.  Return both the form and worksheet to the Secretary of State at the address provided above.



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
FILED: 03/09/2023 10:47 AM
Original ID: 2022-001098848
Amendment ID: 2023-004071702

## Update Form

**Name of Entity:** Archer Drilling, LLC

**ID#:** 2022-001098848          *Example: 2000-000123456*

The above entity is requesting an update be made to reflect their most current information:

**Principal Address:**

1812 W Sunset Blvd, Ste 1-345 Saint George, UT 84770-6685

**Mailing Address:**

1812 W Sunset Blvd, Ste 1-345 Saint George, UT 84770-6685

**Phone:** 8019469881

**Fax:**

**Email:** roydog.nelson@gmail.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

**Signature:**          **Date:** Feb 7, 2023

**Printed Name:** Gene Purdy

**Title:** Registered Agent

*Received*
*MAR -9 2023*
*Secretary of State*
*Wyoming*

***Form may be submitted by:***
**Email:** SOSRequest@wyo.gov
**Mail-in:** Refer to address at top of this form.

UpdateForm - Revised June 2021

Business Center

**Online Services**   **Search**

# DETAIL

**RETURN TO YOUR SEARCH**          **FILE YOUR ANNUAL REPORT**

Archer Drilling, LLC

This detail reflects the current data for the filing in the system.

**Print**

**Name**
Archer Drilling, LLC

**Filing ID**
2022-001098848

**Type**
Limited Liability Company - Domestic

**Status**
Active

**Sub Status**
Current

**Initial Filing**
04/03/2022

**Delayed Effective Date**
04/04/2022

**Fictitious Name**

**Standing - Tax**
Good

**Standing - RA**
Good

**Standing - Other**
Good

**Term of Duration**
Perpetual

**Formed In**
Wyoming

**Principal Office**
1812 W Sunset Blvd Ste 1-345
St George, UT 84770-6685
USA

**Mailing Address**
1812 W Sunset Blvd Ste 1-345
St George, UT 84770-6685
USA

| Additional Details |
| --- |

**Registered Agent:**
Gene Purdy
1100 Harrison Dr
P o Box 94
pine bluffs, WY 82082

**Latest AR/Year**
08274759 / 2023

**AR Exempt**
No

**License Tax Paid**
$60.00

| History |
| --- |

**Address Update - 2023-004071702**                          Date: 03/09/2023

## 2023 Original Annual Report - 08274759

Date: 03/08/2023

## Initial Filing - See Filing ID

Date: 04/03/2022 effective 04/04/2(

Public Notes

No Public Notes Found...

Parties

James Franklin (Organizer)

Organization:

Address: 1100 Harrison Dr.

# Exhibit 42

File Number: 10840511

# LLC

# Certificate of Organization
## OF
## Business Funding Solutions, LLC

**The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.**

## Article I
**The name of the limited liability company is to be** Business Funding Solutions, LLC

## Article II
**The purpose or purposes for which the company is organized is to engage in:**
We help startup companies get the financing needed to grow

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

## Article III
**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
Jason R Anderson
1086 E Skyler Dr
Draper, UT, 84020

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 17, May 2018 in the office of the Division and hereby issues this Certification thereof.

*Kathy Berg*

KATHY BERG
Division Director

## Article IV

*Name, Street address & Signature of all members/managers*
Member #1
Jason R Anderson
1086 East Skyler Dr
Draper, UT 84020
Jason R Anderson
Signature


**DATED** 17  May, 2018.


# Article V

Management statement
This limited liability company will be managed by its Members


# Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

## Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

## Article VI.2

A copy of the stamped certificate of Organization
and all  *certificates of amendments thereto.*

## Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

## Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.


# Article VII

**The street address of the principal place of business is:**

3939 South Wasatch Blvd STE 2
Salt Lake, UT 84124


# Article VIII

**The duration of the company shall be**  perpetual

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*



Business Name: BUSINESS FUNDING SOLUTIONS, LLC

Entity number: 10840511-0160

Date of Filing: 08/13/2019

Principal Office Address:
**Street** ........................... 13894 South Bangerter Pkwy Ste. 200
**City** .............................. Draper
**State** ........................... UT
**Zip** .............................. 84020
**Country** ...................... United States

Jason R Anderson, 08/13/2019

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



## State of Utah
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**
This certifies that the Administrative Dissolution has
been revoked and the reinstatement is effective and was
approved on 09/09/2021 in the office of the Division and
hereby issues this Certification thereof.

*L. Veillette*

Leigh Veillette
Division Director

## *Summary of Online Changes - REINSTATEMENT*



Business Name: BUSINESS FUNDING SOLUTIONS, LLC

Entity number: 10840511-0160

Date of Filing: 09/09/2021

Registered Principals:
New Information (added or updated)
**Name** ........................Jason R Anderson
**Position** .................... Registered Agent
**Address** .................... 1086 E Skyler Dr
                                Draper, UT 84020 United States
Old Information (removed or updated)
**Name** ........................Jason R Anderson
**Position** .................... Registered Agent
**Address** .................... 1086 E Skyler Dr
                                Draper, UT 84020
New Information (added or updated)

**Name** ..........................Jason R Anderson
**Position** .................... Member
**Address** .................... 1086 Skyler Dr
                          Draper, UT 84020 United States

Jason Anderson, 09/09/2021

Underr GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 43



**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Foreign Registration Statement (Foreign Limited Liability Company)**

*This form must be type written or computer generated.*



EXPEDITE

RECEIVED
JAN 24 2022
Utah Div. of Corp. & Comm. Code

Important: Read instructions before completing form.                    Non-Refundable Processing Fee: $70.00

| 1. Exact Name of Foreign Limited Liability Company: | BLOX Lending, LLC | | | |
|---|---|---|---|---|
| 2. Jurisdiction of Formation: | Nevada | | | |

3. Principal office address:
Street Address Required

| 13894 S. Bangerter Pkwy Ste 200 | Draper | UT | 84020 |
|---|---|---|---|
| Address | City | State | Zip |

4. The name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent):
Jason Anderson

*The address must be listed if you have a non-commercial registered agent. See instructions for further details.*

Address of the Registered Agent: 13894 S. Bangerter Pkwy Ste 200
Utah Street Address Required. PO Boxes can be listed after the Street Address

City: Draper                                    State: UT    Zip: 84020

5. If the name is not available in Utah the LLC shall use as it's name:
BLOX Lending I, LLC
Must be the same as number (1) unless the name is not available or permitted in Utah.

6. Purpose of the Limited Liability Company:
(optional)

7. Managers/Members of the Limited Liability Company:
(optional)

| Position | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| MANAGER: | Jason Anderson 13894 S. Bangerter Pkwy Ste 200, Draper, UT 84020 | | | | |
| MANAGER: | | | | | |
| MEMBER: | Jason Anderson 13894 S. Bangerter Pkwy Ste 200, Draper, UT 84020 | | | | |
| MEMBER: | | | | | |

Under penalties of perjury, I declare that this application for authority to transact business has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

Authorized Signature: _____         Name & Title: Jason Anderson Member Manager

Under GRAMA {63G-2-301}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Optional Inclusion of Ownership Information: This information is not required.

| Is this a female owned business? | Yes | No | | |
|---|---|---|---|---|
| Is this a minority owned business? | Yes | No | If yes, please specify: | Select/Type the race of the owner here |

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this 27 day of Jan 20 22
In this office of this Division and hereby issued
This Certificate thereof.

JE

Examiner _____    Date 3-10-2022

Leigh Veillette
Division Director

01/14

12670411-0161



# State of Utah
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**

## *Summary of Online Changes*



Business Name: BLOX LENDING, LLC

Entity number: 12745001-0161

Date of Filing: 12/13/2022

Registered Principals:
Old Information (removed or updated)
**Name** .........................JASON ANDERSON
**Position** .................... Manager
**Address** .................... 13894 S BANGERTER PKWY, STE 200
                              Draper, UT 84020

Jason Anderson, 12/13/2022

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 44

File Number: 11708970

# LLC

# Certificate of Organization
# OF
# CalmFritz Holdings, LLC

**The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.**

## Article I
**The name of the limited liability company is to be** CalmFritz Holdings, LLC

## Article II
**The purpose or purposes for which the company is organized is to engage in:**
We are buying homes and leasing them.

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

## Article III
**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
Matthew Dillon Fritzsche
1086 E Skyler Dr
Draper, UT, 84020

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 23, March 2020 in the office of the Division and hereby issues this Certification thereof.

JASON STERZER
Division Director

## Article IV

*Name, Street address & Signature of all members/managers*
Member #1
Chadwick Calmes
10081 Rockview Dr
Sandy, UT 84092
Chadwick Calmes
Signature

Member #2
Matthew Dillon Fritzsche
1086 E Skyler Dr
Draper, UT 84032
Matthew Dillon Fritzsche
Signature

**DATED** 23  March, 2020.

## Article V

Management statement
This limited liability company will be managed by its Members

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

### Article VI.1
A current list in alphabetical order of the full name
and address of each member and each manager.

### Article VI.2
A copy of the stamped certificate of Organization
and all  *certificates of amendments thereto.*

### Article VI.3
Copies of all tax returns and financial statements
of the company for the three most recent years.

### Article VI.4
A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**

1086 E Skyler Dr
Draper, UT 84020

## Article VIII

**The duration of the company shall be** Perpetual

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**



**State of Utah**
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**

# *Summary of Online Changes*



Business Name: CALMFRITZ HOLDINGS, LLC

Entity number: 11708970-0160

Date of Filing: 04/30/2021

Principal Office Address:
**Street** .......................... 10081 Rockview Dr
**City** .............................. Sandy
**State** ........................... UT
**Zip** .............................. 84092
**Country** ...................... United States

Matthew Dillon Fritzsche, 04/30/2021

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 45

File Number: 11858239

**Profit Corporation**

# ARTICLES OF INCORPORATION
## OF
### Calmes & Co, Inc.

**The undersigned persons, acting as incorporators under the Utah Revised Business Corporation Act, adopt the following Articles of Incorporation for such Corporation:**

## Article I
### Corporate Name

**The name of the corporation is** Calmes & Co, Inc.

## Article II
### Purpose

Provide technical, management, process, operations and other consulting for businesses.

**The corporation shall further have unlimited power to engage in and do any lawful act concerning any and all lawful business for which corporations may be organized under the Utah Revised Business Corporation Act and any amendments thereto.**

## Article III
### Capital Stock

| Class of Shares | Number of Shares |
|---|---|
| Common | 100000 |
| Preferred | 0 |

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 17, July 2020 in the office of the Division and hereby issues this Certification thereof.

JASON STERZER
Division Director

## Article IV
## Name and Address of Registered Agent

**The address of the corporation's initial registered office shall be:**

10081 Rockview Drive
Sandy, UT 84092

**The corporation's initial registered agent at such address shall be:**

Kory Ronald Calmes

## Article V
## Names and Addresses of Incorporators

**The name(s) and address(es) of the incorporators are:**

Incorporator #1
Kory Ronald Calmes
10081 Rockview Drive
Sandy, UT 84092
Kory Ronald Calmes
Signature

**In Witness Whereof I / We have executed these Articles of Incorporation on** 17   July,   2020
**and say:**

**That they are all incorporators herein; that they have read the above and foregoing Articles of Incorporation; know the contents thereof and that the same is true to the best of their knowledge and belief, excepting as to matters herein alleged upon information and belief and as to those matters they believe to be true.**

## Article VI
## Names and Addresses of Officers and Directors

**The name(s) and address(es)of each officer and director:**

Officer #1
Kory Ronald Calmes
10081 Rockview Drive
Sandy, UT 84092
Kory Ronald Calmes
Signature

Officer #2
Chadwick Hunsaker Calmes
10081 Rockview Drive
Sandy, UT 84092
Signature

President #1

Kory Ronald Calmes
10081 Rockview Drive
Sandy, UT 84092
Kory Ronald Calmes
Signature

Vice President #1
Chadwick Hunsaker Calmes
10081 Rockview Drive
Sandy, UT 84092
Signature

Secretary #1
Kory Ronald Calmes
10081 Rockview Drive
Sandy, UT 84092
Kory Ronald Calmes
Signature

Director #1
Kory Ronald Calmes
10081 Rockview Drive
Sandy, UT 84092
Kory Ronald Calmes
Signature

Director #2
Chadwick Hunsaker Calmes
10081 Rockview Drive
Sandy, UT 84092
Signature

# Article VII
## Principal Place of Business

**The street address of the principal place of the business is:**

10081 Rockview Drive
Sandy, UT, 84092

# Article VIII

**The duration of the corporation shall be** perpetual

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**



**State of Utah**
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**

## *Summary of Online Changes*



Business Name: CALMES & CO, INC.

Entity number: 11858239-0142

Date of Filing: 05/26/2021

NAICS – Business Purpose:
**Code** ............................5416
**Description** .................. Management, Scientific, and Technical
Consulting Services

Kory Calmes, 05/26/2021

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

# Exhibit 46



AZ Corp. Commission

AZ CORPORATION COMMISSION
FILED

AZ CORPORATION COMMISSION
FILED

JUL 0 1 2015

JUN 2 6 2015

05137354

FILE NO. L-2011288-9

FILE NO. L-2011288 9

AZ CORPORATION COMMISSION
FILED

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## ARTICLES OF ORGANIZATION

JUN 0 8 2015

*Read the Instructions L010i*

FILE NO. L-2011 889

**1.   ENTITY TYPE  – check only one** to indicate the type of entity being formed:

☒ LIMITED LIABILITY COMPANY
(entity name must contain
the words "Limited Liability
Company" or "LLC")

☐ PROFESSIONAL LIMITED LIABILITY COMPANY
(entity name must contain the words
"Professional Limited Liability Company" or
"PLLC")

**2.   ENTITY NAME –** see Instructions L010i for full naming requirements – give the exact name of the LLC:

Flaherty Enterprises, LLC

**3.   PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES –** if and only if professional LLC is
checked in number 1 above, describe the professional services that the professional LLC will provide (*examples:* law
firm, accounting, medical):

**4.   STATUTORY AGENT for service of process –** *see Instructions L010i*

| 4.1   REQUIRED – give the **name** (can be an Arizona resident or an Arizona-registered entity) *and physical or street address* (not a P.O. Box) in Arizona of the statutory agent: | 4.2   OPTIONAL – mailing address in Arizona of Statutory Agent (can be a P.O. Box) |
|---|---|
| Travis Flaherty | AZ CORPORATION COMMISSION FILED |
| Statutory Agent Name | JUN 1 9 2015 |
| Attention (optional) | FILE NO. L-2011288 9 |
| | Attention (optional) |
| Address 1 | Address 1 |
| 23465 S. 202nd Street | |
| Address 2 (optional)      AZ   85142 | Address 2 (optional)      AZ |
| City  Queen Creek   State   Zip | City         State   Zip |

**4.3** REQUIRED– the Statutory Agent Acceptance form M002 must be submitted along with these Articles of Organization.

**5.   ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

**5.1**   Is the Arizona known place of business address the same as the **street address** of the
statutory agent?   ☒ Yes – go to number 6 and continue
☐ No – go to number 5.2 and continue

**5.2**   If you answered **"No"** to number 5.1, give the **physical or street address** (not a P.O.
Box) of the known place of business of the LLC in Arizona:

| Attention (optional) | | |
|---|---|---|
| Address 1 | | |
| Address 2 (optional) | AZ | |
| City Country        U.S.A. | State or Province   Zip | |

**6. DURATION** – if the duration or life period of the LLC is perpetual (forever), then skip this section and continue to number 7 or number 8. Otherwise, check only one box below *and* fill in the corresponding blank:

☐ The LLC's life period will end on this **date**: _____ (enter a date)

☐ The LLC's life period will end upon the occurrence of this event: (describe an event)

_____

_____

## *COMPLETE NUMBER 7 OR NUMBER 8 – NOT BOTH.*

**7. MANAGER-MANAGED LLC** – *see Instructions L010i* – check this box ☐ if management of the LLC will be vested in a manager or managers (meaning one or more managers will run the company) and complete and attach the Manager Structure Attachment form L040. (Both members and managers will be listed on the Manager Structure Attachment.) *The filing will be rejected if it is submitted without the attachment.*

**8. MEMBER-MANAGED LLC** – *see Instructions L010i* – check this box ☑ if management of the LLC will be reserved to the members (meaning all members will run the company together if there is no operating agreement stating otherwise), and complete and attach ONLY the Member Structure Attachment form L041. (All members will be listed on the Member Structure Attachment.) *The filing will be rejected if it is submitted without the attachment.*

**9. ORGANIZERS and SIGNATURE -** the individual or pre-existing entity submitting this document is the Organizer - list the name of the Organizer below. If the Organizer is an individual, that individual must sign below. If the Organizer is a pre-existing entity, provide the signature of the individual acting for that entity, then print the individual's name.

> **The person signing below declares and certifies *under penalty of perjury*
> that the information contained within this document together with any
> attachments is true and correct, and is submitted in compliance with
> Arizona law.**

Organizer: Karen Miller
_____          6/1/15
Signature                                              Date

_____
Printed Name (if different from Organizer)

| Filing Fee:  $50.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission<br>Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# MEMBER STRUCTURE ATTACHMENT

**1.**   **ENTITY NAME –** give the exact name of the LLC (foreign LLCs – give name in domicile state or country):

Flaherty Enterprises, LLC

**2.**   **A.C.C. FILE NUMBER** (if known): _____
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.**   **MEMBERS –** give the name and address of **all Members**. If more space is needed, use another Member Structure Attachment form.

| 1. Travis Flaherty | | | 2. Summer Flaherty | | |
|---|---|---|---|---|---|
| Name | | | Name | | |
| 23465 S. 202nd Street | | | 23465 S. 202nd Street | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Queen Creek | AZ | 85142 | Queen Creek | AZ | 85142 |
| City | State or Province | Zip | City | State or Province | Zip |
| Country   UNITED STATES | | | Country   UNITED STATES | | |
| 3. | | | 4. | | |
| Name | | | Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| 5. | | | 6. | | |
| Name | | | Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| 7. | | | 8. | | |
| Name | | | Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002i*

**1.**  **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

**Flaherty Enterprises, LLC**

**2.**  **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

**Travis Flaherty**

**3.**  **STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | Printed Name | Date |
|---|---|---|
| *[signature]* | Travis Flaherty | 6/25/15 |

**REQUIRED** – check only one:

| [X] **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | [ ] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee:  none (regular processing)<br>Expedited processing – not applicable.<br>All fees are nonrefundable - see Instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

RECEIVED

AUG 1 4 2015

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

FLAHERTY ENTERPRISES, LLC

Az Corp. Commission

||||||||||||||||||||||||||||||||||

05216923

Articles of Organization
Reference/PO #          L-2011288-9
06

# Arizona
# Business
**The business resource** Gazette

PO BOX 194
Phoenix, Arizona 85001-0194
(602) 444-7315 FAX (602) 444-5901

STATE OF ARIZONA
COUNTY OF MARICOPA        } SS.

Melissa Hoekstra, being first duly sworn, upon oath
deposes and says: That she is the Legal Ad Rep of the
Arizona Business Gazette, a newspaper of general
circulation in the county of Maricopa, State of Arizona,
published weekly at Phoenix, Arizona, and that the
copy hereto attached is a true copy of the advertisement
published in the said paper on the dates indicated.

 7/30/2015
 8/6/2015
 8/13/2015

Sworn to before me this
13TH day of
AUGUST          2015



MANUEL VARGAS
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
November 30, 2015

Notary Public

**NOTICE**
**(for publication)**
ARTICLES OF ORGANI-
ZATION HAVE BEEN FILED
IN THE OFFICE OF THE
ARIZONA CORPORATION
COMMISSION FOR

I

Name:
**FLAHERTY ENTERPRIS-
ES, LLC**

II

The address of the
known place of business
is: 23465 S 202nd St Queen
Creek AZ 85142

The name and street
address of the Statutory
Agent is: Travis Flaherty
23465 S 202nd St Queen
Creek AZ 85142

III

(Please check A or B)

B. [x] Management of
the limited liability com-
pany is reserved to the
members. The names and
addresses of each person
who is a member are:
(Please check appropri-
ate box)

Travis Flaherty 23465 S
202nd St Queen Creek AZ
85142

[x] member [] manager
Summer Flaherty 23465
S 202nd St Queen Creek
AZ 85142

[x] member [] manager
Published: July 30; Au-
gust 6, 13, 2015

# ENTITY INFORMATION

### Search Date and Time: 7/19/2023 6:21:38 PM

### Entity Details

| | Entity Name: |
|---|---|
| FLAHERTY ENTERPRISES, LLC | |
| | Entity ID: |
| L20112889 | |
| | Entity Type: |
| Domestic LLC | |
| | Entity Status: |
| **Active** | |
| | Formation Date: |
| 6/8/2015 | |
| | Reason for Status: |
| In Good Standing | |
| | Approval Date: |
| 7/8/2015 | |
| | Status Date: |
| | Original Incorporation Date: |
| 6/8/2015 | |
| | Life Period: |
| Perpetual | |
| | Business Type: |
| | Last Annual Report Filed: |
| | Domicile State: |
| Arizona | |
| | Annual Report Due Date: |
| | Years Due: |
| | Original Publish Date: |

### Statutory Agent Information

Name:

TRAVIS FLAHERTY

Appointed Status:

Active

Attention:

Address:

23465 S 202ND ST , QUEEN CREEK, AZ 85142, USA

Agent Last Updated:

7/8/2015

E-mail:

Attention:

Mailing Address:

23465 S 202ND ST , QUEEN CREEK, AZ 85142, USA

County:

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Member | SUMMER FLAHERTY | | 23465 S 202ND ST, QUEEN CREEK, AZ, 85142, USA | 6/8/2015 | 7/8/2015 |
| Member | TRAVIS FLAHERTY | | 23465 S 202ND ST, QUEEN CREEK, AZ, 85142, USA | 6/8/2015 | 7/8/2015 |

Page 1 of 1, records 1 to 2 of 2

## Address ⓘ

**Attention:**

**Address:** 23465 S 202ND ST, QUEEN CREEK, AZ, 85142, USA

**County:** Maricopa

**Last Updated:** 6/10/2015

## Entity Principal Office Address

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search |
|---|---|

| Return to Results |
|---|

Document History          Name/Restructuring History

Pending Documents          Microfilm History

# Exhibit 47

 UNITED ARAB EMIRATES
MINISTRY OF ECONOMY



الإمارات العربية المتحدة
وزارة الاقتصاد

## تفاصيل الرخصة الاقتصادية / Business License Details

| | | | |
|---|---|---|---|
| 10307 | رقم الرخصة المحلي / BL Local No | 11775650 | رقم السجل الاقتصادي / CBLS No |
| | | أي اكس فنتشرز ش م ح | الاسم الاقتصادي-عربي / Business Name Arabic |
| | | IX VENTURES FZCO | الاسم الاقتصادي-انجليزي / Business Name English |
| | | Free Zone Company | الشكل القانوني / Legal Type |
| | رقم المنشأة الأم / Parent BL No | No | فرع / Is Branch |
| 20/09/2023 | تاريخ الانتهاء / Expiry Date | 21/09/2021 | تاريخ التأسيس / Est. Date |
| | | Active / فعال | حالة / Status |
| | | 08/06/2023 | تاريخ التعديل / Modify Date |
| | | : Ecommerce,Marketing Management,Educational Services, | اسم النشاط-عربي / BA Desc. Arabic |
| | | : Ecommerce,Marketing Management,Educational Services, | اسم النشاط -انجليزي / BA Desc. English |
| | | Dubai Silicon Oasis | مكان الاصدار- امارة / Economic Department |
| | | DSO | تسجيل فرع/Registration ED Branch |
| | | | رقم الهاتف المحمول / Mobile No |
| | فاكس / Fax No | | رقم الهاتف / Phone No |
| | البريد الالكتروني / eMail | | رقم صندوق البريد / PO. Box |
| | | | الموقع الالكتروني / Web Site URL |
| | | DSO | العنوان الكامل / Full Address |

# Exhibit 48

NE Sec of State - Robert B. Evnen
Filing Number: 9000473020  Pages: 3
Corporation Name: PURDY OIL, LLC
Filing Date and Time: 01/11/2021 04:19 PM

# ARTICLES OF ORGANIZATION
# OF LIMITED LIABILITY COMPANY

The undersigned organizer hereby adopts the following Articles:

## ARTICLE 1
## Name

The name of the Limited Liability Company is: <u>Purdy Oil, LLC</u>

## ARTICLE 2
## Principal and Mailing Address

**2.01** The complete <u>street address</u> of the initial designated principal office is:

4756 Co RD 46 Kimball NE 69145

**2.02** The complete <u>mailing address</u> is:

PO Box 94 Pine Bluffs, WY 82082

## ARTICLE 3
## Registered Agent

**3.01** The <u>name</u> of the initial registered agent is:

Gene Purdy

**3.02** The <u>street address</u> of the registered agent is:

4756 Co RD 46 Kimball NE 69145

## ARTICLE 4
## Statement of Acceptance by Registered Agent

I, _Gene Purdy_____, hereby acknowledge that the undersigned individual or corporation accepts the appointment as Initial Registered Agent of _Purdy Oil, LLC_____, the Limited Liability Company which is named in these Articles of Organization.

Gene Purdy_____
Registered Agent

## ARTICLE 5
## Duration

The duration of the Limited Liability Company shall be _40 years_____.

## ARTICLE 6
## Management

This Limited Liability Company is _Manager_____ - managed.

## ARTICLE 7
## Members

The members of the Limited Liability Company and their addresses are named as followed:

| Gene Purdy | PO Box 94 Pine Bluffs, WY 82082 |
|---|---|
| | |
| | |
| | |

## ARTICLE 8
## Initial Contribution

## ARTICLE 9
### Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to _Nebraska_ statute, including but not limited to: _Oil & Gas Exploration_ _____
_____ .

## ARTICLE 10
### Liability

Pursuant to _Nebraska_ statute, any and all debts, obligations or other liabilities of _Purdy Oil, LLC_ are solely the responsibility of the Limited Liability Company. Any manager or member of _Purdy Oil, LLC_ is hereby not personally liable for such debts or liabilities solely by reason of their title.

## ARTICLE 11
### Organizer

I, _Gene Purdy_ , residing at _4756 Co RD 46 Kimball NE 69145_ , execute these Articles of Organization dated this _8th_ day of _January_ , 20_21_ .

_____
Organizer

Correspondence information is:

Gene Purdy
PO Box 94 Pine Bluffs, WY 82082
_____

NE Sec of State - Robert B. Evnen
Filing Number: 9000491127  Pages: 1
Corporation Name: PURDY OIL, LLC
Filing Date and Time: 01/25/2021 04:57 PM

# AMENDED CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY
Submit in Duplicate

Robert B. Evnen, Secretary of State
P.O. Box 94608
Lincoln, NE 68509
(402) 471-4079
*www.sos.ne.gov*

Name of Limited Liability Company  Purdy Oil, LLC
_____

Date Certificate of Organization was filed   1/11/2021
_____

**Please mark the changes this amendment makes to the certificate as most recently amended or restated and provide the appropriate changes.**

_____ Name of Limited Liability Company  _____  _____
_____

_____ Professional Service being rendered by the Limited Liability Company
_____

_____ Street and mailing address of the Designated Office
_____

_____ Name of Registered Agent  _____

_____ Street, mailing address and post office box (if any) of Registered Agent
_____

✔ Any other changes to the certificate of organization

Managing Members: Gene Purdy; James Franklin 848 N Rainbow Blvd., Ste. 2818 Las Vegas, NV 89107
_____
(attach additional pages if needed)

Effective date if other than the date filed  _____

_____          Gene Purdy          1-19-21
Signature of Authorized Representative      Printed Name of Authorized Representative    Date

FILING FEE:  $15.00 plus $5.00 per additional page

NE Sec of State - Robert B. Evnen
Filing ID: 202210094562  Pages: 1
Corporation Name: PURDY OIL, LLC
Filing Date and Time: 10/12/2022 01:28 PM

# AMENDED CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY

Robert B. Evnen, Secretary of State
P.O. Box 94608
Lincoln, NE 68509
*www.sos.nebraska.gov*

Name of Limited Liability Company **Purdy Oil, LLC**

Date Certificate of Organization was filed **1/11/2021**

**Please mark the changes this amendment makes to the certificate as most recently amended or restated and provide the appropriate changes.**

[ ]  Name of Limited Liability Company _____

[ ]  Professional Service being rendered by the Limited Liability Company

[ ]  Street and mailing address of the Designated Office

_____ NE _____
Street Address                                    City            Zip

[✔]  Name of Registered Agent  **Nebraska Registered Agent, LLC**

[ ]  Street, mailing address and post office box (if any) of Registered Agent

**200 S 21st ST, STE 400A,**          **Lincoln**       NE **68510**
Street Address                          City              Zip

[✔]  Any other changes to the certificate of organization

Managing Member:  James Franklin 848 N Rainbow Blvd., Ste. 2818 Las Vegas, NV 89107

(attach additional pages if needed)

Effective date if other than the date filed **10/10/2022**

Date **10/10/2022**

_____
Signature of Authorized Representative

**James Franklin**
Printed Name of Authorized Representative

FILING FEE: $30.00 (In-Office) / $25.00 (Online)
Revised 07/01/2021

Neb. Rev. Stat. §21-118

NE Sec of State - Robert B. Evnen
Filing Number: 9000294571  Pages: 1
Corporation Name: PURDY OIL, LLC
Filing Date and Time: 10/12/2022 10:40 AM

# STATEMENT OF CHANGE
# OF DESIGNATED OFFICE, REGISTERED AGENT
# and/or REGISTERED AGENT'S ADDRESS
# LIMITED LIABILITY COMPANY (DOMESTIC)

Robert B. Evnen Secretary of State
P.O. Box 94608
Lincoln, NE 68509
*www.sos.nebraska.gov*

Name of Limited Liability Company  **PURDY OIL, LLC**

**Complete all current information, check the item(s) changing, and provide the new information:**

**Current:**

Designated Office  4756 COUNTY RD. 46 PO BOX 94 PINE BLUFFS, WY 82082    KIMBALL    NE  69145
                     Street and Mailing Address    City    Zip

Registered Agent  **GENE PURDY**

Agent's Address  4756 ROAD 46    KIMBALL    NE  69145
                Street Address and    City    Zip
                Post Office Box Number (if any)

**New:**

☐ Designated Office _____ NE _____
                Street and Mailing Address    City    Zip

☑ Registered Agent  **Registered Agents Inc**

☑ Agent's Address  200 S 21st STSTE 400A    Lincoln    NE  68510
                Street Address and    City    Zip
                Post Office Box Number (if any)

Effective date if other than the date filed  10/11/2022

                            *Riley Park*

Signature of Authorized Representative

**Riley Park**

Printed Name of Authorized Representative

FILING FEE: $30.00 (In-Office) / $25.00 (Online)

Revised 07/01/2021    Neb. Rev. Stat. §21-114

NE Sec of State - Delinquent Eqnen
Filing Document #: 9190416760, Pages: 1
Company Name: PURDY OIL, LLC
Filing Date and Time: 04/06/2023 12:25 AM

# NEBRASKA SECRETARY OF STATE ♦ ROBERT B. EVNEN

## 1201 N STREET, SUITE 120 • LINCOLN, NE • 68508

## BUSINESS SERVICES DIVISION

| __Corporations__ | __Uniform Commercial Code__ | __Notary__ |
|---|---|---|
| P.O.BOX 94608 | P.O.BOX 95104 | P.O.BOX 95104 |
| LINCOLN, NE 68509 | LINCOLN, NE 68509 | LINCOLN, NE 68509 |
| (402) 471-4079 | (402) 471-4080 | (402) 471-2558 |
| sos.corp@nebraska.gov | sos.ucc@nebraska.gov | sos.notary@nebraska.gov |

Apr 06, 2023

REGISTERED AGENTS INC

200 S 21ST ST STE 400A

LINCOLN, NE 68510

RE: PURDY OIL, LLC - 2101003994

### RECORD OF DETERMINATION/NOTICE OF REVOCATION

Nebraska law requires all limited liability companies to file a biennial report and pay a fee each odd-numbered year between January 1 and April 1 (Neb. Rev. Stat. §21-125). Our records indicate that we have not yet received the report and fee as of April 1, 2023 for the above-named company.

This serves as your official notice that **failure to file the biennial report and pay the appropriate fee by June 15, 2023, will result in the administrative dissolution of the company (for domestic limited liability companies) (Neb. Rev. Stat. §21-151) or revocation of the certificate of authority by operation of law (for foreign limited liability companies) (Neb. Rev. Stat. §21-160) effective June 15, 2023.**

Please disregard this notice if you have recently filed or mailed your report.

| IMPORTANT MESSAGE FROM SECRETARY OF STATE ROBERT B. EVNEN |
|---|
| Each year, thousands of entities are dissolved for failing to file their biennial report. |
| Nebraska law provides that a domestic entity that is administratively dissolved continues in existence but may not carry on any activities, except activities necessary to wind up its business and liquidate its assets. Further, the entity may lose its limited liability status and name. The entity would no longer be in good standing and would not be able to obtain a certificate of good standing that many lenders require before loaning money or opening a bank account. A dissolved foreign entity's authority to transact business ceases on the date of the notice of revocation unless prior to that date the company resolves the grounds stated in this notice. |
| After June 15, should a domestic limited liability company wish to return to good standing, it must file additional documents and pay appropriate fees including all delinquent biennial fees. **I urge you to file your biennial report today in order to avoid the serious consequences of administrative dissolution.** |

Sincerely,



**SECRETARY OF STATE**

NE Sec of State - Robert B. Evnen
Filing Document #: 2306201399  Pages: 1
Company Name: PURDY OIL, LLC
Filing Date and Time: 06/21/2023 04:21 PM

# NEBRASKA SECRETARY OF STATE ♦ ROBERT B. EVNEN
## 1201 N STREET, SUITE 120 • LINCOLN, NE • 68508
## BUSINESS SERVICES DIVISION

| __Corporations__ | __Uniform Commercial Code__ | __Notary__ |
|---|---|---|
| P.O.BOX 94608 | P.O.BOX 95104 | P.O.BOX 95104 |
| LINCOLN, NE 68509 | LINCOLN, NE 68509 | LINCOLN, NE 68509 |
| (402) 471-4079 | (402) 471-4080 | (402) 471-2558 |
| sos.corp@nebraska.gov | sos.ucc@nebraska.gov | sos.notary@nebraska.gov |

6/21/2023

REGISTERED AGENTS INC

200 S 21ST ST STE 400A

LINCOLN, NE 68510

RE: PURDY OIL, LLC - 2101003994

### DECLARATION OF DISSOLUTION

Nebraska law provides that the Secretary of State may dissolve a limited liability company administratively if the limited liability company does not, within sixty days after the due date, pay any fee, tax, or penalty due to the Secretary of State or deliver its biennial report to the Secretary of State; and

Nebraska law provides that if the Secretary of State determines that a ground exists for administratively dissolving a limited liability company, the Secretary of State shall file a record of the determination and serve the limited liability company with a copy of the filed record; and

PURDY OIL, LLC has not delivered its 2023 biennial report nor paid its biennial fee to the Secretary of State; and

A record of determination regarding this matter was filed and sent to PURDY OIL, LLC on April 14, 2023

**NOW, THEREFORE, I, Robert B. Evnen, Secretary of State, do hereby declare that PURDY OIL, LLC is dissolved or that its certificate of authority to transact business in Nebraska is revoked on June 20, 2023 for failure to deliver its biennial report and pay its biennial fee to the Secretary of State.**

**IN TESTIMONY WHEREOF, I do hereby affix my signature or a facsimile thereof.**

**SECRETARY OF STATE**

A limited liability company that has been administratively dissolved may apply to the Secretary of State for reinstatement by delivering an application for reinstatement (provided); a 2023-2024 biennial report (provided); and paying total fees of $60.00 ($30.00 reinstatement filing fee and $30.00 biennial report fee).

# PURDY OIL, LLC

Thu Jul 20 12:22:09 2023

**SOS Account Number**
2101003994
**Status**
Inactive

**Principal Office Address**
No address on file
**Registered Agent and Office Address**
REGISTERED AGENTS INC
200 S 21ST ST STE 400A
LINCOLN, NE 68510
**Designated Office Address**
4756 COUNTY RD. 46
PO BOX 94 PINE BLUFFS, WY 82082
KIMBALL, NE 69145

**Nature of Business**
Not Available
**Entity Type**
Domestic LLC
Qualifying State: NE
**Date Filed**
Jan 11 2021

**Next Report Due Date**
Inactive, Not Applicable

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Certificate of Organization | Jan 11 2021 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Amendment | Jan 25 2021 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Statement of Change | Oct 12 2022 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Amendment | Oct 12 2022 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Record of Determination | Apr 06 2023 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Administrative Dissolution | Jun 21 2023 | $0.45 = 1 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

**Online Certificate of Good Standing with Electronic Validation**

This certificate is currently not available. Please contact the Nebraska Secretary of State's office by email at sos.corp@nebraska.gov or by calling (402) 471-4079 for information and instructions.

**Certificate of Good Standing - USPS Mail Delivery**

This certificate is currently not available. Please contact the Nebraska Secretary of State's office by email at sos.corp@nebraska.gov or by calling (402) 471-4079 for information and instructions.

Select All | Select None

⬆ Back to Top

# Exhibit 49

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

THE MINERAL COLLECTIVE, LLC

**Entity Number:**

E0100172019-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/04/2019

**NV Business ID:**

NV20191171743

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2024

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

Roy Nelson

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

385 Terrabianca, Henderson, NV, 89102, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | Roy Nelson | 1810 East Sahara Ave Ste 425, Las Vegas, NV, 89104, USA | 03/31/2021 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

THE MINERAL COLLECTIVE, LLC

**Entity Number:**

E0100172019-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/04/2019

**NV Business ID:**

NV20191171743

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2024

**Series LLC:**

☐

**Restricted LLC:**

☐

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | # of Pages | View |
|---|---|---|---|---|---|---|---|
| 04/10/2023 | 04/10/2023 | 20233114308 | Annual List | | External | 2 | 📷 |
| 04/10/2023 | 04/10/2023 | 20233206914 | Amendment to Articles of Organization | | Internal | 2 | 📷 |
| 02/27/2022 | 02/27/2022 | 20222129857 | Annual List | | External | 2 | 📷 |
| 03/31/2021 | 03/31/2021 | 20211351875 | Annual List | | External | 2 | 📷 |
| 07/24/2020 | 07/24/2020 | 20200805869 | Noncommercial Registered Agent-Statement... | | External | 1 | 📷 |
| 03/01/2020 | 03/01/2020 | 20200514097 | Annual List | | External | 2 | 📷 |
| 03/04/2019 | 03/04/2019 | 20190097979-63 | Initial List | | External | 1 | 📷 |
| 03/04/2019 | 03/04/2019 | 20190097978-52 | Articles of Organization | | External | 1 | 📷 |

Page 1 of 1, records 1 to 8 of 8

## FILING DATE SNAPSHOT AS OF: 04/10/2023

| Business Details | Name Changes | Principal Office | Registered Agent |
|---|---|---|---|
| **Officer Information** | **Shares** | | |

| RA Type | Name | Attention | Address1/Address2/City/State/Zip/Country | Email |
|---|---|---|---|---|
| Non-Commercial Registered Agent | Roy Nelson | | 385 Terrabianca, Henderson, NV, 89102, USA | |

Back        Return to Search        Return to Results

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

THE MINERAL COLLECTIVE, LLC

**Entity Number:**

E0100172019-5

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/04/2019

**NV Business ID:**

NV20191171743

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2024

**Series LLC:**

☐

**Restricted LLC:**

☐

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | # of Pages | View |
|---|---|---|---|---|---|---|---|
| 04/10/2023 | 04/10/2023 | 20233114308 | Annual List | | External | 2 | 🔘 |
| 04/10/2023 | 04/10/2023 | 20233206914 | Amendment to Articles of Organization | | Internal | 2 | 🔘 |
| 02/27/2022 | 02/27/2022 | 20222129857 | Annual List | | External | 2 | 🔘 |
| 03/31/2021 | 03/31/2021 | 20211351875 | Annual List | | External | 2 | 🔘 |
| 07/24/2020 | 07/24/2020 | 20200805869 | Noncommercial Registered Agent-Statement... | | External | 1 | 🔘 |
| 03/01/2020 | 03/01/2020 | 20200514097 | Annual List | | External | 2 | 🔘 |
| 03/04/2019 | 03/04/2019 | 20190097979-63 | Initial List | | External | 1 | 🔘 |
| 03/04/2019 | 03/04/2019 | 20190097978-52 | Articles of Organization | | External | 1 | 🔘 |

Page 1 of 1, records 1 to 8 of 8

## FILING DATE SNAPSHOT AS OF: 04/10/2023

| Business Details | Name Changes | Principal Office | Registered Agent |
|---|---|---|---|
| Officer Information | Shares | | |

**Business Name :**

THE GOLD COLLECTIVE LLC

**Entity Type :**

Domestic Limited-Liability Company (86)

**Jurisdiction :**

Nevada

**Formation Date in Jurisdiction :**

**Annual Report Due Date :**

3/31/2023

Back        Return to Search        Return to Results

# Exhibit 50

State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

Entity Number: 13486793

# Application for Authority to Transact Business

**UIU Holdings LLC**

Exact Name of Foreign Limited Liability Company

1. This limited liability company of the state or country of **DE,** hereby applies for authority to transact business in the state of Utah.
2. Date of formation or organization **11/05/19** and duration period of **Perpetual.**
3. The street address of the registered office in the State of Utah, and the name of the registered agent for service of process at the registered office, (the agent shall be a person residing or authorized to do business in the State of Utah).

| Jason Anderson | 1086 Skyler Dr | Draper | UT | 84020 |
| Registered Agent Name | Street Address | City | State | Zip |

4. Principal place of business:

| 16192 Coastal Hwy | Lewes | DE | 19958 |
| Street Address | City | State | Zip |

5. The nature of the business or purpose(s) to be conducted or promoted in Utah Holding company
6. Clear indication of who is managing the company is required.

Is this foreign limited liability company manager-managed? No
   If YES, you must list the name and business or residence street address of each manager.

| Name | Address | City/State | Zip |

Is this foreign limited liability company member-managed? Yes
   If YES, you must list the name and business or residence street address of each member.

| | Name | Address | City/State | Zip |
| Member | Jason Anderson | 1086 Skyler Dr | Draper / UT | 84020 |

7. The date the limited liability company intends to first transact business in Utah: 12/01/22

Under penalties of perjury, I declare as a manager or member with management authority of this limited liability company having authority to sign hereto, that this application for authority to transact business has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

By: Jason Anderson                           Jason Anderson Member
Limited Liability Company Authorized Signer Signature        Typed Name & Title



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 14, December 2022 in the office of the Division and hereby issues this Certification thereof.

*L. Veillette*

Leigh Veillette
Division Director

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**

Governor | General Assembly | Courts | Elected Officials | State Agencies

Photo: Featured Delaware Photo

Department of State: Division of Corporations

Allowable Characters

HOME

| Entity Details |
| --- |

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | **7679222** | Incorporation Date / Formation Date: | **10/30/2019** (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | **UIU HOLDINGS LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **HARVARD BUSINESS SERVICES, INC.** | | |
| --- | --- | --- | --- |
| Address: | **16192 COASTAL HWY** | | |
| City: | **LEWES** | County: | **Sussex** |
| State: | **DE** | Postal Code: | **19958** |
| Phone: | **302-645-7400** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results        New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov