# Exhibit 3

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; <br><br> Defendants, | Case No.: <br><br><br> **DECLARATION OF KARAZ S. ZAKI IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDERS (1) FREEZING ASSETS; (2) REQUIRING ACCOUNTINGS; (3) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (4) GRANTING EXPEDITED DISCOVERY; (5) REPATRIATING ASSETS; AND (6) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

ARCHER DRILLING, LLC, a Wyoming
limited liability company; BUSINESS
FUNDING SOLUTIONS, LLC, a Utah
limited liability company; BLOX LENDING,
LLC, a Utah limited liability company;
CALMFRITZ HOLDINGS, LLC, a Utah
limited liability company; CALMES & CO,
INC., a Utah corporation; FLAHERTY
ENTERPRISES, LLC, an Arizona limited
liability company; IX VENTURES FZCO, a
United Arab Emirates company; PURDY
OIL, LLC, a Nebraska limited liability
company; THE GOLD COLLECTIVE LLC,
a Utah limited liability company; and UIU
HOLDINGS, LLC, a Delaware limited
liability company,

             Relief Defendants.

I, Karaz S. Zaki, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I am over twenty-one years of age and am a resident of the State of Maryland.

2.       I make this declaration in support of the United States Securities and Exchange Commission's ("Commission's") *Ex Parte* Application for Entry of Temporary Restraining Order and Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; (4) Granting Expedited Discovery; (5) Repatriating Assets; and (6) Order to Show Cause re Preliminary Injunction.

3.       I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

4.       I am a Certified Public Accountant employed within the Division of Enforcement in the Commission's Home Office in Washington, D.C.  I have worked within the Commission's Division of Enforcement since June 2000.

5.      In the course of my duties with the Commission, I regularly conduct inquiries and assist in investigations into possible violations of the federal securities laws.  My responsibilities include analyzing financial records, including:  bank records, other books and records of companies, and other information and documents that have been obtained by Commission staff during the course of investigations.  I make calculations and observations based upon my review and analysis of those records, and I prepare spreadsheets and charts summarizing those calculations and observations.  The documents that I analyze in the course of my duties with the Commission are of the type reasonably relied upon by accountants forming opinions and inferences about, among other things, the finances of an entity and its sources and uses of money.

6.      As part of my duties as an accountant with the Commission, I was assigned to the investigation entitled *In the Matter of Digital Licensing Inc.* (SL-02891), and, among other things, I analyzed certain bank and financial records associated with and related to Defendants Digital Licensing Inc. (d/b/a "DEBT Box") (herein, "DEBT Box") and iX Global, LLC ("iX Global"); and Relief Defendants Blox Lending LLC ("Blox Lending"); Business Funding Solutions, LLC ("Business Funding Solutions"); Calmes & Co Inc. ("Calmes & Co."); Calmfritz Holdings, LLC ("Calmfritz Holdings"); The Gold Collective LLC ("The Gold Collective"); and UIU Holdings, LLC ("UIU Holdings").

7.      In particular, I analyzed bank records, including monthly statements, cancelled checks, deposit records, bank signature cards, and wire details, for the following bank accounts associated with the Defendants and Relief Defendants listed herein in paragraph 6, all of which were produced in response to subpoenas that I understand were issued by Commission staff to the listed banks.

3

| Bank | Account Number (Last Four Digits) | Account Name |
|---|---|---|
| America First Credit Union | xx2519 | Blox Lending LLC |
| Bank of America, N.A. | xx3814 | Blox Lending LLC |
| Bank of America, N.A. | xx1004 | Blox Lending LLC |
| Bank of America, N.A. | xx1020 | Blox Lending LLC |
| Washington Federal Bank | xx8442 | Blox Lending LLC |
| UTAH FIRST FCU | xx5607 | Business Funding Solutions |
| JPMORGAN CHASE BANK, NA | xx6549 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx2788 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx6893 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx0639 | Calmfritz Holdings, LLC |
| JPMORGAN CHASE BANK, NA | xx8115 | Calmfritz Holdings, LLC |
| US BANK, NA | xx4054 | Calmfritz Holdings, LLC |
| Mountain America CU | xx2717 | Digital Licensing Inc. |
| Zions First National Bank | xx4702 | Digital Licensing Inc. |
| Zions First National Bank | xx2497 | Digital Licensing Inc. |
| Mountain America CU | xx0736 | IX Global |
| Bank of America, N.A. | xx8643 | IX Global LLC |
| Bank of America, N.A. | xx8630 | IX Global LLC |
| Bank of America, N.A. | xx8656 | IX Global LLC |
| JPMORGAN CHASE BANK, NA | xx7087 | IX Global LLC |
| JPMORGAN CHASE BANK, NA | xx1712 | IX Global LLC |
| Metropolitan Commercial Bank - Revolut payment processing | xx9883 | IX Global LLC |
| Zions First National Bank | xx0053 | The Gold Collective LLC |
| Zions First National Bank | xx2273 | The Gold Collective LLC |
| Zions First National Bank | xx3593 | The Gold Collective LLC |
| Zions First National Bank | xx3601 | The Gold Collective V LLC |
| Zions First National Bank | xx3585 | The Gold Collective VI LLC |
| Bank of America, N.A. | xx0882 | UIU Holdings LLC |
| Washington Federal Bank | xx0589 | UIU Holdings LLC |

8.      The bank account records, produced by banks listed in paragraph 7, included declarations of relevant custodians of records, which are attached hereto, in total, as Exhibit 1.

9.      The bank account records, produced by the banks listed in paragraph 7, included signature cards for the accounts, which are attached hereto, in total, as Exhibit 2.

10.      Based on my review of the documents listed in paragraphs 7–9, I have compiled the attached Exhibit 3, which identifies, for each account: the bank at which the account is held;

the last four digits of the account number; the name on the account; the "Beginning Date" (*i.e.*, the date from which the records I reviewed begin); the "Beginning Balance" (*i.e.*, the balance in the listed account at the "Beginning Date"); the "End Date" (*i.e.*, the date at which the records I reviewed end); the "Ending Balance" (*i.e.*, the total balance in the account as of the "Ending Date"); and the "Authorized Signers" (*i.e.*, the individuals or entities which are listed as authorized signers on the account).

11.     In addition, based on my review of the documents identified in paragraphs 7–9, I have made the following observations and calculations:

12.     Between April 2021 and May 2023 at least $49 million in investor funds were deposited in the above-listed bank accounts.  In particular, I identified a total of $49,097,035.82 in deposits to the above-listed accounts which fall within one or more of the following categories:  (1) deposits in which the "memo" field identified the transaction as an investment or as for the purchase of DEBT Box "tokens" or "licenses"; (2) deposits from those individuals and entities who had other deposits matching the parameters identified in the first category; (3) deposits from individuals in whole number increments (such as $10,000, $50,000, or $100,000); and (4) other deposits from certain third-party payment processors that, given the circumstances, could be reasonably attributed to the purchase of the DEBT Box "node licenses" as alleged in the Commission's Complaint.

13.     The investor deposits I identified (pursuant to the parameters listed in paragraph 12) involved bank accounts associated with Defendants DEBT Box and iX Global and Relief Defendants Calmfritz Holdings and Calmes & Co.  In particular, I identified investor deposits totaling approximately $13,000,000 into bank accounts associated with Defendant DEBT Box, which represented approximately 86 percent of the total deposits made into those accounts over

the time period for which I reviewed records.  I identified investor deposits totaling approximately $23,000,000 into bank accounts associated with Defendant iX Global, which represented approximately 56 percent of the total deposits made into those accounts over the time period for which I reviewed records.  I identified investor deposits totaling approximately $12,700,000 into accounts associated with Relief Defendant Calmfritz Holdings, which represented approximately 96 percent of the total deposits made into those accounts over the time period for which I reviewed records.  And I identified investor deposits totaling approximately $300,000 into bank accounts associated with Relief Defendant Calmes & Co., which represented approximately 15 percent of the total deposits made into those accounts over the time period for which I reviewed records.  In total, investor deposits of approximately $49,000,000 represented 69 percent of the total deposits (excluding interbank transfer and returned items) made into the above referenced accounts.

14.    With respect to the accounts associated with Defendant DEBT Box, I identified the following activity, among other things:

- The accounts associated with DEBT Box had a zero balance as of March 21, 2021;

- From March 2021 to May 2023, approximately $34,000,000 was deposited.  These funds were disposed of leaving an ending balance of approximately $367,000 as of May 30, 2023.

- The DEBT Box accounts transferred or paid funds to the following Defendants and Relief Defendants, in the following approximate net amounts:  Relief Defendant Archer Drilling, LLC $1,600,000; Relief Defendant Business Funding Solutions $12,000,000; Relief Defendant

Blox Lending $500,000; Defendant Schad E. Brannon $60,500; Relief

Defendant Purdy Oil, LLC $2,700,000; Relief Defendant The Gold

Collective $4,000,000; Defendant Royden B. Nelson $40,000.

Attached hereto as Exhibit 4 is a detailed spreadsheet of the transactions described above.

15.    With respect to the accounts associated with Defendant iX Global, I identified the

following activity, among other things:

- The accounts associated with iX Global had a zero balance as of August

  21, 2021;

- From August 2021 to May 2023, approximately $50,500,000 was

  deposited.  These funds were disposed of leaving an ending balance of

  approximately $763,000 as of May 1, 2023.

- The accounts transferred or paid funds to the following Defendants and

  Relief Defendants, in the following approximate net amounts:  Defendant

  DEBT Box $3,900,000; Relief Defendant Blox Lending $4,350,000;

  Relief Defendant Flaherty Enterprises, LLC $268,500; Relief Defendant

  IX Ventures FZCO $1,350,000; Defendant Joseph Anthony Martinez

  $3,100,000; Defendant Travis A. Flaherty $575,000; Relief Defendant

  Business Funding Solutions $250,000.

Attached hereto as Exhibit 5 is a detailed spreadsheet of the transactions described above.

16.    With respect to the accounts associated with Relief Defendant Calmfritz

Holdings, I identified the following activity, among other things:

- The accounts associated with Calmfritz Holdings had a zero balance as of

  May 5, 2021;

- From May 2021 to April 2023, approximately $14,500,000 was deposited. These funds were disposed of leaving a negative ending balance as of April 30, 2023.

- The accounts transferred or paid funds to the following Defendants and Relief Defendants, in the following approximate net amounts: Defendant DEBT Box $9,000,000; Defendant Matthew Dillon Fritzsche $32,000.

Attached hereto as Exhibit 6 is a detailed spreadsheet of the transactions described above.

17.     With respect to the accounts associated with Relief Defendant Calmes & Co., I identified the following activity, among other things:

- The accounts associated with Calmes and Co. had a zero balance as of May 4, 2021;

- From May 2021 to April 2023, approximately $3,000,000 was deposited. These funds were disposed of leaving an ending balance of approximately $219,000 as of April 28, 2023.

- The accounts transferred or paid funds to the following Relief Defendant, in the following approximate net amount: Relief Defendant Calmfritz Holdings $187,000.

Attached hereto as Exhibit 7 is a detailed spreadsheet of the transactions described above.

18.     In addition to the payments identified above, I identified other payments to Defendants and Relief Defendants in the account records described in paragraph 7. In particular, my analysis of the account records to which I currently have access shows that the following Defendants and Relief Defendants received at least the following amounts that appear to be investor funds. Note that due to the emergency nature of this action, the following list of

payments is preliminary and includes only the limited amount of bank account information

currently available to the Commission.

| Defendant / Relief Defendant | Approximate Investor Funds Received |
|---|---|
| Digital Licensing Inc. (d/b/a DEBT Box) | $13,000,000 |
| Schad E. Brannon | $60,500 |
| Roydon B. Nelson | $40,000 |
| Western Oil Exploration Company, Inc. | $290,000 |
| iX Global, LLC | $23,000,000 |
| Joseph Anthony Martinez | $3,100,000 |
| Travis A. Flaherty | $576,000 |
| Matthew Dillon Fritzsche | $32,000 |
| Archer Drilling, LLC | $1,610,000 |
| Business Funding Solutions, LLC | $11,960,000 |
| Blox Lending, LLC | $4,700,000 |
| Calmfritz Holdings, LLC | $12,700,000 |
| Calmes & Co Inc. | $300,000 |
| Flaherty Enterprises, LLC | $260,000 |
| IX Ventures FZCO | $1,350,000 |
| Purdy Oil, LLC | $2,670,000 |
| The Gold Collective, LLC | $3,980,000 |
| UIU Holdings, LLC | $200,000 |

19.     Funds deposited in the above-described accounts were also used for apparent

personal expenses, such as payments to luxury car dealerships, travel agencies, and to purchase

houses.  For example, the iX Global Bank of America accounts show withdrawals of over $1

million for bills for an American Express credit card in the name of Joseph Martinez and in

payments to "Custom Classic Auto," and approximately $30,000 in payments to "EXTREME

SCENE ADVENTURES AND TOURS."  The bank account records for Relief Defendant

Business Funding Solutions show at least $150,000 in payments to the Ferrari of Salt Lake City

car dealership; the bank account records for Relief Defendant Blox Lending show payments

totaling over $750,000 to the same dealership.  In addition, bank records for Blox Lending show

wire transfers of over $2.7 million to title companies presumably associated with the purchase of

real estate.  Attached hereto as Exhibit 8 is a detailed spreadsheet of these transactions.

20.     I also reviewed more recent bank account information for certain accounts, and found the following:

    a.  Defendant iX Global's Bank of America accounts ending in xx8643, xx8630 and xx8656 were are closed on June 30, 2023.  Attached as Exhibit 9 is a true and correct copy of the closing cashier's checks.

    b.  From July 1, 2023 to July 7, 2023, Defendant iX Global's Mountain America CU account ending in xx0736 shows continuing deposits and withdrawals. Attached as Exhibit 10 is a true and correct copy of those account transactions.

    c.  From July 1, 2023 to July 6, 2023, Defendant Digital Licensing Inc.'s Mountain America CU account ending in xx2717 shows continuing withdrawals. Attached as Exhibit 11 is a true and correct copy of those account transactions.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Karaz S. Zaki

Executed in Silver Spring, Maryland on July 24, 2023.

10

# Exhibit 1



**AMERICA FIRST**
CREDIT UNION

6/5/2023

Re: **Blox Lending LLC**

**Account Number:** ▇ **2519**

**Requesting party: Mitchell Davidson – United States
Securities and Exchange Commission**

**Documents enclosed**: Membership Application;
Statements; Deposits; Official Check; Canceled Check;
Wire Transfers

**Prepared by:**

*Natalie Dalton*

Natalie Dalton - Records Dept.
America First Federal Credit Union
PO Box 9199
Ogden, UT 84409
801-827-8598
ndalton@americafirst.com



**AMERICA FIRST**
CREDIT UNION

## CERTIFICATION OF FINANCIAL RECORDS REQUESTED

This certification is specific to financial records for:  Blox Lending LLC

Account number: _____ 2519

I, _____ Natalie Dalton _____, certify:

1. I am employed by America First Federal Credit Union as a Subpoena Officer. America First Credit Union is a federally chartered credit union headquartered in Riverdale, Utah, and has branch locations in Utah, Nevada, Arizona and Idaho. The primary business of America First Credit Union is to provide general credit union and financial services to individuals who qualify for membership. Such financial services include, without limitation, financial products, services and transactions.

2. As a Subpoena Officer with America First Credit Union, I am a duly authorized custodian of America First Credit Union's records. I am qualified to certify America First Credit Union's recordkeeping practices and systems.

3. I certify that the documents accompanying this certification are exact copies of financial records that were:

   a. Made, as a regular business practice, at or near the time of the occurrence of the matters set forth therein, by or from information transmitted by a person with knowledge of those matters.
   b. Kept in the course of regularly conducted business activity according to credit union policy.
   c. Obtained by searching the credit union's official records.

4. I certify these duplicate copies are compliant with the subpoena described below in lieu of testifying in person.
   Membership Application; Statements (3/1/2018/opening - 5/31/2023); Deposits; Official Check; Canceled Check; Wire Transfers

I declare under penalty of perjury that the foregoing is true and correct. Executed on _June 5, 2023_.

_____
Signature

Subscribed and sworn before me this___5___ day of ___June___, 2023.

MATTHEW BLANSCETT
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 725231
COMM. EXP. 06/15/2026

_____
Notary Public

P.O. Box 9199  ·  Ogden, Utah 84409  ·  800-999-3961  ·  americafirst.com  ·  f 🐦 @ ▶

Bank of America Legal Order Processing
Regarding reference number: D071023000078
Court case name: IX GLOBAL
Court case number: SL-02891
Court or issuer: ENF-CPU U.S. SECURITIES
AND EXCHANGE COMMISSION

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Kacie Williams, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title | Account ending in | Document type | Timeframe |
|---|---|---|---|
| IX GLOBAL LLC | 8643 | Signature Card, Statement Pages, Wires | 03/20023 - 06/2023 |

3.) Production.
  X      The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:07/11/2023_____    Signature: _____  Kacie Williams   Digitally signed by Kacie Williams
Date: 2023.07.11 07:32:59 -04'00'

SEC-BOA-E-0000019

## DECLARATION

### Case No. : SL-02891

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:_____05/23/2023_____

By:_____
   Debra S Allen
   Transactions Specialist IV
   JPMORGAN CHASE BANK, N.A.

SB1447524-F1

SUBP10a

## DECLARATION

### Case No. : SL02891

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:_____05/12/2023_____

By:_____
    Debra S Allen
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1440710-F1

SUBP10a

**DECLARATION**

**Case No. : SL02891A**

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/04/2023

By: *Suzanne L Story*

    Suzanne L Story
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1428404-F1

SUBP10a

**DECLARATION**

Case No. : SL02891A

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 3/31/2023

By: *Suzanne L Story*
    Suzanne L Story
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1428404-F1

SUBP10a



9800 South Monroe Street
Legal Department
Sandy, Utah 84070

**Case:** SL-02891
**Subject(s):** Digital Licensing Inc, IX Global
**Description of Records Provided:** Signature Cards, Statements, July History to Date, Wires, IP Log and Business ACH Online Log

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

State of: UTAH

County of: SALT LAKE CITY

I, Ashley Milano, am employed by/associated with Mountain America Federal Credit Union. My official title is Legal Operations Specialist. By reason of my position as a custodian of records, I am familiar with how Mountain America Federal Credit Union generates its records using its processing systems and maintains records relating to its regularly conducted business activity, and I am authorized and qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

    A.   Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

    B.   Were kept in the course of regularly conducted business activity;

    C.   Were made by the said business activity as a regular practice;

    D.   If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

Executed on 07/12/2023

_Ashley Milano_

Ashley Milano

**Custodian of Records**



9800 South Monroe Street
Legal Department
Sandy, Utah 84070

**Case:** Digital Licensing, Inc SL-02891
**Subject(s):** Digital Licensing, Inc
**Description of Records Provided:**

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

State of: UTAH

County of: SALT LAKE CITY

I, Andrea Sanchez, am employed by/associated with Mountain America Federal Credit Union. My official title is Legal Operations Specialist. By reason of my position as a custodian of records, I am familiar with how Mountain America Federal Credit Union generates its records using its processing systems and maintains records relating to its regularly conducted business activity, and I am authorized and qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

    A.   Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

    B.   Were kept in the course of regularly conducted business activity;

    C.   Were made by the said business activity as a regular practice;

    D.   If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

Executed on 05/31/2023

Andrea Sanchez

**Custodian of Records**



9800 South Monroe Street
Legal Department
Sandy, Utah 84070

**Case:** SL-02891
**Subject(s):** IX Global
**Description of Records Provided:** Account Statements, Signature Cards, Transaction Receipts, Wire (incoming and outgoing), Email Correspondence

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

State of: UTAH

County of: SALT LAKE CITY

I, Wendy Memmott, am employed by/associated with Mountain America Federal Credit Union. My official title is Legal Operations Specialist. By reason of my position as a custodian of records, I am familiar with how Mountain America Federal Credit Union generates its records using its processing systems and maintains records relating to its regularly conducted business activity, and I am authorized and qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

    A.  Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

    B.  Were kept in the course of regularly conducted business activity;

    C.  Were made by the said business activity as a regular practice;

    D.  If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

Executed on 05/22/2023

*Wendy memmott*

Wendy Memmott

**Custodian of Records**

**DECLARATION OF [*Insert Name*] CERTIFYING RECORDS**
**OF REGULARLY CONDUCTED BUSINESS ACTIVITY**

I, the undersigned, [*insert name*] Duyen Le _____, pursuant to 28 U.S.C. § 1746,
declare that:

1. I am employed by Utah First Federal Credit Union as [*insert position*]
   Operations Specialist and by reason of my position am authorized and qualified to
   make this declaration. [*if possible supply additional information as to how person is
   qualified to make declaration, e.g., I am custodian of records, I am familiar with the
   company's recordkeeping practices or systems, etc.*]
   I'm familiar with the company's recordkeeping practice.

2. I further certify that the documents [*circle one*] attached hereto *or* (submitted herewith) and stamped
   [*insert bates range, if applicable*] Apr.1 26th, 2023 to July 13th, 2023 are true copies of
   records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from
   information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on
[*date*] 7/11/2023 _____.

Duyen Le _____
[*Name*]

4

## DECLARATION OF [*Insert Name*] CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, [*insert name*] __Duyen Le__ , pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Utah First Federal Credit Union as [*insert position*] _Payment Solutions Specialist_ and by reason of my position am authorized and qualified to make this declaration. [*if possible supply additional information as to how person is qualified to make declaration, e.g., I am custodian of records, I am familiar with the company's recordkeeping practices or systems, etc.*] _I am familiar with Utah First Credit Union recordkeeping practice._

2. I further certify that the documents [*circle one*] attached hereto *or* (submitted herewith) and stamped [*insert bates range, if applicable*] _2018 - Current (5-4-2023)_ are true copies of records that were:

    (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

    (b) kept in the course of regularly conducted business activity; and

    (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [*date*] _5-4-2023_ .

_Duyen Le_
[*Name*]

4

# CERTIFICATION OF CUSTODIAN OF RECORDS

STATE OF MINNESOTA    )
                           )   ss.
COUNTY OF HENNEPIN    )

       I, Rachel Irvin, declare and state as follows:

       1.     I am the Legal Records Coordinator of U.S. Bank National Association, a corporation duly organized and existing under the laws of the United States, with offices at 800 Nicollet Mall, Minneapolis, Minnesota 55402, and as such have been designated as the Custodian of Records for the purpose of responding to the attached Subpoena Duces Tecum.

       2.     The documents delivered with this Certification in response to the Subpoena Duces Tecum represent true and correct copies of documents which are in our files.  These records were prepared in the ordinary course of business at or near the time of the act, condition or event.

       3.     The documents delivered together with this Certification represent a complete response to the Subpoena Duces Tecum as of this date.  A reasonable search has been performed to locate all documents which fall within the purview of the Subpoena Duces Tecum, and I am not aware of the existence of any further documents which would fall within the boundaries of the Subpoena Duces Tecum.

       DATED this 1st day of May 2023.

                                      /s/ Rachel Irvin
                                        Custodian of Records

STATE OF UTAH            )

                        : ss.

COUNTY OF SALT LAKE     )

### AFFIDAVIT OF CUSTODIAN OF RECORD

CASE NAME: Digital Licensing, LLC et al

CASE NO: SL-02891-A

COMES NOW, Kevin Mwangi, who does swear and affirm the following:

I am a duly authorized custodian of the records for Zions Bancorporation, N.A. dba Zions First National Bank and as such have access to the records and data maintained by this division in the regular course of its business.

I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

I hereby certify that the attached documents are true and correct copies of all records described in the legal order that are in my possession or control as a custodian of such records.

I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

I hereby declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

_____

AFFIANT

SUBSCRIBED AND SWORN to before me on July 10, 2023 by Kevin Mwangi

Notary Public   Trisha Holmes

Commission No. 714922

Notary Public

State of Utah

My commission expires 11/4/2024

STATE OF UTAH                    )
                                 )      ss.
COUNTY OF SALT LAKE              )

CASE NAME: Digital Licensing, LLC et al
CASE NO: SL-02891-A

## AFFIDAVIT OF NON-RECORD

My name is Kevin Mwangi; I hereby certify that, I am employed by Zions Bancorporation, N.A. as the Custodian of Records for Zions First National Bank with a business address 7860 S Bingham Jct. Blvd, Midvale, UT 84047, and a business phone number of 800-601-9582.

I certify that in my capacity as Custodian of Records, I have care, custody, and control of the business records of Zions First National Bank.

I certify that the entry into the business records are made in the ordinary course of the business of Zions First National Bank by an employee or a representative of the company who has personal knowledge of the information being entered into the business records, and that the employee making the entry has a duty to commit the information into the record, and that the entries are made at or near the time of the event they purport to record.

I further certify that upon a thorough and diligent search of the business records of Zions First National Bank there is no record or file, responsive to the legal order, in the business records of Zions First National Bank relating to: Accounts closed prior timeframe requested. Account ███0053 Closed 2/14/2023; Account ███3585 Closed 2/14/2023; Account ███3593 Closed 2/15/2023; Account ███3601 Closed 2/15/2023; Account ███4702 Closed 3/01/2023; Account ███2273 Closed 2/09/2023; Account ███2497 Closed 2/08/2023. *Unable to locate* ████7520, ████5310, ████7520.

*Kevin Mwangi*
AFFIANT

SUBSCRIBED AND SWORN before me on 7/10/2023 by Kevin Mwangi

*Trisha Holmes*
Notary Public

Trisha Holmes
Commission No. 714922
Notary Public
State of Utah
My commission expires 11/4/2024

STATE OF UTAH )

: ss.

COUNTY OF SALT LAKE )

## AFFIDAVIT OF CUSTODIAN OF RECORD

### CASE NAME: In the Matter of Digital Licensing, LLC

### CASE NO: SL-02891-A

COMES NOW, Kevin Mwangi, who does swear and affirm the following:

I am a duly authorized custodian of the records for Zions Bancorporation, N.A. dba Zions First National Bank and as such have access to the records and data maintained by this division in the regular course of its business.

I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

I hereby certify that the attached documents are true and correct copies of all records described in the legal order that are in my possession or control as a custodian of such records.

I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

I hereby declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

_Kevin Mwangi_

AFFIANT

SUBSCRIBED AND SWORN to before me on March 17, 2023 by Kevin Mwangi

_Trisha Holmes_

Notary Public    Trisha Holmes

Commission No. 714922

Notary Public

State of Utah

My commission expires 11/4/2024

# Exhibit 2

   

## BUSINESS ACCOUNT APPLICATION AND ACCOUNT CARD

Date 12/7/2022                                Account Number [REDACTED] 2519

### ACCOUNT DESIGNATION INFORMATION

**Select One of the Following**

☑ New Account

☐ Designation of New Officers                  NAICS Code _____

☐ Change of Name

☐ Other _____

_____

**Select an Entity Type**

☐ Sole Proprietorship (DBA Registrations)          ☐ Corporation (Certified Articles of Incorporation)

☑ LLC (Articles/Certificate of Organization)        ☐ Partnership (Partnership Agreement)

☐ Association of Members (Clubs, Troops, Leagues, etc.)   ☐ Other _____

_____

What is the primary purpose or function of this business? HARD MONEY LENDING - PERSONAL FUNDS  TO family and friends

### MEMBER BUSINESS ACCOUNT INFORMATION

Business Name    BLOX LENDING LLC _____

| [REDACTED] | (801) 560-0526 | [REDACTED] |
| SSN/TIN | Business Phone | E-mail |

Physical (Street) Address of Business    13894 S BANGERTER PARKWAY SUITE 200

City DRAPER _____   State UT _____   ZIP 84020

Mailing Address of Business
(If different than physical address) _____

City _____   State _____   ZIP _____

### ELIGIBILITY INFORMATION

☑ The Business is Located within America First Credit Union's Field of Membership (see address above)

☐ Each owner qualifies for membership under the Field of Membership (document eligibility in the **Responsible Individual Information** section)

THE UNDERSIGNED CERTIFY THAT THE BUSINESS IS ONE OF THE FOLLOWING: (1) LOCATED WITHIN THE CREDIT UNION'S
FIELD OF MEMBERSHIP OR (2) ALL BUSINESS OWNERS OR ALL MEMBERS OF THE ORGANIZATION ARE ELIGIBLE FOR MEMBERSHIP.

Account Number _____ ▇2519 _____

# RESPONSIBLE INDIVIDUAL INFORMATION (OWNERS, OFFICERS, DIRECTORS, TRUSTEES, etc.)

| | |
|---|---|
| 1 _____ JASON RICHARD ANDERSON _____ | _____ MEMBER _____ |
| Responsible Individual's Legal Name | Title/Position |

SSN ▇▇▇▇      Date of Birth ▇▇▇▇ _____

Phone ▇▇▇▇    Cell ▇▇▇▇    E-mail ▇▇▇▇

| _____ ▇▇▇▇ _____ | DRAPER | UT | ▇▇ |
|---|---|---|---|
| Street Address | City | State | ZIP |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address (if different than street address) | City | State | ZIP |

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

Existing member of America First Federal Credit Union.  Qualifying Primary Account Number   ▇4066

| | |
|---|---|
| 2 _____ | _____ |
| Responsible Individual's Legal Name | Title/Position |

SSN _____      Date of Birth _____

Phone _____    Cell _____    E-mail _____

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Street Address | City | State | ZIP |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address (if different than street address) | City | State | ZIP |

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

| | |
|---|---|
| 3 _____ | _____ |
| Responsible Individual's Legal Name | Title/Position |

SSN _____      Date of Birth _____

Phone _____    Cell _____    E-mail _____

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Street Address | City | State | ZIP |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address (if different than street address) | City | State | ZIP |

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

| | |
|---|---|
| 4 _____ | _____ |
| Responsible Individual's Legal Name | Title/Position |

SSN _____      Date of Birth _____

Phone _____    Cell _____    E-mail _____

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Street Address | City | State | ZIP |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Mailing Address (if different than street address) | City | State | ZIP |

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

Account Number _____ ████ 2519 _____

# RESPONSIBLE INDIVIDUAL INFORMATION (OWNERS, OFFICERS, DIRECTORS, TRUSTEES, etc.)

5 _____        _____
　　　　　Responsible Individual's Legal Name　　　　　　　　　　　　Title/Position

　　　　SSN _____        Date of Birth _____

Phone _____ Cell _____        E-mail _____

_____    _____    _____    _____
　　　　　Street Address　　　　　　　　　　　　City　　　　　　　State　　　　　　ZIP

_____    _____    _____    _____
　Mailing Address (if different than street address)　　　City　　　　　　　State　　　　　　ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

6 _____        _____
　　　　　Responsible Individual's Legal Name　　　　　　　　　　　　Title/Position

　　　　SSN _____        Date of Birth _____

Phone _____ Cell _____        E-mail _____

_____    _____    _____    _____
　　　　　Street Address　　　　　　　　　　　　City　　　　　　　State　　　　　　ZIP

_____    _____    _____    _____
　Mailing Address (if different than street address)　　　City　　　　　　　State　　　　　　ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

7 _____        _____
　　　　　Responsible Individual's Legal Name　　　　　　　　　　　　Title/Position

　　　　SSN _____        Date of Birth _____

Phone _____ Cell _____        E-mail _____

_____    _____    _____    _____
　　　　　Street Address　　　　　　　　　　　　City　　　　　　　State　　　　　　ZIP

_____    _____    _____    _____
　Mailing Address (if different than street address)　　　City　　　　　　　State　　　　　　ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

8 _____        _____
　　　　　Responsible Individual's Legal Name　　　　　　　　　　　　Title/Position

　　　　SSN _____        Date of Birth _____

Phone _____ Cell _____        E-mail _____

_____    _____    _____    _____
　　　　　Street Address　　　　　　　　　　　　City　　　　　　　State　　　　　　ZIP

_____    _____    _____    _____
　Mailing Address (if different than street address)　　　City　　　　　　　State　　　　　　ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

Account Number _____ 1519 _____

# AUTHORIZED SIGNERS

Any of the persons named below are authorized to issue Payment Orders in the name of the account holder to be paid from this account. These Authorized Persons are granted the authority to perform any act which they deem advisable for the effective exercise of their power to issue Payment Orders. This Authorization remains effective until we receive and have reasonable opportunity to act on any written notice of revocation of authority. **IF YOU DO NOT WISH TO DESIGNATE AUTHORIZED PERSONS, LEAVE THIS SECTION BLANK.**

| Authorized Person's Legal Name | | Title/Position | |
|---|---|---|---|
| DOB _____ | SSN/ITIN _____ | Phone _____ | Cell _____ |
| Street Address _____ | | | |
| Signature X_____ | | ID (Issuer/Type/No./Expires)_____ | |

| Authorized Person's Legal Name | | Title/Position | |
|---|---|---|---|
| DOB _____ | SSN/ITIN _____ | Phone _____ | Cell _____ |
| Street Address _____ | | | |
| Signature X_____ | | ID (Issuer/Type/No./Expires)_____ | |

| Authorized Person's Legal Name | | Title/Position | |
|---|---|---|---|
| DOB _____ | SSN/ITIN _____ | Phone _____ | Cell _____ |
| Street Address _____ | | | |
| Signature X_____ | | ID (Issuer/Type/No./Expires)_____ | |

| Authorized Person's Legal Name | | Title/Position | |
|---|---|---|---|
| DOB _____ | SSN/ITIN _____ | Phone _____ | Cell _____ |
| Street Address _____ | | | |
| Signature X_____ | | ID (Issuer/Type/No./Expires)_____ | |

**ALL RESPONSIBLE INDIVIDUALS MUST SIGN TO ADD AUTHORIZED SIGNERS.  ANY ONE RESPONSIBLE INDIVIDUAL MAY SIGN TO REMOVE AUTHORIZED SIGNERS.**

## SECURITY PROCEDURES

The following Security Procedures are offered by America First Credit Union to verify all Payment Orders not received in person.  We will follow the Security Procedure you select below (select only one):

☐ **CALL BACK** – When we receive your Payment Orders, we will verify the orders by calling any of the persons listed below at the numbers you provide.

| Name _____ | Phone _____ |
|---|---|
| Name _____ | Phone _____ |
| Name _____ | Phone _____ |
| Name _____ | Phone _____ |

☐ **SECURITY QUESTIONS** – When we receive your Payment Orders, we will verify the Authorized Person by asking questions not readily known to anyone but the Authorized Person. In order select this procedure, you must provide dates of birth and social security numbers for the Authorized Persons listed above.

☒ **DECLINES SECURITY PROCEDURES**

In addition to any security procedure you select, we reserve the right to perform additional security measures we may deem necessary to address any risk associated with individual payment orders. We reserve this right to perform additional security measures even if we have not done so in the past for similar payments orders.

## AUTHORIZATION

**Definitions:** In this Authorization, the words "you", "your", and "yours" mean the Account Owner that signs this Authorization. The word "account" means any account or accounts designated on this Authorization. The terms used in the Authorization have the meaning given to them in Article 4A of the Uniform Commercial Code.

**Account Owner Liability:** You agree to be bound by any Payment Order, whether or not authorized, issued in your name accepted by us in compliance with the Security Procedures chosen by you in this Authorization. The Authorization may not be changed by an oral authorization or by a course of dealing or custom.

**Security Procedures:** We will follow the Security Procedures identified in this Authorization. You agree that these procedures are commercially reasonable methods of verifying Payment Orders and other electronic funds transfers.

**Uniform Commercial Code Article 4A:** Any electronic funds transfers that we permit that are subject to Article 4A of the Uniform Commercial Code will be subject to the provisions of this Authorization and the provisions of the Uniform Commercial Code. **Notice:** Notice to any Account Owner is considered notice to all Account Owners

**Authorization to Accept Payment Orders:** You authorize America First Credit Union to accept Payment Order requests from time to time in the manner authorized above in amounts to be specified in each request.

**Payment Orders:** Payment Orders include, but are not limited to, wire transfers, checks drawn on the account, ACH debits and credits, account transfers and cash and check withdrawals. Any of the above-named Persons are authorized to request Payment Orders in the name of the account owner to be paid from the authorized account identified above.

These Authorized Persons are granted the authority to perform any act which they deem advisable for the effective exercise of their power to issue Payment Orders. This Authorization remains effective until we receive and have reasonable opportunity to act on any written notice or revocation of authority. This is not the document that authorizes a Payment Order or other electronic funds transfers. We may require you to complete a separate document at the time of each payment order.

Account Number ██████████ ۲519 _____

# BUSINESS ACCOUNT APPLICATION AND ACCOUNT CARD

**1. MEMBER BUSINESS/ACCOUNT OWNER.** The Member Business/Account Owner name in this document is the complete and correct name of the Member Business. If applicable, all registered assumed names under which the Member Business does business are noted. Each corporate officer, partner, member or trustee (as applicable) warrants that the Member Business has been duly formed and currently exists. The Member Business is solely responsible for conducting any background check on persons they designate to represent and act on their behalf, and they agree to indemnify and hold America First Credit Union harmless from the actions of Member Business agents and representatives.

**2. AUTHORIZED PARTIES.** The persons named as Responsible Individuals on this Business Account Application and Account Card are authorized to act on behalf of the Member Business with respect to accounts based upon the designated authority and Certificate of Authority set forth below.

   a.   **Responsible Individuals** are vested with full authority to open and close accounts on behalf of the Member Business, add and remove Authorized Signers on behalf of the Member Business and transact any business of any nature on such accounts.

   b.   **Authorized Signers** are vested with limited authority to transact any business on such accounts including the following, but may not make changes on or to the accounts:

- Depositing, withdrawing and transferring funds into, out of, and between one or more accounts;
- Signing drafts, checks and other orders for payment or withdrawal;
- Issuing instructions regarding order for payment or withdrawal;
- Endorsing any check, draft, share certificate and other instrument or order for payment owned or held by the Member Business;
- Initiating ACH Transactions and Bank Wires; and
- Receiving information of any nature about the account

**3. CERTIFICATE OF AUTHORITY**

   a.   The Member Business and each Responsible Individual named on this Business Account Application and Account Card certifies and agrees that the Member Business accounts and services will be governed by the terms set forth in the Business Membership and Account Agreement and Business Account Application and Account Card, and the Rate and Fee Schedule as amended from time to time.

   b.   America First Credit Union is directed to accept and pay without further inquiry, any item bearing the signature as indicated on the Business Account Application and Account Card drawn against any of the Member Business accounts. Any one Responsible Individual or Authorized Signer is expressly authorized to endorse all items payable to or owned by the Member Business for deposit with or collection by America First Credit Union and to perform any other transaction permitted under the Agreement.

   c.   The authority given to the Authorized Parties named on the Business Account Application and Account Card shall remain in full force until written notice of revocation or a new Business Account Application and Account Card is delivered to and received by America First Credit Union. Any such notice shall not affect any items in process at the time notice is given. The Member Business shall notify America First Credit Union of any change in the Member Business composition, assumed business names, or any aspect of the entity affecting the deposit relationship between the Member Business and America First Credit Union.

   d.   The Member Business and each Authorized Party signing the Business Account Application and Account Card agree to indemnify and hold harmless America First Credit Union.

   e.   America First Credit Union shall have no duty to inquire as to the powers and duties of any Authorized Party and shall have no notice of any breach of fiduciary duties by any Authorized Party unless America First Credit Union has actual notice of wrongdoing.

**4. LIABILITY.** The Member Business agrees that America First Credit Union shall not be liable for any losses due to the Member Business failure to notify the Credit Union of such changes. The Member Business and each Authorized Party signing the Business Account Application and Account Card agree to indemnify and hold harmless America First Credit Union from any claim or liability as a result of unauthorized acts of any Authorized Party or former Authorized Party upon which America First Credit Union relies prior to notice of any account change or change of Member Business.

*BACKUP WITHHOLDING AND TIN CERTIFICATION: By signing below, each Member Business Account Owner certifies, under penalties of perjury, that (1) I am a U.S. person (including a U.S. resident alien, (2) the Social Security Number(SSN)/Tax Payer Identification Number (TIN) shown is my/the correct identification number and (3) I am NOT, unless designated below, subject to backup withholding because I have not been notified that I am subject to backup withholding as a result of a failure to report all dividends or interest, or because the IRS has notified me that I am no longer subject to backup withholding. This account is maintained in the US; therefore, FATCA reporting is not applicable.*

☐ I am subject to backup withholding   ☐ I am not a US Citizen or resident (Complete W-8 BEN)   ☐ Exempt –Payee Code _____

**SIGNATURES.** By signing below, each Member Business Account Owner agrees to all terms contained in this Business Application and Account Card and agree the Member Business Account will be governed by the terms and conditions set forth in the Business Membership and Account Agreement, Funds Availability Policy, Privacy Policy, Electronic Funds Transfer Agreement and Rate and Fee Schedule and to any amendment the Credit Union makes from time to time which are incorporated herein. Each Member Business Account Owner acknowledges receipt and copy of the Agreement and Disclosures applicable to the accounts and services requested herein.

*The Internal Revenue Service does not require you to consent to any provision of this Business Account Application and Account Card other than the certifications required to avoid backup withholding.*

X_____ JASON RICHARD ANDERSON     ID (Issuer/Type/No./Expires) UT/DRIVERS LICENSE/████████

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

X_____     ID (Issuer/Type/No./Expires) _____

AFCU Form #130   04/19            Page 5 of 9

Account Number _____ ▓▓▓ 2519 _____

# CERTIFICATION OF BUSINESS OWNERS

**REQUIRED FEDERAL CERTIFICATION.** *(The person opening a new account for a legal entity with America First Federal Credit Union must complete this certification pursuant to federal law).* To help the government fight financial crime, federal law requires the Credit Union to obtain, verify and record information about the beneficial owners of legal entity members who own 25%, or more of the legal entity. Legal entities can be abused to conceal involvement in terrorist financing, money laundering, tax evasion, corruption, fraud and other financial crimes. Requiring the disclosure of key individuals who ultimately own or control a legal entity (beneficial owners) helps law enforcement investigate and prosecute these types of crimes.

Check one:  ☑ New Account      ☐ Existing Account Update

### MEMBER INFORMATION

Date 12/07/2022 _____                Business Account Number _____ ▓▓ 2519 _____

Name of Legal Entity for Which the Account is Being Opened      BLOX LENDING LLC

### RESPONSIBLE INDIVIDUAL INFORMATION

Responsible Individual's Legal Name JASON RICHARD ANDERSON          Title Position MEMBER

Street Address ▓▓▓ , DRAPER, UT ▓▓

| 100 | | | DRIVERS LICENSE, UT, ▓▓▓▓ |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

### BENEFICIAL OWNER(S) INFORMATION                    ☐ *For Additional Accounts, previous information on file & current*

1 Owner's Legal Name  JASON RICHARD ANDERSON          Title Position  MEMBER

Street Address ▓▓▓ , DRAPER, UT ▓▓

| 100 | | | DRIVERS LICENSE, UT, ▓▓▓ | Present ☑ Copy ☐ |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) | |

2 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | | Present ☐ Copy ☐ |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) | |

3 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | | Present ☐ Copy ☐ |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) | |

4 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | | Present ☐ Copy ☐ |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) | |

### CERTIFICATION

The Responsible Individual listed above certifies that all information regarding the Member, Responsible Individual and Beneficial Owners set forth above is true and complete and current as of the date above. Responsible individual agrees to notify America First Credit Union of any changes in the information. America First Federal Credit Union is authorized to obtain a credit report of the Member, Responsible Individual and Beneficial Owners from any consumer reporting agency to support the Member's eligibility for the accounts and services requested.

_____                _____ 3995
Responsible Individual's Signature          America First Credit Union Witness Signature/Employee Number

SIGNATURES MUST BE NOTARIZED IF NOT WITNESSED BY AN AUTHORIZED AMERICA FIRST CREDIT UNION EMPLOYEE

CREDIT UNION USE ONLY     Account Number _____ 2517

Received by _____ Aaron Goodrich _____   Employee Number ___ 3995   Approved? ☑Yes ☐No

Approved/Denied by _____ Aaron Goodrich _____   Branch Number ___ 0112

QC by _____ am Ovt _____   Employee Number ___ 3995

| | | | |
|---|---|---|---|
| **Business** | OFAC ☑ PASS ☐ FAIL | | |
| Responsible Individual 1 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 2 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 3 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 4 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 5 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 6 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 7 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 8 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Beneficial Owner 1 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 2 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 3 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 4 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 1 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 2 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 3 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signed 4 | OFAC ☐ PASS ☐ FAIL | | |

**ADDITIONAL COMMENTS**

Business does hard money lending of own personal funds for real estate. Processing about 12 transactions a year. Does not conduct any property management.

JASON PRIMARY ACCT, OFAC, CBR NOT REQ

**FACT ACT INFORMATION**

OFAC for Jason from current primary account holder.

Account Number _____ ▮▮▮▮ _____

## BUSINESS ACCOUNT QUESTIONNAIRE

Business Name  BLOX LENDING LLC _____   Date  12/07/2022 _____

| 1 | INTERNATIONAL TRANSACTIONS | | |
|---|---|---|---|
| | Is this business incorporated outside the United States? | ☐ Yes | ☑ No |
| | Does this business buy, sell products or services in countries or territories outside the United States? | ☐ Yes | ☑ No |
| | Will this business send or receive international wires as part of its normal banking activity? | ☐ Yes | ☑ No |
| **2** | **OTHER TRANSACTIONS** | | |
| | Will this business expect to deposit **cash/coin** in amounts greater than $8,000 at one time? | ☐ Yes | ☑ No |
| | **If yes, how many times per month? _____** | | |
| | Will this business send or receive wires within the United States as part of its normal banking activity? | ☑ Yes | ☐ No |
| | Will this business purchase cashier's checks or money orders on a regular basis? | ☐ Yes | ☑ No |
| | Will this business engage in recurring ACH transactions (incoming and/or outgoing)? | ☑ Yes | ☐ No |
| | Will this business use the night drop on a regular basis? | ☐ Yes | ☑ No |
| **3** | **SERVICES** | | |
| | Will this business physically cash checks for its customers? | ☐ Yes | ☑ No |
| | **If yes, what would be the maximum number of checks per day? _____** | | |
| | **Maximum dollar amount per check cashed? $ _____** | | |
| | Will your business be processing transactions on behalf of another individual or business? | ☐ Yes | ☑ No |
| | Will this business offer or sell any of the following services/products? | | |
| |     Wire Transfers | ☐ Yes | ☑ No |
| |     Fund Transfers | ☐ Yes | ☑ No |
| |     Money Orders | ☐ Yes | ☑ No |
| |     Travelers Checks | ☐ Yes | ☑ No |
| |     Stored Value Cards | ☐ Yes | ☑ No |
| |     Other monetary instruments | ☐ Yes | ☑ No |
| |     Does this business engage in internet gambling? | ☐ Yes | ☑ No |
| | Will this business be registered as a Money Service Business? | ☐ Yes | ☑ No |
| | Will this business include the retail sale, creation, marketing or testing of marijuana or marijuana-related products (Hemp, CBD, CBD Oils)? | ☐ Yes | ☑ No |
| | Is this an Adult Entertainment Business? | ☐ Yes | ☑ No |
| | Is this a Property Management Business? (If the answer is yes, the Responsible Individual must complete form #80). | ☐ Yes | ☑ No |

Account Number _____ ▓▓ 62519

## BUSINESS ACCOUNT ENROLLMENT

Business Name BLOX LENDING LLC

| NON-PROFIT BUSINESS ACCOUNT | BASIC BUSINESS ACCOUNT | PREMIER BUSINESS ACCOUNT | HIGH-YIELD BUSINESS ACCOUNT |
|---|---|---|---|
| For Associations and Non-Profit Corporations | (Free) | (Monthly Fee: $8.00) | (Monthly Fee: $50.00) |
| **250 Free Items** | **250 Free Items** | **Itemized Transaction Fees** | **Itemized Transaction Fees** |
| $.15 per Deposit | $.15 per Deposit | $.15 per Deposit | $.15 per Deposit |
| $.15 per Deposited Check | $.15 per Deposited Check | $.05 per Deposited Check | $.05 per Deposited Check |
| $.15 per Written Check | $.15 per Written Check | $.15 per Written Check | $.15 per Written Check |
| ** Transaction Fees only apply after the first 250 items | ** Transaction Fees only apply after the first 250 items | ** Transaction Fees are offset by Earnings Credit | ** Earns High-Yield Interest rate on Checking |

The undersigned elects to enroll in one of the following Business Account types:

☐ Non-Profit Business Account (for Associations and Non-Profit Corporations)

☑ Basic Business Account (Free)

☐ Premier Business Account ($8.00)

☐ High-Yield Business Account ($50.00)

### E-SIGN CONSENT NOTICE ONLINE STATEMENT

☑ By checking this box, you consent to receive your Periodic Statements, Annual Notice of Billing Error Rights, Privacy Notice, Annual Electronic Funds Transfer Notice and IRS 1098, 1099 and 5498 Notices electronically.   Your consent and its electronic documents applies to all your deposit accounts. You may access your statements as PDF documents through the Online Banking system or through Mobile Banking, which requires a web browser through your mobile device. You must have Adobe Acrobat Reader™ software to access the statements and a printer or ability to download the statements for your records. The statements for the new month will be available on the 5th of each month. You have the right to request and receive periodic statements in paper form at any time or you may withdraw your consent for online statements by contacting any branch, by calling 1-800-999-3961 or by emailing support@americafirst.com. There are no fees or account restrictions for choosing to withdraw your consent for online statements or to request a paper statement. You understand that you will also be required to log in to Online Banking (or Mobile Banking under the requirements above) to confirm your consent and ability to access online statements.

### AUTHORIZATION FOR PHONE/TEXT COMMUNICATION

☑ By checking this box, I expressly consent and authorize America First Credit Union and its representatives to contact me by email, telephone (including cell phone), text message, or automated dialing communications at any number I provide the Credit Union for my accounts or services, now or in the future for purposes of assisting with my accounts, services and to prevent fraud on my account. I understand I may revoke my consent at any time by providing the Credit Union notice of my revocation.

Responsible Individual Signature _____

Date 12/7/2022

AFCU Form #130    04/19

Page 9 of 9



**BANK OF AMERICA** ⬎⬎

Business Resolution or Authorization for

**O p e n i n g   a n d   M a i n t a i n i n g   B a n k i n g   R e l a t i o n s h i p**

**Name of Business**   BLOX LENDING LLC

**Account Number**   ▮▮▮▮1004

**State where Organized/Registered/Principal Place of Business**   NV

**TIN**   ▮▮▮▮▮▮▮

**Business Type:**

☐ **Sole Proprietor**     ☐ **Corporation**     ☒ **Limited Liability Company**

☐ **Partnership**     ☐ **Unincorporated Association**     ☐ **Other**

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name  JASON RICHARD ANDERSON _____     Title/Status  Managing Member _____

Name  _____     Title/Status  _____

Name  _____     Title/Status  _____

Name  _____     Title/Status  _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID

00-14-9120M  09-2017



Page 1 of 3

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

### Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1

9. That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

10. That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

11. That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

### Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1

12. That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

13. That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M  09-2017



Page 2 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA                                    BANA_SEC_Digital Licensing_000549

Account Number: ▆▆▆▆ 1004

14. That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this _17_ day of _Aug._, _2020_

_____  Managing member.
Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | ▆▆▆▆▆ |


CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000550

**Business Signature Card**
**with Substitute Form W-9**

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ▉▉▉▉ 1004

**Account Type:**  [X] Checking      [ ] Savings      [ ] Certificate of Deposit

**Account Title:**  BLOX LENDING LLC

---

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC      [ ] C Corporation      [ ] S Corporation      [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)          Exempt payee code (if any) _____
*(Applies to accounts maintained outside the U.S.)*          Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▉▉▉▉▉          (or) Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

---

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the W-9 instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | | 8-17-2020 |
| | | | |
| | | | |
| | | | |

---

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

 **BANK OF AMERICA**

**Business Resolution or Authorization for**

**Opening and Maintaining Banking Relationship**

**Name of Business** BLOX LENDING LLC

**Account Number** ████1020

**State where Organized/Registered/Principal Place of Business** NV

**TIN** ████████

**Business Type:**

☐ Sole Proprietor     ☐ Corporation     ☒ Limited Liability Company

☐ Partnership     ☐ Unincorporated Association     ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name JASON RICHARD ANDERSON     Title/Status Managing Member

Name _____     Title/Status _____

Name _____     Title/Status _____

Name _____     Title/Status _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID

00-14-9120M  09-2017          Page 1 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA     BANA_SEC_Digital Licensing_000552

Account Number: [redacted]020

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

### Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

### Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M  09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000553

Account Number: ████ 020

14. That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this 17 day of Aug , 2020 .

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | ████ |



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000554

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ▮▮▮▮ 1020

**Account Type:** ☐ Checking  ☒ Savings  ☐ Certificate of Deposit

**Account Title:** BLOX LENDING LLC

---

**Legal Designation**

☒ Individual Owner/Sole Proprietor/Single Member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▮▮▮▮▮  (or) Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

---

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

---

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | *(signature)* | 8-17-2020 |
| | | | |
| | | | |
| | | | |

---

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BofA_SEC_Digital Licensing_000XX



**BANK OF AMERICA**

Business Resolution or Authorization for

**O p e n i n g   a n d   M a i n t a i n i n g   B a n k i n g   R e l a t i o n s h i p**

**Name of Business**   BLOX LENDING LLC

**Account Number**   ████████8814

**State where Organized/Registered/Principal Place of Business**   NV

**TIN** ███████████

**Business Type:**

☐ Sole Proprietor          ☐ Corporation          ☒ Limited Liability Company

☐ Partnership             ☐ Unincorporated Association          ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name   JASON RICHARD ANDERSON                    Title/Status   Managing Member

Name _____              Title/Status _____

Name _____              Title/Status _____

Name _____              Title/Status _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID
00-14-9120M   09-2017



Page 1 of 3

Account Number: ████3814

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M  09-2017



Page 2 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

Account Number: ████████814

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this __17__ day of __Aug__ , __2020__.

~ Maging Monber.

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | ████████ |



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC Digital Licensing_000556

**Business Signature Card**
**with Substitute Form W-9**

**BANK OF AMERICA** ⟩⟩⟩
BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ▧▧▧ 3814

**Account Type:** [X] Checking          [ ] Savings          [ ] Certificate of Deposit

**Account Title:** BLOX LENDING LLC

_____

_____

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals;     Exempt payee code (if any) _____
see IRS Instructions for Form W-9)                                      Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

Employer Identification Number ▧▧▧▧▧     (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ]  **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9.)

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | *(signature)* | 8-17-2020 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

**BANK OF AMERICA** 🇺🇸

Business Resolution or Authorization for
Opening and Maintaining Banking Relationship

Name of Business: IX GLOBAL LLC

Account Number: _____8630_____

State where Organized/Registered/Principal Place of Business: ____UT____

Tax Identification Number: _____

**Business Type:**

☐ Individual Owner/Sole Proprietor/Single Member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☒ Limited Liability Company (Tax classification: C=C Corporation, S=S Corporation, P=Partnership) __S__

☐ Other:_____

1.  **Resolved,** that Bank of America (the "Bank") is hereby designated as a depository for the funds of the Business; that any type of deposit account, including without limitation, time, demand, savings, and negotiable order of withdrawal accounts (generally, "Accounts") may be opened and maintained in the name of the Business with the Bank in accordance with the terms of the applicable Deposit Agreement, rules and regulations for such accounts and this Business Resolution and Authorization (the "Resolution"), by any one (1) of the following authorized representatives, officers, employees, partners, members, managers or agents (each an "Authorized Person"):

    Name JOSEPH ANTHONY MARTINEZ JR                     Title/Status MANAGING MEMBER

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    may, individually, without the Bank obtaining consent from any other Authorized Person, conduct affairs with the Bank on behalf of the Business and in its name; sign and execute any application, agreements and/or other documentation required by the Bank to open Accounts; enter into any agreement on behalf of the Business with the Bank for the provision of Treasury Management or other services related to such Accounts; pledge Accounts as collateral, transfer to or withdraw funds from Accounts through any channel, such as by teller, or instrument, including but not limited to, by check, wire or electronic transfer; enter into special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Business may be deposited, collected, or withdrawn, and to perform such other acts as they deem reasonably necessary to carry out the provisions of this Resolution; to appoint and delegate, from time to time, such other person(s) who may be authorized to enter into such agreements; and to perform any such other acts as an Authorized Person deems reasonably necessary to carry out the provisions of this Resolution.

2.  **Further Resolved,** that the Business agrees that laws and regulations that are solely applicable to consumer-purpose deposit accounts, including but not limited to the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) and Regulation E (12 C.F.R. Part 2005), are not applicable to business-purpose accounts (and any related services) that are opened on behalf of, or used by, the Business.

Confidential Treatment Requested by BANA under FOIA                    BANA_SEC_Digital_Licensing_000001

**BANK OF AMERICA** ⫸

**Account Number:** ▮▮▮▮8630

3. **Further Resolved,** that the Bank is authorized to honor all instruments for the payment, delivery or exchange of money or property when signed or otherwise authorized by an Authorized Person, regardless of amount, including any amount payable to any Authorized Person, signer or other officer or employees of the Business, without inquiry as to the circumstances of their issue or the application or disposition of their proceeds, and without liability to the Bank, and without obligation on the Bank to inquire whether the same be drawn or required for the corporation's business or benefit.

4. **Further Resolved,** that the authority hereby conferred upon the Authorized Persons shall remain in full force and effect until the Bank receives notification in writing of the revocation of such authority, along with the information the Bank deems necessary to make such a change, and has had a reasonable period of time to act upon such notice (the "Reasonable Period"); that receipt of such notice shall not affect any action taken by the Bank prior to such Reasonable Period; and that even after the Reasonable Period, any checks written by, and online transfers or ATM/debit card transactions initiated by, previously Authorized Persons will be honored in the absence of an effective stop payment order for the payment method involved. If the Business fails to effectively notify the Bank of any revocation of authority, the Business agrees to indemnify and hold the Bank harmless for any unauthorized transaction conducted by previous Authorized Persons.

5. **Further Resolved,** that each Authorized Person hereby is authorized and directed to certify that the provisions of this Resolution binding upon the Business as to transactional matters with the Bank, are in effect to serve as part of the books and records of the Business and that they are in full force and effect and cannot be modified in any manner without written consent of the Bank.

6. **Further Resolved,** the appropriate Authorized Person(s) is/are hereby authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by the Bank.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization.

JOSEPH ANTHONY MARTINEZ JR

07/12/2022

Date

MANAGING MEMBER

Title of Authorized Business Representative

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000002

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ████6630

**Account Type:**  ☒ Checking          ☐ Savings          ☐ Certificate of Deposit

**Account Title:** IX GLOBAL LLC

---

**Legal Designation**

☐ Individual Owner/Sole Proprietor/Single Member LLC     ☐ C Corporation     ☐ S Corporation     ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) S ___
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals;     Exempt payee code (if any) _____
see IRS instructions for Form W-9)                                       Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

Employer Identification Number ████████     (or) Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| Joseph Anthony Martinez Jr. | Managing Member | *[signature]* | 11/28/22 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 05-2021

© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Anton Mayzus
Financial Center: Centerville

Bank Number: 343
Date: 11/28/2022



Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000003

**BANK OF AMERICA** 🇺🇸

Business Signature Card
with Substitute Form W-9

Account Number: ▓▓▓▓8630

Account Type:  [X] Checking        [ ] Savings        [ ] Certificate of Deposit

Account Title:  IX GLOBAL LLC

---

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _S_

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)        Exempt payee code (if any) _____

(Applies to accounts maintained outside the U.S.)        Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▓▓▓▓▓▓▓        (or)  Social Security Number _____

---

By signing below, I/we acknowledge, agree and consent:

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] Nonresident Alien (NRA) Status: Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

Substitute Form W-9: Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | MANAGING MEMBER | | 07/12/2022 |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NID

Associate Name: Aaron PapaDakis
Financial Center: Downtown SLC

Bank Number: 343
Date: 07/12/2022

Confidential Treatment Requested by BANA under FOIA                BANA_SEC_Digital Licensing_000004

**BANK OF AMERICA**

Business Resolution or Authorization for
Opening and Maintaining Banking Relationship

**Name of Business:** IX GLOBAL LLC

**Account Number:** ▒▒▒▒8643

**State where Organized/Registered/Principal Place of Business:** UT

**Tax Identification Number:** ▒▒▒▒▒▒

**Business Type:**

☐ Individual Owner/Sole Proprietor/Single Member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☒ Limited Liability Company (Tax classification: C=C Corporation, S=S Corporation, P=Partnership) __S__

☐ Other: _____

1. **Resolved,** that Bank of America (the "Bank") is hereby designated as a depository for the funds of the Business; that any type of deposit account, including without limitation, time, demand, savings, and negotiable order of withdrawal accounts (generally, "Accounts") may be opened and maintained in the name of the Business with the Bank in accordance with the terms of the applicable Deposit Agreement, rules and regulations for such accounts and this Business Resolution and Authorization (the "Resolution"), by any one (1) of the following authorized representatives, officers, employees, partners, members, managers or agents (each an "Authorized Person"):

Name JOSEPH ANTHONY MARTINEZ JR        Title/Status MANAGING MEMBER

Name _____        Title/Status _____

Name _____        Title/Status _____

Name _____        Title/Status _____

Name _____        Title/Status _____

may, individually, without the Bank obtaining consent from any other Authorized Person, conduct affairs with the Bank on behalf of the Business and in its name; sign and execute any application, agreements and/or other documentation required by the Bank to open Accounts; enter into any agreement on behalf of the Business with the Bank for the provision of Treasury Management or other services related to such Accounts; pledge Accounts as collateral, transfer to or withdraw funds from Accounts through any channel, such as by teller, or instrument, including but not limited to, by check, wire or electronic transfer; enter into special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Business may be deposited, collected, or withdrawn, and to perform such other acts as they deem reasonably necessary to carry out the provisions of this Resolution; to appoint and delegate, from time to time, such other person(s) who may be authorized to enter into such agreements; and to perform any such other acts as an Authorized Person deems reasonably necessary to carry out the provisions of this Resolution.

2. **Further Resolved,** that the Business agrees that laws and regulations that are solely applicable to consumer-purpose deposit accounts, including but not limited to the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) and Regulation E (12 C.F.R. Part 2005), are not applicable to business-purpose accounts (and any related services) that are opened on behalf of, or used by, the Business.

Confidential Treatment Requested by BANA under FOIA        BANA_SEC_Digital Licensing_000005

**BANK OF AMERICA**

Business Resolution or Authorization for
Opening and Maintaining Banking Relationship

Account Number: [redacted]8643

3. **Further Resolved,** that the Bank is authorized to honor all instruments for the payment, delivery or exchange of money or property when signed or otherwise authorized by an Authorized Person, regardless of amount, including any amount payable to any Authorized Person, signer or other officer or employees of the Business, without inquiry as to the circumstances of their issue or the application or disposition of their proceeds, and without liability to the Bank, and without obligation on the Bank to inquire whether the same be drawn or required for the corporation's business or benefit.

4. **Further Resolved,** that the authority hereby conferred upon the Authorized Persons shall remain in full force and effect until the Bank receives notification in writing of the revocation of such authority, along with the information the Bank deems necessary to make such a change, and has had a reasonable period of time to act upon such notice (the "Reasonable Period"); that receipt of such notice shall not affect any action taken by the Bank prior to such Reasonable Period; and that even after the Reasonable Period, any checks written by, and online transfers or ATM/debit card transactions initiated by, previously Authorized Persons will be honored in the absence of an effective stop payment order for the payment method involved.  If the Business fails to effectively notify the Bank of any revocation of authority, the Business agrees to indemnify and hold the Bank harmless for any unauthorized transaction conducted by previous Authorized Persons.

5. **Further Resolved,** that each Authorized Person hereby is authorized and directed to certify that the provisions of this Resolution binding upon the Business as to transactional matters with the Bank, are in effect to serve as part of the books and records of the Business and that they are in full force and effect and cannot be modified in any manner without written consent of the Bank.

6. **Further Resolved,** the appropriate Authorized Person(s) is/are hereby authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by the Bank.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization.

JOSEPH ANTHONY MARTINEZ JR

07/12/2022

Date

MANAGING MEMBER

Title of Authorized Business Representative

00-15-9120D 11-2021
NID
Associate Name: Aaron PapaDakis
Financial Center: Downtown SLC
Page 2

Confidential Treatment Requested by BANA under FOIA    BANA_SEC_Digital Licensing_000006

## BANK OF AMERICA 🇺🇸

Business Signature Card
with Substitute Form W-9

| | |
|---|---|
| Account Number: | ███████ 8643 |

Account Type:  [X] Checking       [ ] Savings       [ ] Certificate of Deposit

Account Title:   IX GLOBAL LLC

---

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _S_

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

| Employer Identification Number ███████ | (or)  Social Security Number _____ |

---

By signing below, I/we acknowledge, agree and consent:
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] Nonresident Alien (NRA) Status: Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

Substitute Form W-9: Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | MANAGING MEMBER | *signature* | 07/12/2022 |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NID

Associate Name: Aaron PapaDakis
Financial Center:  Downtown SLC

Bank Number: 343
Date: 07/12/2022

**BANK OF AMERICA**

Business Resolution or Authorization for
Opening and Maintaining Banking Relationship

**Name of Business:** IX GLOBAL LLC

**Account Number:** ████8656

**State where Organized/Registered/Principal Place of Business:** UT

**Tax Identification Number:** ██████████

**Business Type:**

☐ Individual Owner/Sole Proprietor/Single Member LLC      ☐ C Corporation      ☐ S Corporation      ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☒ Limited Liability Company (Tax classification: C=C Corporation, S=S Corporation, P=Partnership) _S_

☐ Other: _____

1.  **Resolved,** that Bank of America (the "Bank") is hereby designated as a depository for the funds of the Business; that any type of deposit account, including without limitation, time, demand, savings, and negotiable order of withdrawal accounts (generally, "Accounts") may be opened and maintained in the name of the Business with the Bank in accordance with the terms of the applicable Deposit Agreement, rules and regulations for such accounts and this Business Resolution and Authorization (the "Resolution"), by any one (1) of the following authorized representatives, officers, employees, partners, members, managers or agents (each an "Authorized Person"):

    Name JOSEPH ANTHONY MARTINEZ JR                    Title/Status MANAGING MEMBER

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    Name _____             Title/Status _____

    may, individually, without the Bank obtaining consent from any other Authorized Person, conduct affairs with the Bank on behalf of the Business and in its name; sign and execute any application, agreements and/or other documentation required by the Bank to open Accounts; enter into any agreement on behalf of the Business with the Bank for the provision of Treasury Management or other services related to such Accounts; pledge Accounts as collateral, transfer to or withdraw funds from Accounts through any channel, such as by teller, or instrument, including but not limited to, by check, wire or electronic transfer; enter into special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Business may be deposited, collected, or withdrawn, and to perform such other acts as they deem reasonably necessary to carry out the provisions of this Resolution; to appoint and delegate, from time to time, such other person(s) who may be authorized to enter into such agreements; and to perform any such other acts as an Authorized Person deems reasonably necessary to carry out the provisions of this Resolution.

2.  **Further Resolved,** that the Business agrees that laws and regulations that are solely applicable to consumer-purpose deposit accounts, including but not limited to the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) and Regulation E (12 C.F.R. Part 2005), are not applicable to business-purpose accounts (and any related services) that are opened on behalf of, or used by, the Business.

Confidential Treatment Requested by BANA under FOIA                    BANA_SEC_Digital Licensing_000008

**BANK OF AMERICA**

Business Resolution or Authorization for
Opening and Maintaining Banking Relationship

Account Number: [REDACTED] 8656

3.  **Further Resolved,** that the Bank is authorized to honor all instruments for the payment, delivery or exchange of money or property when signed or otherwise authorized by an Authorized Person, regardless of amount, including any amount payable to any Authorized Person, signer or other officer or employees of the Business, without inquiry as to the circumstances of their issue or the application or disposition of their proceeds, and without liability to the Bank, and without obligation on the Bank to inquire whether the same be drawn or required for the corporation's business or benefit.

4.  **Further Resolved,** that the authority hereby conferred upon the Authorized Persons shall remain in full force and effect until the Bank receives notification in writing of the revocation of such authority, along with the information the Bank deems necessary to make such a change, and has had a reasonable period of time to act upon such notice (the "Reasonable Period"); that receipt of such notice shall not affect any action taken by the Bank prior to such Reasonable Period; and that even after the Reasonable Period, any checks written by, and online transfers or ATM/debit card transactions initiated by, previously Authorized Persons will be honored in the absence of an effective stop payment order for the payment method involved.  If the Business fails to effectively notify the Bank of any revocation of authority, the Business agrees to indemnify and hold the Bank harmless for any unauthorized transaction conducted by previous Authorized Persons.

5.  **Further Resolved,** that each Authorized Person hereby is authorized and directed to certify that the provisions of this Resolution binding upon the Business as to transactional matters with the Bank, are in effect to serve as part of the books and records of the Business and that they are in full force and effect and cannot be modified in any manner without written consent of the Bank.

6.  **Further Resolved,** the appropriate Authorized Person(s) is/are hereby authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by the Bank.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization.

_____        07/12/2022
JOSEPH ANTHONY MARTINEZ JR                        _____
                                                  Date

MANAGING MEMBER
_____
Title of Authorized Business Representative

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000009

# BANK OF AMERICA

Business Signature Card
with Substitute Form W-9

**Account Number:** ██████8656

**Account Type:** ☐ Checking   ☒ Savings   ☐ Certificate of Deposit

**Account Title:** IX GLOBAL LLC

---

**Legal Designation**

☐ Individual Owner/Sole Proprietor/Single Member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) S _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (Defined in W-9 instructions) _____

| Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9) | Exempt payee code (if any) _____ |
| | Exemption from FATCA reporting code (if any) _____ |
| (Applies to accounts maintained outside the U.S.) | |
| Employer Identification Number ████████ | (or) Social Security Number _____ |

By signing below, I/we acknowledge, agree and consent:
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ Nonresident Alien (NRA) Status: Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

Substitute Form W-9: Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | MANAGING MEMBER | *[signature]* | 07/12/2022 |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NID

Associate Name: Aaron PapaDakis
Financial Center: Downtown SLC

Bank Number: 343
Date: 07/12/2022

Confidential Treatment Requested by BANA under FOIA

**BANK OF AMERICA**

Business Resolution or Authorization for

O p e n i n g   a n d   M a i n t a i n i n g   B a n k i n g
R e l a t i o n s h i p

**Name of Business** UIU HOLDINGS LLC

**Account Number** ▮▮▮▮0882

**State where Organized/Registered/Principal Place of Business** DE

**TIN** ▮▮▮▮▮▮▮

**Business Type:**

☐ Sole Proprietor          ☐ Corporation          ☒ Limited Liability Company

☐ Partnership          ☐ Unincorporated Association          ☐ Other

**1. Resolved,** that the ("Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

**Name** JASON RICHARD ANDERSON          **Title/Status** MANAGING MEMBER

**Name** _____          **Title/Status** _____

**Name** _____          **Title/Status** _____

**Name** _____          **Title/Status** _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents arising by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID
00-14-9120M   09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000325

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style, I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M  09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000326

Account Number: ▇▇▇▇0882

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this _13_ day of _Nov_ _2019_____

_____ / _Managing Member_.
Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 11/13/2019 |
| Financial Center Name | Draper |
| Employee's Name | Edward Navarrete |
| Employee's Phone Number | ▇▇▇▇▇▇ |



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000327

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▮▮▮▮0882

**Account Type:** [X] Checking ☐ Savings ☐ Certificate of Deposit

**Account Title:** UIU HOLDINGS LLC

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC ☐ C Corporation ☐ S Corporation ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▮▮▮▮ (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | MANAGING MEMBER | | Nov 13 2019 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Edward Navarrete
Financial Center: Draper

Bank Number: 343
Date: 11/13/2019



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA — BANA_SEC_Digital Licensing_000328

**CHASE**

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

| | |
|---|---|
| ACCOUNT NUMBER | 788 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 07/13/2021 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |

BUSINESS ADDRESS
10081 S ROCKVIEW DR

SANDY, UT 84092-4163

Sandy Little Cottonwood - 412
ARYN R NELSON
(801) 601-5163
07/13/2021

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-CS (11/09)

Scan

**BUSINESS ACCOUNT ADD SIGNERS FORM**

CHASE

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236          BANK NO.  602          BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE  UT1-7024          PREPARED BY: NAME  TAYLOR POWELL          DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | | Dec. 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers: ___788  ___549  ___893

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | | 12/2/2021 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE**

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236     BANK NO.  602     BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE UT1-7024     PREPARED BY: NAME  TAYLOR POWELL     DATE: 12/02/2021

| Please add the following signer to the accounts listed below (other authorized signers on record do not change):<br>Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | | Dec 2, 2021 |
| Identification<br>1) Driver's License<br>2) None | ID Number | Issuer<br>UT | Issuance Date<br>11/03/2017 | Expiration Date<br>11/10/2022 |

Account Numbers:   788   549   893

| Please add the following signer to the accounts listed below (other authorized signers on record do not change):<br>Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

| Please add the following signer to the accounts listed below (other authorized signers on record do not change):<br>Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | | 12/2/2021 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable) | |
| Calmes & Co Inc. | |



ACCOUNT NUMBER _____549
ACCOUNT TYPE  Chase Business Complete Checking
TAXPAYER ID NUMBER
DATE OPENED  05/04/2021
FORM OF BUSINESS  S_CORPORATION
ISSUED BY  Digital Account Opening

BUSINESS ADDRESS
10081 S ROCKVIEW DR SANDY,UT 84092

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| KORY R CALMES | | President | 05/04/2021 | Electronically signed by:KORY R CALMES |

M1207-01-CS 10617 (11/22)

# CHASE ◯

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

ACCOUNT NUMBER ████893
ACCOUNT TYPE Chase Business Premier Savings
TAXPAYER ID NUMBER
DATE OPENED 07/13/2021
FORM OF BUSINESS S-Corporation
ISSUED BY JPMorgan Chase Bank, N.A. ( 602 )
Sandy Little Cottonwood - 412
ARYN R NELSON
(801) 601-5163
07/13/2021

BUSINESS ADDRESS
10081 S ROCKVIEW DR

SANDY, UT 84092-4163

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-CS (11/20)

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE ○**

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS  10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236          BANK NO.  602          BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE  UT1-7024          PREPARED BY: NAME  TAYLOR POWELL          DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | *Chad Calmes* | Dec 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/03/2022 |
| 2) None | | | | |

**Account Numbers:** ███788     █549   ███893

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | *Chad Calmes* | 12/2/2021 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

**CHASE** ⬡

X NEW   ___ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| ▮788 | JPMorgan Chase Bank, N.A. ( 802 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| CALMES & CO INC. | Utah - 412 |
| | DATE |
| | 07/13/2021 |
| BUSINESS ADDRESS | PREPARED BY |
| 10081 S ROCKVIEW DR | ARYN R NELSON |
| | PHONE NO. |
| SANDY, UT 84092-4163 | (801) 601-5163 |
| TAXPAYER ID NO. | PRODUCT TYPE |
| ▮ | Chase Performance Business Checking |

Legal Name of Organization:   CALMES & CO INC.   (the "Organization")

State of Organization: ___ UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KORY R CALMES | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER | CHADWICK H CALMES, EXP 08/12/2021

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) ___ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _(signed)_   Date: 07/13/2021

Title:   President

Printed Name:   KORY R CALMES



DISTRIBUTION: 1) National Account Services 2) Customer

Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC 

M1207-03-CS (11/20)

**SB1447524-F1**   **7**

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**          **CHASE ❍**

ACCOUNT NO. _____ 788

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2                                   M1 207-03-CS (11/20)

                                          

SB1447524-F1                                                8

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**
___ X ___ NEW _____ CHANGE

**CHASE ○**

| | |
|---|---|
| ACCOUNT NO.<br>▮▮▮549<br>ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>Calmes & Co Inc. | BANK NAME/NUMBER<br>Digital Account Opening<br>BRANCH NAME AND NO. |
| | DATE<br>05/04/2021<br>PREPARED BY |
| BUSINESS ADDRESS<br>10061 S ROCKVIEW DR SANDY,UT 84092 | |
| | PHONE NO.<br>8015546955 |
| TAXPAYER ID NO.   PRODUCT TYPE<br>   Chase Business Complete Checking | |

Legal Name of Organization:   Calmes & Co Inc.                                                          (the "Organization")

State of Organization: ___UT___

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name<br>KORY R CALMES | Title<br>President | Facsimile Signatures<br>KORY R CALMES |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER ☐

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | |
|---|---|---|
| Signature: | Electronically signed by:KORY R CALMES | Date: 05/04/2021 |
| Title: | President | |
| Printed Name: | KORY R CALMES | |

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

M1207-03-CS (11/20)

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**                **CHASE ○**

ACCOUNT NO. ▮▮▮▮ 549

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

| | | |
|---|---|---|
| Signature: _____ | Date: _____ |
| Title: _____ | |
| Printed Name: _____ | |

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)  CHASE O

X__ NEW ____ CHANGE

| ACCOUNT NO. | BANK NAME/NUMBER |
|---|---|
| ____593 | JPMorgan Chase Bank, N.A. ( 602 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| CALMES & CO INC. | Utah - 412 |

DATE
07/13/2021

BUSINESS ADDRESS
10031 S ROCKVIEW DR

PREPARED BY
ARYN R NELSON

PHONE NO.
(801) 601-5163

SANDY, UT 84092-4163
TAXPAYER ID NO. ____

PRODUCT TYPE
Chase Business Premier Savings

Legal Name of Organization:   CALMES & CO INC.                                          (the "Organization")

State of Organization:   UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts of the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KORY R CALMES | President | |

SIGNER(S) TO BE ADDED LATER: CHADWICK H CALMES, EXP 08/12/2021

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ (According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.)

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____  President                                  Date: 07/13/2021

Title: _____

Printed Name: KORY R CALMES

DISTRIBUTION: 1) National Account Services 2) Customer        JPMorgan Chase Bank, N.A. Member FDIC
Page 1 of 2                                                     M1207-03-CS (11/20)

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**  CHASE ◯

ACCOUNT NO. ▮▮▮ 893

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

Signature: _____  Date: _____
Title: _____
Printed Name: _____

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)



**CHASE** ⬤

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

| | |
|---|---|
| ACCOUNT NUMBER | 2788 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 07/13/2021 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Sandy Little Cottonwood - 412 |
| | ARYN R NELSON |
| | (801) 601-5163 |
| | 07/13/2021 |

**BUSINESS ADDRESS**
10081 S ROCKVIEW DR

SANDY, UT 84092-4163

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

**SB1447524-F1**    1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE** ◯

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

| BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236 | BANK NO.  602 | BRANCH PHONE NO.  (801) 481-8249 |
|---|---|---|
| INTEROFFICE MAILCODE  UT1-7024 | PREPARED BY: NAME  TAYLOR POWELL | DATE: 12/02/2021 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | *[signature]* Chad Calmes | Dec 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers:  2788   549   3893

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | *[signature]* | 12/2/2021 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

CHASE ◉

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS  10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236     BANK NO.  602     BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE  UT1-7024     PREPARED BY: NAME  TAYLOR POWELL     DATE: 12/02/2021

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | | Dec 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers:  2788   3893  549

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated Association or Organization:  For Sole Proprietorship:  For Partnership or Limited Liability Company:  For Government Entity:

Date  12/2/2021

JPMorgan Chase Bank, N.A.  Member FDIC

1

SB1447524-F1     3

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
Calmes & Co Inc.

BUSINESS ADDRESS
10081 S ROCKVIEW DR SANDY,UT 84092



| | |
|---|---|
| ACCOUNT NUMBER | 549 |
| ACCOUNT TYPE | Chase Business Complete Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 05/04/2021 |
| FORM OF BUSINESS | S_CORPORATION |
| ISSUED BY | Digital Account Opening |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| KORY R CALMES | | President | 05/04/2021 | Electronically signed by:KORY R CALMES |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS 10617 (11/20)

**CHASE** ⬠

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

| | |
|---|---|
| ACCOUNT NUMBER | 893 |
| ACCOUNT TYPE | Chase Business Premier Savings |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 07/13/2021 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Sandy Little Cottonwood - 412 |
| | ARYN R NELSON |
| | (801) 601-5163 |
| | 07/13/2021 |

BUSINESS ADDRESS
10081 S ROCKVIEW DR

SANDY, UT 84092-4163

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-CS (11/20)

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE** ⬡

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO. ▆▆▆▆

BUSINESS ADDRESS  10081 S ROCKVIEW DR, SANDY, UT 84092-4163

| BRANCH NAME AND NO. SANDY SOUTH TOWNE - 236 | BANK NO. 602 | BRANCH PHONE NO. (801) 481-8249 |
|---|---|---|

| INTEROFFICE MAILCODE UT1-7024 | PREPARED BY: NAME TAYLOR POWELL | DATE: 12/02/2021 |
|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | *Chad Calmes* | Dec 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▆▆▆▆ | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

**Account Numbers:**

| ▆▆2788 |
|---|
| ▆549 | ▆893 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

| | |
|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

| | |
|---|---|

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| | | | | *Kim Calmes*   12/2/2021 | | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager   Date | | Certifying Official | Date |

1

JPMorgan Chase Bank, N.A.  Member FDIC

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

**CHASE O**

___X___ NEW ___CHANGE

ACCOUNT NO.
■■■788

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

BUSINESS ADDRESS
10081 S ROCKVIEW DR

SANDY, UT 84092-4163
TAXPAYER ID NO.

PRODUCT TYPE
Chase Performance Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 802 )
BRANCH NAME AND NO.
Utah - 412
DATE
07/13/2021
PREPARED BY
ARYN R NELSON

PHONE NO.
(801) 601-5163

Legal Name of Organization:   CALMES & CO INC.                                                     (the "Organization")

State of Organization:   UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Print Name                          Title                          Facsimile Signatures
KORY R CALMES                       President

SIGNER(S) TO BE ADDED LATER  CHADWICK H CALMES, EXP 08/12/2021

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                                          Date:  07/13/2021

Title:   President

Printed Name:   KORY R CALMES

DISTRIBUTION: 1) National Account Services 2) Customer
Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC
M1207-03-CS (11/20)



  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**          CHASE ◯

ACCOUNT NO. ▮▮▮2788

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

| | |
|---|---|
| Signature: | Date: |
| Title: | |
| Printed Name: | |

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2                                         M1 267-03-CS (11/20)

          

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**
X ___ NEW _____ CHANGE

**CHASE** ⬡

| | |
|---|---|
| ACCOUNT NO.<br>█████549<br>ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>Calmes & Co Inc. | BANK NAME/NUMBER<br>Digital Account Opening<br>BRANCH NAME AND NO. |
| | DATE<br>05/04/2021<br>PREPARED BY |
| BUSINESS ADDRESS<br>10061 S ROCKVIEW DR SANDY,UT 84092 | |
| | PHONE NO.<br>████████ |

| TAXPAYER ID NO. | PRODUCT TYPE<br>Chase Business Complete Checking | |
|---|---|---|

Legal Name of Organization:   Calmes & Co Inc.                                                                                   (the "Organization")

State of Organization: ___UT___

The Individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name<br>KORY R CALMES | Title<br>President | Facsimile Signatures<br>KORY R CALMES |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER [                    ]

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | |
|---|---|---|
| Signature: | Electronically signed by:KORY R CALMES | Date: 05/04/2021 |
| Title: | President | |
| Printed Name: | KORY R CALMES | |

**DISTRIBUTION:** 1) National Account Services 2) Customer           JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2                                                                            M1207-03-CS (11/20)

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**          CHASE ◯

ACCOUNT NO. ▮▮▮649

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

| | | |
|---|---|---|
| Signature: | _____ | Date: _____ |
| Title: | _____ | |
| Printed Name: | _____ | |

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1 207-03-CS (11/20)

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)  CHASE ○

X  NEW _____  CHANGE

ACCOUNT NO.
██████ 3893
ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

BUSINESS ADDRESS
10681 S ROCKVIEW DR

SANDY, UT 84092-4163
TAXPAYER ID NO. ██████        PRODUCT TYPE
                              Chase Business Premier Savings

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )
BRANCH NAME AND NO.
Utah - 412
DATE
07/13/2021
PREPARED BY
ARYN R NELSON

PHONE NO.
(801) 601-5163

Legal Name of Organization:   CALMES & CO INC.                                          (the "Organization")

State of Organization:   UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts of the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KORY R CALMES | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER | CHADWICK H CALMES, EXP 08/12/2021 |

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ (According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.)

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _____        Date: 07/13/2021

Title:   President

Printed Name:   KORY R CALMES

DISTRIBUTION: 1) National Account Services 2) Customer

Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC 
M1207-03-CS (11/20)



  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**     CHASE 🅾

ACCOUNT NO. ▮▮▮ ▮893

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)



# CHASE ☐

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMES & CO INC.

| | |
|---|---|
| ACCOUNT NUMBER | 788 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 07/13/2021 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Sandy Little Cottonwood - 412 |
| | ARYN R NELSON |
| | (901) 601-5163 |
| | 07/13/2021 |

**BUSINESS ADDRESS**
10081 S ROCKVIEW DR

SANDY, UT 84092-4163

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M7257-01-15-CR (11/05)

SB1447524-F1

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE ○**

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS  10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236 | BANK NO.  602 | BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE  UT1-7024 | PREPARED BY: NAME  TAYLOR POWELL | DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | | Dec. 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers:  2788
549   3893

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For a Sole Proprietorship: | | For a Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager 12/2/2021 | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

**CHASE**

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS  10081 S ROCKVIEW DR, SANDY, UT 84092-4163

| BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236 | BANK NO.  602 | BRANCH PHONE NO.  (801) 481-8249 |
| --- | --- | --- |
| INTEROFFICE MAILCODE  UT1-7024 | PREPARED BY: NAME  TAYLOR POWELL | DATE: 12/02/2021 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
| --- | --- | --- | --- |
| CHADWICK H CALMES | SIGNER | | Dec. 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| --- | --- | --- | --- | --- |
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers:  788  5893

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
| --- | --- | --- | --- |
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| --- | --- | --- | --- | --- |
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
| --- | --- | --- | --- |
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| --- | --- | --- | --- | --- |
| | | | | |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For a Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 12/2/2021 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

1

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
Calmes & Co Inc.

| | |
|---|---|
| ACCOUNT NUMBER | 849 |
| ACCOUNT TYPE | Chase Business Complete Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 05/04/2021 |
| FORM OF BUSINESS | S_CORPORATION |
| ISSUED BY | Digital Account Opening |

BUSINESS ADDRESS
10081 S ROCKVIEW DR SANDY, UT 84092

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| KORY R CALMES | | President | 05/04/2021 | Electronically signed by:KORY R CALMES |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MI267-01-US 10617 (11/22)

**CHASE**◯

**Business Signature Card**

| ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable) | ACCOUNT NUMBER | ███890 |
|---|---|---|
| CALMES & CO INC. | ACCOUNT TYPE | Chase Business Premier Savings |
| | TAXPAYER ID NUMBER | |
| | DATE OPENED | 07/13/2021 |
| | FORM OF BUSINESS | S-Corporation |
| | ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| BUSINESS ADDRESS | | Sandy Little Cottonwood - 412 |
| 10081 S ROCKVIEW DR | | ARYN R NELSON |
| | | (801) 601-5163 |
| SANDY, UT 84092-4163 | | 07/13/2021 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 07/17/2020 | 07/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KORY R CALMES | | | President | 7-13-21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

M1257-01-13-CS (11/20)

**BUSINESS ACCOUNT ADD SIGNERS FORM**

CHASE ⬦

NAME OF BUSINESS  CALMES & CO INC.

TAXPAYER ID NO.

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236       BANK NO. _602_       BRANCH PHONE NO. _(801) 481-8249_

INTEROFFICE MAILCODE UT1-7024       PREPARED BY: NAME  TAYLOR POWELL       DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | | Dec. 2, 2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

**Account Numbers:**

| | 788 |
|---|---|
| 549 | 893 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary       Date | Owner/Sole Proprietor       Date | Partner/Member/Manager       Date      12/2/2021 | Certifying Official       Date |

1

JPMorgan Chase Bank, N.A.  Member FDIC

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

**CHASE** ◯

_X_ NEW ____ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| ____788 | JPMorgan Chase Bank, N.A. ( 802 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| CALMES & CO INC. | Utah - 412 |
| | DATE |
| | 07/13/2021 |
| BUSINESS ADDRESS | PREPARED BY |
| 10081 S ROCKVIEW DR | ARYN R NELSON |
| | PHONE NO. |
| | (801) 601-5163 |
| SANDY, UT 84092-4163 | |
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Performance Business Checking |

Legal Name of Organization:   CALMES & CO INC.                                             (the "Organization")

State of Organization:  UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KORY R CALMES | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SIGNER(S) TO BE ADDED LATER | CHADWICK H CALMES, EXP 08/12/2021 |
|---|---|

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                                           Date:  07/13/2021

Title:        President

Printed Name:   KORY R CALMES

DISTRIBUTION: 1) National Account Services 2) Customer



Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC 

M1207-03-CS (11/20)

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**     CHASE

ACCOUNT NO.: ███ 2788

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)

 

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

___X___ NEW   _____ CHANGE

CHASE ⬤

| | |
|---|---|
| ACCOUNT NO.<br>___549<br>ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>Calmes & Co Inc. | BANK NAME/NUMBER<br>Digital Account Opening<br>BRANCH NAME AND NO. |
| | DATE<br>05/04/2021<br>PREPARED BY |
| BUSINESS ADDRESS<br>10081 S ROCKVIEW DR SANDY,UT 84092 | |
| | PHONE NO.<br>8015546955 |
| TAXPAYER ID NO.<br>_____ | PRODUCT TYPE<br>Chase Business Complete Checking |

Legal Name of Organization:  Calmes & Co Inc.                                         (the "Organization")

State of Organization: ___UT

The Individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the State of organization listed above;
- the Individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name<br>KORY R CALMES | Title<br>President | Facsimile Signatures<br>KORY R CALMES |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

SIGNER(S) TO BE ADDED LATER [_____]

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | |
|---|---|---|
| Signature: | Electronically signed by:KORY R CALMES | Date: 05/04/2021 |
| Title: | President | |
| Printed Name: | KORY R CALMES | |

DISTRIBUTION: 1) National Account Services 2) Customer      JPMorgan Chase Bank, N.A. Member FDIC

M1207-03-CS (11/20)

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**                    CHASE ○

ACCOUNT NO. ▓ 549

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

| Signature: | _____ | Date: _____ |
| Title: | | |
| Printed Name: | _____ | |

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

**CHASE** ◯

X  NEW _____ CHANGE

| ACCOUNT NO. | BANK NAME/NUMBER |
|---|---|
| ████ 883 | JPMorgan Chase Bank, N.A. ( 602 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| CALMES & CO INC. | Utah - 412 |
| | DATE |
| | 07/13/2021 |
| BUSINESS ADDRESS | PREPARED BY |
| 10081 S ROCKVIEW DR | ARYN R NELSON |
| | PHONE NO. |
| SANDY, UT 84092-4163 | (801) 601-5163 |
| TAXPAYER ID NO. ████ | PRODUCT TYPE |
| | Chase Business Premier Savings |

Legal Name of Organization:   CALMES & CO INC.                                                                                    (the "Organization")

State of Organization:   UT

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts of the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KORY R CALMES | President | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

SIGNER(S) TO BE ADDED LATER: CHADWICK H CALMES, EXP 09/12/2021

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____  [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                                              Date: 07/13/2021

Title: President

Printed Name:  KORY R CALMES



  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**   **CHASE** ○

ACCOUNT NO. ███893

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

Signature: _____   Date: _____
Title: _____
Printed Name: _____

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)



**CHASE** ◯

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMFRITZ HOLDINGS, LLC

| | |
|---|---|
| ACCOUNT NUMBER | ██████9639 |
| ACCOUNT TYPE | Chase Business Complete Checking |
| TAXPAYER ID NUMBER | ██████ |
| DATE OPENED | 05/05/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Mountain View and 134th - 343495 |

**BUSINESS ADDRESS**
1066 E SKYLER DR

DRAPER, UT 84020-7646

PERRY LAUULU
(801) 315-0126
05/05/2021

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████████ | UT | 06/03/2021 | 03/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | MATTHEW DILLON FRITZSCHE | ██████ | ██████ | Member | 5/5/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

MT207-01-18-CB (11/20)

**CHASE** ◯

BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  CALMFRITZ HOLDINGS, LLC

TAXPAYER ID NO.

BUSINESS ADDRESS  1086 E SKYLER DR, DRAPER, UT 84020-7646

BRANCH NAME AND NO.  SANDY LITTLE COTTONWOOD - 412     BANK NO.  602     BRANCH PHONE NO.  (801) 601-5163

INTEROFFICE MAILCODE  UT1-8013     PREPARED BY: NAME  ARYN R NELSON     DATE: 05/11/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | *Chad Calmes* | 5-11-21 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 11/03/2017 | 11/16/2022 |
| 2) None | | | | |

Account Numbers:
0539

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, their names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

CHASE ○

NAME OF BUSINESS  CALMFRITZ HOLDINGS, LLC

TAXPAYER ID NO.

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO.  SANDY SOUTH TOWNE - 236          BANK NO.  602          BRANCH PHONE NO.  (801) 481-8249

INTEROFFICE MAILCODE UT1-7024          PREPARED BY: NAME  TAYLOR POWELL          DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KORY R CALMES | SIGNER | | 12/2/2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | UT | 08/19/2020 | 08/05/2026 |
| 2) None | | | | |

**Account Numbers:**
8639

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| | | 12-02-21 | |
| Secretary          Date | Owner/Sole Proprietor          Date | Partner/Member/Manager          Date | Certifying Official          Date |

1

JPMorgan Chase Bank, N.A.  Member FDIC

**CHASE** 

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMFRITZ HOLDINGS, LLC

| | |
|---|---|
| ACCOUNT NUMBER | 115 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 11/05/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |

BUSINESS ADDRESS
10981 S ROCKVIEW DR

SANDY, UT 84092-4163

Sandy Little Cottonwood - 412
ARYN R NELSON
(801) 601-5163
11/05/2021

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 05/03/2021 | 03/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

\*\* When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | \*\*TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CHADWICK H CALMES | | | Member | 11-05-2021 | |
| 2) | MATTHEW DILLON FRITZSCHE | | | Member | 11/5/21 | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-C8 (11/09)

   

**Business Signature Card**
**DOING BUSINESS AS (DBA)**

ACCOUNT TITLE ("DEPOSITOR")
CALMFRITZ HOLDINGS, LLC
DBA DIGITALLY LICENSED COMPANY

   M1207-01-13-CS DBA Page (11/09)   Page 2   

  

**CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**

___X___ NEW _____ CHANGE

ACCOUNT NO.
XXX

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
CALMFRITZ HOLDINGS, LLC

BUSINESS ADDRESS
1085 E SKYLER DR

DRAPER, UT 84020-7646

TAXPAYER ID NO.

PRODUCT TYPE
Chase Business Complete Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Mountain View and 134th - 343495

DATE
05/06/2021

PREPARED BY
PERRY LAULU

PHONE NO.
(801) 316-0128

Legal Name of Organization: CALMFRITZ HOLDINGS, LLC                                                                      (the "Organization")

State of Organization: UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives, of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| MATTHEW DILLON FRITZSCHE | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**
CHADWICK H CALMES, EXP 06/04/2021

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (11/20)                        JPMorgan Chase Bank, N.A. Member FDIC                        Page 1 of 2     

  

CHASE ○

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO:        639

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_____     _____5/5/21_____
Member or Manager                                                          Date
Printed Name:  MATTHEW DILLON FRITZSCHE

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

_____     _____
Member or Manager                                                          Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-06-CS (11/20)                           JPMorgan Chase Bank, N.A. Member FDIC                           Page 2 of 2

# CHASE ○

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)**
CALMFRITZ HOLDINGS, LLC

**ACCOUNT NUMBER** ███639
**ACCOUNT TYPE** Chase Business Complete Checking
**TAXPAYER ID NUMBER** ████████
**DATE OPENED** 05/05/2021
**FORM OF BUSINESS** Limited Liability Company - Member Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 802 )
Mountain View and 134th - 343495
PERRY LAUU
(801) 315-0128
05/05/2021

**BUSINESS ADDRESS**
1086 E SKYLER DR

DRAPER, UT 84020-7646

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████████ | UT | 06/03/2021 | 03/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | MATTHEW DILLON FRITZSCHE | ███████ | ██████ | Member | 5/5/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

MT207-01-19-CB (11/20)

SB1440710-F1                                                                1

CHASE ◯

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS CALMFRITZ HOLDINGS, LLC

TAXPAYER ID NO. ▮▮▮▮▮

BUSINESS ADDRESS 1086 E SKYLER DR, DRAPER, UT 84020-7646

BRANCH NAME AND NO. SANDY LITTLE COTTONWOOD - 412     BANK NO. 602     BRANCH PHONE NO. (801) 601-5163

INTEROFFICE MAILCODE UT1-8013     PREPARED BY: NAME ARYN R NELSON     DATE: 05/11/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| CHADWICK H CALMES | SIGNER | Chad Calmes | 5-11-21 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▮▮▮▮▮ | UT | 11/03/2017 | 11/10/2022 |
| 2) None | | | | |

Account Numbers:
▮▮▮▮0539

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, their names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary             Date | Owner/Sole Proprietor             Date | Partner/Member/Manager             Date | Certifying Official             Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

**BUSINESS ACCOUNT ADD SIGNERS FORM**

CHASE ◎

NAME OF BUSINESS CALMFRITZ HOLDINGS, LLC

TAXPAYER ID NO. ▮▮▮▮

BUSINESS ADDRESS 10081 S ROCKVIEW DR, SANDY, UT 84092-4163

BRANCH NAME AND NO. SANDY SOUTH TOWNE - 236     BANK NO. 602     BRANCH PHONE NO. (801) 481-8249

INTEROFFICE MAILCODE UT1-7024     PREPARED BY: NAME TAYLOR POWELL     DATE: 12/02/2021

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KORY R CALMES | SIGNER | | 12/2/2021 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▮▮▮▮ | UT | 08/19/2020 | 08/05/2026 |
| 2) None | | | | |

Account Numbers:
▮▮▮0639

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager  12-02-21 | Date | Certifying Official | Date |

1

JPMorgan Chase Bank, N.A.  Member FDIC

**CHASE** ○

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CALMFRITZ HOLDINGS, LLC

| | |
|---|---|
| ACCOUNT NUMBER | ████118 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 11/05/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |

BUSINESS ADDRESS
10991 S ROCKVIEW DR

SANDY, UT 84092-4163

Sandy Little Cottonwood - 412
ARYN R NELSON
(801) 601-5163
11/05/2021

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████████ | UT | 05/03/2021 | 03/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CHADWICK H CALMES | ████████ | ████████ | Member | 11-05-2021 | _signature_ |
| 2) | MATTHEW DILLON FRITZSCHE | ████████ | | Member | 11/5/21 | _signature_ |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-CS (11/09)

   

**Business Signature Card**
**DOING BUSINESS AS (DBA)**

ACCOUNT TITLE ("DEPOSITOR")
CALMFRITZ HOLDINGS, LLC
DBA DIGITALLY LICENSED COMPANY



M1207-01-13-CS DBA Page (11/09)                    Page 2



# CHASE ◯

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
CONEXTION CONSULTING LLC

| | |
|---|---|
| ACCOUNT NUMBER | ▮397 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 02/08/2022 |
| FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Fort Union - 233 |
| | KARISSA MICKELSON |
| | (801) 481-9496 |
| | 02/08/2022 |

**BUSINESS ADDRESS**
2205 E PHEASANT WAY

HOLLADAY, UT 84121-1312

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 02/03/2022 | 02/03/2023 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CONNOR STEPHEN FRANCIA | | | Manager | 2/8/22 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1267-01-13-CE (11/20)

Scan ⊳

  

**CHASE** ○

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**

  X    NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| ...39 | JPMorgan Chase Bank, N.A. ( 602 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| CALMFRITZ HOLDINGS, LLC | Mountain View and 134th - 343495 |
| | DATE |
| | 05/06/2021 |
| BUSINESS ADDRESS | PREPARED BY |
| 1085 E SKYLER DR | PERRY LAULU |
| | PHONE NO. |
| DRAPER, UT 84020-7646 | (801) 316-0128 |
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Business Complete Checking |

Legal Name of Organization: CALMFRITZ HOLDINGS, LLC                          (the "Organization")

State of Organization: UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| MATTHEW DILLON FRITZSCHE | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**
CHADWICK H CALMES, EXP 06/04/2021

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (11/20)                          JPMorgan Chase Bank, N.A. Member FDIC                          Page 1 of 2           Scan



**CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO: ___0639

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_____                    5/5/21
Member or Manager                                              Date
Printed Name:  MATTHEW DILLON FRITZSCHE

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

_____                    _____
Member or Manager                                              Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-06-CS (11/20)                                            Page 2 of 2

# CHASE ◻

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
IX GLOBAL, LLC

| | |
|---|---|
| ACCOUNT NUMBER | ▆▆▆▆7067 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | ▆▆▆▆ |
| DATE OPENED | 08/24/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Ogden - 283 |
| | AMY CUMMINGS |
| | (801) 621-7266 |
| | 08/24/2021 |

**BUSINESS ADDRESS**
769 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▆▆▆▆▆▆▆ | UT | 08/22/2019 | 08/31/2021 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | ▆▆▆▆ | ▆▆▆▆ | Member | 8/24/21 | _(signature)_ |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-81-13-CS (11.00)

# CHASE

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

BUSINESS ADDRESS
799 TANGLEWOOD LOOP
NORTH SALT LAKE, UT 84054-3342
United States/US Territories

ACCOUNT NUMBER    7067
ACCOUNT TYPE    Chase Platinum Business Checking
TAXPAYER ID NUMBER
DATE OPENED    08/24/2021
FORM OF BUSINESS    Limited Liability Company - Member Managed (LLC)
ISSUED BY    JPMorgan Chase Bank, N.A. ( 602 )
     Bountiful - 285
     STACEY BOWDIDGE
     (801) 481-5510
     08/30/2021

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 08/22/2019 | 08/31/2021 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | | | Member | 8/30/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1      M1207-01-13-CS (11/20)

**CHASE** &#9711;

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
IX GLOBAL, LLC

| | |
|---|---|
| ACCOUNT NUMBER | ▇▇712 |
| ACCOUNT TYPE | Chase Business Premier Savings |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 09/08/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Bountiful - 265 |
| | AUSTIN HUNTSMAN |
| | (801) 481-8239 |
| | 09/08/2021 |

**BUSINESS ADDRESS**
789 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 09/06/2021 | 08/31/2022 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

\*\* When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | \*\*TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | | | Member | 9/8/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-C0 (11/20)

Scan





**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**   CHASE ◯

____X____ NEW _____ CHANGE

ACCOUNT NO.
~~~~~~087

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

BUSINESS ADDRESS
769 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342
TAXPAYER ID NO.

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Ogden - 283

DATE
08/24/2021

PREPARED BY
AMY CUMMINGS

PHONE NO.
(801) 621-7266

PRODUCT TYPE
Chase Platinum Business Checking

Legal Name of Organization: IX GLOBAL LLC                                                                                   (the "Organization")

State of Organization: UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by: one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable to or endorsed or endorsed to the Authorized Person.

Print Name                                               Title                          Facsimile Signatures
JOSEPH ANTHONY MARTINEZ JR                               Member

_____     _____     _____
_____     _____     _____
_____     _____     _____
_____     _____     _____
_____     _____     _____
_____     _____     _____


SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  (11/20)                    JPMorgan Chase Bank, N.A. Member FDIC                          Page 1 of 2      

  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO: ████7087

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_____     Date 8/24/21
Member or Manager
Printed Name: JOSEPH ANTHONY MARTINEZ JR

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

_____     Date
Member or Manager
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS (11/20)                                    Page 2 of 2  

  

**CHASE** ○

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**
___NEW ___X___ CHANGE

ACCOUNT NO.
___7087

ACCOUNT TITLE (DBA(s)) on the following page(s) if applicable)
IX GLOBAL LLC

BUSINESS ADDRESS
769 TANGLEWOOD LOOP
NORTH SALT LAKE, UT 84054-3342
United States/US Territories

TAXPAYER ID NO.                    PRODUCT TYPE
                                   Chase Platinum Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Bountiful - 286

DATE
08/30/2021

PREPARED BY
STACEY BOWDIDGE

PHONE NO.
(801) 461-5510

Legal Name of Organization: IX GLOBAL LLC                                            (the "Organization")

State of Organization: UT
Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
 • the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
 • the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
 • the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
 • Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
 • Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
 • Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Print Name                                    Title               Facsimile Signatures
JOSEPH ANTHONY MARTINEZ JR                     Member

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-8 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (11/26)            JPMorgan Chase Bank, N.A. Member FDIC                    Page 1 of 2   

  

**CHASE ⬤**

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ████7087

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9  or the appropriate Form W-8.
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Member or Manager
Printed Name:   JOSEPH ANTHONY MARTINEZ JR                                      Date   8/20/21

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer

M1207-04-CS  (11/20)                   JPMorgan Chase Bank, N.A. Member FDIC                       Page 2 of 2   

  

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

**CHASE** ◯

___X___ NEW _____ CHANGE

ACCOUNT NO.
~~712~~
ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Bountiful - 285

DATE
09/08/2021

PREPARED BY
AUSTIN HUNTSMAN

BUSINESS ADDRESS
769 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342

PHONE NO.
(801) 481-8239

TAXPAYER ID NO.                      PRODUCT TYPE
                                     Chase Business Premier Savings

Legal Name of Organization: IX GLOBAL LLC                                                                    (the "Organization")

State of Organization: UT
Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1267-04-CS  (11/20)                    JPMorgan Chase Bank, N.A. Member FDIC                    Page 1 of 2



  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ▇▇712

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9  or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager                                                          9/8/21
Printed Name:  JOSEPH ANTHONY MARTINEZ JR                              Date

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

Member or Manager                                                          Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (11/20)                                                    Page 2 of 2

## CHASE ○

### Business Signature Card

| ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable) | | | ACCOUNT NUMBER | ███ 7087 |
|---|---|---|---|---|
| IX GLOBAL, LLC | | | ACCOUNT TYPE | Chase Platinum Business Checking |
| | | | TAXPAYER ID NUMBER | |
| | | | DATE OPENED | 08/24/2021 |
| | | | FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| | | | ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| **BUSINESS ADDRESS** | | | | Ogden - 283 |
| 769 TANGLEWOOD LOOP | | | | AMY CUMMINGS |
| | | | | (801) 621-7266 |
| NORTH SALT LAKE, UT 84054-3342 | | | | 08/24/2021 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████████ | UT | 08/22/2019 | 08/31/2021 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | _____ | ████ | Member | 8/24/21 | _signature_ |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-CS (11.00)

**CHASE**

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

| | |
|---|---|
| ACCOUNT NUMBER | 7067 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 08/24/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Bountiful - 2B5 |
| | STACEY BOWDIDGE |
| | (801) 481-6519 |
| | 08/30/2021 |

**BUSINESS ADDRESS**
799 TANGLEWOOD LOOP
NORTH SALT LAKE, UT 84054-3342
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 08/22/2019 | 08/31/2021 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | | | Member | 8/30/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1237-01-13-CG (11/20)

Scan

**SB1428404-F1**                                    **2**

# CHASE ◯

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)
IX GLOBAL, LLC

BUSINESS ADDRESS
789 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342

| | |
|---|---|
| ACCOUNT NUMBER | 1712 |
| ACCOUNT TYPE | Chase Business Premier Savings |
| TAXPAYER ID NUMBER | |
| DATE OPENED | 09/08/2021 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |
| | Bountiful - 285 |
| | AUSTIN HUNTSMAN |
| | (801) 481-8239 |
| | 09/08/2021 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | UT | 09/06/2021 | 08/31/2022 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JOSEPH ANTHONY MARTINEZ JR | | | Member | 9/8/21 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1

M1207-01-13-C0 (11/20)

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**     CHASE

__X__ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| 087 | JPMorgan Chase Bank, N.A. ( 802 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable) | BRANCH NAME AND NO. |
| IX GLOBAL LLC | Ogden - 283 |
| | DATE |
| | 08/24/2021 |
| BUSINESS ADDRESS | PREPARED BY |
| 769 TANGLEWOOD LOOP | AMY CUMMINGS |
| | PHONE NO. |
| NORTH SALT LAKE, UT 84054-3342 | (801) 621-7266 |
| TAXPAYER ID NO. | PRODUCT TYPE |
| | Chase Platinum Business Checking |

Legal Name of Organization: IX GLOBAL LLC                                                                (the "Organization")

State of Organization: UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable to or endorsed or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS  (11/20)          JPMorgan Chase Bank, N.A. Member FDIC          Page 1 of 2

 

  

**CHASE**

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ▮▮▮▮▮7087

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager
Printed Name: JOSEPH ANTHONY MARTINEZ JR

Date 8/24/21

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

Member or Manager
Printed Name:

Date

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-04-CS (11/20)                    JPMorgan Chase Bank, N.A. Member FDIC          Page 2 of 2 

  

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**

**CHASE** ♦

_____NEW ___X___ CHANGE

ACCOUNT NO.
~~7087~~

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

BUSINESS ADDRESS
769 TANGLEWOOD LOOP
NORTH SALT LAKE, UT 84054-3342
United States/US Territories

TAXPAYER ID NO.                    PRODUCT TYPE
~~          ~~                     Chase Platinum Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Bountiful - 286

DATE
08/30/2021

PREPARED BY
STACEY BOWDIDGE

PHONE NO.
(801) 481-9510

Legal Name of Organization: IX GLOBAL LLC                                    (the "Organization")

State of Organization: UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
• the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
• the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
• the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
• Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
• Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
• Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-8 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-CS (11/20)        JPMorgan Chase Bank, N.A. Member FDIC        Page 1 of 2





  

**CHASE** 〇

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ▮▮▮7087

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Member or Manager                                                              Date   8/20/21
Printed Name:   JOSEPH ANTHONY MARTINEZ JR

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

Member or Manager                                                              Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-04-CS (11/20)                JPMorgan Chase Bank, N.A. Member FDIC                Page 2 of 2   

  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**

__X__ NEW _____ CHANGE

ACCOUNT NO.
XXX712

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
IX GLOBAL LLC

BUSINESS ADDRESS
769 TANGLEWOOD LOOP

NORTH SALT LAKE, UT 84054-3342

TAXPAYER ID NO.

PRODUCT TYPE
Chase Business Premier Savings

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 602 )

BRANCH NAME AND NO.
Bountiful - 285

DATE
09/08/2021

PREPARED BY
AUSTIN HUNTSMAN

PHONE NO.
(801) 481-8239

Legal Name of Organization: IX GLOBAL LLC                                                                                          (the "Organization")

State of Organization:  UT

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JOSEPH ANTHONY MARTINEZ JR | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1267-04-CS  (11/20)


JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2   

  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ███712

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager
Printed Name: JOSEPH ANTHONY MARTINEZ JR                          Date 9/8/21

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

Member or Manager
Printed Name:                                                     Date

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (11/20)                                              Page 2 of 2  



**MOUNTAIN AMERICA**
CREDIT UNION

**Online Business Banking**
**Optional Services  Analysis**

| | |
|---|---|
| Account # | ▮2717 |
| Analyst | JAMES WUEST |

## General Business Information

| | |
|---|---|
| Business Name | **DIGITAL LICENSING INC** |
| Date of Organization | 3/18/2021 |
| EIN | ▮ |
| MACU Open Date | 2/7/2023 |
| 90 Day Average Balance | $ 350,360.54 |
| NSF Activity | ○ Yes  ● No |
| Gross Annual Sales Volume | $ 22,168,605.00 |
| Balance Sheet Equity $ | |
| Biz Chex Recommendation | Accept |

☐ Public Entity or Non-Profit Organization
☐ Unacceptable Business for Debits

Other Accts: ▮4754  ▮7865
Path:

Primary Nature/Function of this business: Software Licensing and Management

## Requested Credit Limits

| | Single Day Limit |
|---|---|
| ☐ Payroll | |
| ☑ ACH Credit | $ 400,000 |
| ☑ Domestic Wire | $ 1,200,000 |
| ☑ International Wire | $ 400,000 |

## Requested Debit Limits

| | Single Day Limit | Frequency | 2-Day Return Rate | Unauth Return Rate |
|---|---|---|---|---|
| ☐ ACH Debit | | Daily ▼ | $ 0 | $ 0 |

## Purpose for ACH Origination Services

## Owners, General Partners, Managing Members or Officers

| Name | FICO | Bankruptcy Watch | Credit History Since | Chex-Systems |
|---|---|---|---|---|
| ROYDON NELSON | 750 | 700 | Feb-00 | ☐ Yes, Record |
| | | | | ☐ Yes, Record |
| | | | | ☐ Yes, Record |

## Notes and Comments:

JAKE C IS THE BA
THIS MEMBER IS GOING TO USE ONE ALKAMI USER NAME DigitalLicensing, 2 additional locations
They will have access to ACH PAYMENT AND DOMESTIC WIRES: ▮4754 AND ▮7865
Member will also have Check and ACH Positive Pay added to all 3 accounts.



**MOUNTAIN AMERICA**
CREDIT UNION

Online Business Banking
Optional Services  Analysis

Account        2717

Analyst    JAMES WUEST

| Business Name | DIGITAL LICENSING INC | |
|---|---|---|
| Date of Organization | 3/18/2021 | |
| EIN | | |

**Exposure Risk**

| | Expected 60 Day Volume | Total Exposure |
|---|---|---|
| ACH Debit | $ 0 | $ - |

| Calculated Processing Limits | Daily | Monthly |
|---|---|---|
| Payroll | $ - | |
| ACH Credit | $ 400,000 | |
| Domestic Wire | $ 1,200,000 | |
| International Wire | $ 400,000 | |
| ACH Debit | $ - | $ 0 |

**Warnings**

**Additional Requirements**

| Exposure exceeds Balance Sheet Equity | ☐ Check if Req'd by Committee |
|---|---|
| | ☐ Check if Req'd by Committee |
| | ☐ Check if Req'd by Committee |
| | ☐ Check if Req'd by Committee |
| | ☐ Check if Req'd by Committee |

**This application requires ONE signature**

DocuSigned by:

*James Wuest*

Business Services Signature

2/23/2023

Date

**Approved Processing Limits**

Daily Payroll Limit

Daily ACH Credit Limit    $400,000.00

Daily Domestic Wire Limit    $1,200,000.00

Daily Int'l Wire Limit    $400,000.00

Monthly ACH Debit Limit

**MOUNTAIN AMERICA**
CREDIT UNION

P.O. Box 2331, Sandy, UT 84091

# CERTIFICATION OF BENEFICIAL OWNERS

This Certification is incorporated with a previously executed Depository Resolution and Agreement for the Company

Persons opening an account on behalf of a legal entity must provide the following information:

**A: NAME & TITLE OF NATURAL PERSON OPENING ACCCOUNT**
(Please print in black ink or type)

Name JOSEPH MARTINEZ          Title Managing Member

**B: NAME & ADDRESS OF LEGAL ENTITY FOR WHICH THE ACCOUNT IS BEING OPENED**

Proprietor/Business/Organization Name IX GLOBAL

DBA Name (for all Proprietors and for LLCs or Corporations using a DBA name) _____

Street Address ██████████          City NORTH SALT LAKE          State UT          Zip ██████

**C: OWNERSHIP INFORMATION**
(The following information for each individual, if any, who directly or indirectly, through any contract, arrangement, understanding, relationship, or otherwise, owns 25 percent or more of the equity interests of the legal entity above. If no individual meets this definition, please write "Not Applicable.")

| Name | Date of Birth | Address (Residential or Business Street Address) | Tax ID Number: Social Security or ITIN | ID Type, Issuer, Number, Issue Date, and Expiration Date |
|---|---|---|---|---|
| JOSEPH MARTINEZ ██ | ██████ | ██████████████ | ██████ | State Drivers License UT ████████ ██████ |
| | | | | |
| | | | | |
| | | | | |

**D: INDIVIDUAL WITH SIGNIFICANT RESPONSIBILTY FOR MANAGING THE LEGAL ENTITY**
- An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
- Any other individual who regularly performs similar functions.

| Name | Date of Birth | Address (Residential or Business Street Address | Tax ID Number: Social Security or ITIN | ID Type, Issuer, Number, Issue Date, and Expiration Date |
|---|---|---|---|---|
| JOSEPH MARTINEZ | ██████ | ██████████ | ██████ | State Drivers License UT ████████ ██████ |

I, JOSEPH MARTINEZ (name of natural person opening account), hereby certify, to the best of my knowledge, that the information provided is complete and correct.

Should any of the beneficial ownership information change it is required for the current ownership to provide updates to Mountain America Federal Credit Union.

Signature: _~signature~_          Date: 03/02/2023

CREDIT UNION AUTHORIZATION: (to be signed by a Credit Union employee)
I have personally reviewed the most recent Depository Resolution and Agreement or subsequent Change Current Principals dated _____ and verified that the person authorizing this Certification is named by the Company on that document as a Principal.

_~signature~_          03 02 23          3906

Signature of Credit Union Employee          Date          Teller #



**MOUNTAIN AMERICA**
CREDIT UNION

| For CU Use Only | | |
|---|---|---|
| Account Number | | 20736 |
| Branch 015 | Date | 03/02/2023 |

## MOUNTAIN AMERICA FEDERAL CREDIT UNION: BUSINESS DEPOSITORY ACCOUNTS
## AUTHORIZED SIGNER (SIGNATURE CARD)
This Signature Card is incorporated with a previously executed Depository Resolution and Agreement for the Company

(Please print in black ink or type)

Business/Organization Name **IX GLOBAL**    Account Number **20736**

Name **JOSEPH MARTINEZ**    SSN    DOB    Home Phone

Home Address
No P.O. Boxes or mail services, please    Email Address

City **NORTH SALT LAKE**    State **UT**    Zip

Title **Managing Member**

ID Type ☑ Driver License, or ☐ Other
Specify
ID Issuer **UT**    ID Number

Mobile/Work Phone    ID Issue date    ID Expiration

### AGREEMENT AND CERTIFICATION:

By signing below you certify that the business/organization does not engage in internet gambling activities. You authorize Mountain America Federal Credit Union ("Credit Union") to obtain reports from consumer reporting agencies and other information it considers appropriate from time to time. You agree that the Credit Union may retain this form, the additional documentation provided as required by the Credit Union, and any other information the Credit Union receives. Signing below constitutes an agreement to conform to the Credit Union bylaws as well as all applicable terms and conditions set forth in the Membership Agreement, together with any schedules or addendums, receipt of which is hereby acknowledged and which is incorporated by this reference.

A completed Depository Resolution and Agreement ("Resolution") will be required for all entities or organizations in connection with establishing an account. Each person signing below agrees that the incorporated Resolution, and amendments if applicable, in connection with this Signature Card, shall only govern the account set forth above.

### AUTHORIZED SIGNATURE:

You acknowledge that you are duly authorized to act with respect to the account, and the Credit Union is authorized to act in those matters as specified in the incorporated Resolution relating to the account until the Credit Union receives written instructions to the contrary from a Principal identified on the incorporated Resolution. Your authority to act with regard to the account may be revoked at any time by the Company. This Signature Card shall apply to all depository services obtained on this account now or in the future.

x_____    | 03 | 02 | 2023 |
Signature of Authorized Signer (person named above)    Date

The Company Authorization below must be signed by a Principal in the presence of a Credit Union employee or Notary Public.
**DO NOT SIGN THE COMPANY AUTHORIZATION UNTIL INSTRUCTED BY THE CREDIT UNION EMPLOYEE OR NOTARY!**

COMPANY AUTHORIZATION: (to be signed by a current Principal as recorded on the Resolution previously executed by the Company)
By signing below you certify that the person listed above is authorized by the Company to conduct transactions on the account designated and in accordance with Resolution previously executed by the Company and that you witnessed the person sign this document.

x_____    | 03 | 02 | 2023 |    _____
Signature of Principal (corresponds to a Principal listed on Resolution)    Date    Name of Principal

State of _____
County of _____    §

On this _____ day of _____, 20____, personally appeared before me, _____, proved to me on the basis of satisfactory evidence
to be the person whose name is subscribed as Principal above, and acknowledged that he/she executed the same.

S
E    _____ Notary Public
A
L    _____ Commission Expires

CREDIT UNION AUTHORIZATION: (to be signed by a Credit Union employee)
I have personally reviewed the most recent Depository Resolution and Agreement or subsequent Change Current Principals dated **03/02/2023** and verified that the person authorizing this Signature Card is named by the Company on that document as a Principal. I authorize the addition of the Authorized Signer on behalf of the Credit Union. If not notarized, I have verified the identity and witnessed the Principal sign this card to allow the addition of the Authorized Signer.

x_____    | 03 | 02 | 2023 |    | 3906 |
Signature of Credit Union Employee    Date    Teller #    ☐ ChexSystems Verified (new signers)



**MOUNTAIN AMERICA**
CREDIT UNION

For CU Use Only

Account Number 2
Branch 015   Date 03/02/2023
Approved by # 3906   Initials

## MOUNTAIN AMERICA FEDERAL CREDIT UNION: BUSINESS DEPOSITORY ACCOUNTS
# DEPOSITORY RESOLUTION & AGREEMENT

### GENERAL BUSINESS/ORGANIZATION INFORMATION
(Please print in black ink or type)

Proprietor/Business/Organization Name IX GLOBAL (the "Company") Email Address

DBA Name (for all Proprietors and for LLCs or Corporations using a DBA name)

Street Address   Business Taxpayer Identification Number (SSN/EIN)

City NORTH SALT LAKE   State UT   Zip   Office Phone (

Mailing Address (if different)   Date of Organization 09/21/2020

What is the primary nature (function) of this business? SALES AND MARKETKING   Annual Sales $

Business Type (Check only one)
☑ Sole Proprietorship (one owner) ☐ Partnership ☐ Limited Liability Company ☐ Single Member - Limited Liability Company ☐ Corporation
☐ Government Entity ☐ Incorporated Non-Profit Organization ☐ Unincorporated Association (e.g. associations, clubs, groups, etc.)

Special Account Types: ☐IOLTA ☐ UARHOF ☐ Real Estate Trust
Check here if this is a change to an existing account. →☐
Check here if this business is 50% or more women owned. →☐

How does this business/organization qualify for membership? (Check One) ☐   **Entity is SEG sponsor, or**
☐   **All owners are eligible for membership**
☐   **Business is located in SL County**

Each person signing this document certifies that he/she is a duly elected, qualified and acting Secretary (for Corporations and Associations), Manager or Managing Member (for LLCs), General Partners (for Partnerships), or an Owner (for Proprietorships), empowered to act on behalf of the Company named above, which Company is organized and existing under the laws of the state of Utah   and that the following is a true and accurate copy of a resolution adopted by the legal entity on the 02 day of March   20 23 and that such resolutions are now in full force and effect.

"RESOLVED, that Mountain America Federal Credit Union, of West Jordan, Utah ("Credit Union") is hereby designated as a depository in which the funds of the Company may, from time to time, subject to the membership agreements, regulations and by-laws of the Credit Union, be deposited by any of its officers, agents or employees; and that any officer, agent or employee of this Company is hereby authorized on behalf of the Company, which endorsement may be in writing, by stamp, or otherwise, with or without designation of signature of the person so endorsing, it being understood that on all such items all prior endorsements are guaranteed by the Company, irrespective of the lack of an express guarantee in the endorsement of the Company. The Credit Union may accept any instrument for deposit to any depository account of the Company without endorsement or may supply the endorsement.

FURTHER RESOLVED, that the Credit Union is hereby authorized to pay or otherwise honor and pay and charge to the accounts of the Company any checks, notes, or other orders for the payment, or withdrawal of any such funds when executed in the name of the Company and signed by any authorized signatory ("Authorized Signer") designated by the Company on any of the Business Account Authorized Signer Signature Cards. Authorized Signers shall have authority to conduct transactions on any of the individual depository shares associated with the account where normal deposits and withdrawals are allowed. The Credit Union is also authorized to honor instructions for the internal transfer of funds between different accounts of the Company without written authorization.

FURTHER RESOLVED,   that the disposition of the account, or any of the associated individual depository shares including adding or deleting Authorized Signers must be authorized by one of the principals, designated in this resolution. A principal ("Principal") is an Officer (for Corporations or Associations), a Manager or Managing Member (for LLCs), a General Partner (for Partnerships), or an Owner (for Proprietorships). Principals must also be Authorized Signers on the account. The Secretary, Manager, Managing Member, Proprietor or General Partner, as the case may be is hereby authorized and directed from time to time to furnish the Credit Union statements of the names of the then Principals of the Company who are authorized to act under this resolution and Credit Union shall be entitled to rely upon such statement until it receives a later statement of such person or persons changing such names. The Company will provide a certification to the current Principals and/or additional documentation at any time prior to the Credit Union allowing changes to the account or the involuntary removal of equity owners as Principals.

FURTHER RESOLVED, that Credit Union be and is hereby authorized to comply with any process, summons, order, injunction, execution, distraint, levy, lien, or notice of any kind (hereinafter called "Process") received by or served upon Credit Union, which in Credit Union's opinion affects any and all of the Company's deposit accounts with Credit Union, and Credit Union may, at its option and without liability, thereupon refuse to honor orders to pay or withdraw sums from any and all of the Company's deposit accounts and may either hold the balance therein until Process is disposed of to Credit Union's satisfaction, or to pay the balance over to the source of the Process.

FURTHER RESOLVED, that the Company assumes full responsibility and holds harmless Credit Union for any and all payments made or any other actions taken by Credit Union in reliance upon the signatures, including facsimiles thereof, of any person or persons identified as an Authorized Signer on any signature card(s) delivered by the Company to Credit Union from time to time, regardless of whether or not the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed to the instrument if such signatures reasonably resemble the specimen or facsimile signatures as provided to Credit Union, or for refusing to honor any signatures not provided to Credit Union, and that the Company agrees to indemnify Credit Union against any and all claims, demands, losses, costs, damages or expenses suffered or incurred by Credit Union resulting or arising out of any such payment or other action.

FURTHER RESOLVED, that the Company authorizes the issuance of Visa Check (Debit) Cards in the name of the Company which will be provided to the Authorized Signers. You agree to notify the Credit Union immediately upon the termination of any person who has been issued a Visa Check Card. The Company will be fully obligated for the payment of all authorized transactions conducted by the cardholders and any related fees.

FURTHER RESOLVED, that the Credit Union shall not be liable for any direct or consequential loss (including damages, claims, lawsuits, costs, and attorney fees), the Company may incur as a result of any improper, unlawful or dishonest act by Authorized Signers or Principals, except as may be caused by Credit Union's gross negligence or unlawful act.

FURTHER RESOLVED, this resolution shall continue in full force and effect until written notice of revocation has been duly received by Credit Union and Credit Union has had reasonable opportunity to act thereon."

IN WITNESS WHEREOF, each person signing below further certifies that he/she has received authority to engage in such action for the Company and that there are no provisions in the Articles of Incorporation, as amended to date, or the Operating Agreement, as amended to date, or the by-laws of the Company limiting the power of the undersigned to enact the foregoing resolution and that the same is in conformity with the provisions of said Articles of Incorporation, Operating Agreement, or By-laws.

Each such person hereby makes application for a business/organization account and membership in the Credit Union and certifies that as applicable, that the Company meets the requirements for membership at the Credit Union and that the Company does not engage in internet gambling activities, is not a prohibited business, listed on the Credit Union's Restricted Business List, and is not a Money Service Business (MSB). Each such person certifies that all steps necessary to formally establish the Company referenced have been executed. Each such person agrees to provide Credit Union with a copy of documents, supporting entity creation, prior to opening the account.

The undersigned further certifies that the following are the names and signatures of the present Principals of said Company. Principals not listed on this resolution, or any amendments, will not be recognized as Principals for the purposes permitted in this resolution. Amendments may require additional documentation to substantiate involuntary removal of equity owner Principals.

List only officers (for Corporations or Associations), Managers or Managing Members (for LLCs), General Partners (for Partnerships), or an Owner (for Proprietorships). Only Principals may authorize the addition or deletion of Authorized Signers. Authorized Signers shall be designated on additional documents.

| Name | Title | |
|---|---|---|
| JOSEPH MARTINEZ | Managing Member | ☒ Check if Equity Owner |
| | | ☐ Check if Equity Owner |
| | | ☐ Check if Equity Owner |
| | | ☐ Check if Equity Owner |
| | | ☐ Check if Equity Owner |

Given under my hand this `02` day of `March` , 20 `23` .

**For Corporations or Unincorporated Associations or Government:**   **For a Partnership:** (all general partners must sign)

x_____   x_____
Signature Secretary                        Signature General Partner

_____   _____
Name of Secretary                          Name of General Partner

**For an LLC:**                              x_____
                                            Signature General Partner

x_____   _____
Signature Manager or Managing Member        Name of General Partner

_____   x_____
Name of Manager or Managing Member          Signature General Partner

**For a Sole Proprietorship:**              _____
                                            Name of General Partner

x_____   x_____
Signature Proprietor/Owner                  Signature General Partner

_____   _____
Name of Proprietor                          Name of General Partner

## SUBSTITUTION of IRS FORM W-9

### TAXPAYER IDENTIFICATION NUMBER (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN).          **OR**

For most other entities, it is your employer identification number (EIN). If you do not have a TIN you may write "Applied For" in the space for the TIN. "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

Social security number
[ ] - [ ] - [ ]

Employer identification number
[ ]

### CERTIFICATION

Under penalties of perjury, I certify that:                    ☐ Check if Exempt from backup withholding

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me) **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien)

Certification Instructions. You must check here ☐ and cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

Signature of U.S. Person →_____     Date→ `03/02/2023`



200 E South Temple
Salt Lake City, Utah 84111
(801) 320-2600

**Commercial Membership
Application & Agreement**

| Business Name | | Account Number | Br. No. |
|---|---|---|---|
| BUSINESS FUNDING SOLUTIONS, LLC | | ▮607 | 08 |

| Account Type(s): | ☒ Base Savings | ☒ Business Basic Checking | ☐ Non-Profit Checking | ☐ Business Advantage Checking |
|---|---|---|---|---|
| | ☐ Business Sweep Checking | ☐ Business Money Market | ☐ Business Certificate *(term)* | |

| Business Classification: | ☐ Sole Proprietorship | ☐ Partnership | ☐ Limited Liability Partnership | ☒ Limited Liability Company/PLLC |
|---|---|---|---|---|
| | ☐ Corporation | ☐ Limited Partnership | ☐ Unincorporated Association | ☐ |

## IMPORTANT INFORMATION ABOUT PROCEDURE[S] FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an Account.

What this means for You: When You open an Account, We will ask You for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver license or other identifying documents.

### Account Owner Information                                    Member Eligibility _____

| Business Name | | | Business License No./Exp. Date | Years Established |
|---|---|---|---|---|
| BUSINESS FUNDING SOLUTIONS, LLC | | | --/--/---- --/--/---- | 38 |

| Business Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| 1086 E Skyler Dr | | Draper | | UT | 84020 |

| Mailing Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Business Telephone Number | Mobile Telephone Number | Business Fax Number | Business E-Mail Address | | No. of Employees |
|---|---|---|---|---|---|
| | | | info@fundyourein.com | | 0 |

| Social Security Number /Employer Identification Number | Contact(s) | | | Business Annual Income |
|---|---|---|---|---|
| | | | | 0.00 |

### Business Owner/Officer 1 Information                          Member Eligibility _____

| First | Last | | M.I. | Suffix | Title |
|---|---|---|---|---|---|
| Jason | Anderson | | | | |

| Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| | | Draper | | UT | |

| Home Telephone | Mobile Telephone Number | Business Telephone | E-Mail Address | | Birth Date |
|---|---|---|---|---|---|
| | | | n | | |

| Social Security Number | Driver License Number/State/Exp. Date | Employer | Annual Income |
|---|---|---|---|
| | UT | | |

### Business Owner/Officer 2 Information                          Member Eligibility _____

| First | Last | | M.I. | Suffix | Title |
|---|---|---|---|---|---|
| | | | | | |

| Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Home Telephone | Mobile Telephone Number | Business Telephone | E-Mail Address | | Birth Date |
|---|---|---|---|---|---|
| | | | | | |

| Social Security Number | Driver License Number/State/Exp. Date | Employer | Annual Income |
|---|---|---|---|
| | | | |

### Business Owner/Officer 3 Information                          Member Eligibility _____

| First | Last | | M.I. | Suffix | Title |
|---|---|---|---|---|---|
| | | | | | |

| Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Home Telephone | Mobile Telephone Number | Business Telephone | E-Mail Address | | Birth Date |
|---|---|---|---|---|---|
| | | | | | |

| Social Security Number | Driver License Number/State/Exp. Date | Employer | Annual Income |
|---|---|---|---|
| | | | |

### Business Owner/Officer 4 Information                          Member Eligibility _____

| First | Last | | M.I. | Suffix | Title |
|---|---|---|---|---|---|
| | | | | | |

| Address | Apt/Box | City | | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

| Home Telephone | Mobile Telephone Number | Business Telephone | E-Mail Address | | Birth Date |
|---|---|---|---|---|---|
| | | | | | |

| Social Security Number | Driver License Number/State/Exp. Date | Employer | Annual Income |
|---|---|---|---|
| | | | |

## VISA Check Card/NetTeller/Cash Management/Mobile Banking

You are requesting the convenience of 24-hour access to Your Utah First Federal Credit Union Account, in conjunction with a Personal Identification Number (PIN) or Access Code. Your Card will allow You to use a number of Automated Teller Machine (ATM) and COOP networks, including the Credit Union's ATM machines and will also allow You to pay for services and purchases directly from Your checking account. You would like:

☒ VISA Check Card      ☒ NetTeller      ☐ Cash Management      ☒ Mobile Banking

Name on Card 1: Jason Anderson                 Name on Card 2:

Name on Card 3:                                Name on Card 4:

## Request to Receive Electronic Documentation (Including E-Statements)

☐ *If this box is checked, You request that We provide documentation to You electronically according to the Consent to Receive Electronic Documentation Disclosure, which You acknowledge that You have read, You understand and You agree to its terms. Your consent to receive electronic documentation will not be effective unless and until You electronically affirm Your consent with the Credit Union in a manner that demonstrates Your ability to receive such documentation in electronic form.*

## Taxpayer Identification and Backup Withholding

Under penalties of perjury, You certify that: (1) The number shown on this form is Your correct taxpayer identification number (or You are waiting for a number to be issued to You), and (2) You are not subject to backup withholding because: (a) You are exempt from backup withholding, or (b) You have not been notified by the Internal Revenue Service (IRS) that You are subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified You that You are no longer subject to backup withholding; (3) You are a U.S. citizen or other U.S. person (defined below); and (4) You are exempt from FATCA reporting.

**Certification instructions.** You must cross out item 2 above if You have been notified by the IRS that You are currently subject to backup withholding because You have failed to report all interest and dividends on Your tax return.

**Definition of a U.S. person.** For federal tax purposes, You are considered a U.S. person if You are:
• An individual who is a U.S. citizen or U.S. resident alien;
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
• An estate (other than a foreign estate), or
• A domestic trust (as defined in IRS Regulations 26 CFR § 301.7701-7).

**Foreign person.** If You are not a U.S. person and are a foreign person, do not use this certification. Instead, use Form W-8 (Withholding of Tax on Nonresident Aliens and Foreign Entities) which can be obtained from a Credit Union representative or the IRS.

## Authorized Signers

Unless We receive written instructions to the contrary, the following are authorized to deposit and withdraw funds from each Account established under this application and transact any other business related to such Accounts now or in the future. Utah First Federal Credit Union is authorized to pay out funds and/or transact any other business related to such Accounts with any one of the signatures below, and is further authorized to accept a facsimile of any signature below.

| Name | Title | Driver's License Number / State |
|---|---|---|
| Jason Anderson | Member | /UT |
| Signature: | | |
| Signature: | | |
| Signature: | | |
| Signature: | | |

## Signatures

You hereby apply for membership with Utah First Federal Credit Union. You warrant that You are authorized to apply for such membership and establish such Account(s), and You further warrant the truth of the information contained in Your application for membership and/or in subsequent representations to Us. You realize that such information will be relied upon by Us in determining Your membership eligibility. You hereby authorize Us, Our employees and agents to investigate and verify any information provided to Us by You. By signing below, You agree to be bound by the terms and conditions found within Your application for membership and to the bylaws, rules and regulations of Utah First Federal Credit Union in effect from time to time. You further acknowledge receiving a copy of the Agreements and Disclosures related to Your Account(s) and You agree to be bound by the terms and conditions found therein. You authorize any person, association, firm, corporation or personnel office to furnish information concerning Your affairs upon Our request, including, but not limited to, providing credit and employment history information. In addition to establishing a primary Share Account, You may also from time to time request additional Accounts and/or Account Services be established on Your behalf and/or the addition or deletion of Authorized Signer(s) of Your Account(s). Your signature below is Your continuing authorization for Utah First Federal Credit Union to follow Your written or verbal instructions to do so and You agree that Your continuing authorization will remain in effect unless We receive written instructions to the contrary. You hereby authorize Us to recognize any of the signatures subscribed herein in the payment of funds or the transaction of any business for Your Account(s).

**The Internal Revenue Service does not require Your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | | | |
|---|---|---|---|
| | 05/31/2018 | | |
| Business Owner/Officer #1 Signature | Date | Business Owner/Officer #2 Signature | Date |
| Business Owner/Officer #3 Signature | Date | Business Owner/Officer #4 Signature | Date |

## Credit Union Use Only

200 E South Temple
Salt Lake City, Utah 84111
(801) 320-2600

# Deposit Resolution/Authorization

## ☐ Corporate / Association Resolution

I, the undersigned Secretary of _____, a

_____ ☐ Corporation; ☐ Association (the "Entity"), hereby certify that at a meeting of the Board of Directors, duly called and held in accordance with its charter and by-laws on _____,_____, at which a quorum was present and voting throughout, by unanimous written consent of the Board of Directors, dated_____,_____, the following Resolutions were adopted in accordance with its charter, by-laws, and applicable law and that said Resolutions have not been altered, amended or rescinded and are now in full force and effect:

"RESOLVED

1. That the ☐ President ☐ Vice President ☐ Treasurer ☐ Secretary and_____of this Entity, or any _____ of them are hereby authorized in the name and on behalf of this Entity from time to time to deposit, withdraw and/or transfer funds on deposit from Utah First Federal Credit Union, and transact any other business with the Credit Union incidental to the powers herein above granted. The Credit Union shall be under no obligation to see to the application of funds in any case whatsoever.

2. Any action heretofore taken by any officer of this Entity with respect to any of the matters stated above is hereby ratified and confirmed.

3. That the Secretary is hereby directed to file with the Credit Union a certified copy of these Resolutions and a list of the persons, together with specimens of their signature, who are the present holders of the said offices who shall continue respectively to hold the same until otherwise notified in writing by the Secretary.

4. That these Resolutions, insofar as said Credit Union is concerned, shall continue in full force and effect until receipt by said Credit Union of written notice from the Secretary of the changes, if any, therein."

I hereby further certify that the above Resolutions do not conflict with the provisions of its charter or its by-laws, and that the present holders of the offices referred to in the foregoing Resolutions and their specimen signatures are set forth below.

| Name (Typed) | Title (Typed) | Officer's Specimen Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Unless We receive written instructions to the contrary, the following employees are also authorized to deposit and withdraw funds from each Account established by You and transact any other business related to such Accounts now or in the future. Utah First Federal Credit Union is authorized to pay out funds and/or transact any other business related to such Accounts with any one of the signatures below, and is further authorized to accept a facsimile of any signature below.

| Name (Typed) | Title (Typed) | Employee's Specimen Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ☐ Authorization for Partnership Transactions

The following agreements and authorizations are continuing and are to apply to all present and future transactions of the Partnership to the Credit Union. As members of said Partnership You jointly and severally represent to and agree with the Credit Union that You are the owners of and the only ones interested in a Partnership business ("Partnership") conducted by You as partners under the firm name of_____at _____and that said business is not incorporated and that a Certificate of Fictitious or Assumed Name of said Partnership has been filed if required by law. It is agreed that any one of You shown below are authorized by, on behalf and in the name of this Partnership to: (a) deposit, withdraw and/or transfer funds on deposit from the Credit Union; and (b) transact any other business with the Credit Union incidental to the powers herein above granted. The Credit Union shall be under no obligation to see to the application of funds in any case whatsoever. The foregoing authorizations are continuing and are to remain in effect as to all transactions entered into until the Credit Union receives, at the place designated by the Credit Union, written notice to the contrary signed by one of You.

| Partnership Signature | Date | Partnership Signature | Date | Partnership Signature | Date |
|---|---|---|---|---|---|

Unless We receive written instructions to the contrary, the following employees are also authorized to deposit and withdraw funds from each Account established by You and transact any other business related to such Accounts now or in the future. Utah First Federal Credit Union is authorized to pay out funds and/or transact any other business related to such Accounts with any one of the signatures below, and is further authorized to accept a facsimile of any signature below.

| Name (Typed) | Title (Typed) | Employee's Specimen Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ **Authorization for Sole Proprietorship Transactions**

The following agreements and authorizations are continuing and are to apply to all present and future transactions of the Sole Proprietorship to the Credit Union. As owner of said Sole Proprietorship You represent to and agree with the Credit Union that You are the sole owner of and the only one interested in such Sole Proprietorship ("Sole Proprietorship") conducted by You as owner(s) under the firm name of _____ at _____ and that said business is not incorporated and that a Certificate of Fictitious or Assumed Name of said Sole Proprietorship has been filed if required by law. You are authorized on behalf and in the name of this Sole Proprietorship to: (a) deposit, withdraw and/or transfer funds on deposit from the Credit Union; and (b) transact any other business with the Credit Union. The Credit Union shall be under no obligation to see to the application of funds in any case whatsoever. The foregoing authorizations are continuing and are to remain in effect as to all transactions entered into by You.

_____
Sole Proprietorship Signature        Date

Unless We receive written instructions to the contrary, the following employees are also authorized to deposit and withdraw funds from each Account established by You and transact any other business related to such Accounts now or in the future. Utah First Federal Credit Union is authorized to pay out funds and/or transact any other business related to such Accounts with any one of the signatures below, and is further authorized to accept a facsimile of any signature below.

| Name (Typed) | Title (Typed) | Employee's Specimen Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

---

☒ **Limited Liability Company Resolution**

The undersigned members of <u>Business Funding Solurtions,LLC</u> _____, a limited liability company ("Company"), validly organized and operating as required by law, hereby certify to _____, ("Credit Union"), that the following is a true and correct copy of a resolution duly adopted at a meeting of all members of the Company, or all of the individuals appointed by the members to manage the Company ("Managers"). This Resolution was adopted on <u>05/31/18</u> _____.

"RESOLVED:

That the undersigned certifying this Resolution is hereby authorized and directed to certify this Resolution, and that the provisions contained therein conform to and are in accordance with, the Company's articles of organization and operating agreements, and to provide the names and specimen or facsimile signatures, if requested by the Credit Union, of the individuals authorized below.

That the Credit Union may rely upon the certification as to such members or Managers authority to execute this Resolution and make the representations within this Resolution.

That all Managers or members of the Company whose signatures appear below, or any_____of them are authorized for and on behalf of the Company to do anything necessary or required: (1) deposit, withdraw and/or transfer funds on deposit from the Credit Union; and (2) transact any other business with the Credit Union incidental to the powers herein above granted. The Credit Union shall be under no obligation to see to the application of funds in any case whatsoever."

That notwithstanding any modification or termination of the power of any Manager or member to represent the Company, this Resolution shall remain in full force and effect and bind the Company and its legal representatives, heirs, or the Company's successors or assigns until written notice to the contrary signed by or on behalf of all Managers or members is received by the Credit Union, and that receipt of such notice shall not affect any prior action taken by the Credit Union in reliance on this Resolution. If such notice is received by the Credit Union, then the Credit Union may, at their sole discretion, continue to rely on this Resolution as modified by such notice, or refuse to conduct further transactions and require delivery of a new Resolution of Limited Liability Company.

That notwithstanding any of the provisions of the Resolution, and the knowledge of the Credit Union of the dissolution of the Company, the Credit Union may continue to honor any remaining signature certified by this Resolution, unless the Credit Union has received written notice signed by or on behalf of all Managers or members that the Credit Union should not continue to honor such signatures.

| Name (Typed) | Title (Typed) | Specimen Signature |
|---|---|---|
| Jason Anderson | Member | |
| | | |
| | | |
| | | |

I certify that the foregoing are the titles, names and genuine signatures of the present Managers and members of the Company authorized by the above Resolution. IN WITNESS WHEREOF, I have subscribed my name on_____.

X_____
Signature                    Title

Unless We receive written instructions to the contrary, the following employees are also authorized to deposit and withdraw funds from each Account established by You and transact any other business related to such Accounts now or in the future. Utah First Federal Credit Union is authorized to pay out funds and/or transact any other business related to such Accounts with any one of the signatures below, and is further authorized to accept a facsimile of any signature below.

| Name (Typed) | Title (Typed) | Employee's Specimen Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

 **usbank.**

# SIGNATURE CARD - BUSINESS

| ACCOUNT TITLE:  CALMFRITZ HOLDINGS LLC | |
|---|---|
| ADDRESS: 10081 S ROCKVIEW DR | TIN ▆▆▆ |
| | PHONE: (801) 554-6955 |
| CITY: SANDY     STATE: UT     ZIP: 84092-4163 | |

| TYPE OF BUSINESS: Limited Liability Company |
|---|
| TYPE OF ACCOUNT: Silver Business Checking |
| OWNERSHIP:  Limited Liability Company |

| Account Holder Name(s) | Account Number |
|---|---|
| CHADWICK CALMES, JOO | ▆▆ 74054 |
| MATTHEW DILLION FRITZSCHE, JOO | |
| MONICA M CALMES, SWL | |

| DATE OPENED: 07/14/2022  TIME OPENED: 02:51 PM  OPENED BY:  Ruth C Lake        OFFICE: 03904 |
|---|

**Certification:** Under penalties of perjury, I certify that:
(1)   ▆▆▆▆ ) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
(3)   I am a U.S. Citizen or other U.S. person, and
(4)   The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction. item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 07/14/2022 by  CHADWICK CALMES

*[signature]*

CHADWICK CALMES                          Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 07/14/2022 by  CHADWICK CALMES    E-SIGNed 07/14/2022 by  MATTHEW DILLION FRITZSCHE

*[signature]*                                            *[signature]*

CHADWICK CALMES                  Date:      MATTHEW DILLION FRITZSCHE             Date:

E-SIGNed 07/14/2022 by  MONICA M CALMES

*[signature]*

MONICA M CALMES                   Date:

153155074054  276  Form BSIGCD 11/2015

U.S. Bank
Customer Confidential

 **usbank.**

## RESOLUTION OF LIMITED LIABILITY COMPANY
Authority to open accounts, make deposits, and withdraw funds

Account Numb ▆▆▆▆ 74054

### I, CHADWICK CALMES, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary, Manager or Authorized Member of the limited liability company named *CALMFRITZ HOLDINGS LLC ("Company"), which is organized, validly existing, and in good standing under applicable laws.

- As of 07/14/2022 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Company. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Company.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF COMPANY
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| CHADWICK CALMES, OWNER | E-SIGNed 07/14/2022 by CHADWICK CALMES |
| MATTHEW DILLION FRITZSCHE, OWNER | E-SIGNed 07/14/2022 by MATTHEW DILLION FRITZSCHE |
| MONICA M CALMES, SIGNER | E-SIGNed 07/14/2022 by MONICA M CALMES |

153155074054  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential



## RESOLUTION OF LIMITED LIABILITY COMPANY (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Company.

- The authorized agents of the Company shall have the authority to:

  o **DEPOSIT** the funds of the Company into the above-referenced account(s) subject to the present and future account terms and conditions.

  o **WITHDRAW** the funds of the Company through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  o **PROVIDE** instructions with respect to the account(s) of the Company and enter into agreements relating to the account(s) of the Company on behalf of the Company upon such terms and conditions as he or she may deem appropriate.

  o **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Company, including making pledges for property belonging to the Company as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Company.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Company indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Company has been executed on 07/14/2022 (date).

E-SIGNed 07/14/2022 by CHADWICK CALMES

_____        _____
CHADWICK CALMES                                    Date
(Secretary / Member / Manager)

153155074054  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential

# WaFd Bank

**Master Business Deposit Account Signature Card**

## I. ACCOUNT INFORMATION

Select One:   ☐ New Account   ☑ Replace Existing Signature Card

Primary Account Owner Name:   Blox Lending LLC

Account Owner Address:   ▓▓▓▓▓▓▓▓▓

Lewes, DE, ▓▓▓▓

Account Owner Phone:   ▓▓▓▓▓▓▓        ☑ Accounts on attached **Exhibit A**

Primary Account Owner TIN:   ▓▓▓▓▓▓▓      ☐ Shared TIN

## II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

☐ Additional affiliated entities listed on attached **Exhibit B**

## III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card. Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

Signature

Date: 5 12-22      Jason Anderson , Managing Member

Printed Name and Title

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.

## IV. BACKUP WITHHOLDING CERTIFICATION

☐ W9 on File     ☐ W-8BENE on File (Foreign entity only)

Or

Under penalties of perjury I certify that:

■ The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)

■ The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;

■ The account owner is a United States entity/person

The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

| Signature | Date 5-12-22 | Jason Anderson, Managing Member<br>Printed Name and Title |
|---|---|---|

*Attention New Customers: The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

### FOR BANK USE ONLY

| Date: 05/12/2022 | Branch #: 1151 | Employee Initials: ME |
|---|---|---|

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.

# WaFd Bank

**Master Business Deposit Account Signature Card**

Primary Account Owner:   Blox Lending LLC

## V. AUTHORIZED SIGNERS

Authorized Signer Name and Title:   Jason Anderson- Managing Member

Update:   ☑ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☑ All Entities   ☐ List Entities: _____
☑ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

---

Authorized Signer Name and Title:   Jacob Anderson- Member *Authorized Signer*

Update:   ☑ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☑ All Entities   ☐ List Entities: _____
☑ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

☐ *Check box if additional signatures are on an additional page.*

\*     Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\*   Description of Authority:  **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under A, B, C, and D.

☑ *Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.*

Date of Original Signature Card:   01/14/2022          Effective Date of Amendment:   05/12/2022

Signature: _____          Jason Anderson, Managing Member
Signature                   Printed Name and Title

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.



# WaFd Bank

**Business Deposit Account Signature Card**

## I. ACCOUNT INFORMATION

Select One:  ☑ New Account   ☐ Replace Existing Signature Card

Primary Account Owner Name: Blox Lending LLC

Account Owner Address: ▓▓▓▓▓▓

Draper, UT ▓▓▓▓

Account Owner Phone: ▓▓▓▓▓

☑ Accounts on attached **Exhibit A**

Primary Account Owner TIN: ▓▓▓▓▓

## II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN |
|---|---|
| | |
| | |
| | |
| | |

☐ Additional affiliated entities listed on attached **Exhibit B**

## III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card.  Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

| Signature | Date | Printed Name and Title |
|---|---|---|
| | 1/14/2022 | Jason R Anderson - Owner |

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

## IV. BACKUP WITHHOLDING CERTIFICATION
(if foreign entity, leave blank and use IRS Form W-8)

Exemptions: N/A          Exempt Payee Code: N/A          Exemption from
                                                        FATCA reporting Code: N/A

Under penalties of perjury I certify that:
1. The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)
2. The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;
3. The account owner is a United States person
4. Any FATCA code(s) entered on this form indicating that the account owner is exempt from FATCA reporting is correct.

Instructions: Line out and initial item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

| | | |
|---|---|---|
| _____ | 1/14/2022 | Jason R Anderson - Owner |
| Signature | Date | Printed Name and Title |

*Attention New Customers: The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

## FOR BANK USE ONLY
Date: 1/14/2022          Branch #: 1071          Employee Initials: JW

© 2020 WaFd Bank. All rights reserved.



## WaFd Bank

| | **Business Deposit Account Signature Card** |

Primary Account Owner: Blox Lending LLC

### V. AUTHORIZED SIGNERS

Authorized Signer Name and Title: Jason R Anderson - Owner

Update: ☑ Add ☐ Delete

*Entity Name and/or Account Numbers: ☑ All Entities ☐ List Entities: _____ ☑ All Accounts ☐ List Accounts: _____

**Authority: E    Signature: _____

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____ ☐ All Accounts ☐ List Accounts: _____

**Authority: _____    Signature: _____

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____ ☐ All Accounts ☐ List Accounts: _____

**Authority: _____    Signature: _____

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____ ☐ All Accounts ☐ List Accounts: _____

**Authority: _____    Signature: _____

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____ ☐ All Accounts ☐ List Accounts: _____

**Authority: _____    Signature: _____

☐ Check box if additional signatures are on an additional page.

\*    Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\*   Description of Authority:  **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under **A**, **B**, **C**, and **D**.

☐ Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.

Date of Original Signature Card: _____    Effective Date of Amendment: _____

_____    _____
Signature    Printed Name and Title

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

## Exhibit A – Accounts Listing

**WaFd** Bank

Business Deposit Account
Signature Card
Exhibit A – Accounts Listing

Primary Account Owner:  Blox Lending LLC

### Accounts Listing

| Account Number | Update | | Account Number | Update | |
|---|---|---|---|---|---|
| ████3442 | ■ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |
| | ☐ Add<br>☐ Delete | | | ☐ Add<br>☐ Delete | |

☐ *Check box if Exhibit A – Multiple Accounts amends a prior Exhibit A.*

| FOR BANK USE ONLY | | |
|---|---|---|
| Date: 1/14/22 | Branch #: 1071 | Employee Initials: JW |

Updated 11.6.19

© 2018 Washington Federal Bank. All rights reserved.

# WaFd Bank

**Master Business Deposit Account Signature Card**

## I. ACCOUNT INFORMATION

Select One:  ☐ New Account  ☒ Replace Existing Signature Card

Primary Account Owner Name:  UIU Holdings LLC

Account Owner Address:  ▓▓▓▓▓▓▓▓

Lewes, DE, ▓▓▓

Account Owner Phone:  ▓▓▓▓▓▓▓   ☒ Accounts on attached **Exhibit A**

Primary Account Owner TIN:  ▓▓▓▓▓▓   ☐ Shared TIN

## II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN |
|---|---|
| | |
| | |
| | |
| | |

☐ Additional affiliated entities listed on attached **Exhibit B**

## III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card. Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

Signature

Date  8-12-22

Jason Anderson , Managing Member
Printed Name and Title

© 2022 WaFd Bank. All rights reserved.

## IV. BACKUP WITHHOLDING CERTIFICATION

☐ W9 on File        ☐ W-8BENE on File (Foreign entity only)

Or

Under penalties of perjury I certify that:

☒ The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)

☒ The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;

☒ The account owner is a United States entity/person

The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

_____          5 -12-22          Jason Anderson, Managing Member
Signature                        Date               Printed Name and Title

*Attention New Customers: The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

### FOR BANK USE ONLY

| Date: 05/12/2022 | Branch #: 1151 | Employee Initials: ME |
|---|---|---|

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.

# WaFd Bank

**Master Business Deposit Account Signature Card**

Primary Account Owner:   UIU Holdings LLC

## V. AUTHORIZED SIGNERS

Authorized Signer Name and Title:   Jason Anderson- Managing Member

Update:   ☑ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☑ All Entities   ☐ List Entities: _____   ☑ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

---

Authorized Signer Name and Title:   Jacob Anderson- Member Authorized Signer

Update:   ☑ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☑ All Entities   ☐ List Entities: _____   ☑ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

☐ *Check box if additional signatures are on an additional page.*

\* Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\* Description of Authority: **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under A, **B**, **C**, and **D**.

☑ *Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.*

Date of Original Signature Card:   08/26/2021          Effective Date of Amendment:   05/12/2022

Signature _____

Jason Anderson, Managing Member
Printed Name and Title

© 2022 WaFd Bank. All rights reserved.



## WaFd Bank

**Business Deposit Account**
**Signature Card**

### I. ACCOUNT INFORMATION

Select One:  ■ New Account   ☐ Replace Existing Signature Card

Primary Account Owner Name: UIU Holdings LLC

Account Owner Address: ▓▓▓▓▓▓▓▓▓

Lewes, DE▓▓▓

Account Owner Phone: ▓▓▓▓▓▓▓   ■ Accounts on attached **Exhibit A**

Primary Account Owner TIN: ▓▓▓▓▓

### II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN |
|---|---|
| | |
| | |
| | |
| | |

☐ Additional affiliated entities listed on attached **Exhibit B**

### III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card. Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

| Signature | 8/26/2021 | Jason Anderson Managing Member |
|---|---|---|
| | Date | Printed Name and Title |

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

**WaFd** Bank

**Business Deposit Account Signature Card**

Primary Account Owner: UIU Holdings LLC

## V. AUTHORIZED SIGNERS

Authorized Signer Name and Title:   Jason Anderson- Managing Member

Update:   ☑ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☑ All Entities   ☐ List Entities:   ☑ All Accounts   ☐ List Accounts:

**Authority: E_____   Signature:

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities:   ☐ All Accounts   ☐ List Accounts:

**Authority: _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities:   ☐ All Accounts   ☐ List Accounts:

**Authority: _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities:   ☐ All Accounts   ☐ List Accounts:

**Authority: _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities:   ☐ All Accounts   ☐ List Accounts:

**Authority: _____   Signature: _____

☐ Check box if additional signatures are on an additional page.

\* Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\* Description of Authority:  **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under **A**, **B**, **C**, and **D**.

☐ Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.

Date of Original Signature Card: _____   Effective Date of Amendment: _____

Signature _____   JASON P Anderson   Mnging nabr
Printed Name and Title

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.

WaFd Bank

## V. AUTHORIZED SIGNERS CONTINUED

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add  ☐ Delete

*Entity Name and/or Account Numbers:   ☐ All Entities   ☐ List Entities: _____
                                        ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

© 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

## Exhibit A – Accounts Listing

**WaFd** Bank

**Business Deposit Account**
**Signature Card**
**Exhibit A – Accounts Listing**

Primary Account Owner:   UIU Holdings LLC

### Accounts Listing

| Account Number | Update | | Account Number | Update | |
|---|---|---|---|---|---|
| ▬▬▬0589 | ☑ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |
| | ☐ Add | ☐ Delete | | ☐ Add | ☐ Delete |

☐ Check box if Exhibit A – Multiple Accounts amends a prior Exhibit A.

| FOR BANK USE ONLY | | |
|---|---|---|
| Date: 09/10/2021 | Branch #: 1151 | Employee Initials: ME |

Updated 11.6.19

© 2018 Washington Federal Bank. All rights reserved.

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: DIGITAL LICENSING INC | | | | Branch ID: 0034 |
|---|---|---|---|---|
| | | | | Cost Center: 486 |
| Account Structure: Corporation | | | | Date: 12/10/2021 |
| Supersedes Card dated: | Replaced by Card dated: | | FileNet Document ID: | |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 2497 | 11/24/2021 | Penny Shelley | SAV   845 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. DIGITAL LICENSING INC | | Type: Corporation<br>TIN: |
| 2. ROYDON BLEAK NELSON | | Type: Non-Title<br>TIN: |
| 3. SCHAD EDWARD BRANNON | | Type: Non-Title<br>TIN: |
| 4. | | Type:<br>TIN: |
| 5. | | Type:<br>TIN: |
| 6. | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor /Single-member LLC   ☐ Trust / Estate   ☐ Other

Under penalties of perjury, I certify that:

☒ C Corporation   ☐ S Corporation   ☐ Partnership

☐ LLC C Corporation   ☐ LLC S Corporation   ☐ LLC Partnership

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person, **and**
4. I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person                    TIN:                    Date: 12/10/2021

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules.  The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained.  By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information.  Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

CORPORATE RESOLUTION (Corp/Inc/Co/Ltd)
Professional (Services) Corporation (PC/Chtd/PA)

The undersigned individuals certify that (a) they are corporate officer(s) or other authorized representative(s) of the corporation named on this Signature Card, and (b) the following resolution was adopted at a meeting of the corporation's Board of Directors duly called and held in accordance with applicable state laws where the corporation is incorporated.  The corporation is hereafter referred to as "Entity".

and/or _____    and/or _____

Secretary          President or Vice President          Authorized Representative, Title

12/10/2021
Date

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity. The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers. The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Primary Contact Name | | |
| | | | Primary Contact Phone Number | | |
| Tax ID | Primary ID Type | Number/Description | Issuer | Issue Date | Exp. Date |

## Client Information

**Signer #1**     ChexSystems Contacted:   N     Override Approved By:     CIP Verification: ☐

| Physical Address 1812 W SUNSET BLVD # 1345 | | | Date of Birth | | |
|---|---|---|---|---|---|
| SAINT GEORGE UT 84770-6565 | | | Primary Phone Number (801) 946-9881 | | Secondary Phone Number |
| Primary ID Type AOI | Number/Description | | Issuer WY | Issue Date 03/18/2021 | Exp. Date NA / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date NA / / | Exp. Date NA / / |

**Signer #2**     ChexSystems Contacted:   N     Override Approved By:     CIP Verification: ☐

| Physical Address ▮ | | | Date of Birth ▮ | | |
|---|---|---|---|---|---|
| SAINT GEORGE UT ▮ | | | Primary Phone Number ▮ | | Secondary Phone Number ▮ |
| Primary ID Type DL | Number/Description | | Issuer UT | Issue Date ▮ | Exp. Date ▮ |
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | | Issuer NA | Issue Date NA / / | Exp. Date 01/31/2023 |

**Signer #3**     ChexSystems Contacted:   N     Override Approved By:     CIP Verification: ☐

| Physical Address ▮ | | | Date of Birth ▮ | | |
|---|---|---|---|---|---|
| ENCINO CA ▮ | | | Primary Phone Number ▮ | | Secondary Phone Number |
| Primary ID Type DL | Number/Description | | Issuer UT | Issue Date ▮ | Exp. Date ▮ |
| Secondary ID Type CC | Number/Description VISA | | Issuer NA | Issue Date NA / / | Exp. Date 12/31/2022 |

**Signer #4**     ChexSystems Contacted:     Override Approved By:     CIP Verification: ☐

| Physical Address | | | Date of Birth | | |
|---|---|---|---|---|---|
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

**Signer #5**     ChexSystems Contacted:     Override Approved By:     CIP Verification: ☐

| Physical Address | | | Date of Birth | | |
|---|---|---|---|---|---|
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

**Signer #6**     ChexSystems Contacted:     Override Approved By:     CIP Verification: ☐

| Physical Address | | | Date of Birth | | |
|---|---|---|---|---|---|
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

Rev. 01/18/2017

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: DIGITAL LICENSING INC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00486 |
| Account Structure: Corporation | | Date: 11/24/2021 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 2497 | 11/24/2021 | Carrie Taylor | SAV 845 | | |
| | | | | | |

### Authorized Signers / Signature / Relationship

| # | Authorized Signers | Signature | Relationship |
|---|---|---|---|
| 1. | DIGITAL LICENSING INC | | Type: Corporation / TIN: |
| 2. | ROYDON BLEAK NELSON | | Type: Non-Title / TIN: |
| 3. | | | Type: / TIN: |
| 4. | | | Type: / TIN: |
| 5. | | | Type: / TIN: |
| 6. | | | Type: / TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

Under penalties of perjury, I certify that:

☐ Individual / Sole Proprietor / Single-member LLC  ☒ C Corporation  ☐ S Corporation  ☐ LLC C Corporation  ☐ LLC S Corporation  ☐ Trust / Estate  ☐ Partnership  ☐ LLC Partnership  ☐ Other

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person, **and**
4. I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person ___   TIN: ___   Date: 11/24/2021

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information. Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

CORPORATE RESOLUTION (Corp/Inc/Co/Ltd)
Professional (Services) Corporation (PC/Chtd/PA)

The undersigned individuals certify that (a) they are corporate officer(s) or other authorized representative(s) of the corporation named on this Signature card, and (b) the following resolution was adopted at a meeting of the corporation's Board of Directors duly called and held in accordance with applicable state laws where the corporation is incorporated. The corporation is hereafter referred to as "Entity".

___ and/or ___ and/or ___
Secretary        President or Vice President        Authorized Representative, Title

11/24/2021
Date

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank.  Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity.  The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers.  The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| | ChexSystems Contacted:  N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address  1812 W SUNSET BLVD # 1345 | | Primary Contact Name   DAN STOCK | |
| SAINT GEORGE UT 84770-6565 | | Primary Contact Phone Number  (435) 817-4931 | |

| Tax ID | Primary ID Type   AOI | Number/Description | Issuer   WY | Issue Date   03/18/2021 | Exp. Date   NA   / / |
|---|---|---|---|---|---|

## Client Information

**Signer #1**

| | ChexSystems Contacted:   N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address 1812 W SUNSET BLVD # 1345 | | Date of Birth | |
| SAINT GEORGE UT 84770-6565 | | Primary Phone Number  (801) 946-9881 | Secondary Phone Number |

| Primary ID Type   AOI | Number/Description | Issuer   WY | Issue Date   03/18/2021 | Exp. Date   NA   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

**Signer #2**

| | ChexSystems Contacted:   N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address ▓▓▓▓ | | Date of Birth ▓▓▓ | |
| SAINT GEORGE UT ▓▓▓ | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type   DL | Number/Description | Issuer   UT | Issue Date  ▓▓▓ | Exp. Date  ▓▓▓ |
|---|---|---|---|---|
| Secondary ID Type   DC | Number/Description   ZIONS BANK VISA | Issuer   NA | Issue Date   NA   / / | Exp. Date   01/31/2023 |

**Signer #3**

| | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

**Signer #4**

| | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

**Signer #5**

| | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

**Signer #6**

| | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

Rev. 01/18/2017

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: DIGITAL LICENSING INC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00034 |
| Account Structure:    Corporation | | Date:    03/22/2021 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 4702 | 03/22/2021 | Carrie Taylor | DDA  151 | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Authorized Signers — Signature — Relationship

| | Authorized Signers | Signature | Relationship |
|---|---|---|---|
| 1. | DIGITAL LICENSING INC | | Type: Corporation  TIN: |
| 2. | ROYDON BLEAK NELSON | X | Type: Non-Title  TIN: |
| 3. | SCHAD E BRANNON | X | Type: Non-Title  TIN: |
| 4. | | | Type:  TIN: |
| 5. | | | Type:  TIN: |
| 6. | | | Type:  TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

Under penalties of perjury, I certify that:

☐ Individual / Sole Proprietor / Single-member LLC    ☐ Trust / Estate    ☐ Other
☒ C Corporation    ☐ S Corporation    ☐ Partnership
☐ LLC C Corporation    ☐ LLC S Corporation    ☐ LLC Partnership

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. citizen or other U.S. person, and
4.  I am exempt from FATCA reporting.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person X _____    TIN: _____    Date: 03/22/2021

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:

- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules.  The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.

- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.

- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained.  By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information.  Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

CORPORATE RESOLUTION (Corp/Inc/Co/Ltd)
Professional (Services) Corporation (PC/Chtd/PA)

The undersigned individuals certify that (a) they are corporate officer(s) or other authorized representative(s) of the corporation named on this Signature Card, and (b) the following resolution was adopted at a meeting of the corporation's Board of Directors duly called and held in accordance with applicable state laws where the corporation is incorporated.  The corporation is hereafter referred to as "Entity".

X _____    and/or X _____    and/or
Secretary    President or Vice President    Authorized Representative, Title

3/22/2021
Date

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity. The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers. The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address 1812 W SUNSET BLVD # 1345 | Primary Contact Name DAN STOCK | |
| ST GEORGE UT 84770-6565 | Primary Contact Phone Number (435) 817-4931 | |

| Tax ID 86-2728670 | Primary ID Type AOI | Number/Description | Issuer WY | Issue Date 03/18/2021 | Exp. Date NA / / |
|---|---|---|---|---|---|

## Client Information

| Signer #1 | ChexSystems Contacted: N | | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|---|
| Physical Address 1812 W SUNSET BLVD # 1345 | | | Date of Birth | |
| ST GEORGE UT 84770-6565 | | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type AOI | Number/Description | Issuer WY | Issue Date | Exp. Date NA / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #2 | ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| SAINT GEORGE UT | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type DL | Number/Description | Issuer UT | Issue Date | Exp. Date |
|---|---|---|---|---|
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | Issuer NA | Issue Date NA / / | Exp. Date 08/31/2021 |

| Signer #3 | ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| LAS VEGAS NV | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type DL | Number/Description | Issuer CA | Issue Date | Exp. Date |
|---|---|---|---|---|
| Secondary ID Type CC | Number/Description MC | Issuer NA | Issue Date NA / / | Exp. Date 12/31/2024 |

| Signer #4 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #5 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

| Signer #6 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

Rev. 01/18/2017

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE I LLC | | ████████ | | Branch ID: 0554 |
|---|---|---|---|---|

| | Cost Center: 00554 |
|---|---|

| Account Structure:   Limited Liability Company | Date:   03/13/2019 |
|---|---|

| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |
|---|---|---|

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| ████0053 | 03/13/2019 | Brandon Eves | DDA   151 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1.   THE GOLD COLLECTIVE I LLC | | Type: LLC<br>TIN: ████ |
| 2.   ROYDON BLEAK NELSON | | Type: Non-Title<br>TIN: ████ |
| 3. | | Type:<br>TIN: |
| 4. | | Type:<br>TIN: |
| 5. | | Type:<br>TIN: |
| 6. | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.    [X] Individual / Sole Proprietor / Single-member LLC     ☐ Trust / Estate     ☐ Other

Under penalties of perjury, I certify that:    ☐ C Corporation     ☐ S Corporation     ☐ Partnership
                                               ☐ LLC C Corporation     ☐ LLC S Corporation     ☐ LLC Partnership

1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3.   I am a U.S. citizen or other U.S. person, **and**
4.   I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person _____    TIN: ████    Date: 03/13/2019

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules.  The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained.  By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information.  Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law.   The limited liability company is referred to as "Entity".  ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

3/13/2019     x_____     x_____     x_____
Date          Manager or Member    Manager or Member    Manager or Member

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity. The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers. The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| | ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ | |
|---|---|---|---|---|
| Physical Address 400 S 4TH ST STE 2 | | Primary Contact Name | | |
| LAS VEGAS NV 89101-6201 | | Primary Contact Phone Number | | |

| Tax ID | Primary ID Type AOOL | Number/Description DOCS ON FILE | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA / / |
|---|---|---|---|---|---|

## Client Information

| Signer #1 | ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address 400 S 4TH ST STE 2 | | Date of Birth | |
| LAS VEGAS NV 89101-6201 | | Primary Phone Number (801) 946-9881 | Secondary Phone Number |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type AOOL | Number/Description DOCS ON FILE | NV | 03/04/2019 | NA / / |
| Secondary ID Type | Number/Description | | / / | / / |

| Signer #2 | ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address ▮▮▮ | | Date of Birth ▮▮▮ | |
| SAINT GEORGE UT ▮▮▮ | | Primary Phone Number ▮▮▮ | Secondary Phone Number ▮▮▮ |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type DL | Number/Description | UT | ▮▮▮ | ▮▮▮ |
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | NA | NA / / | 08/31/2021 |

| Signer #3 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type | Number/Description | | / / | / / |
| Secondary ID Type | Number/Description | | / / | / / |

| Signer #4 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type | Number/Description | | / / | / / |
| Secondary ID Type | Number/Description | | / / | / / |

| Signer #5 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type | Number/Description | | / / | / / |
| Secondary ID Type | Number/Description | | / / | / / |

| Signer #6 | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| | | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|
| Primary ID Type | Number/Description | | / / | / / |
| Secondary ID Type | Number/Description | | / / | / / |

Rev 01/18/2017

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE I LLC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00034 |
| Account Structure:    Limited Liability Company | | Date:   07/14/2020 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| ▓2273 | 07/14/2020 | Carrie Taylor | SAV 845 | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Authorized Signers | Signature | Relationship

| | Authorized Signers | Signature | Relationship |
|---|---|---|---|
| 1. | THE GOLD COLLECTIVE I LLC | | Type: LLC  TIN: ▓ |
| 2. | ROYDON BLEAK NELSON | | Type: Non-Title  TIN: ▓ |
| 3. | SCHAD E BRANNON | | Type: Non-Title  TIN: ▓ |
| 4. | | | Type:  TIN: |
| 5. | | | Type:  TIN: |
| 6. | | | Type:  TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

Under penalties of perjury, I certify that:

☐ Individual / Sole Proprietor / Single-member LLC    ☐ Trust / Estate    ☐ Other
☐ C Corporation        ☐ S Corporation        ☐ Partnership
☐ LLC C Corporation    ☒ LLC S Corporation    ☐ LLC Partnership

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. citizen or other U.S. person, and
4.  I am exempt from FATCA reporting.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person                              TIN: ▓              Date: 07/14/2020

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules.  The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained.  By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information.  Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

### LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
#### Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law.    The limited liability company is referred to as "Entity".  ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

| x | x | x |
|---|---|---|
| Date | Manager or Member | Manager or Member | Manager or Member |

08/03/2020 11:16:44 Passed Review Validated By ZBC\z002749

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank.  Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity.  The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers.  The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Primary Contact Name   DAN STOCK | |
| | | Primary Contact Phone Number | ███ |

| Tax ID | Primary ID Type | Number/Description | Issuer | Issue Date | Exp. Date |
|---|---|---|---|---|---|

## Client Information

| **Signer #1** | ChexSystems Contacted:   N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| LAS VEGAS NV | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type   AOOL | Number/Description   DOCS ON FILE | Issuer   NV | Issue Date   03/04/2019 | Exp. Date   NA   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   NA   / / | Exp. Date   NA   / / |

| **Signer #2** | ChexSystems Contacted:   N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address 400 S 4TH ST STE 102 | | Date of Birth | |
| LAS VEGAS NV  89101-6201 | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type   DL | Number/Description | Issuer   CA | Issue Date | Exp. Date |
|---|---|---|---|---|
| Secondary ID Type   CC | Number/Description   MC | Issuer   NA | Issue Date   NA   / / | Exp. Date   12/31/2024 |

| **Signer #3** | ChexSystems Contacted:   N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| SAINT GEORGE UT | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type   DL | Number/Description | Issuer   UT | Issue Date | Exp. Date |
|---|---|---|---|---|
| Secondary ID Type   DC | Number/Description   ZIONS BANK VISA | Issuer   NA | Issue Date   NA   / / | Exp. Date   08/31/2021 |

| **Signer #4** | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

| **Signer #5** | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

| **Signer #6** | ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|---|
| Physical Address | | Date of Birth | |
| | | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date   / / | Exp. Date   / / |

Rev. 01/18/2017

Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE I LLC | | | Branch ID: 0034 |
|---|---|---|---|
| | | | Cost Center: 00034 |
| Account Structure: Limited Liability Company | | | Date: 07/14/2020 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: | |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 2273 | 07/14/2020 | Carrie Taylor | SAV 845 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. THE GOLD COLLECTIVE I LLC | | Type: LLC TIN: |
| 2. ROYDON BLEAK NELSON | | Type: Non-Title TIN: |
| 3. SCHAD E BRANNON | | Type: Non-Title TIN: |
| 4. | | Type: TIN: |
| 5. | | Type: TIN: |
| 6. | | Type: TIN: |

## TAX REPORTING INFORMATION – W-9 CERTIFICATION

**Complete this section only if you are a U.S. citizen or U.S. resident alien.**  ☐ Individual / Sole Proprietor / Single-member LLC  ☐ Trust / Estate  ☐ Other
**Under penalties of perjury, I certify that:**  ☐ C Corporation  ☐ S Corporation  ☐ Partnership
☐ LLC C Corporation  ☒ LLC S Corporation  ☐ LLC Partnership

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person, **and**
4. I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

**Signature of U.S. Person**  TIN:  **Date:** 07/14/2020

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information. Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law. The limited liability company is referred to as "Entity". ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

| Date | Manager or Member | Manager or Member | Manager or Member |
|---|---|---|---|

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE LLC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 34 |
| Account Structure: Limited Liability Company | | Date: 07/29/2019 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 3593 | 07/23/2019 | Carrie Taylor | DDA 151 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. THE GOLD COLLECTIVE LLC | | Type: LLC<br>TIN: |
| 2. ROYDON BLEAK NELSON | X | Type: NON-TITLE<br>TIN: |
| 3. | | Type:<br>TIN: |
| 4. | | Type:<br>TIN: |
| 5. | | Type:<br>TIN: |
| 6. | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

**Complete this section only if you are a U.S. citizen or U.S. resident alien.**

☐ Individual / Sole Proprietor / Single-member LLC   ☐ Trust / Estate   ☐ Other
☐ C Corporation   ☐ S Corporation   ☐ Partnership
☐ LLC C Corporation   ☒ LLC S Corporation   ☐ LLC Partnership

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person, **and**
4. I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person  X _____   TIN: _____   Date: 07/29/2019

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information. Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

### LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law. The limited liability company is referred to as "Entity". ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

| X | x | x |
|---|---|---|
| Date | Manager or Member | Manager or Member | Manager or Member |

**RESOLUTION/AUTHORIZATION**

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank.  Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity.  The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers.  The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

## Non-Consumer Information

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Primary Contact Name | |
| | Primary Contact Phone Number | |

| Tax ID | Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
|---|---|---|---|---|---|

## Client Information

**Signer #1**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| LAS VEGAS NV ▮ | Primary Phone Number | Secondary Phone Number |

| Primary ID Type  AOOL | Number/Description  DOCS ON FILE | Issuer  NV | Issue Date  03/04/2019 | Exp. Date  NA  / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #2**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| SAINT GEORGE UT ▮ | Primary Phone Number ▮ | Secondary Phone Number ▮ |

| Primary ID Type  DL | Number/Description | Issuer  UT | Issue Date ▮ | Exp. Date ▮ |
|---|---|---|---|---|
| Secondary ID Type  DC | Number/Description  ZIONS BANK VISA | Issuer  NA | Issue Date  NA  / / | Exp. Date  08/31/2021 |

**Signer #3**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #4**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #5**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #6**  ChexSystems Contacted:   Override Approved By:   CIP Verification: ☐

| Physical Address | Date of Birth | |
|---|---|---|
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

Rev. 01/18/2017

**Zions Bancorporation, N.A. dba Zions First National Bank Signature Card**

| Account Title: GOLD COLLECTIVE LLC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00034 |
| Account Structure:   Limited Liability Company | | Date:   07/23/2019 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 8593 | 07/23/2019 | Carrie Taylor | DDA  151 | | |
| | | C Taylor | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. GOLD COLLECTIVE LLC | | Type: LLC   TIN: |
| 2. ROYDON BLEAK NELSON | X | Type: Non-Title   TIN: |
| 3. | | Type:   TIN: |
| 4. | | Type:   TIN: |
| 5. | | Type:   TIN: |
| 6. | | Type:   TIN: |

**TAX REPORTING INFORMATION – W-9 CERTIFICATION**

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC   ☐ Trust / Estate   ☐ Other
☐ C Corporation   ☐ S Corporation   ☐ Partnership
☐ LLC C Corporation   ☒ LLC S Corporation   ☐ LLC Partnership

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. I am exempt from FATCA reporting.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person X _____   TIN: _____   Date: 07/23/2019

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information. Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law. The limited liability company is referred to as "Entity". ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

X _____   x _____   x _____
Date      Manager or Member      Manager or Member      Manager or Member

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank.  Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity.  The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers.  The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

### Non-Consumer Information

| | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ | |
|---|---|---|---|---|---|---|
| Physical Address | | | Primary Contact Name | DAN STOCK | | |
| | LAS VEGAS NV | | Primary Contact Phone Number | | | |
| Tax ID | Primary ID Type AOI | Number/Description DOCS ON FILE | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA   / / | |

### Client Information

| Signer #1 | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ | |
|---|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | | |
| | LAS VEGAS NV | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type AOI | Number/Description DOCS ON FILE | | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA   / / | |
| Secondary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| **Signer #2** | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ | |
| Physical Address | | | Date of Birth | | | |
| | SAINT GEORGE UT | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type DL | Number/Description | | Issuer UT | Issue Date | Exp. Date | |
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | | Issuer NA | Issue Date NA   / / | Exp. Date 08/31/2021 | |
| **Signer #3** | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | |
| Physical Address | | | Date of Birth | | | |
| | | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| Secondary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| **Signer #4** | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | |
| Physical Address | | | Date of Birth | | | |
| | | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| Secondary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| **Signer #5** | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | |
| Physical Address | | | Date of Birth | | | |
| | | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| Secondary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| **Signer #6** | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ | |
| Physical Address | | | Date of Birth | | | |
| | | | Primary Phone Number | | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |
| Secondary ID Type | Number/Description | | Issuer | Issue Date   / / | Exp. Date   / / | |

Rev. 01/18/2017

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE V LLC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00034 |
| Account Structure:   Limited Liability Company | | Date:   07/22/2019 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| ████3601 | 07/22/2019 | Carrie Taylor | DDA  151 | | |
| | | C Taylor | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. THE GOLD COLLECTIVE V LLC | | Type: LLC / TIN: ████ |
| 2. ROYDON BLEAK NELSON | X | Type: Non-Title / TIN: ████ |
| 3. | | Type: / TIN: |
| 4. | | Type: / TIN: |
| 5. | | Type: / TIN: |
| 6. | | Type: / TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC   ☐ Trust / Estate   ☐ Other
☐ C Corporation   ☐ S Corporation   ☐ Partnership
☐ LLC C Corporation   ☒ LLC S Corporation   ☐ LLC Partnership

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person, **and**
4. I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person  X _____  TIN: ████  Date: 07/22/2019

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information. Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law. The limited liability company is referred to as "Entity". ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

| _____ | X _____ | X _____ | X _____ |
|---|---|---|---|
| Date | Manager or Member | Manager or Member | Manager or Member |

**Passed Review Validated By z046717, August 8, 2019**
07/29/2019 12:23:10 Under Review Validated By ZBC\z080703

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity. The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers. The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

### Non-Consumer Information

| ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address ▮▮▮▮ | Primary Contact Name DAN STOCK | |
| LAS VEGAS NV ▮▮▮▮ | Primary Contact Phone Number ▮▮▮▮ | |

| Tax ID ▮▮▮▮ | Primary ID Type AOOL | Number/Description DOCS ON FILE | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA / / |
|---|---|---|---|---|---|

### Client Information

**Signer #1**

| ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address ▮▮▮▮ | Date of Birth | |
| LAS VEGAS NV ▮▮▮▮ | Primary Phone Number ▮▮▮▮ | Secondary Phone Number |

| Primary ID Type AOOL | Number/Description DOCS ON FILE | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

**Signer #2**

| ChexSystems Contacted: N | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address ▮▮▮▮ | Date of Birth | |
| SAINT GEORGE UT ▮▮▮▮ | Primary Phone Number ▮▮▮▮ | Secondary Phone Number |

| Primary ID Type DL | Number/Description ▮▮▮▮ | Issuer UT | Issue Date ▮▮▮▮ | Exp. Date ▮▮▮▮ |
|---|---|---|---|---|
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | Issuer NA | Issue Date NA / / | Exp. Date 08/31/2021 |

**Signer #3**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

**Signer #4**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

**Signer #5**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

**Signer #6**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |

| Primary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |
|---|---|---|---|---|
| Secondary ID Type | Number/Description | Issuer | Issue Date / / | Exp. Date / / |

## Zions Bancorporation, N.A. dba Zions First National Bank Signature Card

| Account Title: THE GOLD COLLECTIVE VI LLC | | Branch ID: 0034 |
|---|---|---|
| | | Cost Center: 00034 |
| Account Structure:    Limited Liability Company | | Date:   07/29/2019 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 8585 | 07/29/2019 | Carrie Taylor | DDA  151 | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Authorized Signers | Signature | Relationship

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. THE GOLD COLLECTIVE VI LLC | | Type: LLC TIN: |
| 2. ROYDON BLEAK NELSON | X | Type: Non-Title TIN: |
| 3. | | Type: TIN: |
| 4. | | Type: TIN: |
| 5. | | Type: TIN: |
| 6. | | Type: TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC    ☐ Trust / Estate    ☐ Other
☐ C Corporation    ☐ S Corporation    ☐ Partnership
☐ LLC C Corporation    ☒ LLC S Corporation    ☐ LLC Partnership

Under penalties of perjury, I certify that:

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. citizen or other U.S. person, and
4.  I am exempt from FATCA reporting.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person  X                            TIN:                    Date: 07/29/2019

The account owner named above ("Customer"), through its authorized signers signing above, hereby requests that Zions Bancorporation, N.A. dba Zions First National Bank ("Bank") open the account designated and agrees:
- The account listed on this signature card above shall be governed by the most current version of the following documents("Deposit Documents"), receipt of which is hereby acknowledged, and which are incorporated herein: 1) Deposit Account Agreement, 2) Rate and Fee Schedules.  The Deposit Documents and this Signature Card, as they may be amended from time to time by Bank, constitute a contractual agreement between Customer and Bank.
- Bank is authorized to accept instructions of any kind regarding the account and funds therein from any one (1) signer listed above, regardless of how many signers are listed. In addition, any joint owner listed on the account shall have full access to the account and funds therein, even if he or she has not signed above.
- The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained.  By signing above, each authorized signer consents to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning each signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account to credit reporting agencies and to other persons or agencies who, in Bank's judgment, have a legitimate business purpose for obtaining such information.  Upon request, Bank will inform Customer if a consumer report has been obtained and will provide Customer with the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law.   The limited liability company is referred to as "Entity".  ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

| X | X | X |
|---|---|---|
| Date | Manager or Member | Manager or Member | Manager or Member |

**Passed Review Validated By z046717, August 7, 2019**

08/05/2019 12:10:03 ~~Under Review~~ Validated By ZBC\z078367

## RESOLUTION/AUTHORIZATION

This Entity shall open an account with Zions Bancorporation, N.A. dba Zions First National Bank ("Bank"), and the representative(s) of the Entity are authorized and instructed to enter into Bank's standard agreements governing accounts and name the persons who are authorized on behalf of the Entity to transact business on accounts at Bank. Until this authority is revoked by written notification to Bank of such action by the appropriate parties authorizing such action, any persons named by the authorized representatives of the Entity and whose signatures appear on any Signature Card or account agreement with Bank are hereby authorized to sign checks, drafts, withdrawal orders, bills of exchange, make telephone transfers and otherwise transact all business on Bank accounts for and in behalf of this Entity. The Entity will provide a new authorization and complete a new Signature Card or account agreement for any change in signers. The Entity shall indemnify and hold harmless Bank from any loss suffered or any liability incurred by Bank in continuing to act in accordance with this authorization. This authorization supersedes all prior authorizations, which are hereby canceled.

### Non-Consumer Information

| | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address ▉ | | | Primary Contact Name DAN STOCK | | |
| LAS VEGAS NV ▉ | | | Primary Contact Phone Number ▉ | | |

| Tax ID ▉ | Primary ID Type AOOL | Number/Description DOCS ON FILE | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA / / |
|---|---|---|---|---|---|

### Client Information

| Signer #1 | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address ▉ | | | Date of Birth | | |
| LAS VEGAS NV ▉ | | | Primary Phone Number ▉ | | Secondary Phone Number |
| Primary ID Type AOOL | Number/Description DOCS ON FILE | | Issuer NV | Issue Date 03/04/2019 | Exp. Date NA / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #2 | ChexSystems Contacted: N | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address ▉ | | | Date of Birth | | |
| SAINT GEORGE UT ▉ | | | Primary Phone Number ▉ | | Secondary Phone Number ▉ |
| Primary ID Type DL | Number/Description ▉ | | Issuer UT | Issue Date ▉ | Exp. Date ▉ |
| Secondary ID Type DC | Number/Description ZIONS BANK VISA | | Issuer NA | Issue Date NA / / | Exp. Date 08/31/2021 |

| Signer #3 | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #4 | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #5 | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #6 | ChexSystems Contacted: | | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | | Secondary Phone Number |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

Rev. 01/18/2017

# Exhibit 3

Page 1

EXHIBIT 3

| Bank | Account # Ending | Account Name | Beginning Date | Beginning Bal | End Date | Ending Balance | Authorized Signers |
|---|---|---|---|---|---|---|---|
| America First Credit Union | xx2519 | Blox Lending LLC | 12/07/22 | $ - | 05/31/23 | $ 577,157.76 | Jason Richard Anderson |
| Bank of America, N.A. | xx3814 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson |
| Bank of America, N.A. | xx1004 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson |
| Bank of America, N.A. | xx1020 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson |
| Washington Federal Bank | xx8442 | Blox Lending LLC | 01/18/22 | $ - | 12/31/22 | $ - | Jason and Jacob Anderson |
| UTAH FIRST FCU | xx5607 | Business Funding Solutions | 05/31/18 | $ - | 05/04/23 | $ 22,056.61 | Jason Anderson |
| JPMORGAN CHASE BANK, NA | xx6549 | Calmes & Co Inc | 05/04/21 | $ - | 04/28/23 | $ 201,682.15 | Kory & Chadwick Calmes |
| JPMORGAN CHASE BANK, NA | xx2788 | Calmes & Co Inc | 07/13/21 | $ - | 04/28/23 | $ 17,557.18 | Kory & Chadwick Calmes |
| JPMORGAN CHASE BANK, NA | xx6893 | Calmes & Co Inc | 07/13/21 | $ - | 04/28/23 | $ 21.22 | Kory & Chadwick Calmes |
| JPMORGAN CHASE BANK, NA | xx0639 | Calmfritz Holdings, LLC | 05/05/21 | $ - | 07/29/22 | $ - | Matthew D Fritzsche & Chadwick & Kory Calmes |
| JPMORGAN CHASE BANK, NA | xx8115 | Calmfritz Holdings, LLC | 11/05/21 | $ - | 07/29/22 | $ - | Chadwick H Calmes & Matthew Dillon Fritzsche |
| US BANK, NA | xx4054 | Calmfritz Holdings, LLC | 07/15/22 | $ - | 04/30/23 | $ (828.00) | Chadwick Calmes, Matthew Dillion Fritzsche, Monica M Calmes |
| Mountain America CU | xx2717 | Digital Licensing Inc. | 02/07/23 | $ - | 05/30/23 | $ 367,393.32 | Roydon Nelson & Schad Brannon |
| Zions First National Bank | xx4702 | Digital Licensing Inc. | 03/21/21 | $ - | 03/01/23 | $ - | Roydon Nelson & Schad Brannon |
| Zions First National Bank | xx2497 | Digital Licensing Inc. | 11/23/21 | $ - | 02/08/23 | $ - | Roydon Nelson & Schad Brannon |
| Mountain America CU | xx0736 | IX Global | 03/02/23 | $ - | 04/30/23 | $ 24,617.49 | Joseph Martinez |
| Bank of America, N.A. | xx8643 | IX Global LLC | 07/12/22 | $ - | 03/14/23 | $ 438,145.89 | Joseph Anthony Martinez Jr |
| Bank of America, N.A. | xx8630 | IX Global LLC | 07/12/22 | $ - | 03/06/23 | $ 161,471.65 | Joseph Anthony Martinez Jr |
| Bank of America, N.A. | xx8656 | IX Global LLC | 07/12/22 | $ - | 02/28/23 | $ 10,002.24 | Joseph Anthony Martinez Jr |
| JPMORGAN CHASE BANK, NA | xx7087 | IX Global LLC | 08/24/21 | $ - | 08/31/22 | $ - | Joseph Anthony Martinez Jr |
| JPMORGAN CHASE BANK, NA | xx1712 | IX Global LLC | 09/08/21 | $ - | 08/31/22 | $ - | Joseph Anthony Martinez Jr |
| Metropolitan Commercial Bank - Revolut payment processing | xx9883 | IX Global LLC | 07/30/22 | $ - | 05/01/23 | $ 128,894.99 | No information |
| Zions First National Bank | xx0053 | The Gold Collective LLC | 03/12/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson |
| Zions First National Bank | xx2273 | The Gold Collective LLC | 07/13/20 | $ - | 02/09/23 | $ - | Roydon Bleak Nelson |
| Zions First National Bank | xx3593 | The Gold Collective LLC | 07/22/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson |
| Zions First National Bank | xx3601 | The Gold Collective V LLC | 07/21/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson |
| Zions First National Bank | xx3585 | The Gold Collective VI LLC | 07/28/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson |
| Bank of America, N.A. | xx0882 | UIU Holdings LLC | 11/13/19 | $ - | 09/30/21 | $ - | Jason Richard Anderson |
| Washington Federal Bank | xx0589 | UIU Holdings LLC | 06/26/21 | $ - | 12/31/22 | $ - | Jason and Jacob Anderson |

EX 3 Bank Account Listing

# Exhibit 4

**Digital Licensing Inc.**

Deposit: 2,266,658.36  Withdrawal: 23,135,350.72

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | other information (signed by) | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|
| 09/20/22 | | $135,000.00 | Wire Out | ARCHER DRILLING | | Side Track | Digital Licensing Inc Zions xx4702 | |
| 09/23/22 | | $15,421.55 | Wire Out | ARCHER DRILLING | | Drill Pipe | Digital Licensing Inc Zions xx4702 | |
| 09/27/22 | | $93,588.00 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 09/30/22 | | $60,000.00 | Wire Out | ARCHER DRILLING | | Nebraska O | Digital Licensing Inc Zions xx4702 | |
| 10/11/22 | | $127,470.84 | Wire Out | ARCHER DRILLING | | Operations | Digital Licensing Inc Zions xx4702 | |
| 10/24/22 | | $127,441.00 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 10/27/22 | | $35,000.00 | Wire Out | ARCHER DRILLING | | Casing and | Digital Licensing Inc Zions xx4702 | |
| 11/02/22 | | $21,353.64 | Wire Out | ARCHER DRILLING | | Cement and | Digital Licensing Inc Zions xx4702 | |
| 11/08/22 | | $202,850.04 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 11/14/22 | | $100,000.00 | Wire Out | ARCHER DRILLING | | Nebraska O | Digital Licensing Inc Zions xx4702 | |
| 11/21/22 | | $86,360.56 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 12/06/22 | | $45,050.00 | Wire Out | ARCHER DRILLING | | Nebraska P | Digital Licensing Inc Zions xx4702 | |
| 12/20/22 | | $53,364.12 | Wire Out | ARCHER DRILLING | | Notes (PA | Digital Licensing Inc Zions xx4702 | |
| 12/23/22 | | $21,000.00 | Wire Out | ARCHER DRILLING | | Re: Operat | Digital Licensing Inc Zions xx4702 | |
| 01/04/23 | | $33,516.00 | Wire Out | ARCHER DRILLING | | Re: Payrol | Digital Licensing Inc Zions xx4702 | |
| 01/17/23 | | $44,302.32 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 01/27/23 | | $2,671.57 | Wire Out | ARCHER DRILLING | | Re: Payrol | Digital Licensing Inc Zions xx4702 | |
| 01/31/23 | | $30,773.85 | Wire Out | ARCHER DRILLING | | Payroll | Digital Licensing Inc Zions xx4702 | |
| 02/14/23 | | $28,000.00 | Wire | Archer Drilling | | Payroll | Digital Licensing Inc Mountain American Credit Union xx2713 | IDS0 |
| 02/28/23 | | $4,751.17 | Wire Out | Archer Drilling | | Payroll | Digital Licensing Inc Mountain American Credit Union xx2713 | IDS0 |
| 11/24/21 | | $530,607.00 | Wire Out | BFS JASON ANDERSON | | COMMISSION | Digital Licensing Inc Zions xx4702 | |
| 11/29/21 | | $36,000.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 12/10/21 | | $70,060.50 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 12/20/21 | | $138,726.25 | Wire Out | BFS JASON ANDERSON | | Commiss | Digital Licensing Inc Zions xx4702 | |
| 01/12/22 | | $55,129.55 | Wire Out | BFS JASON ANDERSON | | COMMISSION | Digital Licensing Inc Zions xx4702 | |
| 01/25/22 | | $44,183.60 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 02/02/22 | | $474,674.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 02/08/22 | | $300,191.00 | Wire Out | BFS Utah bank | | AT | Digital Licensing Inc Zions xx4702 | |
| 02/15/22 | | $162,180.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 03/11/22 | | $25,000.00 | Wire Out | BFS JASON ANDERSON | | Attn: Jason | Digital Licensing Inc Zions xx4702 | |
| 03/15/22 | | $670,433.14 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 03/25/22 | | $1,444,000.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 04/26/22 | | $3,590,576.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | Commiss | Digital Licensing Inc Zions xx4702 | |
| 05/18/22 | | $200,000.00 | Wire Out | BFS JASON ANDERSON | | | Digital Licensing Inc Zions xx4702 | |
| 12/09/22 | | $750,000.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 12/09/22 | | $200,000.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 01/31/23 | | $1,000,000.00 | Wire Out | BUSINESS FUNDING SOLUTIONS LLC | | | Digital Licensing Inc Zions xx4702 | |
| 06/08/22 | $250,000.00 | | INCOMING WIRE | BLOX LENDING, LLC | | Attn: Scha | Digital Licensing Inc Zions xx4702 | |
| 06/16/22 | $900,000.00 | | INCOMING WIRE | BLOX LENDING, LLC | | Attn: Roy | Digital Licensing Inc Zions xx4702 | |
| 12/29/22 | | $1,152,360.00 | Wire Out | BLOX LENDING, LLC | | Loan Rep | Digital Licensing Inc Zions xx4702 | |
| 03/10/23 | | $500,000.00 | Transfer Wire | taxxx4259 | | account of Blox Lending | Digital Licensing Inc Mountain American Credit Union xx2713 | IDS0 |
| 08/02/22 | | $10,500.00 | Wire Out | Dawn Brannon | | | Digital Licensing Inc Zions xx4702 | |
| 10/11/22 | | $23,250.00 | Intl Wire Out | Schad Edward Brannon | | ACCOM | Digital Licensing Inc Zions xx4702 | |
| 10/19/22 | | $26,750.00 | Intl Wire Out | Schad Edward Brannon | | TRIP | Digital Licensing Inc Zions xx4702 | |
| 03/22/21 | $100.00 | | Deposit | THE GOLD COL | | | Digital Licensing Inc Zions xx4702 | |

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | other information | chk # | For | Account | Sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/21 | | $ 3,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 04/30/21 | | $ 15,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 05/03/21 | | $ 132,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 05/04/21 | | $ 25,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 05/14/21 | | $ 8,500.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 05/24/21 | | $ 50,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 06/02/21 | | $ 25,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 06/14/21 | | $ 15,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 06/22/21 | | $ 25,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 06/29/21 | | $ 20,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 07/08/21 | | $ 40,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 07/27/21 | | $ 23,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 07/27/21 | | $ 2,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 08/02/21 | | $ 200.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 08/02/21 | | $ 20,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 08/06/21 | | $ 10,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 08/24/21 | | $ 50,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 09/01/21 | | $ 10,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 09/17/21 | | $ 10,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 09/27/21 | | $ 60,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 10/14/21 | | $ 35,510.37 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 10/29/21 | | $ 15,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 11/01/21 | | $ 50,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 11/23/21 | | $ 353,807.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 12/13/21 | | $ 123,219.38 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 12/21/21 | | $ 52,960.75 | Bank-Cust Initiated Debit | THE GOLD COL | | | Saving | Digital Licensing Inc Zions xx4702 | |
| 01/12/22 | | $ 55,052.55 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 01/31/22 | | $ 37,100.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 02/07/22 | | $ 13,341.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 02/08/22 | | $ 20,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 02/11/22 | | $ 29,685.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 02/16/22 | | $ 38,729.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 03/01/22 | $ 2,205.71 | | Bank-Cust Initiated Credit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 03/08/22 | | $ 6,789.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 03/11/22 | | $ 25,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | Saving | Digital Licensing Inc Zions xx4702 | |
| 03/30/22 | | $ 122,960.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 04/04/22 | | $ 5,400.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 04/05/22 | | $ 21,500.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 04/26/22 | | $ 2,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 06/09/22 | | $ 2,250.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 08/08/22 | $ 10,500.00 | | Bank-Cust Initiated Credit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 09/06/22 | | $ 3,000.00 | Bank-Cust Initiated Debit | THE GOLD COL | | | saving | Digital Licensing Inc Zions xx4702 | |
| 12/08/22 | | $ 91,280.25 | Bank-Cust Initiated Debit | THE GOLD COL | | | | Digital Licensing Inc Zions xx4702 | |
| 02/14/23 | | 250,000.00 | Transfer | The Gold Collec | | | Share 50 | Digital Licensing Inc Mountain American Credit Union xx2717 | ID50 |
| 03/31/23 | | 100,000.00 | Transfer | The Gold Collec | | | Share 50 | Digital Licensing Inc Mountain American Credit Union xx2717 | ID07 |
| 04/14/23 | | 100,000.00 | Transfer | The Gold Collec | | | Loan 0050 | Digital Licensing Inc Mountain American Credit Union xx2717 | ID07 |
| 04/27/23 | | 452,000.00 | Transfer | The Gold Collec | | | Loan 0007 | Digital Licensing Inc Mountain American Credit Union xx2717 | ID07 |
| 05/04/23 | 500,000.00 | | Transfer | The Gold Collec | | | loan to DLI | Digital Licensing Inc Mountain American Credit Union xx2717 | ID50 |
| 05/18/23 | | 50,000.00 | Transfer | The Gold Collec | | | Loan to TGC | Digital Licensing Inc Mountain American Credit Union xx2717 | ID01 |
| 10/19/21 | $59,669.05 | | Bank/Cust Initiated Credit | NELSON ROYDO | | | | Digital Licensing Inc Zions xx4702 | |

EX 4 DLI Transactions

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | other information | chk # | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/22 | | $ 544,183.60 | Bank-Cust Initiated Debit | NELSON ROYD'O | | | | Digital Licensing Inc Zions xx4702 | |
| 01/25/22 | $544,183.60 | | Bank/Cust Initiated Credit | NELSON ROYD'O | | | | Digital Licensing Inc Zions xx4702 | |
| 04/10/13 | | 100,025.00 | Transfer | Nelson, Roydon | | | Funding Striker Acct 0001 | Digital Licensing Inc Mountain American Credit Union xx2713 | ID07 |
| 03/22/22 | | 250,000.00 | OUTGOING WIRE - BRANCH INITIAT | PURDY OIL, LLC | | | EXPLORATION | Digital Licensing Inc Zions xx2497 | |
| 04/04/22 | | 125,000.00 | PC Wire Out | PURDY OIL, LLC | | | DRILL RIG | Digital Licensing Inc Zions xx2497 | |
| 04/12/22 | | 125,000.00 | PC Wire Out | PURDY OIL, LLC | | | OPERATIONS | Digital Licensing Inc Zions xx2497 | |
| 05/06/22 | | 500,000.00 | OUTGOING WIRE - BRANCH INITIAT | PURDY OIL, LLC | | | OPERATIONS | Digital Licensing Inc Zions xx2497 | |
| 06/17/22 | $ | 900,000.00 | Wire Out | PURDY OIL | | | NEBRASKA LOW | Digital Licensing Inc Zions xx4702 | |
| 08/12/22 | | 100,000.00 | PC Wire Out | PURDY OIL, LLC | | | PAYROLL TRA | Digital Licensing Inc Zions xx4702 | |
| 08/16/22 | | 36,500.00 | OUTGOING WIRE - BRANCH INITIAT | PURDY OIL, LLC | | | EQUIPMENT GA | Digital Licensing Inc Zions xx2497 | |
| 08/29/22 | | 117,208.00 | PC Wire Out | PURDY OIL, LLC | | | PAYROLL FOR | Digital Licensing Inc Zions xx2497 | |
| 09/02/22 | $ | 60,000.00 | Wire Out | PURDY OIL | | | PAYORLL AND LOGI | Digital Licensing Inc Zions xx4702 | |
| 09/09/22 | $ | 105,216.20 | Wire Out | PURDY OIL | | | FISHERMAN EXPENS | Digital Licensing Inc Zions xx4702 | |
| 09/12/22 | $ | 40,500.00 | Wire Out | PURDY OIL | | | NEBRASKA FUEL | Digital Licensing Inc Zions xx4702 | |
| 09/14/22 | | 210,000.00 | Wire Out | PURDY OIL | | | NEBRASKA PAYROLL | Digital Licensing Inc Zions xx4702 | |
| 09/23/22 | $ | 80,208.88 | Wire Out | Gene Purdy | | | LOAN | Digital Licensing Inc Zions xx4702 | |
| 10/11/22 | $ | 34,975.54 | Wire Out | Gene Purdy | | | LOAN | Digital Licensing Inc Zions xx4702 | |

# Exhibit 5

**IX Global LLC**

| Amount | |
|---|---|
| 1,140,127.31 | 14,981,574.66 |

(signed by)

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | check date | chk # | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 8/10/2022 | | 280,000.00 Wire | WIRE | DIGITAL LICENSING INC | | | IX COGS SOFTWARE LICENSES | IX Global LLC JPMCB xx7087 | |
| 10/07/2022 | | 50,000.00 Wire | | DIGITAL LICENSING INC | | | IX GHANA TRIP | IX Global LLC Bank of America xx8643 | |
| 10/27/2022 | | 350,000.00 Wire | | DIGITAL LICENSING INC | | | LIC ORDER OCT 27 | IX Global LLC Bank of America xx8643 | |
| 11/09/2022 | | 500,000.00 Wire | | DIGITAL LICENSING INC | | | COGS OCT | IX Global LLC Bank of America xx8643 | |
| 12/05/2022 | | 2,250,000.00 Wire | | DIGITAL LICENSING INC. | | | POP Goods | IX Global LLC Bank of America xx8643 | |
| 01/19/2023 | | 500,000.00 Wire | | DIGITAL LICENSING INC. | | | POP Goods | IX Global LLC Bank of America xx8643 | |
| 03/23/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Business Funding Solutions | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 03/24/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Business Funding Solutions | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/03/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Business Funding Solutions | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/10/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Business Funding Solutions | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/17/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Business Funding Solutions | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 6/29/2022 | 250,000.00 | | | BLOX LENDING LLC | | | | IX Global LLC JPMCB xx7087 | |
| 10/04/2022 | | 500,000.00 Wire | WIRE | BLOX LENDING LLC | | | Goods IX Global BGLD | IX Global LLC Bank of America xx8643 | |
| 11/22/2022 | | 1,000,000.00 Wire | | BLOX LENDING LLC | | | POP Goods IX Global BLOX | IX Global LLC Bank of America xx8643 | |
| 02/13/2023 | | 3,099,317.00 Wire | | BLOX LENDING LLC | | | POP Other IX Global Loan Payoff | IX Global LLC Bank of America xx8643 | |
| 7/25/2022 | 7,000.00 | | WIRE | FLAHERTY ENTERPRISES LLC | | | USER IS PLATANO | IX Global LLC JPMCB xx7087 | |
| 11/23/2022 | | 150,000.00 Wire | | FLAHERTY ENTERPRISES | | | POP Services IX Nov23 | IX Global LLC Bank of America xx8630 | |
| 03/24/2023 | | 50,000.00 Revolut Remittance Transfer Debit | | Flaherty Enterprises | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/04/2023 | | 20,000.00 Revolut Remittance Transfer Debit | | Flaherty Enterprises | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/11/2023 | | 30,000.00 Revolut Remittance Transfer Debit | | Flaherty Enterprises | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/21/2023 | | 13,000.00 Revolut Remittance Transfer Debit | | Flaherty Enterprises | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/27/2023 | | 12,500.00 Revolut Remittance Transfer Debit | | Flaherty Enterprises | | | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 12/27/2021 | | 100,000.00 WIRE | | IX VENTURES FZCO | | | | IX Global LLC JPMCB xx7087 | |
| 09/07/2022 | | 250,000.00 Wire | | IX VENTURES FZCO | | | Capital injection/infusion | IX Global LLC Bank of America xx8643 | |
| 10/04/2022 | | 500,000.00 Wire | | IX VENTURES FZCO | | | Capital injection/infusion | IX Global LLC Bank of America xx8643 | |
| 12/28/2022 | | 500,000.00 Wire | | IX VENTURES FZCO | | | POP /COP/ | IX Global LLC Bank of America xx8643 | |
| 2021-08-24 | 35,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-08-25 | 225,000.00 | | Deposit | Joseph Martinez | 08/25/21 | 614801822 | | IX Global LLC JPMCB xx7087 | |
| 2021-08-30 | | 50,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-09-07 | | 5,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-09-13 | | 5,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-09-20 | | 5,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-04 | | 10,000.00 Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-12 | | 4,500.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-15 | | 10,000.00 Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-18 | | 3,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-19 | 2,827.31 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-25 | | 5,000.00 Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-27 | | 1,000.00 Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |

EX 5 IX Global transactions

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | check date | chk # | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 2021-10-27 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-10-27 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-01 | | 3,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-08 | | 6,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-10 | 5,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-16 | | 15,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-22 | | 4,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-22 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-22 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-22 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-11-29 | | 3,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-07 | | 3,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-10 | | 1,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-10 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-10 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-10 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-14 | | 3,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-27 | 100,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-29 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-29 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-29 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-30 | 70,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2021-12-30 | 30,000.00 | | Pre-Authorized Deposit | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-03 | | 4,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-10 | | 5,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-18 | | 5,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-18 | | 3,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-24 | | 5,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-28 | | 2,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-31 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-31 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-01-31 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-02 | | 1,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-03 | | 2,500.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-07 | | 5,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-11 | | 10,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-14 | | 250,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-14 | | 100,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-25 | | 110,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-25 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-25 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-02-25 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-03-07 | | 100,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-03-18 | | 100,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |

EX 5 IX Global transactions

Page 3

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | check date | chk # | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 2022-03-24 | | 2,652.00 | Pre-Authorized Payment | CHK 2699 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-03-25 | | 100,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-05 | | 1,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-05 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-05 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-11 | | 4,229.16 | Pre-Authorized Payment | CHK 2699 | | | account of Joseph Martinez | IX Global LLC JPMCB xx1712 | |
| 2022-04-20 | 150,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-20 | 100,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-04-26 | | 25,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | | 150,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | | 60,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | 1,000.00 | | Pre-Authorized Deposit | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | | 2,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | | 1,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-05 | | 1,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-16 | | 500,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-18 | | 500,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-25 | | 250,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-05-26 | | 700,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-06 | | 210,000.00 | Pre-Authorized Payment | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-22 | 4,000.00 | | Pre-Authorized Deposit | SAV 9195 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-23 | 5,300.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-29 | 110,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-29 | 45,000.00 | | Pre-Authorized Deposit | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-06-29 | | 150,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-07-13 | | 2,000.00 | Pre-Authorized Payment | SAV 7079 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-07-13 | | 2,000.00 | Pre-Authorized Payment | SAV 7095 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-07-13 | | 2,000.00 | Pre-Authorized Payment | SAV 7103 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-07-14 | | 40,000.00 | Pre-Authorized Payment | CHK 3506 | | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 2022-08-12 | | 90,000.00 | Withdrawal | SLC Motorcars | 8/12/2022 9035936480 | | account of Joseph Martinez | IX Global LLC JPMCB xx7087 | |
| 09/07/2022 | | 50,000.00 | ACH | IRS | | | Joseph A Martinez | IX Global LLC Bank of America xx8643 | |
| 09/12/2022 | | 71,415.00 | ACH | IRS | | | Joseph A Martinez | IX Global LLC Bank of America xx8643 | |
| 01/11/2023 | | 20,000.00 | ACH | IRS | | | Joseph A Martinez & Ros | IX Global LLC Bank of America xx8643 | |
| 01/13/2023 | | 118,000.00 | ACH | IRS | | | Joseph A Martinez & Ros | IX Global LLC Bank of America xx8643 | |
| 03/14/23 | | 1,000.00 | Withdrawal | Cash | | Joseph | | IX Global LLC Mountain America Credit Union xx0736 | |
| 03/21/2023 | | 20,000.00 | Revolut Remittance Transfer Debit | Joseph Martinez | | Joseph | | IX Global LLC Metropolitan Commercial Bank xx9883 | Revolut |
| 04/21/23 | | 66,000.00 | Transfer | Joseph Martinez | | | Share 50 | IX Global LLC Mountain America Credit Union xx0736 | |
| 2022-05-05 | | 1,385.00 | Online ACH Payment | TravisFlaherty (_########8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-06-08 | | 3,475.00 | Online ACH Payment | TravisFlaherty (_########8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-06-15 | | 1,975.00 | Online ACH Payment | TravisFlaherty (_########8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-06-23 | | 1,375.00 | Online ACH Payment | TravisFlaherty (_########8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-06-29 | | 643.00 | Online ACH Payment | TravisFlaherty (_########8614) | | | | IX Global LLC JPMCB xx7087 | |
| 7/1/2022 | | 9,950.00 | WIRE | Travis Flaherty | | | IX JULY 1 | IX Global LLC JPMCB xx7087 | |
| 7/6/2022 | | 10,000.00 | WIRE | Travis Flaherty | | | IX JUL D6 | IX Global LLC JPMCB xx7087 | |

EX 5 IX Global transactions

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | check date | chk # | For | Account | sub Account |
|---|---|---|---|---|---|---|---|---|---|
| 2022-07-13 | | 9,950.00 | Online ACH Payment | Travis/Flaherty (_#####8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-07-19 | | 1,675.00 | Online ACH Payment | Travis/Flaherty (_#####8614) | | | | IX Global LLC JPMCB xx7087 | |
| 7/27/2022 | | 30,000.00 | WIRE | Travis Flaherty | | | AUGUST | IX Global LLC JPMCB xx7087 | |
| 2022-07-27 | | 1,073.50 | Online ACH Payment | Travis/Flaherty (_#####8614) | | | | IX Global LLC JPMCB xx7087 | |
| 2022-08-04 | | 7,475.00 | Online ACH Payment | Travis/Flaherty (_#####8614) | | | | IX Global LLC JPMCB xx7087 | |
| 8/8/2022 | | 18,000.00 | WIRE | Travis Flaherty | | | IX AUG 08 | IX Global LLC JPMCB xx7087 | |
| 8/16/2022 | | 20,000.00 | WIRE | Travis Flaherty | | | IX AUG 16 | IX Global LLC JPMCB xx7087 | |
| 08/22/2022 | | 20,000.00 | Payments and Invoicing Payment | Travis Flaherty | | | | IX Global LLC Bank of America xx8643 | |
| 10/06/2022 | | 100,000.00 | Wire | TRAVIS FLAHERTY | | | IX OCT 6 | IX Global LLC Bank of America xx8630 | |
| 11/03/2022 | | 100,000.00 | Wire | TRAVIS FLAHERTY | | | IX NOV 03 | IX Global LLC Bank of America xx8630 | |
| 12/20/2022 | | 239,975.00 | Wire | TRAVIS FLAHERTY | | | IX DEC 19 | IX Global LLC Bank of America xx8630 | |

EX 5 IX Global transactions

# Exhibit 6

Page 1

Calmfritz Holdings LLC

| | Amount |
|---|---|
| - | 9,054,454.52 |

(signed by)

| Date Posted | Deposit | Withdrawal | Stmt Description | payor /payee | check date | chk # | For | Account |
|---|---|---|---|---|---|---|---|---|
| 2021-11-12 | | 44,520.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-11-12 | | 133,350.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BDLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-11-18 | | 176,050.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-11-26 | | 80,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-02 | | 78,890.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-15 | | 29,680.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | GLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-15 | | 136,080.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-17 | | 18,550.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-17 | | 63,570.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-31 | | 20,860.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2021-12-31 | | 25,070.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-01-27 | | 37,100.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DLG 10 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-01 | | 3,710.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 1 GOLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-01 | | 252,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 120 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-02 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-04 | | 14,840.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 4 DLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-04 | | 63,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DEBT 30 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-04 | | 196,360.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | BGLD 55 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-09 | | 18,550.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 5 DLG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-09 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-09 | | 109,200.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 30 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-15 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-15 | | 98,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-17 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-17 | | 119,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 BGLD ,ADDITIONAL 7K | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-24 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-25 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-02-28 | | 105,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 50 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-01 | | 105,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 50 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-02 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DEBT 25 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-03 | | 105,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 50 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-04 | | 127,750.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-07 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-08 | | 105,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 50 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-10 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | DEBT LICENSES - 25 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-14 | | 210,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 100 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-15 | | 472,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 225 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-16 | | 472,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 225 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-18 | | 59,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 10 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-18 | | 420,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 200 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-22 | | 89,950.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 15 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-25 | | 52,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 25 DEBT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-25 | | 210,700.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | 3/16/2022, Chad | | 35 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-03-28 | | 3,760.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 1 DLG | Calmfritz Holdings LLC JPMCB xx0639 |
| 2022-03-29 | | 65,800.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 10 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |

151

EX 6 Calmfritz transactions

| Date Posted | Deposit | Withdrawal | Stmt Description | Payor / Payee | check date | chk # | For | Account |
|---|---|---|---|---|---|---|---|---|
| 2022-04-01 | | 66,500.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 10 BGLD | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-04-21 | | 416,900.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 175 NATG | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-04-22 | | 238,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | NATG 100 | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-04-22 | | 476,000.00 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | 200 NAT | Calmfritz Holdings LLC JPMCB xx8115 |
| 2022-07-14 | | 271,479.52 | OUTBOUND FED WIRE TRANSFER | DIGITAL LICENSING INC | | | | Calmfritz Holdings LLC JPMCB xx8115 |
| 08/12/22 | | 50,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | SOFTWARE LICENSES | Calmfritz Holdings LLC USBank xx4054 |
| 08/18/22 | | 50,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | XPLR CREDIT PAYMENT | Calmfritz Holdings LLC USBank xx4054 |
| 08/22/22 | | 50,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | CREDIT REPAYMENT | Calmfritz Holdings LLC USBank xx4054 |
| 08/25/22 | | 75,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | CREDIT REPAYMENT | Calmfritz Holdings LLC USBank xx4054 |
| 09/06/22 | | 75,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | CREDIT REPAYMENT | Calmfritz Holdings LLC USBank xx4054 |
| 12/19/22 | | 80,500.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | LOAN REPAYMENT    CLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 01/18/23 | | 900,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | PURCHASE OF CONTRACTS FOR SOFTWARE BUSINESS RELATIONS    CUSTOMER | Calmfritz Holdings LLC USBank xx4054 |
| 01/20/23 | | 500,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | PURCHASE WHOLESALE SOFTWARE    CUSTOMER    ROY NELSON | Calmfritz Holdings LLC USBank xx4054 |
| 01/26/23 | | 233,000.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | SOFTWARE FOR RESALE    CUSTOMER    ROY NELSON | Calmfritz Holdings LLC USBank xx4054 |
| 02/02/23 | | 200,000.00 | Customer Experience Interface Initiated | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE LICENSES    VENDORCLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 02/03/23 | | 73,000.00 | Customer Experience Interface Initiated | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE PURCHASE    VENDORCLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 02/07/23 | | 46,875.00 | Customer Experience Interface Initiated | DIGITAL LICENSING INC | | | WHOLESALE SOFTWARE SALES    BUSINESS | Calmfritz Holdings LLC USBank xx4054 |
| 02/17/23 | | 78,000.00 | Customer Experience Interface Initiated | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE SALES    BUSINESS VENDOR | Calmfritz Holdings LLC USBank xx4054 |
| 02/24/23 | | 47,100.00 | BRANCH INITIATED WIRES | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE SALES    BUSINESS CLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 02/27/23 | | 45,000.00 | BRANCH INITIATED WIRES | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE SALES    BUSINESS CLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 03/10/23 | | 52,700.00 | BRANCH INITIATED WIRES | DIGITAL LICENSING INC | | | PURCHASING SOFTWARE    VENDOR | Calmfritz Holdings LLC USBank xx4054 |
| 03/15/23 | | 76,500.00 | BRANCH INITIATED WIRES | DIGIT LICENSING INC | | | WHOLESALE SOFTWARE SALES    BUSINESS CLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 03/17/23 | | 36,500.00 | BRANCH INITIATED WIRES | DIGITAL LICENSING INC | | | WHOLE SALE SOFTWARE PURCHASE    CLIENT | Calmfritz Holdings LLC USBank xx4054 |
| 03/21/23 | | 17,000.00 | BRANCH INITIATED WIRES | DIGITAL LICENSING INC | | | INVOICE PAYMENT    BUYER | Calmfritz Holdings LLC USBank xx4054 |
| 03/31/23 | | 34,000.00 | BRANCH INITIATED WIRES | DIGITAL LICENSING INC | | | WHOLESALE SOFTWARE SALES    VENDOR | Calmfritz Holdings LLC USBank xx4054 |
| 04/13/23 | | 36,550.00 | Withdrawal | Digit Licensing Inc | 04/13/23 M Fritzsche 3904516831 | | Software Order | Calmfritz Holdings LLC USBank xx4054 |
| 2022-04-07 | | 30,000.00 | OUTBOUND FED WIRE TRANSFER | MATHEW FRITZSCHE | | | Distribution | Calmfritz Holdings LLC xd639 |
| 03/31/23 | | 2,000.00 | Zelle Instant | Matt Fritzsche | | | | Calmfritz Holdings LLC USBank xx4054 |

# Exhibit 7

**Calmes & Co Inc**

| | Amount |
|---|---|
| Deposit | 73,000.00 |
| Withdrawal | 260,920.00 |

| Date Posted | Deposit | Withdrawal | Stmt Description | payer / payee | check date | chk # | For | Account |
|---|---|---|---|---|---|---|---|---|
| 2021-11-08 | | 20,200.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | (signed by) | Ronnie Calmes | Calmes & Co JPMCB xx2788 |
| 2021-11-12 | | 27,720.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | | Hans Solo | Calmes & Co JPMCB xx2788 |
| 2021-11-16 | | 9,500.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | | Ronnie Calmes | Calmes & Co JPMCB xx2788 |
| 2021-11-18 | | 29,600.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | | Sales | Calmes & Co JPMCB xx2788 |
| 2021-11-24 | | 11,400.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | | RICK JORDAN AND BECKY BUEHNER | Calmes & Co JPMCB xx2788 |
| 2021-12-31 | | | PRE-AUTHORIZED DEPOSIT | CHK ...8115 | | | account of Calmfritz Holdings | Calmes & Co JPMCB xx6549 |
| 2022-04-11 | 13,000.00 | | PRE-AUTHORIZED DEPOSIT | CHK ...0639 | | | account of Calmfritz Holdings | Calmes & Co JPMCB xx6893 |
| 2023-01-20 | 60,000.00 | 157,500.00 | OUTBOUND FED WIRE TRANSFER | CALMFRITZ HOLDINGS, LLC | | | | Calmes & Co JPMCB xx2788 |
| 2023-01-25 | | 5,000.00 | ONLINE REAL TIME TRANSFER | CalmFritz 4054 | | | | Calmes & Co JPMCB xx2788 |

EX 7 Calmes & Co transactions

# Exhibit 8

| Date Posted | Withdrawal | Deposit | Stmt Description | Payor / Payee | check date | chk # | For | Account |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 Salt Lake Ferrari | | | | BLOX America First CU xx2519 |
| 12/15/22 | 349,630.35 | | | | 12/09/22 | Jason | ZF9796RNA9WO285442 | |
| 11/23/22 | 450,744.58 | | Withdrawal | Ferrari of Salt Lake | 11/23/22 | 807445 | VIN # ZFF79CMA1N2282701 | Blox Wash Federal Bank xx8442 |
| 05/01/22 | 454,410.00 | | Wire | First American Title Insurance Comp | | | File # 4621-3902122 | Pine Bluffs, WY | Blox Wash Federal Bank xx8442 |
| 09/09/22 | 1,089,051.72 | | Wire | Metro National Title Trust | | | Escrow 93028 Address: | South, Draper, UT | Blox Wash Federal Bank xx8442 |
| 11/21/22 | 850,000.00 | | Wire | Stewart Title Company | | | Escrow Account File # 1857453 | | Blox Wash Federal Bank xx8442 |
| 10/18/22 | 350,000.00 | | Wire | Trever Fritzsche | | | Cash Out Refi | | Blox Wash Federal Bank xx8442 |
| 12/02/21 | 25,000.00 | | 2122 | Ferrari of SLC | | | | | Business Funding Utah First CU xx5607 |
| 12/02/21 | 25,000.00 | | 2123 | Ferrari of SLC | | | | | Business Funding Utah First CU xx5607 |
| 12/01/21 | 25,000.00 | | 2124 | Ferrari of SLC | | | 7 DL17807 2967 | | Business Funding Utah First CU xx5607 |
| 12/13/21 | 50,000.00 | | 2121 | Ferrari of SLC | 11/29/21 | Jason | SF 90 spider77 DL1774 | | Business Funding Utah First CU xx5607 |
| 06/07/22 | 25,000.00 | | 2130 | Ferrari of SLC | 06/02/22 | Jason | 296 7 | | Business Funding Utah First CU xx5607 |
| 01/27/23 | $  33,000.00 | | Wire Out | STUITEVILLE FORD LINCOLN OF PON | | | | | Digital Licensing Inc Zions xx4702 |
| 8/2/21 - 4/2023 | $1,009,390 | | ACH/WT | | | | | | IX Global accounts |
| 09/27/2022 | 1,756.50 | | EXTERNAL XFR | American Express | | | Joseph M Martinez | | IX Global LLC Bank of America xx8630 |
| 10/25/2022 | 757.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 10/31/2022 | 358.50 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 11/15/2022 | 506.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 11/22/2022 | 1,372.50 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 11/28/2022 | 721.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 12/05/2022 | 417.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 12/12/2022 | 1,020.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 12/27/2022 | 1,678.50 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 12/30/2022 | 329.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 01/09/2023 | 356.50 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 01/27/2023 | 1,040.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 01/31/2023 | 428.50 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 02/07/2023 | 1,898.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 02/14/2023 | 1,074.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 02/23/2023 | 901.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 02/28/2023 | 542.00 | | EXTERNAL XFR | Custom Classic Auto | | | | | IX Global LLC Bank of America xx8630 |
| 3/4/2022 | 27,997.71 | | WIRE | EXTREME SCENE ADVENTURES AND TOURS | | | INVOICE EXS070422BUSINESS TRAVEL | | IX Global LLC IPMCB xx7087 |
| 4/1/2022 | 1,566.99 | | WIRE | EXTREME SCENE ADVENTURES AND TOURS | | | INVOICE EXS100422INVOICE PAYMENT | | IX Global LLC IPMCB xx7087 |

# Exhibit 9

```
Amount:        $164,472.35        Sequence Number: 3952876752
Account:            9754           Capture Date:    06/30/2023
Bank Number: 54086010             Check Number:    4441280304
```

**Cashier's Check Credit**                                   No. 4441280304

Bank of America, N.A.
Phoenix, Arizona
110/1006020                                    91-170/1221          DATE
                                                                    06/30/2023 07:19:51 AM

PAY   BANK OF AMERICA

** One Hundred Sixty Four Thousand Four Hundred Seventy Two and 35/100 Dollars **        **$164,472.35**

To The
Order Of    IX GLOBAL LLC
            769 TANGLEWOOD LOOP
            NORTH SALT LAKE ,UT 84054-3342

                                    Void Over $ 164,472.35
Remitter: 75267825, NID, 8630       Void Over 90 Days

⑈4441280304⑈ ⑆54086010⑆           9754⑈

010923846                          Seq: 1
                                   Batch: 033355
                                   Date: 06/30/23

                  Seq:00001 06/30/23
                  BAT:033355 CC:0991006020
                  WT:88 LTPS:Dallas CT
                  BC:RAC Texas TX2-980

Electronic Endorsements:
Date       Sequence      Bank #    Endrs Type    TRN   RRC   Bank Name
06/30/2023 3952876752    111000025 Rtn Loc/BOFD  Y           Bank of America, NA
```

BANA_SEC_Digital Licensing_000901

| Amount: | $164,472.35 | Sequence Number: | 4592733791 |
|---|---|---|---|
| Account: | 9754 | Capture Date: | 07/11/2023 |
| Bank Number: | 12210170 | Check Number: | 4441280304 |

BANK OF AMERICA  **Cashier's Check**  No. 4441280304

Bank of America, N.A.
Phoenix, Arizona
110/1006020

91-170/1221  DATE
06/30/2023 07:19:51 AM

PAY  BANK OF AMERICA

** One Hundred Sixty-Four Thousand Four Hundred Seventy Two and 35/100 Dollars **  **$164,472.35**

To The
Order Of    IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE ,UT 84054-3342

Void Over $ 164,472.35

Remitter: 75267825, NID, 8630    Void Over 90 Days    AUTHORIZED SIGNATURE

⑆4441280304⑆ ⑇122101706⑈ 9754⑆

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

010923846

Mountain America CU
>324079555<
Branch #: 0018
TELLER: 1111
Transaction #: 9459665
7/10/2023 11:47 AM
DIN: 859200000083542
>324079555<

ENDORSE CHECK HERE
CREDIT TO THE ACCOUNT OF THE PAYEE
MOUNTAIN AMERICA CREDIT UNION
FOR DEPOSIT ONLY

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/11/2023 | 004592733791 | 111012822 | Pay Bank | N | | Bank of America, NA |
| 07/10/2023 | 00048797275 | 311990511 | Undetermined | N | | Catalyst Corporate F |
| 07/10/2023 | 859200000083542 | 324079555 | Rtn Loc/BOFD | Y | | Mountain America FCU |

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA    BANA_SEC_Digital Licensing_000902

```
Amount:        $553,305.99          Sequence Number: 3952876754
Account:              9754          Capture Date:    06/30/2023
Bank Number: 54086010               Check Number:    4441280305
```

**Cashier's Check Credit**          No. 4441280305

Bank of America, N.A.
Phoenix, Arizona
110/1006020                                    91-170/1221        **DATE**
                                                                  06/30/2023 07:19:51 AM

**PAY** BANK OF AMERICA 553,305.99
FIVE FIVE THREE THREE ZERO FIVE CTSCTS

** Five Hundred Fifty Three Thousand Three Hundred Five and 99/100 Dollars **        **\*\*$553,305.99\*\***

To The
Order Of        IX GLOBAL LLC
                769 TANGLEWOOD LOOP
                NORTH SALT LAKE ,UT 84054-3342

                                    Void Over $ 553,305.99
Remiter: 75267825, NID, 8643        Void Over 90 Days

⑈4441280305⑈ ⑆540860108⑆          9754⑈

```
010923847?                          Seq: 3
                                    Batch: 033355
                                    Date: 06/30/23
```

```
Seq:00003 06/30/23
BAT:033355 CC:0991006020
WT:08 LTPS;Dallas CT
BC:RAC Texas TX2-988
```

```
Electronic Endorsements:
Date        Sequence        Bank #     Endrs Type    TRN   RRC    Bank Name
06/30/2023  3952876754      111000025  Rtn Loc/BOFD  Y            Bank of America, NA
```

| | | | |
|---|---|---|---|
| Amount: | $553,305.99 | Sequence Number: | 4592733775 |
| Account: | ▓9754 | Capture Date: | 07/11/2023 |
| Bank Number: | 12210170 | Check Number: | 4441280305 |

**BANK OF AMERICA**

**Cashier's Check**

No. 4441280305

Bank of America, N.A.
Phoenix, Arizona
110/1006020

91-1701221

DATE
06/30/2023 07:19:51 AM

PAY

BANK OF AMERICA FIVE/FIVE/THREE/THREE/ZERO/FIVE CTSCTS

$553,305.99

\*\* Five Hundred Fifty Three Thousand Three Hundred Five and 99/100 Dollars \*\*

\*\*$553,305.99\*\*

To The
Order Of

IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE ,UT 84054-3342

AUTHORIZED SIGNATURE

Void Over $ 553,305.99
Void Over 90 Days

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $250,000

Remitter: 75267825, NID, 8643

⑆4441280305⑆ ⑆122101706⑆ 9754⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

010923847

Mountain America CU
>324079555<
Branch #: 0018
TELLER: 1111
Transaction #: 9459665
7/10/2023 11:47 AM
DIN: 859200000083544
>324079555<

ENDORSE CHECK HERE
CREDIT TO THE ACCOUNT OF THE PAYEE
MOUNTAIN AMERICA CREDIT UNION
FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/10/2023 | 00048797285 | 311990511 | Undetermined | N | | Catalyst Corporate F |
| 07/11/2023 | 004592733775 | 111012822 | Pay Bank | N | | Bank of America, NA |
| 07/10/2023 | 859200000083544 | 324079555 | Rtn Loc/BOFD | Y | | Mountain America FCU |

BANA_SEC_Digital Licensing_000904

```
Amount:        $10,003.55           Sequence Number: 3952876756
Account:              9754          Capture Date:    06/30/2023
Bank Number: 54086010               Check Number:    4441280306
```

**Cashier's Check Credit**

No. 4441280306

Bank of America, N.A.
Phoenix, Arizona
110/1006020

91-170/1221

**DATE**
06/30/2023 07:19:51 AM

**PAY** BANK OF AMERICA **1 0 0 0 3 - 55**
ONE ZERO ZERO ZERO Image CISCIS

** Ten Thousand Three and 55/100 Dollars **

**\*\*$10,003.55\*\***

To The
Order Of

IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE ,UT 84054-3342

Void Over $ 10,003.55
Void Over 90 Days

Remitter: 75267825, NID, 8656

⑆4441280306⑆ ⑈54086010⑈          9754⑈

```
010923848
```

```
Seq: 5
Batch: 033355
Date: 06/30/23
```

```
Seq:00005 05/30/23
BAT:033355 CC:0991006020
WT:08 LTPS:Dallas CT
BC:RAC Texas TX2-980
```

```
Electronic Endorsements:
Date        Sequence        Bank #    Endrs Type   TRN   RRC   Bank Name
06/30/2023  3952876756      111000025 Rtn Loc/BOFD  Y           Bank of America, NA
```

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000905



Amount:        $10,003.55              Sequence Number: 4592733774
Account:            9754               Capture Date:    07/11/2023
Bank Number: 12210170                  Check Number:    4441280306

BANK OF AMERICA                    Cashier's Check            No. 4441280306

Bank of America, N.A.                                  91-170/1221      DATE
Phoenix, Arizona                                                        06/30/2023 07:19:51 AM
110/1006020

BANK OF
AMERICA        ONE ZERO ZERO ZERO THREE CTSCTS
PAY
** Ten Thousand Three and 55/100 Dollars **                    **$10,003.55**

To The         IX GLOBAL LLC
Order Of       769 TANGLEWOOD LOOP
               NORTH SALT LAKE ,UT 84054-3342

                                        Void Over $ 10,003.55
Remitter: 75267825, NID, 8656           Void Over 90 Days        AUTHORIZED SIGNATURE

⑆4441280306⑆ ⑆122101705⑈          9754⑆
THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

010923848

               Mountain America CU
                  >324079555<
                  Branch #: 0018
                  TELLER: 1111
               Transaction #: 9459665
               7/10/2023 11:47 AM
               DIN: 859200000083543
                  >324079555<

ENDORSE CHECK HERE
CREDIT TO THE ACCOUNT OF THE PAYEE
MOUNTAIN AMERICA CREDIT UNION
FOR DEPOSIT ONLY

Electronic Endorsements:
Date        Sequence          Bank #      Endrs Type     TRN   RRC   Bank Name
07/11/2023  004592733774      111012822   Pay Bank       N           Bank of America, NA
07/10/2023  859200000083543   324079555   Rtn Loc/BOFD   Y           Mountain America FCU
07/10/2023  00048797280       311990511   Undetermined   N           Catalyst Corporate F

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA                    BANA_SEC_Digital Licensing_000906

# Exhibit 10

## ■■■■0736 IX GLOBAL Transaction Summary                                07/11/2023

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | %% ACH Trace ■■■■ %% ACH ECC IAT TYPE: IAT PAYPAL CO: CORRADO CAVARRA | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 94.50 | -94.50 | 0.00 | 0.00 | 679,956.11 | CORRADO CAVA... | 680,050.61 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 15,000.00 | -15,000.... | 0.00 | 0.00 | 680,050.61 | GUSTO | 695,050.61 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 10,000.00 | -10,000.... | 0.00 | 0.00 | 695,050.61 | GUSTO | 705,050.61 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 7,500.00 | -7,500.00 | 0.00 | 0.00 | 705,050.61 | GUSTO | 712,550.61 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC WEB NAME: IX GLOBAL LLC TYPE: INST XFER CO: PAYPAL | 6,000.00 | -6,000.00 | 0.00 | 0.00 | 712,550.61 | GUSTO | 718,550.61 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 5,596.55 | -5,596.55 | 0.00 | 0.00 | 718,550.61 | PAYPAL | 724,147.16 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | 5,000.00 | -5,000.00 | 0.00 | 0.00 | 724,147.16 | GUSTO | 729,147.16 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 5,000.00 | -5,000.00 | 0.00 | 0.00 | 729,147.16 | GUSTO | 734,147.16 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 4,955.01 | -4,955.01 | 0.00 | 0.00 | 734,147.16 | GUSTO | 739,102.17 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 4,000.00 | -4,000.00 | 0.00 | 0.00 | 739,102.17 | GUSTO | 743,102.17 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 4,000.00 | -4,000.00 | 0.00 | 0.00 | 743,102.17 | GUSTO | 747,102.17 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 3,750.00 | -3,750.00 | 0.00 | 0.00 | 747,102.17 | GUSTO | 750,852.17 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD TYPE: CND 266693 CO: GUSTO | 3,250.00 | -3,250.00 | 0.00 | 0.00 | 750,852.17 | GUSTO | 754,102.17 |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace ■■■■ %% ACH ECC CCD | 3,250.00 | -3,250.00 | 0.00 | 0.00 | 754,102.17 | GUSTO | 757,352.17 |

SEC-MACU-E-0000554

## ◼◼◼◼0736 IX GLOBAL Transaction Summary                    07/11/2023

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 3,250.00 -3,250.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 757,352.17 | GUSTO | 760,602.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 3,250.00 -3,250.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 760,602.17 | GUSTO | 763,852.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 2,500.00 -2,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 763,852.17 | GUSTO | 766,352.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 2,500.00 -2,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 766,352.17 | GUSTO | 768,852.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 2,500.00 -2,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 768,852.17 | GUSTO | 771,352.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,500.00 -1,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 771,352.17 | GUSTO | 772,852.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,500.00 -1,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 772,852.17 | GUSTO | 774,352.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,500.00 -1,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 774,352.17 | GUSTO | 775,852.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,500.00 -1,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 775,852.17 | GUSTO | 777,352.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,500.00 -1,500.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 777,352.17 | GUSTO | 778,852.17 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: ICD 258903 CO: GUSTO<br>ACH Wit... 1,238.75 -1,238.75<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 778,852.17 | GUSTO | 780,090.92 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,000.00 -1,000.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 780,090.92 | GUSTO | 781,090.92 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: CND 266693 CO: GUSTO<br>ACH Wit... 1,000.00 -1,000.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC WEB<br>NAME: IX GLOBAL LLC | | | 0.00 | 0.00 | 781,090.92 | GUSTO | 782,090.92 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: INST XFER CO: PAYPAL<br>ACH Wit... 990.00 -990.00<br>%% ACH Trace ◼◼◼<br>%% ACH ECC CCD | | | 0.00 | 0.00 | 782,090.92 | PAYPAL | 783,080.92 |
| 07/07/2... | S 50 | 07/07/2... | TYPE: ICD 258903 CO: GUSTO<br>ACH Wit... 768.03 -768.03<br>%% ACH Trace ◼◼◼ | | | 0.00 | 0.00 | 783,080.92 | GUSTO | 783,848.95 |

SEC-MACU-E-0000555

## ▇0736 IX GLOBAL Transaction Summary                                    07/11/2023

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 743.25 | -743.25 | 0.00 | 0.00 | 783,848.95 | GUSTO | 784,592.20 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 743.25 | -743.25 | 0.00 | 0.00 | 784,592.20 | GUSTO | 785,335.45 |
| | | | %% ACH ECC WEB NAME: IX GLOBAL LLC TYPE: INST XFER CO: PAYPAL | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 670.00 | -670.00 | 0.00 | 0.00 | 785,335.45 | PAYPAL | 786,005.45 |
| | | | %% ACH ECC WEB NAME: IX GLOBAL LLC TYPE: INST XFER CO: PAYPAL | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 640.00 | -640.00 | 0.00 | 0.00 | 786,005.45 | PAYPAL | 786,645.45 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 532.66 | -532.66 | 0.00 | 0.00 | 786,645.45 | GUSTO | 787,178.11 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 458.34 | -458.34 | 0.00 | 0.00 | 787,178.11 | GUSTO | 787,636.45 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 458.34 | -458.34 | 0.00 | 0.00 | 787,636.45 | GUSTO | 788,094.79 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 433.56 | -433.56 | 0.00 | 0.00 | 788,094.79 | GUSTO | 788,528.35 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 371.63 | -371.63 | 0.00 | 0.00 | 788,528.35 | GUSTO | 788,899.98 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 334.46 | -334.46 | 0.00 | 0.00 | 788,899.98 | GUSTO | 789,234.44 |
| | | | %% ACH ECC CCD TYPE: ICD 258903 CO: GUSTO | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 222.98 | -222.98 | 0.00 | 0.00 | 789,234.44 | GUSTO | 789,457.42 |
| | | | %% ACH ECC WEB NAME: IX GLOBAL LLC TYPE: INST XFER CO: PAYPAL | | | | | | | |
| 07/07/2... | S 50 | 07/07/2... | ACH Wit... %% ACH Trace | 100.00 | -100.00 | 0.00 | 0.00 | 789,457.42 | PAYPAL | 789,557.42 |
| | | | %% ACH ECC CCD TYPE: FEE 180014 CO: GUSTO | | | | | | | |
| 07/06/2... | S 50 | 07/06/2... | ACH Wit... %% ACH Trace | 197.34 | -197.34 | 0.00 | 0.00 | 789,557.42 | GUSTO | 789,754.76 |
| | | | %% ACH ECC WEB NAME: IX GLOBAL TYPE: WEBPAYMENT CO: GATEWAY SERVICES | | | | | | | |
| 07/06/2... | S 50 | 07/06/2... | ACH Wit... | 80.00 | -80.00 | 0.00 | 0.00 | 789,754.76 | GATEWAY SERV... | 789,834.76 |
| 07/05/2... | S 50 | 07/05/2... | Wire Wit... | 300,000... | -300,00... | 0.00 | 0.00 | 789,834.76 | | 1,089,834.76 |

SEC-MACU-E-0000556

## ▮▮▮ 0736 IX GLOBAL Transaction Summary

07/11/2023

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|-----------|------|----------|--------------|-----------|------------|---------|------|-------------|-------------|----------------|
| 07/05/2... | S 50 | 07/05/2... | %%Wire $300,000.00 BUSINESS FUNDING SOLU | | | | | | | |
| | | | %% WOr PROJECTION MANAGEMENT LLC | | | | | | | |
| 07/03/2... | S 50 | 07/03/2... | Wire De... | 500,000... | 500,000... | 0.00 | 0.00 | 1,089,834.76 | ▮▮▮ | 589,834.76 |
| | | | %% ACH Trace ▮▮▮ | | | | | | | |
| | | | %% ACH ECC CCD | | | | | | | |
| | | | TYPE: MERCH FEES CO: PAYARC | | | | | | | |
| 07/03/2... | S 50 | 07/03/2... | ACH Wit... | 89.95 | -89.95 | 0.00 | 0.00 | 589,834.76 | PAYARC | 589,924.71 |
| | | | %% ACH Trace ▮▮▮ | | | | | | | |
| | | | %% ACH ECC CCD | | | | | | | |
| | | | TYPE: TRANSFER CO: STRIPE | | | | | | | |
| 07/03/2... | S 50 | 07/03/2... | ACH De... | 424,475... | 424,475... | 0.00 | 0.00 | 589,924.71 | STRIPE | 165,449.57 |

SEC-MACU-E-0000557

# Exhibit 11

## ▮▮▮▮▮2717 DIGITAL LICENSIN  Transaction Summary

07/11/2023

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|-----------|-----|----------|--------------|-----------|------------|---------|------|-------------|-------------|----------------|
| | | | A2A Transfer: ****0050 | | | | | | | |
| 07/06/2... | S 50 | 07/06/2... | Home Ba... | 5,224.60 | -5,224.60 | 0.00 | 0.00 | 83,054.40 | | 88,279.00 |
| | | | A2A Transfer: ****0050 | | | | | | | |
| 07/06/2... | S 50 | 07/06/2... | Home Ba... | 7,200.00 | -7,200.00 | 0.00 | 0.00 | 88,279.00 | | 95,479.00 |
| | | | A2A Transfer: ****0050 | | | | | | | |
| 07/05/2... | S 50 | 07/05/2... | Home Ba... | 9,000.00 | -9,000.00 | 0.00 | 0.00 | 95,479.00 | | 104,479.00 |
| | | | A2A Transfer: ****0050 | | | | | | | |
| 07/05/2... | S 50 | 07/05/2... | Home Ba... | 24,000.00 | -24,000.... | 0.00 | 0.00 | 104,479.00 | | 128,479.00 |
| | | | Business Wire to ▮▮▮8562 | | | | | | | |
| 07/05/2... | S 50 | 07/05/2... | Home Ba... | 6,000.00 | -6,000.00 | 0.00 | 0.00 | 128,479.00 | | 134,479.00 |

SEC-MACU-E-0000465