# Exhibit 4

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>        Defendants, | Case No.:<br><br>**DECLARATION OF JENNY L. MCBRIDE** |

| |
|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1) My name is Jenny L. McBride. I am over the age of twenty-one (21) and have personal knowledge of the matters set forth herein.

2) I am a Paralegal Contractor for the Salt Lake Regional Office of the United States Securities and Exchange Commission ("SEC") located at 351 S. West Temple, Suite 6.100, Salt Lake City, UT 84101.

3) On July 24, 2023, I conducted research to identify any assets held by Defendants and Relief Defendants in the above-captioned litigation. In conducting my research, I used Thomson Reuters CLEAR, a web-based platform that searches public and proprietary databases to identify real- and personal-property ownership records of individuals and entities. Additionally, I reviewed bank account records obtained by the Commission during the course of the investigation.

4) The result(s) of my research is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on July 25, 2023 at Salt Lake City, Utah.

                                        */s/ Jenny L. McBride*
                                        JENNY L. MCBRIDE

# Exhibit A

## EXHIBIT A

### List of Identified Assets

**DEFENDANTS**

**Digital Licensing Inc.**

Bank/Financial Account(s)

- Stripe, Inc., Acct No.: acct_1IfvEhHywpheYRbA
- Mountain America Credit Union, Acct No.: 13182717
- Zions First National Bank, Acct No.: 983534702,
- Zions First National Bank, Acct No.: 5796522497,

**Jason R. Anderson**

Real Property/Deed Transfer
- **14942 S. Vantage View Ct., Draper, UT 84020**,
- **1320 N. Chimney Rock Rd, Heber City, UT 84023-1473**, Vacant Land, APN: 00-0020-7305,
- **525 Alienta Dr., St. George, UT 84770-6969**, Single Family Residence, APN: 0787842
- **7689 South 1530 West, West Jordan, UT 84084-4106**, Single Family Residence, APN: 21-27-476-013-0000,
- **1067 W. Briarcliff Ave, Salt Lake City, UT 84116-2205**, Single Family Residence, APN: 08-35-130-004-0000
- **147 South 1300 East, Salt Lake City, UT 84102-3226**, Single Family Residence, APN: 16-05-432-007-0000,

Personal Property
- 2022 Ferrari SF 90 Stradale, VIN: ZFF95NLA1N0271071, License Plate No.: CRYPT01
- 2022 Ferrari 812 GTS, VIN: ZFF97CMA1N0282701, License Plate No.: T588DG
- 2022 Ferrari Roma, VIN: ZFF98RNA9N0285442, License Plate No.: G581WH
- 2022 Maserati Levante Base, VIN: ZN661XUAXNX398544, License Plate No.: FLXN,
- 2021 Lamborghini Urus, VIN: ZPBUA1ZL4MLA12263, License Plate No.: FUNDING,
- 2018 Jeep Wrangler Unlimited Sahara, VIN: 1C4HJXEG2JW322085, License Plate No.: SUNNYY,
- 2017 Ferrari California T, VIN: ZFF77XJA7H0223644, License Plate No.: BARB1E,
- 2017 Ferrari 488 Spider, VIN: ZFF80AMA6H0225337, License Plate No.: 3RDW1FE,

Bank/Financial Account(s)
- America First Credit Union, Account No. 746038414066, Account Name: Jason R. Anderson

1

- Stripe, Inc., Account No. acct_1CXWdslpdWV1oAQ6
- USAA Federal Savings Bank, Account No. 260692182, Account Name: Jason R. Anderson
- Utah First Federal Credit Union, Account No. 775607, Account Name: Jason R. Anderson
- Utah First Federal Credit Union, Account No. 682079, Account Name: Jason R. Anderson

**Jacob S. Anderson**

Real Property/Deed Transfer

- **6120 S. Verness CV, Holladay, UT 84121**,
- **66 South 1000 West, Provo, Utah 84601-4073**, Single Family Residence, APN: 21:021:0036
- **420 South 380 West, Tooele, UT 84074-2902**, Single Family Residence, APN: 10-014-00016

Personal Property

- 2020 Chevrolet Corvette Stingray 3LT, VIN: 1G1Y82D42L5101402, License Plate No.: F085YG, Toyota Sequoia SR5, VIN: 5TDBT44A82S097975, License Plate No.: L0KIN8R

Bank/Financial Account(s)

- America First Credit Union, Account No. 38414074, Account Name: Jacob ("Jake") S. Anderson
- AMEX, American Express Card, Account Name: Jacob ("Jake") S. Anderson

**Schad E. Brannon**

Real Property/Deed Transfer

- **5819 Wish Ave, Encino, CA 91316-1459**, Single Family Residence, APN: 2255-004-020
- **22462 Roscoe Blvd, West Hills, CA 91304-3347**, Single Family Residence, APN: 2013-020-001

Bank/Financial Account(s)

- Zions First National Bank, Account No. 983536798; 983534702; 5796522497; 982485703; Account Name: Schad E. Brannon

**Roydon B. Nelson**

Real Property/Deed Transfers

- **1615 N. Raven Ln., St. George, UT 84770-6159**, APN: SG-PDCN-2-79,
- **1307 Meadowbrook Ct., Farmington, UT 84025-4011**, APN: 08-270-0003,

- **2971 Adams Ave, Ogden, UT 84403-0649**, APN: 04-027-0060
- **1115 E. Homes Creek Ln, Layton, UT 84041-4409**, APN: 11-467-0013

Personal Property

- 2021 Cadillac XT5 Sport, VIN: 1GYKNGRS2MZ182688, License Plate No.: 7T1AV,
- 2019 Toyota Tacoma Double Cab, VIN: 3TMCZ5AN9KM224930, License Plate No.: U206VP
- 2016 Toyota Prius, VIN: JTDKARFU9G3011298, License Plate No.: 6D7KA,
- 2003 Dodge Ram 3500 ST, VIN: 3D7M48C13G836417, License Plate No.: T815GK,
- 1995 Dodge Ram 2500, VIN: 1B7KF26C5SS166512, License Plate No.: T545FT,
- 1994 Ford F150, VIN: 1FTEX14H7RKA80745, License Plate No.: U587UL
- 1991 Ford F150, VIN: 1FTEX15Y8MKA91566, License Plate No.: 0L0FG,
- 2014 Honda Accord EXL, VIN: 1HGCR3F81EA012369, License Plate No.: U173UW,

Bank/Financial Account(s)

- Zions First National Bank, Account No. 983536798; 4238840001655310; 77008373; 982845703; 983534702; 982093593; 5796522497; 4238840001837520; 367020477520; 5796522273; 980750053; 982093601; 982093585; 554009993; 423884001435002; 983533860; 5793279380; 982259780;
    - Account Name: Roydon B. Nelson

**Ryan Bowen**

Real Property/Deed Transfer

- **152 Spinnaker Dr., Stansbury Park, UT 84074-8946**, Single Family Residence, APN: 09-018-00026,
- **405 American Way, Tooele, UT 84047-2502**, Single Family Residence, APN: 10-045-0-0006,
- **5050 N. Ashlee Way, Erda, UT 84047-8184**, Agricultural, APN: 11-081-0-0017,
- **566 Elk Meadow Loop, Tooele, UT 84074-3155**, Single Family Residence, APN: 08-026-F-0009,
- **694 W. Cephus Rd, Draper, UT 84020-2306**, Single Family Residence, APN: 27-36-101-010-0000
- **784 Elk Meadow Loop, Tooele, UT 84074-3163**, Single Family Residence, APN: 14-071-0-0003,
- **52 Sawgrass Ct, Las Vegas, NV 89113-1325**, Single Family Residence, APN: 163-27-214-014,
- **5994 Bayshore Dr, Tooele, UT 84047-9070**, Single Family Residence, APN: 14-009-0-0515,
- **2915 N. Bronzewood Cir., Erda, UT 84074-3301**, Agricultural, APN: 15-051-0-0028,

- **997 E. Brookfield Ave., Erda, UT 84074-3304**, Agricultural, APN: 15-052-0-0030,
- **1482 E. Spring Canyon Rd., Erda, UT 84074**, APN: 16-024-0-0018,
- **3148 N. Pronghorn Rd, Erda, UT 84074-3311**, Agricultural, APN: 15-052-0-0038,
- **1972 E. Garfield Ave, Salt Lake City, UT 84108-2951**, Single Family Residence, APN: 16-16-433-013-0000,
- **5085 Ashlee Way, Erda, UT 84074-8184**, Agricultural, APN: 11-081-00015
- **997 E. Brookfield Ave, Tooele, UT 84074-3304**, Single Family Residence, APN: 15-052-0-0030
- **746 E. Elk Hollow Dr., Tooele, UT 84074**, APN: 15-098-0-0606
- **224 Spinnaker Dr, Tooele, UT 84074-8947**, APN: 0-018-00035,
- **743 West 740 South, Tooele, UT 84074-3274**, APN: 11-095-00023,
- **295 West Cimmarron Way, Erda, UT 84074-9423**, APN: 09-023-R0026
- **589 West 925 North, Centerville, UT 84014-3466**, APN: 02-172-0211,
-

## IX Global, LLC

Bank/Financial Account(s)

- Stripe, Inc., Account No. acct_15GKfQIQTjhSoclz
- Bank of America, NA, Account No. 1391 0498 8643,
- Bank of America, NA, Account No. 1391 0498 8630,
- Bank of America, NA, Account No. 1391 0498 8656,
- JPMorgan Chase Bank, NA, Account No. 765037087,
- JP Morgan Chase Bank, NA, Account No. 3887221712,
- Metropolitan Commercial Bank, Account No. 253903989883,
- Mountain America Credit Union, Account No. 13220736,
    - Account Name: IX Global LLC

## Joseph A. Martinez

Real Property/Deed Transfers

- **769 Tanglewood Loop, North Salt Lake, UT 84054-3342**, APN: 01-206-0407

Personal Property

- 2022 Cadillac Escalade Sport, VIN: 1GYS4FKL8NR205473, License Plate No.: 9U5KE
- 2022 Lamborghini Urus, VIN: ZPBUA1ZL6NLA17160, License Plate No.: 4R3JB,
- 2018 Polaris RZR XP 4 Turbo EPS, VIN: 3NSVFE921JF408319, License Plate No.: V67EC
- 2013 Ford F150 Supercrew, VIN: 1FTFW1ET2DFB09810, License Plate No.: F363JZ

Bank/Financial Account(s)

4

- JP Morgan Chase Bank, NA, Account No. 470903506, Account Name: Joseph Anthony Martinez
- JP Morgan Chase Bank, NA, Account No. 3046637079, Account Name: Joseph Anthony Martinez
- JP Morgan Chase Bank, NA, Account No. 3046637095, Account Name: Joseph Anthony Martinez
- JP Morgan Chase Bank, NA, Account No. 3046637103, Account Name: Joseph Anthony Martinez
- JP Morgan Chase Bank, NA, Account No. 3887219195, Account Name: Joseph Anthony Martinez
- Wells Fargo Bank, NA, Account No. 3918125125, Account Name: Joseph A. Martinez, Jr.
- Wells Fargo Bank, NA, Account No. 6410796939, Account Name: Joseph A. Martinez, Jr.

**Benjamin F. Daniels**

Real Property/Deed Transfers

- **537 Beacon Ridge Way, Mesquite, NV 89027-6704**, Single Family Residence, APN: 002-24-510-032,
- **3617 W. District Peak Ct, South Jordan, UT 84095-5145**, APN: 27-20-134-012-0000,
- **652 W. Rachelle Park CV, South Jordan, UT 84095-4418**, APN: 27-24-107-010-0000,
- **14743 S. Vintage Rose Court, Herriman, UT 84096-1938**, APN: 32-12-402-015-0000
- **3448 E. Kennekuk Cir, Eagle Mountain, UT 84043-4677**, APN: 44:149:0033,

Personal Property

- 2022 Chevrolet Corvette Stingray 3LT, VIN: 1G1YC3D44N5124607, License Plate No.: 4V2PD,
- 2022 Tesla Model X, VIN: 7SAXCBE65NF355434, License Plate No.: 2W2FJ,
- 2018 Land Rover Range Rover Sport SVR, VIN: SALWZ2SE4JA197456, License Plate No.: U104NS,

**Mark W. Schuler**

Real Property/Deed Transfers

- **9103 S. Hidden Peak Dr, West Jordan, UT 84088-5751**, APN: 27-02-329-001-0000
- **1011 W. Rooftop Dr., Midvale, UT 84047-4805**, APN: 21-26-451-018-0000,
- **13039 S. Cannon View Dr., Riverton, UT 84096-1429**, APN: 26-36-426-015-0000,

Personal Property

5

- 2012 Toyota Tacoma V6, VIN: 3TMMU4FN6CM045879

**Travis A. Flaherty**

Real Property/Deed Transfers

- **1921 S. Santa Anna Dr, Chandler, AZ 85286-8427**, APN: 303-25-273,
- **4631 E. Collinwood Dr., Gilbert, AZ 85298-4013**, APN: 313-04-047,
- **1807 S. Range Rd, Saratoga Springs, UT 84045-4096**, APN: 52:854:0050,
- **5415 E. McKellips Rd. 18, Mesa, AZ 85215-2652**, APN: 141-44-638,
- **3491 N. Arizona Ave 55, Chandler, AZ 85225-1142**, APN: 30224082,

Personal Property

- 2023 Mercedes Benz S Class, VIN: W1K6G7GB6PA207377, License Plate No.: ASA3MN,
- 2021 Cadillac Escalade ESV, VIN: 1GYS3NKLXMR228815, License Plate No.: PLA0WN,
- 2015 Mercedes Benz S Class, VIN: WDDUG8CB3FA171164, License Plate No.: RHA29B
- 2005 Mercedes Benz E Class, VIN: WDBUF76J65A752196, License Plate No.: MLMFAM,

Bank/Financial Account(s)

- Wells Fargo Bank, NA, Account No. 7196268614, Account Name: Travis A. Flaherty

**Alton O. Parker**

Real Property/Deed Transfers

- **3050 Wolcott St, Ferndale, MI 48220-3605**, APN: 25-27-277-001,
- **4465 S. Mathews Way, Salt Lake City, UT 84124-4207**, APN: 22-01-404-006-0000,
- **379 N. Glenwood St. 2-1, Jackson, WY 83001-8765**, APN: R0004401
- **2120 Corner Creek Ln, Jackson, WY 83001-9200**, APN: 22-40-16-06-2-36-002,

Personal Property

- 2018 Porsche 911 GT3, VIN: WP0AC2A91JS175996, License Plate No.: BKWLD2018 Porsche Macan GTS, VIN: WP1AG2A55JLB64882, License Plate No.: 0C2SH
- 2015 Porsche 911, VIN: WP0AC2A98FS183519, License Plate No.: CHP7449,
- 2017 Lexus RX 350 Base, VIN: 2T2BZMCVA1HC093747

**BW Holdings, LLC (dba the "Fair Project")**

Real Property/Deed Transfer

- **3796 South 650 West Riverdale, UT 84405-1583**, Single Family Residence, APN: 05-159-0009,

### Brendon J. Stangis

Personal Property

- 2022 Ford F250 Super Duty, VIN: 1FT7W2BN3NEG10681, License Plate No.: DE65126,

Bank/Financial Account(s)

- JP Morgan Chase Bank, NA, Visa debit at bank, Account Name: Brendon John Stangis

### Matthew D. Fritzsche

Real Property/Deed Transfers

- **1638 East 12500 South, Draper, UT 84020-9160**, APN: 28-28-380-009-0000
- **743 Cobblestone Dr., Heber City, UT 84032-3988**, APN: 00-0020-3034,

Personal Property

- Can-Am Outlander Max XT 850 ATV, VIN: 3JBLPAU41NJ002697, License Plate No.: OH23155344,
- 2021 Porsche Taycan Cross Turismo, VIN: WP0BA2Y14MSA71102, License Plate No.: P0R2CHE,
- 2020 Ford F150 Raptor, VIN: 1FTFW1RG9LFB08651, License Plate No.: 5R8BT,

Bank/Financial Account(s)

- Utah First Credit Union, Account No. 263970, Account Name: Matthew Dillon Fritzsche

### RELIEF DEFENDANTS

### Business Funding Solutions, LLC

Bank/Financial Account(s)

- Utah First Federal Credit Union, Acct No.: 775607,

### Blox Lending, LLC

Bank/Financial Account(s)

- America First Credit Union, Acct No.: 43822519,
- Bank of America, N.A., Acct No.: 139101503814,

7

- Bank of America, N.A., Acct No.: 139103861004,
- Bank of America, N.A., Acct No.: 139103861020,
- Washington Federal Bank, Acct No.: 62764708442,

**Calmfritz Holdings, LLC**

Bank/Financial Account(s)

- JPMorgan Chase Bank, Acct No.: 720620639,
- JPMorgan Chase Bank, Acct No.: 780818115,
- US Bank, NA, Acct No.: 000153155074054,

**Calmes & Co, Inc.**

Bank/Financial Account(s)

- JPMorgan Chase Bank, Acct No.: 737762788,
- JPMorgan Chase Bank, Acct No.: 750796549,
- JPMorgan Case Bank, Acct No.: 388078693,

**The Gold Collective LLC**

Bank/Financial Account(s)

- Zions First National Bank, Acct No.: 980750053,
- Zions First National Bank, Acct No.: 982093593,
- Zions First National Bank, Acct No.: 5796522273,
- Zions First National Bank, Acct No.: 982093601,
- Zions First National Bank, Acct No.: 982093585,

**UIU Holdings, LLC**

Bank/Financial Account(s)

- Bank of America, N.A., Acct No.: 139103520882
- Washington Federal Bank, Acct No.: 62764470589,