IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC., et al.,<br><br>Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:23-CV-482<br><br>District Judge Ted Stewart |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 26th day of July, 2023.

BY THE COURT:

_____
Ted Stewart
United States District Judge