IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>    Defendants, | **ORDER SEALING CASE**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

  Plaintiff Securities and Exchange Commission (Commission), pursuant to Federal Rule of Civil Procedure 5.2 and DUCivR 5-2(c), moved this court for an order sealing this case until such time as the Commission moves to have the case unsealed.[1]

  The Court, having reviewed the pleadings, hereby **GRANTS** the Commission's Motion.

---

[1] ECF 2.

2

**IT IS HEREBY ORDERED** that this matter is sealed until further order of the Court.

SO ORDERED this 27th of July 2023.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge