Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>　　　　Defendants, | Case No.: 2:23-cv-00482-RJS<br><br>**MOTION TO UNSEAL CASE**<br><br>Chief Judge Robert J. Shelby |

| |
|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

Plaintiff, Securities and Exchange Commission (the "Commission"), hereby respectfully requests that this case be unsealed.

On July 26, 2020, upon motion by the Commission, the Court sealed this matter to allow the Commission time to properly serve notice to financial institutions of the Court's asset freeze order and prevent Defendants from dissipating assets from those institutions prior to service of process on Defendants and Relief Defendants. At this time, the Commission has successfully provided notice to all known financial institutions associated with Defendants of the Court's July 28, 2023 Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets (Dkt. No. 9.) Therefore, because the purpose of the Commission's Motion to Seal has been accomplished, the Commission requests that this case be unsealed.

Attached hereto as Exhibit 1 is a proposed Order Unsealing Case.

2

Dated: August 2, 2023

                Respectfully submitted,

                **SECURITIES AND EXCHANGE COMMISSION**

                <u>/s/ *Michael E. Welsh*</u>
                Michael E. Welsh
                Casey R. Fronk
                Attorneys for Plaintiff
                Securities and Exchange Commission