## Return of Service

**UNITED STATES DISTRICT COURT**
**District of Utah**

Securities and Exchange Commission
   Plaintiff

Case Number: 2:23-cv-00482

vs.

Digital Licensing Inc.; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Mark William Schuler (a/k/a Billy Beach) at ▮▮▮▮▮▮

I, Lydia Heykamp, being duly sworn, depose and say that on August 2, 2023 at or about 11:27 AM I served Summons & Complaint; Civil Cover Sheet with Attachments; Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets; Plaintiff Securities and Exchange Commission's Ex Parte Application for Entry of Temporary Restraining Order and Orders : (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets; and (6) Order to Show Cause Re Preliminary Injunction and Memorandum in Support; Index of Exhibits; Exhibits 1-4; Rule 65(b)(1)(B) Attorney Certification; Motion to File Case Under Court Seal; [proposed] Order Sealing Case; Temporary Receivership Order; Plaintiff Securities and Exchange Commission's Ex Parte Application for Appointment of a Temporary Receiver as to Defendant Digital Licensing, Inc. and Order to Show Cause Re Appointment of A Permanent Receiver, and Memorandum in Support; [proposed] Temporary Receivership Order and Order to Show Cause re Appointment of a Permanent Receiver; Preliminary Injunction and Orders (1) Freezing Assets; (2) Prohibiting the Destruction or Alteration of Documents; (3) Granting Expedited Discovery; (4) Requiring Accountings; and (5) Appointing a Permanent Receiver; Qualifications Letter; Plaintiff Securities and Exchange Commission's Expedited Written Discovery Requests with Exhibit personally to Mark William Schuler (a/k/a Billy Beach) at ▮▮▮▮▮▮

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

*Lydia Heykamp*     08/04/2023
Lydia Heykamp     Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-112621
Reference: 23-SLRO-008