## Return of Service

### UNITED STATES DISTRICT COURT
### District of Utah

Securities and Exchange Commission
  Plaintiff

Case Number: 2:23-cv-00482

vs.

Digital Licensing Inc.; et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Western Oil Exploration Company, Inc., Registered Agent: Northwest Registered Agent LLC, at 401 Ryland St, Suite 200-A, Reno, NV 89502.

I, Brandon Hoagland, being duly sworn, depose and say that on August 2, 2023 at or about 9:45 AM I served Summons & Complaint; Civil Cover Sheet with Attachments; Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets; Plaintiff Securities and Exchange Commission's Ex Parte Application for Entry of Temporary Restraining Order and Orders : (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets; and (6) Order to Show Cause Re Preliminary Injunction and Memorandum in Support; Index of Exhibits; Exhibits 1-4; Rule 65(b)(1)(B) Attorney Certification; Motion to File Case Under Court Seal; [proposed] Order Sealing Case; Temporary Receivership Order; Plaintiff Securities and Exchange Commission's Ex Parte Application for Appointment of a Temporary Receiver as to Defendant Digital Licensing, Inc. and Order to Show Cause Re Appointment of A Permanent Receiver, and Memorandum in Support; [proposed] Temporary Receivership Order and Order to Show Cause re Appointment of a Permanent Receiver; Preliminary Injunction and Orders (1) Freezing Assets; (2) Prohibiting the Destruction or Alteration of Documents; (3) Granting Expedited Discovery; (4) Requiring Accountings; and (5) Appointing a Permanent Receiver; Qualifications Letter; Plaintiff Securities and Exchange Commission's Expedited Written Discovery Requests with Exhibit personally to Aliyah Ta as authorized recipient for the registered agent of Western Oil Exploration Company, Inc.. Service occurred at 401 Ryland St Suite 200-A Reno, NV 89502.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____    Date
Brandon Hoagland
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-112628
Reference: 23-SLRO-008