Jason A. McNeill (9711)
 mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
 schnibbe@mvmlegal.com
**MᴄNᴇɪʟʟ | Vᴏɴ Mᴀᴀᴄᴋ**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Josias N. Dewey, Court-Appointed
Receiver

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **NOTICE OF APPEARANCE** |
| **Plaintiff,** | |
| v. | |
| **DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J.** | **Case No. 2:23-cv-00482-RJS**<br><br>**Judge Robert J. Shelby** |

**STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,**

**Defendants,**

**ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,**

**Relief Defendants.**

**PLEASE TAKE NOTICE** that Jason A. McNeill of MᴄNᴇɪʟʟ Vᴏɴ Mᴀᴀᴄᴋ hereby enters his appearance as counsel on behalf of Court-Appointed Receiver Josias N. Dewey in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed and served upon:

Jason A. McNeill (9711)
mcneill@mvmlegal.com
**MᴄNᴇɪʟʟ | Vᴏɴ Mᴀᴀᴄᴋ**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

DATED this 7th day of August, 2023.

MCNEILL | VON MAACK

Jason A. McNeill
Eric K. Schnibbe
*Attorneys for Josias N. Dewey, Court-Appointed Receiver*