Jason A. McNeill (9711)
 mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
 schnibbe@mvmlegal.com
**MCNEILL | VON MAACK**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Josias N. Dewey, Court-Appointed Receiver

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>          Plaintiff,<br><br>v.<br><br>**DIGITAL LICENSING INC.** (d/b/a "DEBT Box"), a Wyoming corporation; **JASON R. ANDERSON**, an individual; **JACOB S. ANDERSON**, an individual; **SCHAD E. BRANNON**, an individual; **ROYDON B. NELSON**, an individual; **JAMES E. FRANKLIN**, an individual; **WESTERN OIL EXPLORATION COMPANY, INC.**, a Nevada corporation; **RYAN BOWEN**, an individual; **IX GLOBAL, LLC**, a Utah limited liability company; **JOSEPH A. MARTINEZ**, an individual; **BENJAMIN F. DANIELS**, an individual; **MARK W. SCHULER**, an individual; **B & B INVESTMENT GROUP, LLC** (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; **TRAVIS A. FLAHERTY**, an individual; **ALTON O. PARKER**, an individual; **BW HOLDINGS, LLC** (d/b/a the "FAIR PROJECT"), a Utah limited liability company; **BRENDAN J.** | **MOTION FOR PRO HAC VICE ADMISSION**<br><br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

| | |
|---|---|
| **STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,** | |
| Defendants, | |
| **ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,** | |
| Relief Defendants. | |

I move for the pro hac vice admission of Jessica B. Magee as counsel for Josias N. Dewey, Court-Appointed Receiver, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 7th day of August, 2023.

        **MCNEILL | VON MAACK**

        /s/ Jason A. McNeill

        Jason A. McNeill
        Eric K. Schnibbe
        *Attorneys for Josias N. Dewey, Court-Appointed Receiver*