

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jason A. McNeill |
| Firm: | McNeill \| Von Maack |
| Address: | 175 South Main Street, Suite 1050 |
| | Salt Lake City, UT 84111 |
| Telephone: | 801-823-6464 |
| Email: | mcneill@mvmlegal.com |
| | |
| Pro Hac Vice Applicant: | Jessica B. Magee |
| Firm: | Holland & Knight LLP |
| Address: | 1722 Routh Street |
| | Suite 1050 |
| | Dallas, TX 75201 |
| Telephone: | 214.969.1375 |
| Email: | Jessica.Magee@hklaw.com |

| | |
|---|---|
| An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek: | ☐ Admission by Bar Examination<br>☐ Admission by UBE Transfer<br>☐ Motion/Reciprocal |

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas | 24037757 | 11/6/2002 |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____   __7/28/2023_____
Signature                                 Date