Jason A. McNeill (9711)
  mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
  schnibbe@mvmlegal.com
**MCNEILL | VON MAACK**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Josias N. Dewey, Court-Appointed Receiver

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**DIGITAL LICENSING INC. (d/b/a "DEBT Box"),** a Wyoming corporation; **JASON R. ANDERSON,** an individual; **JACOB S. ANDERSON,** an individual; **SCHAD E. BRANNON,** an individual; **ROYDON B. NELSON,** an individual; **JAMES E. FRANKLIN,** an individual; **WESTERN OIL EXPLORATION COMPANY, INC.,** a Nevada corporation; **RYAN BOWEN,** an individual; **IX GLOBAL, LLC,** a Utah limited liability company; **JOSEPH A. MARTINEZ,** an individual; **BENJAMIN F. DANIELS,** an individual; **MARK W. SCHULER,** an individual; **B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"),** a Utah limited liability company; **TRAVIS A. FLAHERTY,** an individual; **ALTON O. PARKER,** an individual; **BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"),** a Utah limited liability company; **BRENDAN J.** | **MOTION FOR PRO HAC VICE ADMISSION**<br><br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

| | |
|---|---|
| STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Relief Defendants. | |

    I move for the pro hac vice admission of Scott Mascianica as counsel for Josias N. Dewey, Court-Appointed Receiver, and I consent to serve as local counsel. I am an active member of this court's bar.

    The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 7th day of August, 2023.

                                                         **MCNEILL | VON MAACK**

                                                         _____
                                                         Jason A. McNeill
                                                         Eric K. Schnibbe
                                                        *Attorneys for Josias N. Dewey, Court-Appointed Receiver*