Jason A. McNeill (9711)
 mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
 schnibbe@mvmlegal.com
**MCNEILL | VON MAACK**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Josias N. Dewey, Court-Appointed Receiver

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **ORDER GRANTING PRO HAC VICE ADMISSION** |
| Plaintiff, | |
| v. | |
| **DIGITAL LICENSING INC. (d/b/a "DEBT Box"),** a Wyoming corporation; **JASON R. ANDERSON,** an individual; **JACOB S. ANDERSON,** an individual; **SCHAD E. BRANNON,** an individual; **ROYDON B. NELSON,** an individual; **JAMES E. FRANKLIN,** an individual; **WESTERN OIL EXPLORATION COMPANY, INC.,** a Nevada corporation; **RYAN BOWEN,** an individual; **IX GLOBAL, LLC,** a Utah limited liability company; **JOSEPH A. MARTINEZ,** an individual; **BENJAMIN F. DANIELS,** an individual; **MARK W. SCHULER,** an individual; **B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"),** a Utah limited liability company; **TRAVIS A. FLAHERTY,** an individual; **ALTON O. PARKER,** an individual; **BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"),** a Utah limited liability company; **BRENDAN J.** | Case No.<br>Judge<br>Magistrate Judge |

| | |
|---|---|
| **STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,** | |
| Defendants, | |
| **ARCHER DRILLING, LLC,** a Wyoming limited liability company; **BUSINESS FUNDING SOLUTIONS, LLC,** a Utah limited liability company; **BLOX LENDING, LLC,** a Utah limited liability company; **CALMFRITZ HOLDINGS, LLC,** a Utah limited liability company; **CALMES & CO, INC.,** a Utah corporation; **FLAHERTY ENTERPRISES, LLC,** an Arizona limited liability company; **IX VENTURES FZCO,** a United Arab Emirates company; **PURDY OIL, LLC,** a Nebraska limited liability company; **THE GOLD COLLECTIVE LLC,** a Utah limited liability company; and **UIU HOLDINGS, LLC,** a Delaware limited liability company, | |
| Relief Defendants. | |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Andrew W. Balthazor. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of _____, 2023.

                                                                    BY THE COURT

                                                                    _____