Romaine C. Marshall (09654)
Jose A. Abarca (12762)
Jonathan E. Schmalfeld (*pro hac vice* forthcoming)
POLSINELLI PC
2825 E Cottonwood Pkwy, Suite 500
Salt Lake City, UT  84121
Telephone: (801) 999-3504
rmarshall@polsinelli.com
jabarca@polsinelli.com
jschmalfeld@polsinelli.com

*Attorneys for Defendants iX Global LLC,*
*Joseph Martinez, Travis A. Flaherty and Relief Defendant*
*Flaherty Enterprises LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, and individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B&B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; TRAVIS A. | **NOTICE OF APPEARANCE**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS (d/b/a "FAIR PROJECT"), a Utah limited liability company,<br><br>     Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>     Relief Defendants. | |

     Jose A. Abarca of Polsinelli PC, hereby gives notice of his appearance as counsel for Defendants iX Global LLC, Joseph Martinez, and Travis A. Flaherty and Relief Defendant Flaherty Enterprises, LLC in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed and served upon:

          Jose A. Abarca
          POLSINELLI PC
          2825 E Cottonwood Pkwy, Suite 500
          Salt Lake City, UT  84121
          jabarca@polsinelli.com

DATED this 9th day of August 2023.

                                              **POLSINELLI PC**

                                              _/s/ Jose A. Abarca_
                                              Romaine C. Marshall
                                              Jose A. Abarca
                                              Jonathan E. Schmalfeld

                                              _Attorneys for Defendants iX Global LLC,_
                                              _Joseph Martinez, and Travis A. Flaherty and_
                                              _Relief Defendant_
                                              _Flaherty Enterprises LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2023, I caused a true and correct copy of the foregoing document to be served via CM/ECF on counsel of record.

        /s/ *Kaitlin Morgan*

90796844.2