Scott B. Gordon (#7723)
GORDON BUSINESS LAW, PLLC
170 South Main Street, Suite 1125
Salt Lake City, Utah 84101
Telephone: 801-651-6888
Email: Scott@GordonBusinessLaw.com

*Attorney for Respondent:*

---

UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| Securities and Exchange Commission<br><br>　　　　Plaintiff<br>　vs.<br><br>Ryan Bowen<br><br>　　　　Defendant, | Civil Action No. 2:23-cv-00482<br><br>**APPEARANCE OF COUNSEL** |

　　PLEASE TAKE NOTICE, Scott Gordon of GORDON BUSINESS LAW, PLLC, hereby enters appearance of counsel on behalf of the Respondent, Ryan Bowen, in the above-captioned matter. All pleadings and documents should be directed to:

Scott Gordon<br>
GORDON BUSINESS LAW, PLLC<br>
170 South Main Street, Suite 1125<br>
Salt Lake City, Utah 84101<br>
Email: Scott@GordonBusinessLaw.com

　　DATED: August 11, 2023

GORDON BUSINESS LAW, PLLC<br>
<u>/s/ Scott Gordon</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2023, I personally filed with the Court the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Jennifer C. Thompson
*Employee of Gordon Business Law, PLLC*