Justin T. Toth (8438)
Maria E. Windham (10761)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Ryan Bowen*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiff, | |
| | Case No. 2:23-cv-00482-RJS |
| DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; SCHAD E. ANDERSON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an induvial; and MATTHEW D. FRITZSCHE, an individual | Judge Robert J. Shelby |

Please take notice that, pursuant to DUCivR 83-1.3, Maria E. Windham hereby enters her appearance of counsel on behalf of Defendant Ryan Bowen in the above-captioned case. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Maria E. Windham (10761)
mwindham@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500

DATED this 14th day of August, 2023.

RAY QUINNEY & NEBEKER P.C.


/s/ Maria E. Windham
Justin T. Toth
Maria E. Windham
*Attorneys for Ryan Bowen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August 2023, I caused a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

/s/ Brandy Sears

1646078