Maria E. Windham (10761)
Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      *Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>      *Defendan*ts. | **ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN**<br><br>**[FILED UNDER SEAL]**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Defendant Ryan Bowen, through his undersigned counsel, submits this accounting of assets (the "Accounting") in compliance with the Court's order dated August 7, 2023 (the "Order") (*See* ECF 33, pp. 13-14). Mr. Bowen files this accounting under seal pursuant to the Stipulated Motion to File under Seal filed herewith.

## INTRODUCTION

In compliance with the Court's Order, Mr. Bowen provides the below Accounting of his assets. Specifically, Mr. Bowen is required to provide the following information:

> a detailed and complete schedule of all of their assets, including: all real and personal property exceeding $5,000 in value, and all bank, securities, and other accounts identified by institution, branch address and account number, and all digital assets, digital currencies, virtual currencies, digital tokens, cryptocurrencies, digital wallets, or other tangible, intangible, or digital funds or assets, wherever located. The accountings shall include a description of the sources of all such assets.

(*See* ECF 33, pp. 13-14).

The below Accounting represents Mr. Bowen's good-faith effort to identify all assets in compliance with the Court's Order, based on information currently available to him on the expedited timeline ordered by the Court. Mr. Bowen reserves the right to supplement this Accounting if and when additional information becomes available.

**ASSETS**

**Real Property:**



**Ownership in Business Entities:**



3

**Items of Personal Property Exceeding $5,000:**



**Financial Accounts:**



4

5

**Digital Assets:**



DATED this 14th day of August 2023.

                                        **RAY QUINNEY & NEBEKER P.C.**

                                        */s/ Justin T. Toth*
                                        Maria E. Windham
                                        Justin T. Toth

                                        *Attorneys for Defendant Ryan Bowen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2023, I electronically filed the foregoing **ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN (filed Under Seal)** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which sent notification of the same to the following:

Michael E. Welsh
Casey R. Frock
SECURITIES AND EXCHANGE COMMISION
351 South West Temple, Ste 6.100
Salt Lake City, UT  84101
welshmi@sec.gov
fronkc@sec.gov

*Attorneys for Plaintiff*

                                                            /s/ Susan Seder

1646198