Maria E. Windham (10761)
Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SECRURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff*, <br> v. <br><br> DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, <br><br> *Defendan*ts. | **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL AN ACCOUNTING OF DEFENDANT RYAN BOWEN'S ASSETS** <br><br> Case No. 2:23-cv-00482-RJS <br><br> Judge Robert J. Shelby |

Pursuant to DUCivR 5-3(b)(2) and Federal Rule of Civil Procedure 5.2, the Securities and Exchange Commission (the "Commission") and Defendant Ryan Bowen respectfully move the Court for leave for Mr. Bowen to file an accounting of his assets (the "Accounting") under seal.

On August 7, 2023, the Court ordered Mr. Bowen to prepare the Accounting and deliver it to counsel for the Commission by August 14. The Court also ordered Mr. Bowen to simultaneously file the Accounting with the Court. (*See* ECF 33, pp. 13-14).

The parties file this stipulated motion seeking leave for Mr. Bowen to file the Accounting under seal to protect his privacy.

For these reasons, the Commission and Mr. Bowen request that leave to file under seal be granted as set forth in the proposed order submitted concurrently herewith.

DATED this 14th day of August 2023.

**Securities and Exchange Commission**

*/s/ Michael E. Walsh*
Michael E. Welsh (e signed with permission)
Casey R. Fronk

*Attorneys for the SEC*

**Ray Quinney & Nebeker P.C.**

*/s/ Justin T. Toth*
Maria E. Windham
Justin T. Toth

*Attorneys for Defendant Ryan Bowen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2023, I electronically filed the foregoing **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL AN ACCOUNTING OF DEFENDANT RYAN BOWEN'S ASSETS** with the Clerk of Court using the CM/ECF system, which sent notification of the same to the following:

Michael E. Welsh
Casey R. Frock
SECURITIES AND EXCHANGE COMMISION
351 South West Temple, Ste 6.100
Salt Lake City, UT  84101
welshmi@sec.gov
fronkc@sec.gov

*Attorneys for Plaintiff*

/s/ Susan Seder

1626014-1