*Prepared by:*
Maria E. Windham (10761)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH - NORTHERN DIVISION**

| | |
|---|---|
| SECRURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>         *Defendan*t. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

The Court, having reviewed the Stipulated Motion for Leave to File Under Seal an Accounting of Defendant Ryan Bowen's Assets (the "Motion"), and for good cause appearing, hereby GRANTS the Motion and ORDERS that Mr. Bowen's accounting of his assets pursuant to the Court's August 7, 2023 Order (ECF. 33), is hereby SEALED.

IT IS SO ORDERED.

DATED this ____ day of August 2023.

BY THE COURT:

_____
Honorable Judge Robert J. Shelby
United States District Court for the District of Utah

1646085