Scott B. Gordon (#7723)
GORDON BUSINESS LAW, PLLC
170 South Main Street, Suite 1125
Salt Lake City, Utah 84101
Telephone: 801-651-6888
Email: Scott@GordonBusinessLaw.com

*Attorney for Respondent:*

UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| Securities and Exchange Commission<br><br>        Plaintiff<br>   vs.<br><br>Ryan Bowen<br><br>        Defendant, | Civil Action No. 2:23-cv-00482<br><br>**WITHDRAWAL OF COUNSEL** |

    PLEASE TAKE NOTICE, Scott Gordon of GORDON BUSINESS LAW, PLLC, hereby enters withdrawal of counsel pursuant to DUCivR 83-1.4 on behalf of the Respondent, Ryan Bowen, in the above-captioned matter. All pleadings and documents should be directed to new counsel:

> Justin Toth
> Ray Quinney & Nebeker P.C.
> 36 South State Street, Suite 1400
> Salt Lake City, Utah 84111

    DATED: August 15, 2023

> GORDON BUSINESS LAW, PLLC
> */s/ Scott Gordon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2023, I personally filed with the Court the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Jennifer C. Thompson
*Employee of Gordon Business Law, PLLC*