Brent Baker, USB #5247
Brennan J. Curtis,  #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801-536-6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Brendan J. Stangis*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS,  an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

4883-2997-6184.v1

2

PLEASE TAKE NOTICE that Brent R. Baker of Parsons Behle & Latimer hereby enters his appearance as counsel of record on behalf of Defendant Brendan J. Stangis in the above-referenced matter, and requests that he be copied of all future pleadings filed and notices sent in this matter as follows:

> Brent R. Baker
> PARSONS BEHLE & LATIMER
> 201 South Main Street, Suite 1800
> Salt Lake City, Utah 84111
> Telephone: 801-536-1234
> Facsimile: 801-536-6111
> bbaker@parsonsbehle.com
> ECF@parsonsbehle.com

DATED August 15, 2023.

/s/ *Brent R. Baker*
Brent R. Baker
PARSONS BEHLE & LATIMER

Attorneys for Brendan J. Stangis

4883-2997-6184.v1

**CERTIFICATE OF SERVICE**

On this 15th day of August 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Brent R. Baker