Brent Baker, USB #5247
Brennan J. Curtis, #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801-536-6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Brendan J. Stangis*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>Defendants. | **ACCOUNTING OF ASSETS FOR DEFENDANT BRENDAN J. STANGIS**<br><br>**[FILED UNDER SEAL]**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

Defendant Brendan J. Stangis, through his undersigned counsel, submits this accounting of assets (the "Accounting") (attached as Exhibit 1) in compliance with the Court's order dated August 7, 2023 (the "Order") (See ECF 33, pp. 13-14).  Mr. Stangis files this accounting under seal pursuant to the Stipulated to File under Seal filed herewith.

## INTRODUCTION

In Compliance with the Court's Order, Mr. Stangis provides the attached Accounting of his assets.  Specifically, Mr. Stangis is required to provide the following information:

> a detailed and complete schedule of all of their assets, including: all real and personal property exceeding $5,000 in value, and all bank, securities, and other accounts identified by institution, branch address and account number, and all digital assets, digital currencies, virtual currencies, digital tokens, cryptocurrencies, digital wallets, or other tangible, intangible, or digital funds or assets, wherever located.  The accounts shall include a description of the sources of all such assets.

(See ECF 33, pp. 13-14).

The attached Accounting represents Mr. Stangis' good-faith effort to identify all assets in compliance with the Court's Order, based on information currently available to him on the expedited timeline order by the Court.  Mr. Stangis reserves the right to supplement this Accounting if and when additional information becomes available.

DATED August 15, 2023.

        /s/ *Brent R. Baker*
        Brent R. Baker
        Brennan J. Curtis
        PARSONS BEHLE & LATIMER

        Attorneys for Brendan J. Stangis

## CERTIFICATE OF SERVICE

On this 15th day of August 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Brent R. Baker