Brent Baker, #5247
Brennan J. Curtis, #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801-536-6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Brendan J. Stangis*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>Defendants. | **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL AN ACCOUNTING OF DEFENDANT BRENDAN J. STANGIS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

2

Pursuant to DUCivR 5-3(b)(2) and Federal Rule of Civil Procedure 5.2, the Securities and Exchange Commission (the "Commission") and Defendant Brendan Stangis respectfully move the Court for leave for Mr. Stangis to file an accounting of his assets (the "Accounting") under seal.

On August 7, 2023, the Court ordered Mr. Stangis to prepare the Accounting and deliver it to counsel for the Commission by August 14.  The Court also ordered Mr. Stangis to simultaneously file the Accounting with the Court.  (See ECF 33, pp. 13-14).

The parties file this Stipulated motion seeking leave for Mr. Stangis to file the Accounting under seal to protect his privacy.

For these reasons, the Commission and Mr. Stangis request that leave to file under seal be granted as set forth in the proposed order submitted concurrently herewith.

DATED August 15, 2023.

        **SECURITIES AND EXCHANGE COMMISSION**

/s/ *Casey R. Fronk*
Casey R. Fronk (e signed with permission)
Michael E. Welsh
*Attorneys for the SEC*


/s/ *Brent R. Baker*
Brent R. Baker
Brennan J. Curtis
**PARSONS BEHLE & LATIMER**

Attorneys for Brendan J. Stangis

3

## CERTIFICATE OF SERVICE

On this 15th day of August 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Brent R. Baker