Brent Baker, #5247
Brennan J. Curtis, #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801-536-6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Brendan J. Stangis*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. | **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL AN ACCOUNTING OF DEFENDANT BRENDAN J. STANGIS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

4865-1508-8504.v1

| | |
|---|---|
| FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, <br><br>Defendants. | |

The Court, having reviewed the Stipulated Motion for Leave to File Under Seal an Accounting of Defendant Brendan J. Stangis' assets (the "Motion"), and for good cause appearing, hereby GRANTS the Motion and Orders that Mr. Stangis' accounting of his assets pursuant to the Court's August 7, 2023 Order (EDF. 33), is hereby SEALED.

DATED August ___, 2023.

**BY THE COURT:**

_____
Honorable Judge Robert J. Shelby
US District Court, District of Utah

2

4865-1508-8504.v1