Maria E. Windham (10761)
Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH - NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>*Defendan*ts. | **NOTICE OF AMENDED ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN**<br><br>**[FILED UNDER SEAL]**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Defendant Ryan Bowen, through his undersigned counsel, respectively submits this Notice of Amended Accounting of Assets for Defendant Ryan Bowen (the "Amended Accounting"). The Amended Accounting is attached to this motion as Exhibit A. Pursuant to the Court's order dated August 15, 2023 (*See* ECF 61), the Amended Accounting is filed under seal.

DATED this 15th day of August 2023.

            **RAY QUINNEY & NEBEKER P.C.**

            */s/ Justin T. Toth*
            Maria E. Windham
            Justin T. Toth

            *Attorneys for Defendant Ryan Bowen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2023, I electronically filed the foregoing **NOTICE OF AMENDED ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN [FILED UNDER SEAL]** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which sent notification of the same to the following:

Michael E. Welsh
Casey R. Frock
SECURITIES AND EXCHANGE COMMISION
351 South West Temple, Ste 6.100
Salt Lake City, UT 84101
welshmi@sec.gov
fronkc@sec.gov

*Attorneys for Plaintiff*

*/s/ Susan Seder*

1646198

# EXHIBIT "A"

Maria E. Windham (10761)
Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH - NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>*Defendants*. | **AMENDED ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN**<br><br>**[FILED UNDER SEAL]**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Defendant Ryan Bowen, through his undersigned counsel, submits this amended accounting of assets (the "Amended Accounting") in compliance with the Court's order dated August 7, 2023 (the "Order") (*See* ECF 33, pp. 13-14). Mr. Bowen files this accounting under seal pursuant to the Court's order dated August 15, 2023 (*See* ECF 61).

**INTRODUCTION**

In compliance with the Court's Order, Mr. Bowen provides the below Amended Accounting of his assets. Specifically, Mr. Bowen is required to provide the following information:

> a detailed and complete schedule of all of their assets, including: all real and personal property exceeding $5,000 in value, and all bank, securities, and other accounts identified by institution, branch address and account number, and all digital assets, digital currencies, virtual currencies, digital tokens, cryptocurrencies, digital wallets, or other tangible, intangible, or digital funds or assets, wherever located. The accountings shall include a description of the sources of all such assets.

(*See* ECF 33, pp. 13-14).

The below Amended Accounting represents Mr. Bowen's good-faith effort to identify all assets in compliance with the Court's Order, based on information currently available to him on the expedited timeline ordered by the Court. Mr. Bowen reserves the right to supplement this Amended Accounting if and when additional information becomes available.

**ASSETS**

**Ownership in Business Entities:**



**Real Property:**

**Items of Personal Property Exceeding $5,000:**

**Financial Accounts:**

**Digital Assets:**

DATED this 15th day of August 2023.

**RAY QUINNEY & NEBEKER P.C.**

*/s/ Justin T. Toth*
Maria E. Windham
Justin T. Toth

*Attorneys for Defendant Ryan Bowen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2023, I electronically filed the foregoing **AMENDED ACCOUNTING OF ASSETS FOR DEFENDANT RYAN BOWEN (FILED UNDER SEAL)** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which sent notification of the same to the following:

Michael E. Welsh
Casey R. Frock
SECURITIES AND EXCHANGE COMMISION
351 South West Temple, Ste 6.100
Salt Lake City, UT 84101
welshmi@sec.gov
fronkc@sec.gov

*Attorneys for Plaintiff*

*/s/ Susan Seder*

1646198