Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (*pro hac vice application forthcoming*)
David E. Ross (*pro hac vice application forthcoming*)
Alexander R. Yarm (*pro hac vice application forthcoming*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

# IN THE UNITED STATES DISTRICT COURT
# THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; <br> JASON R. ANDERSON, an individual; <br> JACOB S. ANDERSON, an individual; <br> SCHAD E. BRANNON, an individual; <br> ROYDON B. NELSON, an individual; <br> JAMES E. FRANKLIN, an individual; | **NOTICE OF APPEARANCE OF COUNSEL** <br> **(Taylor J. Smith)** <br><br> Case No. 2:23-cv-00482-RJS <br><br> Judge Robert J. Shelby |

WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation;
RYAN BOWEN, an individual;
IX GLOBAL, LLC, a Utah limited liability company;
JOSEPH A. MARTINEZ, an individual;
BENJAMIN F. DANIELS, an individual;
MARK W. SCHULER, an individual;
B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company;
TRAVIS A. FLAHERTY, an individual;
ALTON O. PARKER, an individual;
BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company;
BRENDAN J. STANGIS, an individual; and
MATTHEW D. FRITZSCHE, an individual,

  Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company;
BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company;
BLOX LENDING, LLC, a Utah limited liability company;
CALMFRITZ HOLDINGS, LLC, a Utah limited liability company;
CALMES & CO, INC., a Utah corporation;
FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company;
IX VENTURES FZCO, a United Arab Emirates company;
PURDY OIL, LLC, a Nebraska limited liability company;
THE GOLD COLLECTIVE LLC, a Utah limited liability company; and
UIU HOLDINGS, LLC, a Delaware limited liability company,

  Relief Defendants.

Please take notice that Taylor J. Smith of the law firm Kunzler Bean & Adamson, PC hereby enters his appearance as counsel for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC.  The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided above.

DATED this 16th day of August, 2023.

**KUNZLER BEAN & ADAMSON, PC**

<u>/s/ Taylor J. Smith</u>
Matthew R. Lewis
Taylor J. Smith

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of August, 2023, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL (Taylor J. Smith)** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on the following:

    Michael E. Welsh (*pro hac vice* pending)
    Casey R. Fronk (*pro hac vice* pending)
    **SECURITIES AND EXCHANGE COMMISSION**
    351 South West Temple, Suite 6.100
    Salt Lake City, UT 84101
    Telephone: (801) 524-5796
    welshmi@sec.gov
    fronkc@sec.gov

    *Attorneys for Plaintiff Securities and Exchange Commission*


    Jose A. Abarca
    Romaine C. Marshall
    **POLSINELLI PC**
    2825 E. Cottonwood Parkway, Suite 500
    Salt Lake City, Utah 84121
    Telephone: (801) 999-3500
    jabarca@polsinelli.com
    rmarshall@polsinelli.com

    *Attorneys for Defendants IX Global, LLC, Joseph A. Martinez, Travis A. Flaherty, and Relief Defendant Flaherty Enterprises, LLC*


    Andrew William Balthazor (admitted *pro hac vice*)
    **HOLLAND & KNIGHT LLP**
    701 Brickell Avenue, Suite 3300
    Miami, Florida 33131
    Telephone: (305) 374-8500
    Email: andrew.balthazor@hklaw.com

Jessica B. Magee (admitted *pro hac vice*)
Scott Mascianica (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1050
Dallas, Texas 75201
Telephone: (214) 969-1700
Jessica.Magee@hklaw.com
Scott.Mascianica@hklaw.com

Eric K. Schnibbe
Jason A. McNeill
McNeill Von Maack
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 823-6464
schnibbe@mvmlegal.com
mcneill@mvmlegal.com

*Attorneys for Receiver Josias N. Dewey*

                */s/ Michelle Hansen*
                Michelle Hansen