# EXHIBIT A

## to Motion for *Pro Hac Vice* Admission of Alexander R. Yarm



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Matthew R. Lewis (7919) |
| Firm: | Kunzler Bean & Adamson, PC |
| Address: | 50 W. Broadway, 10th Floor, Salt Lake City, Utah 84101 |
| Telephone: | (801) 994-4646 |
| Email: | mlewis@kba.law |

| | |
|---|---|
| Pro Hac Vice Applicant: | Alexander R. Yarm |
| Firm: | Morrison Cohen LLP |
| Address: | 909 Third Avenue, 27th Floor, New York, New York 10022 |
| Telephone: | (212) 735-8600 |
| Email: | ayarm@morrisoncohen.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 5467576 | 09/12/2016 |
| U.S. District Court – Southern District of New York | AY3461 | 11/09/2017 |
| U.S. District Court – Eastern District of New York | AY6802 | 12/08/2017 |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to e-file to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ *Alexander R. Yarm*  
Signature

8/16/2023  
Date