# IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation;<br>JASON R. ANDERSON, an individual;<br>JACOB S. ANDERSON, an individual;<br>SCHAD E. BRANNON, an individual;<br>ROYDON B. NELSON, an individual;<br>JAMES E. FRANKLIN, an individual;<br>WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation;<br>RYAN BOWEN, an individual;<br>IX GLOBAL, LLC, a Utah limited liability company;<br>JOSEPH A. MARTINEZ, an individual;<br>BENJAMIN F. DANIELS, an individual;<br>MARK W. SCHULER, an individual;<br>B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company;<br>TRAVIS A. FLAHERTY, an individual;<br>ALTON O. PARKER, an individual;<br>BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company;<br>BRENDAN J. STANGIS, an individual; and<br>MATTHEW D. FRITZSCHE, an individual,<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company;<br>BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; | **ORDER GRANTING *PRO HAC VICE* ADMISSION OF ALEXANDER R. YARM**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

| |
|---|
| BLOX LENDING, LLC, a Utah limited liability company; <br> CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; <br> CALMES & CO, INC., a Utah corporation; <br> FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; <br> IX VENTURES FZCO, a United Arab Emirates company; <br> PURDY OIL, LLC, a Nebraska limited liability company; <br> THE GOLD COLLECTIVE LLC, a Utah limited liability company; and <br> UIU HOLDINGS, LLC, a Delaware limited liability company, <br><br>     Relief Defendants. |

Before the Court is Matthew R. Lewis' Motion for *Pro Hac Vice* Admission of Alexander R. Yarm. Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ___ day of August, 2023.

BY THE COURT:

_____
Judge Robert J. Shelby