Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (*pro hac vice application pending*)
David E. Ross (*pro hac vice application pending*)
Alexander R. Yarm (*pro hac vice application pending*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

### IN THE UNITED STATES DISTRICT COURT
### THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation;<br>JASON R. ANDERSON, an individual;<br>JACOB S. ANDERSON, an individual;<br>SCHAD E. BRANNON, an individual;<br>ROYDON B. NELSON, an individual;<br>JAMES E. FRANKLIN, an individual; | **MOTION FOR *PRO HAC VICE* ADMISSION OF JASON P. GOTTLIEB**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

WESTERN OIL EXPLORATION
COMPANY, INC., a Nevada corporation;
RYAN BOWEN, an individual;
IX GLOBAL, LLC, a Utah limited liability
company;
JOSEPH A. MARTINEZ, an individual;
BENJAMIN F. DANIELS, an individual;
MARK W. SCHULER, an individual;
B & B INVESTMENT GROUP, LLC (d/b/a
"CORE 1 CRYPTO"), a Utah limited
liability company;
TRAVIS A. FLAHERTY, an individual;
ALTON O. PARKER, an individual;
BW HOLDINGS, LLC (d/b/a the "FAIR
PROJECT"), a Utah limited liability
company;
BRENDAN J. STANGIS, an individual; and
MATTHEW D. FRITZSCHE, an individual,

      Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability company;
BUSINESS FUNDING SOLUTIONS, LLC,
a Utah limited liability company;
BLOX LENDING, LLC, a Utah limited
liability company;
CALMFRITZ HOLDINGS, LLC, a Utah
limited liability company;
CALMES & CO, INC., a Utah corporation;
FLAHERTY ENTERPRISES, LLC, an
Arizona limited liability company;
IX VENTURES FZCO, a United Arab
Emirates company;
PURDY OIL, LLC, a Nebraska limited
liability company;
THE GOLD COLLECTIVE LLC, a Utah
limited liability company; and
UIU HOLDINGS, LLC, a Delaware limited
liability company,

      Relief Defendants.

I, Matthew R. Lewis, of the law firm Kunzler Bean & Adamson, PC, hereby move for the *pro hac vice* admission of Jason P. Gottlieb ("Applicant") as counsel for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson (collectively, the "Defendants"), as well as Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC (collectively, the "Relief Defendants") in the above-referenced matter, and I consent to serve as local counsel. The Application is attached hereto as Exhibit A; the proposed Order has been submitted herewith; and the admission fee will be paid to the Court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted to *pro hac vice* in any case in this district in the previous 5 years.

DATED this 16th day of August, 2023.

**KUNZLER BEAN & ADAMSON, PC**

/s/ Matthew R. Lewis
Matthew R. Lewis
Taylor J. Smith

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of August, 2023, I caused a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF JASON P. GOTTLIEB** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on the following:

> Michael E. Welsh (*pro hac vice* pending)
> Casey R. Fronk (*pro hac vice* pending)
> **SECURITIES AND EXCHANGE COMMISSION**
> 351 South West Temple, Suite 6.100
> Salt Lake City, UT 84101
> Telephone: (801) 524-5796
> welshmi@sec.gov
> fronkc@sec.gov
>
> *Attorneys for Plaintiff Securities and Exchange Commission*
>
>
> Jose A. Abarca
> Romaine C. Marshall
> **POLSINELLI PC**
> 2825 E. Cottonwood Parkway, Suite 500
> Salt Lake City, Utah 84121
> Telephone: (801) 999-3500
> jabarca@polsinelli.com
> rmarshall@polsinelli.com
>
> *Attorneys for Defendants IX Global, LLC, Joseph A. Martinez, Travis A. Flaherty, and Relief Defendant Flaherty Enterprises, LLC*
>
>
> Andrew William Balthazor (admitted *pro hac vice*)
> **HOLLAND & KNIGHT LLP**
> 701 Brickell Avenue, Suite 3300
> Miami, Florida 33131
> Telephone: (305) 374-8500
> Email: andrew.balthazor@hklaw.com

Jessica B. Magee (admitted *pro hac vice*)
Scott Mascianica (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1050
Dallas, Texas 75201
Telephone: (214) 969-1700
Jessica.Magee@hklaw.com
Scott.Mascianica@hklaw.com

Eric K. Schnibbe
Jason A. McNeill
McNeill Von Maack
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 823-6464
schnibbe@mvmlegal.com
mcneill@mvmlegal.com

*Attorneys for Receiver Josias N. Dewey*

                                      */s/ Michelle Hansen*
                                      Michelle Hansen