Romaine C. Marshall (9654)
Jose A. Abarca (12762)
POLSINELLI PC
2825 East Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 999-3504
Telephone: (801) 999-3503
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Defendants iX Global LLC,
Joseph A. Martinez, and Travis Flaherty*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,, | **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL ASSET ACCOUNTINGS FOR DEFENDANTS IX GLOBAL LLC, JOSEPH A. MARTINEZ, AND TRAVIS FLAHERTY**<br><br>Case No.: 2:23-cv-00482<br><br>The Honorable Robert J. Shelby |

| | |
|---|---|
| Defendant.<br>ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Relief Defendants. | |

The Court, having reviewed the Stipulated Motion for Leave to File Under Seal Asset Accountings of Defendant iX Global LLC, Joseph A. Martinez, Travis Flaherty ("Defendants") (the "Motion"), and for good cause appearing, hereby GRANTS the Motion and Orders that Defendants' asset accountings are hereby SEALED.

Dated: August ____, 2023

BY THE COURT:

_____
Chief Judge Robert J. Shelby
U.S. District Court, District of Utah

2

90908846.1