Jose A. Abarca (12762)
Romaine C. Marshall (09654)
Jonathan E. Schmalfeld (*pro hac vice* forthcoming)
POLSINELLI PC
2825 E Cottonwood Pkwy, Suite 500
Salt Lake City, UT  84121
Telephone: (801) 999-3504
jabarca@polsinelli.com
rmarshall@polsinelli.com
jschmalfeld@polsinelli.com

*Attorneys for Defendants iX Global LLC,*
*Travis A. Flaherty, Joseph Martinez, and*
*Relief Defendant Flaherty Enterprises LLC*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>       Defendant.<br><br>ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>       Relief Defendants. | |

I move for the pro hac vice admission of Jonathan E. Schmalfeld ("Applicant") as counsel for Defendants iX Global LLC, Joseph Martinez, Travis A. Flaherty, and Relief Defendant Flaherty Enterprises LLC, and I consent to serve as local counsel. I am an active member of this Court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

2

DATED this 22nd day of August, 2023.

**POLSINELLI PC**

*/s/ Romaine C. Marshall*
Romaine C. Marshall

*Attorneys for Defendants iX Global LLC, Travis A. Flaherty, Joseph Martinez, and Relief Defendant Flaherty Enterprises LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, I caused a true and correct copy of **MOTION FOR PRO HAC VICE ADMISSION**, to be served via CM/ECF.

/s/ *Kaitlin Morgan*