

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Romaine C. Marshall |
| Firm: | Polsinelli PC |
| Address: | 2825 E Cottonwood Pkwy, Suite 500 |
| | Salt Lake City, UT 84121 |
| Telephone: | 801-999-3503 |
| Email: | Rmarshall@polsinelli.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Jonathan E. Schmalfeld |
| Firm: | Polsinelli PC |
| Address: | 100 S 4th St. 100 |
| | St. Louis, MO 63102 |
| Telephone: | 314-622-6621 |
| Email: | jschmalfeld@polsinelli.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Missouri | 68374 | 9/16/2015 |
| Illinois | 6324614 | 11/10/2016 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary    ☐ Yes    ☒ No

1

action by any bar or court to which you have been admitted?

If yes, please explain:

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |

| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____     \_\_\_\_\_8/9/2023_____
Signature                                                                              Date