Brent Baker, #5247
Brennan J. Curtis, #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Defendant Brendan J. Stangis*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT BRENDAN J. STANGIS TO RESPOND TO THE COMPLAINT** |
| Plaintiff, | |
| vs. | |
| DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, | Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and move the Court pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a)(2)(A) to extend the time for Defendant Brendan J. Stangis to respond to Plaintiff Securities and Exchange Commission's Complaint [Dkt. No. 1] from Wednesday, August 23, 2023, to Friday, September 22, 2023 (a 30-day extension).  A proposed Order has been submitted herewith.

Dated this 22nd day of August, 2023.

PARSONS BEHLE & LATIMER

/s/ *Brent R. Baker*
Brent R. Baker
*Attorneys for Defendant Brendan J. Stangis*

SECURITIES AND EXCHANGE COMMISSION

/s/ *Michael E. Welsh*
Michael E. Welsh
Casey R. Fronk
*(electronically signed with permission)*
*Attorneys for Plaintiff Securities and Exchange Commission*

4859-0248-3322.v1

**CERTIFICATE OF SERVICE**

On this 22nd day of August 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Brent R. Baker

4859-0248-3322.v1