*Prepared by:*
Brent Baker, #5247
Brennan J. Curtis, #16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Defendant Brendan J. Stangis*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING:**<br><br>**STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT BRENDAN J. STANGIS TO RESPOND TO THE COMPLAINT**<br><br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

1

4878-1606-8986.v1

Pursuant to the Stipulated Motion to Extend the Time for Defendant Brendan J. Stangis to Respond to the Complaint, it is HEREBY ORDERED that Defendant Brendan J. Stangis is granted an extension to respond to the Complaint by Friday, September 22, 2023.

DATED this \_\_\_\_\_ day of August 2023.

BY THE COURT:

_____
The Honorable Robert J. Shelby
United States Judge

Approved as to form:

**SECURITIES AND EXCHANGE COMMISSION**

/s/ *Michael E. Welsh*
Michael E. Welsh
Casey R. Fronk
*(electronically signed with permission)*
*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

On this 22nd day of August 2023, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ Brent R. Baker

4878-1606-8986.v1