# EXHIBIT A

## to Accounting of Assets for Jacob S. Anderson (Redacted)

## Asset List Jacob Anderson

**Real Property:**



**Ownership in Business Entities:**



Page | 1

DLISECRev_0000652

**Items of Personal Property Exceeding $5,000:**



**Financial Accounts:**



DLISECRev_0000652

**Digital Assets:**



Page | 3

DLISECRev_0000652