Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

**IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation;<br>JASON R. ANDERSON, an individual;<br>JACOB S. ANDERSON, an individual;<br>SCHAD E. BRANNON, an individual;<br>ROYDON B. NELSON, an individual;<br>JAMES E. FRANKLIN, an individual; | **ACCOUNTING OF ASSETS FOR JASON R. ANDERSON**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation;
RYAN BOWEN, an individual;
IX GLOBAL, LLC, a Utah limited liability company;
JOSEPH A. MARTINEZ, an individual;
BENJAMIN F. DANIELS, an individual;
MARK W. SCHULER, an individual;
B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company;
TRAVIS A. FLAHERTY, an individual;
ALTON O. PARKER, an individual;
BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company;
BRENDAN J. STANGIS, an individual; and
MATTHEW D. FRITZSCHE, an individual,

    Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company;
BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company;
BLOX LENDING, LLC, a Utah limited liability company;
CALMFRITZ HOLDINGS, LLC, a Utah limited liability company;
CALMES & CO, INC., a Utah corporation;
FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company;
IX VENTURES FZCO, a United Arab Emirates company;
PURDY OIL, LLC, a Nebraska limited liability company;
THE GOLD COLLECTIVE LLC, a Utah limited liability company; and
UIU HOLDINGS, LLC, a Delaware limited liability company,

    Relief Defendants.

Defendant Jason R. Anderson, through undersigned counsel, submits this redacted accounting of assets (the "Accounting") (attached as Exhibit A) in compliance with the Court's order dated August 7, 2023 (the "Order") (*See* ECF 33, pp. 13-14). An unredacted version of the Accounting will be filed under seal pursuant to the Stipulated Motion for Leave to File the Accountings Under Seal filed herewith. The attached redacted Accounting represents Jason R. Anderson's good-faith effort to identify all assets in compliance with the Court's Order, based on information currently available to him on the expedited timeline ordered by the Court. Jason R. Anderson reserves the right to supplement this Accounting if and when additional information becomes available.

DATED this 22nd day of August, 2023.

        **KUNZLER BEAN & ADAMSON, PC**

        */s/ Matthew R. Lewis*
        Matthew R. Lewis
        Taylor J. Smith

        **MORRISON COHEN LLP**
        Jason P. Gottlieb (admitted *pro hac vice*)
        David E. Ross (admitted *pro hac vice*)
        Alexander R. Yarm (admitted *pro hac vice*)

        *Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 22nd day of August, 2023, I caused a true and correct copy of the foregoing **ACCOUNTING OF ASSETS FOR JASON R. ANDERSON** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on the following:

    Michael E. Welsh (*pro hac vice* pending)
    Casey R. Fronk (*pro hac vice* pending)
    **SECURITIES AND EXCHANGE COMMISSION**
    351 South West Temple, Suite 6.100
    Salt Lake City, UT 84101
    Telephone: (801) 524-5796
    welshmi@sec.gov
    fronkc@sec.gov

    *Attorneys for Plaintiff Securities and Exchange Commission*


    Jose A. Abarca
    Romaine C. Marshall
    **POLSINELLI PC**
    2825 E. Cottonwood Parkway, Suite 500
    Salt Lake City, Utah 84121
    Telephone: (801) 999-3500
    jabarca@polsinelli.com
    rmarshall@polsinelli.com

    Jonathan E. Schmalfeld (admitted *pro hac vice*)
    **POLSINELLI PC**
    100 South 4th Street, Suite 100
    St. Louis, Missouri 63102
    Telephone: (314) 622-6621
    jschmalfeld@polsinelli.com

    *Attorneys for Defendants IX Global, LLC, Joseph A. Martinez, Travis A. Flaherty, and Relief Defendant Flaherty Enterprises, LLC*

Justin T. Toth
Maria E. Windham
**RAY QUINNEY & NEBEKER PC**
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: jtoth@rqn.com
Email: mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*


Brent R. Baker
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Email: bbaker@parsonsbehle.com

*Counsel for Defendant Brendan J Stangis*


Andrew William Balthazor (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Email: andrew.balthazor@hklaw.com

Jessica B. Magee (admitted *pro hac vice*)
Scott Mascianica (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1050
Dallas, Texas 75201
Telephone: (214) 969-1700
Jessica.Magee@hklaw.com
Scott.Mascianica@hklaw.com

Eric K. Schnibbe
Jason A. McNeill
**MCNEILL VON MAACK**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: (801) 823-6464
schnibbe@mvmlegal.com
mcneill@mvmlegal.com

*Attorneys for Receiver Josias N. Dewey*

                                                        */s/ Kiersten Slade*
                                                       Kiersten Slade