# EXHIBIT A

## to Accounting of Assets for Jason R. Anderson (Redacted)

# Asset List Jason Anderson

**Real Property:**

**Ownership in Business Entities:**

**Items of Personal Property Exceeding $5,000:**

Page | 1

DLISECRev_0000653



**Financial Accounts:**



**Digital Assets:**



Page | 2



Page | 3

DLISECRev_0000653