# EXHIBIT A

## to Accounting of Assets for Schad E. Brannon (Redacted)

# Schad E. Brannon

Compiled Statement of Net Worth

(Prepared Without Audit or Review)

August 15, 2023

# Schad E. Brannon

Compiled Statement of Net Worth
(Prepared Without Audit or Review)
August 15, 2023

## Assets

**Cash or Cash Equivalent** ▮

**Marketable Securities and Investment Holdings:** ▮

**Closely Held Businesses:** ▮

**Other Assets** ▮

**Total Assets** ▮

## Liabilities and Net Worth

**Liabilities:** ▮

**Net Worth** ▮

See accountants' compilation report.

2