# EXHIBIT A

## to Accounting of Assets for Roydon B. Nelson (Redacted)

# Roydon B. Nelson

Compiled Statement of Net Worth

(Prepared Without Audit or Review)

August 15, 2023

# Roydon B. Nelson
Compiled Statement of Net Worth
(Prepared Without Audit or Review)
August 15, 2023

## Assets

**Cash or Cash Equivalent**

████████ ████████

**Marketable Securities and Investment Holdings:**

████████ ████████

**Closely Held Businesses:**

████████ ████████

**Real Estate:**

████████ ████████

**Other Assets**

████████ ████████

**Total Assets**

## Liabilities and Net Worth

**Liabilities:**

████████ ████████

**Net Worth**

████████ ████████

See accountants' compilation report.

2

# Roydon B. Nelson
Supplemental Schedule to Net Worth Statement
(Prepared Without Audit or Review)
August 15, 2023

**Checking and Savings**



See accountants' compilation report.

3

**▇ ASSETS HELD BY ROYDON NELSON ▇**

