**IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation;<br>JASON R. ANDERSON, an individual;<br>JACOB S. ANDERSON, an individual;<br>SCHAD E. BRANNON, an individual;<br>ROYDON B. NELSON, an individual;<br>JAMES E. FRANKLIN, an individual;<br>WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation;<br>RYAN BOWEN, an individual;<br>IX GLOBAL, LLC, a Utah limited liability company;<br>JOSEPH A. MARTINEZ, an individual;<br>BENJAMIN F. DANIELS, an individual;<br>MARK W. SCHULER, an individual;<br>B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company;<br>TRAVIS A. FLAHERTY, an individual;<br>ALTON O. PARKER, an individual;<br>BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company;<br>BRENDAN J. STANGIS, an individual; and<br>MATTHEW D. FRITZSCHE, an individual,<br><br>Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; | **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE THE ACCOUNTINGS OF JASON ANDERSON, JACOB ANDERSON, SCHAD BRANNON, AND ROYDON NELSON UNDER SEAL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

| |
|---|
| BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, <br><br>    Relief Defendants. |

Before the Court is the Defendants Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson's Stipulated Motion for Leave to File the Accountings of Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson Under Seal (the "Motion"). Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the documents shall remain under seal until the close of the case or until a motion is made to unseal the documents.

IT IS SO ORDERED.

DATED this ___ day of _____, 2023.

BY THE COURT:

_____
Chief Judge Robert J. Shelby