Prepared by:
Maria E. Windham (10761)
Justin T. Toth (8438)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SECRURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    *Defendan*ts. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT RYAN BOWEN TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Pursuant to the Stipulated Motion to Extend the Time for Defendant Ryan Bowen to Respond to the Complaint, and for good cause appearing, it is HEREBY ORDERED that Defendant Ryan Bowen is granted an extension to respond to the Complaint until Wednesday, August 30, 2023.

DATED this _____ day of August 2023.

_____
The Honorable Robert J. Shelby

Approved as to form:

**Securities and Exchange Commission**

*/s/ Michael E. Welsh*_____
Michael E. Welsh
*Signed with permission via email on 8/23/23*
Casey R. Fronk
*Attorneys for the SEC*