Ryan B. Hancey (9101)
Adam L. Grundvig (12106)
Chase G. Peterson (18508)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
agrundvig@keslerrust.com
cpeterson@keslerrust.com
*Attorneys for Matthew Fritzsche*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN B OWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON 0. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>          Defendants, | **STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT MATTHEW FRITZSCHE TO RESPOND TO THE COMPLAINT**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Relief Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and move the Court pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a)(2)(A) to extend the time for defendant Matthew Fritzsche to respond to plaintiff Securities and Exchange Commission's Complaint [Dkt. No. 1] from Wednesday, August 23, 2023, to Friday, September 15, 2023. A proposed Order has been submitted herewith.

Dated this 24th day of August 2023.

                                                    SECURITIES AND EXCHANGE
                                                    COMMISSION

                                                    /s/ Casey R. Fronk
                                                    (by Adam Grundvig with emailed permission)
                                                    _____

                                                    Michael E. Welsh
                                                    Casey R. Fronk
                                                    *Attorneys for plaintiff*

Dated this 24th day of August 2023.

        KESLER & RUST

        /s/ Adam L. Grundvig
        _____
        Adam L. Grundvig
        *Attorneys for Matthew Fritzsche*

4

## CERTIFICATE OF SERVICE

I certify that I caused to be delivered through CM/ECF filing a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT MATTHEW FRITZSCHE TO RESPOND TO THE COMPLAINT** on August 24, 2023 to:

Michael E. Welsh
Casey R. Fronk
welshmi@sec.gov
fronkc@sec.gov
*Attorneys for Securities and Exchange Commission*

/s/ Adam L. Grundvig