Ryan B. Hancey (9101)
Adam L. Grundvig (12106)
Chase G. Peterson (18508)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
agrundvig@keslerrust.com
cpeterson@keslerrust.com
*Attorneys for Matthew Fritzsche*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN B OWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON 0. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>             Defendants, | **ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT MATTHEW FRITZSCHE TO RESPOND TO THE COMPLAINT**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>          Relief Defendants. | |

Pursuant to the Stipulated Motion to Extend the Time for defendant Matthew Fritzsche to Respond to the Complaint, it is HEREBY ORDERED that defendant Matthew Fritzsche is granted an extension to respond to the Complaint by Friday, September 15, 2023.

                                    BY THE COURT:

                                    _____
                                    The Honorable Robert J. Shelby
                                    United States Judge

Approved as to form:

SECURITIES AND EXCHANGE
COMMISSION

/s/ Casey R. Fronk
(by Adam Grundvig with emailed permission)
_____
Michael E. Welsh
Casey R. Fronk
*Attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I certify that I caused to be delivered through CM/ECF filing a true and correct copy of the foregoing **ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT MATTHEW FRITZSCHE TO RESPOND TO THE COMPLAINT** on August 24, 2023 to:

Michael E. Welsh
Casey R. Fronk
welshmi@sec.gov
fronkc@sec.gov
*Attorneys for Securities and Exchange Commission*

/s/ Adam L. Grundvig