Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>        Defendants, | Case No.: 2:23-cv-00482-RJS<br><br>**STIPULATED MOTION FOR TEMPORARY ORDER REGARDING DEFENDANT RYAN BOWEN'S LIVING EXPENSES**<br><br>Chief Judge Robert J. Shelby |

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

Relief Defendants.

Plaintiff Securities and Exchange Commission ("Commission") and Defendant Ryan Bowen have agreed and stipulated, and hereby move the Court, for a proposed order providing for certain living and business expenses for Defendant Bowen during the pendency of the Temporary Restraining Order. A proposed stipulated Order is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: August 25, 2023 | **U.S. SECURITIES AND EXCHANGE COMMISSION**<br><br>/s/ *Michael E. Welsh*<br>MICHAEL E. WELSH<br>CASEY R. FRONK<br>*Attorneys for Petitioner U.S. Securities and Exchange Commission* |

Dated: August 25, 2023 **MARIA WINDHAM**

/s/__*Maria Windham*_
(by Casey Fronk with emailed permission)_____
RAY QUINNEY & NEBEKER P.C.
*Attorney for Defendant Ryan Bowen*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2023, I caused the foregoing **Stipulated Motion for Temporary Order Regarding Defendant Ryan Bowen's Living Expenses** to be served to all parties entitled to service through the Court's ECF system.

*/s/ Casey R. Fronk*

Casey R. Fronk