Romaine C. Marshall (9654)
Jose A. Abarca (12762)
POLSINELLI PC
2825 East Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 999-3504
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Defendants iX Global LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,,<br><br>Defendant. | **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL ASSET ACCOUNTING FOR DEFENDANTS IX GLOBAL LLC**<br><br>Case No.: 2:23-cv-00482<br><br>The Honorable Robert J. Shelby |

91028071.1

| | |
|---|---|
| ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Relief Defendants. | |

Pursuant to DUCivR 5-3(b)(2) and Federal Rule of Civil Procedure 5.2, the Securities and Exchange Commission (the "Commission") and Defendant iX Global LLC ("iX Global") respectfully move the Court for leave for iX Global to file its supplemental asset accounting under seal.

The parties file this stipulated motion seeking leave for iX Global to file its asset accounting under seal to protect its privacy.

For these reasons, the Commission and iX Global request that leave to file under seal be granted as set forth in the proposed order submitted concurrently herewith.

91028071.1

Dated: August 28, 2023.   Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Casey R. Fronk*
Casey R. Fronk (electronically signed with permission given via Email on August 28, 2023)
Michael E. Welsh

*Attorneys for the SEC*

**POLSINELLI PC**

*/s/ Jose A. Abarca*
Jose A. Abarca
Romaine C. Marshall

*Attorneys for Defendants iX Global, LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th day of August, 2023, the foregoing document was served via CM/ECF to all counsel of record.

*/s/ Kaitlin Morgan*

91028071.1