Romaine C. Marshall (9654)
Jose A. Abarca (12762)
POLSINELLI PC
2825 East Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 999-3504
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Defendant iX Global, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **DEFENDANT IX GLOBAL LLC'S SUPPLEMENTAL ASSET ACCOUNTING** |
| Plaintiff, | |
| vs. | |
| DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,, | Case No.: 2:23-cv-00482-RJS

The Honorable Robert J. Shelby |
| Defendant. | |

| | |
|---|---|
| ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Relief Defendants. | |

Pursuant to the Court's July 28, 2023, Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets ("Order") [Doc. No. 9], iX Global, LLC, through undersigned counsel, submits the supplemental asset accounting attached as Exhibit A.


Dated: August 28, 2023.


                          **POLSINELLI PC**

                           /s/ *Jose A. Abarca*
                          Jose A. Abarca
                          Romaine C. Marshall
                          Jonathon Schmalfeld

                          *Attorneys for Defendant iX Global LLC*

91028362.1

## CERTIFICATE OF SERVICE

I hereby certify that on 28th day of August 2023, the foregoing document **[under seal]**

was served via the CM/ECF system on counsel of record and via email on the following:

Casey R. Fronk
fronkc@sec.gov
Michael E. Welsh
welshmi@sec.gov
SECURITIES AND EXCHANGE COMMISSION
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101

*/s/Kaitlin Morgan*

3

91028362.1

# Exhibit A