IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;

    Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited

Case No.: 2:23-cv-00482-RJS

**TEMPORARY ORDER REGARDING LIVING EXPENSES**

Chief Judge Robert J. Shelby

liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

                  Relief Defendants.

Now before the court is the parties' Stipulated Motion for Temporary Order Regarding Defendant Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson's Living Expenses.[1] For the reasons provided below, the Stipulated Motion is GRANTED.

**WHEREAS**, on July 26, 2023, Plaintiff Securities and Exchange Commission ("SEC," or "Commission") filed its Complaint in this matter, alleging violations of the registration and antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants. (Dkt. No. 1.)

**WHEREAS**, on July 26, 2023, the Commission filed a motion for a temporary restraining order and ancillary relief, including an asset freeze as to Defendants and Relief Defendants (Dkt. No. 3.)

**WHEREAS**, on July 28, 2023, the Court granted the Commission's motion and entered a Temporary Restraining Order which, among other things, entered an asset freeze as to Defendants and Relief Defendants (Dkt. No. 9), and provided, *inter alia*, for "an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard," (*id*. § IX).

**WHEREAS**, on August 7, 2023, and thereafter on August 17, 2023, no defendant having filed an opposition to the Temporary Restraining Order, the Court entered renewed Temporary

---

[1] ECF 119.

Restraining Orders containing the same provisions as the initial order with respect to the asset freeze.  (Dkt. Nos. 33, 78.)

**WHEREAS**, counsel for the Commission and Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson (herein collectively, the "Stipulating Defendants") have reached the following agreement as to the scope of the asset freeze and an allowance for living expenses while the Temporary Restraining Order is in place, without prejudice to the Stipulating Defendants seeking further modification of such asset freeze or filing an opposition to the Temporary Restraining Order, and jointly provide this proposed agreement for approval by the Court:

1. The Utah First Credit Union account ending in 07-09 (the "Utah First Business Funding Solutions LLC Account") held in the name of Business Funding Solutions, LLC shall be unfrozen to pay living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint.

2. Defendant Jason Anderson may withdraw up to $5,913 per month—representing the IRS 2023 Allowable Living Expenses National Standards for a family of four—of previously frozen funds from the Utah First Business Funding Solutions LLC Account until January 31, 2024 for necessary and reasonable living expenses

3. Defendant Jacob Anderson may withdraw up to $4,014 per month—representing the IRS 2023 Allowable Living Expenses National Standards for a family of one—of previously frozen funds from the Utah First Business Funding Solutions LLC Account until January 31, 2024 for necessary and reasonable living expenses.

4. Defendant Schad Brannon may withdraw up to $8,114 per month—representing the IRS 2023 Allowable Living Expenses National Standards for a family of four—of previously frozen funds from the Utah First Business Funding Solutions LLC Account until January 31, 2024 for necessary and reasonable living expenses.

5.      Defendant Roydon Nelson may withdraw up to $7,083 per month—representing the IRS 2023 Allowable Living Expenses National Standards for a family of five—of previously frozen funds from the Utah First Business Funding Solutions LLC Account until January 31, 2024 for necessary and reasonable living expenses

6.      The Stipulating Defendants must provide to counsel to the Commission, without further request or subpoena, the monthly account statements of the Utah First Business Funding Solutions LLC Account, for review and inspection by no later than the 5th of each month this stipulation is in effect.  These statements shall be provided to counsel to the Commission by email to Casey R. Fronk (fronkc@sec.gov) and Michael E. Welsh (welshmi@sec.gov).

7.      To the extent the Stipulating Defendants earn additional, going-forward income that they demonstrate, to the satisfaction of counsel for the Commission, is unconnected to the conduct alleged in the Complaint, such income may be used for the payment of necessary and reasonable living expenses and payment of attorney's fees and defense costs.

SO ORDERED this 29th day of August 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge