# Exhibit 1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | WEBSITE | DESCRIPTION | USER | ACCESS CLOSED |
| 2 | | argusVault.com | Document Repository on server | adevere | 8/2/2023 9:41am |
| 3 | | argusVault.com | Document Repository on server | bcook | 8/2/2023 9:41am |
| 4 | | argusVault.com | Document Repository on server | bryanscaffner | 8/2/2023 9:41am |
| 5 | | argusVault.com | Document Repository on server | emilyeads | 8/2/2023 9:41am |
| 6 | | argusVault.com | Document Repository on server | ██████████ | 8/2/2023 9:41am |
| 7 | | argusVault.com | Document Repository on server | jakeanderson | 8/2/2023 9:41am |
| 8 | | argusVault.com | Document Repository on server | ajasonanderson | 8/2/2023 9:41am |
| 9 | | argusVault.com | Document Repository on server | joeln78 | 8/2/2023 9:41am |
| 10 | | argusVault.com | Document Repository on server | jsaetrum | 8/2/2023 9:41am |
| 11 | | argusVault.com | Document Repository on server | kcalmes | 8/2/2023 9:41am |
| 12 | | argusVault.com | Document Repository on server | sbrannon | 8/2/2023 9:41am |
| 13 | | argusVault.com | Document Repository on server | admin | 8/2/2023 9:41am |
| 14 | | | | | |
| 15 | | UniversalDev.com | GoogleWorkplace Email (Admin) | harold@universaldev.com | |
| 16 | | UniversalDev.com | GoogleWorkplace Email | roy@universaldev.com | 8/2/2023 9:47am |
| 17 | | UniversalDev.com | GoogleWorkplace Email | schad@universaldev.com | 8/2/2023 9:47am |
| 18 | | UniversalDev.com | GoogleWorkplace Email | Jason@universaldev.com | 8/2/2023 9:47am |
| 19 | | UniversalDev.com | GoogleWorkplace Email | Bryan@universaldev.com | 8/2/2023 9:47am |
| 20 | | UniversalDev.com | GoogleWorkplace Email | joseph@universaldev.com | 8/2/2023 9:47am |
| 21 | | | | | |
| 22 | | digitallicensinginc.com | GoogleWorkplace Email (Admin) | harold@digitallicensinginc.com | |
| 23 | | digitallicensinginc.com | GoogleWorkplace Email | roy@digitallicensinginc.com | 8/2/2023 9:49am |
| 24 | | digitallicensinginc.com | GoogleWorkplace Email | bgld@digitallicensinginc.com | 8/2/2023 9:49am |
| 25 | | digitallicensinginc.com | GoogleWorkplace Email | metals@digitallicensinginc.com | 8/2/2023 9:49am |
| 26 | | digitallicensinginc.com | GoogleWorkplace Email | jason@digitallicensinginc.com | 8/2/2023 9:49am |
| 27 | | | | | |
| 28 | | archer-drilling.com | GoogleWorkplace Email (Admin) | harold@archer-drilling.com | |
| 29 | | archer-drilling.com | GoogleWorkplace Email | jodi@archer-drilling.com | 8/2/2023 9:53am |
| 30 | | archer-drilling.com | GoogleWorkplace Email | roy@archer-drilling.com | 8/2/2023 9:53am |
| 31 | | archer-drilling.com | GoogleWorkplace Email | schad@archer-drilling.com | 8/2/2023 9:53am |
| 32 | | archer-drilling.com | GoogleWorkplace Email | gene@archer-drilling.com | 8/2/2023 9:53am |
| 33 | | archer-drilling.com | GoogleWorkplace Email | jason@archer-drilling.com | 8/2/2023 9:53am |
| 34 | | | | | |
| 35 | | theminingcollective.com | GoogleWorkplace Email (Admin) | harold@theminingcollective.com | |
| 36 | | theminingcollective.com | GoogleWorkplace Email | Roy@theminingcollective.com | 8/2/2023 9:56am |
| 37 | | theminingcollective.com | GoogleWorkplace Email | Schad@theminingcollective.com | 8/2/2023 9:56am |
| 38 | | theminingcollective.com | GoogleWorkplace Email | Bryan@theminingcollective.com | 8/2/2023 9:56am |
| 39 | | theminingcollective.com | GoogleWorkplace Email | jason@theminingcollective.com | 8/2/2023 9:56am |
| 40 | | | | | |
| 41 | | igniseng.com | GoogleWorkplace Email (Admin) | harold@igniseng.com | |
| 42 | | igniseng.com | GoogleWorkplace Email | roy@igniseng.com | 8/2/2023 9:58pm |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 43 | | igniseng.com | GoogleWorkplace Email | schad@igniseng.com | 8/2/2023 9:58pm |
| 44 | | igniseng.com | GoogleWorkplace Email | Jason@igniseng.com | 8/2/2023 9:58pm |
| 45 | | igniseng.com | GoogleWorkplace Email | Robbie@igniseng.com | 8/2/2023 9:58pm |
| 46 | | igniseng.com | GoogleWorkplace Email | Ronnie@igniseng.com | 8/2/2023 9:58pm |
| 47 | | | | | |
| 48 | | universalresourceestimate.com | GoogleWorkplace Email (Admin) | harold@universalresourceestimate.com | |
| 49 | | universalresourceestimate.com | GoogleWorkplace Email | roy@universalresourceestimate.com | 8/2/2023 10:01am |
| 50 | | universalresourceestimate.com | GoogleWorkplace Email | schad@universalresourceestimate.com | 8/2/2023 10:01am |
| 51 | | | | | |
| 52 | | AEMGhana | GoogleWorkplace Email (Admin) | ██████████ | |
| 53 | | AEMGhana | GoogleWorkplace Email | trussell@aemghana.com | 8/2/2023 10:04am |
| 54 | | AEMGhana | GoogleWorkplace Email | jarhin@aemghana.com | 8/2/2023 10:04am |
| 55 | | AEMGhana | GoogleWorkplace Email | sbrannon@aemghana.com | 8/2/2023 10:04am |
| 56 | | AEMGhana | GoogleWorkplace Email | iobeng@aemghana.com | 8/2/2023 10:04am |
| 57 | | AEMGhana | GoogleWorkplace Email | sfrimpong@aemghana.com | 8/2/2023 10:04am |
| 58 | | AEMGhana | GoogleWorkplace Email | rnelson@aemghana.com | 8/2/2023 10:04am |
| 59 | | AEMGhana | GoogleWorkplace Email | dmcaffee@aemghana.com | 8/2/2023 10:04am |
| 60 | | AEMGhana | GoogleWorkplace Email | fagezo@aemghana.com | 8/2/2023 10:04am |
| 61 | | AEMGhana | GoogleWorkplace Email | soduro@aemghana.com | 8/2/2023 10:04am |
| 62 | | AEMGhana | GoogleWorkplace Email | kasamoah@aemghana.com | 8/2/2023 10:04am |
| 63 | | AEMGhana | GoogleWorkplace Email | shomenoo@aemghana.com | 8/2/2023 10:04am |
| 64 | | AEMGhana | GoogleWorkplace Email | ebartels@aemghana.com | 8/2/2023 10:04am |
| 65 | | AEMGhana | GoogleWorkplace Email | fkuss@aemghana.com | 8/2/2023 10:04am |
| 66 | | AEMGhana | GoogleWorkplace Email | yanokwa@aemghana.com | 8/2/2023 10:04am |
| 67 | | | | | |
| 68 | | resonancefrequencyexploration.com | GoogleWorkplace Email (Admin) | harold@resonancefrequencyexploration.com | |
| 69 | | resonancefrequencyexploration.com | GoogleWorkplace Email | roy@resonancefrequencyexploration.com | 8/2/2023 10:06am |
| 70 | | resonancefrequencyexploration.com | GoogleWorkplace Email | schad@resonancefrequencyexploration.com | 8/2/2023 10:06am |
| 71 | | resonancefrequencyexploration.com | GoogleWorkplace Email | anna@resonancefrequencyexploration.com | 8/2/2023 10:06am |
| 72 | | resonancefrequencyexploration.com | GoogleWorkplace Email | erin@resonancefrequencyexploration.com | 8/2/2023 10:06am |
| 73 | | | | | |
| 74 | | digitalcommodityhouse.com | Server Email | info@digitalcommodityhouse.com | 8/2/2023 10:09am |

# Exhibit 2

**D.E.B.T.**   PROJECTS   HOSTING   LOGIN

WHERE CRYPTO MEETS COMMODITIES

# DECENTRALIZED ECO-FRIENDLY BLOCKCHAIN TECHNOLOGY

**D.E.B.T.**

SIGN UP NOW →





# LOOKING AT SOFTWARE MINING LICENSES (NODE)

## WHAT IS A NODE?

Blockchains (cryptocurrencies use blockchains) require nodes to operate. A node is a piece of software that connects to other nodes in the blockchain to create a network. Nodes are where data is stored, received and transmitted. They are crucial to network security and integrity.

**URL**
https://www.thedebtbox.com/
**Timestamp**
Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)



# MINING LICENSES (NODE)

## WHAT IS A NODE?

Blockchains (cryptocurrencies use blockchains) require nodes to operate. A node is a piece of software that connects to other nodes in the blockchain to create a network. Nodes are where data is stored, received and transmitted. They are crucial to network security and integrity.

**1**
- Nodes enforce the rules of the protocol.

**2**
- All blockchain transactions must pass through nodes as they validate the transactions via a 'consensus mechanism', aka algorithm (mathematical calculations). Multiple nodes must agree that the transaction is legitimate by 'confirmation' before it is agreed to be final.

**3**
- Some nodes contain full transaction history.

**4**
- Each blockchain has a different protocol or way of validating transactions e.g. the Bitcoin protocol is different to that of Ethereum and has a different means of 'consensus'. Thus, what a node actually does in any given blockchain protocol will vary.

**URL**
https://www.thedebtbox.com/

**Timestamp**
Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)

# INTRODUCING THE DECENTRALIZED, ECO-FRIENDLY, BLOCKCHAIN TECHNOLOGY PROJECT... KNOWN AS DEBT BOX

## START EARNING TODAY

## HOW DEBT BOX WORKS?

Utilizing DEBT's Box's proprietary software, you can create a portfolio of blockchain miners. By purchasing and managing different software node licenses you can earn rewards from several asset classes, all from the comfort and convenience of your own home.

### STEP 1

Purchase a software mining license and activate it. Your license must be activated before it will begin mining.

### STEP 2

Earn rewards daily through the mining process. You can watch them roll in on the Rewards section of your dashboard.

### STEP 3

Withdraw your rewards and exchange them for other DEBT Box tokens, other currencies or use them to make DEBT Box ecosystem

**URL**
https://www.thedebtbox.com/
**Timestamp**
Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)

Purchase a software mining license and activate it. Your license must be activated before it will begin mining.

Earn rewards daily through the mining process. You can watch them roll in on the Rewards section of your dashboard.

Withdraw your rewards and exchange them for other DEBT Box tokens, other currencies or use them to make DEBT Box ecosystem purchases.

# LOOKING AT THE DEBT ECOSYSTEM

Blockchain and cryptocurrencies can be complex and overwhelming to many individuals. For years we have all been hearing about blockchain and many of us want to get involved, but simply don't know how. DEBT has taken the guesswork out of it. **No fake meme coins here!** Real projects tied to real assets, brought to you in the comfort of your own home.





# CHECK OUT SOME OF OUR COMMODITY PROJECTS

# CHECK OUT SOME OF OUR COMMODITY PROJECTS



# OUR PROJECTS

   

**URL**
https://www.thedebtbox.com/

**Timestamp**
Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)



**DEBT**

MINING NOW



**BGLD**

MINING NOW



**GROW**

MINING NOW



**NATG**

MINING NOW



**DLG**

MINING NOW



**XPLR**

MINING NOW



**ALUM**

MINING NOW



**BLOX**

MINING NOW



**BEV**

MINING NOW



**DRIP**

MINING NOW



**DCM**

MINING NOW



**REV**

MINING NOW



**DLS**

COMING SOON

**URL**
https://www.thedebtbox.com/

**Timestamp**
Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)

COMING SOON





PROJECTS

HOSTING

SPECIFICATIONS

PRIVACY POLICY

TERMS AND CONDITIONS

STORE

  

Copyright ©2021-2023 DEBT. All rights reserved.

**URL**

https://www.thedebtbox.com/

**Timestamp**

Thu Aug 17 2023 10:30:58 GMT-0400 (Eastern Daylight Time)

# Exhibit 3



Where Commodities Meet Digital Currency



## Aluminum

### Lite Paper

V 4.23

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, natural gas and silver just to name a few with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues through the production and sale of these commodities. These real-world commodity production projects benefit from the D.E.B.T. Box ecosystem through professional help from industry staff members that are employed by Digital Licensing, Inc., the ecosystem's permissioned administrator, project support through proprietary technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity production projects contribute to the roadmap for creating benefit that can be used by D.E.B.T. Box software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE







# ALUMINUM (ALUM)

Aluminum, is utilizing D.E.B.T. Box project Explore (XPLR), to provide exploration technology to identify viable bauxite ore deposits for various bauxite ore and aluminum suppliers around the world. Aluminum is an essential part of many manufacturing processes and products, including common products that are consumed globally, such as beverage cans, electronic devices, foils, equipment, automobiles, and the aerospace industry, to name a few. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials, such as bauxite, a sedimentary rock and the world's main source of aluminum and gallium, the ability to create efficiencies throughout the exploration, extraction, refining and/or production process.

Capitalizing on this technology-driven approach to the exploration of bauxite, ALUM directly influences the lowering of expenses during the exploration process, resulting in the increase of commodity production through reducing the development cost associated with locating and targeting this valuable resource. Increased commodity production is Digital Licensing's way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

 **8 KEY BENEFITS**

ALUM will contribute to the commodity-based industries by supporting offering the following benefits:



## GET INVOLVED WITH ALUM



Become part of the D.E.B.T. Box community with the purchase of an ALUM software mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your ALUM software mining license today to earn token rewards linked through blockchain technology supporting bauxite exploration and aluminum production. There are 500,000 retail software mining licenses available. The DEBT Council will release the software mining licenses in blocks of 100,000. The software mining license price will be determined by the DEBT Council at the time of release.



### ALUM Software Mining License

D.E.B.T. Box software mining licenses, including ALUM, operate with very little electricity and require standard internet service. Each license sold can be assigned to, and hosted on, the D.E.B.T. Box proprietary hardware system, a laptop, smart device, or other hosting service, to earn daily digital mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.



### Collect Rewards

When your ALUM software mining license is active and connected to the internet, you will be rewarded with ALUM tokens for supporting the D.E.B.T. Box ecosystem. Rewards generated today are deposited to the ALUM Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box ALUM wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. Box software mining license purchases.

## REWARDS

While an ALUM software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software mining license will be rewarded with a distribution of ALUM rewards. Tokens generated today are deposited into the ALUM Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box ALUM wallet and then stored, exchanged for other currencies, or used to make additional D.E.B.T. Box purchases. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

## MILESTONES

COMPLETE:
- Aluminum utilizes XLPR's exclusive contractual rights of use from the proprietary technology provider for the remote sensing exploration technology platform.
- Partner with Commodity Development and Natural Resource Estimate companies in the USA  and in Africa
- Identify probable and proven natural resource reserves for extraction and/or further development.
- Partner with proprietary metal separation and refining company for increased yields during the refining and production processes.
- Partner with expert directional drilling companies for a more efficient and environmentally friendly extraction process.
- Partner with a responsible sourcing and supply chain tracking company.

Future
- Listed on Pancake Swap
- Roadmap to Independent exchange listing

## TOKENOMICS

The D.E.B.T. Box Aluminum (ALUM) tokenomics have been designed as a deflationary token, to create a true supply and demand economic dynamic. The ALUM project is supported by four areas:

- Aluminum project royalties
- ALUM software mining license purchases
- An annual halving
- Transaction fees

A limited number of ALUM tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. All ALUM tokens must be digitally mined by ALUM software mining license holders and will only be available for purchase through third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. The ALUM project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to license holders.

# HOW IT WORKS

## ALUMINUM 💬

Aluminum (ALUM) works closely with developers, operators and land owners within the bauxite/aluminum industry and professionals and experts to provide valuable exploration data generated through a wide array of carefully curated technologies, including, but not limited to, proprietary remote sensing, satellite imaging technology, 3-D rendering, target drilling, geo-chemical analysis, assays, and other valuable earth science processes for a portion of, or the right to share in, additional commodity production from the project to the D.E.B.T. Box platform ecosystem. The comprehensive reports generated provide development and operational partners with the ability to accurately estimate and increase recoverable natural resources, enhancing the raw commodity production feasibility and contribute to other factors that lead to increased production of the raw materials being sought.

In exchange for this technically advanced service, Digital Licensing, Inc. negotiates a portion of the increased production in the form of a royalty stream from each commodity-based project. By generating increased production, which did not previously exist for the given raw material, and by exchanging that newly created value, DLI is able to support the limiting of ALUM token supply over time. This is done by utilizing the ALUM smart contract to direct the royalty stream payments through the ALUM Trust Fund to perpetually purchase ALUM rewards from the secondary market and burn these tokens never to be seen again. True to deflationary tokenomics, by removing or burning these tokens, the value of the remaining token holders' wallets increases. Aluminum brings access to increased tangible raw materials that the world needs while rewarding ALUM software mining license holders.

.

## TRANSACTION FEES 💬

ALUM is subject to a 10% transaction fee. This fee applies to all transactions involving ALUM tokens and will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the ALUM EGI pool providing network growth
- 4% added to liquidity to access and support digital currency exchanges

## 💬 LICENSE PURCHASES

For every purchased ALUM software mining license, a pre-determined amount of ALUM token rewards will be placed into the ALUM Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The ALUM project will offer 500,000 retail software mining licenses. When all ALUM software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 500,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development, continue to build and support, and stability of the D.E.B.T. Box ecosystem. The DEBT council will work closely with DLI to continue development a variety of relationships in the aluminum industry that augment and increase mineral production for a share of the increased production and commodity sales revenues.

## 💬 HALVING

Every year on October 1st, one-half (50%) of the Aluminum EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, the term "halving" refers to a process that reduces the issuance rate of new coins. More precisely, halving is the periodical reduction of the block subsidy provided to digital miners. The halving ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens increase.

## 💬 DEBT Council

The DEBT Council is responsible for managing the ecosystem and working with Digital Licensing, Inc., the platform's permissioned administrator, to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

## Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 2FD8 | Mining pool from where the daily mining is distributed. |
| Treasury Wallet | 7ae4 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | E203 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Buy and Burn | 6e58 | All ALUM tokens that have been used to purchase ALUM mining licenses will be held in this wallet until burned. |

## Resources

Smart Contract Address: 755A

BSCScan Details  https://bit.ly/3AyfpQX



## Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the ALUM software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'lvoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain. For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Currency



**Beverage Distribution Blockchain**



V1.1

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital currencies are supported by real-world commodities through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, distribution channels and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefit that can be used by D.E.B.T. software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE



# BEVERAGE DISTRIBUTION BLOCKCHAIN PROJECT (BEV)

Every year, over 1.23 billion beverages are purchased worldwide, making it one of the largest global industries, and it's only expected to grow!

D.E.B.T. is revolutionizing the $1.8 trillion beverage industry by bringing it into the world of crypto.





Source: https://www.packworld.com/industry/beverage/article/21485409/beverage-trends-driving-change-in-2021

Rather than create our own proprietary formula, BEV, the seventh D.E.B.T. project, is supported by royalties generated from the bottling and distribution of multiple beverages for multiple companies.

A recent multi-million-dollar contract has been awarded to our partner, providing distribution services to retailers such as: 7-11, Aldis, Food Lion, Sam's Club and more. Royalties received will be used to buy BEV Project token out of the market to be burned.  With our unique digital approach, we are able to be more competitive with our negotiating and will continue to seek additional methods for burning BEV token out of the BEV ecosystem.



Pie Chart

- Bottled water **(24.6%)**
- Carbonated soft drink **(18.6%)**
- Coffee **(10.9%)**
- Beer **(10.2%)**
- Tap/other **(9.4%)**
- Milk **(8.1%)**
- Tea **(5.5%)**
- Fruit beverage **(4.4%)**
- Sports Drinks **(3%)**
- Wine and spirits **(2.4%)**
- Value-added water **(1.4%)**
- Energy drinks **(1.3%)**

**Consumption share of beverages** in the United States in 2021, by segment

Source: https://www.statista.com/statistics/387199/us-consumption-share-of-beverages-by-segment/

## GET INVOLVED WITH BEV

Become part of the D.E.B.T. community with the purchase of a BEV software mining license and take advantage of the beverage and crypto industries through the growing D.E.B.T. ecosystem.

Purchase your BEV software mining license today to earn daily rewards supported by deflationary tokenomics through royalties received from the beverage industry, including, manufacturing, packaging, and distribution.

There are 300,000 software mining licenses, 150,000 available for retail and 150,000 owned by the treasury. Retail licenses will be available at the following cost break down chart 1-50,000 will be purchased and eventually added to the rental pool

**Licenses 1-50,000 will be purchased and eventually added to the rental pool.**



| | |
|---|---|
| 50,001 - 70,000 | **$1,000** |
| 70,001 – 90,000 | **$1,500** |
| 90,001 – 110,000 | **$2,000** |
| 110,001 – 130,000 | **$2,500** |
| 130,001 – 140,000 | **$3,000** |
| 140,001 - 150,000 | — beginning at $3,100 per license, the price will increase by $100 for every 100 licenses sold (i.e. the price for licenses 149,901 - 150,000 will be $13,000). |

# HOW IT WORKS

### Beverage Distribution Blockchain

The BEV Project is a revolutionary way to be a part of the recession proof global beverage industry through token rewards. Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing and distribution of several beverage products to multiple retailers. These royalties shall be used to purchase BEV tokens out of the BEV Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the beverage distribution sector with the goal of increasing the size of token burns, further supporting the BEV Project.

In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem.

### Ecosystem Growth Initiative Pool

The platform's BEV Project Ecosystem Growth Initiative Pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

### Transaction Fees

The BEV Project token has a 10% transaction fee. This fee applies to all transactions involving BEV tokens. Including: withdraws, swaps, transfers, exchanges, and purchases. 100% of the transaction fees (also called a "tax" in the crypto industry) will be sent to the BEV Project burn wallet and removed from the ecosystem forever.



### License Activation

For every BEV software mining license activated, a pre-determined amount of BEV token rewards will be placed into the BEV Ecosystem Growth Initiative (EGI) pool. This creates enough token in the ecosystem to be digitally mined. The purpose of the EGI pool is to hold the tokens until they are mined. The BEV project will make available only 150,000 retail software mining licenses and a finite total of 15 billion tokens will be available to be mined. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the BEV Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

To add continued support to the ecosystem, the D.E.B.T. Council will control 150,000 treasury licenses. These licenses will be used to manage liquidity pools, expand future development, continue to build, and support the stability of the D.E.B.T. ecosystem. The D.E.B.T. council will work to continue to develop a variety of relationships in the beverage industry that increase token burns.

### Quarterly Burn

Every quarter, beginning April 1, 2023, one-quarter (25%) of the BEV token EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, burning tokens is a process that reduces the number of tokens capable of being mined. More precisely, the quarterly burn will reduce the block subsidy provided to BEV license holders. The reduction in tokens ensures that a crypto asset will follow a steady issuance rate (total mining rate across the BEV Project) until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. This process only affects tokens in the EGI pool, not tokens that have been purchased or rewarded to software mining license holders. By reducing the number of tokens available in the EGI pool, the daily rewards awarded to software license holders will also be reduced. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens potentially increases over time.

# BEV SOFTWARE MINING LICENSE

 All D.E.B.T. software mining licenses, including BEV, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. The cost for hosting varies by option. For more details, see: www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your BEV software mining license is active and connected to the internet, you will be rewarded with BEV tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the BEV Piggy Bank wallet within 24-hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine the cryptocurrency's value.

The D.E.B.T. Beverage Distribution Blockchain Project (BEV) tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BEV project tokenomics are supported by five areas:

- **300,000 BEV software mining licenses will exist. 150,000 available for retail purchase and 150,000 treasury licenses.**

- **BEV software mining license activation. 50,000 tokens are generated per license and added to the EGI pool, providing a finite total of 15 billion BEV tokens.**

- **Beverage Distribution Blockchain (BEV) project royalties will purchase token out of the ecosystem and burn them.**

- **Beginning April 1, 2023, each quarter, 25% of the EGI pool will be burned.**

- **10 % Transaction fees are charged for each transaction involving BEV. This includes, but is not limited to withdraws, swaps, transfer, and purchases. 100% of these fees will be burned monthly.**

A limited number of BEV tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of software mining licenses (150,000 licenses). All BEV tokens must be digitally mined by BEV software mining license holders and will only be available for purchase through peer-to-peer or third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the BEV Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The BEV Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens.  All BEV tokens must be digitally mined by a license holder.

## REWARDS

BEV Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Upon launch, peer-to-peer transfer of BEV tokens will be available immediately. It is anticipated that the BEV Project token will be listed on its first exchange within the first quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

## ⚡ Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the BEV token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | ＿＿＿＿＿＿＿ E2aC | Mining pool where the daily mining is distributed from. |
| Buy& Burn Wallet | ＿＿＿＿＿＿＿ E98c | Used to purchase tokens on the open market and send to the burn wallet as per the blockchain protocol. |
| Piggy Bank | ＿＿＿＿＿＿＿ 3C88 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | ＿＿＿＿＿＿＿ 384B | All BEV tokens that have been used to purchase BEV mining licenses, will be held in this wallet until burned. |

## ⚡ Resources

Smart Contract Address:     ＿＿＿＿＿＿＿＿＿ 40D5

BSCScan Details  https://bit.ly/DEBTBEV     

## ⚡ Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the BEV software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  software mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Currency



## Black Gold

**The Future of Oil Exploration**

**Lite Paper**

V1.4

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

## DEBT BOX AT A GLANCE



## BLACK GOLD TOKEN (BGLD)

Black Gold is a DEBT Box project supported by and linked to the physical production and sale of crude oil. By purchasing a Black Gold (BGLD) software mining license and becoming a BGLD node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator to support oil industry projects within the exploration, drilling and physical production of crude oil with certain key benefits. Software mining license holders are rewarded for their blockchain support with BGLD tokens.

**8 KEY BENEFITS**



- Proprietary Satellite-scanning Technology
- And the ability to attract new liquidity
- Reduce Exploration Costs
- Better efficiency with less administrative burden
- Reducing a reliance on brokers
- Creating value eearlier in the process
- Less waste
- Providing a better understanding of bottlenecks

## GET INVOLVED



**Purchase your Black Gold Software Mining License.** Become part of the DEBT Box community and be a part of the future of oil exploration and the growing DEBT Box ecosystem from the comfort of your home. Purchase your BGLD software mining license today, this is a one-time purchase. Only 50,000 retail BGLD software mining licenses will be available.



**Activate your license.** DEBT Box licenses, including BGLD, operate with very little electricity and require minimal internet service. Software mining licenses are compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, or a DEBT Box hardware. See www.thedebtbox.com/specifications for more details.



**Collect Rewards.** When your BGLD software mining license is active and connected to the internet, you will be rewarded with BGLD tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to your BGLD Piggy Bank wallet within 24-hours. Withdraw these rewards to your private BGLD DEBT Box wallet using the dashboard.

# REWARDS



While a BGLD software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of BGLD tokens every 24-hours, rewards generated today are deposited the BGLD Piggy Bank wallet within  a comma after 24-hours  and from here can be withdrawn to your private BGLD DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

Distributions are made daily based on a weighted point system. The total number of points are computed each day and then used to calculate the distributions.

Rewards can be swapped or exchanged for other DEBT Box tokens, other currencies or used to make DEBT Box ecosystem purchases.

## BGLD TOKEN MILESTONES

| | |
|---|---|
| • Identify Oil Exploration & Production Projects to Support | ✔ |
| • Sell 5,000 licenses within the first 6-months | ✔ |
| • Get listed on Pancake Swap | ✔ |
| • Reach $5 million in Liquidity value on Pancaake Swap | ✔ |
| Get paired with BNB | ✔ |
| • Get (BGLD) token price to 0.01 | ✔ |
| • Get listed on 3 exchanges | Coming Soon |

## TOKENOMICS

The DEBT Box Black Gold (BGLD) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The BGLD project is supported by four areas:

- **Oil production royalties**
- **BGLD software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of BGLD tokens will be mined and placed into circulation by a limited number of software mining licenses. All BGLD tokens must be mined by BGLD software mining license holders. BGLD tokens will only be available for purchase through third-party exchanges.
This is not an Initial Coin Offering (ICO) project structure. The BGLD project constitutes a fair launch protocol. because 100% of the token must be mined.

# HOW IT WORKS

## LICENSE PURCHASES

For every purchased BGLD software mining license, a pre-determined amount of BGLD tokens will be placed into the BGLD Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 50,000 BGLD software mining licenses are available. Once all licenses are sold, all BGLD software mining licenses will be converted to transferable NFTs.

While a BGLD software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of BGLD tokens. Rewards generated each day are deposited to the BGLD Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box BGLD wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 50,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development of crude oil production projects for a share of the sales revenues, and continue to build and support the DEBT Box ecosystem.

## TRANSACTION FEES

BGLD is subject to a 10% transaction fee. This fee will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the BGLD EGI pool, this provides network growth
- 4% added to liquidity to access and support more exchanges

## OIL PRODUCTION ROYALTIES

A percentage of revenue generated from vetted and approved oil well projects will be converted to BGLD tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple oil projects in various jurisdictions on multiple continents, BGLD tokens will continually be taken out of the market.

Digital Licensing, Inc. (DLI) has partnered with multiple oil exploration companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent oil exploration and production companies with successful track records and decades of "in the field" experience. The partners' experience, combined with technical innovations brought by the DEBT Box ecosystem create proprietary efficiencies in this industry which are exclusive to the DEBT Box platform.

DLI has engaged in supporting the drilling of multiple wells on two, permitted and licensed to operate, oil fields. The first oil field is in Nevada on Bureau of Land Management land. The second oil field is in Nebraska on private land. The wells in Nevada have the potential to recover an estimated 400 million barrels of oil over the life of that oil field. The wells in Nebraska have the potential to recover over 50 million barrels of oil over the life of that oil field. Future oil field projects are being reviewed continuously. There are currently 11 targeted sites in Nebraska, 3 in Louisiana, 2 in Arkansas, multiple oil field targets in Texas, and exploration work started on a very large onshore site in Ghana, West Africa near the prolific Gulf of Guinea ocean oil fields.

## HALVING

Every year on January 1st, one-half (50%) of the EGI pool is sent to the burn wallet never to be seen again.



# BGLD NETWORK SYSTEM



BGLD

| No | Action or Description | Smart Contract Function(s) |
|---|---|---|
| 1 &2 | Purchase a software mining license. | Pre-determined amount of BGLD tokens are minted by the algorithm only in parity with the number of software mining licenses that are authorized to mine the ecosystem. (#6) |
| 3 &4 | Purchased software mining license activates a Private Virtual Server. | PVS begins mining BGLD from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | BGLD software mining license holder sets up their private wallet to receive their BGLD rewards. | BGLD rewards are mined from the EGI pool (#7) and deposited into the BGLD Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | BGLD tokens are minted by the system network because of the activation of a software mining license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into oil field exploration projects. | Oil field exploration projects result in producing oil wells pumping crude oil production. (#8) |
| 9 | Barrels of crude oil being produced from BGLD sponsored projects. | Barrels of BGLD oil are sold to the refineries or to crude oil buyers. (#9) |
| 10 | Proceeds from crude oil sales are paid into a trust fund. | The BGLD trust fund aggregates crude oil sales proceeds. (#11) |
| 11&12 | The BGLD trust fund collects proceeds from crude oil sales. | The BGLD trust fund collects proceeds from crude oil sales to purchase BGLD coin and places them into a burn wallet. (#11 and #12) |

 ## Supply Distribution

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | ██████████████████████FcD8 | Mining pool where the daily mining is distributed from. |
| DEBT Council | ██████████████████████9d03 | Responsible for managing the eco-system and working to build value. |
| Piggy Bank | ██████████████████████5Ad7 | Holds your rewards until you withdraw the rewards to your BGLD wallet. |
| Payments Wallet | ██████████████████████3536 | All BGLD tokens that have been used to purchase BGLD mining licenses, will be held in this wallet until burned. |

 ## Resources

Smart Contract Address: ████████████████████████████7B7C

BSCScan Details  https://bit.ly/3XSTBsz 

## Disclosures and Risks

It is important to know that the BGLD software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research regarding blockchain technology. This information has been provided to introduce you to the BGLD software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in the DEBT Box blockchain ecosystem.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions.



Where Commodities Meet Digital Currency



V1.2

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital currencies are supported by real-world commodities through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, distribution channels and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefit that can be used by D.E.B.T. software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.



# BLOCKCHAIN REAL ESTATE PROJECT (BLOX)

BLOX is the D.E.B.T. ecosystem real estate project that will bring huge growth and excitement to the D.E.B.T. community.

The BLOX Project is supported by multiple components of commercial real estate transactions. In the first 24 months, the BLOX Project is working with multiple institutions with the goal of collecting fees on over $500 million in transactions. Royalties received will be used to purchase BLOX token out of the market to be burned.

In 2022, the real estate market was estimated at $3.81 trillion USD. Although the industry can experience swings, it is expected to grow to be a $5.85 trillion industry by 2030 with a current growth rate of 5.2% (source: https://www.grandviewresearch.com/industry-analysis/real-estate-market).

The D.E.B.T. ecosystem plans to take advantage of this growth and continue to find ways to utilize blockchain technology in real estate transactions. Blockchain technology has impacted the real estate industry in several ways in recent years. This advancement allows for a new means for buyers and sellers to connect, intermediaries are being cut out, reducing costs, and payments are now being accepted in crypto currency.

D.E.B.T.'s strategic partners will focus specifically on commercial real estate deals. Each real estate transaction generates fees. These fees are created through closings, loans, title work, agents, brokers, and more.  The royalties from these fees will then be used to buy BLOX tokens out of the ecosystem supporting the deflationary tokenomics.

## GET INVOLVED WITH

Become part of the D.E.B.T. community with the purchase of a BLOX Project mining license and take advantage of the growing real estate and crypto industries through the D.E.B.T. ecosystem.

Purchase your BLOX mining license today to earn daily rewards supported by deflationary tokenomics through royalties received from real estate transactions.

There are 600,000 software mining licenses, 300,000 available for retail and 300,000 controlled by the treasury. Retail licenses will be available at the following cost break down:

**Licenses 1 - 50,000 will be purchased
and eventually added to the rental pool.**



| 50,001 - 100,000 | $1,500 |
| 100,001 – 150,000 | $2,000 |
| 150,001 – 200,000 | $3,000 |
| 200,001 – 250,000 | $4,000 |
| 250,001 - 300,000 | - beginning at $5,000 per license, the price will increase by $100 for every 100 licenses sold (i.e.  Licenses 299,901 – 300,000 will be $54,900) |

## BLOX SOFTWARE MINING LICENSE

All D.E.B.T. software mining licenses, including BLOX, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. The cost for hosting varies by option. For more details, see: www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your BLOX software mining license is active and connected to the internet, you will be rewarded with BLOX tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the BLOX Piggy Bank wallet within 24-hours.

Licensees may withdraw these rewards to a D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine the cryptocurrency's value.
The D.E.B.T. Blockchain Real Estate Project (BLOX) tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens that will ever exist, the BLOX Project tokenomics are supported by five areas:

- 600,000 BLOX software mining licenses will exist. 300,000 available for retail purchase and 300,000 treasury licenses.
- BLOX software mining license activation. $1,000 worth of BLOX tokens (at current market value) are generated per license activated and added to the EGI pool, providing a finite number of tokens available in the ecosystem.
- Blockchain Real Estate (BLOX) project royalties will purchase token out of the ecosystem and burn them.
- Annual Halving. Beginning April 1, 2023, each year, 50% of the EGI pool will be burned.
- 10 % Transaction fees are charged for each transaction involving BLOX. This includes, but is not limited to withdraws, swaps, transfer, and purchases. 100% of these fees will be burned monthly.

A limited number of BLOX tokens will be available to be digitally mined, and thus placed into circulation by a limited number of software mining licenses (max 300,000 licenses). All BLOX tokens must be digitally mined by BLOX software mining license holders and will only be available for purchase through peer-to-peer or third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the BLOX Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The BLOX Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens.  All BLOX tokens must be digitally mined by a license holder.

# HOW IT WORKS

## Blockchain Real Estate (BLOX)

The BLOX Project is an innovative way to be a part of the real estate industry through token rewards.  Our strategic partnerships offer D.E.B.T. the ability to earn royalties generated by real estate transaction fees. These royalties shall be used to purchase BLOX tokens out of the BLOX Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams with the goal of increasing the size of token burns, further supporting the BLOX Project ecosystem.

In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem.

## LICENSE ACTIVATION

For every BLOX software mining license activated, $1,000 worth of BLOX tokens, based on the current market value, will be placed into the BLOX Ecosystem Growth Initiative (EGI) pool. This creates enough token in the ecosystem to be digitally mined. The purpose of the EGI pool is to hold the tokens until they are mined. The BLOX Project will make available over 300,000 retail software mining licenses. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the BLOX Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market at and may be different than the purchase price of a license.

To add continued support to the ecosystem, the D.E.B.T. Council will control 300,000 treasury licenses. These licenses will be used to manage liquidity pools, expand future development, continue to build, and support the stability of the D.E.B.T. ecosystem.

## ECOSYSTEM GROWTH INITIATIVE POOL

The platform's BLOX Project Ecosystem Growth Initiative Pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## TRANSACTION FEES

The BLOX Project ecosystem has a 10% transaction fee. This fee applies to all transactions involving BLOX tokens. Including: withdraws, swaps, transfers, exchanges, and purchases. 100% of the transaction fees (also called a "tax" in the crypto industry) will be Project burn wallet and removed from the ecosystem forever.

## ANNUAL BURN

Every year, beginning April 1, 2023, fifty percent (50%) of the BLOX tokens in the EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, burning tokens is a process that reduces the issuance rate of new coins. More precisely, the periodical reduction of the block subsidy provided to digital miners. The reduction in tokens ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. This process only affects tokens in the EGI pool, not tokens that have been purchased or rewarded to software mining license holders. By reducing the number of tokens available in the EGI pool, the daily rewards awarded to software license holders will also be reduced. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens potentially increases over time.

## REWARDS

BLOX Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards. Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Upon launch, peer-to-peer transfer of BLOX tokens will be available immediately. It is anticipated that the BLOX Project token will be listed on its first exchange within the first quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.



 **Supply Distribution**

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | ░░░░░░░░░░░░░░░░░░░bb2d | Mining pool where the daily mining is distributed from. |
| Buy& Burn Wallet | ░░░░░░░░░░░░░░░░░░░E98c | Used to purchase tokens on the open market and send to the burn wallet as per the blockchain protocol. |
| Piggy Bank | ░░░░░░░░░░░░░░░░░░░Cf75 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | ░░░░░░░░░░░░░░░░░░░6147 | All BLOX tokens that have been used to purchase BLOX mining licenses, will be held in this wallet until burned. |

 **Resources**

| Smart Contract Address: | ░░░░░░░░░░░░░░░░░░░░░░░░░a75f |
|---|---|

BSCScan Details https://bit.ly/DEBTBLOX   

 **Disclosures and Risks**

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the BLOX software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  software mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Crypto Meets Commodities



# DCM

## Data Center Mining
## Lite Paper



v5.23

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital tokens are supported by real-world commodities and services through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, distribution channels, and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline, and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefits that can be used by D.E.B.T. mining license holders, D.E.B.T. ecosystem token holders, and third-party token holders.





## D.E.B.T. AT A GLANCE

DATA CENTER MINING PROJECT (DCM)

The Data Center Mining Project (DCM) is supported by the mining of digital currencies, namely Bitcoin, along with a selection of proof-of-work ALT coins. The project also focuses on the action of confirming transactions and validating crypto mining activity, contributing to the processing power of more and faster transactions conducted across the blockchain networks.

D.E.B.T. is expanding needed data center mining capacity by supporting the building of micro data centers and placing them near existing energy sources such as NATG's natural gas wells. This location proximity allows for data centers to make use of burn-off energy from the wells that would otherwise be unusable.

These data centers play a key role in supporting cryptocurrency mining on specific blockchain networks, such as Bitcoin. The centers can provide the infrastructure needed to host and run blockchain nodes, which are essential for maintaining the integrity and security of the network. Data centers can also provide the computing power needed for miners to process transactions and validate new blocks on a variety of blockchains. This is especially important for blockchains that require significant computational resources, such as those that use proof-of-work consensus algorithms.

Revenue in the Data Center market is projected to reach 342.1 billion US dollars in 2023, with the largest segment of the market, Network Infrastructure, having a projected market volume of 203.4 billion US dollars in 2023* Additionally, revenue for this market is expected to show a compound annual growth rate (CAGR) of 4.66% from 2023 to 2027, resulting in an overall market volume of 410.4 billion US dollars by 2027, with most of the revenue being generated in the United States.*



https://www.statista.com/outlook/tmo/data-center/worldwide

# WHY DATA CENTER MINING?

Data centers are essential for modern digital communication, as they provide a secure and reliable infrastructure for storing, processing, and transmitting data. D.E.B.T.'s data centers plan to contribute the following benefits:

1. **Data storage:** Data centers provide a secure and scalable environment for storing vast amounts of data. With the explosive growth of digital data, ranging from personal photos and documents to business-critical information, data centers are necessary to ensure that this high volume of data can be stored and accessed quickly.

2. **Processing power:** Data centers are designed to provide the processing power needed to handle complex computing tasks and data-intensive applications. This includes everything from running complex simulations to processing financial transactions, and is especially important in the blockchain space as it allows enough power to run nodes.

3. **Security:** Data centers are designed to provide a secure environment for data storage and processing. They are equipped with sophisticated security measures, including firewalls, access controls, and encryption, to protect against data breaches.

4. **Eco-friendly powering:** D.E.B.T. supported data centers will be powered using flares or burn-off energy from NATG sites, allowing for gas reserves to be used efficiently when they would have otherwise gone to waste.

5. **Mining royalties:** D.E.B.T. supported data centers will use royalties earned from data mining to purchase, vault, and burn DCM tokens out of the ecosystem. With diminished supply comes increased demand, thus potentially increasing the value of the token over time.



# GET INVOLVED WITH DCM

Become part of the D.E.B.T. community with the purchase of a DCM mining license and take advantage of the blockchain and crypto industries through the growing D.E.B.T. ecosystem. Purchase your DCM mining license today to receive daily rewards supported by half-life tokenomics.

There are 100,000 retail mining licenses available. Standard retail licenses will be available at the cost breakdown below. Note that all standard DCM mining licenses may be purchased using USDT, USDC, BNB, DEBT, NATG, or BGLD tokens only.

| License | Cost |
|---|---|
| 1-1,000 | $7,500 |
| 1,001-2,000 | $7,000 |
| 2,001-3,000 | $6,500 |
| 3,001-4,000 | $6,000 |
| 4,001-5,500 | $5,500 |
| 5,501-7,500 | $5,000 |
| 7,501-10,000 | $4,500 |
| 10,001-13,000 | $4,000 |
| 13,001-17,000 | $3,500 |
| 17,001-22,500 | $3,000 |
| 22,501-30,000 | $2,500 |
| 30,001-40,000 | $2,000 |
| 40,001-55,000 | $1,500 |
| 55,001-80,000 | $1,000 |
| 80,001-100,000 | $750 |

The DCM Project will also offer 5,000,000 micro licenses. A micro license is an affordable way to get involved with the D.E.B.T. ecosystem and provides 1% of the rewards generated by a standard retail mining license. Micro licenses can only be purchased with USDT. A micro license does not require the license holder to host the license and will operate perpetually, but is not transferable and will not convert to a NFT at a later date.

## DCM MINING LICENSE

All D.E.B.T. standard mining licenses, excluding micro licenses, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, and ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows, and Linux operating systems, and requires very little electricity and standard internet service. The cost for hosting varies by option. For more details, see www.thedebtbox.com/hosting.

## COLLECT REWARDS



When your DCM mining license is active and connected to the internet, you will be rewarded with DCM tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the DCM Piggy Bank wallet within 24 hours.



You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.





## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how the cryptocurrency functions. Each project's specific tokenomics are programmed into its smart contract.

The D.E.B.T. Data Center Mining Project (DCM) tokenomics have been designed based on the economic theory of supply and demand. Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to mining license holders, and the other fifty percent (50%) will be mined by the treasury. With a finite number of licenses and tokens set to come into existence, the DCM project tokenomics are supported by three areas:

- Data Center Mining royalties
- DCM mining license purchases: 100,000 retail licenses and 5,000,000 micro licenses available.
- A 10% transaction fee (including withdrawals, swaps, transfers, and purchases), half of which is distributed to license holders quarterly as BTC (or chain equivalent) and half of which is vaulted, then released and burned annually.

The DCM Project smart contract does not have mint or immediate burn functions but still supports the economic theory of supply and demand through vaulting and burning tokens. Each year on July 1, the vault will release its tokens and those tokens will be burned. The EGI pool will match that vault burn amount. For instance, if 50,000 DCM tokens are vaulted, then released from the vault and burned, 50,000 tokens will also be burned from the DCM EGI pool.

One and a half billion (1,500,000,000) DCM tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All DCM tokens must be digitally mined by DCM mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the DCM Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The DCM Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All DCM tokens must be digitally mined by a license holder.

# DATA CENTER MINING PROJECT
# HOW IT WORKS

## DATA CENTER MINING (DCM)

The DCM Project is a way to be a part of the recession-proof digital mining industry through token rewards. Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to receive royalties from the data center developer and many micro data centers planning for additional capacity to be brought online by multiple data center developers. These royalties shall be used to purchase, vault, and burn DCM tokens out of the DCM Project ecosystem, supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the data center distribution sector with the goal of increasing the size of tokens vaulted and burned, further supporting the DCM Project.

In addition to the vaulting of royalties, the tokenomics include multiple ways to reduce the number of tokens in the ecosystem.

## LICENSE ACTIVATION

The DCM project will make available only 100,000 retail mining licenses. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual digital asset. D.E.B.T. will notify the DCM Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

## ECOSYSTEM GROWTH INITIATIVE POOL

The platform's DCM Project Ecosystem Growth Initiative (EGI) pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol. The purpose of the EGI pool is to hold the tokens until they are mined.

## TRANSACTION FEES

The DCM Project token has a 10% transaction fee. This fee applies to all transactions involving DCM tokens, including withdraws, swaps, transfers, exchanges, and purchases. 50% of the fee will be distributed to license holders quarterly in the form of BTC (or chain equivalent), while the other 50% will be vaulted, then released annually and burned.

## REWARDS

DCM Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet.

Upon launch, peer-to-peer transfer of DCM tokens will be available immediately. It is anticipated that the DCM Project token will be listed on its first exchange within the third quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.

 **SUPPLY SCHEDULE**

The DCM token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1.5 billion tokens. The DCM token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on synthetic, license-based mining rules and schedule. The distribution schedule for the DCM token is below and continues indefinitely. Supply distribution amounts in the chart below do not reflect the amount of tokens that will be burned each year.



 **RESOURCES**

There are 5 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the Wallet Holders section of the DCM token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | CBFb | Mining pool from where the daily mining is distributed. |
| Piggy Bank | 60AC | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Buy and Vault Wallet | 590B | All DCM tokens that have been used to purchase DCM mining licenses will be held in this wallet until burned. |
| Treasury Wallet | dA83 | Responsible for managing the ecosystem and working to build value. |
| Airdrop Wallet | Ffd0 | Wallet used to airdrop tokens at the first of each month to all standard license holders (does not include micro licenses). |

 ## SUPPLY DISTRIBUTION

Smart Contract Address: E7C0

BSCScan Details : https://bit.ly/41KWyx5



 ## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC). This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DCM mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



**D.E.B.T.** BOX

Where Commodities Meet Digital Currency

# DEBT

**Token**
**Lite Paper**

V1.4

# DEBT BOX IS THE FUTURE OF  CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## DEBT BOX AT A GLANCE



ecosystem

go to your wallet

commodities & assets



## DEBT TOKEN

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.

### Growth Strategy



As DEBT Box hardware and software are launching and the ecosystem is becoming more robust, the key focus is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

---

### Get Involved

Become part of the DEBT Box community and take advantage of the crypto industry and the growing DEBT Box ecosystem from the comfort of your own home. Purchase your DEBT software mining license today to support and benefit from all DEBT Box projects. 30,000 DEBT software mining licenses will be available.



---

### DEBT Software Mining License



The DEBT software mining license is a one-time purchase that operates with very little electricity and requires minimal internet service. The software mining license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, or the DEBT Box hardware. See www.thedebtbox.com/specifications for more details.

---

### Collect Rewards

When your DEBT software mining license is active and connected to the internet, you will be rewarded with DEBT tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours.you can withdraw these rewards to your DEBT Box wallet using the dashboard.



# HOW IT WORKS

## PURCHASE A LICENSE

DEBT software mining license holders are a crucial part of supplying tokens for the future DEBT exchange and for the pairings on the future mobile app. To earn DEBT rewards, a software mining license must be purchased. By owning a DEBT software mining license, you become an essential part of the ecosystem.

## 30,000 LICENSES AVAILBILE

The number of licenses released for sale each year will be determined by the DEBT Council. There are 30,000 DEBT software mining licenses available.

The initial quantity of 15,000 licenses sold in 2022 were offered for sale at $3,000 each and sold out in less than 6 weeks. The price of subsequent licenses, along with any price increase rules, will be determined, and announced by the Debt Council at the time of the next release.

## HOST LICENSE

While other devices may go into sleep mode and disrupt the license's mining capabilities, DEBT Box is capable of running continuously. Each DEBT Box hardware is designed to host up to twenty (20) licenses of the individual's choosing from any of the DEBT Box projects.

Each software mining license can be assigned to and hosted on our proprietary DEBT Box hardware, a properly configured laptop, smart device or other hosting service to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and can operate using standard internet service. Please see www.thedebtbox.com/specifications for more information.

## 50 MILLION DEBT TOKENS

Only fifty million (50,000,000) DEBT tokens can be mined and placed into circulation. All DEBT tokens must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project. This constitutes a fair launch protocol because 100% of the token must be mined. It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government.

## EARN REWARDS

The DEBT token supports all projects in the DEBT Box ecosystem. It will be the most widely paired and beneficial token of the project. Earn DEBT tokens for supporting this innovative, decentralized, eco-friendly blockchain technology.

# REWARDS



While a DEBT software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem and all its projects. For this support, each license will be rewarded with a distribution of DEBT tokens. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box wallet.





Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).



The DEBT token was created in 2021. Fifty percent (50%) of the tokens available at creation were distributed in the first year. Each subsequent year fifty percent (50%) of the remaining tokens will be distributed and continue in perpetuity until 50 million DEBT tokens have been distributed.

## In 2022, 12,500,000 tokens will be distributed.

- 50% to software mining license holders based on number of active points in the system.

- 50% to the DEBT Council for project growth and liquidity for exchanges.

# DEBT TOKEN BENEFITS

- Exchange DEBT tokens with NO transfer fees
- **Buy any License** in the DEBT ecosystem with DEBT tokens
  - No need to exchange for other tokens
  - Eliminates double transaction fees
- Easily swap for any DEBT Box ecosystem token
- **Widest pairings** of all DEBT Box ecosystem tokens
  - Limited supply
  - Zero fee protocol when swapping from DEBT token to any other token ecosystem
- All DEBT software mining license holders will also benefit from priority access to future projects released in the DEBT Box ecosystem

# TOKENOMICS

To be rewarded for a full 24-hour mining cycle, a license holder must have an active DEBT software mining license connected to the internet that is online and regularly reporting activity to the mining server. Rewards are distributed based on a point system.

Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI are mined to license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to license holders, fifty percent (50%) will be awarded to the DEBT Council.

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of new projects and providing for the swap function in the future APP and exchange.

 ## Supply Metrics

| Max Supply | 50,000,000 |
|---|---|
| Total Supply | 50,000,000 |
| Circulating Supply | ~28,125,000 |

**Circulating Supply** = Number of coins in the public market.

**Market Cap** = Current Price  X  Circulating Supply
Ex: $630,316,968.75 = $22.41127  X  28,125,000

**Fully Diluted Market Cap (FDMC)** = Current Price  X  Max Supply
Ex: FDMC = $1,120,563,500 = $22.41127  X  50,000,000

*Examples provided for illustrative purposes only.*

## Supply Schedule



DEBT token is a Binance Smart Chain BEP-20 token, with a finite supply of 50,000,000 tokens. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule.

## Supply Distribution

There are 4 main wallets in the DEBT tokenomics. All remaining wallet holders can be found on the *Wallet Holders* section of the token page on BSCScan, linked below.

| Name | Address | Purpose |
|---|---|---|
| EGI Pool | d6d0 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 38f0 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 94B2 | Holds your rewards until you withdraw the rewards to private your DEBT wallet |
| Payments Wallet | EF45 | Wallet holding all DEBT tokens that have been used to purchase mining licenses, these tokens are vaulted until January 1 of the following year. |

 ## Resources

Smart Contract Address:  181c

BSCScan Details https://bit.ly/3iv6mGe

 # Disclosures and Risks

It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Regarding blockchain technology. This information has been provided to introduce you to the DEBT Box ecosystem and software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT blockchain.

For more information, please see the Terms and Conditions at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Mining



## Digital Gold
### The Future of Gold Exploration

V1.0

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital rewards are supported by real-world commodities through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability. Projects include agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, distribution channels and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefits that can be used by D.E.B.T. mining license holders, D.E.B.T. ecosystem token holders, and third-party token holders.

## D.E.B.T. AT A GLANCE



# DIGITAL GOLD (DLG)

The D.E.B.T. Digital Gold (DLG) Project capitalizes on the benefits of the D.E.B.T. Explore Project (XPLR) and works closely with a team of precious metal mining industry professionals including geologists, mining engineers, and mine site operators to analyze mine data and accurately create project feasibility reports. This combination of advanced exploration analytics and industry knowledge provides improved estimates of recoverable gold production, feasibility of mining and other insight that led to a successfully administered and operated physical gold mining project. The DLG Project is focused on several physical mining projects within the Southwestern United States and in Ghana, West Africa.

 **The DLG Project will contribute to the mining industry by supporting selected mining projects and offering the following benefits:**



# GET INVOLVED WITH  DLG

Become part of the D.E.B.T. community with the purchase of a DLG mining license and take advantage of the gold commodity and crypto industries through the growing D.E.B.T. ecosystem. As a DLG mining license holder, you may earn daily rewards (the DLG Token) for your support of the ecosystem.

There are a total of 100,000 licenses available for retail purchase, 5,000,000 Micro licenses will be available, and 150,000 licenses owned by the treasury.

The DLG Project is the first D.E.B.T. ecosystem project to offer Micro licenses. A Micro license is an affordable way to get involved with the D.E.B.T. ecosystem and provides 1% of the rewards generated by a retail perpetual mining license. A Micro license does not require the license holder to host the license and will operate perpetually but will not convert to an NFT at a later date.  Micro licenses are not transferable.

## ⚡ RETAIL LICENSES WILL BE AVAILABLE AT THE FOLLOWING COST BREAKDOWN:



| | |
|---|---|
| 0 - 10,000 | $2,000 |
| 10,001 – 20,000 | $2,250 |
| 20,001 – 30,000 | $2,500 |
| 30,001 –40,000 | $2,750 |
| 40,001 - 50,000 | $3,000 |
| 50,001 - 60,000 | $3,250 |
| 60,001 - 70,000 | $3,500 |
| 70,001 - 80,000 | $3,750 |
| 80,001 - 90,000 | $4,000 |
| 90,001 - 100,000 | – beginning at $4,100 per license, the price will increase by $100 for every 100 licenses sold (i.e. the price for licenses 99,901 – 100,000 will be $14,000). |

## DLG MINING LICENSE HOSTING

With the exception of Micro licenses, all D.E.B.T. mining licenses, including the DLG mining license, must be hosted through one of several available hosting options.  Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. The cost for hosting varies by option. For more details, see: www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your DLG mining license is active and connected to the internet, you will be rewarded with DLG tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other tokens, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.



## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how a cryptocurrency functions.

The D.E.B.T. Digital Gold Project tokenomics have been designed based on the economic theory of supply and demand. As a deflationary token, the number of tokens in the ecosystem will continue to decrease, thus potentially increasing the value over time. With a set number of licenses and tokens set to come into existence, the DLG project tokenomics are supported by five areas:

- 100,000 retail mining licenses will be available for purchase, 5,000,000 Micro licenses and 150,000 treasury licenses.
- DLG mining license activation. 100,000 tokens are generated per license and added to the EGI pool, providing a finite total of 30 billion DLG tokens.
- DLG Project royalties will purchase tokens out of the ecosystem and burn them monthly.
- Beginning  April 1, 2023, each quarter, 25% of the EGI pool will be burned.
- 10 % transaction fees are charged for each transaction involving DLG. this includes, but is not limited to withdrawals, swaps, transfers, and purchases. 100% of these fees will be burned monthly.

A limited number of DLG tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All DLG tokens must be digitally mined by DLG mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the DLG Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents. The DLG Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All DLG tokens must be digitally mined by a license holder.

## MILESTONES

- The DLG Project has integrated XPLR, enabling the use of proprietary remote sensing technology
- The DLG Project has partnered with gold mining operation companies in the USA and in Africa
- The DLG Project has partnered with a leading metal separation and refining company
- The DLG Project has partnered with a responsible sourcing and tracking supply chain company
- The DLG Project has been listed on decentralized exchanges

## REWARDS



DLG Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet once the minimum balance requirement has been achieved.

Upon launch, peer-to-peer transfer of DLG tokens will be available immediately. It is anticipated that the DLG token will be listed on its first exchange within the second quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.

# HOW IT WORKS

## DIGITAL GOLD PROJET  (DLG) 〝

The DLG Project is a revolutionary way to be a part of the global gold mining industry through token rewards.  Our strategic partnerships offer the D.E.B.T. ecosystem the ability to earn royalties from the gold mining industry. These royalties shall be used to purchase DLG tokens out of the DLG Project ecosystem (i.e. burn) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the gold industry with the goal of increasing the size of token burns, further supporting the DLG Project.

In addition to the burn of royalties, the tokenomics include multiple ways to reduce the tokens in the ecosystem supporting the deflationary tokenomics.

## LICENSE ACTIVATION 〝

For every DLG software mining license activated, a predetermined amount of DLG token rewards will be placed into the DLG Ecosystem Growth Initiative (EGI) pool. This creates enough tokens in the ecosystem to be digitally mined. The purpose of the EGI pool is to hold the tokens until they are mined. The DLG project will make available only 100,000 retail and 5,000,000 micro software mining licenses, creating a finite total of 30 billion tokens that will be available to be mined from the EGI pool. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. Micro licenses will not convert to NFTs.  D.E.B.T. will notify the DLG Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

To add continued support to the ecosystem, the D.E.B.T. Council will control 150,000 treasury licenses. These licenses will be used to manage liquidity pools, expand future development, continue to build, and support the stability of the D.E.B.T. ecosystem. The D.E.B.T. Council will work to continue to develop a variety of relationships in the gold mining industry that increase token burns.

## 〝 ECOSYSTEM GROWTH INITIATIVE POOL

The platform's DLG Project Ecosystem Growth Initiative Pool is the pool of available rewards that the platform's algorithms will award to license holders in accordance with the network protocol.

## 〝 TRANSACTION FEES

The DLG Project token has a 10% transaction fee. This fee applies to all transactions involving DLG tokens. Including: withdrawals, swaps, transfers, exchanges, and purchases. 100% of the transaction fees (also called a "tax" in the crypto industry) will be sent to the DLG Project burn wallet and used to remove DLG tokens from the ecosystem forever.

## 〝 QUARTERLY BURN

Every quarter, beginning  April 1, 2023, one-quarter (25%) of the DLG token EGI pool will be sent to the burn wallet permanently removing those tokens from the ecosystem. In the cryptocurrency space, burning tokens is a process that reduces the number of tokens capable of being mined. More precisely, the quarterly burn will reduce the block subsidy provided to DLG license holders. The reduction in tokens ensures that a crypto asset will follow a steady issuance rate (total mining rate across the DLG Project) until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. This process only affects tokens in the EGI pool, not tokens that have been purchased or rewarded to mining license holders. By reducing the number of tokens available in the EGI pool, the daily rewards awarded to license holders will also be reduced. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens potentially increases over time.





## SUPPLY DISTRIBUTION

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|---|---|---|
| EGI Pool | 1176 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 55A3 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | C20e | Holds your rewards until you withdraw the rewards to your DLG wallet |
| Payments Wallet | 828E | All DLG tokens that have been used to purchase DLG mining licenses will be held in this wallet until burned. |



## RESOURCES

Smart Contract Address: 6B1b

BSCScan Details
https://bscscan.com/address/ 66B1b





## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DLG mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain. www.thedebtbox.com/terms-and-conditions



Where Crypto Meets Commodities



## Water Blockchain Project
## Lite Paper



# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital tokens are supported by real-world commodities and services through royalties from projects which are used to purchase tokens out of the ecosystem through the blockchain to add stability with tangible revenues. Projects include agriculture, bauxite, crude oil, gold, real estate, distribution channels, and natural gas, just to name a few, with more projects to be announced.

The D.E.B.T. ecosystem benefits from the token burns that occur from the purchase of tokens from project royalties received. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



As D.E.B.T. projects continue to launch, the ecosystem is becoming more robust. The key focus now is growth. Currently, there are multiple projects in the pipeline, and new projects are being reviewed regularly. The diverse collection of real-world commodity projects contributes to the roadmap for creating benefits that can be used by D.E.B.T. mining license holders, D.E.B.T. ecosystem token holders, and third-party token holders.



# D.E.B.T. AT A GLANCE

WATER BLOCKCHAIN PROJECT (DRIP)

The Water Blockchain Project (DRIP) is supported by the physical production of water products. D.E.B.T. is revolutionizing the water industry (retail packaged water, including purified, spring, sparkling, distilled and flavored) by bringing it into the world of crypto. The water industry is currently valued at about $342 billion dollars and is expected to increase at a compound annual growth rate (CAGR) of 5.24% per year from 2024 to 2027; this growth can be attributed to factors such as a higher demand for hygienic drinking water and increased health consciousness in consumers*. As a part of the drip project, the D.E.B.T. Council will work closely with our partners to ensure a portion of all water sales will be used to drill wells in areas across the world that will benefit from access to clean drinking water.



* https://www.statista.com/outlook/cmo/non-alcoholic-drinks/bottled-water/worldwide

# GET INVOLVED WITH DRIP

Become part of the D.E.B.T. community with the purchase of a DRIP mining license and take advantage of the water distribution and crypto industries through the growing D.E.B.T. ecosystem. Purchase your DRIP mining license today to earn daily rewards supported by half-life tokenomics.
There are 130,000 retail mining licenses available. Retail licenses will be available at the cost breakdown below. Note that licenses priced between $4,000 or less can only be purchased with USDT, USDC, BNB, or DEBT, while licenses priced above that can be purchased with the aforementioned tokens as well as any D.E.B.T. project token.

| License | Cost |
|---|---|
| 1-1,000 | $7,500 |
| 1,001-2,000 | $7,000 |
| 2,001-3,000 | $6,500 |
| 3,001-4,000 | $6,000 |
| 4,001-5,500 | $5,500 |
| 5,501-7,500 | $5,000 |
| 7,501-10,000 | $4,500 |
| 10,001-13,000 | $4,000 |
| 13,001-17,000 | $3,500 |
| 17,001-22,500 | $3,000 |
| 22,501-30,000 | $2,500 |
| 30,001-40,000 | $2,000 |
| 40,001-55,000 | $1,500 |
| 55,001-80,000 | $1,000 |
| 80,001-105,000 | $750 |
| 105,001-130,000 | $500 |

The DRIP Project will also offer 2,000,000 micro licenses. A micro license is an affordable way to get involved with the D.E.B.T. ecosystem and provides 1% of the rewards generated by a retail perpetual mining license. Micro licenses can only be purchased with USDT. A micro license does not require the license holder to host the license and will operate perpetually but is not transferable and will not convert to a NFT at a later date.

## DRIP MINING LICENSE

All D.E.B.T. perpetual mining licenses, excluding micro licenses, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows, and Linux operating systems, and requires very little electricity and standard internet service. The cost for hosting varies by option. For more details, see www.thedebtbox.com/hosting.

## COLLECT REWARDS

When your DRIP mining license is active and connected to the internet, you will be rewarded with DRIP tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the DRIP Piggy Bank wallet within 24 hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

# TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how the cryptocurrency functions. Each project's specific tokenomics are programmed into its smart contract.

The D.E.B.T. Water Project (DRIP) tokenomics have been designed based on the economic theory of supply and demand. Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to standard mining license holders, and the other fifty percent (50%) will be mined to the treasury. With a finite number of licenses and tokens set to come into existence, the DRIP project tokenomics are supported by three areas:

- Water royalties
- DRIP mining license purchases: 130,000 retail licenses and 2,000,000 micro licenses available.
- A 10% transaction fee (including withdrawals, swaps, transfers, and purchases), half of which is distributed to standard license holders and half of which is vaulted

The DRIP Project smart contract does not have mint functions but still supports the economic theory of supply and demand through vaulting and burning tokens. Each year on July 1, the vault will release its tokens and those tokens will be burned. The EGI pool will match that vault burn amount. For instance, if 50,000 DRIP tokens are vaulted, then released from the vault and burned, 50,000 tokens will also be burned from the DRIP EGI pool.

One and a half billion (1,500,000,000) DRIP tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All DRIP tokens must be digitally mined by DRIP mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the DRIP Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents.  The DRIP Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All DRIP tokens must be digitally mined by a license holder.

# WATER BLOCKCHAIN PROJECT
# HOW IT WORKS

### Water Blockchain (DRIP)

The DRIP Project is a revolutionary way to be a part of the recession-proof global water industry through token rewards.   Our strategic partnerships and unique negotiating abilities offer D.E.B.T. the ability to earn royalties from the manufacturing of several water products.  These royalties shall be used to purchase DRIP tokens out of the DRIP Project ecosystem (i.e. vault) supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from the water distribution sector with the goal of increasing the size of tokens vaulted and burned, further supporting the DRIP Project.

In addition to the vaulting of royalties, the tokenomics include multiple ways to reduce the number of tokens in the ecosystem.

### LICENSE

The DRIP project will make available only 130,000 retail mining licenses. Licenses are not transferable, however, when all retail licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset. D.E.B.T. will notify the DRIP Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

## ECOSYSTEM GROWTH INITIATIVE POOL

The purpose of the EGI pool is to hold the tokens until they are mined.   The platform's DRIP Project Ecosystem Growth Initiative (EGI) pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## TRANSACTION FEES

The DRIP Project token has a 10% transaction fee. This fee applies to all transactions involving DRIP tokens, including withdraws, swaps, transfers, exchanges, and purchases. 50% of the fee will be distributed to standard license holders monthly, while the other 50% will be vaulted, and burned annually.

## REWARDS

DRIP Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet. Fifty percent (50%) of the daily distribution will be awarded to software license holders and the other fifty percent (50%) will be mined by the treasury.

Upon launch, peer-to-peer transfer of DRIP tokens will be available immediately. It is anticipated that the DRIP Project token will be listed on its first exchange within the third quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.



 **RESOURCES**

The DRIP token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1.5 billion tokens. The DRIP token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule. The distribution schedule for the DRIP token is below and continues indefinitely. Supply distribution amounts in the chart below do not reflect the amount of tokens that will be burned each year.



 **RESOURCES**

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the Wallet Holders section of the DRIP token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | ████████████████B9F8 | Mining pool from where the daily mining is distributed. |
| Airdrop | ████████████████5B0a | Wallet used to airdrop tokens at the first of each month to all standard licenses owners (not Micro licenses). |
| Piggy Bank | ████████████████e70d | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Payments Wallet | ████████████████A42E | All DRIP tokens that have been used to purchase DRIP mining licenses will be held in this wallet until burned. |
| Treasury | ████████████████De99 | Responsible for managing the ecosystem and working to build value. |

 ## SUPPLY DISTRIBUTION

Smart Contract Address: ████████████████████████ 3C1e



BSCScan Details : https://bit.ly/41p9193

 ## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the DRIP mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Currency



**Token
Lite Paper**

v1.5

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly. Our goal is to release new projects in the pipeline on a quarterly basis.

## DEBT BOX AT A GLANCE



commodities & assets

blockchain ecosystem



## GROW TOKEN (GROW)

GROW token, the fourth DEBT Box project to launch, is supported by high yielding agriculture. GROW will contribute to the agriculture industry in the following ways and will bring a unique revenue source back into the ecosystem.



REDUCING GROW COSTS

REDUCING A RELIANCE ON BROKERS

LESS WASTE

PROVIDING A BETTER UNDERSTANDING OF BOTTLENECKS

CREATING VALUE EARLIER IN THE PROCESS

BETTER EFFICIENCY WITH LESS ADMINISTRATIVE BURDEN

THE ABILITY TO ATTRACT NEW LIQUIDITY

GROW WILL ALSO BE USED AS A PAYMENT SYSTEM

## Get Involved with GROW

Become part of the DEBT Box community with a purchase of a GROW software mining license and take advantage of the crypto industry and the growing DEBT Box ecosystem from the comfort of your own home. Purchase your GROW software mining license today to earn reward tokens supported by agriculture.  This project includes 50,000 GROW software mining licenses.



### GROW Software Mining License



DEBT Box software mining licenses, including GROW, operate with very little electricity and require standard internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, hosting service or the DEBT Box hardware. For more details on the required specifications, see: www.thedebtbox.com/specifications.

## Collect Rewards

When your GROW software mining license is active and connected to the internet, you will be rewarded with GROW tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to the GROW Piggy Bank wallet within 24-hours. Withdraw these rewards to your DEBT Box GROW wallet using the dashboard.



# HOW IT WORKS

## PURCHASE A LICENSE

To earn GROW rewards, a software mining license must be purchased and connected to the internet. 50,000 GROW licenses are available for this project. Once all licenses are sold, all GROW licenses will be converted to transferable NFTs.

## HOST YOUR LICENSE

Each license sold can be assigned to, and hosted on, our proprietary hardware system known as the DEBT Box, a laptop, smart device or other hosting service, to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

## EARN REWARDS

While a GROW software license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of GROW tokens every 24-hours. Rewards generated today are deposited to the GROW Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

## AGRICULTURE ROYALTIES

A percentage of revenue generated from vetted and approved farming operations will be converted to GROW tokens and vaulted. With revenues coming in from multiple Agricultural projects in various jurisdictions on multiple continents, GROW token will continue to be taken off the market.

Digital Licensing, Inc. (DLI) has partnered with multiple Agricultural companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent companies with successful track records and decades of experience. The partners' experience combined with technical innovations brought by the DEBT Box ecosystem create proprietary efficiencies in this industry which are proprietary to the DEBT Box platform.

## TRANSACTION FEES

GROW is subject to a 10% transfer fee. Each month half of this fee will be distributed. Based on the results of the Community Vote, beginning November 1, 2022 distributions will be done in GROW token, 50% to all GROW license holders and 50% distributed to the DEBT Council

## 1 BILLION GROW TOKENS

One billion (1,000,000,000) GROW tokens will be mined and placed into circulation. All GROW tokens must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project structure. The GROW project constitutes a fair launch protocol, because 100% of the token must be mined.



# MILESTONES

| COMPLETE | FUTURE |
|---|---|
| • Partnered with operating farms<br>• Evaluate carbon credit potential<br>• Harvest first crop | • Listed on Pancake Swap<br>• $5m in liquidity<br>• Create p2p payment solution |

# REWARDS





While a GROW software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each software mining license will be rewarded with a distribution of GROW tokens. Rewards generated today are deposited into the GROW Piggy Bank wallet within 24-hours, from here, they can be withdrawn into your DEBT Box GROW wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).



The GROW project token was created in 2022, each year 50% of the tokens will be distributed and continue in perpetuity until 1 billion have been distributed. As 50% of the EGI pool is mined every year.



# TOKENOMICS

To be rewarded for a full 24-hour mining cycle, a license holder must have an active GROW software mining license connected to the internet that is online and regularly reporting activity to the mining server.

Tokens are mined from the Ecosystem Growth Initiative (EGI) on a half-life schedule. Each annual cycle half of the tokens in the EGI are mined to software mining license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to software license holders and the other 50% will be mined by the DEBT Council.

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of projects, and providing liquidity for exchanges.

The GROW tokenomics include a 10% fee for all GROW token transactions. In addition to the daily rewards earned, each month 50% of the collected transaction fees will be distributed. Based on the results of the community Vote, beginning November 1, 2022 distributions will be done in GROW token, 50% to all GROW license holders and 50% distributed to the DEBT Council



 **Supply Metrics**

| Max Supply | 1,000,000,000 |
|---|---|
| Total Supply | 1,000,000,000 |
| Circulating Supply | ~ 500,000,000 |

**Circulating Supply** = Number of coins in the public market.

**Market Cap** = Current Price  X  Circulating Supply
Ex: $50,000.00 = $0.0001  X  500,000,000

**Fully Diluted Market Cap (FDMC)** = Current Price  X Max Supply
Ex: $50,000.00 = $0.0001  X  50,000,000

*Examples shown are for illustrative purposes only.

 # Supply Schedule

GROW Token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1 billion tokens. The GROW token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule. The distribution schedule for the GROW token is below and continues indefinitely.



 # Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the *Wallet Holders* section of the token page on BSCScan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 1c7f | Mining pool where the daily mining is distributed from. |
| DEBT Council | 9058 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 4054 | Holds your rewards until you withdraw the rewards to your GROW wallet |
| Payments Wallet | 7844 | Wallet holding all GROW tokens that have been used to purchase mining licenses, these tokens are vaulted until April 1 of the following year. |

 ## Resources

Smart Contract Address: cBEd

BSCScan Details https://bit.ly/3JtZjZL



---

 ## Disclosures and Risks

It is important to know that the DEBT Box software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Information has been provided to introduce you to the GROW software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Currency



# Natural Gas

## The Future of Natural Gas
## Exploration Lite Paper

V1.3

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As DEBT Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

## DEBT BOX AT A GLANCE



# NATURAL GAS TOKEN (NATG)

Natural Gas is a DEBT Box project supported by and linked to the physical production and sale of natural gas. By purchasing a Natural Gas (NATG) Software Node license and becoming a NATG node operator, you're allowing Digital Licensing Incorporated, the DEBT Box ecosystem's permissioned administrator, to support natural gas industry projects within the exploration, drilling and physical production of natural gas with certain key benefits. License holders are rewarded for their blockchain support with NATG tokens.

**8 KEY BENEFITS**



# GET INVOLVED


**Purchase Your Natural Gas Software Mining License.** Become part of the DEBT Box community and be a part of the future of natural gas exploration and the growing DEBT Box ecosystem from the comfort of your home. Purchase your NATG software mining license today, this is a one-time purchase. There are 100,000 retail NATG  licenses available.


**Activate Your License.** DEBT Box software licenses, including NATG, operate with very little electricity and require minimal internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, a hosting service, or DEBT Box hardware. For more details on required specifications, see www.thedebtbox.com/specifications.


**Collect Rewards.** When your software mining license is active and connected to the internet, you will be rewarded with NATG tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated today are deposited to the NATG Piggy Bank wallet within 24-hours. Withdraw these rewards to your DEBT Box wallet using the dashboard.

# REWARDS



While a NATG software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of NATG tokens every 24-hours. Rewards generated today are deposited to a NATG Piggy Bank wallet within 24-hours and from here, can be withdrawn to your DEBT Box wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

Distributions are made daily based on a point system. The total number of points are computed each day and then used to calculate the distributions.

Rewards can be swapped or exchanged for other DEBT Box tokens, other currencies or used to make DEBT Box ecosystem purchases.

## NATG TOKEN MILESTONES

- Partnered with an exploratory company
- Located reserves
- Drilled geochem
- Have active wells

**FUTURE MILESTONES**
- Listed on PancakeSwap
- $5 million in liquidity
- Get listed on centralized exchange

## TOKENOMICS

The DEBT Box Natural Gas (NATG) tokenomics have been designed as a deflationary token, to create a true supply and demand dynamic. The NATG project is supported by four areas:

- **Natural gas production royalties**
- **NATG software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of NATG tokens will be mined and placed into circulation by a limited number of software licenses. All NATG tokens must be mined by NATG software mining license holders and will only be available for purchase through third-party exchanges.

This is not an Initial Coin Offering (ICO) project structure. The NATG project constitutes a fair launch protocol, because 100% of the token must be mined.

# HOW IT WORKS

## LICENSE PURCHASES

For every purchased NATG license, a pre-determined amount of NATG tokens will be placed into the NATG Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token mined. 100,000 NATG licenses are available. Once all licenses are sold, all NATG licenses will be converted to transferable NFTs.

While a NATG software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of NATG tokens. Rewards generated each day are deposited to the NATG Piggy Bank wallet within 24-hours, from here rewards can be withdrawn to your private NATG wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 100,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development of natural gas production projects for a share of the sales revenues, and continue to build and support the DEBT Box ecosystem.

## TRANSACTION FEES

NATG is subject to a 10% transaction fee. This fee will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the NATG EGI pool, this provides network growth
- 4% added to liquidity to access and support more exchanges

## GAS PRODUCTION ROYALTIES

A percentage of revenue generated from vetted and approved natural gas projects will be converted to NATG tokens and sent to the burn wallet, never to be seen again. With revenues coming from multiple gas projects in various jurisdictions, on multiple continents, NATG tokens will continually be taken out of the market.

Digital Licensing, Inc. (DLI) has partnered with multiple gas exploration companies in North America and in Africa. The partners selected by DLI, and the DEBT Council, are generally independent exploration and production companies with successful track records and decades of "in the field" experience. The partners' experience, combined with technical innovations brought by the DEBT Box ecosystem, create proprietary efficiencies in this industry which are exclusive to the DEBT Box platform.

DLI has engaged in supporting the drilling of multiple wells on two, permitted and licensed to operate, gas fields. The first gas field is in Nevada on Bureau of Land Management land. The second gas field is in Nebraska on private land. Future natural gas field projects are being reviewed continuously. There are currently 11 targeted sites in Nebraska, 3 in Louisiana, 2 in Arkansas, multiple natural gas field targets in Texas, and exploration work started on a very large onshore site in Ghana, West Africa near the prolific Gulf of Guinea ocean oil fields.

## HALVING

Every year on July 1st, one-half (50%) of the EGI pool is sent to the burn wallet never to be seen again.



# NATG NETWORK SYSTEM



**NATG**

| No | Action or Description | Smart Contract Function(s) |
|---|---|---|
| 1 &2 | Purchase a software mining license. | Pre-determined amount of NATG tokens are minted by the algorithm only in parity with the number of software licenses that are authorized to mine the ecosystem. (#6) |
| 3 &4 | Purchased software license activates a Private Virtual Server (PVS) in the cloud. | PVS begins mining NATG from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | NATG license holder sets up their private wallet to receive their NATG rewards. | NATG rewards are mined from the EGI pool (#7) and deposited into the NATG Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | NATG tokens are minted by the system network because of the activation of a software license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into natural gas exploration projects. | Natural gas exploration projects result in producing gas wells. (#8) |
| 9 | Natural gas is being produced from NATG sponsored projects. | Natural gas is sold to the refineries or buyers. (#9) |
| 10 | Proceeds from crude natural gas sales are paid into a trust fund. | The NATG trust fund aggregates crude oil sales proceeds. (#11) |
| 11&12 | The NATG trust fund collects proceeds from natural gas sales. | The NATG trust fund collects proceeds from natural gas sales to purchase NATG coin and place them into a burn wallet. (#11 and #12) |

 ## Supply Distribution

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | B534 | Mining pool where the daily mining is distributed from. |
| DEBT Council | i02E | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | FA6e | Holds your rewards until you withdraw the rewards to your private NATG wallet. |
| Payments Wallet | d456 | All NATG tokens that have been used to purchase NATG mining licenses, will be held in this wallet until burned. |

 ## Resources

Smart Contract Address: 279d

BSCScan Details https://bit.ly/3xCjCBQ 

 ## Disclosures and Risks

It is important to know that the NATG software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research regarding blockchain technology. This information has been provided to introduce you to the DEBT Box ecosystem and NATG software mining license, it is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT Box blockchain ecosystem.

For more information, please see the Terms of use at www.thedebtbox.com/terms-and-conditions.



Where Crypto Meets Commodities



**Royalties from Exotic Vehicles (REV) Project**



V 7.23

# D.E.B.T. IS THE FUTURE OF CRYPTO MINING

D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. digital project tokens are supported by real-world commodities and services through royalties from each underlying ecosystem project. These royalties are used to purchase tokens out of the ecosystem through the blockchain to add stability and support to the project tokenomics. Projects in the D.E.B.T. ecosystem benefit from token burns, which occur when the trust uses project royalties to purchase tokens out of the ecosystem. These royalties are generated from real-world physical commodities, products, and services.

## GROWTH STRATEGY



D.E.B.T. exists to further the potential of decentralized, eco-friendly blockchain technology, and to revolutionize industries in the process. With a robust and continually-growing ecosystem of token projects supported by real-world commodities and services, D.E.B.T. is using blockchain technology to benefit from efficiencies in a variety of industries such as gold, natural gas, agriculture, real estate, beverage distribution, and more.

Since the beginning of D.E.B.T., goals have been set and milestones reached that have furthered our progress toward true decentralization. The next and most vital step in that mission is the creation of our very own blockchain: the D.E.B.T. CHAIN. Innovations such as mobile-supported nodes, RFID commodity and service tracking, rug pull protection processes, and open-source development will allow the D.E.B.T. ecosystem to be set free into the hands of its participants. Implementation of the D.E.B.T. Toolbox feature will allow anyone to create and submit their own tokenized asset projects and integrate them with the D.E.B.T. CHAIN. Participants will be able to review and purchase NFT nodes for available token projects on the upcoming D.E.B.T. Marketplace. This ecosystem advancement is both the primary focus and the future crowning achievement of the D.E.B.T. Council, and we look forward to continuing to break new ground in the space "where crypto meets commodities."





# D.E.B.T. AT A GLANCE

## THE ROYALTIES FROM EXOTIC VEHICLES (REV) PROJECT

The REV Project is supported by royalties received from a variety of alternative, titleable asset classes such as cars, recreational vehicles, boats, and aircraft. Through D.E.B.T.'s partners, the project will use several different strategies that focus on leveraging lending strategies along with the appreciation and depreciation schedules, rental potential, and fractionalization of ownership of these motor classes to receive a portion of the royalties generated and put them toward buying and vaulting REV tokens out of the ecosystem.

Alternative, titleable asset classes generally require a large down payment and a premium interest rate to purchase and utilize, and depreciate nearly immediately after purchase/use. With the variety of strategies implemented in the REV Project, including involvement in dealership flooring and buy and sell approaches, the efficiency and growth of the REV Project's underlying industry has potential to improve greatly. The provision of D.E.B.T.'s blockchain technology in this industry, along with the knowledge and experience contributed by D.E.B.T.'s experienced industry partners, results in potential for a more effective approach to alternative asset ownership. As a part of the REV Project, D.E.B.T. will also put a portion of the royalties received toward working closely with partners to contribute to industry-related charitable causes.

Industry data on each of the REV Project's alternative asset classes indicate the following growth projections:

1. Luxury cars: The luxury car market, on a global scale, was valued at $617.36 billion USD in 2022. Between 2022 and 2030, the industry is expected to grow at a compound annual growth rate (CAGR) of 6.9%.(a)
2. Recreational vehicles: The recreational vehicle market, on a global scale, was valued at $55.28 billion USD in 2020, and is projected to grow at a compound annual growth rate (CAGR) of 6.7% to be valued at an estimated $55.90 billion USD in 2028.(b)
3. Boats: The recreational boating industry, on a US national scale, was valued at $16.26 billion USD in 2021, and is expected to grow at a compound annual growth rate (CAGR) of 8.26% to be valued at an estimated $26.18 billion USD in 2027.(c)
4. Aircraft: Predictions estimate that there will be between 6,362 and 7,300 new private aircraft sales between 2020 and 2030, where those sales would total between $217.5 billion and $235 billion USD.(d )

(a)https://www.grandviewresearch.com/industry-analysis/luxury-car-market-report
(b)https://www.fortunebusinessinsights.com/recreational-vehicles-rv-market-105474
(c)https://www.arizton.com/market-reports/us-recreational-boat-market#:~:text=electric%20boat%20industry.-,The%20U.S.%20recreational%20boat%20market%20was%20valued%20at%20USD%2016.26,at%20a%20CAGR%20of%208.26%25.
(d)https://www.stratosjets.com/blog/private-jet-statistics/

# GET INVOLVED WITH REV

Become part of the D.E.B.T. community with the purchase of a REV mining license and take advantage of the alternative titleable asset and crypto industries through the growing D.E.B.T. ecosystem. Purchase your REV mining license today to receive daily rewards supported by half-life tokenomics.

There are 100,000 retail mining licenses available. Standard retail licenses will be available at the cost breakdown below. Standard licenses priced from $7,500 to $2,500 can be purchased using all D.E.B.T. project tokens. Licenses priced at $2,000 and below can only be purchased using DEBT, USDT, USDC, BNB, and REV tokens.

| License | Cost |
|---|---|
| 1-1,000 | $7,500 |
| 1,001-2,000 | $7,000 |
| 2,001-3,000 | $6,500 |
| 3,001-4,000 | $6,000 |
| 4,001-5,500 | $5,500 |
| 5,501-7,500 | $5,000 |
| 7,501-10,000 | $4,500 |
| 10,001-13,000 | $4,000 |
| 13,001-17,000 | $3,500 |
| 17,001-22,500 | $3,000 |
| 22,501-30,000 | $2,500 |
| 30,001-40,000 | $2,000 |
| 40,001-55,000 | $1,500 |
| 55,001-80,000 | $1,000 |
| 80,001-100,000 | $750 |

*DEBT Supporter license drops ("order drops" of discounted, standard, new project license offers to those who own DEBT standard or micro licenses) must be purchased using BLOX token only. Licenses purchased using these discounted offers will be available for $3,500, and will be taken from the block of licenses allotted to that $3,500 price point listed in the chart above.

## REV STANDARD MINING LICENSE

All D.E.B.T. standard mining licenses, excluding micro licenses, must be hosted through one of several available hosting options. Each license can be assigned to VBOX, D.E.B.T.'s virtual machine hosting service, and ad-hoc cloud hosting by D.E.B.T. via individual hosting credits, the downloadable D.E.B.T. Desktop application, or a third-party hosting service provider. For licensees utilizing the desktop application, the D.E.B.T. mining software is compatible with all MacOS, Windows, and Linux operating systems, and requires very little electricity and standard internet service. The cost for hosting varies by option. For more details, see www.thedebtbox.com/hosting.

## REV MICRO LICENSE

The REV Project has a micro license option available, as long as inventory permits. Micro licenses are an affordable way to get involved with the D.E.B.T. ecosystem. They provide 1% of the rewards generated by a standard retail mining license and can only be purchased with USDT. A micro license operates perpetually, but does not require the license holder to host the license, is not transferable, and will not convert to a NFT at a later date. Micro licenses are not required to sell out for a standard license to be converted to an NFT.

## COLLECT REWARDS

When your REV mining license is active and connected to the internet, you will be rewarded with REV tokens for supporting the D.E.B.T. ecosystem. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC). Rewards generated today are deposited to the REV Piggy Bank wallet within 24 hours.

You may withdraw these rewards to your D.E.B.T. wallet using the dashboard. Rewards can then be stored, exchanged for other tokens, or used to make additional purchases on the D.E.B.T. platform. There is no guarantee the rewards will have any monetary value, which is subject to many factors, most of which are out of D.E.B.T.'s control.

## TOKENOMICS

Tokenomics, also known as token economics, are the factors that determine how the cryptocurrency functions. Each project's specific tokenomics are programmed into its smart contract.

The D.E.B.T. Royalties from Exotic Vehicles (REV) Project tokenomics have been designed based on the economic theory of supply and demand. Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI pool are mined to mining license holders based on a synthetic mining algorithm that functions like other cloud mining algorithms, without requiring excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to mining license holders, and the other fifty percent (50%) will be mined by the treasury. With a finite number of licenses and tokens set to come into existence, the REV Project tokenomics are supported by four areas:

- Alternative asset class royalties
- REV standard and micro license purchases
- A 10% transaction fee (including withdrawals, swaps, transfers, and purchases), half of which is distributed to standard license holders quarterly in REV tokens and half of which is vaulted, then released and burned annually.
- An EGI burn match: when vaulted tokens are released and burned annually, the EGI Pool will complete a burn of the same amount of tokens.

The REV Project smart contract does not have mint or immediate burn functions but still supports the economic theory of supply and demand through vaulting and burning tokens. Each year on October 1, the vault will release its tokens and those tokens will be burned. The EGI pool will match that vault burn amount. For instance, if 50,000 REV tokens are vaulted, then released from the vault and burned, 50,000 tokens will also be burned from the REV EGI pool.

One and a half billion (1,500,000,000) REV tokens will be available to be digitally mined, and thus placed into circulation, by a limited number of mining licenses. All REV tokens must be digitally mined by REV mining license holders and will only be available for purchase through peer-to-peer or third-party digital token exchanges.

This is not an Initial Coin Offering (ICO) project structure. Licensees are NOT making an investment into the REV Project, D.E.B.T., D.E.B.T.'s licensees, affiliates, or parents. The REV Project constitutes a fair launch protocol because possession of a license does not entitle a license holder a right to tokens. All REV tokens must be digitally mined by a license holder.

# REV PROJECT
# HOW IT WORKS

## ALTERNATIVE ASSET CLASS ROYALTIES

Using several effective strategies, such as dealership flooring, buy and sell approaches, and the fractionalization of any of the asset classes included in the project, D.E.B.T. and the industry experts partnering with the REV Project will generate royalties. A portion of the royalties generated will go toward purchasing REV tokens out of the ecosystem and vaulting them, supporting the economic theory of supply and demand.

D.E.B.T. will continue to use its unique position to source additional royalty streams from various alternative asset class sectors with the goal of increasing the size of tokens vaulted and burned, further supporting the REV Project.

In addition to the vaulting of royalties, the tokenomics include multiple ways to reduce the number of tokens in the ecosystem.

## LICENSE ACTIVATION

The REV Project will make available only 100,000 retail mining licenses. Licenses are not transferable, however, when all licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual digital asset. D.E.B.T. will notify the REV Project community when the licenses convert to NFTs. The value of the NFTs will be dictated by the market and may be different than the purchase price of a license.

## ECOSYSTEM GROWTH INITIATIVE POOL

The platform's REV Project Ecosystem Growth Initiative (EGI) pool is the pool of available rewards that the platform's algorithms will award to software license holders in accordance with the network protocol.

## TRANSACTION FEES

The REV Project token has a 10% transaction fee. This fee applies to all transactions involving REV tokens, including withdraws, swaps, transfers, exchanges, and purchases. 50% of the fee will be distributed to license holders monthly in the form of REV tokens, while the other 50% will be vaulted, then released annually and burned.

## REWARDS

REV Project mining licenses that are active and communicating with the ecosystem will be rewarded with daily rewards (mined tokens). Each 24-hour cycle begins at 0:00 UTC (GMT) daily. Rewards will be prorated if the mining license is not active and connected to the internet for the full 24-hour period.

Daily rewards (mined tokens) are deposited to the Piggy Bank in the Rewards section of the D.E.B.T. Dashboard and can be withdrawn to a private D.E.B.T. wallet.

Upon launch, peer-to-peer transfer of REV tokens will be available immediately. It is anticipated that the REV Project token will be listed on its first exchange within the third quarter of 2023 and will then be available for swap and exchange functionality.

## D.E.B.T. COUNCIL

The D.E.B.T. Council is responsible for managing the ecosystem and working with strategic partners to add value for all license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital token exchanges.



## SUPPLY SCHEDULE

The REV token is a Binance Smart Chain BEP-20 token. It has a finite initial supply of 1.5 billion tokens. The REV token is a fixed supply token, meaning the max supply is set by the smart contract inception. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on synthetic, license-based mining rules and schedule. The distribution schedule for the REV token is below and continues indefinitely. Supply distribution amounts in the chart below do not reflect the amount of tokens that will be burned each year.



 SUPPLY DISTRIBUTION

There are 6 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the Wallet Holders section of the REV token page on BSCSCan (linked below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | 7D7B | Mining pool from where the daily mining is distributed. |
| Piggy Bank | 5d94 | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Buy and Vault Wallet | 3461 | All REV tokens that have been used to purchase REV mining licenses will be held in this wallet until burned. |
| Treasury Wallet | D80a | Responsible for managing the ecosystem and working to build value. |
| Airdrop Wallet | 0155 | Wallet used to airdrop tokens at the first of each month to all standard license holders (does not include micro licenses). |
| Trust Wallet | D80a | The Trust wallet receives royalties from each project's underlying industry and uses those royalties to buy project tokens out of the ecosystem. Those tokens will either be burned or vaulted depending on the tokenomics of their project. |

 ## SUPPLY DISTRIBUTION

| Smart Contract Address: | 824f |
|---|---|

BSCScan Details : https://rb.gy/xf738



## DISCLOSURES AND RISKS

It is important to know that the D.E.B.T. mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC). This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal, or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the REV mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T.  mining licenses cannot be owned or operated by a citizen, domiciled in, resident of, or physically present / located in: Afghanistan, the Balkan Region, Belarus, Burma, Cuba, Democratic Republic of Congo, Iran, Iraq, North Korea, Sudan and South Sudan, Syria, Zimbabwe, Central African Republic, Lebanon, Mali, Nicaragua, Somalia, Venezuela, Yemen, Russia, or the Crimea, Donetsk, and Luhansk regions. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions



Where Commodities Meet Digital Currency



**The Future of  Exploration**

**Lite Paper**

V 4.23

# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as agriculture, bauxite, crude oil, gold, real estate, royalty cash flows, natural gas and silver, just to name a few, with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues. These real-world commodity production projects benefit from the D.E.B.T. Box ecosystem through professional help from industry staff members that are employed by Digital Licensing, Inc., the ecosystem's permissioned administrator, project support through proprietary technologies, and operational assistance. Everyone wins!

## GROWTH STRATEGY



As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple projects in the pipeline and new projects are being reviewed regularly. The diverse collection of real-world commodity production projects contribute to the roadmap for creating benefit that can be used by D.E.B.T. Box software mining license holders, D.E.B.T. ecosystem token holders, as well as third-party token holders.

## D.E.B.T. BOX AT A GLANCE



# EXPLORE (XPLR)

Explore, is a project that provides technology and services to various commodity suppliers around the world. Using advanced proprietary remote sensing and satellite imagery technology, Digital Licensing, Inc., the platform's permissioned administrator, offers suppliers of raw materials the ability to create efficiencies throughout the exploration, extraction, refining and/or production processes of raw commodities.

Capitalizing on a technology-driven approach to the exploration industry, which traditionally bares the most risk when developing natural resources, XPLR directly influences the lowering of expenses during this criterial stage in the exploration process, resulting in the increase of commodity development and eventual production through reducing the cost associated with locating and targeting these valuable resources. This increased commodity production is Digital Licensing, Inc.'s way of building value for D.E.B.T. Box software license holders mining the D.E.B.T. Box ecosystem for digital currency rewards.

 **8 KEY BENEFITS**

XPLR will contribute to the commodity-based industries by offering the following benefits:



# GET INVOLVED WITH XPLR



Become part of the D.E.B.T. Box community with the purchase of an XPLR software mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your XPLR software mining license today to earn token rewards linked through blockchain technology supporting commodity-based project development. There are 500,000 retail software mining licenses available. The DEBT Council will release the software mining licenses in blocks of 100,000. The software mining license price will be determined by the DEBT Council at the time of release.

### XPLR Software Mining License



D.E.B.T. Box software mining licenses, including XPLR, operate with very little electricity and require standard internet service. Each license sold can be assigned to, and hosted on, the D.E.B.T. Box proprietary hardware system, a laptop, smart device, or other hosting service, to earn daily digital mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

### Collect Rewards



When your XPLR software mining license is active and connected to the internet, you will be rewarded with XPLR tokens for supporting the D.E.B.T. Box ecosystem. Rewards generated today are deposited to the XPLR Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box XPLR wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or used to make additional D.E.B.T. Box software mining license purchases.

#  REWARDS

While an XPLR software mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software mining license will be rewarded with a distribution of XPLR rewards. Tokens generated today are deposited into the XPLR Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box XPLR wallet and then stored, exchanged for other currencies, or used to make additional D.E.B.T. Box purchases. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

# XPLR TOKEN MILESTONES

**COMPLETE:**
- **Explore holds the exclusive contractual rights of use from the proprietary technology provider for the remote sensing technology platform.**
- **Partner with Commodity Development and Natural Resource Estimate companies in the USA and in Africa**
- **Secure several physical commodity projects to support enhanced production within the Agriculture, Crude Oil and Gas, Minerals and Mining, Project Real Estate Development  and Offtake royalty payment cash flows from within these industries.**
- **Identify probable and proven natural resource reserves for extraction and/ or development.**
- **Partner with proprietary metal separation and refining company for increased mineral yields.**
- **Partner with expert directional drilling companies.**
- **Partner with responsible sourcing and supply chain tracking company.**

**FUTURE:**

- **List XPLR on PancakeSwap**
- **Roadmap to independent exchange listing**

## TOKENOMICS

The D.E.B.T. Box Explore (XPLR) tokenomics have been designed as a deflationary token, to create a true supply and demand economic dynamic. The XPLR project is supported by four areas:

- **Explore project royalties**
- **XPLR software mining license purchases**
- **An annual halving**
- **Transaction fees**

A limited number of XPLR tokens will be digitally mined and placed into circulation by a limited number of software mining licenses. All XPLR tokens must be digitally mined by XPLR software mining license holders and will only be available for purchase through third-party digital currency exchanges.

This is not an Initial Coin Offering (ICO) project structure. The XPLR project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to license holders.

# HOW IT WORKS

## EXPLORE

Explore (XPLR) works closely with developers, operators and land owners within the raw commodity-based industry along with professionals and experts to provide valuable exploration data generated through a wide array of carefully curated technologies, including, but not limited to, proprietary remote sensing, satellite imaging technology, 3-D rendering, target drilling, geo-chemical analysis, assays, and other valuable earth science processes for a portion of, or the right to share, additional commodity production from the project to the D.E.B.T. Box platform ecosystem. The comprehensive reports generated provide development and operational partners with the ability to accurately estimate and increase recoverable natural resources, enhancing the raw commodity production feasibility and contribute to other factors that lead to increased production of the raw materials being sought.

For this technically advanced service approach, Digital Licensing, Inc. negotiates a portion of the increased production in the form of a royalty stream from each partner's commodity-based industry project. By generating increased production, which didn't previously exist for a given raw material, and exchanging that newly created value, DLI is able to support the limiting of XPLR token supply over time. This is done by utilizing the XPLR smart contract to direct the royalty stream payments through the XPLR Trust Fund to perpetually purchase XPLR rewards from the secondary market and burn these tokens never to be seen again. True to deflationary tokenomics, by removing the tokens, the value of token holders' wallets increase. Explore brings access to increased tangible raw materials that the world needs while rewarding XPLR software mining license holders.

## TRANSACTION FEES

XPLR is subject to a 10% transaction fee. This fee applies to all transactions involving XPLR tokens and will be distributed at follows:

- 2% burn per transaction, this will be sent to the burn wallet, never to be seen again
- 4% added to the XPLR EGI pool providing network growth
- 4% added to liquidity to access and support digital currency exchanges

## LICENSE PURCHASES

For every purchased XPLR software mining license, a pre-determined amount of XPLR token rewards will be placed into the XPLR Ecosystem Growth Initiative (EGI) pool. This creates enough liquidity in the ecosystem for every token digitally mined. The XPLR project will offer 500,000 retail software mining licenses. When all XPLR software mining licenses are sold, the licenses will be converted to transferable NFTs, becoming a perpetual asset.

As part of the ecosystem distribution, the DEBT Council has the ability to purchase up to 500,000 treasury licenses, at the current market value, at their discretion. These licenses will be used to manage liquidity pools, expand future development, continue to build and support, and stability of the D.E.B.T. Box ecosystem. The DEBT council will work closely with DLI to continue development of a range of carefully curated technologies and raw commodity projects that augment and increase the production of raw materials for a share of the increased production and commodity sales revenues.

## HALVING

Every year on October 1st, one-half (50%) of the Explore EGI pool will be sent to the burn wallet never to be seen again. In the cryptocurrency space, the term "halving" refers to a process that reduces the issuance rate of new coins. More precisely, halving is the periodical reduction of the block subsidy provided to digital miners. The halving ensures that a crypto asset will follow a steady issuance rate until its maximum supply is eventually reached. This creates added value to the remaining tokens through the economic theory of supply and demand. By creating scarcity of the token rewards, the demand goes up and the value of the remaining tokens increase.

## DEBT COUNCIL

The DEBT Council is responsible for managing the ecosystem and working with Digital Licensing, Inc., the platform's permissioned administrator, to add value for all software license and token holders. This is achieved by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

# XPLR NETWORK SYSTEM



XPLR

| No | Action or Description | Smart Contract Function(s) |
|---|---|---|
| 1 & 2 | Purchase a software mining license. | Pre-determined amount of XPLR tokens are minted by the algorithm only in parity with the number of software licenses that are authorized to mine the ecosystem. (#6) |
| 3 & 4 | Purchased software license activates a Private Virtual Server (PVS) in the cloud. | PVS begins mining XPLR from the EGI pool (#7) and reports to the license holder in their dashboard (#4). The dashboard reports daily mining activity and values. |
| 5 | XPLR license holder sets up their private wallet to receive their XPLR rewards. | XPLR rewards are mined from the EGI pool (#7) and deposited into the XPLR Piggy Bank wallet, from here license holders can transfer rewards to their private digital currency wallet. (#5) |
| 6 | XPLR tokens are minted by the system network because of the activation of a software license. | These minted units of value are aggregated in the EGI pool (#7) to be mined. |
| 7 | Ecosystem Growth Initiative (EGI) pool. | Distributions by the EGI pool is a function of the PVS mining the pool. (#7) |
| 8 | Proceeds from the sale of software mining licenses are deployed into exploration projects. | Exploration projects result in producing gas wells. (#8) |
| 9 | Royalties from commodities are being produced from XPLR sponsored projects. Use the rest of the sentence | Royalties are received from commodity prodducti0on and sales. |
| 10 | Royalties from commodity production and sales are paid into a trust fund. | XPLR trust fund aggregates commodity royalties. |
| 11 & 12 | The XPLR trust fund collects proceeds from commodity production and sales. | The XPLR trust fund collects proceeds from commodity production and sales to purchase XPLR coin and place them into a burn wallet. (#11 and #12) |

 ## Supply Distribution

There are 4 major wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found in the *Wallet Holders* section of the token page on BSCScan (link below).

| Name | Address | Purpose |
|------|---------|---------|
| EGI Pool | _____fBc1 | Mining pool from where the daily mining is distributed. |
| Treasury Wallet | _____cbE1 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | _____116E | Holds your rewards until you withdraw the rewards to your D.E.B.T. wallet |
| Buy and Burn | _____5189 | All XPLR tokens that have been used to purchase XPLR mining licenses will be held in this wallet until burned. |

 ## Resources

Smart Contract Address: _____12e4

BSCScan Details https://bit.ly/3R3UQBW

## Disclosures and Risks

It is important to know that the D.E.B.T. Box software mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research about the digital currency industry. Information has been provided to introduce you to the XPLR software mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'lvoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions.

# Exhibit 4



**BANK OF AMERICA** 〰

Business Resolution or Authorization for

# Opening and Maintaining Banking Relationship

**Name of Business**  BLOX LENDING LLC

**Account Number** ▮▮▮▮1004

**State where Organized/Registered/Principal Place of Business** NV

**TIN** ▮▮▮2467

**Business Type:**

☐ Sole Proprietor  ☐ Corporation  ☒ Limited Liability Company

☐ Partnership  ☐ Unincorporated Association  ☐ Other

**1. Resolved**, that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name JASON RICHARD ANDERSON      Title/Status Managing Member

Name _____      Title/Status _____

Name _____      Title/Status _____

Name _____      Title/Status _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or instrument made, drawn or endorsed by this Business; and

**2. Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved**, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID
00-14-9120M  09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000549

Account Number: ████1004

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

7. **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable,  and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

9. That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named  Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M   09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000549

Account Number: ████ 1004

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this _17_ day of _Aug_ , _2020_

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | 801-601-4311 |

NID
00-14-9120M   09-2017



Page 3 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

## Business Signature Card with Substitute Form W-9

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ███████ 1004

**Account Type:** [X] Checking     [ ] Savings     [ ] Certificate of Deposit

**Account Title:** BLOX LENDING LLC

_____

_____

### Legal Designation

[X] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)

*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Employer Identification Number ██████ 2467     (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | *(signature)* | 8-17-2020 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA
BANA_SEC_Digital Licensing_000551



**BANK OF AMERICA**

Business Resolution or Authorization for

O p e n i n g  a n d  M a i n t a i n i n g  B a n k i n g
R e l a t i o n s h i p

Name of Business  BLOX LENDING LLC

Account Number ▮▮▮1020

State where Organized/Registered/Principal Place of Business  NV

TIN ▮▮2467

**Business Type:**

| | | |
|---|---|---|
| ☐ Sole Proprietor | ☐ Corporation | ☒ Limited Liability Company |
| ☐ Partnership | ☐ Unincorporated Association | ☐ Other |

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

| Name  JASON RICHARD ANDERSON | Title/Status  Managing Member |
|---|---|
| Name _____ | Title/Status _____ |
| Name _____ | Title/Status _____ |
| Name _____ | Title/Status _____ |

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID
00-14-9120M  09-2017



Page 1 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

Account Number: 1020

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**7. Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

## Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

## Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M  09-2017



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000553

Account Number: ▆▆▆1020

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this **17** day of **Aug**_____ , **2020**

_____ — *aufungan chreben.*
Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | 801-601-4311 |

NID
00-14-9120M  09-2017



Page 3 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000554

# BANK OF AMERICA ✂

**Business Signature Card**
**with Substitute Form W-9**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ▮▮▮▮ 1020

**Account Type:** ☐ Checking    ☒ Savings    ☐ Certificate of Deposit

**Account Title:** BLOX LENDING LLC

---

**Legal Designation**

☒ Individual Owner/Sole Proprietor/Single Member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Trust/Estate

☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals;
see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▮▮▮2467    (or) Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9.)

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | | 8-17-2020 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA     BANA_SEC_Digital Licensing_000595



## BANK OF AMERICA

**Business Resolution or Authorization for**
**O p e n i n g   a n d   M a i n t a i n i n g   B a n k i n g**
**R e l a t i o n s h i p**

**Name of Business**  BLOX LENDING LLC

**Account Number** ███ 3814

**State where Organized/Registered/Principal Place of Business** NV

**TIN** ███ 2467

**Business Type:**

[ ] Sole Proprietor  [ ] Corporation  [X] Limited Liability Company

[ ] Partnership  [ ] Unincorporated Association  [ ] Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name  JASON RICHARD ANDERSON          Title/Status  Managing Member

Name  _____          Title/Status  _____

Name  _____          Title/Status  _____

Name  _____          Title/Status  _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NID
00-14-9120M  09-2017



Page 1 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA
BANA_SEC_Digital Licensing_000596

Account Number: ████3814

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature; and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**7. Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable,  and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.


**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

**9.** That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named  Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank; provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

**10.** That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly; and

**11.** That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner; and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

**12.** That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly; and

**13.** That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business; and

NID
00-14-9120M   09-2017



Page 2 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

BANA_SEC_Digital Licensing_000557

Account Number: ████ 3814

**14.** That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this _17_ day of _Aug_____, _2020_.

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 08/17/2020 |
| Financial Center Name | Draper |
| Employee's Name | JAY DALE |
| Employee's Phone Number | 801-601-4311 |

NID
00-14-9120M   09-2017



Page 3 of 3

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

# BANK OF AMERICA ✈

## Business Signature Card
## with Substitute Form W-9

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ████ 3814

**Account Type:** [X] Checking     [ ] Savings     [ ] Certificate of Deposit

**Account Title:** BLOX LENDING LLC

---

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ███ 2467    (or) Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts **I/we** may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and **I/we** are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we** want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JASON RICHARD ANDERSON | Managing Member | *(signature)* | 8-17-2020 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NID
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: JAY DALE
Financial Center: Draper

Bank Number: 343
Date: 08/17/2020

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A. UNDER FOIA

# WaFd Bank

**Master Business Deposit Account
Signature Card**

## I. ACCOUNT INFORMATION

Select One:  ☐ New Account  ☒ Replace Existing Signature Card
Primary Account Owner Name:  Blox Lending LLC

Account Owner Address:  16192 Costal Hwy
Lewes, DE, 19958

Account Owner Phone: ▮▮▮▮▮▮        ☒ Accounts on attached **Exhibit A**

Primary Account Owner TIN: ▮▮▮2467        ☐ Shared TIN

## II. AFFILIATED ENTITY

| Affiliated Entity Account Owner Name | TIN |
|---|---|
| | |
| | |
| | |
| | |

☐ Additional affiliated entities listed on attached **Exhibit B**

## III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from an Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card.  Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

Signature                          Date  5-12-22        Printed Name and Title  Jason Anderson , Managing Member

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.

SEC-WAFB-E-0000138

## IV. BACKUP WITHHOLDING CERTIFICATION

☐ W9 on File    ☐ W-8BENE on File (Foreign entity only)

**Or**

Under penalties of perjury I certify that:
■ The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)
■ The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;
■ The account owner is a United States entity/person

The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

| | |
|---|---|
| _signature_ | 5-12-22 |
| Signature | Date    Jason Anderson, Managing Member |
| | Printed Name and Title |

*Attention New Customers:  The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

### FOR BANK USE ONLY

Date:  05/12/2022          Branch #:  1151          Employee Initials:  ME

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.

SEC-WAFB-E-0000139

# WaFd Bank

**Master Business Deposit Account**
**Signature Card**

Primary Account Owner:   Blox Lending LLC

## V. AUTHORIZED SIGNERS

Authorized Signer Name and Title:   Jason Anderson- Managing Member

Update:   ☒ Add   ☐ Delete

*Entity Name and/or Account
Numbers:   ☒ All Entities   ☐ List Entities: _____
   ☒ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

Authorized Signer Name and Title:   Jacob Anderson- Member Authorized Signer

Update:   ☒ Add   ☐ Delete

*Entity Name and/or Account
Numbers:   ☒ All Entities   ☐ List Entities: _____
   ☒ All Accounts   ☐ List Accounts: _____

**Authority: E _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account
Numbers:   ☐ All Entities   ☐ List Entities: _____
   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account
Numbers:   ☐ All Entities   ☐ List Entities: _____
   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

Authorized Signer Name and Title: _____

Update:   ☐ Add   ☐ Delete

*Entity Name and/or Account
Numbers:   ☐ All Entities   ☐ List Entities: _____
   ☐ All Accounts   ☐ List Accounts: _____

**Authority: _____   Signature: _____

☐ Check box if additional signatures are on an additional page.

* Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

** Description of Authority: **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under **A**, **B**, **C**, and **D**.

☒ Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.

Date of Original Signature Card:   01/14/2022      Effective Date of Amendment:   05/12/2022

_____      Jason Anderson, Managing Member
Signature      Printed Name and Title

Updated 4.8.22

© 2022 WaFd Bank. All rights reserved.



## WaFd Bank

| | Business Deposit Account |
|---|---|
| | Signature Card |

### I. ACCOUNT INFORMATION

Select One:    ☑ New Account    ☐ Replace Existing Signature Card

Primary Account Owner Name: Blox Lending LLC

Account Owner Address: 13894 S Bangerter Pkwy, Ste 200

Draper, UT 84020

Account Owner Phone: ████████████        ☑ Accounts on attached **Exhibit A**

Primary Account Owner TIN: ████2467

### II. AFFILIATED ENTITY

Affiliated Entity Account Owner Name                                                TIN

☐ Additional affiliated entities listed on attached **Exhibit B**

### III. ACCOUNT OWNER AUTHORIZATION AND AGREEMENT

By signing below, the account owner(s) listed above, including any affiliated entities listed in Section II and any attached Exhibit B ("Client") authorizes WaFd Bank ("Bank"), at its discretion, to open one or more business or non-personal deposit accounts owned by Client and with the Authorized Signers specified the Section V list of Authorized Signers ("Authorized Signers"), and upon receipt of electronic, written or oral instructions from Client without obtaining an additional Signature Card ("Accounts"). Accounts opened hereunder are listed above and on the attached Exhibit A, which is made a part of this Signature Card, as such Exhibit A may be amended or supplemented by Client from time to time. Addition of a new account to Exhibit A or new entity to Exhibit B will only be effective when Bank receives an amendment to Exhibit A or B in a form acceptable to Bank in its sole discretion. Changes to Authorized Signers will only be effective when Bank receives an amendment to Section V in a form acceptable to Bank in its sole discretion. Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Business Deposit Account Agreement and Disclosures ("Agreement") and fee schedules ("Fee Schedules") governing the Accounts, and any agreements and disclosures covering banking services used by Client, all as may be amended by Bank. By signing below, Client acknowledges receipt of the Agreement and Fee Schedules.

Client authorizes Bank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes:  (i) to act upon instructions from any Authorized Signers to deposit, withdraw or transfer funds to or from any other Accounts; (ii) to recognize and honor the signature of any of the Authorized Signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds; and (iii) to act upon instructions from any Authorized Signer for the transaction of any business on any Accounts covered by this Signature Card.  Bank may rely on this authorization for the Accounts opened under this Signature Card until Bank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Authorized Signers will remain in full force.

The individual signing below certifies that he or she is authorized to act on behalf of Client and that any resolutions, agreements, or other documents provided to Bank as evidence of the authority of Client or its Authorized Signers to act on behalf of Client are true and correct copies and are still in full force and effect.

| Signature | 1/14/2022 | Jason R Anderson - Owner |
|---|---|---|
| | Date | Printed Name and Title |

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

## IV. BACKUP WITHHOLDING CERTIFICATION
(if foreign entity, leave blank and use IRS Form W-8)

Exemptions:  N/A                          Exempt Payee Code:  N/A                Exemption from
                                                                               FATCA reporting Code:  N/A

Under penalties of perjury I certify that:
1. The employer identification number or social security number shown on this form for this account owner is correct (or the account owner is waiting for a number to be issued)
2. The account owner is not subject to backup withholding because (a) the account holder is exempt from backup withholding, (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account owner that it is no longer subject to backup withholding;
3. The account owner is a United States person
4. Any FATCA code(s) entered on this form indicating that the account owner is exempt from FATCA reporting is correct.

Instructions: Line out and initial item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
The term "United States person" means a citizen or resident of the United States, a partnership, corporation, company or association created or organized in the United States or under the laws of the United States, or any estate or trust other than a foreign estate or trust.

_____          1/14/2022          Jason R Anderson - Owner
Signature                                 Date               Printed Name and Title

*Attention New Customers: The information you provide to open a new Account is subject to the Bank's review and verification. Bank reserves the right to close an Account in the event we are unable to verify the information that you have provided.*

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT — To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, authorized account signers may be asked to provide identification to verify their identity.

## FOR BANK USE ONLY
Date:  1/14/2022          Branch #:  1071          Employee Initials:  JW

Updated 12.14.20                                             © 2020 WaFd Bank. All rights reserved.

**WaFd** Bank

| | |
|---|---|
| **WaFd** Bank | **Business Deposit Account Signature Card** |

Primary Account Owner: <u>Blox Lending LLC</u>

### V. AUTHORIZED SIGNERS

Authorized Signer Name and Title: <u>Jason R Anderson - Owner</u>

Update: ☑ Add ☐ Delete

*Entity Name and/or Account Numbers: ☑ All Entities ☐ List Entities: _____

☑ All Accounts ☐ List Accounts: _____

**Authority: <u>E</u>  Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____

☐ All Accounts ☐ List Accounts: _____

**Authority: _____  Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____

☐ All Accounts ☐ List Accounts: _____

**Authority: _____  Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____

☐ All Accounts ☐ List Accounts: _____

**Authority: _____  Signature: _____

---

Authorized Signer Name and Title: _____

Update: ☐ Add ☐ Delete

*Entity Name and/or Account Numbers: ☐ All Entities ☐ List Entities: _____

☐ All Accounts ☐ List Accounts: _____

**Authority: _____  Signature: _____

---

☐ Check box if additional signatures are on an additional page.

\*    Note whether individual is Authorized Signer for all named business entities or only for specified business entities.

\*\*   Description of Authority:  **A** - Open deposit accounts in name of Client; **B** - Endorse checks and other payment orders; **C** - Withdraw or transfer funds from Client accounts; **D** - Enter into agreements for treasury services ; and **E** - all authority under **A**, **B**, **C**, and **D**.

☐ Check box if this Section V. Authorized Signers amends a prior Section V. Authorized Signers and sign below.

Date of Original Signature Card: _____    Effective Date of Amendment: _____

_____    _____
Signature    Printed Name and Title

Updated 12.14.20

© 2020 WaFd Bank. All rights reserved.



**Exhibit A – Accounts Listing**

|  | Business Deposit Account |
|---|---|
| | Signature Card |
| | Exhibit A – Accounts Listing |

Primary Account Owner:  Blox Lending LLC

**Accounts Listing**

| Account Number | Update | Account Number | Update |
|---|---|---|---|
| ▧3442 | ☑ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |
| | ☐ Add ☐ Delete | | ☐ Add ☐ Delete |

☐ *Check box if Exhibit A – Multiple Accounts amends a prior Exhibit A.*

**FOR BANK USE ONLY**

Date: 1/14/22        Branch #: 1071        Employee Initials: JW

Updated 11.6.19

© 2018 Washington Federal Bank. All rights reserved.

 

*MBBUS*

## BUSINESS ACCOUNT APPLICATION AND ACCOUNT CARD

Date 12/7/2022                                      Account Number  ▮▮ 2519

### ACCOUNT DESIGNATION INFORMATION

**Select One of the Following**

☑ New Account
☐ Designation of New Officers                    NAICS Code _____
☐ Change of Name
☐ Other _____
        _____

**Select an Entity Type**

☐ Sole Proprietorship (DBA Registrations)         ☐ Corporation (Certified Articles of Incorporation)
☑ LLC (Articles/Certificate of Organization)      ☐ Partnership (Partnership Agreement)
☐ Association of Members (Clubs, Troops, Leagues, etc.)   ☐ Other _____
                                                          _____

What is the primary purpose or function of this business? HARD MONEY LENDING - PERSONAL FUNDS  TO family and friends

### MEMBER BUSINESS ACCOUNT INFORMATION

Business Name   BLOX LENDING LLC

_____ ▮▮ 2467 _____        _____ ▮▮ _____        _____ JASON@BLOXLENDING.COM _____
     SSN/TIN                       Business Phone                    E-mail

Physical (Street) Address of Business   13894 S BANGERTER PARKWAY SUITE 200

                City DRAPER _____        State UT _____        ZIP 84020

Mailing Address of Business
(If different than physical address)   _____

                City _____        State _____        ZIP _____

### ELIGIBILITY INFORMATION

☑ The Business is Located within America First Credit Union's Field of Membership (see address above)

☐ Each owner qualifies for membership under the Field of Membership (document eligibility in the **Responsible Individual Information** section)

**THE UNDERSIGNED CERTIFY THAT THE BUSINESS IS ONE OF THE FOLLOWING: (1) LOCATED WITHIN THE CREDIT UNION'S
FIELD OF MEMBERSHIP OR (2) ALL BUSINESS OWNERS OR ALL MEMBERS OF THE ORGANIZATION ARE ELIGIBLE FOR MEMBERSHIP.**

AFCU Form #130   04/19                         Page 1 of 9

SEC-AFCU-E-0000003

Account Number _____ ██ 2519

# RESPONSIBLE INDIVIDUAL INFORMATION (OWNERS, OFFICERS, DIRECTORS, TRUSTEES, etc.)

**1** _____ JASON RICHARD ANDERSON _____      _____ MEMBER _____

Responsible Individual's Legal Name        Title/Position

SSN ██ 3056        Date of Birth ██ 1979

Phone ████    Cell ████    E-mail JASON@GLOBALAIGLLC.COM

_____ ████ City   ████ State   ████ ZIP

Street Address       City       State       ZIP

Mailing Address (if different than street address)     City       State       ZIP

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

Existing member of America First Federal Credit Union.  Qualifying Primary Account Number    14066

**2** _____ _____

Responsible Individual's Legal Name        Title/Position

SSN _____        Date of Birth _____

Phone _____    Cell _____    E-mail _____

_____

Street Address       City       State       ZIP

Mailing Address (if different than street address)     City       State       ZIP

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

**3** _____ _____

Responsible Individual's Legal Name        Title/Position

SSN _____        Date of Birth _____

Phone _____    Cell _____    E-mail _____

_____

Street Address       City       State       ZIP

Mailing Address (if different than street address)     City       State       ZIP

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

**4** _____ _____

Responsible Individual's Legal Name        Title/Position

SSN _____        Date of Birth _____

Phone _____    Cell _____    E-mail _____

_____

Street Address       City       State       ZIP

Mailing Address (if different than street address)     City       State       ZIP

Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

AFCU Form #130   04/19            Page 2 of 9

Account Number _____ ▮2519 _____

## RESPONSIBLE INDIVIDUAL INFORMATION (OWNERS, OFFICERS, DIRECTORS, TRUSTEES, etc.)

5 _____     _____
       Responsible Individual's Legal Name               Title/Position

      SSN _____     Date of Birth _____

Phone _____     Cell _____     E-mail _____

_____     _____ _____ _____
      Street Address            City        State        ZIP

_____     _____ _____ _____
    Mailing Address (if different than street address)   City      State      ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

6 _____     _____
       Responsible Individual's Legal Name               Title/Position

      SSN _____     Date of Birth _____

Phone _____     Cell _____     E-mail _____

_____     _____ _____ _____
      Street Address            City        State        ZIP

_____     _____ _____ _____
    Mailing Address (if different than street address)   City      State      ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

7 _____     _____
       Responsible Individual's Legal Name               Title/Position

      SSN _____     Date of Birth _____

Phone _____     Cell _____     E-mail _____

_____     _____ _____ _____
      Street Address            City        State        ZIP

_____     _____ _____ _____
    Mailing Address (if different than street address)   City      State      ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

8 _____     _____
       Responsible Individual's Legal Name               Title/Position

      SSN _____     Date of Birth _____

Phone _____     Cell _____     E-mail _____

_____     _____ _____ _____
      Street Address            City        State        ZIP

_____     _____ _____ _____
    Mailing Address (if different than street address)   City      State      ZIP
Document Field of Membership Eligibility (Qualifying Name, Address, Account or Other) _____

SEC-AFCU-E-0000005

Account Number _____ ▮519 _____

# AUTHORIZED SIGNERS

Any of the persons named below are authorized to issue Payment Orders in the name of the account holder to be paid from this account. These Authorized Persons are granted the authority to perform any act which they deem advisable for the effective exercise of their power to issue Payment Orders. This Authorization remains effective until we receive and have reasonable opportunity to act on any written notice of revocation of authority.  **IF YOU DO NOT WISH TO DESIGNATE AUTHORIZED PERSONS, LEAVE THIS SECTION BLANK.**

| Authorized Person's Legal Name _____ | Title/Position _____ |
|---|---|
| DOB _____ SSN/ITIN _____ Phone _____ | Cell _____ |
| Street Address _____ | |
| Signature X_____ | ID (Issuer/Type/No./Expires) _____ |
| Authorized Person's Legal Name _____ | Title/Position _____ |
| DOB _____ SSN/ITIN _____ Phone _____ | Cell _____ |
| Street Address _____ | |
| Signature X_____ | ID (Issuer/Type/No./Expires) _____ |
| Authorized Person's Legal Name _____ | Title/Position _____ |
| DOB _____ SSN/ITIN _____ Phone _____ | Cell _____ |
| Street Address _____ | |
| Signature X_____ | ID (Issuer/Type/No./Expires) _____ |
| Authorized Person's Legal Name _____ | Title/Position _____ |
| DOB _____ SSN/ITIN _____ Phone _____ | Cell _____ |
| Street Address _____ | |
| Signature X_____ | ID (Issuer/Type/No./Expires) _____ |

**ALL RESPONSIBLE INDIVIDUALS MUST SIGN TO ADD AUTHORIZED SIGNERS.  ANY ONE RESPONSIBLE INDIVIDUAL MAY SIGN TO REMOVE AUTHORIZED SIGNERS.**

## SECURITY PROCEDURES

The following Security Procedures are offered by America First Credit Union to verify all Payment Orders not received in person.  We will follow the Security Procedure you select below (select only one):

☐ **CALL BACK – When** we receive your Payment Orders, we will verify the orders by calling any of the persons listed below at the numbers you provide.

| Name _____ | Phone _____ |
|---|---|
| Name _____ | Phone _____ |
| Name _____ | Phone _____ |
| Name _____ | Phone _____ |

☐ **SECURITY QUESTIONS – When** we receive your Payment Orders, we will verify the Authorized Person by asking questions not readily known to anyone but the Authorized Person. In order select this procedure, you must provide dates of birth and social security numbers for the Authorized Persons listed above.

☑ **DECLINES SECURITY PROCEDURES**

In addition to any security procedure you select, we reserve the right to perform additional security measures we may deem necessary to address any risk associated with individual payment orders. We reserve this right to perform additional security measures even if we have not done so in the past for similar payments orders.

## AUTHORIZATION

**Definitions:** In this Authorization, the words "you", "your", and "yours" mean the Account Owner that signs this Authorization. The word "account" means any account or accounts designated on this Authorization. The terms used in the Authorization have the meaning given to them in Article 4A of the Uniform Commercial Code.

**Account Owner Liability:** You agree to be bound by any Payment Order, whether or not authorized, issued in your name accepted by us in compliance with the Security Procedures chosen by you in this Authorization. The Authorization may not be changed by an oral authorization or by a course of dealing or custom.

**Security Procedures:** We will follow the Security Procedures identified in this Authorization. You agree that these procedures are commercially reasonable methods of verifying Payment Orders and other electronic funds transfers.

**Uniform Commercial Code Article 4A:** Any electronic funds transfers that we permit that are subject to Article 4A of the Uniform Commercial Code will be subject to the provisions of this Authorization and the provisions of the Uniform Commercial Code.

**Notice:** Notice to any Account Owner is considered notice to all Account Owners

**Authorization to Accept Payment Orders:** You authorize America First Credit Union to accept Payment Order requests from time to time in the manner authorized above in amounts to be specified in each request.

**Payment Orders:** Payment Orders include, but are not limited to, wire transfers, checks drawn on the account, ACH debits and credits, account transfers and cash and check withdrawals. Any of the above-named Persons are authorized to request Payment Orders in the name of the account owner to be paid from the authorized account identified above.

These Authorized Persons are granted the authority to perform any act which they deem advisable for the effective exercise of their power to issue Payment Orders. This Authorization remains effective until we receive and have reasonable opportunity to act on any written notice or revocation of authority. This is not the document that authorizes a Payment Order or other electronic funds transfers. We may require you to complete a separate document at the time of each payment order.

SEC-AFCU-E-0000006

Account Number _____ 2519

# BUSINESS ACCOUNT APPLICATION AND ACCOUNT CARD

**1. MEMBER BUSINESS/ACCOUNT OWNER.** The Member Business/Account Owner name in this document is the complete and correct name of the Member Business. If applicable, all registered assumed names under which the Member Business does business are noted. Each corporate officer, partner, member or trustee (as applicable) warrants that the Member Business has been duly formed and currently exists. The Member Business is solely responsible for conducting any background check on persons they designate to represent and act on their behalf, and they agree to indemnify and hold America First Credit Union harmless from the actions of Member Business agents and representatives.

**2. AUTHORIZED PARTIES.** The persons named as Responsible Individuals on this Business Account Application and Account Card are authorized to act on behalf of the Member Business with respect to accounts based upon the designated authority and Certificate of Authority set forth below.

  a.  **Responsible Individuals** are vested with full authority to open and close accounts on behalf of the Member Business, add and remove Authorized Signers on behalf of the Member Business and transact any business of any nature on such accounts.

  b.  **Authorized Signers** are vested with limited authority to transact any business on such accounts including the following, but may not make changes on or to the accounts:
  - Depositing, withdrawing and transferring funds into, out of, and between one or more accounts;
  - Signing drafts, checks and other orders for payment or withdrawal;
  - Issuing instructions regarding order for payment or withdrawal;
  - Endorsing any check, draft, share certificate and other instrument or order for payment owned or held by the Member Business;
  - Initiating ACH Transactions and Bank Wires; and
  - Receiving information of any nature about the account

**3. CERTIFICATE OF AUTHORITY**

  a.  The Member Business and each Responsible Individual named on this Business Account Application and Account Card certifies and agrees that the Member Business accounts and services will be governed by the terms set forth in the Business Membership and Account Agreement and Business Account Application and Account Card, and the Rate and Fee Schedule as amended from time to time.

  b.  America First Credit Union is directed to accept and pay without further inquiry, any item bearing the signature as indicated on the Business Account Application and Account Card drawn against any of the Member Business accounts. Any one Responsible Individual or Authorized Signer is expressly authorized to endorse all items payable to or owned by the Member Business for deposit with or collection by America First Credit Union and to perform any other transaction permitted under the Agreement.

  c.  The authority given to the Authorized Parties named on the Business Account Application and Account Card shall remain in full force until written notice of revocation or a new Business Account Application and Account Card is delivered to and received by America First Credit Union. Any such notice shall not affect any items in process at the time notice is given. The Member Business shall notify America First Credit Union of any change in the Member Business composition, assumed business names, or any aspect of the entity affecting the deposit relationship between the Member Business and America First Credit Union.

  d.  The Member Business and each Authorized Party signing the Business Account Application and Account Card agree to indemnify and hold harmless America First Credit Union.

  e.  America First Credit Union shall have no duty to inquire as to the powers and duties of any Authorized Party and shall have no notice of any breach of fiduciary duties by any Authorized Party unless America First Credit Union has actual notice of wrongdoing.

**4. LIABILITY.** The Member Business agrees that America First Credit Union shall not be liable for any losses due to the Member Business failure to notify the Credit Union of such changes. The Member Business and each Authorized Party signing the Business Account Application and Account Card agree to indemnify and hold America First Credit Union harmless of any claim or liability as a result of unauthorized acts of any Authorized Party or former Authorized Party upon which America First Credit Union relies prior to notice of any account change or change of Member Business.

*BACKUP WITHOLDING AND TIN CERTIFICATION: By signing below, each Member Business Account Owner certifies, under penalties of perjury, that (1) I am a U.S. person (including a U.S. resident alien), (2) the Social Security Number(SSN)/Tax Payer Identification Number (TIN) shown is my/the correct identification number and (3) I am NOT, unless designated below, subject to backup withholding because I have not been notified that I am subject to backup withholding as a result of a failure to report all dividends or interest, or because the IRS has notified me that I am no longer subject to backup withholding. This account is maintained in the US; therefore, FATCA reporting is not applicable.*

  ☐ I am subject to backup withholding   ☐ I am not a US Citizen or resident (Complete W-8 BEN)   ☐ Exempt –Payee Code _____

**SIGNATURES.** By signing below, each Member Business Account Owner agrees to all terms contained in this Business Application and Account Card and agree the Member Business Account will be governed by the terms and conditions set forth in the Business Membership and Account Agreement, Funds Availability Policy, Privacy Policy, Electronic Funds Transfer Agreement and Rate and Fee Schedule and to any amendment the Credit Union makes from time to time which are incorporated herein. Each Member Business Account Owner acknowledges receipt and copy of the Agreement and Disclosures applicable to the accounts and services requested herein.

*The Internal Revenue Service does not require you to consent to any provision of this Business Account Application and Account Card other than the certifications required to avoid backup withholding.*

X _____   ID (Issuer/Type/No./Expires) UT/DRIVERS LICENSE/168043318/8/30/2030
        JASON RICHARD ANDERSON

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

X _____   ID (Issuer/Type/No./Expires) _____

AFCU Form #130   04/19                    Page 5 of 9

SEC-AFCU-E-0000007

Account Number _____ ███ 2519

# CERTIFICATION OF BUSINESS OWNERS

**REQUIRED FEDERAL CERTIFICATION.** *(The person opening a new account for a legal entity with America First Federal Credit Union must complete this certification pursuant to federal law).* To help the government fight financial crime, federal law requires the Credit Union to obtain, verify and record information about the beneficial owners of legal entity members who own 25%, or more of the legal entity. Legal entities can be abused to conceal involvement in terrorist financing, money laundering, tax evasion, corruption, fraud and other financial crimes. Requiring the disclosure of key individuals who ultimately own or control a legal entity (beneficial owners) helps law enforcement investigate and prosecute these types of crimes.

Check one:  ☑ **New Account**    ☐ **Existing Account Update**

## MEMBER INFORMATION

Date  12/07/2022

Business Account Number _____ ███ 2519

Name of Legal Entity for Which the Account is Being Opened    BLOX LENDING LLC

## RESPONSIBLE INDIVIDUAL INFORMATION

Responsible Individual's Legal Name  JASON RICHARD ANDERSON          Title Position  MEMBER

Street Address  ███

| 100 | ███ 3056 | ███ 1979 | DRIVERS LICENSE, UT, ███ 3318, ███ 2030 |
| --- | --- | --- | --- |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

## BENEFICIAL OWNER(S) INFORMATION

☐ *For Additional Accounts, previous information on file & current*

1 Owner's Legal Name   JASON RICHARD ANDERSON          Title Position   MEMBER

Street Address  ███

| 100 | ███ 3056 | ███ 1979 | DRIVERS LICENSE, UT, ███ 3318, ███ 2030  Present ☑ Copy ☐ |
| --- | --- | --- | --- |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

2 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | Present ☐ Copy ☐ |
| --- | --- | --- | --- |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

3 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | Present ☐ Copy ☐ |
| --- | --- | --- | --- |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

4 Owner's Legal Name _____          Title Position _____

Street Address _____

| | | | Present ☐ Copy ☐ |
| --- | --- | --- | --- |
| % Ownership | SSN/TIN | Date of Birth | ID (Type, Issuer, Number, Expiration) |

## CERTIFICATION

The Responsible Individual listed above certifies that all information regarding the Member, Responsible Individual and Beneficial Owners set forth above is true and complete and current as of the date above. Responsible individual agrees to notify America First Credit Union of any changes in the information. America First Federal Credit Union is authorized to obtain a credit report of the Member, Responsible Individual and Beneficial Owners from any consumer reporting agency to support the Member's eligibility for the accounts and services requested.

_____ **Responsible Individual's Signature**          _____ **America First Credit Union Witness Signature/Employee Number**  3995

**SIGNATURES MUST BE NOTARIZED IF NOT WITNESSED BY AN AUTHORIZED AMERICA FIRST CREDIT UNION EMPLOYEE**

SEC-AFCU-E-0000008

| CREDIT UNION USE ONLY | Account Number ___████ 2519 |
|---|---|

| | | | |
|---|---|---|---|
| Received by _____ Aaron Goodrich _____ | Employee Number ___3995 | Approved? ☑Yes ☐No |
| Approved/Denied by _____ Aaron Goodrich _____ | Branch Number ___0112 | |
| QC by _____ *Au TOV* _____ | Employee Number ~~3995~~ | |

| | | | |
|---|---|---|---|
| Business | OFAC ☑ PASS ☐ FAIL | | |
| Responsible Individual 1 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 2 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 3 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 4 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 5 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 6 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 7 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Responsible Individual 8 | OFAC ☐ PASS ☐ FAIL | FICO N/A | |
| Beneficial Owner 1 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 2 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 3 | OFAC ☐ PASS ☐ FAIL | | |
| Beneficial Owner 4 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 1 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 2 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signer 3 | OFAC ☐ PASS ☐ FAIL | | |
| Authorized Signed 4 | OFAC ☐ PASS ☐ FAIL | | |

**ADDITIONAL COMMENTS**

Business does hard money lending of own personal funds for real estate. Processing about 12 transactions a year. Does not conduct any property management.

JASON PRIMARY ACCT, OFAC, CBR NOT REQ

**FACT ACT INFORMATION**

*OFAC for Jason from current primary account holder.*

AFCU Form #130   04/19                    Page 7 of 9

Account Number _____ ███ ᴣ�809 _____

# BUSINESS ACCOUNT QUESTIONNAIRE

Business Name  BLOX LENDING LLC _____    Date 12/07/2022 _____

| 1 | INTERNATIONAL TRANSACTIONS | | |
|---|---|---|---|
| | Is this business incorporated outside the United States? | ☐ Yes | ☑ No |
| | Does this business buy, sell products or services in countries or territories outside the United States? | ☐ Yes | ☑ No |
| | Will this business send or receive international wires as part of its normal banking activity? | ☐ Yes | ☑ No |
| **2** | **OTHER TRANSACTIONS** | | |
| | Will this business expect to deposit **cash/coin** in amounts greater than $8,000 at one time? | ☐ Yes | ☑ No |
| | **If yes, how many times per month? _____** | | |
| | Will this business send or receive wires within the United States as part of its normal banking activity? | ☑ Yes | ☐ No |
| | Will this business purchase cashier's checks or money orders on a regular basis? | ☐ Yes | ☑ No |
| | Will this business engage in recurring ACH transactions (incoming and/or outgoing)? | ☑ Yes | ☐ No |
| | Will this business use the night drop on a regular basis? | ☐ Yes | ☑ No |
| **3** | **SERVICES** | | |
| | Will this business physically cash checks for its customers? | ☐ Yes | ☑ No |
| | **If yes, what would be the maximum number of checks per day? _____** | | |
| | **Maximum dollar amount per check cashed? $ _____** | | |
| | Will your business be processing transactions on behalf of another individual or business? | ☐ Yes | ☑ No |
| | Will this business offer or sell any of the following services/products? | | |
| |     Wire Transfers | ☐ Yes | ☑ No |
| |     Fund Transfers | ☐ Yes | ☑ No |
| |     Money Orders | ☐ Yes | ☑ No |
| |     Travelers Checks | ☐ Yes | ☑ No |
| |     Stored Value Cards | ☐ Yes | ☑ No |
| |     Other monetary instruments | ☐ Yes | ☑ No |
| |     Does this business engage in internet gambling? | ☐ Yes | ☑ No |
| | Will this business be registered as a Money Service Business? | ☐ Yes | ☑ No |
| | Will this business include the retail sale, creation, marketing or testing of marijuana or marijuana-related products (Hemp, CBD, CBD Oils)? | ☐ Yes | ☑ No |
| | Is this an Adult Entertainment Business? | ☐ Yes | ☑ No |
| | Is this a Property Management Business? (If the answer is yes, the Responsible Individual must complete form #80). | ☐ Yes | ☑ No |

SEC-AFCU-E-0000010

Account Number _____ ■ 2519 _____

# BUSINESS ACCOUNT ENROLLMENT

Business Name  BLOX LENDING LLC _____

| NON-PROFIT BUSINESS ACCOUNT | BASIC BUSINESS ACCOUNT | PREMIER BUSINESS ACCOUNT | HIGH-YIELD BUSINESS ACCOUNT |
|---|---|---|---|
| For Associations and Non-Profit Corporations | (Free) | (Monthly Fee: $8.00) | (Monthly Fee: $50.00) |
| **250 Free Items** | **250 Free Items** | **Itemized Transaction Fees** | **Itemized Transaction Fees** |
| $.15 per Deposit | $.15 per Deposit | $.15 per Deposit | $.15 per Deposit |
| $.15 per Deposited Check | $.15 per Deposited Check | $.05 per Deposited Check | $.05 per Deposited Check |
| $.15 per Written Check | $.15 per Written Check | $.15 per Written Check | $.15 per Written Check |
| ** Transaction Fees only apply after the first 250 items | ** Transaction Fees only apply after the first 250 items | ** Transaction Fees are offset by Earnings Credit | ** Earns High-Yield interest rate on Checking |

The undersigned elects to enroll in one of the following Business Account types:

- ☐ Non-Profit Business Account (for Associations and Non-Profit Corporations)
- ☑ Basic Business Account (Free)
- ☐ Premier Business Account ($8.00)
- ☐ High-Yield Business Account ($50.00)

### E-SIGN CONSENT NOTICE ONLINE STATEMENT

☑ By checking this box, you consent to receive your Periodic Statements, Annual Notice of Billing Error Rights, Privacy Notice, Annual Electronic Funds Transfer Notice and IRS 1098, 1099 and 5498 Notices electronically.   Your consent to electronic documents applies to all your deposit accounts. You may access your statements as PDF documents through the Online Banking system or through Mobile Banking, which requires a web browser through your mobile device. You must have Adobe Acrobat Reader™ software to access the statements and a printer or ability to download the statements for your records. The statements for the new month will be available on the 5th of each month. You have the right to request and receive periodic statements in paper form at any time or you may withdraw your consent for online statements by contacting any branch, by calling 1-800-999-3961 or by emailing support@americafirst.com. There are no fees or account restrictions for choosing to withdraw your consent for online statements or to request a paper statement. You understand that you will also be required to log in to Online Banking (or Mobile Banking under the requirements above) to confirm your consent and ability to access online statements.

### AUTHORIZATION FOR PHONE/TEXT COMMUNICATION

☑ By checking this box, I expressly consent and authorize America First Credit Union and its representatives to contact me by email, telephone (including cell phone), text message, or automated dialing communications at any number I provide the Credit Union for my accounts or services, now or in the future for purposes of assisting with my accounts, services and to prevent fraud on my account. I understand I may revoke my consent at any time by providing the Credit Union notice of my revocation.

Responsible Individual Signature _____   Date  12/7/2022 _____

AFCU Form #130   04/19                    Page 9 of 9

# Exhibit 5

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Digital Licensing** | **Amount** | **iX Global Account Used** | **Bank Sent To** | | | |
| 2 | 10/7/2022 | $50,000 | Bank of America 8643 | No Info | | | |
| 3 | 10/27/2022 | $350,000 | Bank of America 8643 | No Info | | | |
| 4 | 11/9/2022 | $500,000 | Bank of America 8643 | No Info | | | |
| 5 | 12/5/2022 | $2,250,000 | Bank of America 8643 | No Info | | | |
| 6 | 1/19/2023 | $500,000 | Bank of America 8643 | No Info | | | |
| 7 | | | | | | | |
| 8 | **Blox Lending** | | | | | | |
| 9 | 2/14/2023 | $3,099,317 | Bank of America 8643 | Receiving Bank was an America First Credit Union Account. | | | |
| 10 | | | | | | | |
| 11 | **Business Funding Solutions** | | | | | | |
| 12 | **Date** | **Amount** | **iX Global Account Used** | **Sent to** | **Reference** | | |
| 13 | 6/9/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global March 21 | | |
| 14 | 6/3/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global March 14 | | |
| 15 | 5/27/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global March 7 | | |
| 16 | 4/18/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global Feb 28 | | |
| 17 | 4/12/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global Feb 21 | | |
| 18 | 4/4/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global Feb 14 | | |
| 19 | 4/3/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global Feb 7 | | |
| 20 | 3/29/2023 | $50,000.00 | Revolut Account | To Business Funding Solutions Utah First | COGS iX Global Feb 1 | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | **Total Paid USD*** | **$7,149,317** | | | | | |
| 24 | ***Transactions History Up to June 14** | | | | | | |
| 25 | **** There maybe a few wires that were sent via the iX Global Corp Account at Chase** | | | | | | |
| 26 | ****Approx 2M was sent from iX Global Corp account to BFS via wire between May-July** | | | | | | |

# Exhibit 6



**BLOX Lending, LLC**
13894 S. Bangerter Pkwy, Suite 200
Draper, UT 84020
(801) 560-0526

August 17, 2022

Digital Licensing, Inc.
1812 W Sunset Blvd, Ste 1-345
St. George, UT 84770

Loan Number: 10016-1

**LOAN PAYOFF REQUEST**

Dear Schad and Roy,

This letter should serve as official notification for the payoff of Loan 10016-1 with the total amount of $1,150,000.00 due as detailed below.

| | | |
|---|---|---|
| June 9, 2022 | DRILL PIPE | $250,000.00 |
| June 16, 2022 | PURDY OIL | $900,000.00 |
| | **TOTAL DUE** | **$1,150,000.00** |

Payment should be sent directly to **BLOX Lending, LLC** on or before September 15, 2022.

Please contact me with any questions.

With regards,

Emily Eads
435-255-1440
loans@bloxlending.com



**BLOX Lending, LLC Funding Instructions**

Payments to BLOX Lending, LLC should be sent via wire transfer to:



Washington Federal Bank is now known as WaFd Bank

425 Pike Street
Seattle, WA 97101

Routing Number: ████0980

Account Number: ████8442

Address wires to:

BLOX Lending, LLC

13894 S. Bangerter Pkwy, Ste 200
Draper, UT 84020

Memo: Include your name and loan number.

# Exhibit 7

**Morrison**Cohen LLP

David E. Ross
Partner
(212) 735-8841
dross@morrisoncohen.com

August 17, 2023

**VIA E-MAIL & FEDEX**
Jessica Magee, Esq.
Scott Mascianica, Esq.
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street
Suite 1500
Dallas, Texas 75201

Re:     *SEC v. DLI, et al.,* Case No: 23-CIV-482 (D. Utah)

Dear Scott and Jessica,

As you know, we represent Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson in the above-captioned matter. As you also know, from the inception, to wit, the very first time that we learned of the *ex parte* Temporary Receivership Order (the "TRO"), we have have been cooperating with the greatest of diligence with the Receiver. Indeed, as you know from our many calls and e-mails, in accordance with the TRO, we have been ready, willing and able to, among other things, provide the Receiver with all relevant information related to and control of, *inter alia,* all of our clients' "digital assets" preserve same, ensure they are not dissipated and otherwise maintain the *status quo*. Notwithstanding same, as of the date of this letter, we are still awaiting the Receiver's written instructions and protocol as to how you wish to accomplish the "handoff" of those assets.

Separately, while we have every intention of continuing our diligent cooperation, we are also constrained to raise concerns about the adverse effects of the Receivership, including serious business interruptions, affecting employees and contractors, security issues and environmental concerns. To that end, as discussed at length below, we initially outline major concerns that we have with three (3) of our clients' existing businesses.

**DLI'S FOUR OIL DRILLING RIGS**

As we showed you on Monday, August 14, 2023, DLI owns four (4) oil drilling rigs in Nebraska, Nevada, and Oklahoma. And we provided you the GPS coordinates to locate the rigs.

Our clients have advised us that these four drilling rigs are worth approximately $6 million. These rigs rent for $18,000 -$26,000 per day each, depending upon location. And prior to the imposition of the Receivership, DLI was in negotiations for a contract to provide rigs for the drilling of 11 third-party wells, which would have generated a significant revenue. The Receivership quashed any chance of realizing such revenue.

**Morrison**Cohen LLP

August 17, 2023
Page 2

In addition, because DLI's accounts are frozen and could no longer operate to pay its personnel, including its security detail, they unsurprisingly decided to leave the work sites; thus, the rigs are no longer being monitored and are exposed to theft.  As we discussed in our Monday's email regarding the oil rigs, a reported theft and recovery has already occurred last month in Nevada (see incident report from White Pine County Sheriff's Department, see Exhibit 1). Because security was available to report the theft early, however, the Sheriff's Department was able to recover the equipment. That is no longer the case.  Again, we respectfully ask that the Receiver take all necessary actions to secure and protect DLI's rigs.

**OKLAHOMA OIL AND GAS ASSETS OF IGNIS ENERGY**

One of our clients, Roy Nelson, through Relief Defendant The Gold Collective LLC, had operated Ignis Energy LLC ("Ignis Energy") in Oklahoma.  The SEC does not mention Ignis Energy anywhere in its Complaint.

Through a purchase of several gas systems in Kay County, Oklahoma (the Kay gas system, the Frantze gas system, the Coronado gas system and their associated easements and gas wells), Ignis Energy was assigned these oil and gas assets.  See Oklahoma, Kay County Recorder's Office, Book 1933, pages 0894-0963 (record of assignment); see also Book 1620, pages 0244-0339 (record of purchase of the foregoing gas systems, easements and gas wells).  These gas systems (including the tanks and pipelines) and their associated easements and gas wells span the majority of Kay County (estimated to be just over 127 miles).

These assets need to be immediately managed and maintained to ensure safety and security--not only of the assets but also for the community. Theft in this area is very high, due to the fact that many roughnecks who live in the area and work in the industry have access and ability to move equipment easily. We have already received open and consistent threats of equipment theft and vandalism. Beyond theft and vandalism, these assets, if not regularly maintained, pose a potential environmental hazard; for example, the pipelines or wells could have a leakage and could adversely affect their surrounding areas and cause a public health issue.

Ignis Energy's current workforce of more than ten workers left the job site after learning of the SEC's lawsuit.  Thus, the pipeline, tanks and wells are now exposed to unrectified maintenance issues and oil and gas reserves are extremely vulnerable to theft.  We note that due to the loss of workforce, many of these wells are being "shut-in" to mitigate loss, safety and environmental concerns.  However, having the wells shut-in could cause also significant problems, as saline intrusion to the formations occurs when wells are shut-in.

In light of the TRO and the Temporary Receivership Order, Ignis Energy, in excess of caution, has not operated, managed, or maintained the oil and gas assets.  We believe that the Receiver needs to quickly resume maintenance and operation of these assets, as well as transport and

**MorrisonCohen**LLP

August 17, 2023
Page 3

ensure the delivery of natural gas and oil from these sites to avoid contamination, oil spills, theft or other environmental hazards.  Please advise us forthwith what the Receiver plans to do regarding operating, managing, or maintaining these oil and gas assets in Oklahoma.

**DLI's ECOSYSTEM / TOKENOMICS**

In compliance with the TRO, our clients have done nothing to affect the status quo in DLI's ecosystem/tokenomics.  Contrary to the suggestion that the Receiver made recently, there has been no transfer or dissipation of any crypto assets that our clients possess or control.  However, we also want to advise you that DLI is contractually obligated to purchase tokens out of the ecosystem with any revenues.  Under the lite papers available on the DEBT Box website, the tokens purchased must then be burned.

In addition, as we discussed, our clients, once the receiver provides the protocol for transfer of crypto assets, will, in turn, provide the Receiver with the keys to the treasury wallets. The tokens in the treasury, however, are not intended to ever be released. The release of any of these tokens into the open market could result in catastrophic loss for node holders, by diluting the market.  Please be mindful of the potential deleterious market impact that an error could cause.

In closing, we respectfully submit that as the Receiver is stepping into the shoes of DLI, the Receiver must take all necessary actions to maintain the ongoing businesses discussed above. In our view, any failure to do so would constitute an act of gross negligence by the Receiver.

We are happy to discuss further or answer any questions.

Sincerely,

/s David E. Ross
David E. Ross

# Exhibit 8

# COOPERATION AGREEMENT

This Cooperation Agreement (the "***Agreement***"), is entered as of [Sep], [20]**,** [2022] (the "***Effective Date***"), is made by and between Digital Commodity Software House, FZE ("the ***Client***"), and 【MEXC Global Ltd.】 ("the ***Company***") (collectively, the "***Parties***").

## WITNESSETH:

WHEREAS, the Company is a digital asset trading service provider and is the owner of the digital asset trading platform mexc.com (the "***Platform***");

WHEREAS, the Client has a significant interest in a digital asset DEBT (the "***Tokens***") and wherein the Client will issue, offer, and distribute DEBT (collectively, the "***Project***");

WHEREAS, the smart contract public address is 181c];

WHEREAS, the source code of the smart contract for the Tokens is https://bscscan.com/address/█████████████████181c; and,

WHEREAS, both Parties are interested in cooperating with one another through enabling the offering and trading of the Tokens on the Platform. Such cooperation between the Client and the Company shall hereinafter be referred to as the "***Cooperation***."

NOW, therefore, the parties, after proper consultations and in accordance with the relevant laws and regulations of Singapore, agree on the following terms and conditions in connection with the Cooperation:

1. **ARTICLE 1: REPRESENTATIONS & WARRANTIES OF THE PARTIES**

   1.1. REPRESENTATIONS & WARRANTIES BY THE CLIENT

      1.1.1. All warranties and representations made by the Client to the Company are true, accurate and complete, and free of any falsification, concealment, major omission and misleading information.

      1.1.2. The relevant documents or materials submitted by the Client to the Company (including but not limited to the white paper, legal opinion, relevant financial statements and books, and reports on the operational status of the Client, etc.) reflect the Client's legal status, financial and operating conditions, etc., in a truthful and complete manner, without any falsification, concealment, major omissions or misleading information.

      1.1.3. The Client has full capacity for civil rights and civil conducts, and can independently assume civil liabilities, sign and perform this Agreement. the Client will not violate any laws and regulations or regulatory provisions that are binding on it, nor will the Client breach any ruling, order, contract, or undertaking that binds or otherwise affects the Client.

      1.1.4. The Client warrants that it will abide by all applicable laws and regulatory rules, obey the rules for administration and use of the Platform as formulated and amended from time to time by the Company or published in the Platform including but not limited to the ST Warning Rules, not engage or participate in any act or business that harms or is likely to harm the reputation or any other legitimate interests of the Company, and shall take immediate actions to assist the Company

with solving any significant security or adverse incidents occurred or likely to occur to the Platform.

1.1.5. The Client warrants that the digital assets used in the Cooperation are legal assets under the Client's sole ownership or of which it has the right to dispose. If a third-party object to the ownership and legality of such assets, the Client will be responsible for the coordination and settlement of such objection and shall bear all the corresponding responsibilities.

1.1.6. The Client warrants that there are no disputes or claims of any kind in connection with or arising out of the Client, the Project or the digital assets contemplated in this Cooperation. In case of any such disputes or claims existing prior to the Effective Date, the Client warrants that such disputes or claims have been all resolved and cleared in an appropriate manner and will have no adverse impact on the Company or the execution or performance of the Agreement.

1.1.7. The Client warrants that it will comply with applicable Platform regulations on the process of listing application and submit qualified KYC (Know Your Customer) files and information to the Company as provided in the MEXC Exchange Listing Application Form.

1.2. REPRESENTATIONS & WARRANTS BY THE COMPANY

1.2.1. The Company has the requisite qualifications and civil capacity and has sufficient authority and power to sign and perform this Agreement.

1.2.2. The Company undertakes that it has the legal ownership of the Platform, and that it provides services and assistance to the Client in accordance with the laws and regulations, the rules of the Platform, as well as this Agreement, in a fair and equitable manner.


2. **ARTICLE 2: RIGHTS & OBLIGATIONS OF THE PARTIES**

2.1. RIGHTS & OBLIGATIONS OF THE CLIENT

2.1.1. The Client shall transfer or cause the transfer of an amount equal to 80,000 USDT ([Eighty Thousand USDT) to the Company within three (3) calendar days after the execution of this Agreement which will cover the integration fee for the technical and media support of the Tokens' listing on the Platform (the "***Supporting Fee***").

2.1.2. The Client shall transfer or cause the transfer of an amount equal to 70,000 USDT Worth of DEBT (Seventy Thousand USDT Worth of DEBT) worth of Tokens to the Company within three (3) calendar days as of the Cooperation which will cover the expense for organizing certain events on the Platform for the Tokens (the "***Events***"). The Client is entitled to choose one or more of the Events therefrom listed to be organized, without prejudice to other rights or obligations the Parties may be entitled to hereunder. Subject to the foregoing, the Client may not choose to organize more than one of the same Events during and for Cooperation.

Events shall include: Kickstarter, M-Day, and Trading Campaign, particulars of which has been agreed between the Parties.

2.1.3. The Client shall transfer or cause the transfer an amount equal to[fifty thousand USDT] ([50,000 USDT]) directly into a trading account held at the Platform within three (3) calendar days as of the Cooperation which will cover the security deposit (the "***Security Deposit***"). The ownership of Security Deposit shall rest with the Client insofar as the lowest USDT price of the Tokens is greater than or equal to the price at which the Tokens first trades upon its listing on the Platform over the course of three (3) calendar days as of the date that the Tokens is listed on the Platform, otherwise the Company has the right to confiscate the Security Deposit.

2.1.4. The Client shall bear the obligation to continuously develop and promote the Project hereunder, and constantly improve its value.

2.1.5. The Client shall have the right to lead the Project management and the right to Project operation, provided, however, that should the Client change any of the key parameters of the Project, including but not limited to any additional issuing, reduction in issuing, extending or shortening the vesting period, the Client shall deliver information on such change by email to the Company's designated email address at least two (2) days prior to (i) the Effective Date (if decision on such change is made prior to the Effective Date), or (ii) such change (if decision on such change is made after the Effective Date).

2.1.6. The Client acknowledges and agrees that the offering of the Tokens on the Platform does not mean that the Company certifies or warrants in any way the Tokens or any evaluation of the Tokens. the Client shall not mislead any third party under any circumstances, including but not limited to spread false or exaggerated information, and shall make prompt clarification if the Client knows or is reasonably believed to know that a third party has any misunderstanding about such Tokens.

2.1.7. The Client shall have the obligation, and shall procure its shareholders, directors, officers or any other key persons participating in the Project, not to misappropriate the digital assets contemplated in this Cooperation, and refrain from engaging in such illegal and criminal activities as money laundering or terrorism financing in the name of the Project.

2.1.8. On the day immediately following the Effective Date, the Client shall disclose the Project source codes to the Company, and ensure that the open source codes so disclosed is consistent with the on-chain token contract, that the on-chain token assets are owned by the holder of the specific private key, and that no other private key may be used to manipulate the assets so owned by the above private key holder.

2.1.9. The Client's legal representative or, if a legal representative is absent, any of its chief officers in charge of the Project shall be jointly liable for indemnifying and holding harmless the Company against any and all losses that the Company may incur due to the offering and trading of the Tokens on the Platform (including but not limited to the indemnity to investors that is made by the Company in advance for and on behalf of the Client, and the penalty imposed by the competent authority on the Company due to any violation of law by the Client, the Tokens or the Project).

2.1.10.  Without the Company's prior express written authorization and consent, the Client may not announce the launch of the Project on the Platform or disclose any relevant information involving the Company before the Company officially release an announcement on the Cooperation; otherwise, the Client shall be deemed as in breach of the Agreement, in which case the Company shall have the right to terminate the Cooperation with the Client without assuming any liability whatsoever, and the Company shall have the right to require the Client to indemnify the Company against any and all losses that the Company may sustain.

2.1.11.  If the Client decides not to offer the Tokens on the Platform after the Company makes proper arrangements for the Cooperation and after the conclusion of this Agreement, the Client shall be deemed as in breach of the Agreement, and the Company shall have the right to decide at its sole discretion: (i) not to return the fees that it has received (if any) from the Client; or (ii) to return a half of such fees.

2.1.12.  The Client shall not disclose  the contract amounts provided in Term 2.1.1, Term2.1.2 and Term 2.1.3 to any third party; otherwise, the Client shall be deemed as in breach of the Agreement, in which case the Company shall have the right to terminate the Cooperation with the Client without assuming any liability whatsoever, and the Company shall have the right to confiscate the above-mentioned contract amounts.

2.1.13.  The Client shall inform the Company at least one calendar week before moving the Tokens from its current blockchain to another (the "***Migration of Tokens***"), otherwise the Client shall be liable for indemnifying and holding harmless the Company against any and all losses that the Company may incur due to the Migration of Tokens.

2.2. RIGHTS & OBLIGATIONS OF THE COMPANY

2.2.1. As a digital assets trading platform, the Company shall have the right to evaluate the Client's Tokens, and to adjust such evaluation, and shall have the right to require the Client to provide all relevant information as may be necessary for the Company's evaluation, and the Client shall provide the necessary assistance.

2.2.2. Where the Company deems that the Client or the Tokens are suspected of any violation of any of the applicable laws or regulations, or fail to meet any of the requirements of the Company, the Company shall have the right to unilaterally terminate the Cooperation between both parties hereto, and discontinue access to the Platform by any users who seek trading of the Tokens without notice in advance to the Client. The Client hereby unconditionally agrees to the aforementioned clause, and agrees to work with the Company in safeguarding the rights and interests of the users and properly handling subsequent matters.

2.2.3. The Company shall have the right to charge and receive the Supporting Fee from the Client in accordance with this Agreement.

2.2.4. Where any other centralized cryptocurrency exchange including but not limited to the centralized cryptocurrency exchanges listed on CoinGecko (the "***Rival Exchange***") announces listing the Tokens earlier than the Token's listing time on the Platform (the "***Listing Time***"), the Company has the right to reset the Listing Time to be no later than the listing time of the Tokens on the Rival Exchange.

**3.   ARTICLE 3: OBLIGATION OF INFORMATION DISCLOSURE**

The Client shall timely disclose any significant matters within one (1) calendar day of such update of information that may affect its ability to pay or its reputation or affect the value of the subject Tokens, including, but not limited to:

3.1. Material changes in the Client's business principles and business scope;

3.2. Material changes involving the Project's codebase or blockchain that may cause disruption of Cooperation;

4

3.3. The Client's major investment operations or major decisions to acquire property;

3.4. The Client incurs any major debt or has any breach of contract in the form of default on any due debt;

3.5. Where the Client makes any new borrowing or external guarantee which value exceeds 50% of its net assets at the end of the previous year;

3.6. The Client waives any of its creditor's rights or property, which value exceeds 50% of its net assets at the end of the previous year;

3.7. The Client incurs any significant loss which value exceeding 50% of its net assets at the end of the previous year;

3.8. The Client makes any decision on capital reduction, merger, division, dissolution and application for bankruptcy;

3.9. The Client is involved in any major legal or arbitration proceeding, or is subject to any major administrative penalty;

3.10. The Client is subject to investigation by any judicial authority on ground of any suspected crime, or any of its directors, supervisors, senior managers and officers is involved in any major civil or criminal proceeding, or is under investigation by a competent authority on the ground of any major economic affair;

3.11. Any change in any of the key persons participating in the Project or any major change in the technical team of the Project;

3.12. Any great change in the progress of the Project.

## 4.   ARTICLE 4: DEFENSE

If the Company is subject to any claim by a third party in connection with the performance of this Agreement, the Client shall assist the Company in the defense against such claim. the Client shall indemnify and hold harmless the Company against any disputes that arise in connection with or relating to the Client, the Project or the Tokens. The Client shall bear any and all the responsibilities, losses and indemnity arising from such disputes.

## 5.   ARTICLE 5: FORCE MAJEURE

Where the performance of this Agreement is directly affected, or this Agreement cannot be performed in accordance with the terms and conditions herein owing to such unpredictable, insurmountable and inevitable Force Majeure events as earthquakes, typhoons, floods, wars, hacker attacks and computer virus invasions, the party encountering such event shall promptly notify the other party of such events in writing, and it shall, within fifteen (15) days, provide the other party with an effective certification issued by a competent authority specifying the details of the events and the reason why all or part of this Agreement cannot be performed, or why its performance shall be delayed. The parties shall negotiate on whether to terminate this Agreement, or partially discharge any liability hereunder, or to postpone the performance of this Agreement, depending on the extent of the impact of the Force Majeure on the performance of this Agreement.

**6.**   **ARTICLE 6: LIABILITY FOR BREACH OF AGREEMENT**

6.1. Any violation of this Agreement by either party or any failure by either party hereto to timely perform any of its obligations, representations or warranties under this Agreement shall constitute a breach of this Agreement.

6.2. Where either party hereto commits any breach of this Agreement and thereby causes any loss to the other party, the breaching party shall be liable to the other party for such loss. The scope of liability includes the loss of such other Party and the costs incurred by it as a result of its claim for such loss.

6.3. The Client shall perform this Agreement strictly in accordance with the terms and conditions hereof. In any case of any breach of the Agreement by the Client, the Company shall be entitled to elect any or all of the following remedies:

6.3.1. Claim a penalty from the Client for such breach of Agreement;

6.3.2. Not listing the Tokens on the Platform or delisting the Tokens from the Platform;

6.3.3. Recourse for any and all losses incurred to the Company as a result of such breach of Agreement against the Client; and,

6.3.4. Terminate this Agreement, without refunding any of the Supporting Fee received from the Client.

**7.**   **ARTICLE 7: CONFIDENTIALITY**

7.1. Each party ("***Recipient Party***") to this Agreement shall assume the obligation to keep confidential the Confidential Information of any other party ("***Disclosing Party***") that is known or otherwise acquired by the party during the conclusion and performance of this Agreement. The Recipient Party shall not disclose such Confidential Information to any third Party and shall not use such information for purposes other than the performance of this Agreement, without the written consent of the Disclosing Party.

7.2. The provisions of this Article shall survive the termination of this Agreement for any reason. Notwithstanding the foregoing, provided that the Recipient Party notifies the Disclosing Party in advance within a reasonable period of time, the Recipient Party shall have the right to use the Confidential Information related to this Agreement for the following purposes:

7.2.1. Disclosing such Confidential Information to government agencies or correspondent banks as is required by any applicable laws or business procedures; and,

7.2.2. Disclosing to employees, lawyers, accountants and other consultants and other persons, on the precondition that such persons shall assume the same confidentiality obligations as the Recipient Party to this Agreement.

**8.**   **ARTICLE 8: AMENDMENT OR TERMINATION**

8.1. This Agreement may be amended or terminated subject to a consensus between both parties hereto, provided, however a written agreement shall be concluded to amend and terminate this Agreement.

6

8.2. In case of any serious breach of this Agreement by the Client, the Company shall have the right to unilaterally terminate this Agreement effective upon notice to the Client, and the losses incurred to the Company or the users of the Platform as a result of such violation shall be borne by the Client.

**9.** **ARTICLE 9: APPLICABLE LAW & DISPUTE RESOLUTION**

9.1. This Agreement shall be governed by and construed in accordance with the laws of Singapore.

9.2. Where any dispute arises between both parties hereto in connection with the execution or performance of this Agreement, the parties hereto shall first seek to resolve such dispute through amicable negotiations by and between themselves. If the negotiation fails to produce an agreement, either party hereto may submit the dispute to the Singapore International Arbitration Center for arbitration in accordance with the arbitration rules in force at the time of the application for arbitration. The result of the arbitration shall be final and shall be binding on both parties.

**10.** **ARTICLE 10: SUPPLEMENTARY PROVISIONS**

10.1. This Agreement shall come into effect as of the date when it is duly signed by both parties hereto. This Agreement shall supersede all agreements, consensus or memorandums in oral or written form as previously concluded by and between both parties hereto on subject matters covered by this Agreement.

10.2. This Agreement may be executed electronically, including by transferring of the executed PDF copy to the other party.

10.3. The failure or delay of either party to exercise any of its rights hereunder shall not constitute a waiver of that right. Waiver of any provision of this Agreement by either party shall not be deemed as a waiver of any other provision of this Agreement.

10.4. If any provision of this Agreement is found invalid or unenforceable for any reason, it shall not affect the validity of other provisions of this Agreement; and this provision shall continue to apply subject to such modifications as may be necessary without prejudice to the purposes of this Agreement.

*               *               *

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in person or by their duly authorized representatives on the date and place set forth at the beginning of this Agreement.

**CLIENT: Digital Commodity Software House, FZE**

By: Roydon Nelson (Sep 20, 2022 15:50 MDT)
Name: Roy Nelson
Title: Director

7

**COMPANY: MEXC Global Ltd.**


By:_____

Name: S C-WEI
Title: Director

# Cooperation Agreement - MEXC - [DEBT] - [2022-09-20]

Final Audit Report                                              2022-09-20

| | |
|---|---|
| Created: | 2022-09-20 |
| By: | Jason Anderson (loans@bloxlending.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA65iRUzCsptUo4I6t3qlJdd2-UOQyjQ-j |

## "Cooperation Agreement - MEXC - [DEBT] - [2022-09-20]" History

Document created by Jason Anderson (loans@bloxlending.com)
2022-09-20 - 9:11:01 PM GMT- IP address: ███4.116

Document emailed to roy@digitallicensinginc.com for signature
2022-09-20 - 9:11:33 PM GMT

Email viewed by roy@digitallicensinginc.com
2022-09-20 - 9:11:35 PM GMT- IP address: ███2.133

Signer roy@digitallicensinginc.com entered name at signing as Roydon Nelson
2022-09-20 - 9:50:01 PM GMT- IP address: ███32.36

Document e-signed by Roydon Nelson (roy@digitallicensinginc.com)
Signature Date: 2022-09-20 - 9:50:03 PM GMT - Time Source: server- IP address: ███32.36

Agreement completed.
2022-09-20 - 9:50:03 PM GMT

# Exhibit 9



# On-Boarding Documents
# Corporate Application Form

*In connection with Anti-Money Laundering (AML) requirements and Know Your Customer (KYC) process, Flowdesk asks you to complete this form diligently and honestly.*

*The completed, dated and signed document shall be returned by email to your account manager.*

## Corporate Client

| Legal business name: | Digital Licensing, Inc. |
|---|---|

## Project Name if different from entity name

| Project name: | DEBT |
|---|---|

 flowdesk

**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Registrant Details

## Business Type

☐ Corporation not publicly listed    ☐ Non-profit organization    ☐ Partnership

☐ Fund or Fiduciary entity    ☐ Sole Proprietorship    ☐ Government agency

☐ Trust    ☑ Limited Liability Company (LLC)

☐ Other: _____

## General information

| | |
|---|---|
| Company's Unique Identification Number | ███ 3670 |
| Date of incorporation | 03/18/2021 |
| Country of incorporation | United States |
| Registered Business Address | 30 N Gould Street, Ste N<br>Sheridan, WY 82801<br>USA |
| Physical Business Address<br>(if different from above) | |
| Address of correspondence<br>(if different from Registered Business Address) | |
| VAT ID<br>(only applicable if in the EU) | N/A |



**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Ownership Structure

Please provide details below regarding the beneficial owner of your structure.

Definition: A beneficial owner is any individual or entity who ultimately owns or controls (directly or indirectly) more than 25% of the shares or voting rights or otherwise exercises control over the management.

|  | Beneficial owner 1 | Beneficial owner 2 | Beneficial owner 3 | Beneficial owner 4 |
|---|---|---|---|---|
| Full name (or used name)/Legal Name | Schad Brannon | Roydon Nelson |  |  |
| Country of birth/Country of incorporation | USA | USA |  |  |
| Nationality | USA | USA |  |  |
| Permanent residential address / Address of registered office | ███████████ | ███████████ |  |  |
| Country | USA | USA |  |  |
| Telephone Number | ███████████ |  |  |  |



**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Register of Directors

Please complete below the list of all directors. Please remember to inform us without delay in the case of a change since we will accept orders only if coming from one of the directors. To do this, you can complete this section and send it to us.

|  | Director 1 | Director 2 | Director 3 | Director 4 |
|---|---|---|---|---|
| Full name | Schad Brannon | Roydon Nelson |  |  |
| Used Name (if different) |  | Roy Nelson |  |  |
| Country of birth | USA | USA |  |  |
| Nationality | USA | USA |  |  |
| Permanent residential address | ███████████ |  |  |  |
| Country | USA | USA |  |  |
| Title/Function | Director | Director |  |  |



**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Authorized Signatories

Please provide details below of the persons, who are not a director, who will be authorized to give to Flowdesk, and from whom Flowdesk may seek instructions on behalf of the applicant in relation to the applicant's activities with Flowdesk.

Unless you inform us to the contrary, we will treat communications received from an Authorized Signatory as constituting authorized instructions from you.

Any change shall be notified to your account manager without delay.

## Authorized Signatory (more forms to be found in Appendix 1 if necessary)

| | |
|---|---|
| Title | ☑ Mr   ☐ Mrs |
| Full name | Jason Anderson |
| Used Name (if different) | |
| Country of birth | USA |
| Nationality | USA |
| Permanent residential address | ▉▉▉▉▉▉▉ |
| Country | USA |
| Email | jason@bloxlending.com |
| Telegram Username | @jason_debtbox |
| Permission to be granted | ☐ Read only<br><br>■ Trading<br>Can give trading and trading adjustments instructions to Flowdesk.<br><br>☐ Withdrawal operator<br>Can request balance withdrawals, but withdrawals only take place after authorisation from at least one approver.<br><br>■ Withdrawal operator & approver<br>Can request and approve balance withdrawals. |
| Signature of authorized signatory | *Jason Anderson*<br>Jason Anderson (Nov 3, 2022 10:23 MDT) |

 **flowdesk**

**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Business and regulatory status

## Nature of business operations

| | |
|---|---|
| Describe the applicant's company principal business | Digital Licensing, Inc sells software mining licenses and hardware creating the D.E.B.T. Ecosystem. D.E.B.T. is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, |

## Regulatory Compliance

| | |
|---|---|
| Regulation Status | ☐ Regulated   ☑ Not Regulated   ☐ Ongoing procedure |
| Regulatory Jurisdiction | |
| Regulatory Authority | |
| AML Policy | ☑ Yes   ☐ No |
| Mandatory KYC | ☐ Yes   ■ No |
| Do you have a full-time compliance officer? | ☐ Yes   ☑ No |
| Full Name (if yes) | |
| E-mail (if yes) | |

## Money-Laundering Exposure

Please indicate, if your business or any of its subsidiary, senior manager, executive officer or beneficial owner is or has been:

| | |
|---|---|
| A politically exposed person (PEP)? | ☐ Yes   ☑ No |
| Subject of a regulatory investigation, enforcement action or criminal penalty related to money laundering, sanctions violations or financial crimes? | ☐ Yes   ☑ No |
| Involved in any operation in North Korea, Syria, Cuba, Venezuela, Iran, Turkey? | ☐ Yes   ☑ No    If yes, please precise which one: |



**On–Boarding Documents**
Corporate Application Form

flowdesk.co

# Financial Information

| | | |
|---|---|---|
| Nature of the funds traded | ■ Digital Assets | ☐ Legal Tender |
| Method of payment | ☐ Bank transfer | ■ Cryptocurrency transfer |

## Source of funds

| | |
|---|---|
| Description of the source of funds **(mandatory)**<br><br>The term "source of funds" refers to the funds that are being used to fund the specific operation (i.e. Market Making, Brokerage and/or Custody) | Profits from the company |
| Wallet Addresses where the funds are currently linked **(mandatory)** | |
| Description of the source of Wealth **(mandatory)** | Profit from the company |

## Nominated Banking Account

If you want to remit or receive payment in legal tender, this section is mandatory. Please be informed that we will rely on this declaration to accept payment and to remit money. If changes are required to this document, you will need to declare the change without delay to your account manager.

| | |
|---|---|
| Name of the nominated banking institution | Zions Bank |
| Address of the nominated banking institution | One South Main Street<br>Salt Lake City, UT 84133 |
| SWIFT | ZFNBUS55 |
| IBAN | N/A |
| Main Currency | USD |
| Account Name | Digital Licensing, Inc |
| Account Number | ███ 4702 |



**On-Boarding Documents**
Corporate Application Form

**flowdesk.co**

## Whitelisted Wallet Addresses

If you want to remit or receive payment in digital assets, this section is mandatory. Please be informed that we will rely on this declaration to accept payment and to remit money. If changes are required to this document, you will need to declare the change without delay to your account manager.

| Denomination ie. Binance Wallet | Currency ie. BTC | Public Address ie. Wallet address | Further Info ie. Destination tag/payment ID |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

 flowdesk™

**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Mandatory Documents

Please provide us the following documents in relation with your company:

☑ Certificate of incorporation (or local equivalent)

☑ Memorandum and Articles of association (or local equivalent)

☑ Proof of physical business address

☑ Proof of funds supporting documents (examples available in Appendix 0)

☑ Company's bank details

☑ Up-to-date register of directors (template available Appendix 2)

For each director, authorized signatory and beneficial owner:

| If the director, authorized signatory or beneficial owner is an individual: | If the director, authorized signatory or beneficial owner is a corporate entity: |
|---|---|
| ☑ an eligible* proof of identity document | ☐ Certificate of incorporation (or local equivalent) |
| ☑ an eligible* proof of residential address document | ☐ Up-to-date register of directors (template available Appendix 2) |
| | ☐ Proof of physical business address |
| | ☐ Scheme of the controlling structure (showing the percentage of shares or voting rights) |

---

*Eligible documents

The table below lists types of documents which are eligible as proof of identity and proof of residential address for an individual. It is necessary to provide copies of <u>one</u> document from the list of documents eligible as proof of identity and one document from the list of documents as eligible as proof of residential address. <u>The same document cannot be used to satisfy both requirements.</u>

| Proof of Identity | Proof of Residential Address |
|---|---|
| • Current signed passport<br>• EEA member state identity card<br>• Current or EEA photocard driving licence<br>• Valid National identity card bearing a photograph of the individual | • Utility bill (gas, electric, satellite television, landline phone bill) issued within the last three months<br>• Local authority council bill for the current council tax year<br>• Bank or building society statement dated within the last three months<br>• Original mortgage statement from a recognised lender issued |



**On-Boarding Documents**
Corporate Application Form

flowdesk.co

# Declaration

The applicant hereby declares and confirms that:

1. To the best of your knowledge, the information contained in this Form is both accurate and complete.

2. You will inform Flowdesk immediately in writing of any change in the information set out in this Form.

3. You agree that Flowdesk will have no responsibility for the consequences of your failure to make satisfactory disclosure of relevant information to Flowdesk or of any changes in any information previously provided to Flowdesk.

4. You hereby consent to Flowdesk executing orders (including margined transactions) on your behalf outside a regulated market, a multilateral trading facility or an organized trading facility.

5. Any information provided in this Form may be shared by Flowdesk with a third-party search agency for the purposes of verifying your identity

6. Your company is not owned or controlled, directly or indirectly by only individual or entity subject to any sanction administered or enforced by any relevant European and North American authority

7. Your company is not located, organized or resident in Cuba, Syria, Iran, North Korea, Venezuela or Turkey

8. The whitelisted addresses listed on page 9 are directly or indirectly owned by your Company, or to the extent it is associated with a third-party custodian, you acknowledge and agree that your Company is designating those addresses for receipt of digital assets from Flowdesk.

**Signed by the applicant**

| | |
|---|---|
| Full name | **Roydon Nelson** |
| Title/Status | **Director** |
| Date | **11/3/22** |
| Signature | *[signature]* |
| | Roydon Nelson (Nov 3, 2022 09:54 MDT) |



On-Boarding Documents
Corporate Application Form

flowdesk.co

# Appendix 0: Source of funds

| Description of Source of Funds | Documentary evidence required (to be provided in original or fully certified copy) |
|---|---|
| Income and/or treasury from the applicant's company principal business | Invoices sent to clients and<br>Bank statement clearly showing receipts; or<br>Copy of recent Financial Statement; or<br>Wallet receiving funds. |
| ICO/IEO and token sale | Simple Agreement for Future Tokens (SAFT) and<br>Related Transactions IDs or/and Bank statement (if a fiat currency was used). |
| Fundraising (Equity, Securities etc.) | Contract notes or statements; or<br>Bank statement showing receipt of funds by investors; or<br>Signed letter detailing funds from a regulated accountant. |
| Sale of an investment | Investment/savings certificates, contract or statements from the investment company and<br>Wallet receiving funds or bank statement showing receipt of funds. |
| Dividends/Profits from company | Latest audited company accounts; or<br>Dividend statement and<br>Wallet receiving funds or Bank statement showing receipts. |
| Company Sale | Signed letter from a solicitor; or<br>Signed letter from regulated accountant; or<br>Copy of sale contract and<br>Wallet receiving funds or bank statement showing receipt of funds. |
| Trading profits | Screenshots from your account on the exchange/broker (e.g. displaying your account ID) of the withdrawal and all related transaction details. |
| Mining | Address of the mining pool from which the rewards come or;<br>Operating cost statement (e.g. electricity bills) and<br>Screenshots of the transaction history |
| Staking | Screenshots from your account of the transaction history on which deposits, withdrawals and profits are visible. |
| Lending and Liquidity pools | Screenshots of the transaction history (wallet addresses and transaction IDs). It must be clear where you have deposited the assets as collateral, in what amount and where the collateral that is being used has come from. |
| Airdrops | Screenshots from your account on the exchange of all transaction details and the identity of who the airdrop is from. |
| Lottery/Betting/Casino | Letter from the relevant organization (Lottery headquarters/betting shop/casino); and<br>Wallet receiving funds or bank statements showing funds deposited by company name. |
| Other sources of funds | Appropriate supporting documentation and all related transaction details. |

 **flowdesk**

**On-Boarding Documents**
Corporate Application Form

**flowdesk.co**

# Appendix 1 - Authorized Signatories

Please provide details below of the persons, who are not a director, who will be authorized to give to Flowdesk, and from whom Flowdesk may seek instructions on behalf of the applicant in relation to the applicant's activities with Flowdesk.

Unless you inform us to the contrary, we will treat communications received from an Authorized Signatory as constituting authorized instructions from you.

Any change shall be notified to your account manager without delay.

## Authorized Signatory (complete as many as necessary)

| | |
|---|---|
| Title | ☑ Mr    ☐ Mrs |
| Full name | |
| Used Name (if different) | |
| Country of birth | |
| Nationality | |
| Permanent residential address | |
| Country | |
| Email | |
| Telegram Username | |
| Permission to be granted | ☐ Read only<br><br>☐ Trading<br>Can give trading and trading adjustments instructions to Flowdesk.<br><br>☐ Withdrawal operator<br>Can request balance withdrawals, but withdrawals only take place after authorisation from at least one approver.<br><br>☐ Withdrawal operator & approver<br>Can request and approve balance withdrawals. |
| Signature of authorized signatory | |

# UPDATED Flowdesk Corp Application

**Final Audit Report**                                                      2022-11-03

| | |
|---|---|
| Created: | 2022-10-26 |
| By: | Jason Anderson (loans@bloxlending.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApl_mSNNKPEQPmVkywlWSgp-FigqrEvSY |

## "UPDATED Flowdesk Corp Application" History

📄 Document created by Jason Anderson (loans@bloxlending.com)
2022-10-26 - 5:03:40 PM GMT- IP address: ████.116

✉️ Document emailed to roy@digitallicensinginc.com for signature
2022-10-26 - 5:06:17 PM GMT

📄 Email viewed by roy@digitallicensinginc.com
2022-10-26 - 6:09:53 PM GMT- IP address: ████09.57

📄 Email viewed by roy@digitallicensinginc.com
2022-11-03 - 3:50:17 PM GMT- IP address: ████2.6.60

✒️ Signer roy@digitallicensinginc.com entered name at signing as Roydon Nelson
2022-11-03 - 3:54:19 PM GMT- IP address: ████30.91

✒️ Document e-signed by Roydon Nelson (roy@digitallicensinginc.com)
Signature Date: 2022-11-03 - 3:54:21 PM GMT - Time Source: server- IP address: ████30.91

✉️ Document emailed to jason@bloxlending.com for signature
2022-11-03 - 3:54:23 PM GMT

📄 Email viewed by jason@bloxlending.com
2022-11-03 - 4:22:07 PM GMT- IP address: ████2.6.59

✒️ Signer jason@bloxlending.com entered name at signing as Jason Anderson
2022-11-03 - 4:23:08 PM GMT- IP address: ████37.48

✒️ Document e-signed by Jason Anderson (jason@bloxlending.com)
Signature Date: 2022-11-03 - 4:23:10 PM GMT - Time Source: server- IP address: ████37.48

✅ Agreement completed.
2022-11-03 - 4:23:10 PM GMT

📕 **Adobe Acrobat Sign**

# Exhibit 10

| | |
|---|---|
| **From:** | Schad Brannon <schadebrannon@gmail.com> |
| **To:** | Emily Eads for BLOX Lending <loans@bloxlending.com> |
| **CC:** | Jake Buehner <jake.buehner@gmail.com>;Jake Anderson <jake@bloxlending.com>;Jason Anderson <jason@bloxlending.com>;Kory Calmes <kory@calmes.org>;Roy Nelson <roy@digitallicensinginc.com>;Bryan Schaffner <bryan@intellectualpropertyfund.com> |
| **Sent:** | 6/30/2022 7:49:09 AM |
| **Subject:** | Re: Fw: DRAFT DLG Lite Paper Text Only |
| **Attachments:** | DRAFT DLG Lite Paper - Text Only v2.docx |

Emily & Co-
Attached herein are my suggested changes to the DLG Lite paper.

Many thanks

Schad

On Wed, Jun 29, 2022 at 3:40 PM Emily Eads for BLOX Lending <loans@bloxlending.com> wrote:
Resending in case not previously received.

Emily Eads
Direct: 435.255.1440

> **T:** 801-560-0526
> **E:** Loans@BLOXLending.com
> **W:** www.BLOXLending.com

CONFIDENTIALITY NOTICE:
Unauthorized interception is prohibited by Federal Law Electronic Communication Privacy Act of 1986 U.S.C. 2701(a) and 2702(a) The contents of this transmission may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone (or by reply e-mail) and delete this message.

------ Forwarded Message --------
From: Emily Eads for BLOX Lending <loans@bloxlending.com>
Date: 6/29/2022 2:47:05 PM
Subject: DRAFT DLG Lite Paper Text Only
To: Jake Buehner <jake.buehner@gmail.com>, Jake Anderson <jake@bloxlending.com>, Jason Anderson <jason@bloxlending.com>, Kory Calmes <kory@calmes.org>, Roy Nelson <roy@digitallicensinginc.com>, Schad Brannon <schadebrannon@gmail.com>

LITE paper (text only) For review.

Emily Eads
Direct: 435.255.1440

> **T:** 801-560-0526
> **E:** Loans@BLOXLending.com
> **W:** www.BLOXLending.com

CONFIDENTIALITY NOTICE:
Unauthorized interception is prohibited by Federal Law Electronic Communication Privacy Act of 1986 U.S.C. 2701(a) and 2702(a) The contents of this transmission may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone (or by reply e-mail) and delete this message.

--
Many thanks,

Schad E. Brannon

Business, Financial & Insurance Professional
Contact Number: +1 (815) 728-4280
Casual Email: schadebrannon@gmail.com
Global Bullion Holdings | Western Oil | United Capital Mgt.

| Toll-Free One Number | Pass Code for outside the U.S. |
| --- | --- |
| USA +1 (351) 999-3359 | 329560 |

**Confidentiality Notice:** This email, including attachments, may include non-public, proprietary, confidential, or legally privileged information. If you are not the intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email, in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail, or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

## D.E.B.T. Box is the future of Crypto Mining

The D.E.B.T. Box is a revolutionary decentralized eco-friendly blockchain technology network of autonomous software node operators who, together, create a blockchain ecosystem.

D.E.B.T. Box digital currency projects are supported by real-world commodities linked through the blockchain to add stability to its ecosystem with tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The D.E.B.T. Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate ongoing revenues. These real-world commodity production projects benefit from the D.E.B.T. Box  Ecosystem,  professional help from industry staff members that are employed by the Digital Licensing Inc., the platforms and ecosystems permissioned administrator, project support through proprietary technologies, and administrative oversite of the D.E.B.T. Box communities license holders.  Everyone wins!

## Growth Strategy

As D.E.B.T. Box hardware and software are launching, the ecosystem is becoming more robust, the key focus now is growth. Currently, there are multiple gold producing projects in the pipeline and new projects are being reviewed regularly.

**D.E.B.T. BOX AT A GLANCE**

**[Graphics]**

**DIGITAL LINKED GOLD TOKEN (DLG)**

Digital Linked Gold, one of the first projects launched on the D.E.B.T. Box platform has been created to establish a digital asset truly linked to a physical counterpart or unit in value of gold. This has been done by linking every digital unit authorized (token) to a respective deliverable counterpart, a femtogram of gold. The DLG project will contribute to the mining industry by supporting selected mining projects and offering the following benefits:

1-8 [TBP by RN]

PROPRIETARY SATELLITE-REMOTE SENSING TECHNOLOGY

DRASTICALLY REDUCING EXPLORATION COSTS

ESTABLISHING MORE GOLD TARGET VALUE

CREATING PRODUCTION EFFICIENCIES

ESTABLISHING VALUE EARLIER IN THE PROCESS

ALLOWING FOR MORE ECO-FRIENDLY OPERATIONS

MAXIMIZING REALIZED EXTRACTION VALUE

STABLE OFF TAKE FOR GOLD PRODUCTION

**Get Involved with DLG**

Become part of the D.E.B.T. Box community with the purchase of a DLG software digital mining license and take advantage of the crypto industry and the growing D.E.B.T. Box ecosystem from the comfort of your own home. Purchase your DLG software mining license today to earn reward tokens linked to physical gold. The D.E.B.T. Council will be releasing DLG software mining licenses in blocks of 10,000 as deliverable gold is produced and made available for delivery.

**DLG Software Mining License**

D.E.B.T. Box software digital mining licenses, including DLG, operate with very little electricity and only require standard internet service. The license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, a hosting service, or the D.E.B.T. Box hardware. For more details on the required specifications, see: www.thedebtbox.com/specifications.

**Collect Rewards**

When your DLG software digital mining license is active and connected to the internet, you will be rewarded with DLG tokens for supporting the D.E.B.T. Box blockchain ecosystem. Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours. Withdraw these rewards to your D.E.B.T. Box DLG wallet using the dashboard. Rewards can then be stored, exchanged for other currencies, or redeemed for physical gold*.

*Minimum amount required to redeem for physical gold with availability to be subject to physical production of deliverable gold.

## HOW IT WORKS

### PURCHASE A LICENSE

To earn DLG rewards, a software digital mining license must be purchased and connected to the internet. The D.E.B.T. Council will release DLG licenses in blocks of 10,000 based on the availability of deliverable gold. With every 100,000 licenses sold, the DLG licenses will be converted to transferable NFTs, becoming your perpetual asset.

### HOST YOUR LICENSE

Each license sold can be assigned to, and hosted on, our proprietary hardware system known as the D.E.B.T. Box, a laptop, smart device, or other hosting service, to earn daily mining rewards. The software digital mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and standard internet service. For more details, see: www.thedebtbox.com/specifications.

### EARN REWARDS

While a DLG software digital mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem. For this support, each license will be rewarded with a distribution of DLG tokens every 24-hours. Rewards generated today are deposited to the DLG Piggy Bank wallet within 24-hours and from here can be withdrawn to your D.E.B.T. Box DLG wallet. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

### GOLD LINKING

By utilizing the benefits of D.E.B.T. Box digital currency project, "Explore" (XPLR), Digital Linked Gold is able to work closely with a team of industry professionals such as geologists, mining engineers, mine site operators and other industry experts associated with DLG supported physical gold mining projects and to work alongside Digital Licensing Inc., professional and technical teams to analyze mine data and accurately create project feasibility reports and establish gold resource estimate of recoverable gold and other necessary factors that lead to a successfully administered and operated physical gold mining project. DLG has applied  these skills to several physical  mining projects  within the Southwestern Unites States and in Ghana, West Africa, two of the top five gold mining jurisdictions on the planet.

By linking each digital token to its physically mined  counterpart of gold, DLG software digital mining licenses can be rewarded with DLG tokens for as long as there is physical gold production available to deliver. Tokens are digitally mined from the Ecosystem Growth Initiative (EGI) pool over an initial ten (10) year schedule. When gold is produced in a deliverable physical form, will the equivalent value in DLG tokens be deposited to the EGI pool to be mined over the initial ten-year (10) period. This creates value and stability for the digital reward tokens.

**DLG TOKENS**

DLG tokens can only be digitally mined once the physical counterpart of gold has been identified and is made available to be delivered in its physical form, thus Linking the value of each token to this highly sought-after commodity. All DLG tokens must be digitally mined and will only be available on third-party exchanges after being digitally rewarded. This is not  a Initial Coin Offering (ICO) project structure. The DLG project constitutes a fair launch protocol, because 100% of the token must be digitally mined and rewarded to their license holders.

1 DLG token = 1 Femtogram of Gold (0.000000000000001 grams of gold)

There are a few credible gold "backed" crypto projects but only one gold "LINKED" digital currency project.  DLG is unique because it has utilized blockchain technology to LINK the digital and physical gold counterparts units-of-value physically mined from the earth verses, for instance mining Bitcoin Gold (BTG) and then using essentially a derivative of BTC to create the opportunity to simply purchase gold for retail sellers.  Backing crypto currency with a commodity is a promise to hold a pegged value against that commodity and ultimately purchasing that commodity which is a significate difference than linking the physical commodity with its digital counterpart through the blockchain making DLG a one-of-a-kind LINKED, not backed token model.

**REDEMPTION FEES**

With each token linked to a physical counterpart of gold, token holders can choose to store tokens, exchange them for other currencies or redeem them for physical gold. As a deliverable, there are redemption fees when requesting to take physical delivery of gold.  These fees, to be determined at the time of redemption will include secure and insured delivery.

**MILESTONES – [TBP by RN]**

Complete

DLG (project) is integrated with XPLR (project) which holds exclusive proprietary remote sensing technology

Partnered with gold mining operations companies in the USA and in AFRICA

Secured several physical mining projects to support for enhanced production

Identified probable and proven gold reserves for extraction

Partnered with proprietary metal separation and refining company

Partnered with responsible sourcing and tracking supply chain company

Future

Listed on Pancake Swap

Roadmap to Independent exchange listing

**REWARDS**

While a DLG software digital mining license is active and connected to the internet, it is supporting the D.E.B.T. Box blockchain ecosystem creating a synthetic proof of work (sPoW) structure. For this support, each software digital mining license will be rewarded with a distribution of DLG rewards. Tokens generated today are deposited into the DLG Piggy Bank wallet within 24-hours, from here, they can be withdrawn into a D.E.B.T. Box DLG wallet and then stored, exchanged for other currencies, or redeemed for physical gold. Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).

A percentage of the EGI pool is digitally mined every year based on the amount of deliverable gold available from the partnered physical mining projects. As gold becomes available in a deliverable form, the equivalent value of digital tokens are minted and deposited to the EGI pool to be digitally mined and rewards to license holders over an initial period of ten (10) years.  DLG licenses are perpetual and will exist into perpetuity once converted into NFT's, while the initial 10-year term is to capture, and book end the digital currencies tokenomics.

**TOKENOMICS**

To be rewarded for a full 24-hour digital mining cycle, a software license holder must have an active DLG software digital mining license connected to the internet that is online and regularly reporting activity to the blockchain network.

The D.E.B.T. Council works closely with the permissioned administrator's  technical team  and other industry experts to analyze mine data provided in standardized reports, known as a National Instrument 43-101 report. Remote sensing, Satellite imaging, 3-D rendering, target drilling, geo-chemical analysis, assays, and other earth science processes all contribute to the data and ability to accurately estimate recoverable natural resources, production feasibility of mining and other necessary factors that lead to a successful gold mine.

By linking each token digitally mined to a physical gold counterpart of gold (1 token = 1 femtogram of gold), DLG is considered a stable coin, which is defined as a crypto asset that maintains a stable value against a target price of 1oz. of gold represented in a USD unit-of-value.  Stable Coins are designed for any (decentralized) application which requires a low threshold of volatility to be viable on a blockchain.

The DLG token is perpetual , meaning the software mining licenses will be rewarded with DLG tokens for as long as there is gold available to deliver. Tokens are digitally mined from the Ecosystem Growth Initiative (EGI) pool on an initial ten (10) year schedule. As gold is produced in a deliverable form, the equivalent value in DLG tokens are deposited into the EGI pool. Each deposit is to be digitally mined over an initial ten-year (10) period. Tokens are mined to software digital mining license holders based on a synthetic  proof of work algorithms, without requiring excessive energy and hardware costs. The D.E.B.T. Council will not receive a percentage of the daily rewards but does have the ability to purchase and operate software digital mining licenses.

The D.E.B.T. Council is responsible for making decisions about the platforms ecosystem and working through the platforms permissioned administrator to add value for all software license holders. This is

achieved  by supplying liquidity to new markets, increasing the production value of projects, and providing liquidity for independent digital currency exchanges.

## Supply Distribution

There are 4 main wallets where the majority of non-circulating tokens are held. All remaining wallet holders can be found on the Wallet Holders section of the token page on BSCScan (linked below).

Name    AddressPurpose

**EGI Pool**

██████████████████████████████1176

Mining pool where the daily mining is distributed from.

**D.E.B.T. Council**

██████████████████████████████55A3

Responsible for managing the ecosystem and working to build value.

**Piggy Bank**

██████████████████████████████C20e

Holds your rewards until you withdraw the rewards to your DLG wallet

**Payments Wallet**

██████████████████████████████828E

Wallet holding all tokens that have been used to purchase mining licenses, these tokens are held until January 1st of the following year.

## Resources

BSCScan Details https://bit.ly/3ypofzh

██████████████████████████████422A

Disclosures and Risks

It is important to know that the D.E.B.T. Box software digital mining license is not an investment, but the sale of software and/or hardware. Digital rewards produced by each license are not considered legal tender and are not backed by any government, thus the rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Information has been provided to introduce you to the DLG software digital mining license and is not meant to offer financial advice in any way.

*Currently, D.E.B.T. Box software digital mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the D.E.B.T. blockchain.

For more information, please see the Terms of Use at www.thedebtbox.com/terms-and-conditions

# Exhibit 11

| | |
|---|---|
| **From:** | Emily Eads for BLOX Lending <loans@bloxlending.com> |
| **To:** | Roy Nelson <roy@digitallicensinginc.com> |
| **Sent:** | 1/17/2023 1:49:59 PM |
| **Subject:** | Logo files |
| **Attachments:** | BGLD-vector.ai; logo [Recovered].ai; NATG-vector.ai |

Let me know if you need anything else.

Emily Eads
Direct: 435.255.1440

**T:** 801-560-0526
**E:** Loans@BLOXLending.com
**W:** www.BLOXLending.com

CONFIDENTIALITY NOTICE:
Unauthorized interception is prohibited by Federal Law Electronic Communication Privacy Act of 1986 U.S.C. 2701(a) and 2702(a) The contents of this transmission may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone (or by reply e-mail) and delete this message.



# Exhibit 12

| **From:** | Emily Eads for BLOX Lending <loans@bloxlending.com> |
|---|---|
| **To:** | Jason Anderson <jason@bloxlending.com>;Jake Anderson <jake@bloxlending.com>;Schad Brannon <schadebrannon@gmail.com>;Roy Nelson <roy@digitallicensinginc.com> |
| **Sent:** | 6/14/2022 5:24:28 PM |
| **Subject:** | DRAFT Announcements For Review |
| **Attachments:** | DRAFT BNB Volatility v2.docx; DRAFT Dashboard Update.docx; DRAFT Independence Sale v2.docx; DRAFT Reminder Referal Program Sunset v2.docx; DRAFT Security Announcement.docx |

Please see the attached. Please let me know of any changes. We would like to get these posted beginning tomorrow. They will be spread out over this week and next about every other day.

Emily Eads
Direct: 435.255.1440

**T:** 801-560-0526
**E:** Loans@BLOXLending.com
**W:** www.BLOXLending.com

CONFIDENTIALITY NOTICE:
Unauthorized interception is prohibited by Federal Law Electronic Communication Privacy Act of 1986 U.S.C. 2701(a) and 2702(a) The contents of this transmission may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by telephone (or by reply e-mail) and delete this message.

DEBT Box Announcement

Dear DEBT Box Community,

We know some of you must be wondering about the price variations of our tokens and why they have taken such a large dip over the last few days. This variability is due to the tokens being paired with BNB.

Because we are currently paired with BNB, all DEBT Box ecosystem tokens have the ability to rise in value based purely on the rise of BNB value, however this works both ways. As we have seen over the past few weeks, the value of BNB has dropped 30%, which has impacted the value of our tokens as well.

We are working hard to get all DEBT Box tokens paired with the DEBT token, and not BNB, which will help the volatility. Be on the lookout for announcements about exchange listings in the coming weeks.

Happy mining!

The DEBT Box Team

DEBT Box Announcement

**EXCITING Updates Coming to the DEBT Box Dashboard!**

DEBT Box Community,

We are excited to announce a major update to the DEBT Box Dashboard. We hope you'll enjoy the new layout and features, including an overview page, a goals page, and the ability to see your overall portfolio at a glance.

> **Overview**: The overview will be the landing page when you first login to your account. This page will give you access, and a snapshot of your DEBT Box portfolio, rewards, wallets, goals, news, and current token values.

> **Goals**: The goals page will be an interactive page where a user can input their own financial goals and measure progress based on their all-time mined rewards value.

> **Portfolio**: The portfolio page will be a comprehensive break down of the total value of your rewards, DEBT Box wallets, and license values across all projects.

Once the dashboard is live, we will spend the first few days reviewing for any issues and completing minor fixes, if needed. Please be patient as we ensure everything is working and displaying correctly.

We are continuing to make improvements to the dashboard and user experience, be on the lookout for additional features and improvements in the coming months.

Happy mining!

The DEBT Box Team

DEBT Box Announcement

# INDEPENDENCE SALE!

DEBT Box Community,

We are excited to announce our Independence Sale to help you achieve greater independence!

Mark Your Calendars! For 72 hours only, on **June 27th, 28th and 29th**, ALL DEBT Box software mining licenses will be available at a discount! Each license price will be reduced by **30-65% off**! (Discount varies per project). Take advantage of this sale and increase your portfolio with your favorite license or try a new one.

Why would we have such a steep discount? Because we want you to have the opportunity to increase your mining and we want to sell all licenses in the projects so they can be converted to NFTs! By selling out the various projects, and converting the licenses to NFTs, this will add additional opportunities for our license holders. Once converted to NFTs, licenses can be transferred, rented, or sold.

Available software mining licenses: BGLD, NATG and GROW

Purchases can be made using DEBT or BGLD tokens (NATG and GROW are still too young for purchases, but can be transferred to DEBT), BNB or other cryptocurrencies through NetCents. No other forms of payment will be accepted.

No referral points will be offered on discounted licenses.

There will be no extensions or exceptions to the dates discounts are available.


Happy Mining!

The DEBT Box Team

DEBT Box Announcement

REMINDER: Referral Program Ending June 30, 2022

DEBT Box Community,

This is a reminder that the DEBT Box referral program will be sunsetting on June 30, 2022.

As announced in the May Newsletter, the DEBT Council voted and decided to discontinue the temporary referral program on June 30, 2022.  After this date, no NEW referral points will be awarded.

While this program has been a huge success in building the DEBT ecosystem, the DEBT Council feels strongly that ending it will allow for mining to be more evenly distributed.

If you have multiple accounts that will be merged during KYC, your referral points will be assigned to your account that has successfully completed KYC when KYC is implemented.

**Example:**

John Doe has created 3 accounts:

JD1, with 0.5 referral points.

JD2, with 0.1 referral points.

JD3, with 0.1 referral points.

John Doe merges his three accounts to JD1 and successfully completes KYC.

The referral points from JD2 (0.1) and JD3 (0.1) are transferred to John's merged account, JD1.

John now has 1 account: JD1, which has 0.7 referral points (0.5 + 0.1 + 0.1).

Happy Mining!

The DEBT Box Team

DEBT Box Announcement

DEBT Box Community,

The DEBT Box team takes security very seriously and want to take this opportunity to let you know our team will never ask you for your password, mnemonic phrase, or contact you to make a software mining license purchase.

Please do not give your personal account information to anyone, as this protects your account and your rewards.

To be certain communications are from our team, please make sure the message is from @thedebtbox.com, the information is found on our official website, www.thedebtbox.com, or social media channels on Instagram and Twitter as @thedebtbox. All other communications, websites or social media channels are not official DEBT Box communications.

If you feel you have received a message that was not from our team, have been directed to a website with incorrect information or a social media account posing as The DEBT Box, please send your concern along with a screenshot or other pertinent information to support@thedebtbox.com.


Happy Mining!

The DEBT Box Team

# Exhibit 13



BUSINESS FUNDING SOLUTION:

Bizapedia

Home › U.S. › Utah › Draper

**BUSINESS FUNDING SOLUTIONS, LLC**

Utah Department Of Commerce Business Registration - Updated 11/6/2021

Write Review | Upgrade | Claim

Sponsored Links

Ad served by Google

Ad options

Send feedback

Why this ad? ▷

BUSINESS FUNDING SOLUTIONS, LLC is an Utah Domestic LLC filed on May 17, 2018. The company's filing status is listed as Active and its File Number is 10840511-0160.

The Registered Agent on file for this company is Jason R Anderson and is located at 1086 E Skyler Dr, Draper, UT 84020. The company's principal address is 13894 South Bangerter Pkwy Ste. 200, Draper, UT 84020.

The company has 1 contact on record. The contact is Jason R Anderson from Draper UT.

Like 33K

### Company Information

| | |
|---|---|
| Company Name: | BUSINESS FUNDING SOLUTIONS, LLC |
| Entity Type: | UTAH DOMESTIC LLC |
| File Number: | 10840511-0160 |
| Filing State: | Utah (UT) |
| Filing Status: | Active |
| Filing Date: | May 17, 2018 |
| Company Age: | 5 Years, 3 Months |
| Registered Agent: | Jason R Anderson<br>1086 E Skyler Dr<br>Draper, UT 84020 |
| Principal Address: | 13894 South Bangerter Pkwy Ste. 200<br>Draper, UT 84020 |
| Expiration Date: | May 31, 2022 |
| Products/Services: | 5222 - Nondepository Credit Intermediation |
| Governing Agency: | Utah Department of Commerce |

Sponsored Links

Ad served by Google

Ad options

Send feedback

Why this ad? ▷

### Company Contacts

JASON R ANDERSON
Member
1086 East Skyler Dr
Draper, UT 84020

### Reviews

Write Review

There are no reviews yet for this company.

### Questions

Post Question

There are no questions yet for this company.

ADDITIONAL LINKS

Post Question For This Company

Contact Us Regarding Your Company Profile

All Companies Named BUSINESS FUNDING SOLUTIONS, LLC

Search All Utah Companies

Learn About Our Pro Search Subscription Service

The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.

Copyright © 2012-2023 · Bizapedia.com · All rights reserved.   Pro Data · Pro Search · Pro API · Contact Us · Terms of Use · Privacy Policy · Sitemap

Desktop · Server 1

2023-08-25_10-34-00

# Exhibit 14

200 E. South Temple, Salt Lake City, UT 84111, (801) 320-2600, www.utahfirst.com

Account Number: ███5607
Statement Date:  3/1/2023 - 3/31/2023
Page:  1  of  2

# UTAH FIRST
## CREDIT UNION

BUSINESS FUNDING SOLUTIONS, LLC
JASON ANDERSON
1086 E SKYLER DR
DRAPER UT 84020

| Ending Balances at a Glance | |
|---|---:|
| Share Savings | $50.28 |
| Money Market | $0.00 |
| Checking | $280,311.58 |
| Term Certificates | $0.00 |
| Loans | $0.00 |
| VISA Cards | $0.00 |



It's not the future.
**It's just the future of checking.**

*We're changing checking with features like debit rewards, forgiving overdraft, and easy online money management.*

UTAH FIRST
CREDIT UNION

NCUA

# Exhibit 15

**To:** Brandon Stevens [bstevens@macu.com]
**From:** Roy Nelson
**Sent:** Mon 2/6/2023 4:39:44 PM
**Subject:** Re: MACU Account Setup
**Received:** Mon 2/6/2023 4:40:06 PM

image001.png
DLI Address.txt
EIN - Digital Licensing INC..pdf
Digital Licensing Inc. Business Description.docx
Corporate Bylaws -- Digital Licensing Inc.pdf
Articles.pdf
Resolution for Banking.pdf
STATEMENT-XXXXXX4702-2022-12-30.pdf
STATEMENT-XXXXXX4702-2022-11-30.pdf

> **[ External ]**

Brandon,
Give these a try and let me know if you have any issues.

Thanks,

Roy Nelson
 Mobile: (801) 946-9881
 Ghana: +233 50 864 1920
 WhatsApp: (801) 946-9881
 WhatsApp: +233 50 864 1920

 Casual Email:   roydog.nelson@gmail.com

The information contained in this e-mail transmission is intended only for the personal and confidential use of the recipient(s) named above. If this message has been received in error, you are hereby notified that any review, dissemination or copying of this message and its attachments, is strictly prohibited. If you received this e-mail in error, please immediately notify the sender by return e-mail and delete this message and any attached materials from your system.

On Mon, Feb 6, 2023 at 2:20 PM Brandon Stevens <bstevens@macu.com> wrote:

All of the DLI files show an error, and refuse to open.  Everything in the Aptus folder arrived properly.

| Name | ^ | Type | Compressed size | Password ... | Size | | Ratio | Date modified |
|------|---|------|-----------------|--------------|------|--|-------|---------------|
| 📄 ___All_Errors | | Text Document | 1 KB | No | | 1 KB | 0% | 2/6/2023 9:10 PM |
| 📄 __Digital Licensing Inc Savings_Error | | Text Document | 1 KB | No | | 1 KB | 0% | 2/6/2023 9:10 PM |

**From:** Roy Nelson <roydog.nelson@gmail.com>
**Sent:** Monday, February 6, 2023 2:13 PM
**To:** Brandon Stevens <bstevens@macu.com>
**Subject:** Re: MACU Account Setup

**[ External ]**

Roy Nelson

Mobile: (801) 946-9881
Ghana: +233 50 864 1920
WhatsApp: (801) 946-9881
WhatsApp: +233 50 864 1920
Casual Email:   roydog.nelson@gmail.com

The information contained in this e-mail transmission is intended only for the personal and confidential use of the recipient(s) named above. If this message has been received in error, you are hereby notified that any review, dissemination or copying of this message and its attachments, is strictly prohibited. If you received this e-mail in error, please immediately notify the sender by return e-mail and delete this message and any attached materials from your system.

On Fri, Jan 27, 2023 at 4:24 PM Brandon Stevens <bstevens@macu.com> wrote:

Roy,

Thank you for taking a few minutes out of your day to talk and go over your entity structure with Jake and myself.

I am going through the documentation for TGC and DLI first, and noticed that may of the DLI files are comprised of copies of the TGC files.  I was able to pull the entity info directly from the state of Wyoming, but am missing the EIN # for Digital Licensing Inc.

*As a follow up In addition to this EIN #,* I will need the following information for both Schrad and Rebecca:

**-Full Name**

**-Date of Birth**

**-Phone Number**

SEC-MACU-E-0000216

**-ID/Drivers License (Issuer, Number, Issue date and Expiration date)**

**-Home address**

Thank you for your time, we are looking forward to the business, and ongoing relationship.  Have a great weekend!



**Brandon Stevens**
*Business Services Portfolio Manager*, Business Services Team
+1 480-992-5216 *tel*
bstevens@macu.com
https://www.macu.com/



**Brandon Stevens**
*Business Services Portfolio Manager*, Business Services Team
+1 480-992-5216 *tel*
bstevens@macu.com
https://www.macu.com/

# Digital Licensing Inc.

Digital Licensing Inc. is owned by Roy Nelson and Schad Brannon

Digital Licensing Inc is the permissioned administrator and software licensing management that works to digitize physical commodities.

Revenues are primarily generated through the sales and management of software licenses. This company frequently interacts with The Gold Collective, Business Funding Solutions (a sales and marketing company), Blox (a commercial lending organization) and Menxons (a joint venture partner in Africa).

# Exhibit 16

# Corporate Resolution to Open a Bank Account

Account
Holder:   Digital Licensing, Inc.
Address:   13894 S. Bangerter Parkway STE 100
              Draper, Utah 84020

Bank:   MACU
Address:   2104 W. Sunset Blvd
              St. George, Utah 84770

Acct #:

As the Secretary of the Corporation named above, I certify that the corporation has been organized within the bounds of state law as a for-profit corporation with its principal office located at:   13894 S Bangerter Parkway STE 100 Draper, Utah 84020                                    .

I further attest that at the initial meeting of corporation's board of directors held on   February 1st, 2023        , a quorum was present and voting and adopted the following resolutions:

**Resolved**, that the financial institution named above is designated as a depository for the funds of this corporation, which may be withdrawn on checks, drafts, advices of debit, notes, or other orders for payments bearing any officer or authorized employee of this corporation.

**Further Resolved**, that the financial institution will accept and pay on, without further inquiry, any checks or debits drawn against any of the corporation's accounts. The checks or debits will be honored by the financial institution whether the item has been drawn or endorsed to the order of any authorized officer or employee signing; tendered by the authorized officer or employee for the purpose of cashing or payment; or for deposit to the officer's or employee's personal account. The financial institution will not be required to inquire as to the use of any check or debit signed in accordance with the resolutions contained herein.

**Further Resolved**, that the officers or authorized employees may execute other agreements, including, but not limited to, special depository agreements, and arrangements concerning the manner, condition, and/or purposes for which funds, checks, debits, or items of the corporation may be deposited, collected, or withdrawn, as long as these other agreements are not contrary to the provisions contained in this resolution.

**Further Resolved**, that the power granted to the corporation's officers or authorized employees will remain in full force and effect until written notice has been delivered and received by the financial institution at each location where an account is maintained. The financial institution will be indemnified and held harmless from any losses suffered or liabilities incurred by continuing to act in accordance with this resolution.

**I Further Attest** that the persons named below occupy the stated positions, as indicated by their signatures, and that the resolutions contained in this document are recorded on the books of the corporation, and these resolutions are in full force and effect and have not been altered in any way.

**I Agree** to all of the above on this __1st__ day of _____February_____, 20__23_____.

**CERTIFIED TO AND ATTESTED BY:**

X_____

X_____
**Co-Secretary or Assistant Secretary**

# Exhibit 17

**NOW CFO Utah III, LLC**





## Statement

| | |
|---|---|
| **TO** | |
| The Debt Box | |
| The Debt Box | |
| 13894 S Bangerter Pkwy #100 | |
| Draper, UT  84020 | |

| | |
|---|---|
| **STATEMENT NO.** | 1633 |
| **DATE** | 08/09/2023 |
| **TOTAL DUE** | $8,617.81 |
| **ENCLOSED** | |

| DATE | DESCRIPTION | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 07/21/2023 | Invoice #Z0067450: Due 07/28/2023. | 5,655.63 | 5,655.63 |
| 08/04/2023 | Invoice #Z0068326: Due 08/11/2023. | 2,962.18 | 2,962.18 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 2,962.18 | 5,655.63 | 0.00 | 0.00 | 0.00 | **$8,617.81** |