Keith M. Woodwell (#7353)
Tom A. Brady (#12454)
Katherine E. Pepin (#16925)
Clyde Snow & Sessions, P.C.
201 South Main Street, Suite 2200
Salt Lake City, Utah  84111-2216
Telephone (801) 322-2516
Fax (801) 521-6280
kmw@clydesnow.com
tab@clydesnow.com
kep@clydesnow.com
*Attorneys for Defendants Alton O. Parker, Mark William Schuler, Benjamin F. Daniels, and the FAIR Project*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; SCHAD E. ANDERSON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an induvial; and MATTHEW D. FRITZSCHE, an individual,<br>    Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

{02184272-2 }

Keith M. Woodwell, Tom A. Brady, and Katherine E. Pepin, of the law firm of Clyde Snow & Sessions, hereby enter appearance as counsel for Defendants Alton Oman Parker ("Dr. Buck Parker"), Mark William Schuler ("Billy Beach"), Benjamin Frank Daniels, and the FAIR Project and respectfully request service of all pleadings, notices, communications, and other documents relating to this matter.

DATED this 5th day of September 2023.

                                                */s/ Keith W. Woodwell*
                                                Keith W. Woodwell
                                                Tom A. Brady
                                                Katherine E. Pepin
                                                *Attorney for Defendants Alton Oman Parker,*
                                                *Mark William Schuler, Benjamin Frank*
                                                *Daniels, and the FAIR Project*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of September 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                        */s/ Kelcie Kinsley*