Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>Defendants, | Case No.: 2:23-cv-00482-RJS<br><br>**STIPULATED MOTION FOR TEMPORARY ORDER REGARDING DEFENDANTS JOSEPH A. MARTINEZ AND IX GLOBAL, LLC LIVING EXPENSES**<br><br>Chief Judge Robert J. Shelby |

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

Relief Defendants.

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Joseph A. Martinez and iX Global, LLC have agreed and stipulated, and hereby move the Court, for a proposed order providing for certain living and business expenses for these Defendants during the pendency of the Temporary Restraining Order. A proposed stipulated Order is attached hereto as Exhibit A.

Dated: September 6, 2023

U.S. SECURITIES AND EXCHANGE COMMISSION

/s/ *Michael E. Welsh*
MICHAEL E. WELSH
CASEY R. FRONK
*Attorneys for Petitioner U.S. Securities and Exchange Commission*

Dated: September 6, 2023                                    **JOSE ABARCA**

/s/  *Jose Abarca*
(by permission via email)
Polsinelli PC
*Attorney for Defendant Joseph Martinez*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2023, I caused the foregoing **STIPULATED MOTION FOR TEMPORARY ORDER REGARDING DEFENDANTS JOSEPH A. MARTINEZ AND IX GLOBAL, LLC LIVING EXPENSES** to be served to all parties entitled to service through the Court's ECF system.

*/s/ Casey R. Fronk*

Casey R. Fronk