# Exhibit 1



# DEBT BOX IS THE FUTURE OF CRYPTO MINING

The DEBT Box is a revolutionary decentralized eco-friendly blockchain technology network of anonymous software operators who, together, create a blockchain ecosystem.

DEBT Box digital currency projects are linked to real-world commodities through blockchain to add stability to its ecosystem by supporting tangible physical commodity production, such as gold, silver, crude oil, natural gas, agriculture, real estate, and royalty cash flows, with more projects to be announced.

The DEBT Box ecosystem benefits from physical production of these commodities by supporting real-world projects that generate revenues. These real-world commodity production projects benefit from Digital Licensing Incorporated's financial support, technologies, and operational assistance. Everyone wins!

## DEBT BOX AT A GLANCE



ecosystem

go to your wallet

commodities & assets



## DEBT TOKEN

The DEBT token is the central support and utility token for the DEBT Box ecosystem which has a growing list of token projects. Each project will have a swap pairing with the DEBT token. Other projects in the ecosystem are deflationary with transfer fees to support the network, discouraging frequent trading. Because of this, a token holder will be encouraged to transfer their project token value to the DEBT token before transferring and using it for trading and liquidity. With the central role it plays on the platform, DEBT will generate demand as more and more projects enter the ecosystem and token projects mature.

### Growth Strategy



As DEBT Box hardware and software are launching and the ecosystem is becoming more robust, the key focus is growth. Currently, there are 12 projects in the pipeline and new projects are being reviewed regularly.

## Get Involved

Become part of the DEBT Box community and take advantage of the crypto industry and the growing DEBT Box ecosystem from the comfort of your own home. Purchase your DEBT software mining license today to support and benefit from all DEBT Box projects. 30,000 DEBT software mining licenses will be available.



### DEBT Software Mining License



The DEBT software mining license is a one-time purchase that operates with very little electricity and requires minimal internet service. The software mining license is compatible with all MacOS, Windows, or Linux devices and can be run anywhere with an appropriate internet connection. This includes laptops, smart devices, or the DEBT Box hardware. See www.thedebtbox.com/specifications for more details.

## Collect Rewards

When your DEBT software mining license is active and connected to the internet, you will be rewarded with DEBT tokens for supporting the DEBT Box blockchain ecosystem. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours.you can withdraw these rewards to your DEBT Box wallet using the dashboard.



# HOW IT WORKS

### PURCHASE A LICENSE

DEBT software mining license holders are a crucial part of supplying tokens for the future DEBT exchange and for the pairings on the future mobile app. To earn DEBT rewards, a software mining license must be purchased. By owning a DEBT software mining license, you become an essential part of the ecosystem.

### 30,000 LICENSES AVAILBILE

The number of licenses released for sale each year will be determined by the DEBT Council. There are 30,000 DEBT software mining licenses available.

The initial quantity of 15,000 licenses sold in 2022 were offered for sale at $3,000 each and sold out in less than 6 weeks. The price of subsequent licenses, along with any price increase rules, will be determined, and announced by the Debt Council at the time of the next release.

### HOST LICENSE

While other devices may go into sleep mode and disrupt the license's mining capabilities, DEBT Box is capable of running continuously. Each DEBT Box hardware is designed to host up to twenty (20) licenses of the individual's choosing from any of the DEBT Box projects.

Each software mining license can be assigned to and hosted on our proprietary DEBT Box hardware, a properly configured laptop, smart device or other hosting service to earn daily mining rewards. The software mining license is compatible with all MacOS, Windows and Linux operating systems, requires very little electricity, and can operate using standard internet service. Please see www.thedebtbox.com/specifications for more information.

### 50 MILLION DEBT TOKENS

Only fifty million (50,000,000) DEBT tokens can be mined and placed into circulation. All DEBT tokens must be mined and will only be available on third-party exchanges. This is not an Initial Coin Offering (ICO) project. This constitutes a fair launch protocol because 100% of the token must be mined. It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government.

### EARN REWARDS

The DEBT token supports all projects in the DEBT Box ecosystem. It will be the most widely paired and beneficial token of the project. Earn DEBT tokens for supporting this innovative, decentralized, eco-friendly blockchain technology.

# REWARDS





While a DEBT software mining license is active and connected to the internet, it is supporting the DEBT Box blockchain ecosystem and all its projects. For this support, each license will be rewarded with a distribution of DEBT tokens. Rewards generated each day are deposited to the DEBT Piggy Bank wallet within 24-hours and from here can be withdrawn to your DEBT Box wallet.



Each mining cycle is a 24-hour period beginning daily at 0:00 GMT (UTC).



The DEBT token was created in 2021. Fifty percent (50%) of the tokens available at creation were distributed in the first year. Each subsequent year fifty percent (50%) of the remaining tokens will be distributed and continue in perpetuity until 50 million DEBT tokens have been distributed.

### In 2022, 12,500,000 tokens will be distributed.

- **50% to software mining license holders based on number of active points in the system.**

- **50% to the DEBT Council for project growth and liquidity for exchanges.**

# DEBT TOKEN BENEFITS

- Exchange DEBT tokens with NO transfer fees
- **Buy any License** in the DEBT ecosystem with DEBT tokens
    - No need to exchange for other tokens
    - Eliminates double transaction fees
- Easily swap for any DEBT Box ecosystem token
- **Widest pairings** of all DEBT Box ecosystem tokens
    - Limited supply
    - Zero fee protocol when swapping from DEBT token to any other token ecosystem
- All DEBT software mining license holders will also benefit from priority access to future projects released in the DEBT Box ecosystem

# TOKENOMICS

To be rewarded for a full 24-hour mining cycle, a license holder must have an active DEBT software mining license connected to the internet that is online and regularly reporting activity to the mining server. Rewards are distributed based on a point system.

Tokens are mined from the Ecosystem Growth Initiative (EGI) pool on a half-life schedule. Each annual cycle, half of the tokens in the EGI are mined to license holders based on a synthetic mining algorithm that functions like other proof of work algorithms, without excessive energy and hardware costs. Fifty percent (50%) of the daily distribution will be awarded to license holders, fifty percent (50%) will be awarded to the DEBT Council.

The DEBT Council is responsible for managing the ecosystem and working to build value for all token holders. This is done by supplying liquidity to new markets, increasing the value of new projects and providing for the swap function in the future APP and exchange.

## Supply Metrics

| | |
|---|---|
| Max Supply | 50,000,000 |
| Total Supply | 50,000,000 |
| Circulating Supply | ~28,125,000 |

**Circulating Supply** = Number of coins in the public market.

**Market Cap** = Current Price X Circulating Supply
Ex: $630,316,968.75 = $22.41127 X 28,125,000

**Fully Diluted Market Cap (FDMC)** = Current Price X Max Supply
Ex: FDMC = $1,120,563,500 = $22.41127 X 50,000,000

*Examples provided for illustrative purposes only.

## Supply Schedule



DEBT token is a Binance Smart Chain BEP-20 token, with a finite supply of 50,000,000 tokens. All tokens are minted and deposited into the Ecosystem Growth Initiative (EGI) mining pool. The smart contract does not contain burn or mint functions.

The number of tokens in circulation is based on the synthetic, license-based mining rules and schedule.

## Supply Distribution

There are 4 main wallets in the DEBT tokenomics. All remaining wallet holders can be found on the *Wallet Holders* section of the token page on BSCScan, linked below.

| Name | Address | Purpose |
|---|---|---|
| EGI Pool | 0x6d2d7f09e0718a4f78813fb9b1ffb5ce6abfd6d0 | Mining pool where the daily mining is distributed from. |
| DEBT Council | 0x6c29E25533d6922b13F390DC23F7ca00045538f0 | Responsible for managing the ecosystem and working to build value. |
| Piggy Bank | 0x7C51f7719219E19e215431c873a77BA2D18d94B2 | Holds your rewards until you withdraw the rewards to private your DEBT wallet |
| Payments Wallet | 0x0848e25AF7444a6717bB84ce787341fD8a8aEF45 | Wallet holding all DEBT tokens that have been used to purchase mining licenses, these tokens are vaulted until January 1 of the following year. |



## Resources

Smart Contract Address: 0xC632F90affeC7121120275610BF17Df9963F181c

BSCScan Details https://bit.ly/3iv6mGe





## Disclosures and Risks

It is important to know that the DEBT software mining license is not an investment. Digital rewards produced by each license are not considered legal tender and are not backed by any government. The rewards have very few regulatory protections and are not insured against theft or loss by agencies such as the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. This industry is new and comes with risks, including, but not limited to exchange rates, willingness of others to exchange fiat currency for the digital rewards, and consequently could decrease in value or hold no value at all. Additionally, regulatory changes at the state, federal or international level could negatively impact the production and exchange of digital rewards. Do your own research. Regarding blockchain technology. This information has been provided to introduce you to the DEBT Box ecosystem and software mining license and is not meant to offer financial advice in any way.

*Currently, DEBT Box software mining licenses cannot be owned or operated in the following countries: Afghanistan, Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe. Countries not listed MAY participate in building the DEBT blockchain.

For more information, please see the Terms and Conditions at www.thedebtbox.com/terms-and-conditions