# Exhibit 4

## DECLARATION OF EMILY TABOR-EADS

I, EMILY TABOR-EADS, declare the following to be true under penalty of perjury:

1. I am the Chief Operating Officer ("COO") of Business Funding Solutions, LLC ("BFS"). In my role as COO, I oversee operations and administration for BFS. Since August 2021, I have also performed consulting services for Blox Lending, LLC ("Blox"), including in connection with the DEBT project and Blox's business relationship with Digital Licensing Inc. ("DLI"). As such, I have personal knowledge of the facts recounted herein and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. The DEBT ecosystem has approximately 300,000 users—many of whom have never purchased a node software license. Instead, the tokens were purchased utilizing trading algorithms on digital asset exchanges via a blind bid/ask transaction (all token purchase/sale transactions have always taken place on third party exchanges via this method). A large majority of the DEBT community reside outside the United States (in over 130 countries).

3. In March 2022, discussions began concerning moving DLI's operations to the United Arab Emirates (the "UAE"), primarily because of regulatory clarity in the UAE and the ability to leverage strategic business partnerships unavailable in the United States. I was involved in these discussions as a representative of Blox. The transfer of DLI's operations to the UAE was also discussed with counsel and had been completed as of May 31, 2022.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated: Heber City, Utah
September 11, 2023

_____
EMILY TABOR-EADS