# Exhibit 8

# Memorandum



**STRICTLY CONFIDENTIAL NOT FOR CIRCULATION**

---

*Date | time* 1/17/2023 9:00 AM | *Location or Status* Information

| | | |
|---|---|---|
| Action called by | Schad Brannon | **Provided to:** |
| Type of memo | Informational | Jason & Jake Anderson |
| Authorized Persons for communication: | Bryan Schaffner | |
| | Roy Nelson | |

## Information Items

**RE: Fleet Space Contract**

- Fleet Space has requested they cancel our contract.
- I have agreed. We will receive a full refund, $124,500.
- The full $747,000 contract value and RFEG obligation no longer applies.

---

**I/we have found a suitable replacement.**

Below is a picture of the new provider's "Geode" or "Node" as they call it. This is the same technology basis "ANT" Ambient Noise Tomography, which provides passive seismic subsurface imaging and monitoring capabilities.

## Special Notes:



The results are subsurface physical properties based on seismic velocities: p-wave (Vp), shear wave (Vs), Poisson's ratio (Vp/Vs), anisotropy (a predictor of fracture orientation), and a microseismicity catalog (not a seismic velocity but a useful byproduct).  We offer many types of passive surveys such as ambient noise tomography (ANT), local earthquake tomography (LET), HVSR mapping, and other less common methods.  An ANT survey is by far our most used service.  ANT is an environmentally friendly, low cost survey which results in a 3D shear wave velocity model of the subsurface where velocity serve as a proxy for structure.  This data is used by mining exploration companies along with other geological and geophysical data to plan an efficient core drilling program and for use later in mine development.

**### END ###**