# Exhibit 10

**DECLARATION OF DERRICK HOPE**

I, DERRICK HOPE, declare the following to be true under penalty of perjury:

1. Since early 2023, I have been assisting Jason Anderson ("Mr. Jason Anderson") and Mr. Ryan Bowen ("Mr. Bowen") in connection with their investment in Lazy Magnolia Brewery Company ("Lazy Magnolia"), a Mississippi-based brewing company.

2. I have known Mr. Jason Anderson for approximately 4-5 years and have worked with him closely at Lazy Magnolia since early 2023. I have also known his brother Jacob ("Mr. Jacob Anderson") for approximately 4-5 years.

3. My role was to assist with the renovation and expansion of Lazy Magnolia's facilities and business. Rick Lee Serena ("Mr. Serena") was initially also involved with the renovation and expansion, but Mr. Serena left the project in early March 2023. To my knowledge, Mr. Serena has had no involvement with Lazy Magnolia since then.

4. Since January 2023, Lazy Magnolia has undergone substantial improvements and upgrades.

5. Existing equipment has been repaired, and numerous new pieces of equipment have been ordered and purchased to support the expansion of the canning, bottling and keg-filling lines.

6. The facilities have been remodeled. The floors were re-epoxied. New power panels were installed and new floor drains installed to support additional canning, bottling and keg-filling lines.

7. In addition, a new Operations Manager, with 20-years experience in the beverage industry, has been hired to run Lazy Magnolia's day-to-day operations.

8. I have spent substantial time with Mr. Jason Anderson and Mr. Bowen in connection with Lazy Magnolia. I have never heard Mr. Jason Anderson or Mr. Bowen, or anyone affiliated with them, state that Lazy Magnolia is currently making millions of dollars in revenues or profits. Any statements or discussions about revenues or profits to which I was privy concerned Lazy Magnolia's potential to increase profits and revenues in the future, once the renovations and expansions of the lines were complete.

9. Lazy Magnolia is the oldest brewery in Mississippi and has an outstanding reputation. With the remodel and the expanding capacity, I believe that there is real potential for a substantial increase in revenue and profits going forward.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated: Kimberly, Idaho
September 9, 2023

_____
DERRICK HOPE

2