# Exhibit 12

## DECLARATION OF JASON SAETRUM

I, JASON SAETRUM, declare the following to be true under penalty of perjury:

1. Beginning in July 2022, I was the project manager contracted by Digital Licensing Inc. ("DLI") to work with Archer Drilling and later with Ignis Energy on oil exploration (including drilling) and production in Nevada, Nebraska, and Oklahoma. As such, I have personal knowledge of the facts recounted herein and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. The new Receiver from out-of-state controlling DLI removed me from my responsibilities several weeks ago and officially by letter on August 23, 2023.

3. DLI has four oil drilling rigs. These are referred to as #1, #2, #3 and #4. Their value together is at least several million dollars.

4. During the last week in August 2023, I travelled from Utah to each of the Rigs to observe their condition and their security situation now that the Receiver has responsibility for them.

5. Rigs #1, #4 and part of Rig #2 are together at one location in Nebraska. There were no security guards at the location, and all the Rigs were at high risk of theft, loss, or vandalism.

6. There would be little stopping potential thieves from driving off with the equipment. Indeed, some of the expensive equipment there could be carried off by hand. In addition, the copper wiring in the Rigs could be stripped, and it could cost upwards of $1 million to repurchase copper and have the Rigs re-wired. Everything at the site, including valuable tools and the like, could be stolen quite easily.

7. Rig #3 is located in Nevada.

8. Again, there were no security guards at the location, and the Rig and all the equipment was at high risk of theft, loss, or vandalism.

9. Indeed, the site in Nevada appears to have a squatter living there. The locks on the building were broken, the windows were open, and I found rotting food and cigarette butts at the site.

10. Part of Rig #2 was in transport to Oklahoma when the Receiver took over. I have been informed that it remains with the transport company. I do not know the conditions or the security of its storage situation.

11. The risk of theft is not merely theoretical. In July 2023, before the Receiver took over, thieves stole a light plant worth approximately $150,000 from the Nevada site. The thieves simply drove up in a flatbed truck and hauled the light plant away. Police reports were filled and submitted.

12. In addition, after the Receiver took over and the bank accounts were frozen, the Director of Operations for the Oklahoma wells stole and then resold equipment worth $100,000 or more and then fled to Guatemala. Among the equipment stolen were Ford F250 and F150 trucks, heavy equipment, and trailers. Police reports were filled and submitted.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated: Centerville, Utah
September 8, 2023

_____
JASON SAETRUM