# Exhibit 13



GENE PURDY





It will be kind of gloomy without you. That's what happens when the sunshine goes away.

— you miserable piece of shit, I am coming for you and your pathetic family. You are a fat piece of shit, I would get your will in order if I were you. Eat shit & die.