# Exhibit 17

| | |
|---|---|
| **From:** | Ross, David E. |
| **To:** | Magee, Jessica B (DFW - X61375); Mascianica, Scott (DAL - X62106) |
| **Cc:** | Yarm, Alexander R. |
| **Subject:** | RE: MC+HK Call |
| **Date:** | Monday, August 14, 2023 5:12:49 PM |
| **Attachments:** | RE Archer Rig #1 broke.msg |
| | Ex. 1 - Oil Rig Locations.pdf |
| | Ex. 2 - Letter to Archer re Filed UCC_DLI_1.26.23.pdf |
| | Ex.3.pdf |
| | Ex# 4.pdf |
| | Ex. 5.pdf |
| | Ex. 6 - Purdy Oil - receipt of Wire from DLI for Rig 1 Purchase to be placed in Archer Drilling.pdf |
| | Ex. 8 - Engineering Report.pdf |

Hi Jessica,

Thank you for taking the time to speaking with us on Saturday.  We were pleased to hear that the Receiver is concerned about making sure that DLI's four oil drilling rigs are secure.  We think we have a common interest here.

You asked for the locations of DLI's 4 oil drilling rigs.   Please see the attached documents containing the location coordinates--one in Nevada (Rig 3), two and part of another in Nebraska (Rigs 1, 4 and Part of Rig 2), and a part of Rig 2 in Oklahoma.  **See, Exhibit 1.**

We also attach the documents relating to the filing/recordation of UCC-1 Financing Statement for 3 of the rigs (Rig 2, 3, and 4) financed by DLI for Archer Drilling LLC (which is an affiliate of DLI), including three (3) UCC-1s.  **See Exhibits 2-5**.  Another attorney for DLI handled the filing/recordation of the UCC-1 Financing Statements in Nevada.  **See supra, Exhibit 2**.

As to Rig 1, we wanted to advise you that that there has been ongoing litigation in Nebraska State Court concerning same.  (Morrison Cohen is not involved in that litigation.)  It is our understanding that one of the issues in that case is the ownership interest of Archer Drilling, which owns Rig 1.  Additionally, as reflected in an April 4, 2022, bank wire, DLI paid $125,000 to Purdy Oil for that rig.  **See Exhibit 6**.  Moreover, after Rig 1's mast broke (**see Exhibit 7** –the sole "non-PDF exhibit", which contains pictures of Rig 1, with contemporaneous emails between DLI's principals and James Franklin), the insurance company for Archer Drilling issued an engineering report (Nov. 2022) on Rig 1.  **See Exhibit 8**.

We are happy to answer any other questions regarding these rigs, but we respectfully submit that ensuring that the four (4) rigs (or parts thereof), which are all of substantial value, are not stolen, vandalized or otherwise damaged is of significant concern.  As to that point and as we briefly discussed on our call, we have been advised that someone attempted to steal one of the rigs earlier this year.

In closing, inasmuch as you are now standing in the shoes of DLI, we respectfully request that you take any and all necessary actions forthwith to secure the rigs (and parts thereof) at the locations we provided.

We look forward to working with you.

Thank you.
-Dave

**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>
**Sent:** Saturday, August 12, 2023 11:19 AM
**To:** Ross, David E. <dross@morrisoncohen.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Cc:** Yarm, Alexander R. <ayarm@morrisoncohen.com>
**Subject:** RE: MC+HK Call

**CAUTION:** External sender. Verify before continuing.

Nope, I'm good—having a work call is a nice "have to" buffer to return these fine ladies to their legal custodians.

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Saturday, August 12, 2023 10:12 AM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Cc:** Yarm, Alexander R. <ayarm@morrisoncohen.com>
**Subject:** RE: MC+HK Call

*[External email]*
Jessica,
If easier, Monday morning at your convenience works.

**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com

vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com


-------- Original message --------
From: "Ross, David E." <dross@morrisoncohen.com>
Date: 8/12/23 10:54 AM (GMT-05:00)
To: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>, "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>
Cc: "Yarm, Alexander R." <ayarm@morrisoncohen.com>
Subject: RE: MC+HK Call

Ha! Ok! As a father of a 6 year old girl who had friends over until 10 pm last night I feel your pain!


**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com


-------- Original message --------
From: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>
Date: 8/12/23 10:48 AM (GMT-05:00)
To: "Ross, David E." <dross@morrisoncohen.com>, "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>
Cc: "Yarm, Alexander R." <ayarm@morrisoncohen.com>
Subject: Re: MC+HK Call

**CAUTION:** External sender. Verify before continuing.

Done. I'll send a zoom link soon—finishing up hosting my daughter's tenth bday slumber party and doing some serious multi-tasking.

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Friday, August 11, 2023 7:54:48 PM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Cc:** Yarm, Alexander R. <ayarm@morrisoncohen.com>
**Subject:** RE: MC+HK Call

*[External email]*
Thanks. Can you add Alex Yarm copied hereto?

**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941

dross@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**

909 Third Avenue

27th Floor

New York, NY 10022

www.morrisoncohen.com

-------- Original message --------
From: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>
Date: 8/11/23 7:24 PM (GMT-05:00)
To: "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>, "Ross, David E." <dross@morrisoncohen.com>
Subject: MC+HK Call

**CAUTION:** External sender. Verify before continuing.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com