# Exhibit 3



Your WaFd Bank Account
is Being Closed

11-18-2022

UIU Holdings LLC
16192 Coastal Hwy
Lewes DE 19958

Regarding: Account Ending in 0589

Dear Client:

This letter is to inform you that WaFd Bank will be closing the above referenced account on 12/05/2022.

Due to concerns related to risk and/or government regulations, we must at times decide not to service select accounts. Your account has been determined to fall into this category, and therefore will be closed.

To prepare for closure, please destroy any unused checks and debit cards linked to the account and make arrangements to update any automatic withdrawals, direct deposit, or payments as soon as possible.

As of the date of this letter, it is also necessary for all deposits to this account to be cash or direct deposit only. As long as there are sufficient funds in the account, we will continue to pay checks or process automatic withdrawals until the date of closure listed above.

After closure, a check will be mailed directly to you for the remaining funds in the account as of the closing date shown above.

If you have any questions or need assistance regarding actions described in this letter, we welcome your phone call at 800-324-9375.

We apologize for the inconvenience and thank you in advance for your cooperation.

Sincerely,

Client Care Center
WaFd Bank
1-800-324-9375



Your WaFd Bank Account
is Being Closed

11-18-2022

Blox Lending LLC
13894 S Bangerter Pkwy
Ste 200
Draper UT 84020

Regarding: Account Ending in 8442

Dear Client:

This letter is to inform you that WaFd Bank will be closing the above referenced account on 12/05/2022.

Due to concerns related to risk and/or government regulations, we must at times decide not to service select accounts. Your account has been determined to fall into this category, and therefore will be closed.

To prepare for closure, please destroy any unused checks and debit cards linked to the account and make arrangements to update any automatic withdrawals, direct deposit, or payments as soon as possible.

As of the date of this letter, it is also necessary for all deposits to this account to be cash or direct deposit only. As long as there are sufficient funds in the account, we will continue to pay checks or process automatic withdrawals until the date of closure listed above.

After closure, a check will be mailed directly to you for the remaining funds in the account as of the closing date shown above.

If you have any questions or need assistance regarding actions described in this letter, we welcome your phone call at 800-324-9375.

We apologize for the inconvenience and thank you in advance for your cooperation.

Sincerely,

Client Care Center
WaFd Bank
1-800-324-9375



**BANK OF AMERICA**
PO BOX 25118
TAMPA, FL 33622-5118

NS 0830    501 680         19558 #@01 SP 0.660
BLOX LENDING LLC
1086 SKYLER DR
DRAPER UT 80420

Case Number 230828NS010311
Account ending in 3814
Date August 28, 2023
**Account information**
bankofamerica.com

We're confirming the status of your account(s) below.

| Account Ending In | Account Status | Date | Account Title |
|---|---|---|---|
| 3814 | Closed | January 4, 2022 | BLOX LENDING LLC |

Thank you for banking with us.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACTCNF



**BANK OF AMERICA**
PO BOX 25118
TAMPA, FL 33622-5118

NS 0830    501 680    19559 #@01 SP 0.660
BLOX LENDING LLC
1086 SKYLER DR
DRAPER UT 80420

Case Number 230828NS010311
Account ending in 1020
Date August 28, 2023
Account information
bankofamerica.com

We're confirming the status of your account(s) below.

| Account Ending In | Account Status | Date | Account Title |
|---|---|---|---|
| 1020 | Closed | January 4, 2022 | BLOX LENDING LLC |

Thank you for banking with us.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACTCNF



**BANK OF AMERICA**
PO BOX 25118
TAMPA, FL 33622-5118

NS 0830    501 680         19556 #@01 SP 0.660
UIU HOLDINGS LLC
1086 SKYLER DR
DRAPER UT  80420

Case Number 230828NS010360
Account ending in 0882
Date August 28, 2023
Account Information
bankofamerica.com

## We're confirming the status of your account(s) below.

| Account Ending In | Account Status | Date | Account Title |
|---|---|---|---|
| 0882 | Closed | August 24, 2021 | UIU HOLDINGS LLC |

Thank you for banking with us.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACTCNF





PO BOX 25118
TAMPA, FL 33622-5118

NS 0830      501 680        19555 #@01 SP 0.660
BLOX LENDING LLC
1086 SKYLER DR
DRAPER UT 80420

Case Number 230828NS010311
Account ending in 1004
Date August 28, 2023
Account information
bankofamerica.com

## We're confirming the status of your account(s) below.

| Account Ending In | Account Status | Date | Account Title |
|---|---|---|---|
| 1004 | Closed | January 4, 2022 | BLOX LENDING LLC |

Thank you for banking with us.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

CNFDEPACC ACTCNF

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

RESONANCE FREQUENCY EXPLORATION GROUP LLC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 6798

Dear RESONANCE FREQUENCY EXPLORATION GROUP LLC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

ISABELLE NELSON
REBECCA L NELSON, ROYDON BLEAK NELSON
1812 W SUNSET BLVD # 1345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 0437 & 2307

Dear ROYDON BLEAK NELSON & ISABELLE NELSON & REBECCA L NELSON,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

MCKENZIE A NELSON
ROYDON BLEAK NELSON
1812 W SUNSET BLVD STE 1-345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 8998 & 8473

Dear ROYDON BLEAK NELSON & MCKENZIE A NELSON,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

ROYDON BLEAK NELSON
REBECCA L NELSON
1812 W SUNSET BLVD STE 1-345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 9780 & 9380

Dear ROYDON BLEAK NELSON & REBECCA L NELSON,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

THE GOLD COLLECTIVE I LLC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 0053 & 2273

Dear THE GOLD COLLECTIVE I LLC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

THE GOLD COLLECTIVE LLC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 3593

Dear THE GOLD COLLECTIVE LLC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

THE GOLD COLLECTIVE V LLC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 3601

Dear THE GOLD COLLECTIVE V LLC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

THE GOLD COLLECTIVE VI LLC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 3585

Dear THE GOLD COLLECTIVE VI LLC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC

# ZIONS BANK.

Specialized Operational Support-1850
P.O. Box 30709 Salt Lake City, UT 84130-0709

DIGITAL LICENSING INC
1812 W SUNSET BLVD # 345
SAINT GEORGE UT  84770-6565

December 27, 2022

Re:  Account Ending In 4702 & 2497

Dear DIGITAL LICENSING INC,

Please be advised that pursuant to the terms of the Zions Bancorporation, N.A. Deposit Account Agreement (the "Agreement"), which governs the above referenced account(s) (the "Account(s)"), Zions Bank, a division of Zions Bancorporation, N.A., has elected to close the Account(s) effective **1/26/2023** (the "Closing Date").

The Agreement provides that the Bank may close your account(s) at any time for any reason. Notwithstanding the Bank's intent to allow the Account(s) to remain open until **1/26/2023**, the Bank reserves the right to close the Account(s) earlier if the Account(s) is/are not maintained in a satisfactory manner.

Effective immediately, the Bank will pay only those checks for which there are sufficient funds. We reserve the right to restrict transactions ten days prior to the Closing Date.  Any checks or other items presented for payment on the Account(s) after the Closing Date will be returned unpaid as "Account Closed". If the Account(s) is covered by an overdraft protection program, arrangements will need to be made to pay off any outstanding balances immediately.

Please arrange to have any automated electronic deposits or withdrawals directed to another financial institution prior to the Closing Date. Effective **1/16/2023**, your Visa Debit Card or ATM Access Card privileges, if applicable, will be revoked.  Please remove all items and close your safe deposit box by **1/26/2023**, if applicable.

Please do not deposit checks to the Account(s) within five business days of the Closing Date indicated above.  If deposits are made to the Account(s) within five business days prior to closure, the Bank may delay the mailing of a check for the balance of your Account(s) to ensure funds are collected.  When all funds in the Account(s) are deemed collected by the Bank, the remaining balance will be sent to you at the address set forth above.

If you have any questions, please contact your account officer, Daniel Stock at 435-817-4931.

Sincerely,
Zions Bank



A division of Zions Bancorporation, N.A. Member FDIC