# Exhibit 5

**DIGITAL LICENSING INCORPORATED**  31 MAY 2022

## CERTIFICATE OF CORPORATE RESOLUTION

I/we, Schad Brannon and Roy Nelson do hereby certify that we are Directors and sole shareholders of Digital Licensing Inc., a corporation duly organized and existing under and by virtue of the Laws of the State of Wyoming, USA under company registration number 2021-000989687 and EIN 86-2728670 located at 30 N Gould St Sheridan, WY 82801.

I/we further certify that a regular/special meeting of the members of the Board of Directors of said corporation, duly called held and convened in conformity with the Charter and By Laws of said corporation, on the Tuesday of the 31st of MAY 2022 a quorum being present and voting thereon, the following resolution was duly adopted at 2:45 PM, to-wit:

**RESOLVED**, that it is desirable and in the best interest of this corporation that Schad Brannon and Roy Nelson hereby authorize the transfer of 100% of the DLI shares and company ownership to conduct its software sales business Digital Licensing Incorporated subjecting all global business activities to all legal and regulatory requirements of the UAE jurisdiction only limited by ratification upon one or both existing DLI shareholders being added to DCSH for preservation of ownership and major business decisions.

| Authorized Shares | Total Share Allotment 1,000 | |
| --- | --- | --- |
| From Name: | To Name: | |
| **DIGITAL LICENSING INCORPORATED (WY - USA)** | **DIGITAL COMMODITY SOFTWARE HOUSE (SHARJAH- UAE), or its assigns.** | |
| I hereby transfer 500 shares individually held by **Roy Nelson** to Digital Commodity Software House FZE operating under License No.: 23108 under limited management by Patrick Own Devaney II. | | RN |
| I hereby transfer 500 shares individually held by **Schad Brannon** to Digital Commodity Software House FZE operating under License No.: 23108 under limited management by Patrick Own Devaney II. | | SB |

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II have temporary manager status and sole limited shareholder status, until such time as one or both Roy Nelson and/or Schad Brannon are listed on DIGITAL COMMODITY SOFTWARE HOUSE FZE or its assigns company to ratify the ownership and governing major business decisions.

The undersigned hereby certifies that as the two equal shareholders and the Board of Directors of Digital Licensing Incorporated, a corporation organized and existing under the laws of the State of Wyoming, USA; that the foregoing is a true and correct copy of a resolution duly adopted at a meeting of the Board of Directors of said corporation held on the Tuesday day the 31st day of May 2022 at 2:45 PM at which meeting a quorum was at all times present and acting; that the passage of said resolution was in all respects legal; and that said resolution is in full force and effect.

**(Rest of this page left blank)**

**(Signature Page to Follow 2 of 2)**

**DIGITAL LICENSING INCORPORATED**  31 MAY 2022

I/we further certify that the foregoing resolution is a full, true, and complete copy as the same appears on record in the Minute Record Book of said corporation of which I am the legal custodian; that the same has not been altered, amended, or repealed, has been signed in counterparts and is now in full force and effect.

In Witness Whereof, I have hereunto set my hand for said corporation this day of, 31st MAY 2022.

| **Signature Block:** | | | |
|---|---|---|---|
|  | **Designation** | **Nationality** | **Date Of Birth** |
| By: *[signature]*<br>ROYDON BLEAK NELSON | Director | American | 13-Sep-1972 |
| By: *[signature]*<br>SCHAD EDWARD BRANNON | Director | American | 16-Jan-1973 |

**#### END RESOLUTION – NOTHING FURTHER ####**



**SAIF ZONE**
SHARJAH AIRPORT INTERNATIONAL FREE ZONE

حكومة الشارقة
Government of Sharjah

شهادة ترخيص

## License Certificate

| | | | |
|---|---|---|---|
| LICENSE NO. | 23108 | ٢٣١٠٨ | رقم الرخصة |
| NAME | DIGITAL COMMODITY SOFTWARE HOUSE (FZE) | | الاســـــم |
| | ديجيتال كوموديتي سوفتوير هاوس (م.م.ح) | | |
| LEGAL STATUS | Free Zone Est. with Limited Liability | مؤسسة منطقة حرة ذات مسؤولية محدودة | الشكل القانوني |
| TYPE OF LICENSE | Services | خدمية | نوع الرخصة |
| ACTIVITY(S) | Software House | تصميم نظم الحاسب الآلي وأجهزة الإتصال | النشـــــاط |
| OWNER(S) | PATRICK OWEN DEVANEY II | باتريك اوين ديفاني الثاني | المــــالك |
| MANAGER | PATRICK OWEN DEVANEY II | باتريك اوين ديفاني الثاني | المدير المسؤول |
| SAIF-ZONE ADDRESS | Saif Office Q1-08-049/C  Sharjah - U.A.E | مكتب كيو ١-٨-٤٩/سي  الشارقة - أ.ع.م | العنوان في المنطقة الحرة |
| INCORPORATION DATE | 31 May 2022 | ٣١ مايو ٢٠٢٢ | تاريخ عقد التاسيس |
| ISSUE DATE | 31 May 2022 | ٣١ مايو ٢٠٢٢ | تاريخ الاصدار |
| EXPIRY DATE | 30 May 2023 | ٣٠ مايو ٢٠٢٣ | تاريخ الإنتهاء |
| REMARKS | THIS LICENSE IS ISSUED AND BASED UPON EMIRI DECREE NO. 2 OF 1995 ISSUED IN SHARJAH ON MAY 8, 1995.  THIS LICENSE IS GRANTED TO THE LICENSEE ONLY AND SHALL NOT BE LEASED OR TRANSFERRED WITHOUT PRIOR APPROVAL OF THE SAIF ZONE.  SALES IN U.A.E. SHALL BE CARRIED OUT IN ACCORDANCE WITH THE VALID LAWS AND REGULATIONS THEREOF | هذه الرخصة صادرة استنادا الى المرسوم الأميري رقم ٢ لسنة ١٩٩٥ الصادر في الشارقة بتاريخ ٨ مايو ١٩٩٥  هذه الرخصة ممنوحة للمرخص له فقط ولا يجوز تأجيرها أو تحويلها إلا بموافقة هيئة المنطقة الحرة لمطار الشارقة الدولي  تتم أعمال البيع داخل الدولة وفقا للنظم والقوانين السارية فيها | ملاحظــــات |

To check the validity of the license:
1- Send an SMS to 2514 with License number.
2- Scan the QR code.
3- Visit the website:
https://portal.saif-zone.com/LicenseDetail.aspx

للتحقق من صلاحية الرخصة:
١- رسالة نصية قصيرة (SMS) إلى الرقم 2514 مع رقم الرخصة.
٢- مسح رمز الاستجابة السريع (QR Code)
٣- زيارة الموقع الإلكتروني:
https://portal.saif-zone.com/LicenseDetail.aspx

هذه الوثيقة رسمية ولا تحتاج لختم أو توقيع
This document is official and it does not need to be stamped or signed

Date : 31/05/2022
"SK"

التاريخ: ٢٠٢٢/٠٥/٣١

**DIGITAL LICENSING INCORPORATED**                                                                                   **17 MAY 2022**

## CERTIFICATE OF CORPORATE RESOLUTION

I/we, Schad Brannon and Roy Nelson do hereby certify that we are Directors and sole shareholders of Digital Licensing Inc., a corporation duly organized and existing under and by virtue of the Laws of the State of Wyoming, USA under company registration number 2021-000989687 and EIN 86-2728670 located at 30 N Gould St Sheridan, WY 82801.

I/we further certify that a regular/special meeting of the members of the Board of Directors of said corporation, duly called held and convened in conformity with the Charter and By Laws of said corporation, on the day of 17th MAY 2022 a quorum being present and voting thereon, the following resolution was duly adopted, to-wit:

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor and temporary manager, for consideration to provide the services of registering a UAE Free Zone Company (Digital Commodity Software House) in its formation for the purpose of receiving the transfer of 100% of the DLI shares to conduct its software sales of the business globally.

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor to provide the services of opening a company bank account for the UAE Free Zone Company (Digital Commodity Software House) as the temporary manager and shareholder.

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor to provide the services of entering a license and service agreement between Digital Commodity Software House and Marvellex Fintech Software House Limited, for consideration to conduct its business within the UAE jurisdiction lawfully and within the compliance of the regulations.

The undersigned hereby certifies that as the two equal shareholders and the Board of Directors of Digital Licensing Incorporated, a corporation organized and existing under the laws of the State of Wyoming, USA; that the foregoing is a true and correct copy of a resolution duly adopted at a meeting of the Board of Directors of said corporation held on the Monday the 17th day of May 2022 at 9:44 am at which meeting a quorum was at all times present and acting; that the passage of said resolution was in all respects legal; and that said resolution is in full force and effect.

**(Rest of this page left blank)**

**(Signature Page to Follow 2 of 2)**

**DIGITAL LICENSING INCORPORATED**                                                                                               **17 MAY 2022**

    I/we further certify that the foregoing resolution is a full, true, and complete copy as the same appears on record in the Minute Record Book of said corporation of which I am the legal custodian; that the same has not been altered, amended, or repealed, has been signed in counterparts and is now in full force and effect.

In Witness Whereof, I have hereunto set my hand for said corporation this day of, 17th MAY 2022.

| **Signature Block:** | | | |
|---|---|---|---|
| | **Designation** | **Nationality** | **Date Of Birth** |
| By: *[signature]* <br> ROYDON BLEAK NELSON | Secretary | American | 13-Sep-1972 |
| By: *[signature]* <br> SCHAD EDWARD BRANNON | President | American | 16-Jan-1973 |

                              **#### END RESOLUTION – NOTHING FURTHER ####**