# Exhibit 6

**11 January 2023**

# FLEET SPACE ANNOUNCES FIRST EXOSPHERE DEPLOYMENT IN AFRICA

- Fleet Space signs new contract to provide ExoSphere satellite-based mineral exploration technology to Resonance Frequency Exploration Group (RFEG)
- Licensing and technology cooperation agreement enhances RFEG's proprietary XPLR mapping analysis service
- Combines ExoSphere's 3D rendering of subsurface topography with RFEG's nuclear magnetic resonance (NMR) technology and mapping-analysis algorithms
- Enables faster, more environmentally-friendly sub-surface mineral exploration across key public- and private-sector projects -starting with initiatives in Ghana, West Africa
- Accelerates prospecting for minerals including bauxite, gold, iron ore and lithium, under technical supervision from the Ghana Geological Survey Authority



**Adelaide, South Australia**

*"There is an urgent, global need to discover new sources of critical minerals to support the transition to clean energy and net-zero. Building on our existing successful partnerships in Australia and North America, we're delighted that our ExoSphere system is now being deployed on mineral exploration projects in Africa for the first time. Through this pioneering licensing and technology cooperation agreement, ExoSphere will give our partners at RFEG access to our Ambient Noise Tomography (ANT) and real-time processing capabilities to complement their*

*own proprietary systems. Together, we can greatly speed up the exploration process for a range of vital minerals, while also massively reducing its environmental impact – a win-win for Ghana and the wider international response to climate change."*

**Flavia Tata Nardini, CEO and Co-Founder, Fleet Space Technologies**

Fleet Space is delighted to announce the first deployment of its ExoSphere satellite-based mineral exploration system in Africa, in a new partnership with Resonance Frequency Exploration Group (RFEG), based in the USA with operations in Accra, Ghana. Under a licensing and technology cooperation agreement finalised in December 2022, Fleet Space will supply its Geode portable sensors, which use Ambient Noise Tomography (ANT) to collect subsurface data. This data is then beamed to the ExoSphere constellation of low earth orbit (LEO) satellites and then relayed to computers that use intelligent data processing to generate detailed 3D subsurface maps. Unlike traditional prospecting methods, which can take months or years to complete, the whole process takes only days or weeks.



ExoSphere brings a powerful new dimension to the ongoing Mineral Resource Estimate projects RFEG is conducting, in particular in the Oti Region of Ghana. Under the auspices of the Ghana Geological Survey Authority (GGSA), with implementation by RFEG's team, ExoSphere will complement RFEG's own XPLR remote-sensing mapping-analysis technology. This is achieved by cross-referencing the data from both sources, thereby significantly increasing the likelihood of finding new mineral deposits more quickly and with much greater accuracy.



ExoSphere's Geodes are light enough to be carried by one team member, making them ideal for use in challenging and inaccessible terrain. They are also entirely non-invasive, eliminating the need for explosives or vibrating trucks to collect subsurface seismic data. This substantially reduces costs, logistical issues and environmental disturbance; the accuracy of the combined data collection and analysis by Exosphere and RFEG's systems also means, for mining operators, that drilling can be streamlined to areas where considerable deposits are known to exist.

RFEG selected Fleet Space as its technical partner after a worldwide search. The company is seeking to help current and prospective clients in the USA, Africa, Central and South America take a more tech-forward, eco-conscious approach to better ascertain site viability and increase operating efficiencies. In particular, it is focusing on using satellite-based image processing technologies analysed by proprietary algorithms to determine a prospective site's viability before embarking on traditional geophysical work.

RFEG founder Schad Brannon said: "The addition of ExoSphere 3D rendering of subsurface topography by Fleet Space propels the XPLR technology product suite and technology-stack to the next level by creating the most comprehensive satellite-based remote sensing survey product available within the mineral exploration marketplace to date".

Fleet Space founder Flavia Tata Nardini says: "We're incredibly excited to see ExoSphere being deployed in Africa, and to be working in partnership with RFEG. Our two organisations have much in common: we're both looking to make mineral exploration faster and more efficient through technology; we're explorers and pioneers developing that technology ourselves; and we're absolutely committed to reducing the environmental impact of these activities, which are fundamental to economic development and climate action."

- ENDS

**FLEET SPACE TECHNOLOGIES**

Fleet Space Technologies is Australia's leading space company. It is headquartered in Adelaide, South Australia, the centre of the country's rapidly growing space industry. Fleet also has a global presence including a US HQ in Houston Texas, the home of NASA. Fleet is rapidly expanding its satellite constellation to provide limitless data and global reach to realise the potential of millions of Internet of Things (IoT) devices. This is informed by a vision that will see Fleet deliver connectivity on the Earth, Moon and Mars in collaboration with the world's leading space agencies and innovative companies. Customers around the world and in a multitude of sectors already trust Fleet to meet their challenges by harnessing the power of global connectivity and the most innovative technologies.
Access our media pack.

**ABOUT THE FOUNDERS | FLAVIA TATA NARDINI**

Flavia Tata Nardini was born and educated in Italy where she completed a master's degree in Space Engineering at the University La Sapienza in Rome. Her career in space started as a Propulsion Test Engineer (more commonly known as rocket science) at the European Space Agency (ESA). A stint at TNO, the Netherlands Organisation for Applied Scientific Research followed before CubeSat Development at the University of Adelaide. Flavia then founded LaunchBox with Matt Pearon with a clear mission to further Australia's space industry and engage young people in STEM careers. This led to the creation of their second venture together, Fleet Space Technologies, a leader in Australia's rapidly growing space industry.

**ABOUT THE FOUNDERS | MATT PEARSON**

Matt Pearson is a proven entrepreneur with business interests that span internet ventures, new mobility technologies and his work as co-Founder of Fleet Space Technologies. At Fleet Space, his role as COO is driving the company towards its mission to realise the potential of Small Satellite technology to secure planet-wide coverage for millions of Internet of Things industrial devices. Matt was born in South Africa but settled in Sydney, Australia where he founded his first successful internet venture. Since then, he has become a major driver of Australia's emergence as a global centre of excellence in space and advanced aerospace technologies through his roles at Fleet and as a pioneer in the emerging eVTOL sector through the creation of Airspeeder, the world's first racing series for electric flying racing cars.

**ABOUT RESONANCE FREQUENCY EXPLORATION GROUP**

Based in Nevada, USA with operations in Accra, Ghana, Resonance Frequency Exploration Group (RFEG) deploys its proprietary XPLR satellite-based, natural resources-focused exploration technology to rapidly identify economically viable properties and provide clients with

a clear roadmap for further exploratory work. By utilizing an environmentally responsible approach compared to traditional mining sector techniques, its Mineral Resource Estimate report significantly reduces the time and associated costs for mining site operators seeking to ascertain a prospective or current site's potential. RFEG's technology enables the direct detection and estimated quantities of targeted minerals (as specified by each client) in its process of pinpointing the most viable drilling areas on a property – this results in its clients requiring fewer core samples which is better for the environment. In just one example, for an enterprise-level, government engagement, RFEG's technology considerably reduced the number of drill holes yielding comparable results.