# Exhibit 9



# RENEGADE

## Business Consulting Services

PRODUCT MANUFACTURING    |    DISTRIBUTION

We leverage our relationships to grow your business

# ABOUT US

At Renegade, we are a group of high-level thinkers who on execute innovative ideas. We combine 20+ years of relationships and experience in manufacturing and operations to create an efficient business model to successfully meet customer and client needs.



# PROBLEM

- Canning facilities in the Gulf Coast area were damaged during hurricane Katrina; most have not been rebuilt, creating a shortage of supply and logistical challenges.
- Increasing capacity with outdated equipment means hiring more employees who are VERY hard to find.
- Employee costs have increased by 15% in the 1st quarter of 2022 alone.
- Beverage companies like Anheuser Busch need additional canning and bottling manufacturers in the Gulf Coast area.
- Beverage sales have increased by 43% over the last 10 years.
- Inflation is creating a more competitive retail consumer market.



# SOLUTION

- Purchase an existing facility with room to support expansion needs and existing distribution into 14 states.
- Purchase automated equipment that is capable of mass production and eliminates the need for 30+ employees.
- Lower operational and overhead costs as well as loss of production due to illness, family emergencies, etc.
- Our new equipment is capable of filling a substantial shortfall in the current supply chain for multiple companies in the beverage industry.
- Supporting Gulf Coast distribution channels through increased capacity and dependability.
- Reducing manufacturing costs through automation technologies.

# THE OPPORTUNITY



## CONTRACT MANUFACTURING

Renegade currently has a relationship with Anheuser Busch which we will use to can and bottle their products in the Gulf Coast area. We are currently in phase 2 of securing a 10 year contract that will generate $78mm per year in top line revenue.



## EXPANSION CAPABILITIES

Our fully automated machines are capable of producing 5X the anticipated Anheuser Busch contract, providing our sales and marketing teams substantial growth opportunity to secure additional manufacturing contracts with additional brands. Canning relationships consist of companies like Anheuser-Busch, Pepsi or Coke, trucking in and out all the raw materials needed to produce product, we simple meet their bottling needs.



## RETAIL CONSUMER BRANDS

Economic opportunity to produce our own retail brands in the future at a fraction of the traditional wholesale cost would allow us to enter the market at highly competitive prices encouraging distribution channels and retailers to promote our products as we pass along the increased margin to these channels.



# Company Overview

At Renegade, we have built an amazing team that executes on our goals to create profitable companies, creating great returns for our investors.

We Capitalize on the strengths of each team member to maximize the efficiency and profitability of each of our ventures.

Utilizing our forward thinking business strategies we are able to put together "out of the box deals" and execute on industry disrupting business models creating new sectors of growth.

# MEET THE TEAM





## DAVID BROWN
### CEO

Dave has spent the last 26 years founding and building businesses and has a high track record of success.

He is a visionary whose biggest strengths are finding creative solutions to problems and leveraging his wide net of valuable relationships to make connections and grow his businesses.

Dave is always up for any type of outdoor activity that helps him build new connections or strengthen existing relationships. His favorite activities are camping, mountain biking, snowboarding and anything that involves a powerful engine.

Dave has a wife of 23 years and 3 kids, ages 21, 17 and 13 and aspires to build a family retreat on his 50+ acres of farmland located in a mountain valley in Northern Utah.



## TODD HANSEN
### COO

Todd has 13+ years in senior operations management.  He oversaw 150+ employees and 100+ million in revenue within these businesses.

His strengths are identifying inefficiencies and waste within operations to better increase profitability.  He brings 13+ year of logistics management from his time with trucking and oil & gas companies.

He was also a small business owner where he built strong relationships with the customers to build a strong brand for his business.  He helped this business grow 600% in 5 years.

Todd enjoys spending time with his two boys Michael (8) and William (6).  He also enjoys fast cars, golf, motorcycles, boating and anything else outdoors.



## JOHN RIGBY
### VP Manufacturing

Jon Rigby has 8+ years experience in manufacturing automation and equipment fabrication. His expertise encompasses all aspects of fabrication from production and installation to in-depth operations.

His experience in project management stems from working in numerous industries including nutraceutical and food products, medical supplies and beverage production. He has managed projects totaling over $100M in revenue. His focus is in full optimization of manufacturing equipment to ensure cost effectiveness and production efficiency.

Jon is a former small business owner where he operated his construction-related business for 8 years. There, he defined his passion for customer appreciation and maintaining loyalty, which he continues to carry with him today.



## RICK SERENA
### VP Operations

Rick Serena has 12+ years of experience in manufacturing and production. His experience and expertise encompass all aspects of liquid and powder production as well as line set ups to ensure optimal efficiency.

His experience in production management is derived from working in nutraceutical, food products and beverage production. He has managed 200+ employees through new client onboarding and entire production runs. His focus is on developing workflow policies and procedures that improve efficiency without compromising safety or quality.

His passion for superb customer service stems from his 18 years of owning an outdoor recreation business. While his attention to detail comes from his military service. He holds tightly to both of these key attributes today.

# MEET THE TEAM





## BRAYDEN TOMICIC
### VP Sales

Brayden has spent the last decade in sales, brand strategy, and growing his own business.

He currently runs a property management company (Tomicic Rentals LLC), and a photography and marketing company (South Valley Photography LLC).

His job has always been about revenue growth and brand development.

Brayden enjoys spending time with his wife and dogs.  He also enjoys cars and motorcycles.



## JEEVZ DUSARA
### VP Marketing

Jeevz has spent 7+ years understanding the Ins and Outs of Branding and Marketing with New and Used Car Dealerships. He currently works with over 10+ dealers and helps each one grow from the ground up.

His relationships with these different businesses opened up an avenue to become a part owner of a promotional branding company which has grown nearly 400% since he has been apart of the company.

Jeevz consults for different businesses and breaks down different strategies for content creation and social media management. In his freetime he loves to host and attend car events, ride his dirt bike and play some Xbox!



## KOHNER BROWN
### VP Real Estate

Kohner started his professional career in the CBD Extraction space. Starting as an equipment operator and working his way up to Lead Supervisor, overseeing equipment operations and team management of a $20m+ company.

He decided that he wanted to change his path and focus on something he was passionate about. Which led him to construction and real estate.

He has successfully built and led a land acquisition team. His team has been successfully putting together and managing large land acquisition projects in both residential and commercial real estate.

In addition to land acquisitions, He has also successfully developed residential projects for Renegade Real Estate Development.

# MARKET OVERVIEW

$143B     The value of the beverage industry

$76M      Alcoholic beverage sales have increased by $76M since 2006

$414 M    Non-alcoholic beverage sales in 2021



Phase One

Lazy Magnolias



# Lazy Magnolia



## Warehouse buildings

- Two buildings with 57,293 sq ft
- 1.16 acres of land
- Secure Yard

## Mississippi location

- 7030 Roscoe Turner Road, Kiln, Mississippi 39556

## Jon Rigby and Rick Serena

- 15+ years in automated manufacturing
- Industry relationships to bring in multiple revenue streams

# Why Lazy Magnolia?

- Location
  - It is located in the Sunbelt, this saves a lot for companies on shipping costs
- Permits and licenses
  - Required permits and licenses for manufacturing already set up, would take 6-9 months to set up our own
- Relationships
  - They have already established relationships with stores (Walmart, Costco, Target and Kroger) and distributors in the area
- Equipment
  - They have the equipment to do stick packs and it is being underutilized which gives us the opportunity to add more capacity.





# Increasing Lazy Magnolia's capacity

| Current Capacity | | | |
|---|---|---|---|
| Based on 85% capacity | | | |
| Type | Yearly Capacity | Current Yearly 8 hour shift production | Available Capacity |
| Canning | 33,600,000 | 133,000 | 33,467,000 |
| Bottling | 46,200,000 | 1,800,000 | 44,400,000 |

| Additional revenue and profit utilizing available capacity | | | | | |
|---|---|---|---|---|---|
| Type | Additional Production | Price per unit | Annual Revenue | Combined revenue | Expenses | Profit |
| Can | 33,467,000 | 0.27 | $9,036,090.00 | $25,464,090.00 | $13,241,326 | $12,222,764 |
| Bottle | 44,400,000 | 0.37 | $16,428,000.00 | | | |

# Equipment

## Turpack 6 Lane Liquid Stickpack/Freezer Pop Machine







# Equipment

**Horizontal Form Fill Seal Pouch Packaging Machines**





# Equipment

## G800 Gummy Machine



6.Flavor and color mixer
5.Transfer pipe
4.Electric box
3.Motor
9.Cooling tunnel
8.Forming device
7.Oil sprayer
2.Storage Tank
1.Jacket Cooker





## HIGHLIGHTS

### Established Brand
16 years established brand with several well known beers. The First distillery in the area open after the prohibition.

### Distributed in 17 States
All of the licensing and compliance in place for distribution and sales.

### Canning & Bottling Line
Capable of multiple package sizes and formats

### 500 mile radius includes
Major population centers: Dallas, Nashville, Atlanta, and Jacksonville

# LAZY MAGNOLIA















**Current Craft Brew Offerings**

- Southern Pecan Nut Brown Ale
- Good Bug Golden Ale
- Timber Beast Rye IIPA
- Sun Fox IPA
- Cherry Pickin'
- Cream Stout
- Grapefruit Radler
- Bad Captain

**Ready to Drink Cocktails / Frozen Sticks**

- Mojito - Pina Colada - Strawberry Daiquiri
- Lemon Drop - Appletini - Cosmopolitan
- Lime Margarita - Strawberry Margarita - Mango Margarita

Phase Two

# Claffeys and Additional Customers

## Claffey's network



Claffey's

Phillips

Costco

Rancho



Heaven Hill

Target

Walmart

Kroger

Aldin

# Claffey's Revenue



| Year | Product Category | Volume (Units) | Projected Cases | Revenue | COGS | PROFIT |
|------|------------------|----------------|-----------------|---------|------|--------|
| | Freeze Pop 12 Pack | 9,000,000 | 125,000 | 2,160,000 | 972,000 | 1,980,000 |
| **2023** | Pouch 24 Pack | 3,600,000 | 150,000 | 1,620,000 | 734,400 | 1,476,000 |
| | Gummies 40 Pack | 64,800,000 | 135,000 | 5,184,000 | 2,851,200 | 3,888,000 |
| | **TOTALS** | **77,400,000** | **410,000** | **8,964,000** | **4,557,600** | **4,406,400** |
| | Freeze Pop 12 Pack | 12,600,000 | 175,000 | 3,024,000 | 1,360,800 | 2,772,000 |
| **2024** | Pouch 24 Pack | 4,800,000 | 200,000 | 2,160,000 | 979,200 | 1,968,000 |
| | Gummies 40 Pack | 132,000,000 | 135,000 | 10,560,000 | 5,808,000 | 7,920,000 |
| | **TOTALS** | **149,400,000** | **510,000** | **15,744,000** | **8,148,000** | **7,596,000** |
| | Freeze Pop 12 Pack | 14,400,000 | 200,000 | 3,456,000 | 1,555,200 | 3,168,000 |
| **2025** | Pouch 24 Pack | 6,000,000 | 250,000 | 2,700,000 | 1,224,000 | 2,460,000 |
| | Gummies 40 Pack | 168,000,000 | 350,000 | 13,440,000 | 7,392,000 | 10,080,000 |
| | **TOTALS** | **188,400,000** | **800,000** | **19,596,000** | **10,171,200** | **9,424,800** |

# Claffey's



**17 months**   Number one seller at Sam's Club

**25,000**   Committed to 25,000 pallet order with additional revenue available

**$38 M**   Potential revenue from Claffey's



# Phase Three

## AB contract



## HIGHER PRODUCTION

Fully automated machines increase our capacity, reduce miss-loads and increase profitability.

## SAFETY FIRST

Automated machines that reduce workplace injuries by reducing dangerous mechanical tasks for operators.

## ADVANCED DESIGN

Our top of the line, automated bottling and canning machines are designed to run faster and produce less waste than manually operated machines.

# GROWTH STRATEGY

| JAN 2023 | First of the new machines are operable and producing product |
| JUN 2023 | Increase shifts to increase sales by 50% |
| JUN 2024 | Additional personal has been added to be operational 24/7 |



# Milestones



# $15,000,000
# FUNDING REQUEST



### LINE OF CREDIT ALREADY SECURED

**15M**

Rehab the building, start up costs and operational expenses and future expansion reserves.

### INVESTMENT NEEDED

**15M**

Loan will be fully paid back within 18 months and Investor will receive an 8% equity participation.

# ESTIMATED RETURN ON INVESTMENT, LOAN DETAILS and USE of FUNDS

Loan will be fully paid back within 18 months and <u>Investor will receive 8% equity participation</u>.

Top line annual revenue at 25% capacity is <u>$78,000,000</u>.

Pro Forma annual EBITDA at 25% capacity is <u>$63,000,000</u>

Pro forma equity distribution of 8% at 25% capacity is <u>$5,000,000</u> annually.

Loan terms are <u>6% A.P.R and 1.5 points</u> in origination.

<u>$6,500,000 required</u> to secure position and fund real estate deposits and manufacturing engineering.

<u>$6,500,000 required</u> in 60 days to fund equipment deposits.

<u>$3,000,000 required</u> in 90 days to acquire real estate and start build out improvements.

<u>Loan will be secured by the real estate, equipment and the Anheuser Busch contract.</u>

Top line revenue at 90% capacity is <u>$240,000,000</u> annually.

Pro forma equity distribution of 8% at 90% capacity is <u>$19,000,000</u> annually.

# KRONES MACHINE





## Design features

- Design without table top thanks to the Monotec starwheel
- Industrial support columns

- Use from one side and with slanted table top possible if  required
- Consistent use of servo motors
- Automated monitoring of the servo drives
- No lubrication of the drives required
- Stand-alone glass guards
- An industrial main bearing in the oil bath
- High-precision pneumatic components with long service life
- Clean room enclosure as an option
- Modular design for easy expandability

## Output

- 78,000 bottles per hour
- 135,000 cans per hour

## Overview

- Processing of both glass containers and cans
- Available either as a block with a rinser or a stand-alone solution
- Consistently implemented hygienic design and well thought-out process steps
- Short change-over and cleaning times during conversions
- Maximum user friendliness with regard to accessibility, adjustment and maintenance
- Perfectly matched process technology

Lazy Magnolia, Claffeys and Anheuser-Busch

# FINANCIALS

| | Month 1 January 2023 | Month 2 | Month 6 | Month 9 Lazy, Claffeys, AB | Month 13 January 2024 | Month 18 |
|---|---|---|---|---|---|---|
| Revenue | $601,597 | $2,707,188 | $3,434,007 | $10,062,819 | $10,627,819 | $10,627,819 |
| COGS | $378,923 | $741,831 | $970,325 | $3,479,908 | $3,654,948 | $3,654,948 |
| **Gross Profit** | **$222,674** | **$1,965,357** | **$2,463,682** | **$6,582,911** | **$6,972,871** | **$6,972,871** |
| | | | | | | |
| **Expenses** | | | | | | |
| Payroll (admin/benefits/insurance) | $111,334 | $111,334 | $111,334 | $125,500 | $125,500 | $125,500 |
| Marketing and sales | $81,953 | $81,953 | $81,953 | $81,953 | $81,953 | $81,953 |
| Lease/Legal/Insurance | $33,196 | $33,196 | $33,196 | $33,196 | $33,196 | $33,196 |
| Packaging/Waste lost/Utilities | $12,262 | $12,262 | $15,296 | $24,960 | $26,272 | $26,272 |
| Debt Services | $34,520 | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 |
| **Total Expenses** | **$273,265** | **$388,745** | **$391,779** | **$415,609** | **$416,921** | **$416,921** |
| | | | | | | |
| **Net Profit** | **($50,591)** | **$1,576,612** | **$2,071,903** | **$6,167,302** | **$6,555,950** | **$6,555,950** |
| Operational Margin | -8% | 58% | 60% | 61% | 62% | 62% |

2022

# 2024 Combined Revenue and Profit

| 2024 Total combined revenue, expenses, and profit from all three phases | | | |
|---|---|---|---|
| Type | Combined revenue | Expenses | Profit |
| Lazy Magnolias existing equipment (85% capacity) | $25,464,090 | $8,148,509 | $17,315,581 |
| Claffeys added equipment (40% capacity) | $15,744,000 | $5,038,080 | $10,705,920 |
| Anheuser-Busch | $86,325,744 | $30,672,782 | $55,652,962 |
| All combined work | $127,533,834 | $43,859,371 | $83,674,463 |



## SUMMARY



Our Team has identified a large gap in the bottling and canning market for the U.S. We have creatively found a solution to fill this gap; by buying an existing brewery and expanding with state of the art machinery, we are able to keep the heritage of that brewery alive while also significantly increasing volume and profitability within the existing business. Not only are we able to keep the heritage of Lazy Magnolias alive, we are creating opportunities to support and fulfill the demand of other beverage companies.

We have worked tirelessly to ensure that we have the right team and the right equipment to maximize profitability and growth within the sector.

THANK YOU

David Brown

801.347.6712

david@renegadecs.com

