# Exhibit 14

DEBT Market Cap Calculations

August 2nd 00:00 UTC time
Total supply of DEBT Token: 50,000,000
Market value of DEBT Token: $12.0687
Market Cap: 50,000,000 x $12.0687 = **$603,435,000**

August 8, 2023, 21:00 UTC time
Total supply of DEBT Token: 50,000,000
Market value of DEBT token: $3.50
Market Cap: 50,000,000 x $3.50 = **$175,000,000**

| | |
|---|---|
| **Prior Market Cap** | **$603,435,000** |
| **Current Market Cap** | **$175,000,000** |
| **Loss in Market Cap** | **$428,435,000 (-71%)** |

Source https://dexscreener.com/bsc/0xbe46815e0f0123ad626b82a0166eaa32274104f5

About Dexscreener: https://docs.dexscreener.com

🕵️ **Where does DEX Screener get data from?**

All DEX Screener data comes directly from the blockchains it tracks, without the use of any external APIs or data sources. DS has a custom-built indexer to parse, analyze and store raw blockchain logs, which is then used to create screeners, charts and analytics. All data is processed automatically in realtime without any human moderation or intervention, so it's important to use all the tools and information provided to do your own research before interacting with any tokens and smart contracts.

