# Exhibit 16

# Holland & Knight

One Arts Plaza | 1722 Routh Street, Suite 1500 | Dallas, TX 75201-2532 | T 214.964.9500 | F 214.964.9501
Holland & Knight LLP | www.hklaw.com

Scott Mascianica
+1 214-969-2106
Scott.Mascianica@hklaw.com

August 23, 2023

*Via E-mail (thesolutionprovider@gmail.com)*

Jason Saetrum
Mental Steel, LLC
191 West 1850 North
Centerville, UT 84014

   Re:  *SEC v. Digital Licensing Inc. (d/b/a "DEBT Box")*, No. 2:23-cv-00482 (D. Utah)

Dear Jason:

  Holland & Knight LLP represents Josias N. Dewey, the Temporary Receiver over Defendant Digital Licensing, Inc. ("DLI") and its subsidiaries and affiliates (collectively, "Receivership Entities") in the above captioned matter. Pursuant to the Temporary Receivership Order ("Order"), Mr. Dewey has certain powers, including "to assume full control of [DLI] by removing, as the receiver deems necessary or advisable, any director, officer, attorney, independent contractor, employee, or agent of any of [DLI] and its subsidiaries and affiliates . . . from control of, management of, or participation in, the affairs of [DLI.]" (Order § II(B)). Under this authority, and by this letter, Mr. Dewey removes you from any and all roles you previously held at or for DLI and its subsidiaries and affiliates.

  Additionally, the Order imposes obligations on you to, among other things (1) give access to and control to Mr. Dewey of all assets, collateral, books, records, papers or other property of or managed by the Receivership Entities; and (2) turn over to Mr. Dewey all account passwords, computer passwords, device PINs or passwords, or cryptographic keys—however possessed and wherever located—that hold, possess, or control any manner of the Receivership Entities' assets. (Order §§ III–IV).

  We recognize you intend to retain counsel. When you have done so, your counsel is requested to contact us promptly. Until then, we request you identify all DLI entities for which you worked, your role and title at each, and all communications methods you used when you worked on behalf of DLI and its subsidiaries and affiliates.

               Sincerely,

               /s/ Scott Mascianica

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Jason Saetrum
August 23, 2023
Page 2


cc:    Josias N. Dewey, Esq.
        Jessica B. Magee, Esq.

#227473046_v1