Justin T. Toth (8438)
Maria E. Windham (10761)
Emily B. Nuvan (17722)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com
enuvan@rqn.com

*Attorneys for Ryan Bowen*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; SCHAD E. ANDERSON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an induvial; and MATTHEW D. FRITZSCHE, an individual | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Please take notice that, pursuant to DUCivR 83-1.3, Emily B. Nuvan hereby enters her appearance of counsel on behalf of Defendant Ryan Bowen in the above-captioned case. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Emily B. Nuvan
enuvan@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500

DATED this 12th day of September 2023.

                                               RAY QUINNEY & NEBEKER P.C.

                                               */s/ Emily B. Nuvan*
                                               Justin T. Toth
                                               Maria E. Windham
                                               Emily B. Nuvan
                                               *Attorneys for Ryan Bowen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2023, I caused a true and accurate copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

                                                */s/ Ashley Rollins*

1648808