Maria E. Windham (10761)
Justin T. Toth (8438)
Emily B. Nuvan (17722)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    *Defendan*ts. | **STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT RYAN BOWEN TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

The parties, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(2)(A), and for good cause, hereby stipulate and move the Court to extend the time for Defendant Ryan Bowen to respond to Plaintiff Securities and Exchange Commission's Complaint (ECF 1) from Wednesday, September 13 up to and including Friday, October 6. With this motion, the parties simultaneously submit a proposed order.

DATED this 13th day of September 2023.

**Securities and Exchange Commission**

*/s/ Casey R. Fronk (e-signed with permission)*
Michael E. Welsh
Casey R. Fronk

*Attorneys for the SEC*

**Ray Quinney & Nebeker P.C.**

*/s/ Maria E. Windham*
Maria E. Windham
Justin T. Toth

*Attorneys for Defendant Ryan Bowen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2023, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT RYAN BOWEN TO RESPOND TO THE COMPLAINT** with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

*/s/ Ashley Rollins*

1648812