# **<u>EXHIBIT 1</u>**

# Mascianica, Scott (DAL - X62106)

| | |
|---|---|
| **From:** | Mascianica, Scott (DAL - X62106) |
| **Sent:** | Monday, August 7, 2023 4:27 PM |
| **To:** | jgottlieb@morrisoncohen.com |
| **Cc:** | Magee, Jessica B (DFW - X61375) |
| **Subject:** | SEC v. Digital Licensing, Inc. - 2:23-cv-00482-RJS |
| **Attachments:** | Complaint.pdf; 223cv482 TRO.pdf; 223cv482 Temp Receiver Order.pdf |

Jason,

Nice to meet you via email.  I understand you have been engaged as counsel to Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson in the above captioned lawsuit.  As you may know, H&K is counsel to Joe Dewey, the Court's appointed Receiver who now oversees Digital Licensing Inc. and all of its subsidiaries and affiliates ("Receivership Entities").  We would like to speak with you as soon as possible—tonight or tomorrow—about the Receivership, your clients, and information and materials that need to be provided pursuant to the Order Appointing Receiver.  I've copied my partner Jessica Magee on this email—please let us know when you are available to speak and we will arrange.

Many thanks.

**Scott Mascianica** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.2106 | Fax 214.964.9501
scott.mascianica@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1