# **EXHIBIT 5**

**Mascianica, Scott (DAL - X62106)**

| | |
|---|---|
| **From:** | Magee, Jessica B (DFW - X61375) |
| **Sent:** | Monday, August 21, 2023 4:37 PM |
| **To:** | jgottlieb@morrisoncohen.com; Ross, David E.; Mascianica, Scott (DAL - X62106) |
| **Subject:** | SEC v. Digital Licensing Inc., et al. |
| **Attachments:** | SEC v Digital Licensing - Clawback Agreement.pdf; Debt Box 2023.08.19 Request Letter.pdf |

Jason and David,

We need to schedule time to speak with you tomorrow morning, as Scott mentioned today, to discuss the items in our Saturday correspondence—specifically including information about websites, domain hosting, parties providing services, and the like. What times work for you tomorrow morning? In addition, we are continuing to work to obtain DLI client files from Dentons and other firms—please sign and return the clawback agreement as soon as possible.

Thanks,
JM


**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography


**From:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>
**Sent:** Saturday, August 19, 2023 2:33 PM
**To:** Ross, David E. <dross@morrisoncohen.com>; jgottlieb@morrisoncohen.com
**Cc:** Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Subject:** SEC v. Digital Licensing Inc., et al.

David and Jason—see attached.


Thanks,
JM


**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201

Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography