# **EXHIBIT 7**

**Mascianica, Scott (DAL - X62106)**

| | |
|---|---|
| **From:** | Magee, Jessica B (DFW - X61375) |
| **Sent:** | Tuesday, August 22, 2023 11:19 AM |
| **To:** | Ross, David E.; Gottlieb, Jason; Mascianica, Scott (DAL - X62106) |
| **Cc:** | Yarm, Alexander R. |
| **Subject:** | RE: SEC v. Digital Licensing Inc., et al. |

David, we believe some of the changes are substantive and need to think them through. In the meantime, we'd like to connect with you and Jason on status of the items covered in our 8/19 correspondence—when today are you both available to speak?

Thanks,
JM

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Monday, August 21, 2023 7:10 PM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Cc:** Yarm, Alexander R. <ayarm@morrisoncohen.com>
**Subject:** RE: SEC v. Digital Licensing Inc., et al.

*[External email]*
Jessica,
Thank you. Attached is a clean and redline of the proposed Clawback Agreement. Please note, although there is "red" at the beginning, those changes are only to streamline and ensure that the Clawback Agreement refers to and incorporates the entirety of the terms of the TRO and the Receiver Order (both defined in same) without quoting only certain parts of them.
Otherwise, we did not change anything substantive concerning the means, mechanisms, timing, etc. that you proposed.
I also apologize for the formatting.
Let us know if you have any additional changes.
Thanks,
-Dave

**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

**From:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>
**Sent:** Monday, August 21, 2023 5:37 PM
**To:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Ross, David E. <dross@morrisoncohen.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Subject:** SEC v. Digital Licensing Inc., et al.

1

**CAUTION:** External sender. Verify before continuing.

Jason and David,

We need to schedule time to speak with you tomorrow morning, as Scott mentioned today, to discuss the items in our Saturday correspondence—specifically including information about websites, domain hosting, parties providing services, and the like. What times work for you tomorrow morning? In addition, we are continuing to work to obtain DLI client files from Dentons and other firms—please sign and return the clawback agreement as soon as possible.

Thanks,
JM

**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>
**Sent:** Saturday, August 19, 2023 2:33 PM
**To:** Ross, David E. <dross@morrisoncohen.com>; jgottlieb@morrisoncohen.com
**Cc:** Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Subject:** SEC v. Digital Licensing Inc., et al.

David and Jason—see attached.

Thanks,
JM

**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography

2

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com