# **EXHIBIT 8**

## Mascianica, Scott (DAL - X62106)

| | |
|---|---|
| **From:** | Mascianica, Scott (DAL - X62106) |
| **Sent:** | Tuesday, August 29, 2023 10:30 AM |
| **To:** | Yarm, Alexander R.; Brooks, Jeffrey D. |
| **Cc:** | Englander, Alex M (WPB - X28339); Magee, Jessica B (DFW - X61375); Ross, David E.; jgottlieb@morrisoncohen.com |
| **Subject:** | SEC v. Digital Licensing |

Jeff and Alex,

Thank you for the call last night with Alex E. Apologies that Jessica and I could not attend as we were in witness interviews. We understand you raised two issues: (1) whether the Receiver withdrew money from an Ignis Energy bank account; and (2) what information is needed by us to secure any oil rig assets.

The Receiver did not withdraw any money from any Ignis account. In fact, the Receiver does not have any knowledge of any bank accounts owned or controlled by Ignis Energy. The only information we have received from any party related to Ignis was the selective information included in your firm's August 17, 2023 letter. As detailed further below, disclosure of, among other things, bank account information was requested 10 days go for entities owned, controlled, and managed by your clients. We have not received this information. *See* August 19, 2023 Request Letter, Request #4. **Please provide the specific bank and account information for Ignis, as we plan to investigate the circumstances surrounding this purported withdrawal**.

This is emblematic of the broader issue we have been pressing for weeks, which is the selective disclosure of information. We have requested copies of books and records (including identification of all bank accounts) necessary for the Receiver to identify the nature and scope of the assets and property interests belonging to the estate as well as what needs to be done to secure those interests. This is particularly concerning as some of your communications have made claims to assets where there is ongoing litigation disputing title to the same, all while not turning over underlying records regarding these assets or the basis for the purported affiliation of these parties to Digital Licensing, Inc. Although we are taking various steps with other parties to ensure safety and security of disputed assets, the lack of underlying documentation and source information is severely limiting Mr. Dewey's ability to carry out his court ordered obligations and creating inefficiencies to the detriment of all parties.

We appreciate that you and your clients are busy on many fronts. That said, we believe your clients can and should be able to provide all information and materials responsive to our August 19 correspondence and the directives in the Court's July 28 orders. But 10 days after our request, we haven't even received a proposed timeline for compliance with these requests. Once again, we respectfully request that your clients (1) turn over all information specified in our August 19, 2023 letter; and (2) schedule a time to speak with us to walk through same. This is the only realistic way to ensure that assets of the Receivership Estate are properly protected.

With regard to speaking with your clients, we are aware that your team will attend and we will accommodate to ensure that the meeting is efficient and productive. We are only interested in gathering all available facts, documents, assets, and information. Your clients remain in the best position to facilitate and advance this process. With appropriate assurance and indication that your clients are taking steps to provide full and unfettered access to all information they must turn over, we are amenable to prioritizing a discussion about oil and gas matters today or tomorrow.

Finally, we have been awaiting completion of the digital asset transfer for many days and, despite repeated claims, this process remains incomplete. We expect that this transfer will be completed **today**.

**Scott Mascianica** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.2106 | Fax 214.964.9501
scott.mascianica@hklaw.com | www.hklaw.com

Add to address book | View professional biography