# **EXHIBIT 11**

## UNANIMOUS WRITTEN CONSENT TO ACTIONS TAKEN BY THE MEMBERS OF ARCHER DRILLING, LLC

**THE UNDERSIGNED**, being all of the members of Archer Drilling, LLC, a Wyoming limited liability company (the "Company"), pursuant to the provisions contained in the applicable limited liability company law of the State of Wyoming and the Operating Agreement of the Company, hereby severally and unanimously consent to taking of the actions described below, and such actions shall constitute actions duly adopted, taken and authorized by the unanimous members of the Company as of May 12, 2022:

**RESOLVED**, that the Company be, and it hereby is, authorized and empowered to enter into as Borrower that certain mortgage commitment dated May 12, 2022 (the "Commitment") with BLOX Lending LLC, which Commitment provides for a **Five Hundred Four Thousand Nine Hundred and 00/100 dollars ($504,900.00)** mortgage loan to the Company (the "Loan"), which Loan shall be secured by, among other things, a first mortgage or deed of trust lien against the real property and improvements owned by the Company and located at **6179 CR 206 Pine Bluffs, WY 82082** (the "Premises").

**FURTHER RESOLVED**, that the Company be, and it hereby is, authorized and empowered (1) to execute and deliver a Promissory Note, a Mortgage or Deed of Trust or Deed to Secure Debt and Security Agreement, an Environmental Indemnity Agreement, an Assignment of Leases and Rents, and any undertakings, affidavits, certificates, and other documents and instruments which may be necessary or advisable in the sole determination of the officer of the Company executing the same, with such additions, changes, or modifications thereto or therein, which may be substantive and substantial in nature, as the officer of the Company executing the same may determine, the execution of such documents and instrument to be conclusive evidence of the aforesaid determinations, and (2) to take any and all other actions in connection with the placing of the Loan, including, without limitation, paying, receiving, or directing payment of funds on behalf of the Company which may be necessary or desirable to consummate the transactions contemplated herein.

**FURTHER RESOLVED**, that James Franklin, Gene Purdy, Garret Purdy, in their capacity as Members of the Company and James Franklin, Gene Purdy of Purdy Oil, LLC, Member of the Company and Schad Brannon of Gold Bullion Holdings, Member of the Company acting jointly, are hereby authorized and empowered to execute any and all instruments and documents necessary and proper in order to consummate the placing of the Loan, including, but not limited to, the execution of the mortgage loan documentation referred to in the immediately preceding paragraph of this Consent, and to execute all instruments, documents, and certificates necessary and proper for the purpose of carrying out the foregoing resolutions.

**FURTHER RESOLVED**, that the Members of the Company and Members of Purdy Oil, LLC, Member of the Company and Manager of Gold Bullion Holdings, Member of the Company, hereby are, authorized and empowered to take any and all acts and to execute all instruments, documents, and certificates necessary and proper for the purpose of carrying out the foregoing resolutions.

This Consent shall be filed with the records of the Company.    Dated:    May    12,    2022

Copyright 2019 LaRocca, Hornik, Rosen & Greenberg LLP
Unanimus Written Consent

**ARCHER DRILLING, LLC**

By: _____
Name: James Franklin
Title: Member

By: _____
Name: Gene Purdy
Title: Member

By: _____
Name: Garret Purdy
Title: Member


By: Purdy Oil, LLC, its Member

By: _____
Name: James Franklin
Title: Member

By: _____
Name: Gene Purdy
Title: Member


By: Gold Bullion Holdings, its Member

By: _____
Name: Schad Brannon
Title: Manager


STATE OF           )
                   )ss.:
COUNTY OF          )

I certify that on May___ 2022, James Franklin, came before me in person and stated to my satisfaction that he/she:

(a) made the attached instrument; and

(b) was authorized to and did execute this instrument on behalf of and as Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC

2

STATE OF Wyoming )
COUNTY OF Laramie )ss.:
)

    I certify that on May 12 2022, Gene Purdy, came before me in person and stated to my satisfaction that he/she:

    (a) made the attached instrument; and

    (b) was authorized to and did execute this instrument on behalf of and as Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC

STATE OF Wyoming )
COUNTY OF Laramie )ss.:
)

SHANDI VASQUEZ
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 151576
MY COMMISSION EXPIRES: 03/10/2026

    I certify that on May 12 2022, Garret Purdy, came before me in person and stated to my satisfaction that he/she:

    (a) made the attached instrument; and

    (b) was authorized to and did execute this instrument on behalf of and as Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC

STATE OF        )
                )ss.:
COUNTY OF       )

SHANDI VASQUEZ
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 151576
MY COMMISSION EXPIRES: 03/10/2026

    I certify that on May___ 2022, James Franklin, came before me in person and stated to my satisfaction that he/she:

    (a) made the attached instrument; and

    (b) was authorized to and did execute this instrument on behalf of and as Member of Purdy Oil, LLC, Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC

3

STATE OF              )
                                 )ss.:
COUNTY OF          )

    I certify that on May____ 2022, Gene Purdy, came before me in person and stated to my satisfaction that he/she:

    (a) made the attached instrument; and

    (b) was authorized to and did execute this instrument on behalf of and as Member of Gold Bullion Holdings, Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC


STATE OF              )
                                 )ss.:
COUNTY OF          )

    I certify that on May____ 2022, Schad Brannon, came before me in person and stated to my satisfaction that he/she:

    (a) made the attached instrument; and

    (b) was authorized to and did execute this instrument on behalf of and as Member of Gold Bullion Holdings, Member of ARCHER DRILLING, LLC (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and members.

_____
NOTARY PUBLIC

4

GENEPURDY(SEC) 000106

GENEPURDY_SEC_000001