# **EXHIBIT 14**

**CERTIFIED MAIL**

SALT LAKE CITY, UT 849

USPS CERTIFIED MAIL

Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111

Schad E. Brannon
30 N. Gould St Ste N
Sheridan, WY 82801

Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111



USPS CERTIFIED MAIL

9214 8901 9403 8300 0027 8566 03

Schad E. Brannon
30 N. Gould St Ste N
Sheridan, WY 82801

**HWM File #: WY21268**

Notice of Default and Intent to Foreclose



## NOTICE OF DEFAULT AND INTENT TO FORECLOSE

TO:   Archer Drilling, LLC
      6179 County Road 206
      Pine Bluffs, WY 82082

On May 12, 2022, Archer Drilling, LLC, as Mortgagors, executed and delivered to Blox Lending LLC, as Mortgagee, a mortgage on certain real property described in the Mortgage, as security for payment of a promissory note in the principal amount of $504,900.00, which was executed and delivered by the Mortgagors on the same day. The Mortgage was duly recorded at the office of the County Clerk and ex-officio Register of Deeds in and for Laramie County, Wyoming on May 16, 2022, at Reception No. 837071, in Book 2788, at Page 677.

There has been a material breach of the mortgage note, which the mortgage was given to secure, in that payment was not made on August 10, 2022, nor on any date thereafter as required by the terms of the mortgage note. The mortgage contains a Power of Sale by Advertisement which, by reason of the above-stated default, BLOX Lending, LLC ("Mortgagee"), declares to have become operative.

**NOTICE IS HEREBY GIVEN** to you that as a result of the above-stated default of the mortgage note and mortgage, Mortgagee now considers all of the principal and accrued interest due and payable in full, in accordance with the terms of the mortgage note and the mortgage, and will cause the property to be sold at a foreclosure sale of the real property described in the mortgage by advertisement and sale, as provided by the mortgage and applicable law.

**Failure to respond to this notice shall be considered your agreement to allow a public sale of this property. All information obtained from you will be used in the collection of the debt. This communication is from a debt collector.**

**The legal description of the property subject to this foreclosure is as follows:**

The Land referred to herein below is situated in the County of Laramie, State of Wyoming, and is described as follows:

Township 13 North, Range 60 West of the 6th P.M., Laramie, County, Wyoming.
More Correctly Described As:
Township 13 North, Range 60 West of the 6th P.M., Laramie, County, Wyoming.
Section 20: NW1/4NE1/4, W1/2NE1/4NE1/4

which has the address of 6179 County Road 206, Pine Bluffs, WY 82082 (the undersigned disclaims liability for any error in the address).

The property being foreclosed upon may be subject to other liens and encumbrances that will not be extinguished at the sale and any prospective purchaser should research the status of title before submitting the bid.

**If you are on active duty in the armed forces, please notify this office immediately so your rights can be protected.**

Dated August 22, 2023

BLOX Lending, LLC

*Shelly M. Casares*

By: Shelly M. Casares
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
801-355-2886
HWM File # WY21268

copies to:

Archer Drilling, LLC
6179 County Road 206
Pine Bluffs, WY 82082

Archer Drilling, LLC
1100 Harrison Drive, Box 94
Pine Bluffs, WY 82082

Archer Drilling, LLC
1812 W Sunset Blvd Ste 1-345
St George, UT 84770-6685

Archer Drilling, LLC
6179 Road 206
Pine Bluffs, WY 82082

Archer Drilling, LLC
Box 94
Pine Bluffs, WY 82082

Schad E. Brannon
30 N. Gould St Ste N
Sheridan, WY 82801

Current Occupant
6179 County Road 206
Pine Bluffs, WY 82082

Roy Nelson
6179 County Road 206
Pine Bluffs, WY 82082

Garret Purdy
6179 County Road 206
Pine Bluffs, WY 82082

Garret Purdy
1100 Harrison Drive, Box 94
Pine Bluffs, WY 82082

Gene Purdy
6179 County Road 206
Pine Bluffs, WY 82082

Gene Purdy
1100 Harrison Drive, Box 94
Pine Bluffs, WY 82082

Gene Purdy
1812 W Sunset Blvd Ste 1-345
St George, UT 84770-6685

Gene Purdy
6179 Road 206
Pine Bluffs, WY 82082

