# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    *Defendan*ts. | **ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR DEFENDANT  RYAN BOWEN TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

2

Pursuant to the Stipulated Motion to Extend the Time for Defendant Ryan Bowen to Respond to the Complaint, and for good cause appearing, it is HEREBY ORDERED that Defendant Ryan Bowen is granted an extension to respond to the Complaint until Friday, October 6, 2023.

DATED this 14 day of September 2023.

_____
Dustin B. Pead

United States Magistrate Judge

Approved as to form:

**Securities and Exchange Commission**

*/s/ Casey R. Fronk (e-signed with permission)*
Michael E. Welsh
Casey R. Fronk

*Attorneys for the SEC*