Adam L. Grundvig (12106)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
agrundvig@keslerrust.com
*Attorneys for Matthew Fritzsche*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN B OWEN, an individual; FRITZSCHE, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON 0. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>            Defendants, | **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL ASSET ACCOUNTING FOR DEFENDANT MATTHEW FRITZSCHE**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Relief Defendants. | |

Pursuant to DUCivR 5-3(b)(2) and Federal Rule of Civil Procedure 5.2, the Securities and Exchange Commission (the "Commission") and defendant Matthew Fritzsche ("Fritzsche") respectfully move the Court for leave for Fritzsche to file his asset accounting under seal.

The parties file this stipulated motion seeking leave for Fritzsche to file his asset accounting under seal to protect its privacy.

For these reasons, the Commission and Fritzsche request that leave to file under seal be granted as set forth in the proposed order submitted concurrently herewith.

**DATED**: September 14, 2023.

                              SECURITIES AND EXCHANGE COMMISSION

                              /s/ Casey R. Fronk
                              (by Adam Grundvig with permission)
                              _____

                              Casey R. Fronk
                              Michael E. Welsh
                              *Attorneys for the SEC*

                              KESLER & RUST

                              /s/ Adam L. Grundvig
                              _____

                              Adam L. Grundvig
                              *Attorneys for Matthew Fritzsche*

## CERTIFICATE OF SERVICE

I certify that I caused to be delivered through CM/ECF filing a true and correct copy of the foregoing **STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL ASSET ACCOUNTING FOR DEFENDANT MATTHEW FRITZSCHE** on September 14, 2023 to all counsel of record.

Michael E. Welsh
Casey R. Fronk
welshmi@sec.gov
fronkc@sec.gov
*Attorneys for Securities and Exchange Commission*

/s/ Cindee Elmer

4