Adam L. Grundvig (12106)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
agrundvig@keslerrust.com
*Attorneys for Matthew Fritzsche*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN B OWEN, an individual; FRITZSCHE, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON 0. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>        Defendants, | **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL ASSET ACCOUNTING FOR DEFENDANT MATTHEW FRITZSCHE**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>                 Relief Defendants. | |

The Court, having reviewed the Stipulated Motion for Leave to File Under Seal Asset Accounting of Defendant Matthew Fritzsche (the "Motion"), and for good cause appearing, hereby GRANTS the Motion and orders that Matthew Fritzsche's asset accounting is hereby SEALED.

**DATED**: September 14, 2023.

BY THE COURT:

_____
Chief Judge Robert J. Shelby
U.S. District Court, District of Utah

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused to be delivered through CM/ECF filing a true and correct copy of

the foregoing **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE**

**UNDER SEAL ACCOUNTING FOR DEFENDANT MATTHEW FRITZSCHE** on

September 14, 2023 to all counsel of record.

Michael E. Welsh
Casey R. Fronk
welshmi@sec.gov
fronkc@sec.gov
*Attorneys for Securities and Exchange Commission*

/s/ Cindee Elmer
_____