# Exhibit C

### Details

Mar 15, 2023

## DLG Migration

As announced in the March Newsletter, the re-launch of DLG will begin March 16th at 0:00 UTC (March 15, 6:00 pm MST). As a DLG license owner, here is what you need to know:

- DLG will receive a new smart contract address to enforce the updated tokenomics.
- All existing DLG licenses will begin mining on the new smart contract, starting with the first mining cycle on March 16th at 0:00 UTC.
- A migration to convert all tokens to the new smart contract is scheduled to be available on May 5th, 2023, more information will be available at that time.
- From now until migration, the dashboard will display 2 separate projects, Legacy DLG and DLG, for both your rewards and wallet balances
- Prior to migrating, any tokens withdrawn will still be reflected in the wallet as Legacy DLG
- All tokens mined between now and migrating will need to be migrated, including tokens mined on the new contract.
- The details and instructions for the migration process will be shared prior to the migration release.
- There will be a conversion ratio for the number of old tokens to the number of new tokens; those details will be announced with the release of the migration process as well.

Check out the updated lite paper and additional details about the updated tokenomics at: https://www.thedebtbox.com/dlg-token

Thank you for your support of the DLG project! We are excited about the opportunity to add royalties to the new tokenomics for this project.