## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH, NORTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

DIGITAL LICENSING INC. (d/b/a "DEBT
Box"), a Wyoming corporation;
JASON R. ANDERSON, an individual;
JACOB S. ANDERSON, an individual;
SCHAD E. BRANNON, an individual;
ROYDON B. NELSON, an individual;
JAMES E. FRANKLIN, an individual;
WESTERN OIL EXPLORATION
COMPANY, INC., a Nevada corporation;
RYAN BOWEN, an individual;
IX GLOBAL, LLC, a Utah limited liability
company;
JOSEPH A. MARTINEZ, an individual;
BENJAMIN F. DANIELS, an individual;
MARK W. SCHULER, an individual;
B & B INVESTMENT GROUP, LLC (d/b/a
"CORE 1 CRYPTO"), a Utah limited
liability company;
TRAVIS A. FLAHERTY, an individual;
ALTON O. PARKER, an individual;
BW HOLDINGS, LLC (d/b/a the "FAIR
PROJECT"), a Utah limited liability
company;
BRENDAN J. STANGIS, an individual; and
MATTHEW D. FRITZSCHE, an individual,

      Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability company;
BUSINESS FUNDING SOLUTIONS, LLC,
a Utah limited liability company;

**ORDER GRANTING *PRO HAC VICE*
ADMISSION OF
JEFFREY D. BROOKS**

Case No. 2:23-cv-00482-RJS

Judge Robert J. Shelby

BLOX LENDING, LLC, a Utah limited
liability company;
CALMFRITZ HOLDINGS, LLC, a Utah
limited liability company;
CALMES & CO, INC., a Utah corporation;
FLAHERTY ENTERPRISES, LLC, an
Arizona limited liability company;
IX VENTURES FZCO, a United Arab
Emirates company;
PURDY OIL, LLC, a Nebraska limited
liability company;
THE GOLD COLLECTIVE LLC, a Utah
limited liability company; and
UIU HOLDINGS, LLC, a Delaware limited
liability company,

      Relief Defendants.

Before the Court is Matthew R. Lewis' Motion for *Pro Hac Vice* Admission of Jeffrey D.

Brooks. Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ___ day of September, 2023.

BY THE COURT:

_____
Judge Robert J. Shelby