Keith M. Woodwell (7353)
Thomas A. Brady (12454)
Katherine E. Pepin (16925)
CLYDE SNOW & SESSIONS, P.C.
201 South Main Street, Suite 2200
Salt Lake City, UT 84111-2216
Telephone/Fax: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
kep@clydesnow.com

*Attorneys for Defendants Benjamin F. Daniels, Mark W. Schuler, B & B Investment Group, LLC dba Core 1 Crypto, Alton O. Parker, and BW Holdings, LLC dba Fair Project*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; SCHAD E. ANDERSON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an induvial; and MATTHEW D. FRITZSCHE, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00482-RJS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR B & B INVESTMENT GROUP, LLC dba CORE 1 CRYPTO**<br><br>District Judge Robert J. Shelby |

PLEASE TAKE NOTICE that Keith M. Woodwell of Clyde Snow & Sessions, hereby enters his appearance as counsel for Defendant B & B Investment Group, LLC, doing business as Core 1 Crypto, a Utah limited liability company, in the above captioned matter.

Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

    Keith M. Woodwell
    Thomas A. Brady
    Katherine E. Pepin
    CLYDE SNOW & SESSIONS
    201 South Main Street, Suite 2200
    Salt Lake City, UT 84111-2216
    kmw@clydesnow.com
    tab@clydesnow.com
    kep@clydesnow.com

DATED this 19th day of September, 2023.

                                          CLYDE SNOW & SESSIONS

                                          */s/ Keith M. Woodwell*
                                          Keith M. Woodwell
                                          Thomas A. Brady
                                          Katherine E. Pepin

                                          *Attorneys for Defendants Benjamin F. Daniels, Mark W. Schuler, B & B Investment Group, LLC dba Core 1 Crypto, Alton O. Parker, and BW Holdings, LLC dba Fair Project*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2023, the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR B & B INVESTMENT GROUP, LLC dba CORE 1 CRYPTO was served on the parties by the Court's electronic filing system, via CM/ECF.

                                       */s/ Sabrina Afridi*
                                       Sabrina Afridi
                                       Legal Assistant