Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>　　　　　Defendants, | Case No.: 2:23-cv-00482-RJS<br><br>**[PROPOSED] STIPULATED ORDER REGARDING LIVING EXPENSES**<br><br>Chief Judge Robert J. Shelby |

| |
|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

**WHEREAS**, on July 26, 2023, Plaintiff Securities and Exchange Commission ("SEC," or "Commission") filed its Complaint in this matter, alleging violations of the registration and antifraud provisions of the federal securities laws by Defendants, and the receipt of ill-gotten proceeds of such violations by Relief Defendants (Dkt. No. 1.)

**WHEREAS**, on July 26, 2023, the Commission filed a motion for a temporary restraining order and ancillary relief, including an asset freeze as to Defendants and Relief Defendants (Dkt. No. 3.)

**WHEREAS**, on July 28, 2023, the Court granted the Commission's motion and entered a Temporary Restraining Order which, among other things, entered an asset freeze as to Defendants and Relief Defendants (Dkt. No. 9), and provided, *inter alia*, for "an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice and an opportunity for the Commission to be heard," (*id*. § IX).

**WHEREAS**, on August 7, 2023, and thereafter on August 17, 2023, August 29, 2023, and September 12, 2023, the Court entered renewed Temporary Restraining Orders containing

the same provisions as to the asset freeze and allowance for necessary and reasonable living expenses (Dkt. Nos. 33, 78, 121, 136.)

**WHEREAS**, counsel for the Commission and Defendant Matthew D. Fritzsche (herein, "Defendant") have reached the following agreement as to an allowance for living expenses, and jointly provide this proposed agreement for approval by the Court:

1. The Utah First Credit Union account ending in 7032 (the "Utah First Account") held in the name of Razorback Inc. shall be unfrozen to allow Defendant to pay living expenses and hold going-forward, earned income unconnected to the conduct alleged in the Complaint.

2. Defendant Fritzsche may withdraw up to $6084 per month—representing the IRS 2023 Allowable Living Expenses National Standards for a family of four—of previously frozen funds from the Utah First Account until January 31, 2024 for necessary and reasonable living expenses;

3. Defendant Fritsche must provide to counsel to the Commission, without further request or subpoena, the monthly account statements of the Utah First Account for review and inspection by no later than the 5th of each month this stipulation is in effect. The Utah First Account statements shall be provided to counsel to the Commission by email to by email to Casey R. Fronk (fronkc@sec.gov) and Michael E. Welsh (welshmi@sec.gov);

4. To the extent Defendant Fritzsche earns additional, going-forward income that he demonstrates, to the satisfaction of counsel for the Commission, is unconnected to the conduct alleged in the Complaint, such income may be used for the payment of necessary and reasonable living expenses and payment of attorney's fees and defense costs.

IT IS SO ORDERED this _____ day of September, 2023 at _____

_____
ROBERT J. SHELBY
United States Chief District Judge