# Exhibit 3

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Monday, August 14, 2023 4:13 PM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Cc:** Yarm, Alexander R. <ayarm@morrisoncohen.com>
**Subject:** RE: MC+HK Call

*[External email]*
Hi Jessica,

Thank you for taking the time to speaking with us on Saturday.  We were pleased to hear that the Receiver is concerned about making sure that DLI's four oil drilling rigs are secure.  We think we have a common interest here.

You asked for the locations of DLI's 4 oil drilling rigs.   Please see the attached documents containing the location coordinates--one in Nevada (Rig 3), two and part of another in Nebraska (Rigs 1, 4 and Part of Rig 2), and a part of Rig 2 in Oklahoma.  ***See, Exhibit 1.***

We also attach the documents relating to the filing/recordation of UCC-1 Financing Statement for 3 of the rigs (Rig 2, 3, and 4) financed by DLI for Archer Drilling LLC (which is an affiliate of DLI), including three (3) UCC-1s.  ***See Exhibits 2-5***.  Another attorney for DLI handled the filing/recordation of the UCC-1 Financing Statements in Nevada.  ***See supra, Exhibit 2***.

As to Rig 1, we wanted to advise you that that there has been ongoing litigation in Nebraska State Court concerning same.  (Morrison Cohen is not involved in that litigation.)  It is our understanding that one of the issues in that case is the ownership interest of Archer Drilling, which owns Rig 1.  Additionally, as reflected in an April 4, 2022, bank wire, DLI paid $125,000 to Purdy Oil for that rig.  ***See Exhibit 6***.  Moreover, after Rig 1's mast broke (***see Exhibit 7*** –the sole "non-PDF exhibit", which contains pictures of Rig 1, with contemporaneous emails between DLI's principals and James Franklin), the insurance company for Archer Drilling issued an engineering report (Nov. 2022) on Rig 1.  ***See Exhibit 8***.

We are happy to answer any other questions regarding these rigs, but we respectfully submit that ensuring that the four (4) rigs (or parts thereof), which are all of substantial value, are not stolen, vandalized or otherwise damaged is of significant concern.  As to that point and as we briefly discussed on our call, we have been advised that someone attempted to steal one of the rigs earlier this year.

In closing, inasmuch as you are now standing in the shoes of DLI, we respectfully request that you take any and all necessary actions forthwith to secure the rigs (and parts thereof) at the locations we provided.

We look forward to working with you.

Thank you.
-Dave

**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

1



# LAW OFFICES OF SHAWANNA L. JOHNSON, ESQ.

*ATTORNEY AT LAW*

3311 S. Rainbow Blvd., Suite 144
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com

---

January 26, 2023

***<u>Via First Class Mail to:</u>***
Archer Drilling LLC
1100 Harrison Drive
PO Box 94
Pine Bluffs, WY 82082

RE:    UCC Filing Digital Licensing, Inc.

Dear Archer Drilling:

This office represents Digital Licensing Inc.

Please find enclosed a filed/recorded UCC 1 Financing Statement for the (3) oil rigs financed by DLI. These are recorded with the Secretary of State of Nevada, Nebraska, and Wyoming.

Sincerely,

/s/ Shawanna L. Johnson
Attorney for Digital Licensing Inc.

Encl:

**FRANCISCO V. AGUILAR**
*Secretary of State*

**STATE OF NEVADA**



*Commercial Recordings & Notary Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**GABRIEL DI CHIARA**
*Chief Deputy*

**OFFICE OF THE**
**SECRETARY OF STATE**

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

**Work Order #:** W2023012602438
January 26, 2023
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 289361

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| UCC-1 | Fees | 2023301163-8 | 1/26/2023 8:31:14 PM | Approved | 1 | $30.00 | $30.00 |
| Total | | | | | | | $30.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 6747938615686205703279 | Success | $30.00 |
| Total | | | $30.00 |

**Credit Balance:** $0.00

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

**STATE OF NEVADA**

*FRANCISCO V. AGUILAR*
*Secretary of State*



*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*GABRIEL DI CHIARA*
*Chief Deputy*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Filing Acknowledgement

January 26, 2023 08:31 PM

| | |
|---|---|
| **Work Order Number** | **Initial Filing Number** |
| W2023012602438 | 2023301163-8 |
| **Filing Description** | **Document Filing Number** |
| UCC-1 | 2023301163-8 |
| **Debtors** | |
| ARCHER DRILLING LLC | 1100 HARRISON DRIVE |
| | PO BOX 94 |
| | PINE BLUFFS, WY 82082 |
| **Secured Parties** | |
| DIGITAL LICENSING INC. | 30 N. GOULD STREET |
| | SUITE N |
| | SHERIDAN, WY 82801 |

The Nevada Secretary of State, Uniform Commercial Code Division has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Shawanna Johnson 702-759-5869** |
| B. E-MAIL CONTACT AT FILER (optional) |
| **sjohnsonlaw702@yahoo.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| **3311 S. Rainbow Blvd., Suite 103**<br>**Las Vegas, NV 89146, USA** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **ARCHER DRILLING LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1100 HARRISON DRIVE PO BOX 94** | **PINE BLUFFS** | **WY** | **82082** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **DIGITAL LICENSING INC.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **30 N. GOULD STREET SUITE N** | **SHERIDAN** | **WY** | **82801** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
BREWSTER MODEL N-4 SINGLE DRUM DRAWORKS RIG, INCLUDING ALL ACCESSORIES, APPENDAGES, EQUIPMENT, SUPPLIES,
ANCILLARY EQUIPMENT, AND FIXTURES, AS FURTHER AND FULL DESCRIBED HEREIN.
EXCEL EQUIPMENT COMPANY INC.
CONSTRUCTION EQUIPMENT SALES, CONSIGNMENTS AND RENTALS
PO BOX 191048
BOISE, ID 83719-1048
BUS: (208) 562-0096
FAX: (208)562-0163
ROCKET DRILLCO
RIG# RD2
DRAWWORKS:
BREWSTER, MODEL N-4, SINGLE DRUM DRAWWORKS, 650HP, LEBUS GROOVED FOR 1-1/8" LINE, HYDRAULIC
MAKEUP & BREAKOUT CATHEADS,

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**RIG #2**

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR  10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

| OR  11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**AIR DRILLER'S CONSOLE, CROWN-O-MATIC, 8 WATER COOLED BRAKES,**
**COMPOUND:**
**BREWSTER 2-ENGINE, IN-LINE COMPOUND**
**BRAKE:**
**D & H 15" DOUBLE HYDROMATIC BRAKE WITH JAW CLUTCH**
**DRAWWORKS POWER:**
**NO. 1 - CATERPILLAR 3306 DIESEL ENGINE 361HP, S/N 64Z33301 W/ 24 VOLT ELECTRIC START, RADIATOR,**
**GAUGES,**
**ALLISON 955 TORQUE CONVERTER.**
**NO. 2 - CATERPILLAR 3306 DIESEL ENGINE 361HP, S/N 64Z33298 W/ 24 VOLT ELECTRIC START, RADIATOR,**
**GAUGES,**
**ALLISON 955 TORQUE CONVERTER**
**MAST:**
**SPENCER HARRIS 97'H CANTILEVER MAST, 285,000 LB. STATIC HOOK LOAD, CROWN BLOCK W/ (4) 30" SHEAVE**
**CLUSTER & (1) 30" FASTLINE SHEAVE, 1-1/8" LINE, RACKING BOARD, TONG COUNTER WEIGHTS, LADDER, DERRICK**
**CLIMBER, GERONIMO, 4" STANDPIPE & MANIFOLD**
**CARRIER:**
**SPENCER HARRIS 40'L, TRI-AXLE, DUAL WHEEL TRAILER W/ LEVELING JACKS, 57'8"L BACK-ON-RAMP, FOLD OUT**
**WALKWAYS, DEADLINE ANCHOR, SAFETY RAILS.**
**SUBSTRUCTURE:**
**SHOPBUILT 11'6"W X 16'H X 23'6"L SWING UP SUBSTRUCTURE W/ ROTARY BEAMS, (REFURBISHED IN 2009)**
**WITH CERTIFICATIONS, V DOOR RAMP, STAIRS SAFETY RAILS,**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14. This FINANCING STATEMENT:**
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| OR 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**SKIDDED.**
**PUMP: (PRIMARY)**
**GARDNER DENVER PZ9 TRIPLEX MUD PUMP, 1000 HP. W / FORGED STEEL FLUID END, QUICK CHANGE VALVE & CYLINDER HEAD CAPS, HYDRIL PULSATION DAMPENER, OTECO 3" SHEAR RELIEF VALVE, PRESSURE GAUGE, CHARGING PUMP, V-BELT DRIVE ASSEMBLY, MASTER SKIDDED W/ ENGINE**
**PUMP POWER:**
**CATERPILLAR D-398 DIESEL ENGINE S/N 6685860 W/ AIR START, RADIATOR, GAUGES, MOUNTED PUMP MASTER SKID.**
**PUMP: (STANDBY)**
**NATIONAL N1100 DUPLEX MUD PUMP, 500 HP. W/ FORGED STEEL FLUID END, QUICK CHANGE VALVE & CYLINDER HEAD CAPS, HYDRIL PULSATION DAMPENER, OTECO 3" SHEAR RELIEF VALVE, PRESSURE GAUGE, CHARGING PUMP, V-BELT DRIVE ASSEMBLY, MASTER SKIDDED W/ ENGINE**
**PUMP POWER:**
**CATERPILLAR D-398 DIESEL ENGINE S/N 66B5860 W/ AIR START, RADIATOR, GAUGES, MOUNTED PUMP MASTER SKID.**
**ROTARY TABLE**
**GARDNER DENVER 27 -1/2" ROTARY TABLE W/ SPLIT MASTER BUSHINGS, WITH RAISED FLOOR**
**SWIVEL**
**BREWSTER 6S 220 TON SWIVEL**
**KELLY**
**KELLY, SQUARE DRIVE, 5-1/4" X 37', WITH KELLY BUSHING**
**KELLY VALVES**
**UPPER KELLY VALVE.**
**LOWER KELLY**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR  10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**VALVE
TRAVELING BLOCK / HOOK
BREWSTER 175 TON BLOCK/HOOK COMBINATION, WITH ELEVATOR LINKS
BLOWOUT PREVENTER AND VALVES
SHAFFER LWP DOUBLE GATE, BLOWOUT PREVENTER 13 5/8" X 3,000 PSI
13 5/8"DIA. X 30"H X 3 M DRILLING SPOOLS. 3,000 PSI. CHOKE MANIFOLD. CHOKE VALVES- KILL VALVES-
CLOSING UNIT
CLOSING UNIT., 6 STATION, WITH DRILLERS CONTROL PANEL
120 GAL 5 STATION ACCUMULATOR W/REMOTE
RIG HOUSES:
DOG HOUSE, 10'W X 50'L DOGHOUSE W/ (4) LOCKERS, KNOWLEDGE BOX, PARTS ROOM, BENCH STORAGE, (1)
HEATER, AIR CONDITIONER, LIGHTS, SKIDDED
SHOPBUILT 8'W X 25'L MUD HOUSE W/ PUMP PARTS ROOM, MUD HOPPER, HEATER, LIGHTS, SKIDDED.
UTILITY HOUSES/GENERATORS:
UTILITY HOUSE, 10'W X 50'L, ELECTRICAL PANEL, AIR COMPRESSOR, TRANSFORMER
NO. 1 - DETROIT 350 KW. AC GENERATOR
POWERED BY DETROIT SERIES 60 DIESEL ENGINE W/ ELECTRIC START, RADIATOR, GAUGES.
NO. 2 - CATERPILLAR 234 KW. AC GENERATOR
POWERED BY CATERPILLAR, 3306, DIESEL ENGINE W/ ELECTRIC START, RADIATOR, GAUGES
ALL ABOVE MOUNTED 12'W X 50'L UTILITY HOUSE W/ PARTS ROOM,**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) ⎮ SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
    do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| OR | 10a. ORGANIZATION'S NAME |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) ⎮ SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) ⎮ SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**LIGHTS, SKIDDED**
**MUD SYSTEM:**
**SHOPBUILT, 10'W X 6'H X 42'L, 432 BBL. SUCTION TANK W19' PORCH, (3) COMPARTMENT, (3) OILWORKS**
**PIT BOSS 10 HP. MUD AGITATORS P/B BALDOR 10 HP. ELECTRIC MOTORS, SLANT BOTTOM, INTERNAL PLUMBING,**
**TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, SKIDDED. MISSION 5" X 6" CENTRIFUGAL PUMP P/B TECO**
**50 HP. ELECTRIC MOTOR**
**SHOPBUILT 10'W X 6'H X 42'L, 432 BBL. SHAKER TANK W/ 9' COVERED PORCH, (4) COMPARTMENT,**
**(1) OILWORKS PITBOSS 10 HP. MUD AGITATOR S/N 2143 P/B BALDOR 10 HP. ELECTRIC MOTOR, SLANT**
**BOTTOM,**
**INTERNAL PLUMBING, TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, SKIDDED.**
**FIVE STAR 5" X 6" CENTRIFUGAL PUMP P/B TECO 50 HP. ELECTRIC MOTOR**
**FIVE STAR 5" X 6" CENTRIFUGAL PUMP P/B TECO 50 HP. ELECTRIC MOTOR**
**FLUID SYSTEMS, SINGLE SCREEN, LINEAR MOTION SHALE SHAKER S/N 2314**
**O'DRILL / MCM, DESILTER W/ (8) 4" CONES**
**O'DRILL / MCM, DESANDER W/ 2 10" CONES**
**WATER TANK**
**SHOPBUILT 10'W X 8'H X 40'L, 549 BBL. WATER TANK W/PARTS ROOM, PARTS BINS, LUBESTER, LIGHTS,**
**CENTRIFUGAL WATER PUMP, WITH DOG HOUSE STAND INSIDE,**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| | 10a. ORGANIZATION'S NAME | | | | |
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | | |
|---|---|---|---|---|---|
| | 11a. ORGANIZATION'S NAME | | | | |
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**OILFIELD SKIDDED**
**FUEL TANK**
**SHOPBUILT 8'W X 8'H X 30'L, 13,837 GALLON FUEL TANK W/ (2) FUEL TRANSFER PUMPS, OILFIELD SKIDDED**
**MISCELLANEOUS EQUIPMENT INCLUDING**
**APPROX. 6' X 20' BUBBLE BUSTER FLASH TANK**
**1 SET TYPE C TONGS W/HEADS**
**12" X 400 X 10" CROSSOVER SPOOL**
**41 MISC. HANDLING AND CROSSOVER SUBS**
**WIRE LINE UNIT XCE SERIAL # 01 006N4**
**2 PIN ROP AND WEIGHT INDICATOR**
**2 SETS SLIPS**
**400K WEIGHT INDICATOR**
**2 SETS ELEVATORS**
**3" MARLOW TRASH PUMP**
**DRILL STRING**
**NONE**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**STATE OF NEVADA**



*FRANCISCO V. AGUILAR*
*Secretary of State*


*GABRIEL DI CHIARA*
*Chief Deputy*

**OFFICE OF THE**
**SECRETARY OF STATE**

*Commercial Recordings & Notary Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

**Work Order #:** W2023012602439
January 26, 2023
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 289361

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| UCC-1 | Fees | 2023301164-7 | 1/26/2023 8:31:25 PM | Approved | 1 | $30.00 | $30.00 |
| Total | | | | | | | $30.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 6747938624236031503067 | Success | $30.00 |
| Total | | | $30.00 |

**Credit Balance:**   $0.00

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

**STATE OF NEVADA**

*FRANCISCO V. AGUILAR*
*Secretary of State*



*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*GABRIEL DI CHIARA*
*Chief Deputy*

**OFFICE OF THE**
**SECRETARY OF STATE**

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Filing Acknowledgement

January 26, 2023 08:31 PM

**Work Order Number**
W2023012602439

**Initial Filing Number**
2023301164-7

**Filing Description**
UCC-1

**Document Filing Number**
2023301164-7

**Debtors**

ARCHER DRILLING LLC

1100 HARRISON DRIVE
PO BOX 94
PINE BLUFFS, WY 82082

**Secured Parties**

DIGITAL LICENSING INC.

30 N. GOULD STREET
SUITE N
SHERIDAN, WY 82801

The Nevada Secretary of State, Uniform Commercial Code Division has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Shawanna Johnson 702-759-5869 | |
| **B. E-MAIL CONTACT AT FILER (optional)**<br>sjohnsonlaw702@yahoo.com | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br><br>**3311 S. Rainbow Blvd., Suite 103<br>Las Vegas, NV 89146, USA** | |

| Filed in the Office of | Initial Filing Number |
|---|---|
| *F.H.Aguilar* | **2023301164-7** |
| | Filed On<br>**January 26, 2023 08:31 PM** |
| Secretary of State<br>State Of Nevada | Number of Pages<br>**21** |

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME**<br>**ARCHER DRILLING LLC** | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS**<br>**1100 HARRISON DRIVE PO BOX 94** | CITY<br>**PINE BLUFFS** | STATE<br>**WY** | POSTAL CODE<br>**82082** | COUNTRY<br>**USA** |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME**<br>**DIGITAL LICENSING INC.** | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS**<br>**30 N. GOULD STREET SUITE N** | CITY<br>**SHERIDAN** | STATE<br>**WY** | POSTAL CODE<br>**82801** | COUNTRY<br>**USA** |

4. **COLLATERAL:** This financing statement covers the following collateral:
**SUPERIOR 1000M NEW SINGLE DRUM DRAWORKS RIG, INCLUDING ALL ACCESSORIES, APPENDAGES, EQUIPMENT, SUPPLIES, ANCILLARY EQUIPMENT, AND FIXTURES, AS FURTHER AND FULLY DESCRIBED HEREIN.**
**EXCEL EQUIPMENT COMPANY INC.**
**CONSTRUCTION EQUIPMENT SALES, CONSIGNMENTS AND RENTALS**
**PO BOX 191048**
**BOISE, ID 83719-1048**
**BUS: (208) 562-0096**
**FAX: (208)562-0163**
**RIG# R3**
**DRAWWORKS: SERIAL NUMBER ON SKIDS SUPERIOR 1000M NEW (2006) SINGLE DRUM DRAWWORKS, 1,000 HP 3344**
**LEBUS GROOVED FOR 1-1/4&RDQUO; DRILLING LINE, AIR**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**RIG # 3**

---

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| OR 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | |
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**OPERATED MAKEUP**
**& BREAKOUT CATHEADS, OVER-RUNNING CLUTCH, AIR**
**DRILLER'S CONSOLE, CROWN-O-MATIC, RIGHT ANGLE DRIVE FOR ROTARY TABLE.**
**COMPOUND:**
**2-ENGINE, IN-LINE COMPOUND, W/ RIGHT ANGLE DRIVE RT**
**BOX FOR ROTARY & DRAW WORKS DRIVE.**
**BRAKE:**
**PARMAC DUAL V-80 HYDROMATIC BRAKE COUPLED TOGETHER**
**DRAWWWORKS POWER: NO. 1 &NDASH; CATERPILLAR C-18 DIESEL ENGINE S/N# WJH01728,**
**600 HP RATED, W/24 VOLT ELECTRIC START, RADIATOR, GAUGES, OILWORKS C-195-100 TORQUE CONVERTER S/N3444**
**AIR CLUTCH**
**HOURS# 21,597 NO. 2 &NDASH; CATERPILLAR C-18 DIESEL ENGINE S/N# WJH01706,**
**600 HP RATED, W/24 VOLT ELECTRIC START, RADIATOR, GAUGES, OILWORKS C-195-100 TORQUE CONVERTER S/N1616**
**AIR CLUTCH**
**HOURS# 21,664**
**MAST: DRILLMASTER NEW 2008 SN#07632 20'1 1W X 136'H CANTILEVER MAST,**
**WITH A GROSS NOMINAL CAPACITY OF 930,000 LBS. AND A**
**650,000 LB. STATIC HOOK LOAD, MAX WIND 91 KNOTS,**
**WITH TEN (10) LINES. CROWN BLOCK W/ (5)42 SHEAVE CLUSTER &**
**1-56FAST LINE SHEAVE GROOVED FOR 1-1/4 DIAMETER DRILLING LINE.**
**EACH CROWN SHEAVE**

| | |
|---|---|
| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14. This FINANCING STATEMENT:** ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

17. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |
| OR | 11b. INDIVIDUAL'S SURNAME   FIRST PERSONAL NAME   ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**WIRE ROPE GROOVE IS FLAME HARDENED.**
**EACH CROWN SHEAVE IS FITTED WITH TIMKEN ROLLER BEARINGS AND GREASE SEALS.**
**DERRICK COMPLETE WITH CROWN SAFETY PLATFORM, 20 FINGER RACKING BOARD W/ ELECTRIC MULE,**
**BRIDAL LINES, TONG COUNTER WEIGHTS, SURVEY LINE SHEAVES,**
**TUGGER SHEAVES, LADDER, DERRICK CLIMBER, GERONIMO LINE,**
**4 STANDPIPE & MANIFOLD AND**
**DERRICK STAND.**
**LAST CERTIFICATION 4/23/2012**
**SUBSTRUCTURE: SERIAL NUMBER ON SKIDS DRILLMASTER NEW (2009) 29'10W X 20'H X 48'8L 3259**
**(4) BOX-ON-BOX SUBSTRUCTURE W/ ROTARY BEAMS, V-DOOR RAMP,**
**STAIRS, (2) AIR RECEIVER TANKS, NATIONAL DEADLINE ANCHOR,**
**SAFETY RAILS, INSIDE CATWALK TROLLEY, 7'W X 14'L BUILT IN TOOL**
**ROOM (ODS) (3) STAIRS, OUTSIDE WALL WINTERIZED, JACKING DOOR,**
**12' X 12' SETBACK SPREADER, INTERNAL STAIRWAY, VAPOR PROOF LIGHTING,**
**SKIDDED WITH OILFIELD TAIL ROLLS**
**PUMP: (PRIMARY) 3243**
**LZTH HT F-1000 TRIPLEX MUD PUMP NEW 2006, S/N HT 20060088, 1,000HP. @ 140 SPM**
**W/ LANZOU PULSATION DAMPENER S/N HT20060070,**
**MF 5,000 PSI. PRESSURE GAUGE**
**FIVE STAR**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |
| OR | 11b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**6X8X14 CHARGING PUMP S/N5268 P/B TECO 75 HP. ELECTRIC MOTOR,**
**CHINESE 3SHEAR RELIEF VALUE, MASTER SKIDDED W/ (2) ENGINES BELT COMPOUND**
**PUMP POWER CATERPILLAR C-18 DIESEL ENGINE S/N WJHO1283,**
**575 HP W/24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**V-BELT DRIVE EATON 18CB500 AIR FLEX CLUTCH,**
**MOUNTED PUMP MASTER SKID.**
**HOURS # 17,376 CATERPILLAR C-18 DIESEL ENGINE S/N WJH01322,**
**575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**V-BELT DRIVE EATON18CB500 AIR FLEX CLUTCH,**
**MOUNTED PUMP MASTER SKID**
**HOURS#16,277**
**PUMP (SECONDARY) 3243**
**LZTH HT F-1 000 TRIPLEX MUD PUMP NEW 2006, S/N HT 20060070, 1,000 HP. @ 140 SPM W/ LANZHOU PULSATION DAMPENER S/N HT20060069,**
**MF 5,000 PSI. PRESSURE GAUGE FIVE STAR 6 X 8 X14 CHARGING PUMP S/N5268 P/B WORLDWIDE 75 HP. ELECTRIC MOTOR,**
**3 SHEAR RELIEF VALVE, MASTER SKIDDED W/ (2) ENGINE BELT COMPOUND**
**PUMP POWER CATERPILLAR C-18 DIESEL ENGINE S/N WJH-00457,**
**575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**V-BELT DRIVE, EATON 18CB500 AIR FLEX**

**13.** ☐  This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

**16.** Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |
| OR | 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**CLUTCH,**
**MOUNTED PUMP MASTER SKID.**
**HOURS#13,788 CATERPILLAR C1-8 DIESEL ENGINE S/N WJH-00373,**
**575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**V-BELT DRIVE, EATON 18CB500 AIR FLEX CLUTCH,**
**MOUNTED PUMP MASTER SKID.**
**HOURS#16,643**
**ROTATING EQUIPMENT:**
**ROTARY TABLE**
**CHINESE ZP 27-1/2, NEW 2006, COMPLIES WITH API SPLIT MASTER BUSHINGS,**
**W/ DRIVE SHAFT COUPLING.**
**SWIVEL**
**CHINESE IDECO 315 TON**
**KELLY**
**5-1/4 X 42' HEX KELLY W/ HDS KELLY DRIVE BUSHING**
**KELLY SPINNER OWI 1500 KELLY SPINNER S/N 00475B W/ (2) AIR MOTORS, NEW**
**KELLY VALVES**
**UPPER KELLY VALVE.**
**LOWER KELLY VALVE**
**TRAVELING EQUIPMENT**
**HUAXING PET MANF CO LTD**
**SENTRY RIG EQUIPMENT COMPANY MODEL YG350 SN#6002 WEIGHT #23,500 LBS**
**350 TON CAPACITY NEW 2006**
**TRAVELING BLOCK W/ (5) 50 SHEAVES, 1-1/4 LINE,**
**UNITIZED HYDRA-HOOK 350 TON CAPACITY**
**BLOWOUT PREVENTER AND VALVES**
**1 EACH -13-5/8" X 5000# JIANGSU XIANZ HONG PETROLEUM**
**DOUBLE GATE BOP, TOP & BOTTOM STUD CONFIGURATION**
**INCLUDING - 1SET OF 5" PIPE**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

15. Name and address of a RECORD OWNER of real estate described in item 16
   (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) ... SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**RAMS BLOCKS & 1SET OF BLIND RAMS,**
**WITH 2 - 4" OUTLETS ON EACH SIDE OF BODY OF BOP**
**1 EACH - 13-5/8" JIANGSU XIANZ HONG PETROLEUM ANNULAR BOP**
**INCLUDES RUBBER ELEMENT**
**1 EACH - 13 5/8" X 5000# TYPE D DRILLING SPOOL W/ - 2" SIDE OUTLET & 3" SIDE OUTLET**
**[MATCHED TO CHOKE MANIFOLD**
**1 EACH - CHOKE MANIFOLD - 3" X 5000# COMPLETE**
**INC - STEEL LINE W/ FLANGES TO CONNECT**
**TO BOPS OR DRILLING SPOOLS**
**CLOSING UNIT**
**2008 JIANGSU XIANZ HONG PETROLEUM MODEL FXQ640-6**
**CLOSING UNIT ACCUMULATOR, 6 STATION,**
**RIG FLOOR CONTROLS AND MONITOR PANEL,**
**COMPLETE W/ 15 BOTTLES, 30 HP CAT 3517 CHARGE PUMP, 21 AIR PUMPS, & SET UP FOR NITROGEN BOTTLE BACKUP**
**SUITCASE CLOSING UNIT SKID 7'-1 0 X 35' WITH JUNK BASKET**
**CHOKE MANIFOLD AND VALVES**
**JIANGSU XIANZ HONG PETROLEUM CHOKE MANIFOLD W/ (1) 5-WAY CROSS, (4) 3-1/8X 5M**
**GATE VALVES, (7) 2-9/16 X 5M GATE VALVES, (1) 4-WAY CROSS (1) MANUAL ADJUSTABLE CHOKES,**
**HYDRAULIC ADJUSTABLE CHOKES, MOUNTED OIL FIELD SKID. W/ 2 KILL VALVES- & 2-CHOKE VALVES MOUNTED AT DRILLING SPOOL**
**SERIAL NUMBER ON**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | | | |
| | FIRST PERSONAL NAME | | | |
| | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**SKIDS**
**RIG HOUSES: 3252**
**DOG HOUSE, DRILLMASTER 9' 1 1W X 39' 1 1L**
**DOGHOUSE / CHANGE HOUSE COMBINATION W/ 17'5L**
**DRILLER'S HOUSE W/ KNOWLEDGE BOX (5) LOCKERS, BENCH STORAGE, HEATER, LIGHTS.**
**5'L BREEZEWAY, 1 7'5L CHANGE HOUSE, W/BENCH STORAGE, (16-LOCKERS,**
**CABINETS, HEATER & LIGHTS. OIL FIELD SKIDDED.**
**GENERATOR/UTILITY HOUSES 3250**
**DRILLMASTER 1 1'10W X 37'9L X 11' 6 T**
**UTILITY HOUSE W/LIGHTS, OIL FIELD SKIDDED TO INCLUDE THE FOLLOWING ITEMS.**
**NO #1 380 KW. AC CATERPILLAR GENERATOR PACKAGE POWERED BY CATERPILLAR C-15 DIESEL ENGINE S/N JRE01986 W/ 24 VOLT**
**ELECTRIC START, RADIATOR, HD AIR CLEANER GAUGES. MARATHON 572RSL4025 GENERATOR END SN# 550989-0506, COMPLETE WITH**
**OIL FIELD SKID.**
**HOURS# 17,278**
**NO #2 380 KW. AC CATERPILLAR GENERATOR PACKAGE POWERED BY CATERPILLAR C-15 DIESEL ENGINE S/N JRE01985 W/ 24 VOLT**
**ELECTRIC START, RADIATOR, HD AIR CLEANER GAUGES. MARATHON 572RSL4025 GENERATOR END SN# 550989-0507, COMPLETE WITH**
**OIL FIELD SKID.**
**HOURS# 16,933**
**NO. 1 GARDNER-DENVER EBE99N NEW 2006**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| OR **9b. INDIVIDUAL'S SURNAME** | |
| **FIRST PERSONAL NAME** | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | |
| OR **10b. INDIVIDUAL'S SURNAME** | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | **SUFFIX** |
| **10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | |
| OR **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**ELECTRO SAVER II ROTARY SCREW AIR COMPRESSOR S/N# S237421,**
**P/B TOSHIBA 30 HP. ELECTRIC MOTOR, MOUNTED 240 GALLON HORIZONTAL TANK.**
**HOURS# 15,128**
**NO. 2 GARDNER-DENVER EBE99N NEW 2006 ELECTRO SAVER II ROTARY SCREW AIR COMPRESSOR S/N# S237419,**
**P/B TOSHIBA 30 HP. ELECTRIC MOTOR, MOUNTED 240 GALLON HORIZONTAL TANK.**
**HOURS# 14,400**
**SIEMENS INTERLOCK PANEL, 600 AMP 480 VOLT MAIN LOCKOUT DISCONNECTS BREAKERS.**
**ALLEN BRADLEY ELECTRICAL LOAD CENTER WITH MAGNETIC STARTER & BREAKERS,**
**SQUARE D 225 AMP 240 VOLT PANEL WITH BREAKERS**
**SQUARE D 75KVA TRANSFORMER 480 VOLT TO 240 VOLT**
**DRILLMASTER 7'9W X 13H X 43'1L ELECTRICAL**
**SUITCASE.**
**DRILLMASTER 2'5W X 1 3H X 36'3L ELECTRICAL SUITCASES. SERIAL NUMBER ON SKIDS**
**MUD SYSTEM: DRILLMASTER 9'6W X 7'H X 34'5L, 394 BBL. SUCTION TANK 3262**
**10'L COVERED PORCH, (3) COMPARTMENTS,**
**(3) MAX 2000 MUD AGITATORS P/B TECO 25 HP. ELECTRIC MOTORS,**
**SLOPED BOTTOM, TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, OIL FIELD SKIDDED. FIVE STAR**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

|  | 9a. ORGANIZATION'S NAME |  |  |
|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME |  |  |
|  | FIRST PERSONAL NAME |  |  |
|  | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

|  | 10a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME |  |  |  |  |
|  | INDIVIDUAL'S FIRST PERSONAL NAME |  |  |  |  |
|  | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |  |  |  | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

|  | 11a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**6X8X14 CENTRIFUGAL MIXING PUMP S/N 5284, P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N 5284, P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**WITH INTERNAL JETTING SYSTEM, 3 DUMP GATES,**
**DRILLMASTER 9'6W X 7'H X 34'7L, 394 BBL. SHAKER TANK 3262**
**10'L COVERED PORCH, (3) COMPARTMENTS**
**MAX 2000 MUD AGITATOR AGITATORS P/B TECO 25 HP. ELECTRIC MOTORS,**
**SLOPED BOTTOM, TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, SKIDDED.**
**WITH INTERNAL JETTING SYSTEM, 3 DUMP GATES,**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N 5269,**
**P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N 5283,**
**P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**SHALE SHAKER, FLUID SYSTEMS INC., SINGLE SCREEN, LINEAR MOTION SHALE SHAKER S/N2450,**
**SHALE SHAKER, FLUID SYSTEMS INC., SINGLE SCREEN, LINEAR MOTION SHALE SHAKER S/N3089,**
**NOI DSN-ZH-10CTX DESANDER S/N 8714-5732,W/ (2) 10 CONES.**
**NOI DSL-10GG-4CTX DESILTER S/N 8714-5731,W/ (10)4**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14. This FINANCING STATEMENT:** ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form  UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| OR | 10a. ORGANIZATION'S NAME | | | | |
| | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | | |
| | 11b.  INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**CONES.**
**DRILCO DEEP PIT DEGASSER P/B TECO 10 HP. ELECTRIC MOTOR**
**BUBBLE BUSTER: GEOTHERMAL TYPE BUBBLE BUSTER**
**MUD HOUSE**
**DRILLMASTER 9' 1 1W X 26'L MUD HOUSE W/MUD HOPPER, TEST SINK, VENTILATION FAN, ELECTRIC HEATER,**
**LIGHTS, DOUBLE SIDE DOOR, (2) END DOORS, SKIDDED. INCLUDES 7'H TRI-STAND ON ONE END THE OTHER END SETS ON SUCTION**
**TANK. SERIAL NUMBER ON SKIDS 3246**
**FUEL TANK DRILLMASTER 7'1 1WX8'HX30'L, 13,860 GALLON FUEL TANK 3289**
**W/ (2) AMT 1/2 HP. FUEL TRANSFER PUMPS P/B BALDOR 1/2 HP. ELECTRIC MOTORS,**
**WITH THREE (3)COMPARTMENT, COMBO LUBESTER OILFIELD SKIDDED.**
**WATER TANK 3249**
**DRILLMASTER 10'10W X 8'1H X 35'L, 529 BBL. WATER TANK**
**W/ 10'L COVERED EXTENSION, PUMP ROOM, OILFIELD SKIDDED**
**FIVE STAR 3X4X1 1 CENTRIFUGAL WATER PUMP S/N 5420, P/B TECO 20 HP. ELECTRIC MOTOR.**
**FIVE STAR 3X4X1 1 CENTRIFUGAL WATER PUMP S/N5267, P/B TECO 20 HP. ELECTRIC MOTOR.**
**INSTRUMENTATION**
**WEIGHT INDICATOR**
**MUD GAUGES.**
**ANCILLARY EQUIPMENT**
**DRILLMASTER 5'W X**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX |

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
    do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |
| OR | 11b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME     ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**2'4H X 60'L, 2-SECTION CATWALK W/ STEEL DECK AND STANDS FOR STRING BLOCKS.**
**PIPE RACKS 5 SETS 29 X 30' 1 SET 29 X 12' 1 SET 41 X 30'**
**FIVE STAR RETRIEVER ELECTRIC MEASURING DEVICE S/N 862, W/ 15,000 FT. OF. 092 WIRE LINE**
**GRAY CHAIN MODEL#3570 SN#1526 PIPE SPINNER**
**2 SETS DRILL PIPE ELEVATORS 5**
**2 SETS OF DRILL PIPE SLIPS 5**
**2 SETS OF DRILL COLLAR SLIPS 7 & 9**
**2 SETS TONGS WITH ALL HEAD FOR PIPE & CASING**
**2 SETS OF SAFETY CLAMPS**
**MUD BOX WITH 5 RUBBERS.**
**108 X 4 ELEVATOR BAILS**
**CROSSOVER, BOTTOM HOLE, LIFTING SUBS**
**AIR HOIST AIR WRENCH, MODEL HUL40, S/N-REM10370, 9000 LB. PULL RATING**
**AIR HOIST AIR WRENCH, MODEL KSUL, S/N-REM13962, 10,500 LB. PULL RATING**
**4,000 FT. OF 1-1/4 DRILL LINE, MOUNTED SPOOLER STAND**
**3-1/2 X 5,000 PSI. ROTARY HOSE**
**VIBRATOR HOSE 2 EACH 3 &FRAC12; X 18'**
**RAT HOLE**
**MOUSE HOLE**
**8 RIG MATTING BOARDS**
**SMALL HAND TOOLS & WRENCHES**
**FLUORESCENT & MERCURY-VAPOR RIG LIGHTS & WIRING EXPLOSION**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
       REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
    (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|

OR | 9b. INDIVIDUAL'S SURNAME |

| FIRST PERSONAL NAME |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form  UCC1) (use exact, full name;
    do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|

OR | 10b. INDIVIDUAL'S SURNAME |

| INDIVIDUAL'S FIRST PERSONAL NAME |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME:  Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR | 11b.  INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**PROOF**
**2006 ATCO OFFICE/ LIVING SHACK MODEL 13 X 48 SN#348063489 ALL ELECTRIC W/ OIL FIELD SKID**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:



*FRANCISCO V. AGUILAR*
Secretary of State

**STATE OF NEVADA**

*Commercial Recordings & Notary Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

*GABRIEL DI CHIARA*
Chief Deputy

**OFFICE OF THE**
**SECRETARY OF STATE**

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

**Work Order #:** W2023012602440
January 26, 2023
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 289361

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| UCC-1 | Fees | 2023301165-6 | 1/26/2023 8:31:36 PM | Approved | 1 | $30.00 | $30.00 |
| Total | | | | | | | $30.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 6747938631946939003282 | Success | $30.00 |
| Total | | | $30.00 |

**Credit Balance:**     $0.00

Shawanna Johnson
3311 S. Rainbow Blvd. Suite 103
Las Vegas, NV 89146, USA

*FRANCISCO V. AGUILAR*
*Secretary of State*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

*GABRIEL DI CHIARA*
*Chief Deputy*

## <u>Filing Acknowledgement</u>

January 26, 2023 08:31 PM

| **Work Order Number** | **Initial Filing Number** |
|---|---|
| W2023012602440 | 2023301165-6 |

| **Filing Description** | **Document Filing Number** |
|---|---|
| UCC-1 | 2023301165-6 |

**Debtors**

ARCHER DRILLING LLC

1100 HARRISON DRIVE
PO BOX 94
PINE BLUFFS, WY 82082

**Secured Parties**

DIGITAL LICENSING INC.

30 N. GOULD STREET
SUITE N
SHERIDAN, WY 82801

The Nevada Secretary of State, Uniform Commercial Code Division has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Shawanna Johnson 702-759-5869

**B. E-MAIL CONTACT AT FILER (optional)**
sjohnsonlaw702@yahoo.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

3311 S. Rainbow Blvd., Suite 103
Las Vegas, NV 89146, USA

| Filed in the Office of | Initial Filing Number |
|---|---|
| *F.H. Aguilar (signature)* | 2023301165-6 |
| | Filed On |
| | **January 26, 2023 08:31 PM** |
| Secretary of State | Number of Pages |
| State Of Nevada | 21 |

---

1. **DEBTOR'S NAME:**  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ARCHER DRILLING LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1100 HARRISON DRIVE PO BOX 94 | PINE BLUFFS | WY | 82082 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DIGITAL LICENSING INC. | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 30 N. GOULD STREET SUITE N | SHERIDAN | WY | 82801 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
DRILL MASTER 1200 M NEW SINGLE DRUM DRAWORKS RIG, INCLUDING ALL ACCESSORIES, APPENDAGES, EQUIPMENT, SUPPLIES, ANCILLARY EQUIPMENT, AND FIXTURES, AS FURTHER AND FULLY DESCRIBED HEREIN.
EXCEL EQUIPMENT COMPANY INC.
CONSTRUCTION EQUIPMENT SALES, CONSIGNMENTS AND RENTALS
PO BOX 191048
BOISE, ID 83719-1048
BUS: (208) 562-0096
FAX: (208)562-0163
RIG# R4
DRAWWORKS: SERIAL NUMBER ON SKIDS DRILLMASTER 1200M NEW (2009) SINGLE DRUM DRAWWORKS, 1,200 HP 3260
LEBUS GROOVED FOR 1-1/4&RDQUO; DRILLING LINE, HYDRAULIC OPERATED MAKEUP
& BREAKOUT WINCHES, OVER-RUNNING CLUTCH, AIR DRILLER'S CONSOLE, CROWN-O-MATIC STANDARD

---

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
RIG # 4

---

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
   do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | |
|---|---|
| | 11a. ORGANIZATION'S NAME |
| OR | 11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**CHAIN DRIVE FOR ROTARY TABLE.**
**COMPOUND:**
**2-ENGINE, IN-LINE COMPOUND FOR ROTARY & DRAWWORKS DRIVE.**
**BRAKE:**
**SUPERIOR 4 SECTION 60 HYDROMATIC BRAKE**
**DRAWWORKS POWER: 3293 NO. 1 &NDASH; CATERPILLAR C-18 DIESEL ENGINE S/N# WJH01256, TIER 3 CERTIFIED,**
**600 HP RATED, W/24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**ALLISON S-6610 6 SPEED TRANSMISSION AIR CLUTCH**
**HOURS# 18,307 NO. 2 &NDASH; CATERPILLAR C-18 DIESEL ENGINE S/N# WJH01260, TIER 3 CERTIFIED,**
**600 HP RATED, W/24 VOLT ELECTRIC START, RADIATOR, GAUGES, ALLISON S-6610 6 SPEED TRANSMISSION AIR CLUTCH**
**HOURS# 17,854**
**HYDRAULIC POWER UNIT 40HP FOR TONG WINCHES AND BOOM LINE WINCH**
**MAST: DRILLMASTER NEW 2009 SN#09864 20'1 1W X 136'H CANTILEVER MAST, 0886**
**WITH A GROSS NOMINAL CAPACITY OF 915,000 LBS. AND A**
**650,000 LB. STATIC HOOK LOAD, MAX WIND 91 KNOTS,**
**WITH TEN (10) LINES. CROWN BLOCK W/ (5)42 SHEAVE CLUSTER &**
**1-56FAST LINE SHEAVE GROOVED FOR 1-1/4 DIAMETER DRILLING LINE.**
**EACH CROWN SHEAVE WIRE ROPE GROOVE IS FLAME HARDENED.**
**EACH CROWN SHEAVE**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
   REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
   ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
   (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
 IS FITTED WITH TIMKEN ROLLER BEARINGS AND GREASE SEALS.
DERRICK COMPLETE WITH CROWN SAFETY PLATFORM, 20 FINGER RACKING BOARD W/ ELECTRIC MULE, BRIDAL LINES, TONG
COUNTER WEIGHTS, SURVEY LINE SHEAVES,
TUGGER SHEAVES, LADDER, DERRICK CLIMBER, GERONIMO LINE,
4 STANDPIPE & MANIFOLD AND DERRICK STAND.
LAST CERTIFICATION 8/23/2009
SUBSTRUCTURE: SERIAL NUMBER ON SKIDS DRILLMASTER NEW (2009) 29'10W X 20'H X 48'8L 2572
(4) BOX-ON-BOX SUBSTRUCTURE W/ ROTARY BEAMS, V-DOOR RAMP,
STAIRS, (2) AIR RECEIVER TANKS, NATIONAL DEADLINE ANCHOR, HYDRAULIC POWER UNIT 40HP, SAFETY RAILS, INSIDE CATWALK
TROLLEY, 7'W X 14'L BUILT IN TOOL
ROOM (ODS) (3) STAIRS, OUTSIDE WALL WINTERIZED, JACKING DOOR,
12' X 12' SETBACK SPREADER, INTERNAL STAIRWAY, VAPOR PROOF LIGHTING,
SKIDDED WITH OILFIELD TAIL ROLLS
PUMP: (PRIMARY) 3293
CNPC EQUIPMENT F-1000 TRIPLEX MUD PUMP NEW 2009, S/N BZ11-040E, 1,000HP.
W/ LANZOU PULSATION DAMPENER
MF 5,000 PSI. PRESSURE GAUGE
FIVE STAR 6X8X14 CHARGING PUMP P/B TECO 75 HP. ELECTRIC

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| OR 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | |
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
MOTOR,
CHINESE 3SHEAR RELIEF VALUE, MASTER SKIDDED W/ (2) ENGINES BELT COMPOUND
PUMP POWER CATERPILLAR C-18 DIESEL ENGINE S/N WJHO1709, TIER 3 CERTIFIED,
575 HP W/24 VOLT ELECTRIC START, RADIATOR, GAUGES,
V-BELT DRIVE EATON 18CB500 AIR FLEX CLUTCH,
MOUNTED PUMP MASTER SKID.
HOURS # 14,911 CATERPILLAR C-18 DIESEL ENGINE S/N WJH01683, TIER 3 CERTIFIED,
575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,
V-BELT DRIVE EATON18CB500 AIR FLEX CLUTCH,
MOUNTED PUMP MASTER SKID
HOURS#14,859
PUMP (SECONDARY) 3245
CNPC EQUIPMENT F1000 TRIPLEX MUD PUMP NEW 2009, S/N BZ11-024E, 1,000 HP.
W/ LANZHOU PULSATION DAMPENER ,
MF 5,000 PSI. PRESSURE GAUGE
FIVE STAR 6 X 8 X14 CHARGING PUMP P/B WORLDWIDE 75 HP. ELECTRIC MOTOR,
3 SHEAR RELIEF VALVE, MASTER SKIDDED W/ (2) ENGINE BELT COMPOUND
PUMP POWER CATERPILLAR C-18 DIESEL ENGINE S/N WJH-1696, TIER 3 CERTIFIED,
575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,
V-BELT DRIVE, EATON 18CB500 AIR FLEX CLUTCH,
MOUNTED PUMP MASTER

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

–

–

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

|  | 9a. ORGANIZATION'S NAME |
|---|---|

| OR | 9b. INDIVIDUAL'S SURNAME |
|---|---|
|  | FIRST PERSONAL NAME |
|  | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form  UCC1) (use exact, full name;
    do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| OR | 10a. ORGANIZATION'S NAME |
|---|---|
|  | 10b. INDIVIDUAL'S SURNAME |
|  | INDIVIDUAL'S FIRST PERSONAL NAME |
|  | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| OR | 11a. ORGANIZATION'S NAME |
|---|---|

| 11b.  INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**SKID.**
**HOURS#14,188 CATERPILLAR C1-8 DIESEL ENGINE S/N WJH-1713, TIER 3 CERTIFIED,**
**575 HP W/ 24 VOLT ELECTRIC START, RADIATOR, GAUGES,**
**V-BELT DRIVE, EATON 18CB500 AIR FLEX CLUTCH,**
**MOUNTED PUMP MASTER SKID.**
**HOURS#14,209**
**ROTATING EQUIPMENT:**
**ROTARY TABLE**
**LIBERTY RT-275, NEW 2009, COMPLIES WITH API SPLIT MASTER BUSHINGS,**
**W/ CHAIN DRIVE SPROCKET, 500 TON CAPACITY**
**SWIVEL**
**IDECO 450**
**KELLY**
**5-1/4 X 42' HEX KELLY W/ HDS KELLY DRIVE BUSHING**
**KELLY SPINNER**
**OWI 1500 KELLY SPINNER S/N 00474B W/ (2) AIR MOTORS,**
**KELLY VALVES**
**UPPER KELLY VALVE.**
**LOWER KELLY VALVE**
**TRAVELING EQUIPMENT**
**SENTRY RIG EQUIPMENT COMPANY**
**350 TON CAPACITY NEW 2009**
**4G350 TRAVELING BLOCK W/ (5) 36 SHEAVES, 1-1/4 LINE,**
**UNITIZED HYDRA-HOOK 350 TON CAPACITY**
**BLOWOUT PREVENTER AND VALVES**
**1 EACH -13-5/8'' X 5000# JIANGSU XIANZ HONG PETROLEUM**
**DOUBLE GATE BOP, TOP & BOTTOM STUD CONFIGURATION**
**INCLUDING - 1SET OF 5'' PIPE RAMS BLOCKS & 1SET OF BLIND RAMS,**
**WITH 2 - 4'' OUTLETS ON EACH SIDE OF BODY OF**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|

15. Name and address of a RECORD OWNER of real estate described in item 16
    (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

---

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME |
|---|---|
| | |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) · SUFFIX |

---

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

---

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

---

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**BOP**
**1 EACH - 13-5/8" SHAFFER ANNULAR BOP**
**INCLUDES RUBBER ELEMENT**
**1 EACH - 13 5/8" X 5000# TYPE D DRILLING SPOOL W/ - 2" SIDE OUTLET & 3" SIDE OUTLET**
**[MATCHED TO CHOKE MANIFOLD**
**1 EACH - CHOKE MANIFOLD - 3" X 5000# COMPLETE**
**INC - STEEL FLEX LINE W/ FLANGES TO CONNECT**
**TO BOPS OR DRILLING SPOOLS**
**CLOSING UNIT**
**2008 JIANGSU XIANZ HONG PETROLEUM MODEL FXQ640-6**
**CLOSING UNIT ACCUMULATOR, 6 STATION,**
**RIG FLOOR CONTROLS AND MONITOR PANEL,**
**COMPLETE W/ 15 BOTTLES, 30 HP CAT 3517 CHARGE PUMP, 2 AIR PUMPS, & SET UP FOR NITROGEN BOTTLE BACKUP**
**SUITCASE CLOSING UNIT SKID 7'-1 0 X 35' WITH JUNK BASKET**
**CHOKE MANIFOLD AND VALVES**
**JIANGSU XIANZ HONG PETROLEUM CHOKE MANIFOLD W/ (1) 5-WAY CROSS, (3) 4-1/16X 5M**
**GATE VALVES, (4) 2-9/16 X 5M GATE VALVES, (1) MANUAL**
**ADJUSTABLE CHOKES, HYDRAULIC ADJUSTABLE CHOKES, MOUNTED OIL FIELD SKID.**
**W/ 2 KILL VALVES- & 2-CHOKE VALVES MOUNTED AT DRILLING SPOOL SERIAL NUMBER ON SKIDS RIG HOUSES: 3299**
**DOG HOUSE,**
**DRILLMASTER 9' 1 1W X 39' 1 1L**
**DOGHOUSE / CHANGE**

---

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

---

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |

OR

| 9b. INDIVIDUAL'S SURNAME |
| --- |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**HOUSE COMBINATION W/ 17'5L
DRILLER'S HOUSE W/ KNOWLEDGE BOX (5) LOCKERS, BENCH STORAGE, HEATER, LIGHTS.
5'L BREEZEWAY, 1 7'5L CHANGE HOUSE, W/BENCH STORAGE, (16-LOCKERS,
CABINETS, HEATER & LIGHTS. OIL FIELD SKIDDED.
GENERATOR/UTILITY HOUSES 3333
DRILLMASTER 1 1'10W X 37'9L X 11' 6 T
UTILITY HOUSE W/LIGHTS, OIL FIELD SKIDDED TO INCLUDE THE FOLLOWING ITEMS.
NO #1 380 KW. AC CATERPILLAR GENERATOR PACKAGE POWERED BY CATERPILLAR C-15 DIESEL ENGINE TIER 3 CERTIFIED, S/N JRE01987
W/ 24 VOLT ELECTRIC START, RADIATOR, HD AIR CLEANER GAUGES. MARATHON 572RSL4025 GENERATOR END SN# 554268-1106,
COMPLETE WITH OIL FIELD SKID.
HOURS# 14,574
NO #2 380 KW. AC CATERPILLAR GENERATOR PACKAGE POWERED BY CATERPILLAR C-15 DIESEL ENGINE TIER 3 CERTIFIED, S/N JRE01970
W/ 24 VOLT ELECTRIC START, RADIATOR, HD AIR CLEANER GAUGES. MARATHON 572RSL4025 GENERATOR END SN# 554273-1106,
COMPLETE WITH OIL FIELD SKID.
HOURS# 15,717
NO. 1 GARDNER-DENVER EBE99N NEW 2006 ELECTRO SAVER II ROTARY SCREW AIR COMPRESSOR S/N# S237421,
P/B TOSHIBA**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR | 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR | 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**30 HP. ELECTRIC MOTOR, MOUNTED 240 GALLON HORIZONTAL TANK.**
**HOURS# 15,128**
**NO. 2 GARDNER-DENVER EBE99N NEW 2006 ELECTRO SAVER II ROTARY SCREW AIR COMPRESSOR S/N# S237419,**
**P/B TOSHIBA 30 HP. ELECTRIC MOTOR, MOUNTED 240 GALLON HORIZONTAL TANK.**
**HOURS# 14,400**
**SIEMENS INTERLOCK PANEL, 600 AMP 480 VOLT MAIN LOCKOUT DISCONNECTS BREAKERS.**
**ALLEN BRADLEY ELECTRICAL LOAD CENTER WITH MAGNETIC STARTER & BREAKERS,**
**SQUARE D 225 AMP 240 VOLT PANEL WITH BREAKERS**
**SQUARE D 75KVA TRANSFORMER 480 VOLT TO 240 VOLT**
**DRILLMASTER 7'9W X 13H X 43'1L ELECTRICAL**
**SUITCASE.**
**DRILLMASTER 2'5W X 1 3H X 36'3L ELECTRICAL**
**SUITCASES.**
**MUD SYSTEM: SERIAL NUMBER ON SKIDS DRILLMASTER 9'6W X 7'H X 34'5L, 394 BBL. SUCTION TANK 3304**
**10'L COVERED PORCH, (3) COMPARTMENTS,**
**(3) MAX 2000 MUD AGITATORS P/B TECO 25 HP. ELECTRIC MOTORS,**
**SLOPED BOTTOM, TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, OIL FIELD SKIDDED.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N 5284, P/B BALDOR 75 HP. ELECTRIC**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |

OR

| | | |
|---|---|---|
| **9b. INDIVIDUAL'S SURNAME** | | |
| **FIRST PERSONAL NAME** | | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | | SUFFIX |

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | |

OR

| | | | | |
|---|---|---|---|---|
| **10b. INDIVIDUAL'S SURNAME** | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | SUFFIX |
| **10c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |

OR

| | | | | |
|---|---|---|---|---|
| **11b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **11c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
**MOTOR.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N 5284, P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**WITH INTERNAL JETTING SYSTEM, 3 DUMP GATES.**
**DRILLMASTER 9'6W X 7'H X 34'7L, 394 BBL. SHAKER TANK 3304**
**10'L COVERED PORCH, (3) COMPARTMENTS**
**MAX 2000 MUD AGITATOR AGITATORS P/B TECO 25 HP. ELECTRIC MOTORS,**
**SLOPED BOTTOM, TOP MOUNTED WALKWAYS, SAFETY RAILS, LIGHTS, SKIDDED.**
**WITH INTERNAL JETTING SYSTEM, 3 DUMP GATES.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N**
**5269, P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**FIVE STAR 6X8X14 CENTRIFUGAL MIXING PUMP S/N**
**5283, P/B BALDOR 75 HP. ELECTRIC MOTOR.**
**SHALE SHAKER, FLUID SYSTEMS INC., SINGLE SCREEN, LINEAR MOTION SHALE SHAKER S/N2450,**
**SHALE SHAKER, FLUID SYSTEMS INC., SINGLE SCREEN, LINEAR MOTION SHALE SHAKER S/N3089,**
**NOI DSN-ZH-10CTX DESANDER S/N 8714-5732,W/ (2) 10 CONES.**
**NOI DSL-10GG-4CTX DESILTER S/N 8714-5731,W/ (10)4 CONES.**
**DRILCO DEEP PIT DEGASSER P/B TECO 10 HP. ELECTRIC MOTOR**
**BUBBLE**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
   because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX |

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
    do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| | 10a. ORGANIZATION'S NAME | | | | |
| OR | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**BUSTER: GEOTHERMAL TYPE BUBBLE BUSTER**
**MUD HOUSE 3296**
**DRILLMASTER 9' 1 1W X 26'L MUD HOUSE W/MUD HOPPER, TEST SINK, VENTILATION FAN, ELECTRIC HEATER,**
**LIGHTS, DOUBLE SIDE DOOR, (2) END DOORS, SKIDDED. INCLUDES 7'H TRI-STAND ON ONE END THE OTHER END SETS ON SUCTION**
**TANK.**
**SERIAL NUMBER ON SKIDS**
**FUEL TANK 3298**
**DRILLMASTER 7'1 1WX8'HX30'L, 13,860 GALLON FUEL TANK**
**W/ (2) AMT 1/2 HP. FUEL TRANSFER PUMPS P/B BALDOR 1/2 HP. ELECTRIC MOTORS,**
**WITH THREE (3) COMPARTMENTS, COMBO LUBESTER OILFIELD SKIDDED.**
**WATER TANK 3297**
**DRILLMASTER 10'10W X 8'1H X 35'L, 529 BBL. WATER TANK**
**W/ 10'L COVERED EXTENSION, PUMP ROOM, OILFIELD SKIDDED**
**FIVE STAR 3X4X1 1 CENTRIFUGAL WATER PUMP**
**S/N 5420, P/B TECO 20 HP. ELECTRIC MOTOR.**
**FIVE STAR 3X4X1 1 CENTRIFUGAL WATER PUMP**
**S/N5267, P/B TECO 20 HP. ELECTRIC MOTOR.**
**INSTRUMENTATION**
**WEIGHT INDICATOR**
**MUD GAUGES.**
**ANCILLARY EQUIPMENT:**
**DRILLMASTER 5'W X 2'4H X 60'L, 2-SECTION CATWALK W/ STEEL DECK AND STANDS FOR STRING**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

—

—

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |  |
|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME |  |
|---|---|
| FIRST PERSONAL NAME |  |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. DEBTOR'S NAME:  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form  UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR

| 10a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME |  |  |  |  |
| INDIVIDUAL'S FIRST PERSONAL NAME |  |  |  |  |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |  |  |  | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR

| 11a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| 11b.  INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
**BLOCKS.**
**PIPE RACKS 5 SETS 29"; X 30' 1 SET 29"; X 12' 1 SET 41"; X 30'**
**FIVE STAR "RETRIEVER" ELECTRIC MEASURING DEVICE S/N 862, W/ 15,000 FT. OF. 092 WIRE LINE**
**2 SETS DRILL PIPE ELEVATORS 5";**
**2 SETS OF DRILL PIPE SLIPS 5";**
**2 SETS OF DRILL COLLAR SLIPS 7" & 9";**
**2 SETS TONGS WITH ALL HEAD FOR PIPE & CASING**
**2 SETS OF SAFETY CLAMPS**
**MUD BOX**
**108"; 4"; ELEVATOR BAILS**
**CROSSOVER, BOTTOM HOLE, LIFTING SUBS**
**AIR HOIST AIR WRENCH, MODEL HUL40, S/N-REM10370, 9000 LB. PULL RATING**
**AIR HOIST AIR WRENCH, MODEL KSUL, S/N-REM13962, 10,500 LB. PULL RATING**
**4,000 FT. OF 1-1/4"; DRILL LINE, MOUNTED SPOOLER STAND**
**3-1/2"; X 5,000 PSI. ROTARY HOSE**
**VIBRATOR HOSE 2 EACH 3 ½"; X 18'**
**RAT HOLE**
**MOUSE HOLE**
**8 RIG MATTING BOARDS**
**SMALL HAND TOOLS & WRENCHES**
**FLUORESCENT & MERCURY-VAPOR RIG LIGHTS & WIRING EXPLOSION PROOF**
**ATCO OFFICE/ LIVING SHACK ALL ELECTRIC W/ OIL FIELD SKID**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS: