# Exhibit 6

Western Oil Exploration Company
848 N Rainbow Blvd., #2818
Las Vegas, Nevada 89107

To Whom This May Concern;                                         December 8, 2021

Western Oil Exploration Company requests a State Director to review the order of Incidence of Non-Compliance that we received from Jarrod Bybee.

We understand that as long as we have an approved sound wall in place to protect the Sage Grouse, we comply and are authorized to drill any time of the year as stated in the 2015 RDF: FM3. The sound wall complies with the regulations set forth by the BLM and NDOW. Otherwise, we would not have been authorized to move forward with drilling.

Therefore, we are in total compliance with any stipulations to continue to drill under RDF: FM3. I have included the language and law we are referring to below for your information.
RDF: FM3 is the governing code for oil & gas exploration, and the use of a sound wall allows drilling during all seasons of Sage Grouse.
"RDF Lease FM 3: Require installation of noise shields to comply with noise restrictions (see Action SSS 7) when drilling during the breeding, nesting, brood-rearing, and/or wintering season. Require applicable GRSG seasonal timing restrictions when noise restrictions cannot be met (see Action SSS6)."

Due to this law, we request that the BLM allow us to move forward with drilling the Scott Federal 35-1. We have paid our fees for the lease; we have complied with and followed every rule and guideline set forth by the governing agent and have this 2015 RDF: FM3 to back up our reasoning to continue to drill this well.

We look forward to a response and judgment regarding this appeal. With the RDF: FM3 law set forth by the BLM back in 2015, it would be only fair for the BLM to follow the rule set forth to help everyone involved protect the Sage Grouse.

Sincerely,
Jodi Crumbley   *Jodi Crumbley*
707-889-2568
jodic@wesdternoilx.com

RECEIVED
DEC 13 2021
BLM NVSO IAC




United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Bristlecone Field Office
702 North Industrial Way
Ely, Nevada 89301
https://www.blm.gov/nevada

In Reply Refer To:
3160 (LLNVL0600)
Case Number 21TS0001S

Certified Mail No:7019-0700-0001-1029-2029 Return Receipt Requested

Western Oil Exploration
848 Rainbow BLVD, Suite 2818
Las Vegas NV 89107

RECEIVED
DEC 1 3 2021
BLM NVSO IAC

NOTICE of INCIDENCE of NON-COMPLIANCE (INC)

Dear, Mr. James Franklin

An inspection was performed on 11/4/2021 by Tom Schmidt Geologist for Federal Lease NVN082639 APD Well Scott Federal #35-1 located NWNE section 35 17N 56E. It was found that drilling operations are still occurring despite your lease requirement for No Surface Occupancy as per SG-04-TL Sage Grouse Winter Habitat that went into effect at 12:01 A.M. on November 1. It was found that operations were not being conducted in a manner designed to protect the mineral resources, other natural resources, and environmental quality (43 CFR 3162.5).

INCIDENTS OF NONCOMPLIANCE

The following violations were identified during an inspection of the subject location.

Specifically: INC No. 21TS0001S: You are drilling during Sage Grouse Winter Timing Restrictions Specifically in violation of Stipulation Greater Sage Grouse Winter Habitat SG-04-TL. No Surface Occupancy is allowed due to this stipulation. The Stipulations of Western Oil Exploration lease and APD Scott Federal 35-1 are subject to those timing restrictions. In addition to the stipulations of your lease and APD, the Environmental Assessment DOI-BLM-NV-L060-002-EA 2020 did not analyze the impacts of exploratory drilling during the Greater Sage Grouse Winter Habitat Season. Any activities past November 1st are outside of the analysis, approved Decision Record, APD, and lease.

Corrective Action: Drilling operations are to be ceased and secure the well bore with a method acceptable to the authorized officer.

In accordance with 43 CFR 3163.1(a), you must comply with the corrective action(s) for the identified violation immediately. If you fail to comply within the time frames specified, you may be issued a Notice to Shut down Operations on the 11th of November 2021 subject to an assessment if financial damages or additional enforcement actions as deemed necessary to gain

INTERIOR REGION 10 • CALIFORNIA-GREAT BASIN
CALIFORNIA*, NEVADA*, OREGON*
* PARTIAL

2 of 5

compliance. For Incidents of Noncompliance, please note that you previously have been subject to seven Incidents of Non Compliance, two Written Orders and a Notice to Shutdown Operations on July 7, 2020.

Orders of the Authorized Officer or Incidents of Noncompliance and reporting time frames begin upon receipt of the Notice or 7 business days after the date it is mailed, whichever is earlier. Each problem or violation must be corrected within the prescribed time from receipt of this Notice and reported to the Bureau of Land Management office at the address shown above.

If you do not comply as noted above, you may incur additional assessment under (43 CFR 3163.1) and may also incur Civil Penalties (43 CFR 3163.2). All self-certified corrections must be postmarked no later than the next business day after the prescribed time for correction.

Section 109(d)(1) of the Federal Oil and Gas Royalty Management Act of 1982, as implemented by the applicable provisions of the operating regulations at Title 43 CFR 3163.2(f)(1), provides that any person who "knowingly or willfully" prepares, maintains, or submits false, inaccurate, or misleading reports, notices, affidavits, records, data, or other written information required by this part shall be liable for a civil penalty of up to $25,000 per violation for each day such violation continues, not to exceed a maximum of 20 days.

**REVIEW AND APPEAL RIGHTS**

A person contesting a order of the authorized office or violation must request a State Director Review of the Order or Incident of Noncompliance. This request must be filed within 20 working days of receipt of the Incident of Noncompliance with the Nevada State Director, Jon Raby 1340 Financial BLVD, Reno NV 89502 (see 43 CFR 3165.3). The State Director review decision may be appealed to the Interior Board of Lands Appeals, 801 North Quincy Street, MS 300-QC, Arlington, Virginia 22203 (see 43CFR 3165.4). Contact the above listed Bureau of Land Management office for further information.

If you have any questions, please contact me at (775) 289-1847.

RECEIVED
DEC 1 3 2021
BLM NVSO IAC

Sincerely,

Jared Bybee
Field Manager
Bristlecone Field Office

Attachment: Corrective Action(s) Completed Form

3 of 5




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Bristlecone Field Office
702 North Industrial Way
Ely, Nevada 89301
https://www.blm.gov/nevada

In Reply Refer To:
3160 (LLNVL0600)
Case Number 21TS0001S

Certified Mail No:7019-0700-0001-1029-2029 Return Receipt Requested

Western Oil Exploration
848 Rainbow BLVD, Suite 2818
Las Vegas NV 89107

## NOTICE of INCIDENCE of NON-COMPLIANCE (INC)

Dear, Mr. James Franklin

An inspection was performed on 11/4/2021 by Tom Schmidt Geologist for Federal Lease NVN082639 APD Well Scott Federal #35-1 located NWNE section 35 17N 56E. It was found that drilling operations are still occurring despite your lease requirement for No Surface Occupancy as per SG-04-TL Sage Grouse Winter Habitat that went into effect at 12:01 A.M. on November 1. It was found that operations were not being conducted in a manner designed to protect the mineral resources, other natural resources, and environmental quality (43 CFR 3162.5).

### INCIDENTS OF NONCOMPLIANCE
The following violations were identified during an inspection of the subject location.

Specifically: INC No. 21TS0001S: You are drilling during Sage Grouse Winter Timing Restrictions Specifically in violation of Stipulation Greater Sage Grouse Winter Habitat SG-04-TL. No Surface Occupancy is allowed due to this stipulation. The Stipulations of Western Oil Exploration lease and APD Scott Federal 35-1 are subject to those timing restrictions. In addition to the stipulations of your lease and APD, the Environmental Assessment DOI-BLM-NV-L060-002-EA 2020 did not analyze the impacts of exploratory drilling during the Greater Sage Grouse Winter Habitat Season. Any activities past November 1st are outside of the analysis, approved Decision Record, APD, and lease.

Corrective Action: Drilling operations are to be ceased and secure the well bore with a method acceptable to the authorized officer.

In accordance with 43 CFR 3163.1(a), you must comply with the corrective action(s) for the identified violation immediately. If you fail to comply within the time frames specified, you may be issued a Notice to Shut down Operations on the 11th of November 2021 subject to an assessment if financial damages or additional enforcement actions as deemed necessary to gain

INTERIOR REGION 10 • CALIFORNIA-GREAT BASIN
CALIFORNIA*, NEVADA*, OREGON*
* PARTIAL

compliance. For Incidents of Noncompliance, please note that you previously have been subject to seven Incidents of Non Compliance, two Written Orders and a Notice to Shutdown Operations on July 7, 2020.

Orders of the Authorized Officer or Incidents of Noncompliance and reporting time frames begin upon receipt of the Notice or 7 business days after the date it is mailed, whichever is earlier. Each problem or violation must be corrected within the prescribed time from receipt of this Notice and reported to the Bureau of Land Management office at the address shown above.

If you do not comply as noted above, you may incur additional assessment under (43 CFR 3163.1) and may also incur Civil Penalties (43 CFR 3163.2). All self-certified corrections must be postmarked no later than the next business day after the prescribed time for correction.

Section 109(d)(1) of the Federal Oil and Gas Royalty Management Act of 1982, as implemented by the applicable provisions of the operating regulations at Title 43 CFR 3163.2(f)(1), provides that any person who "knowingly or willfully" prepares, maintains, or submits false, inaccurate, or misleading reports, notices, affidavits, records, data, or other written information required by this part shall be liable for a civil penalty of up to $25,000 per violation for each day such violation continues, not to exceed a maximum of 20 days.

## REVIEW AND APPEAL RIGHTS

A person contesting a order of the authorized office or violation must request a State Director Review of the Order or Incident of Noncompliance. This request must be filed within 20 working days of receipt of the Incident of Noncompliance with the Nevada State Director, Jon Raby 1340 Financial BLVD, Reno NV 89502 (see 43 CFR 3165.3). The State Director review decision may be appealed to the Interior Board of Lands Appeals, 801 North Quincy Street, MS 300-QC, Arlington, Virginia 22203 (see 43CFR 3165.4). Contact the above listed Bureau of Land Management office for further information.

If you have any questions, please contact me at (775) 289-1847.

Sincerely,

JARED BYBEE

Jared Bybee
Field Manager
Bristlecone Field Office

Attachment: Corrective Action(s) Completed Form