# Exhibit 7



# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
https://www.blm.gov/nevada

In Reply Refer To:
NVN082639
3107 (NV922.j)

**DEC 1 6 2022**

CERTIFIED MAIL – 9171 9690 0935 0246 0099 01

## D E C I S I O N

Nicole T. Scott           :
PO Box 720294            :           Oil and Gas
San Diego, CA 92172      :

Drilling Extension Denied
Lease Expired

Your federal oil and gas lease serialized as NVN082639 (the Lease) was issued effective January 1, 2010. On December 30, 2019, the Lease was granted an extension pursuant to 43 CFR 3107.6 with a new primary term ending on August 31, 2021.

On April 17, 2020, the Bureau of Land Management (BLM) approved an application for permit to drill (APD) the Scott Federal #35-1 well on the Lease. Activities to drill the Scott Federal # 35-1 well on the Lease began prior to and continued over the August 31, 2021, expiration date for the Lease. Daily drilling reports submitted for the Scott Federal #35-1 well indicate that the well has only been drilled to a depth of 5,234 feet, which is well short of the approved and anticipated depth of 10,000 feet, and no new drilling operations have occurred since November 12, 2021.

Leases on which actual drilling operations were commenced prior to and are diligently prosecuted over the end of the primary term of the lease are eligible for a 2-year drilling extension in accordance with 43 CFR 3107.1.

Based upon a review of the available information, this office has determined that the activities to develop the Scott Federal # 35-1 well on the Lease do not meet the requirements for actual diligent drilling operations and a lease extension pursuant to 43 CFR 3107.1. As a result, the Lease expired effective August 31, 2021.

**INTERIOR REGIONS 8 & 10 • LOWER COLORADO BASIN & CALIFORNIA-GREAT BASIN**
ARIZONA, CALIFORNIA, NEVADA, OREGON\*
\* PARTIAL

2 of 4

## Appeal Procedures

This decision may be appealed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR, Part 4 and the enclosed Form 1842-1. If an appeal is taken, your notice of appeal must be filed in this office (at the above address) within 30 days from receipt of this decision. The appellant has the burden of showing that the decision appealed from is in error.

If you appeal this decision, please provide this office with a copy of your Statement of Reasons.

If you wish to file a petition pursuant to regulation 43 CFR 4.21 (58 FR 4939, January 19, 1993) (request) for a stay (suspension) of the effectiveness of this decision during the time that your appeal is being reviewed by the Board, the petition for a stay must accompany your notice of appeal. A petition for a stay is required to show sufficient justification based on the standards listed below. Copies of the notice of appeal and petition for a stay must also be submitted to each party named in this decision and to the Interior Board of Land Appeals and to the appropriate office of the Solicitor (see 43 CFR 4.413) at the same time the original documents are filed with this office. If you request a stay, you have the burden of proof to demonstrate that a stay should be granted.

## Standards for Obtaining a Stay

Except as otherwise provided by law or other pertinent regulation, a petition for a stay of a decision pending appeal shall show sufficient justification based on the following standards:

(1) The relative harm to the parties if the stay is granted or denied,

(2) The likelihood of the appellant's success on the merits,

(3) The likelihood of immediate and irreparable harm if the stay is not granted, and

(4) Whether the public interest favors granting the stay.

If you have any questions, please contact Jonathan Estrella at 775-861-6453, send a facsimile to 775-861-6711, write to the attention of NV922.j at the address on the letterhead, or send electronic mail to jestrella@blm.gov.

Justin Abernathy
Deputy State Director
Division of Energy and Minerals

cc: Western Oil Exploration
848 Rainbow Blvd., Ste 2818
Las Vegas, NV 89107

Ely District Office, Bristlecone Field Office (NVL06)

Office of Natural Resources Revenue

 

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Nevada State Office
1340 Financial Boulevard
Reno, Nevada 89502-7147
https://www.blm.gov/nevada

Re: Western Oil Exploration Company / James Franklin (Case # LA-05311)

Dear U.S. Securities and Exchange Commission:

We request access to the investigative and other non-public files of the U.S. Securities and Exchange Commission (the "Commission") related to the captioned matter. This request is made in connection with an ongoing lawful investigation or official proceeding inquiring into a violation of, or failure to comply with, a criminal or civil statute or regulation, rule or order issued pursuant thereto, being conducted by the Bureau of Land Management (BLM), Department of the Interior.

*We understand that the files in this matter contain "financial records" of "customers," as those terms are defined in the Right to Financial Privacy Act of 1978 [12 U.S.C. §§3401-22]. We have reason to believe that that information is relevant to our investigation and/or proceeding.*

We will establish and maintain such safeguards as are necessary and appropriate to protect the confidentiality of files to which access is granted and information derived therefrom. The files and information may, however, be used for the purpose of our investigation and/or proceeding and any resulting proceedings. They may also be transferred to criminal law enforcement authorities. We shall notify you of any such transfer and use our best efforts to obtain appropriate assurances of confidentiality.

Other than as set forth in the preceding paragraph, we will:
- make no public use of these files or information without prior approval of your staff;
- notify you of any legally enforceable demand for the files or information prior to complying with the demand, and assert such legal exemptions or privileges on your behalf as you may request; and
- not grant any other demand or request for the files or information without prior notice to and lack of objection by your staff.

*We recognize that until this matter has been closed, the Commission continues to have an interest and will take further investigatory or other steps as it considers necessary in the discharge of its duties and responsibilities.*

Should you have any questions, please contact BLM Special Agent, Michael Mortensen at 775-385-7154 or email, mmortensen@blm.gov.

Supervisor signature: BLM Assistant Special Agent in Charge, Scott Fischer:     .

SCOTT
FISCHER

Digitally signed by SCOTT
FISCHER
Date: 2023.01.18 13:53:36
-08'00'

INTERIOR REGIONS 8 & 10 • LOWER COLORADO BASIN & CALIFORNIA-GREAT BASIN
ARIZONA, CALIFORNIA, NEVADA, OREGON*
* PARTIAL