# Exhibit 4

**DIGITAL LICENSING INCORPORATED**                                                                **17 MAY 2022**

## CERTIFICATE OF CORPORATE RESOLUTION

I/we, Schad Brannon and Roy Nelson do hereby certify that we are Directors and sole shareholders of Digital Licensing Inc., a corporation duly organized and existing under and by virtue of the Laws of the State of Wyoming, USA under company registration number 2021-000989687 and EIN 86-2728670 located at 30 N Gould St Sheridan, WY 82801.

I/we further certify that a regular/special meeting of the members of the Board of Directors of said corporation, duly called held and convened in conformity with the Charter and By Laws of said corporation, on the day of 17th MAY 2022 a quorum being present and voting thereon, the following resolution was duly adopted, to-wit:

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor and temporary manager, for consideration to provide the services of registering a UAE Free Zone Company (Digital Commodity Software House) in its formation for the purpose of receiving the transfer of 100% of the DLI shares to conduct its software sales of the business globally.

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor to provide the services of opening a company bank account for the UAE Free Zone Company (Digital Commodity Software House) as the temporary manager and shareholder.

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II be appointed as a special consultant and/or sponsor to provide the services of entering a license and service agreement between Digital Commodity Software House and Marvellex Fintech Software House Limited, for consideration to conduct its business within the UAE jurisdiction lawfully and within the compliance of the regulations.

The undersigned hereby certifies that as the two equal shareholders and the Board of Directors of Digital Licensing Incorporated, a corporation organized and existing under the laws of the State of Wyoming, USA; that the foregoing is a true and correct copy of a resolution duly adopted at a meeting of the Board of Directors of said corporation held on the Monday the 17th day of May 2022 at 9:44 am at which meeting a quorum was at all times present and acting; that the passage of said resolution was in all respects legal; and that said resolution is in full force and effect.

**(Rest of this page left blank)**

**(Signature Page to Follow 2 of 2)**

**DIGITAL LICENSING INCORPORATED**                                                                                         **17 MAY 2022**

I/we further certify that the foregoing resolution is a full, true, and complete copy as the same appears on record in the Minute Record Book of said corporation of which I am the legal custodian; that the same has not been altered, amended, or repealed, has been signed in counterparts and is now in full force and effect.

In Witness Whereof, I have hereunto set my hand for said corporation this day of, 17th MAY 2022.

| **Signature Block:** | | | |
|---|---|---|---|
| | **Designation** | **Nationality** | **Date Of Birth** |
| By: *[signature]*<br>ROYDON BLEAK NELSON | Secretary | American | 13-Sep-1972 |
| By: *[signature]*<br>SCHAD EDWARD BRANNON | President | American | 16-Jan-1973 |

**#### END RESOLUTION – NOTHING FURTHER ####**