# Exhibit 5



# حكومة الشارقة
## Government of Sharjah

## شهادة ترخيص
### License Certificate

| | | | |
|---|---|---|---|
| **LICENSE NO.** | 23108 | ٢٣١٠٨ | رقم الرخصة |
| **NAME** | DIGITAL COMMODITY SOFTWARE HOUSE (FZE) | | الاســــم |
| | | ديجيتال كوموديتي سوفتوير هاوس (م.م.ح) | |
| **LEGAL STATUS** | Free Zone Est. with Limited Liability | مؤسسة منطقة حرة ذات مسؤولية محدودة | الشكل القانوني |
| **TYPE OF LICENSE** | Services | خدمية | نوع الرخصة |
| **ACTIVITY(S)** | Software House | تصميم نظم الحاسب الآلي وأجهزة الإتصال | النشــــاط |
| **OWNER(S)** | PATRICK OWEN DEVANEY II | باتريك اوين ديفاني الثاني | المـــالك |
| **MANAGER** | PATRICK OWEN DEVANEY II | باتريك اوين ديفاني الثاني | المدير المسؤول |
| **SAIF-ZONE ADDRESS** | Saif Office Q1-08-049/C  Sharjah - U.A.E | مكتب كيو ١-٨-٤٩/سي  الشارقة - أ.ع.م | العنوان في المنطقة الحرة |
| **INCORPORATION DATE** | 31 May 2022 | ٣١ مايو ٢٠٢٢ | تاريخ عقد التاسيس |
| **ISSUE DATE** | 31 May 2022 | ٣١ مايو ٢٠٢٢ | تاريخ الاصدار |
| **EXPIRY DATE** | 30 May 2023 | ٣٠ مايو ٢٠٢٣ | تاريخ الإنتهاء |
| **REMARKS** | THIS LICENSE IS ISSUED AND BASED UPON EMIRI DECREE NO. 2 OF 1995 ISSUED IN SHARJAH ON MAY 8, 1995.  THIS LICENSE IS GRANTED TO THE LICENSEE ONLY AND SHALL NOT BE LEASED OR TRANSFERRED WITHOUT PRIOR APPROVAL OF THE SAIF ZONE  SALES IN U.A.E SHALL BE CARRIED OUT IN ACCORDANCE WITH THE VALID LAWS AND REGULATIONS THEREOF | | ملاحظات |

To check the validity of the license:
1- Send an SMS to 2514 with License number.
2- Scan the QR code.
3- Visit the website:
https://portal.saif-zone.com/LicenseDetail.aspx

للتحقق من صلاحية الرخصة:
١- رسالة نصية قصيرة (SMS) إلى الرقم 2514 مع رقم الرخصة.
٢- مسح رمز الاستجابة السريع (QR Code)
٣- زيارة الموقع الإلكتروني:
https://portal.saif-zone.com/LicenseDetail.aspx

This document is official and it does not need to be stamped or signed
هذه الوثيقة رسمية ولا تحتاج لختم أو توقيع

Date : 31/05/2022
"SK"

التاريخ: ٢٠٢٢/٠٥/٣١