# Exhibit 6

**DIGITAL LICENSING INCORPORATED**                                                  **31 MAY 2022**

## CERTIFICATE OF CORPORATE RESOLUTION

      I/we, Schad Brannon and Roy Nelson do hereby certify that we are Directors and sole shareholders of Digital Licensing Inc., a corporation duly organized and existing under and by virtue of the Laws of the State of Wyoming, USA under company registration number 2021-000989687 and EIN 86-2728670 located at 30 N Gould St Sheridan, WY 82801.

      I/we further certify that a regular/special meeting of the members of the Board of Directors of said corporation, duly called held and convened in conformity with the Charter and By Laws of said corporation, on the Tuesday of the 31st of MAY 2022 a quorum being present and voting thereon, the following resolution was duly adopted at 2:45 PM, to-wit:

**RESOLVED**, that it is desirable and in the best interest of this corporation that Schad Brannon and Roy Nelson hereby authorize the transfer of 100% of the DLI shares and company ownership to conduct its software sales business Digital Licensing Incorporated subjecting all global business activities to all legal and regulatory requirements of the UAE jurisdiction only limited by ratification upon one or both existing DLI shareholders being added to DCSH for preservation of ownership and major business decisions.

| Authorized Shares | Total Share Allotment 1,000 | |
|---|---|---|
| From Name: | To Name: | |
| **DIGITAL LICENSING INCORPORATED (WY - USA)** | **DIGITAL COMMODITY SOFTWARE HOUSE (SHARJAH- UAE), or its assigns.** | |
| I hereby transfer 500 shares individually held by **Roy Nelson** to Digital Commodity Software House FZE operating under License No.: 23108 under limited management by Patrick Own Devaney II. | | *RN* |
| I hereby transfer 500 shares individually held by **Schad Brannon** to Digital Commodity Software House FZE operating under License No.: 23108 under limited management by Patrick Own Devaney II. | | *SB* |

**RESOLVED**, that it is desirable and in the best interest of this corporation that Patrick Owen Devaney II have temporary manager status and sole limited shareholder status, until such time as one or both Roy Nelson and/or Schad Brannon are listed on DIGITAL COMMODITY SOFTWARE HOUSE FZE or its assigns company to ratify the ownership and governing major business decisions.

      The undersigned hereby certifies that as the two equal shareholders and the Board of Directors of Digital Licensing Incorporated, a corporation organized and existing under the laws of the State of Wyoming, USA; that the foregoing is a true and correct copy of a resolution duly adopted at a meeting of the Board of Directors of said corporation held on the Tuesday day the 31st day of May 2022 at 2:45 PM at which meeting a quorum was at all times present and acting; that the passage of said resolution was in all respects legal; and that said resolution is in full force and effect.

**(Rest of this page left blank)**

**(Signature Page to Follow 2 of 2)**

**DIGITAL LICENSING INCORPORATED**  31 MAY 2022

I/we further certify that the foregoing resolution is a full, true, and complete copy as the same appears on record in the Minute Record Book of said corporation of which I am the legal custodian; that the same has not been altered, amended, or repealed, has been signed in counterparts and is now in full force and effect.

In Witness Whereof, I have hereunto set my hand for said corporation this day of, 31st MAY 2022.

| Signature Block: | | | |
|---|---|---|---|
| | **Designation** | **Nationality** | **Date Of Birth** |
| By: ROYDON BLEAK NELSON | Director | American | 13-Sep-1972 |
| By: SCHAD EDWARD BRANNON | Director | American | 16-Jan-1973 |

**#### END RESOLUTION – NOTHING FURTHER ####**