# Exhibit 10

# OPERATING AGREEMENT

FOR

IGNIS ENERGY LLC

A SINGLE MEMBER-MANAGED LIMITED LIABILITY COMPANY

## ARTICLE I
### Company Formation

1.1.  **FORMATION.** The member has formed a Limited Liability Company (the "Company") according to the laws of the state in which the Company was formed. This operating agreement is entered into and effective as of the date it is adopted by the member.

1.2.  **REGISTERED AGENT.** The name and location of the Company's registered agent will be stated in the company's formation documents.

1.3.  **TERM.** The Company will continue perpetually unless:

    (a)    The sole member resolves to dissolve;

    (b)    Any event which causes the Company's business to become unlawful;

    (c)    The death, resignation, expulsion, bankruptcy, retirement of the sole member or the occurrence of any other event that terminates the continued membership of a member of the Company; or

    (d)    Any other event causing dissolution of the Company under applicable state laws.

1.4.  **CONTINUANCE OF COMPANY.** In the event of an occurrence described in Section 1.3(c), the Company will expire and may be administratively dissolved.

1.5.  **BUSINESS PURPOSE.** The Company will conduct any lawful business deemed appropriate in carrying out the Company's objectives.

1.6.  **PRINCIPAL PLACE OF BUSINESS.** The Company's principal place of business will be stated in the formation documents, or as later selected by the member.

1.7.  **THE MEMBER.** The name and residential address of the sole member is listed in Certification of Member section of this agreement.



(f)   the compromise or release of any of the Company's claims or debts; and

(g)   the employment of persons, firms, or corporations for the operation and management of the Company's business.

The member is further authorized to execute and deliver:

(w)   all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting Company assets;

(x)   all checks, drafts, and other orders for the payment of the Company's funds;

(y)   all promissory notes, loans, security agreements, and other similar documents; and

(z)   all other instruments of any other kind relating to the Company's affairs.

4.4.   **NOMINEE.** Title to the Company's assets must be held in the Company's name or in the name of any nominee that the member may designate. Pursuant to the powers listed in Section 4.3, the member has the power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his or her willful misconduct.

4.5.   **EXCULPATION.** Any act or omission of the member, the effect of which may cause loss or damage to the Company, if done in good faith to promote the best interests of the Company, will not subject the member to any liability.

4.6.   **INDEMNIFICATION.** The Company will indemnify any person who was or is a party defendant or is threatened to be made a party defendant, in a pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that the person is or was a member of the Company, employee, or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the member determines that the person acted in good faith and in a manner he or she reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his or her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, does not in itself create a presumption that the person did or did not act in good faith and in a manner which he or she reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his or her conduct was lawful.

4.7.   **RECORDS.** The member must keep the following at the Company's principal place of business or other location:

(a)   A current list of the full name and the last known street address of each member;

(b)   A copy of the Articles of Organization, this operating agreement, and all amendments to either document;

pay its debts first before distributing cash, assets, and/or initial capital to the member or the member's economic interests. The dissolution may only be ordered by the member, not by the owner of the member's economic interests.

## CERTIFICATION OF MEMBER

The undersigned hereby agree, acknowledge, and certify that the foregoing operating agreement is adopted and approved by the member as of this  12th  day of  January , 20 23 .

**Member:**

Name   THE GOLD COLLECTIVE    Percent   100  %    X

Address  13894 S. Bangerter Pkwy Suite 100, Draper, Ut 84020

# Corporate Resolution to Open a Bank Account

Account _____          Bank: __BANKFIRST_____

Holder: __IGNIS ENERGY, LLC.__             Address: __101 NORTH MAIN, PO BOX 151_____

Address: __9905 Pennsylvania Ave, STE A__                  __BLACKWELL, OK 74631_____

__OKLAHOMA CITY, OK 73159__                _____

Acct #:

As the Secretary of the Corporation named above, I certify that the corporation has been organized within the bounds of state law as a for-profit corporation with its principal office located at: __9905 Pennsylvania Ave, STE A, Oklahoma City, OK 73159.__

I further attest that at the initial meeting of corporation's board of directors held on __February 1st, 2023_____, a quorum was present and voting and adopted the following resolutions:

**Resolved**, that the financial institution named above is designated as a depository for the funds of this corporation, which may be withdrawn on checks, drafts, advices of debit, notes, or other orders for payments bearing any officer or authorized employee of this corporation.

**Further Resolved**, that the financial institution will accept and pay on, without further inquiry, any checks or debits drawn against any of the corporation's accounts. The checks or debits will be honored by the financial institution whether the item has been drawn or endorsed to the order of any authorized officer or employee signing; tendered by the authorized officer or employee for the purpose of cashing or payment; or for deposit to the officer's or employee's personal account. The financial institution will not be required to inquire as to the use of any check or debit signed in accordance with the resolutions contained herein.

**Further Resolved**, that the officers or authorized employees may execute other agreements, including, but not limited to, special depository agreements, and arrangements concerning the manner, condition, and/or purposes for which funds, checks, debits, or items of the corporation may be deposited, collected, or withdrawn, as long as these other agreements are not contrary to the provisions contained in this resolution.

**Further Resolved**, that the power granted to the corporation's officers or authorized employees will remain in full force and effect until written notice has been delivered and received by the financial institution at each location where an account is maintained. The financial institution will be indemnified and held harmless from any losses suffered or liabilities incurred by continuing to act in accordance with this resolution.

# LLC MEMBERSHIP CERTIFICATE

## IGNIS ENERGY LLC

Company Name

Organized in _____ has a total of _____ member(s) at _____ date

This certifies that _____ is a member of the above named Limited Liability Company, and holds a _____ %
_____ interest of the above named company, which is entitled to the full benefits of such membership.
Such benefits are subject to the membership duties and obligations set forth in the Limited Liability Company operating agreement.
This named Limited Liability Company has caused this certificate to be executed by its members this
_____ day of _____, A.D.

_____
Named Member

_____
witness and/or member

If sold:

For _____ received, I, _____, sell and transfer unto
_____
represented within this certificate, and appoint _____ % of the membership interest,
_____
to transfer the allocated interest in the books of the named Limited Liability Company with full power of substitution.

_____
Seller

_____
Newly named member

_____
Witness
Signature and date

# INITIAL RESOLUTIONS

I, __Nat Smith__, of __Northwest Registered Agent, LLC__ being the Organizer of __IGNIS ENERGY LLC__, a __Oklahoma__ Limited Liability Company, hereby resolve to relinquish signing authority to the Member named below and adopt the following resolutions:

I.   **Resolved,** the named Member of the Limited Liability Company are hereby named:

   __The Gold Collective, LLC__

II.   **Resolved,** that __IGNIS ENERGY LLC__ was organized on __01/12/23__ in the State of __Oklahoma__ with assigned filing number __3513278223__.

III.   **Resolved,** that the copy of the Articles of Organization of the above named Limited Liability Company is complete.

IV.   **Resolved,** that the general provisions of an operating agreement be adopted and included as official records of the Limited Liability Company. If the member chooses to adopt a more detailed operating agreement, then such agreement will take precedence over general provisions in the original operating agreement.

V.   **Resolved,** that the member has formed a limited liability company, and is entitled to the full extent of their limitation of liability pursuant to state law. Furthermore, the member's failure to maintain formalities of a limited liability company does not preclude them from liability protection under state law.

_Nat Smith_                          01/13/2023
**Organizer**                        Date

Initial Resolutions Single Member

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE
# OF
# LIMITED LIABILITY COMPANY

*WHEREAS, the Articles of Organization of*

## IGNIS ENERGY LLC

*an Oklahoma limited liability company has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this*
*12th day of January, 2023.*

*Secretary of State*

FILED - Oklahoma Secretary of State #3513278223 01/12/2023

# OKLAHOMA Secretary of State Electronic Filing

**ARTICLES OF ORGANIZATION**
**DOMESTIC LIMITED LIABILITY COMPANY**
Document Number: 58017150002   Submit Date: 1/12/2023

## LIMITED LIABILITY COMPANY NAME

The name of the Limited Liability Company is:
IGNIS ENERGY LLC

## PRINCIPAL PLACE OF BUSINESS ADDRESS

9905 S PENNSYLVANIA AVE, STE A                Email - central@northwestregisteredagent.com
OKLAHOMA CITY, OK 73159 USA

## EFFECTIVE DATE

**Effective Date:**
Same as filing date.

## DURATION

Perpetual

## REGISTERED AGENT AND REGISTERED OFFICE ADDRESS

**Agent Name**
NORTHWEST REGISTERED AGENT, LLC
**Address**
9905 S PENNSYLVANIA AVE, STE A
OKLAHOMA CITY, OK 73159 USA

## ATTACHMENTS

**File Label**              **File Name and Path**

## SIGNATURE

I hereby certify that the information provided on this form is true and correct to the best of my knowledge
and by attaching the signature I agree and understand that the typed electronic signature shall have the
same legal effect as an original signature and is being accepted as my original signature pursuant to the
Oklahoma Uniform Electronic Transactions Act, Title 12A Okla. Statutes Section 15-101, et seq.

Dated - 1/12/2023

**Signature Names**
NAT SMITH

[End Of Image]

# Corporate Resolution
## of
## The Gold Collective, LLC

_____

We, the undersigned, being all the managing members of this corporation consent and agree that the following corporate resolution was made on April 10th, 2023 at 2:20PM.

We do hereby consent to the adoption of the following as if it were adopted at a regularly called meeting of the members of this corporation. In accordance with the laws of Nevada and the bylaws of this corporation, by unanimous consent, the managing members decided that:

The Gold Collective, LLC hereby assigns Ignis Energy to Roydon Nelson, transferring full ownership of 100 percent of the issued and non-issued membership interest of the corporation and its underlying assets and liabilities.

In accordance with section 7 "Management of the Company" of the operating agreement it is herein decided and ratified.

The officers of this corporation are authorized to perform the acts to carry out this corporate resolution.

_____          ____4/10/2020_____
Director signature                                    Date
Schad E. Brannnon

The Secretary of the Corporation certifies that the above is a true and correct copy of the resolution that was duly adopted at a meeting of the dated meeting of the board of directors.

_____          ____4/10/2020_____
Signature of Secretary                              Date
Roydon Nelson

# LIMITED LIABILITY COMPANY OPERATING AGREEMENT
## OF
## IGNIS ENERGY, LLC

This Operating Agreement ("Agreement") represents IGNIS ENERGY, LLC that was formed in the State of Oklahoma on January 12, 2023 ("Company").

**Roydon Nelson** of 1615 N. Raven Lane, St. George, Utah 84770 is recognized as the sole member and owner of the Company ("Member(s)").

NOW, THEREFORE, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, it is agreed as follows:

1.  **Name and Principal Place of Business.**

The name of the Company is IGNIS ENERGY, LLC with a principal place of business at 1611 Country Rd. Blackwell, Oklahoma 74631. The mailing address shall be the same address as the principal place of business.

2.  **Registered Agent.**

The name of the Registered Agent is Northwest Registered Agent, LLC with a registered office located at 9905 S Pennsylvania Ave, Ste A, Oklahoma City, Oklahoma 73159 for the service of process as of January 12, 2023 ("Registered Agent"). The Registered Agent may change at any time by the Company filing an amendment with the Secretary of State, or respective office, in the State of Oklahoma.

3.  **Formation.**

The Company was formed on January 12, 2023, when the Member(s) filed the Articles of Organization with the office of the Secretary of State pursuant to the statutes governing limited liability companies in the state of Oklahoma (the "Statutes").

4.  **Purpose.**
The purpose of the Company is to engage in and conduct business in the oil and gas industry, and to carry on any other lawful activities in connection with or incidental to the foregoing, as the Member(s) in their discretion.

5.  **Term.**

The term of the company shall continue in perpetuity commencing on the filing of the Articles of Organization of the Company while continuing until terminated under the provisions set forth herein.

6.   **Member(s) Capital Contributions.**

The Member shall not make a capital contribution to the Company.

7.   **Distributions.**

The Member may make such capital contributions (each a "Capital Contribution") in such amounts and at such times as the member shall determine. The member shall not be obligated to make any Capital Contributions. The member may take distributions of the capital from time to time in accordance with the limitations imposed by the Statutes.

A "Capital Account" for the Member shall be maintained by the Company. The Member's Capital Account shall reflect the Members capital contributions and increases for any net income or gain of the Company. The Member's Capital Account shall also reflect decreases for distributions made to the member and the Member's share of any losses and deductions of the Company.

8.   **Books, Records, and Tax Returns.**

The Company shall maintain complete and accurate books and records of the Company's business and affairs as required by the Statutes, and such books and records shall be kept at the Company's Registered Office and shall in all respects be independent of the books, records and transactions of the Member.

The Company's fiscal year shall be the calendar year with an ending month of December. The Member intends that the Company, as a single-member LLC, shall be taxed as a(n) Sole Proprietorship in accordance with the provisions of the Internal Revenue Code.

9.   **Bank Accounts.**

All funds of the Company shall be deposited in the Company's name in a bank account or accounts as chosen by the Member(s). Withdrawals from any bank accounts shall be made only in the regular course of business of the company and shall be made upon such signature or signatures as the Member(s) from time to time.

10. **Management of the Company.**

The business and affairs of the Company shall be conducted and managed by the Member(s) in accordance with this Agreement and the laws of the State of Oklahoma.

Roydon Nelson, as the sole member of the Company, has sole authority and power to act for or on behalf of the Company, to do any act that would be binding on the Company, or incur any expenditures on behalf of the Company. The Member shall not be liable for the debts, obligations, or liabilities of the Company, including under a judgment, decree, or order of a court. The Company is organized as a "member-managed" limited liability company. The Member is designated as the initial managing member.

## 11. **Ownership of Company Property.**

The Company's assets shall be deemed owned by the Company as an entity, and the Member shall have no Ownership interest in such assets or any portion thereof. Title to any or all such Company assets may be held in the name of the Company, one or more nominees, as the Member may determine.

Except as limited by the Statues, the Member may engage in other business ventures of any nature, including without limitation by specification, the ownership of another business similar to that operated by the Company. The Company shall not have any right or interest in any such independent ventures or to the income and profits derived therefrom.

## 12. **Dissolution and Liquidation.**

The Company shall dissolve, and its affairs shall be would up on the first to occur of (i) At a time, or upon the occurrence of an event specified in the Articles of Organization of this Agreement. (ii) The determination by the Member that the Company shall be dissolved.

The Company shall be dissolved upon the death of the member unless, within ninety (90) days of the Member's death, a successor-in-interest or personal representative of the Member agrees to continue the Company. By separate written documentation, the Member's Interests and Capital Account as designated by the Member or as may otherwise be required by law.

Upon the disability of a Member, the Member may continue to act as Manager hereunder or appoint a person to so serve until the Member's Interests and Capital Account of the Member have been transferred or distributed.

## 13. **Indemnification.**

The Member (including, for purposes of this Section, any estate, heir, personal representative, receiver, trustee, successor, assignee and/or transferee of the Member) shall not be liable, responsible or accountable, in damages or otherwise, to the Company or any other person for: (i) any act performed, or the omission to perform any act, within the scope of the power and authority conferred on the Member by this agreement and/or by the Statutes except by reason of acts or omissions found by a court of competent jurisdiction upon entry of a final judgment rendered and un-appealable or not timely appealed ("Judicially Determined") to constitute fraud, gross negligence, recklessness or internal misconduct; (ii) The termination of the Company and this Agreement pursuant to the terms hereof; (iii) the performance by the Member of, or the omission by the Member to perform, any act which the member reasonably believed to be consistent with the advice of attorneys, accountants or other professional advisers to the Company with respect to matters relating to the Company, including actions or omission determined to constitute violations of law but which were not undertaken in bad faith; or (iv) the conduct of any person selected or engaged by the Member.

The Company, its receivers, trustees, successors, assignees and/or transferees shall indemnify, defend and hold the Member harmless from and against any and all liabilities, damages, losses, costs, and

expenses of any nature whatsoever, known or unknown, liquidated or unliquidated, that are incurred by the Member (including amounts paid in satisfaction of judgements, in settlement of any action, suit, demand, investigation, claim or proceeding ("Claim"), as fines or penalties) and from and against all legal or other such costs as well as the expenses of investigating or defending against any Claim or threatened or anticipated Claim arising out of, connection with or relating to this Agreement, the Company or its business affairs in any way; provided, that the conduct of the Member which gave rise to the action against the Member is indemnifiable under the standards set froth herein.

Upon application, the Member shall be entitled to receive advances to cover the costs of defending or settling any Claim or any threatened or anticipated Claim against the Member that may be subject to indemnification hereunder upon receipt by the Company of any undertaking by or on behalf of the Member to repay such advances to the Company, without interest, if the Member is Judicially Determined not to be entitled to indemnification as set forth herein.

All rights of the Member to indemnification under this Agreement shall (i) be cumulative of, and in addition to, any right to which the Member may be entitled to by contract or as matter of law or equity, and (ii) survive the dissolution, liquidation, or termination of the Company as well as the death, removal incompetency or insolvency of the Member.

The termination of any Claim or threatened Claim against the Member by judgment, order, settlement or upon a plea of *nolo contendere* or its equivalent shall not, of itself, cause the Member not to be entitled to indemnification as provided herein unless and until Judicially Determined to not be so entitled.

## 14. Miscellaneous.

This Agreement and the rights and liabilities of the parties hereunder shall be governed by and determined in accordance with the laws of the State of Oklahoma. If any provision of this Agreement shall be invalid or unenforceable, such invalidity or unenforceability shall not affect the other provisions of this Agreement, which shall remain in full force and effect.

The captions in this Agreement are for convenience only and are not to be considered in construing this Agreement. References to a person or persons shall include partnerships, corporations, limited liability companies, unincorporated associations, trusts, estates, and other types of entities.

This Agreement, and any amendments hereto, may be executed in counterparts, all of which taken together shall constitute one agreement.

This Agreement sets forth the entire agreement of the parties hereto with respect to the subject matter hereof. It is the intention of the Members(s) that this Agreement shall be the sole agreement of the parties, and except to the extent a provision of this Agreement provides for the incorporation of federal income tax rules or is expressly prohibited or ineffective under the Statues, this Agreement shall govern even when inconsistent with, or different from, the provisions of any applicable law or rule. To the extent any provision of this Agreement is prohibited or otherwise ineffective under the Statues, such provision

shall be considered to be ineffective to the smallest degree possible in order to make this Agreement effective under the Statues.

Subject to the limitation on transferability set forth above, this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors, and assigns.

No provision of this Agreement is intended to be for the benefit of or enforceable by any third party.

*### Signature page to Follow ###*

## Signature Page

IN WITNESS WHEREOF, the Member(s) have executed this Agreement on April 12, 2023

By: _____          Date: April 12, 2023

Roydon Nelson

Details

Filing Number:
    3513278223
Entity Name:
    IGNIS ENERGY LLC
Status:
    In Existence
Entity Type:
    Domestic Limited Liability Company
Jurisdiction:
    Oklahoma
Original Filing Date:
    Jan 12 2023
Duration:
    Perpetual
Entity Address:
    9905 S PENNSYLVANIA AVE, STE A OKLAHOMA CITY, OK, 73159, USA


Registered Agent Information

Name:
    NORTHWEST REGISTERED AGENT, LLC
Effective:
    Jan 12 2023
Address:
    9905 S PENNSYLVANIA AVE
    STE A
City,State,ZipCode:
    OKLAHOMA CITY   OK   73159

FILING HISTORY :

| Document Number | Filing Type | Filing Date |
| --- | --- | --- |
| 58017150002 | Articles of Organization | January 12, 2023 |

NAMES INFORMATION

| Name | Name Type | Name Status | Creation Date |
| --- | --- | --- | --- |
| IGNIS ENERGY LLC | Legal | In use | January 12, 2023 |

PRINCIPALS
No entries found.

TRADENAMES
No entries found.

STOCKS INFORMATION
No entries found.

POC:
    $0
TAC:
    $0
 Total Investment in OK:

Case 2:23-cv-00482-RJS-DBP  Document 162-10  Filed 09/22/23  PageID.3624  Page 18 of 21

$0
Qualified:
NO

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  01-03-2023

Employer Identification Number:
92-1500508

Form:  SS-4

Number of this notice:  CP 575 A

IGNIS ENERGY
% ROY NELSON
1812 W SUNSET BLVD
ST GEORGE, UT  84770

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 92-1500508.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

Based on the information received from you or your representative, you must file
the following forms by the dates shown.

                    Form 1120                          04/15/2023

If you have questions about the forms or the due dates shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, etc.) based on
information obtained from you or your representative.  It is not a legal determination
of your tax classification, and is not binding on the IRS.  If you want a legal
determination of your tax classification, you may request a private letter ruling
from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or
superseding Revenue Procedure for the year at issue).  Note: Certain tax classification
elections can be requested by filing Form 8832, *Entity Classification Election*.
See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation,
an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation,
must be made within certain timeframes and the corporation must meet certain tests.
All of this information is included in the instructions for Form 2553, Election by
a Small Business Corporation.

(IRS USE ONLY)     575A          01-03-2023  IGNI  B  9999999999  SS-4

    If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

    The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents or other payroll service providers, are available to assist you. Visit www.irs.gov/mefbusproviders for a list of companies that offer IRS e-file for business products and services.

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

*   Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is IGNI.  You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

```
(IRS USE ONLY)     575A              01-03-2023  IGNI  B  9999999999  SS-4
```

Keep this part for your records.          CP 575 A (Rev. 7-2007)

------------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                        CP 575 A
correct any errors in your name or address.
                                                                9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  01-03-2023
(     )      -                            EMPLOYER IDENTIFICATION NUMBER:  92-1500508
_____  _____  FORM:  SS-4             NOBOD


INTERNAL REVENUE SERVICE                  IGNIS ENERGY
CINCINNATI  OH   45999-0023               % ROY NELSON
հիմիիիիիիիիիիիիիիիիիիիիիիիիիիիիի           1812 W SUNSET BLVD
                                          ST GEORGE, UT  84770