# Exhibit 14

# Corporate Resolution
## of
## The Gold Collective, LLC

_____

We, the undersigned, being all the managing members of this corporation consent and agree that the following corporate resolution was made on April 10th, 2023 at 2:20PM.

We do hereby consent to the adoption of the following as if it were adopted at a regularly called meeting of the members of this corporation. In accordance with the laws of Nevada and the bylaws of this corporation, by unanimous consent, the managing members decided that:

The Gold Collective, LLC hereby assigns Ignis Energy to Roydon Nelson, transferring full ownership of 100 percent of the issued and non-issued membership interest of the corporation and its underlying assets and liabilities.

In accordance with section 7 "Management of the Company" of the operating agreement it is herein decided and ratified.

The officers of this corporation are authorized to perform the acts to carry out this corporate resolution.

_____     __4/10/2020_____
Director signature                                           Date
Schad E. Brannnon

The Secretary of the Corporation certifies that the above is a true and correct copy of the resolution that was duly adopted at a meeting of the dated meeting of the board of directors.

_____     __4/10/2020_____
Signature of Secretary                                    Date
Roydon Nelson