# Exhibit C

| | |
|---|---|
| **From:** | dross |
| **Sent:** | Friday, August 25, 2023 5:26 PM |
| **To:** | Magee, Jessica B (DFW - X61375); Englander, Alex M (WPB - X28339); Mascianica, Scott (DAL - X62106); ayarm |
| **Cc:** | jgottlieb; Brooks, Jeffrey D. |
| **Subject:** | RE: SEC v. Digital Licensing - Urgent Call |

*[External email]*

Jessica,

Good speaking with you and Alex earlier about the conflict and clawback issues. Much appreciated.

Also, as we discussed, introducing you to my esteemed Partner Jeff Brooks who will be handling with Alex Yarm in my and Jason's absence next week. Please continue to copy me on emails.

Have a good weekend.

-Dave


**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com



-------- Original message --------
From: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>
Date: 8/25/23 2:35 PM (GMT-05:00)
To: "Ross, David E." <dross@morrisoncohen.com>, "Englander, Alex M (WPB - X28339)" <Alex.Englander@hklaw.com>, "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>, "Yarm, Alexander R." <ayarm@morrisoncohen.com>
Cc: "Gottlieb, Jason" <jgottlieb@morrisoncohen.com>
Subject: RE: SEC v. Digital Licensing - Urgent Call

**CAUTION:** External sender. Verify before continuing.

David, can you speak now(ish)? I have other meetings starting up at 2pm CT. If now works, I'll open this zoom and hang out in case you can join. https://hklaw.zoom.us/j/83522389687

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Friday, August 25, 2023 12:53 PM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; Englander, Alex M (WPB - X28339)

1

<Alex.Englander@hklaw.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>; ayarm <ayarm@morrisoncohen.com>
**Cc:** jgottlieb <jgottlieb@morrisoncohen.com>
**Subject:** RE: SEC v. Digital Licensing - Urgent Call

*[External email]*
Jessica and Scott,
As briefly discussed with Alex during our call yesterday, we are concerned about a potential conflict of interest in this matter. Among other things, it appears that HK has most recently represented (and may still do so) other defendants and relief defendants in this matter adverse to DLI. Were these potential conflicts raised with the SEC?
Let's discuss at your convenience.
Thank you and thanks again for accommodating my schedule yesterday.


**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com



-------- Original message --------
From: "Ross, David E." <dross@morrisoncohen.com>
Date: 8/24/23 5:53 PM (GMT-05:00)
To: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>, "Englander, Alex M (WPB - X28339)" <Alex.Englander@hklaw.com>, "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>, "Yarm, Alexander R." <ayarm@morrisoncohen.com>
Cc: "Gottlieb, Jason" <jgottlieb@morrisoncohen.com>
Subject: RE: SEC v. Digital Licensing - Urgent Call

Thanks. We need to discuss this document.



**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941
dross@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

-------- Original message --------