# Exhibit D

**From:** Magee, Jessica B (DFW - X61375)
**Sent:** Wednesday, August 16, 2023 4:53 PM
**To:** dross; Mascianica, Scott (DAL - X62106); Woods, Anjuli B (DEN - X44201, LAX - X52569)
**Subject:** DLI Rigs

David,

Can you send me the security company name and contact information for whomever has been providing security over the 4 rigs—emails and phone numbers—at your first opportunity?  If you have a contract or recent information on other key service providers please send over.

Thanks,
JM


**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography