# Exhibit E

        

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | Network S... Try Premiu...



### Jason Saetrum PMP, CSSBB, ATA®, MCP · 3rd

Lean Six Sigma & PMP | Business Engineer

Contact info

500+ connections

[ Message ]   [ + Follow ]   [ More ]

---

**Activity**
2,121 followers

Jason hasn't posted yet
Recent posts Jason shares will be displayed here.

Show all activity →

---

## Experience

 

**Owner: Consultant, Project Manager**
Mental Steel
Jan 2014 - Present · 9 yrs 8 mos
Greater Salt Lake City Area

• Currently project manager for commodity projects for D.E.B.T. Box (thedebtbox.com)
• Provide outsource PMO administration, tools, and training
• Coaching & Mentoring - individual, team, company
• Operations, Business, and Project analysis for Investment Advisors or other interested parties
• Design customized certification programs
• Certified Trainer : Project Management; PMP / CAPM Exam prep; Six Sigma (Lean, Green Belt, Black Belt); Microsoft Office (Excel, Word, PowerPoint); Microsoft Project and Visio; CompTIA Project+

---



**CP Instructor and Mentor**
Certification Planner, LLC
May 2018 - Present · 5 yrs 4 mos

---



**Veteran Supporter and Instructor**
Veteran Planner
May 2018 - Present · 5 yrs 4 mos

---



**Lead Trainer**
Trainerkart Americas, INC
Jul 2017 - Present · 6 yrs 2 mos

---



**Platinum Club Trainer**
Simplilearn
Jan 2014 - Present · 9 yrs 8 mos

---