# Exhibit 7

**From:** Christopher Ford <Cford@privatelenderlaw.com>
**Date:** September 25, 2023 at 7:24:30 PM EDT
**To:** "Yarm, Alexander R." <ayarm@morrisoncohen.com>
**Cc:** Nelson Diaz <NDiaz@privatelenderlaw.com>, Celia Minus <cgminus@privatelenderlaw.com>
**Subject: BLOX Lending**

**CAUTION:** External sender. Verify before continuing.

Good evening, Mr. Yarm:

In response to your office's inquiry regarding the foreclosures that were referred to our firm by BLOX Lending/Jason R. Anderson, please be advised as follows:

With respect to 6179 County Road 206, Pine Bluffs, WY 82082, on 5/12/22, the borrower/mortgagor (Archer Drilling, LLC) executed a Note and Mortgage to BLOX Lending LLC to secure a loan in the amount of $504,900.00.  The borrower defaulted on the loan by failing to make payment of the monthly installments, commencing with the installment that was due on 8/10/22.  Our office received the foreclosure referral from BLOX Lending on 5/3/23, and our local counsel for Wyoming (Halliday, Watkins & Mann) sent a "Notice of Default and Intent to Foreclose" dated 8/22/23 to the borrower at the subject property.  No further action was taken to advance this non-judicial foreclosure.  On 9/6/23, we received an email from our local counsel which advised us of the attached Temporary Restraining Order that was entered in the subject action brought by the SEC.  Furthermore, on 9/14/23, our client instructed us to place the matter on hold.

We also received a foreclosure referral from BLOX Lending on 5/3/23 for the property located at 54094 Country Road T, Moffat, CO 81143.  According to our file, the foreclosure had not commenced before we received notice of the TRO and instruction to cease working on the foreclosure.

Please let us know if you have any questions or need further assistance with this matter.  Thank you.

Regards,

PrivateLenderLaw.com | 1 (212) LEND-LAW

**Christopher Ford**
T: | F: 1 (732) 625-2463

475 County Rd 520, Suite 200, Marlboro, NJ 07746

The Trump Building
40 Wall Street, 32nd Floor, New York, NY 10005

Click here for bio
**Warning:** In order to stop possible fraud, please pay attention to the URL of the sender, PrivateLenderLaw will never communicate by email from any other