Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>Defendants, | Case No. 2-23-cv-00482-RJS:<br><br>**SUPPLEMENTAL DECLARATION OF KARAZ S. ZAKI**<br><br>Chief Judge Robert J. Shelby |

| |
|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, <br><br>Relief Defendants. |

I, Karaz S. Zaki, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over twenty-one years of age and am a resident of the State of Maryland.

2. I make this declaration in support of the United States Securities and Exchange Commission's ("Commission's") Opposition to Defendants' Motion to Dissolve Temporary Restraining Order (Dkt. No. 132) and in further support of the SEC's *Ex Parte* Application for Entry of Temporary Restraining Order and Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; (4) Granting Expedited Discovery; (5) Appointing Receiver; and (6) Order to Show Cause re Preliminary Injunction (Dkt. No. 3).

3. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

4. My qualifications and tenure with the Securities and Exchange Commission's Division of Enforcement are stated in my original declaration dated July 24, 2023 ("Original

Declaration"). I refer to today's declaration, dated September 27, 2023, as my supplemental declaration ("Supplemental Declaration").

5. As stated in my Original Declaration, I analyzed certain bank and financial records associated with and related to Defendants Digital Licensing Inc. (d/b/a "DEBT Box") (herein, "DEBT Box") and iX Global, LLC ("iX Global"); and Relief Defendants Blox Lending LLC ("Blox Lending"); Business Funding Solutions, LLC ("Business Funding Solutions"); Calmes & Co Inc. ("Calmes & Co."); Calmfritz Holdings, LLC ("Calmfritz Holdings"); The Gold Collective LLC ("The Gold Collective"); and UIU Holdings, LLC ("UIU Holdings").

6. In particular, I analyzed bank records, including monthly statements, cancelled checks, deposit records, bank signature cards, and wire details, for the following bank accounts associated with the Defendants and Relief Defendants listed herein in paragraph 5, all of which were produced in response to subpoenas that I understand were issued by Commission staff to the listed banks.

| Bank | Account Number (Last Four Digits) | Account Name |
|---|---|---|
| America First Credit Union | xx2519 | Blox Lending LLC |
| Bank of America, N.A. | xx3814 | Blox Lending LLC |
| Bank of America, N.A. | xx1004 | Blox Lending LLC |
| Bank of America, N.A. | xx1020 | Blox Lending LLC |
| Washington Federal Bank | xx8442 | Blox Lending LLC |
| UTAH FIRST FCU | xx5607 | Business Funding Solutions |
| JPMORGAN CHASE BANK, NA | xx6549 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx2788 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx6893 | Calmes & Co Inc |
| JPMORGAN CHASE BANK, NA | xx0639 | Calmfritz Holdings, LLC |
| JPMORGAN CHASE BANK, NA | xx8115 | Calmfritz Holdings, LLC |
| US BANK, NA | xx4054 | Calmfritz Holdings, LLC |
| Mountain America CU | xx2717 | Digital Licensing Inc. |
| Zions First National Bank | xx4702 | Digital Licensing Inc. |
| Zions First National Bank | xx2497 | Digital Licensing Inc. |
| Mountain America CU | xx0736 | IX Global |
| Bank of America, N.A. | xx8643 | IX Global LLC |
| Bank of America, N.A. | xx8630 | IX Global LLC |

| Bank of America, N.A. | xx8656 | IX Global LLC |
| JPMORGAN CHASE BANK, NA | xx7087 | IX Global LLC |
| JPMORGAN CHASE BANK, NA | xx1712 | IX Global LLC |
| Metropolitan Commercial Bank - Revolut payment processing | xx9883 | IX Global LLC |
| Zions First National Bank | xx0053 | The Gold Collective LLC |
| Zions First National Bank | xx2273 | The Gold Collective LLC |
| Zions First National Bank | xx3593 | The Gold Collective LLC |
| Zions First National Bank | xx3601 | The Gold Collective V LLC |
| Zions First National Bank | xx3585 | The Gold Collective VI LLC |
| Bank of America, N.A. | xx0882 | UIU Holdings LLC |
| Washington Federal Bank | xx0589 | UIU Holdings LLC |

7. The bank account records, produced by banks listed in paragraph 6, included declarations of relevant custodians of records and signature cards for the accounts, which are attached to my Original Declaration, as Exhibit 1 and Exhibit 2.

8. Attached hereto as Exhibit A is an updated version of the Exhibit 3 to my Original Declaration. Exhibit 3 from my Original Declaration identifies, for each account: the bank at which the account is held; the last four digits of the account number; the name on the account; the "Beginning Date" (*i.e.*, the date from which the records I reviewed begin); the "Beginning Balance" (*i.e.*, the balance in the listed account at the "Beginning Date"); the "End Date" (*i.e.*, the date at which the records I reviewed end); the "Ending Balance" (*i.e.*, the total balance in the account as of the "Ending Date"); and the "Authorized Signers" (*i.e.*, the individuals or entities which are listed as authorized signers on the account).

9. The updated version of the Exhibit 3 produced in my Original Declaration, hereafter referred to as "Exhibit 3 (Supplemental)" identifies, for each account: the "Most Recent Subpoena Date" (*i.e.*, the date on which the Securities and Exchange Commission Staff issued the most recent subpoena to the Bank or Financial Institution shown on Exhibit 3); the "Account Balance Produced with Most Recent Subpoena Response" (*i.e.*, the account's ending balance on the documents produced in the Bank or Financial Institution's most recent subpoena prior to the

pursuing the TRO), "Account Status" (*i.e.* whether the account has a positive ("Active") or zero-dollar ("Closed") balance confirmed by the Bank or Financial Institution.), "Last Confirmed Balance Date" (*i.e.* the date on which the Staff confirmed the account balance prior to pursuing the TRO); and "Last Confirmed Balance" *(i.e.* the account's balance as of the Last Confirmed Balance Date).

10. I have made the following observations and calculations:

   a. Between the Exhibit 3 End Date attached to my Original Declaration and the Most Recent Subpoena Date, seven accounts were closed.[1] As of the End Date shown in Exhibit 3, these accounts contained approximately $828,000 in deposits. However, at the time the Staff issued the most recent subpoena to these Banks or Financial Institutions, the account balances had been reduced to $0.

   b. Regarding the Digital Licensing, Inc. account ending in xx2717 held at Mountain America Credit Union ("MACU"), Commission Staff called MACU by phone on 26 July 2023, two days prior to the scheduled TRO hearing, to check if the balance had changed since the date of the most recent subpoena. MACU confirmed that the account balance was reduced from approximately $83,000 to $31,000.

   c. Regarding the IX Global LLC. account ending in xx0736 held at MACU, Commission Staff called MACU by phone on 26 July 2023, two days prior to the scheduled TRO hearing, to check if the balance had changed since

---

[1] JP Morgan Chase (xx6549, xx2788, xx6893), US Bank (xx4054), and Bank of America (xx8643, xx8630, xx8656). I noted in my Original Declaration, paragraph 20(a) that Defendant IX Global Bank of America accounts ending in xx8643, xx8630 and xx8656 were are closed on June 30, 2023.

the date of the most recent subpoena. MACU confirmed that the account balance was reduced from approximately $680,000 to $384,000.

11. I noted in my Original Declaration, Paragraphs 20(b) and 20(c) that the two MACU accounts discussed above show "continuing withdrawals". Staff calls to MACU in the hours prior to the TRO hearing revealed that the Defendants indeed continued withdrawing investor funds.

12. I noted in my Original Declaration, Paragraph 19 that apparent personal expenses were paid from Defendants and Relief Defendants bank accounts. In addition to those payments, the bank records reflect the following payments for additional apparent personal expenses, continued and subsequent diversion of funds to foreign based entities, international payment processors, other apparent related entities and Relief Defendant Business Funding Solutions. Attached hereto as Exhibit B is a detailed spreadsheet of these transactions.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Karaz S. Zaki

Executed in Silver Spring, Maryland on September 27, 2023.

# Exhibit A

**EXHIBIT 3**

| Bank | Account # Ending | Account Name | Beginning Date | Beginning Bal | End Date | Ending Balance | Authorized Signers | Most Recent Subpoena Date | Account Balance Produced with Most Recent Subpoena Response | Account Status | Last Confirmed Balance Date | Last Confirmed Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| America First Credit Union | xx2519 | Blox Lending LLC | 12/07/22 | $ - | 05/31/23 | $ 577,157.76 | Jason Richard Anderson | 7/7/2023 | $ 577,141.26 | Active | 7/7/2023 | $ 577,141.26 |
| Bank of America, N.A. | xx3814 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson | 7/7/2023 | $ - | Closed | | |
| Bank of America, N.A. | xx1004 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson | 7/7/2023 | $ - | Closed | | |
| Bank of America, N.A. | xx1020 | Blox Lending LLC | 08/17/20 | $ - | 01/31/22 | $ - | Jason Richard Anderson | 7/7/2023 | $ - | Closed | | |
| Washington Federal Bank | xx8442 | Blox Lending LLC | 01/18/22 | $ - | 12/31/22 | $ - | Jason and Jacob Anderson | 7/7/2023 | $ - | Closed | | |
| UTAH FIRST FCU | xx5607 | Business Funding Solutions | 05/31/18 | $ - | 05/04/23 | $ 22,056.61 | Jason Anderson | 7/7/2023 | $ 1,286,384.71 | Active | 7/13/2023 | $ 1,286,384.71 |
| JPMORGAN CHASE BANK, NA | xx6549 | Calmes & Co Inc | 05/04/21 | $ - | 04/28/23 | $ 201,682.15 | Kory & Chadwick Calmes | 7/7/2023 | $ - | Closed 5/18/23 | | |
| JPMORGAN CHASE BANK, NA | xx2788 | Calmes & Co Inc | 07/13/21 | $ - | 04/28/23 | $ 17,557.18 | Kory & Chadwick Calmes | 7/7/2023 | $ - | Closed 5/18/23 | | |
| JPMORGAN CHASE BANK, NA | xx6893 | Calmes & Co Inc | 07/13/21 | $ - | 04/28/23 | $ 21.22 | Kory & Chadwick Calmes | 7/7/2023 | $ - | Closed 5/18/23 | | |
| JPMORGAN CHASE BANK, NA | xx0639 | Calmfritz Holdings, LLC | 05/05/21 | $ - | 07/29/22 | $ - | Matthew D Fritzsche & Chadwick & Kory Calmes | 7/7/2023 | N/A | Closed | | |
| JPMORGAN CHASE BANK, NA | xx8115 | Calmfritz Holdings, LLC | 11/05/21 | $ - | 07/29/22 | $ - | Chadwick H Calmes & Matthew Dillon Fritzsche | 7/7/2023 | N/A | Closed | | |
| US BANK, NA | xx4054 | Calmfritz Holdings, LLC | 07/15/22 | $ - | 04/30/23 | $ (828.00) | Chadwick Calmes, Matthew Dillion Fritzsche, Monica M Calmes | 7/7/2023 | $ - | Closed | | |
| Mountain America CU | xx2717 | Digital Licensing Inc. | 02/07/23 | $ - | 05/30/23 | $ 367,393.32 | Roydon Nelson & Schad Brannon | 7/7/2023 | $ 83,054.40 | Active | 7/26/2023 | $ 31,301.58 |
| Zions First National Bank | xx4702 | Digital Licensing Inc. | 03/21/21 | $ - | 03/01/23 | $ - | Roydon Nelson & Schad Brannon | 7/7/2023 | $ - | Closed | | |
| Zions First National Bank | xx2497 | Digital Licensing Inc. | 11/23/21 | $ - | 02/08/23 | $ - | Roydon Nelson & Schad Brannon | 7/7/2023 | $ - | Closed | | |
| Mountain America CU | xx0736 | IX Global | 03/02/23 | $ - | 04/30/23 | $ 24,617.49 | Joseph Martinez | 7/7/2023 | $ 679,956.11 | Active | 7/26/2023 | $ 384,013.80 |
| Bank of America, N.A. | xx8643 | IX Global LLC | 07/12/22 | $ - | 03/14/23 | $ 438,145.89 | Joseph Anthony Martinez Jr | 7/7/2023 | $ - | Closed 6/30/23 | | |
| Bank of America, N.A. | xx8630 | IX Global LLC | 07/12/22 | $ - | 03/06/23 | $ 161,471.65 | Joseph Anthony Martinez Jr | 7/7/2023 | $ - | Closed 6/30/23 | | |
| Bank of America, N.A. | xx8656 | IX Global LLC | 07/12/22 | $ - | 02/28/23 | $ 10,002.24 | Joseph Anthony Martinez Jr | 7/7/2023 | $ - | Closed 6/30/23 | | |
| JPMORGAN CHASE BANK, NA | xx7087 | IX Global LLC | 08/24/21 | $ - | 08/31/22 | $ - | Joseph Anthony Martinez Jr | 7/7/2023 | N/A | Closed | | |
| JPMORGAN CHASE BANK, NA | xx1712 | IX Global LLC | 09/08/21 | $ - | 08/31/22 | $ - | Joseph Anthony Martinez Jr | 3/23/2023 | $ - | Closed | | |
| Metropolitan Commercial Bank - Revolut payment processing | xx9883 | IX Global LLC | 07/30/22 | $ - | 05/01/23 | $ 128,894.99 | No information | 5/3/2023 | $ 128,894.99 | Active | 5/10/2023 | $ 128,894.99 |
| Zions First National Bank | xx0053 | The Gold Collective LLC | 03/12/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson | 7/7/2023 | $ - | Closed | | |
| Zions First National Bank | xx2273 | The Gold Collective LLC | 07/13/20 | $ - | 02/09/23 | $ - | Roydon Bleak Nelson | 7/7/2023 | $ - | Closed | | |
| Zions First National Bank | xx3593 | The Gold Collective LLC | 07/22/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson | 7/7/2023 | $ - | Closed | | |
| Zions First National Bank | xx3601 | The Gold Collective V LLC | 07/21/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson | 7/7/2023 | $ - | Closed | | |
| Zions First National Bank | xx3585 | The Gold Collective VI LLC | 07/28/19 | $ - | 02/28/23 | $ - | Roydon Bleak Nelson | 7/7/2023 | $ - | Closed | | |
| Bank of America, N.A. | xx0882 | UIU Holdings LLC | 11/13/19 | $ - | 09/30/21 | $ - | Jason Richard Anderson | 7/7/2023 | $ - | Closed | | |
| Washington Federal Bank | xx0589 | UIU Holdings LLC | 08/26/21 | $ - | 12/31/22 | $ - | Jason and Jacob Anderson | 7/7/2023 | $ - | Closed | | |

Exhibit 3 (Supplemental)    Page 1

# Exhibit B

| | Amount | | | | | |
|---|---|---|---|---|---|---|
| | $ - | | | (signed by) | | |
| | $ 16,176,621.30 | | | | | |
| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | chk # | For | Account | Description |

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | chk # | Account | Description |
|---|---|---|---|---|---|---|---|
| 2021-12-03 | $ - | $ 500.00 | ATM Withdrawal | 00114612035 10 S 200 W BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 2021-12-13 | $ - | $ 800.00 | ATM Withdrawal | 0032731213 510 S 200 W BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 2021-11-09 | $ - | $ 500.00 | ATM Withdrawal | 00597211095 10 S 200 W BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 2021-09-27 | $ - | $ 800.00 | ATM Withdrawal | 00835709273 76 E 400 S SALT LAKE CIT UT | | IX Global LLC JPMCB xx7087 | |
| 2021-12-08 | $ - | $ 1,200.00 | ATM Withdrawal | 00941812085 10 S 200 W BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-07 | $ - | $ 203.00 | ATM Withdrawal | 06203910073 427 SOUTH ORCHARD DRIV BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 2021-09-28 | $ - | $ 2.67 | ATM Purchase | 0927MAYERIK #168 BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 01/23/2023 | $ - | $ 579.28 | ATM | 10009955 DUBAI | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 2021-10-22 | $ - | $ 25.00 | ATM Purchase | 10211X GLOBAL LLC 385-3016320 UT | | IX Global LLC JPMCB xx7087 | |
| 2021-09-01 | $ - | $ 203.50 | ATM Withdrawal | 14996608312 87 WEST 3300 SOUTH SALT LAKE CIT UT | | IX Global LLC JPMCB xx7087 | |
| 2022-01-06 | $ - | $ 203.50 | ATM Withdrawal | 17801801062 4 NORTH REDWOOD ROA NORTH SALT LA UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-13 | $ - | $ 203.50 | ATM Withdrawal | 18865910132 87 WEST 3300 SOUTH SALT LAKE CIT UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-12 | $ - | $ 203.50 | ATM Withdrawal | 31171510112 4 NORTH REDWOOD ROA NORTH SALT LA UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-12 | $ - | $ 203.50 | ATM Withdrawal | 31193610112 4 NORTH REDWOOD ROA NORTH SALT LA UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-15 | $ - | $ 503.00 | ATM Withdrawal | 81756310152 001 S MAIN ST SALT LAKE CTY UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-14 | $ - | $ 202.50 | ATM Withdrawal | 90316210141 2 WEST 3900 SOUTH SALT LAKE CIT UT | | IX Global LLC JPMCB xx7087 | |
| 2021-10-07 | $ - | $ 203.00 | ATM Withdrawal | 99674110073 427 SOUTH ORCHARD DRIV BOUNTIFUL UT | | IX Global LLC JPMCB xx7087 | |
| 10/14/2022 | $ - | $ 562.85 | ATM | CALLE MARINA N19- BARCELONA | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 02/17/2023 | $ - | $ 1,000.00 | ATM | COMMONS AT SOUTHTOWN SANDY UT OTHER | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 02/28/2023 | $ - | $ 1,000.00 | ATM | COMMONS AT SOUTHTOWN SANDY UT OTHER | | IX Global LLC Bank of America xx8643 | |
| 01/23/2023 | $ - | $ 593.37 | ATM | DUBAI AIRPORT DUBAI | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 09/27/2022 | $ - | $ 203.00 | ATM | HOLIDAY OIL -3156 MIDVALE UT | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 08/29/2022 | $ - | $ 427.64 | ATM | HSBC/MARINA WALK DUBAI | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 01/25/2023 | $ - | $ 167.17 | ATM | MC BANDARA INTER DENPASAR | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 01/12/2023 | $ - | $ 103.99 | ATM | PAI ISO SALT LAKE CI UT | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 09/14/2022 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 09/21/2022 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 12/16/2022 | $ - | $ 1,000.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 01/10/2023 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | CKCD 7617 | IX Global LLC Bank of America xx8630 | |
| 09/12/2022 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | | IX Global LLC Bank of America xx8643 | |
| 10/04/2022 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | | IX Global LLC Bank of America xx8643 | |
| 11/29/2022 | $ - | $ 500.00 | ATM | SUGAR HOUSE SALT LAKE CITY UT OTHER | | IX Global LLC Bank of America xx8643 | |
| 01/31/2023 | $ - | $ 890.05 | ATM | T3 ARRIVAL BAGGAG DUBAI | CKCD 7617 | IX Global LLC Bank of America xx8630 | Private island for blockchain enthusiasts - first |
| 01/21/22 | $ - | $ 220,000.00 | WIRE | CRYPTOLAND LLC | | IX Global LLC JPMCB xx7087 | class crypto lifestyle in paradise |
| 02/18/22 | $ - | $ 250,000.00 | WIRE | CRYPTOLAND LLC | | IX Global LLC JPMCB xx7087 | Private island for blockchain enthusiasts - first |
| 10/11/22 | $ - | $ 150,000.00 | Intl Wire Out | Digital Commodity Software Hou | | Digital Licensing Inc Zions xx4702 | class crypto lifestyle in paradise |
| 07/06/22 | $ - | $ 450,000.00 | Intl Wire Out | Digital Commodity Software Hou | | Digital Licensing Inc Zions xx4702 | Dubai address |
| 02/14/23 | $ - | $ 1.00 | Transfer | Ignis Energy LLC | Share 01 | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 02/14/23 | $ - | $ 100,000.00 | Transfer | Ignis Energy LLC | Share 50 | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 02/21/23 | $ - | $ 200,000.00 | Wire | Ignis Energy LLC | | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | chk # | For | Account | Description |
|---|---|---|---|---|---|---|---|---|
| 03/12/23 | $ | 50.00 | Transfer | Ignis Energy LLC | | | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 03/12/23 | $ | 49,950.00 | Transfer | Ignis Energy LLC | | | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 03/26/23 | $ | 50,000.00 | Transfer | Ignis Energy LLC | | | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 04/24/23 | $ | 50,000.00 | Transfer | Ignis Energy LLC | | Loan to Ignis Energy | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 05/16/23 | $ | 15,000.00 | Transfer | Ignis Energy LLC | | Loan to Ignis Energy | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 06-05-2023 | $ | 28,287.50 | | Ignis Payroll | | | Digital Licensing Inc Mountain American Credit Union xx2717 | New account - Feb 2023 Roydon/Schad/Ronnie Cheney signers |
| 01/09/23 | $ | 500,000.00 | Intl Wire Out | Menxons Company Limited | | RO | Digital Licensing Inc Zions xx4702 | Ghana address |
| 12/12/22 | $ | 1,000,000.00 | Intl Wire Out | Menxons Company Limited | | RO | Digital Licensing Inc Zions xx4702 | Ghana address |
| 08/30/21 | $ | 70,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | FOR FURTHER CREDIT TO IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 09/13/21 | $ | 70,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 09/22/21 | $ | 40,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 09/27/21 | $ | 40,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 10/04/21 | $ | 25,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 10/12/21 | $ | 55,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 10/19/21 | $ | 32,500.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 10/26/21 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/02/21 | $ | 71,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/08/21 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/16/21 | $ | 50,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/16/21 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/23/21 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 11/30/21 | $ | 40,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 12/07/21 | $ | 81,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 12/14/21 | $ | 60,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 12/21/21 | $ | 76,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 12/28/21 | $ | 65,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 01/03/22 | $ | 60,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 01/10/22 | $ | 60,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 01/18/22 | $ | 70,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 01/24/22 | $ | 55,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 02/01/22 | $ | 58,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 02/07/22 | $ | 65,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 02/15/22 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 02/28/22 | $ | 165,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 03/07/22 | $ | 270,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 03/14/22 | $ | 250,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 03/22/22 | $ | 250,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 03/29/22 | $ | 150,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 04/04/22 | $ | 150,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 04/12/22 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 04/19/22 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 04/26/22 | $ | 75,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 05/03/22 | $ | 80,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 05/10/22 | $ | 100,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | chk # | For | Account | Description |
|---|---|---|---|---|---|---|---|---|
| 05/17/22 | $ | 230,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 05/24/22 | $ | 350,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 05/31/22 | $ | 300,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 06/07/22 | $ | 270,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 06/15/22 | $ | 200,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 06/22/22 | $ | 110,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 06/28/22 | $ | 120,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 07/05/22 | $ | 150,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 07/12/22 | $ | 100,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 07/18/22 | $ | 50,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 07/25/22 | $ | 100,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 08/03/22 | $ | 50,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 08/09/22 | $ | 100,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 08/16/22 | $ | 100,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC JPMCB xx7087 | International payment processor |
| 08/31/22 | $ | 250,000.00 | WIRE | RAPYD FINANCIAL TECHNOLOGY US INC | | Operating expenses | IX Global LLC Bank of America xx8630 | International payment processor |
| 09/07/2022 | $ | 250,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | Operating expenses IX Global | IX Global LLC Bank of America xx8630 | International payment processor |
| 09/20/2022 | $ | 250,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | Operating expenses IX Global | IX Global LLC Bank of America xx8630 | International payment processor |
| 09/30/2022 | $ | 200,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | Operating expenses IX Global | IX Global LLC Bank of America xx8630 | International payment processor |
| 10/07/2022 | $ | 250,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 10/31/2022 | $ | 200,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 12/05/2022 | $ | 150,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 12/20/2022 | $ | 100,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 01/03/2023 | $ | 50,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 01/06/2023 | $ | 50,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IXGLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 01/12/2023 | $ | 100,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 02/06/23 | $ | 150,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8643 | International payment processor |
| 02/14/2023 | $ | 100,000.00 | Wire | RAPYD FINANCIAL TECHNOLOGY US INC | | IX GLOBAL | IX Global LLC Bank of America xx8630 | International payment processor |
| 03/29/23 | $ | 50,000.00 | Revolut Remittance | Rapyd Financial Technology US Inc | | IX Global LLC Metro Commercial Bank xx9883 | | International payment processor |
| 04/25/23 | $ | 25,000.00 | Revolut Remittance | Rapyd Financial Technology US Inc | | IX Global LLC Metro Commercial Bank xx9883 | | International payment processor |
| 11/23/2022 | $ | 300,000.00 | Wire | VERTEX GLOBAL FZC LLC | | POP /COM/ | IX Global LLC Bank of America xx8630 | Dubai address |
| 12/05/2022 | $ | 300,000.00 | Wire | VERTEX GLOBAL FZC LLC | | POP /COM/ | IX Global LLC Bank of America xx8630 | Dubai address |
| 12/28/2022 | $ | 300,000.00 | Wire | VERTEX GLOBAL FZC LLC | | POP /COP/ | IX Global LLC Bank of America xx8630 | Dubai address |
| 01/19/23 | $ | 375,000.00 | Wire | VERTEX GLOBAL FZC LLC | | POP /COM/ | IX Global LLC Bank of America xx8643 | Dubai address |
| 08/30/21 | $ | 70,000.00 | WIRE | VERTEX GLOBAL FZC LLC | | MARKETING SUPPORT SERVICES FOR AUGUST PYMT REASON:PMS | IX Global LLC JPMCB xx7087 | Dubai address |
| 03/18/22 | $ | 150,000.00 | WIRE | VERTEX GLOBAL FZC LLC | | IX Global LLC JPMCB xx7087 | | Dubai address |
| 06/16/22 | $ | 250,000.00 | WIRE | VERTEX GLOBAL FZC LLC | | JUNE 01 INVOICE | IX Global LLC JPMCB xx7087 | Dubai address |
| 07/29/22 | $ | 105,000.00 | WIRE | VERTEX GLOBAL FZC LLC | | INV JULY 02 | IX Global LLC JPMCB xx7087 | Dubai address |
| 11/08/2022 | $ | 410,000.00 | Wire | VERTEX GLOBAL FZCO | | IX OCT01 POP / FIS/ | IX Global LLC Bank of America xx8630 | Dubai address |
| 10/12/21 | $ | 140,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INVOICE OCT01 | IX Global LLC JPMCB xx7087 | Dubai address |
| 11/10/21 | $ | 80,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INVOICE NOV 01 | IX Global LLC JPMCB xx7087 | Dubai address |
| 12/09/21 | $ | 40,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INVOICE NOV 04 | IX Global LLC JPMCB xx7087 | Dubai address |
| 12/29/21 | $ | 140,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | 45261 | IX Global LLC JPMCB xx7087 | | Dubai address |
| 02/07/22 | $ | 30,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | | IX Global LLC JPMCB xx7087 | Dubai address |
| 02/17/22 | $ | 180,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | | IX Global LLC JPMCB xx7087 | Dubai address |
| 03/18/22 | $ | 150,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | | IX Global LLC JPMCB xx7087 | Dubai address |
| 05/04/22 | $ | 325,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INVOICE MAY | IX Global LLC JPMCB xx7087 | Dubai address |
| 06/15/22 | $ | 250,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INV JUNE01 | IX Global LLC JPMCB xx7087 | Dubai address |
| 07/27/22 | $ | 105,000.00 | WIRE | VERTEX GLOBAL FZCO LLC | | INV JULY 01 | IX Global LLC JPMCB xx7087 | Dubai address |

| Date Posted | Deposit | Withdrawal | Stmt Description | payor / payee | chk # | For | Account | Description |
|---|---|---|---|---|---|---|---|---|
| 04/29/23 | | $ 5.20 | Fee - Withdrawal | Visa International | | Service Assessment | IX Global LLC Mountain America Credit Union xx0736 | |
| 04/29/23 | | $ 0.56 | Fee - Withdrawal | Visa International | | Service Assessment | IX Global LLC Mountain America Credit Union xx0736 | |
| 01/23/2023 | | $ 5.00 | ATM | | CKCD 7617 | Dubai Fee | IX Global LLC Bank of America xx8630 | |
| 01/23/2023 | | $ 5.00 | ATM | | CKCD 7617 | Dubai Fee | IX Global LLC Bank of America xx8630 | |
| 01/25/2023 | | $ 5.02 | ATM | | CKCD 7617 | Int'l Trans Fee | IX Global LLC Bank of America xx8630 | |
| 01/25/2023 | | $ 5.00 | ATM | | CKCD 7617 | DenPasar fee | IX Global LLC Bank of America xx8630 | |
| 01/26/2023 | | $ 1.04 | ATM | | CKCD 7617 | Int'l Trans Fee | IX Global LLC Bank of America xx8630 | |
| 03/25/22 | | $ 6,279.19 | WIRE | BRANDGEAR MARKETING | | INV2540 AND INV2538INVOICE PAYMENT | IX Global LLC JPMCB xx7087 | Capetown address |
| 03/04/22 | | $ 27,997.71 | WIRE | EXTREME SCENE ADVENTURES AND TOURS | | INVOICE EXS070422BUSINESS TRAVEL | IX Global LLC JPMCB xx7087 | Capetown address |
| 04/01/22 | | $ 1,566.99 | WIRE | EXTREME SCENE ADVENTURES AND TOURS | | INVOICE EXS100422INVOICE PAYMENT | IX Global LLC JPMCB xx7087 | Capetown address |
| 03/30/23 | | $ 25,000.00 | Revolut Remittance | Island City Ventures LLC | | | IX Global LLC Metro Commercial Bank xx9883 | |
| 10/18/21 | | $ 15,000.00 | WIRE | IX ACADEMY | | SEPTEMBERP1006/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 11/19/21 | | $ 15,000.00 | WIRE | IX ACADEMY | | P1006/US | IX Global LLC JPMCB xx7087 | Mumbai address |
| 01/03/22 | | $ 15,000.00 | WIRE | IX ACADEMY | | P1006/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 03/17/22 | | $ 30,000.00 | WIRE | IX ACADEMY | | P1015/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 04/04/22 | | $ 30,000.00 | WIRE | IX ACADEMY | | P1015/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 05/09/22 | | $ 30,000.00 | WIRE | IX ACADEMY | | P1015/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 07/01/22 | | $ 30,000.00 | WIRE | IX ACADEMY | | P1006/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 08/15/22 | | $ 30,000.00 | WIRE | IX ACADEMY | | P1006/IN | IX Global LLC JPMCB xx7087 | Mumbai address |
| 09/27/2022 | | $ 30,000.00 | Wire | IX ACADEMY PVT LTD | | SEPT OPERATIONAL FUNDS POP | IX Global LLC Bank of America xx8630 | Mumbai address |
| 11/21/22 | | $ 4,928.07 | Intl Wire Out | JOSH TRAVELS LTD | | INV-976 | Digital Licensing Inc Zions xx4702 | Ghana address |
| 08/30/21 | | $ 13,000.00 | WIRE | RADIANT BIZ MANAGEMENT CONSULTANCY | | INVOICE #137-082021 PYMT REASON:PMS | IX Global LLC JPMCB xx7087 | Dubai address |
| 11/10/21 | | $ 12,550.00 | WIRE | RADIANT BIZ MANAGEMENT CONSULTANCY | | INVOICE 004 | IX Global LLC JPMCB xx7087 | Dubai address |
| 01/27/23 | | $ 33,000.00 | Wire Out | STUTEVILLE FORD LINCOLN OF PON | | | Digital Licensing Inc Zions xx4702 | |
| 06/12/23 | | $ 250,000.00 | Wire | Business Funding Solutions | | COGS May 2023 | IX Global LLC Mountain America Credit Union xx0736 | Relief Defendant |
| 06/22/23 | | $ 300,000.00 | Wire | Business Funding Solutions | | | IX Global LLC Mountain America Credit Union xx0736 | Relief Defendant |
| 06/29/23 | | $ 300,000.00 | Wire | Business Funding Solutions | | | IX Global LLC Mountain America Credit Union xx0736 | Relief Defendant |
| 07/05/23 | | $ 300,000.00 | Wire | Business Funding Solutions | | | IX Global LLC Mountain America Credit Union xx0736 | Relief Defendant |
| 07/10/23 | | $ 300,000.00 | Wire | Business Funding Solutions | | | IX Global LLC Mountain America Credit Union xx0736 | Relief Defendant |
| 06/16/23 | | $ 35,000.00 | Wire | Schad Edward Brannon | | Bus OTB: Set up office in UAE | Digital Licensing Inc Mountain American Credit Union xx2717 | |

EXHIBIT B

Page 4