Maria E. Windham (10761)
Justin T. Toth (8438)
Emily B. Nuvan (17722)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
jtoth@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Ryan Bowen*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br>v.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"),  a Utah limited liability company; BRENNAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    *Defendan*ts. | **STIPULATED MOTION FOR TEMPORARY ORDER REGARDING DEFENDANT RYAN BOWEN'S ADDITIONAL LIVING EXPENSES**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby |

Plaintiff Securities and Exchange Commission ("Commission") and Defendant Ryan Bowen have agreed and stipulated, and hereby move the Court, for a proposed order providing for Defendant Bowen's payment of certain additional business expenses of the Lazy Magnolia brewery during the pendency of the Temporary Restraining Order. A proposed stipulated Order is attached hereto as Exhibit A.

DATED this 28th day of September 2023.

**Securities and Exchange Commission**

*/s/ Casey R. Fronk (e-signed with permission)*
Michael E. Welsh
Casey R. Fronk

*Attorneys for the SEC*

**Ray Quinney & Nebeker P.C.**

*/s/ Maria E. Windham*
Maria E. Windham
Justin T. Toth

*Attorneys for Defendant Ryan Bowen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2023, I electronically filed the foregoing **STIPULATED MOTION FOR TEMPORARY ORDER REGARDING DEFENDANT RYAN BOWEN'S ADDITIONAL LIVING EXPENSES** with the Clerk of Court using the CM/ECF system, which automatically provides notice to counsel of record.

/s/ Susan Seder

1650479