# Exhibit 23



**P.O. BOX 2331 • SANDY, UT • 84091**

## STATEMENT OF ACCOUNT

ACCOUNT NUMBER: XXXXXX2717
STATEMENT DATE: 07/01/23 - 07/31/23
801-325-6228 • 1-800-748-4302
macu.com

ROYDON NELSON
1812 W SUNSET BLVD STE #1-345
ST GEORGE UT 84770

## ACCOUNT SUMMARY

### TOTAL SHARES

| | | | |
|---|---|---|---|
| 01 DLI SAVINGS | $17,239.90 | 50 DLI CHECKING | $28,236.62 |
| 07 DLI MONEY MARKET | $2,358.91 | | |

Joint Owner: DIGITAL LICENSING INC

## DLI SAVINGS - ID 01

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 07/01 | Previous Balance | | 23,411.96 |
| 07/17 | Withdrawal Transfer | -6,000.00 | 17,411.96 |
| | To ROUTLEDGE,PEGGY XXXXXXXXXX Share 01 | | |
| | S01 TO S01Dry Watch Rig Nevada 0001 | | |
| 07/26 | Withdrawal Transfer | -172.93 | 17,239.03 |
| | To APTUS LLC XXXXXXXXXX Share 50 | | |
| | S01 TO S50Expense Reimbursement 0050 | | |
| 07/31 | Deposit Dividend 0.050% | 0.87 | 17,239.90 |
| | Annual Percentage Yield 0.050% from 07/01/23 through 07/31/23. | | |
| | Ending Balance | | 17,239.90 |
| | Dividend Earned Year to Date | 14.02 | |

### Withdrawals and Other Charges

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/17/23 | 6,000.00 | Withdrawal Transfer | 07/26/23 | 172.93 | Withdrawal Transfer |

2 Withdrawals and Other Charges $6,172.93

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/31/23 | 0.87 | Deposit Dividend | | | |



**MOUNTAIN AMERICA CREDIT UNION**
P.O. BOX 2331 • SANDY, UT • 84091

**STATEMENT OF ACCOUNT**

ACCOUNT NUMBER:   XXXXXX2717
STATEMENT DATE:   07/01/23 - 07/31/23
801-325-6228 • 1-800-748-4302
www.macu.com

## DLI MONEY MARKET - ID 07

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 07/01 | Previous Balance | | 2,357.40 |
| 07/31 | Deposit Dividend Tiered Rate | 1.51 | 2,358.91 |
| | Annual Percentage Yield 0.760% from 07/01/23 through 07/31/23. | | |
| | Ending Balance | | 2,358.91 |
| | Dividend Earned Year to Date | 4,383.91 | |

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/31/23 | 1.51 | Deposit Dividend | | | |

## DLI CHECKING - ID 50

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 07/01 | Previous Balance | | 134,479.00 |
| 07/05 | Withdrawal Home Banking<br>Business Wire to 900018562 | -6,000.00 | 128,479.00 |
| 07/05 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -24,000.00 | 104,479.00 |
| 07/05 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -9,000.00 | 95,479.00 |
| 07/06 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -7,200.00 | 88,279.00 |
| 07/06 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -5,224.60 | 83,054.40 |
| 07/10 | Withdrawal Transfer<br>To APTUS LLC XXXXXXXXXX Share 50<br>S50 TO S50Reimbursement 0050 | -7,000.00 | 76,054.40 |
| 07/12 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -350.00 | 75,704.40 |
| 07/14 | Withdrawal Transfer<br>To APTUS LLC XXXXXXXXXX Share 50<br>S50 TO S50Expense Reimbursement (Citi) 0050 | -8,451.27 | 67,253.13 |
| 07/18 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -1,750.00 | 65,503.13 |
| 07/18 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -29,971.55 | 35,531.58 |
| 07/18 | Withdrawal Home Banking<br>Business Wire to 8003049933172 | -3,480.00 | 32,051.58 |
| 07/18 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -750.00 | 31,301.58 |
| 07/31 | Withdrawal Home Banking<br>A2A Transfer: ****0050 | -3,000.00 | 28,301.58 |
| 07/31 | Deposit Dividend Tiered Rate | 27.04 | 28,328.62 |
| 07/31 | Withdrawal Analysis Fee | -92.00 | 28,236.62 |



**MOUNTAIN AMERICA CREDIT UNION**
P.O. BOX 2331 • SANDY, UT • 84091

**STATEMENT OF ACCOUNT**

ACCOUNT NUMBER:     XXXXXX2717
STATEMENT DATE:     07/01/23 - 07/31/23
801-325-6228 • 1-800-748-4302
www.macu.com

## DLI CHECKING  Continued - ID 50

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| | Annual Percentage Yield 0.500% from 07/01/23 through 07/31/23. | | |
| | Ending Balance............................................................................ | | 28,236.62 |
| | Dividend Earned Year to Date........................................................... | 1,086.18 | |

### Withdrawals and Other Charges

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/05/23 | 6,000.00 | Withdrawal Home Banking | 07/14/23 | 8,451.27 | Withdrawal Transfer |
| 07/05/23 | 24,000.00 | Withdrawal Home Banking | 07/18/23 | 1,750.00 | Withdrawal Home Banking |
| 07/05/23 | 9,000.00 | Withdrawal Home Banking | 07/18/23 | 29,971.55 | Withdrawal Home Banking |
| 07/06/23 | 7,200.00 | Withdrawal Home Banking | 07/18/23 | 3,480.00 | Withdrawal Home Banking |
| 07/06/23 | 5,224.60 | Withdrawal Home Banking | 07/18/23 | 750.00 | Withdrawal Home Banking |
| 07/10/23 | 7,000.00 | Withdrawal Transfer | 07/31/23 | 3,000.00 | Withdrawal Home Banking |
| 07/12/23 | 350.00 | Withdrawal Home Banking | 07/31/23 | 92.00 | Withdrawal Fee |

14 Withdrawals and Other Charges $106,269.42

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/31/23 | 27.04 | Deposit Dividend | | | |

## YEAR-TO-DATE SUMMARY

Dividend Earned Year to Date.......................................... 5,484.11



**MOUNTAIN AMERICA CREDIT UNION**

P.O. BOX 2331 • SANDY, UT • 84091

## STATEMENT OF ACCOUNT

ACCOUNT NUMBER: XXXXXX2717
STATEMENT DATE: 08/01/23 - 08/31/23
801-325-6228 • 1-800-748-4302
macu.com

ROYDON NELSON
1812 W SUNSET BLVD STE #1-345
ST GEORGE UT 84770

## ACCOUNT SUMMARY

### TOTAL SHARES

| | | | |
|---|---|---|---|
| 01 DLI SAVINGS | $17,240.64 | 50 DLI CHECKING | $218,559.02 |
| 07 DLI MONEY MARKET | $2,359.92 | | |

Joint Owner: DIGITAL LICENSING INC

## DLI SAVINGS - ID 01

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 08/01 | Previous Balance | | 17,239.90 |
| 08/31 | Deposit Dividend 0.050% | 0.74 | 17,240.64 |
| | Annual Percentage Yield 0.050% from 08/01/23 through 08/31/23. | | |
| | Ending Balance | | 17,240.64 |
| | Dividend Earned Year to Date | 14.76 | |

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 08/31/23 | 0.74 | Deposit Dividend | | | |

## DLI MONEY MARKET - ID 07

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 08/01 | Previous Balance | | 2,358.91 |
| 08/31 | Deposit Dividend Tiered Rate | 1.01 | 2,359.92 |
| | Annual Percentage Yield 0.510% from 08/01/23 through 08/31/23. | | |
| | Ending Balance | | 2,359.92 |
| | Dividend Earned Year to Date | 4,384.92 | |

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 08/31/23 | 1.01 | Deposit Dividend | | | |



**P.O. BOX 2331 • SANDY, UT • 84091**

**STATEMENT OF ACCOUNT**

ACCOUNT NUMBER:  XXXXXX2717
STATEMENT DATE:  08/01/23 - 08/31/23
801-325-6228 • 1-800-748-4302
www.macu.com

## DLI CHECKING - ID 50

| POSTING DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | NEW BALANCE |
|---|---|---|---|
| 08/01 | Previous Balance | | 28,236.62 |
| 08/01 | Withdrawal Home Banking | -580.00 | 27,656.62 |
| | Business Wire to 8003049933172 | | |
| 08/01 | Deposit Transfer | 188,650.00 | 216,306.62 |
| | From MCHENRY,CHARLES XXXXXXXXXX Share 50 | | |
| 08/02 | Deposit Transfer | 2,209.65 | 218,516.27 |
| | From APTUS LLC XXXXXXXXXX Share 50 | | |
| | S50 TO S50Transfer Return / Incorrect 0050 | | |
| 08/04 | Withdrawal Unpaid ACH | -25.00 | 218,491.27 |
| | CHASE CREDIT CRD | | |
| | Entry Class Code: WEB | | |
| 08/09 | Withdrawal Unpaid ACH | -25.00 | 218,466.27 |
| | CHASE CREDIT CRD | | |
| | Entry Class Code: WEB | | |
| 08/31 | Deposit Dividend Tiered Rate | 92.75 | 218,559.02 |
| | Annual Percentage Yield 0.500% from 08/01/23 through 08/31/23. | | |
| | Ending Balance | | 218,559.02 |
| | Dividend Earned Year to Date | 1,178.93 | |

| TOTAL FEES: | FOR THIS PERIOD: | YEAR-TO-DATE: |
|---|---|---|
| OVERDRAFT: | 0.00 | 0.00 |
| UNPAID ITEM: | 50.00 | 50.00 |

### Withdrawals and Other Charges

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 08/01/23 | 580.00 | Withdrawal Home Banking | 08/09/23 | 25.00 | Withdrawal Fee |
| 08/04/23 | 25.00 | Withdrawal Fee | | | |

3 Withdrawals and Other Charges $630.00

### Deposits and Other Credits

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 08/01/23 | 188,650.00 | Deposit Transfer | 08/31/23 | 92.75 | Deposit Dividend |
| 08/02/23 | 2,209.65 | Deposit Transfer | | | |

3 Deposits and Other Credits $190,952.40

### YEAR-TO-DATE SUMMARY

Dividend Earned Year to Date .................................... 5,578.61