# Exhibit 24



# MINERALS COMMISSION

Mineral House # 12 Switchback Road Residential Area, Cantonments
GL-060-1131
P. O. Box M248, Accra-Ghana
Tel: (233 302) 772783 / 779823/773053 / 771318 FAX: (233 302)773324
E-mail: info@mincom.gov.gh, Website: www.mincom.gov.gh

Our Ref: MC.9/SF.172

January 16, 2020

The Executive Director
The Gold Collective, LLC/
Africa Exploration and Minerals Group
P.O. Box CT 1161
Cantonments, Accra

Dear Sir,

## RESONATE GEOPHYSICAL TECHNOLOGY

The Minerals Commission and Ghana Geological Survey Authority in collaboration with African Exploration and Minerals Group (AEMG) carried out a Geological Investigation Programme in Akoasi which is located in the Birim North District of the Eastern Region. A new technology called "Resonate Geophysical Technology" and introduced by The Gold Collective, LLC, a multinational bullion dealer licensed in Nevada, USA was used to carry out the investigation.

The technology utilises Gold's nuclear magnetic resonance ("NMR") frequency of 1.754 MHz which captures through satellite scanning using Electromagnetic (EM) Spectrum and further isolated to identify specific signals or locations where the gold (AU) is most concentrated and prevalent.

The parties have successfully completed Phase 1 of the Pilot Programme to the adequate satisfaction of Minerals Commission and the Ghana Geological Survey Authority as stated in the Memorandum of Understanding (MoU) between them in November 2019.

The Minerals Commission and Ghana Geological Survey Authority based on our initial Assessment, recommend that the "Resonate Geophysical Technology" be used for geological investigation programmes in other designated areas.

Yours faithfully,

(MARTIN K. AYISI)
DEPUTY CEO (PROMOTION & DEVELOPMENT)
FOR: CHIEF EXECUTIVE OFFICER

1