Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: (801) 524-5796

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Chief Judge Robert J. Shelby |

|  |
|---|
| Defendants, |
| ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that Troy Flake (California Bar No. 267523) enters his appearance as counsel for the Plaintiff, Securities and Exchange Commission. Mr. Flake's contact information is listed below. Mr. Flake is aware of and will comply with all pending deadlines in this matter.

Dated: October 5, 2023

          Respectfully submitted,

          **SECURITIES AND EXCHANGE COMMISSION**

          <u>/s/ Troy Flake</u>
          Troy Flake
          FlakeT@sec.gov
          Attorney for Plaintiff
          Securities and Exchange Commission
          351 South West Temple, Suite 6.100
          Salt Lake City, Utah 84101
          Tel.  801-524-3408

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October 2023, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

*/s/ Troy Flake*
Troy Flake