**Appendix A**

| # | Citation | Judicial Notice Standard |
|---|---|---|
| **SEC ACTIONS, GUIDANCE, AND STATEMENTS OF COMMISSIONERS** | | |
| 1-A | Complaint, *SEC v. Binance Holdings Ltd.*, Case 1:23-cv-01599, Dkt. #1 (June 5, 2023) | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-B | Michael S. Piwowar, Acting Chairman, SEC, Remarks at the "SEC Speaks" Conference 2017: *Remembering the Forgotten Investor* (Feb. 24, 2017), available at: https://tinyurl.com/398ep6n2. | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-C | Report of Investigation Pursuant to Section 21(a) of the Securities Exchange Act of 1934: The DAO (the "DAO Report"). Release No. 81207, 117 S.E.C. Docket 745, 2017 WL 7184670 (July 25, 2017). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-D | Mary Jo White, Chair, SEC, Keynote Address at the SEC-Rock Center on Corporate Governance Silicon Valley Initiative (March 31, 2016), *available at:* https://tinyurl.com/yz55b5mm. | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v.* |

| # | Citation | Judicial Notice Standard |
|---|---|---|
| | | *Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-E | William Hinman, SEC Dir. Div. of Corp. Fin., *Digital Asset Transactions: When Howey Met Gary (Plastic)* (June 14, 2018) *available at* https://tinyurl.com/9k6hbh3m. | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-F | Letter from Div. Corp. Fin., SEC to Coinbase Global, Inc. (Dec. 7, 2020), *available at* https://tinyurl.com/3n36pxnb | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-G | Coinbase Global, Inc. Wells Submission, *In the Matter of Coinbase, Inc.*, File No. HO-14315 (April 19, 2023) *available at* https://tinyurl.com/22ztu9sc  (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-H | SEC FinHub, Framework for 'Investment Contract' Analysis of Digital Assets (Apr. 3, 2019), *available at* https://tinyurl.com/9dtb3ztd | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v.* |

| # | Citation | Judicial Notice Standard |
|---|---|---|
| | | *Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-I | Guidelines as to the Applicability of the Federal Securities Laws to Offers and Sales of Condominiums or Units in a Real Estate Development, S.E.C. Release No. 33–5347, 38 Fed.Reg. 1735, 1973 WL 158443, at *1 (Jan. 4, 1973). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-J | Peirce, Hester, Commissioner, *Through the Looking Glass : Conflicts of Interest Associated with the Use of Predictive Data Analytics by Broker-Dealers and Investment Advisers Proposal* (July 26, 2023), *available at* https://tinyurl.com/5n8dkzd9 | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-K | Peirce, Hester, Commissioner, *Kraken Down: Statement on SEC v. Payward Ventures, Inc., et al.,* (Feb. 9, 2023) *available at* https://tinyurl.com/2xzdtjcw (last visited Oct. 5, 2023) ("Using enforcement actions to tell people what the law is in an emerging industry is not an efficient or fair way of regulating."). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 1-L | Peirce, Hester, Commissioner, *Paper, Plastic, Peer-to-Peer* (Mar. 15, 2021) available at https://tinyurl.com/5n8an6d7 (last visited Oct. 5, 2023) | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v.* |

| # | Citation | Judicial Notice Standard |
|---|---|---|
|  |  | *Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| **CONGRESSIONAL RECORDS** | | |
| 2-A | "Game Stopped? Who Wins and Loses When Short Sellers, Social Media, and Retail Investors Collide, Part III." H. Financial Service Committee, 116th Cong. (2021) available at https://tinyurl.com/5bz5c3z2 (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 2-B | Lummis-Gillibrand Responsible Financial Innovation Act, S. 2281, 118th Cong. (2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 2-C | Financial Innovation and Technology for the 21st Century Act, H.R. 4746, 118th Cong. (2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 2-D | Oversight of the Securities and Exchange Commission, H. Financial Service Committee, 118th Cong. (2023); relevant testimony available at https://tinyurl.com/yv9z6cuf (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v.* |

| # | Citation | Judicial Notice Standard |
|---|---|---|
| | | *Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 2-E | The Future of Digital Assets: Providing Clarity for Digital Asset Spot Markets, H. Comm. On Agriculture, 118th Cong. (2023), Committee Chair Glenn "GT" Thompson ("Regulation by enforcement is not an appropriate way to govern a market, adequately protect customers, or promote innovation."). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 2-F | Warren, Elizabeth, *et al*., Letter to Janet Yellen and Daniel Werfel, Aug. 1, 2023, available at https://tinyurl.com/3z6ar4tz (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| **DEBT BOX WEBSITE DOCUMENTS** | | |
| 3-A | DEBT Box Website, *available at* https://tinyurl.com/45jwbaz3 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 2. |
| 3-B | DEBT Box Terms and Conditions, *available at* https://tinyurl.com/2d2cc8pe (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶¶ 2, 48. |
| 3-C | DEBT Token Lite Paper, *available at* https://tinyurl.com/bd6cd7z5 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-D | BLGD Token Lite Paper, *available at* https://tinyurl.com/6k9c8snj (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-E | GROW Token Lite Paper, *available at* https://tinyurl.com/yeyvvpus (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-F | NATG Token Lite Paper, *available at* https://tinyurl.com/bdf5xm7t (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |

| # | Citation | Judicial Notice Standard |
|---|---|---|
| 3-G | XLPR Token Lite Paper, *available at* https://tinyurl.com/49a7aytp (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-H | DLG Token Lite Paper, *available at* https://tinyurl.com/2s4kxkc4 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-I | ALUM Token Lite Paper, *available at* https://tinyurl.com/4neck66n (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-J | BEV Token Lite Paper, *available at* https://tinyurl.com/ms26mk98 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-K | BLOX Token Lite Paper, *available at* https://tinyurl.com/ywy5xr3a (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-L | DRIP Token Lite Paper, *available at* https://tinyurl.com/4dpthzy4 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-M | DCM Token Lite Paper, *available at* https://tinyurl.com/55m4mehb (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 48. |
| 3-N | @TheDebtBox, X Aug. 3, 2023, https://tinyurl.com/2mud2xb5 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶ 47. |
| 3-O | The DEBT Box, D.E.B.T.: The Future of Blockchain Mining, Medium, *available at* https://tinyurl.com/4medww8s (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶¶ 43-45, 65-67 |
| **OTHER FACTS NOT SUBJECT TO REASONABLE DISPUTE** | | |
| 4-A | *BEP-20*, Binance Academy, https://tinyurl.com/42ps8745 (last visited Oct. 5, 2023). | Incorporated by Reference in Complaint, ¶¶ 43-45; Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-B | *Cryptocurrency Litigation and Regulation Tracker*, MorrisonCohen LLP, https://tinyurl.com/yc272ane (last updated Sept. 18, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |

91410070.1

| # | Citation | Judicial Notice Standard |
|---|---|---|
| 4-C | *SEC Cryptocurrency Enforcement; 2022 Update*, Cornerstone Research, *available at* https://tinyurl.com/y7wvchph (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-D | Welsh, Michael, et. al., *Alert: SEC v. Telegram: Key Takeaways and Implications*, J.D. Supra, https://tinyurl.com/4nz8wd7s (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-E | Cirrone, James, *Former SEC Chair Jay Clayton Takes Aim At Regulation By Enforcement*, Blockworks, https://tinyurl.com/4uz8f79b (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-F | De, Nikhilesh, *SEC Chair Gensler Declines to Say if Ether Is a Security in Contentious Congressional Hearing*, CoinDesk, https://tinyurl.com/2p9en4a5 (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-G | Gensler, Gary, *Secondary Markets & Crypto-Exchanges Presentation*, MIT 15.S12 Blockchain and Money, Fall 2018, available at https://tinyurl.com/ymfd8mrc (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b), *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web."). |
| 4-H | *CFTC v. Changpeng Zhao, et al.*, Complaint, Case: 1:23-cv-01887, Dkt. # 1 (March 27, 2023) | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter |

91410070.1

| # | Citation | Judicial Notice Standard |
|---|---|---|
| | | of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |
| 4-J | Strack, Ben, *US Losing Ground on Blockchain Developer Share: Study*, Blockworks, https://tinyurl.com/5n953m3v (last visited Oct. 5, 2023). | Fed. R. Evid. 201(b)(2), *Van Woudenberg v. Gibson*, 211 F.3d 560, 568 (10th Cir. 2000) ("[T]he court is permitted to take judicial notice of its own files and records, as well as facts which are a matter of public record."), *abrogated on other grounds by McGregor v. Gibson*, 248 F.3d 946, 955 (10th Cir. 2001). |

91410070.1