Paul T. Moxley (Utah Bar #2342)
Kathryn Tunacik Smith (Utah Bar #13363)
**COHNE KINGHORN,** *A Professional Corporation*
111 East Broadway, 11th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 363-4300
*Attorneys for Calmes & Co, Inc. and Calmfritz Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZCHE, an individual,<br><br>　　　　　　　Defendants, | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00482 |

{00479170.DOCX /}

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming Limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah Limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah Limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>           Relief Defendants. | |

Paul T. Moxley and Kathryn Tunacik Smith, of the law firm of Cohne Kinghorn, P.C., hereby enter their appearance as counsel for Calmes & Co, Inc. and Calmfritz Holdings, LLC in the above-captioned matter, and request that copies of all notices, pleadings and orders be served upon the undersigned at 111 East Broadway, 11th Floor, Salt Lake City, UT 84111, (801) 363-4300, email: pmoxley@ck.law and ksmith@ck.law.

DATED this 6th day of October, 2023.

                                                COHNE KINGHORN
                                                A Professional Corporation

                                                By: *Kathryn Tunacik Smith*
                                                      Paul T. Moxley
                                                      Kathryn Tunacik Smith
                                                      *Attorneys for Calmes & Co, Inc.*
                                                      *and Calmfritz Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2023, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed with the Clerk of the Court by using the electronic filing system, which will send a notice of electronic filing to the attorneys of record in this case:

/s/ *Kathryn Tunacik Smith*