# **EXHIBIT A**

| | |
|---|---|
| **From:** | ayarm |
| **Sent:** | Thursday, October 12, 2023 3:23 PM |
| **To:** | Magee, Jessica B (DFW - X61375); dross; jgottlieb; Brooks, Jeffrey D.; Mascianica, Scott (DAL - X62106) |
| **Subject:** | RE: SEC v. DLI, et al. |

*[External email]*

Please also have the DEBT Box Receiver website (Debt Box Receiver | Holland & Knight (hklaw.com)) taken down as soon as possible. Thanks.

**Alexander R. Yarm**
T: 212.735.8734 | F: 917.522.3134
ayarm@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** Yarm, Alexander R.
**Sent:** Thursday, October 12, 2023 3:12 PM
**To:** 'Magee, Jessica B (DFW - X61375)' <Jessica.Magee@hklaw.com>; Ross, David E. <dross@morrisoncohen.com>; Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Brooks, Jeffrey D. <jbrooks@morrisoncohen.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Subject:** RE: SEC v. DLI, et al.

Jessica:

In accordance with the Court's October 6 Minute Order (Dkt. 187), please find attached defendants' proposed transition plan/order. Let us know if you have any comments or would like to schedule a meet and confer once you've had a chance to review. Thanks.

**Alexander R. Yarm**
T: 212.735.8734 | F: 917.522.3134
ayarm@morrisoncohen.com
vCard| Bio| LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>
**Sent:** Friday, October 6, 2023 5:00 PM
**To:** Ross, David E. <dross@morrisoncohen.com>; Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Brooks, Jeffrey D. <jbrooks@morrisoncohen.com>; Yarm, Alexander R. <ayarm@morrisoncohen.com>; Mascianica, Scott (DAL - X62106)

1

<Scott.Mascianica@hklaw.com>
**Subject:** RE: SEC v. DLI, et al.

**CAUTION:** External sender. Verify before continuing.

Free now if you are—I am at 214.969.1375.

**From:** Ross, David E. <dross@morrisoncohen.com>
**Sent:** Friday, October 6, 2023 3:59 PM
**To:** Magee, Jessica B (DFW - X61375) <Jessica.Magee@hklaw.com>; jgottlieb <jgottlieb@morrisoncohen.com>; Brooks, Jeffrey D. <jbrooks@morrisoncohen.com>; ayarm <ayarm@morrisoncohen.com>; Mascianica, Scott (DAL - X62106) <Scott.Mascianica@hklaw.com>
**Subject:** RE: SEC v. DLI, et al.

*[External email]*
Jessica,
We can get on a call. What time?

This should be pretty simple. We want all of the assets returned immediately and a full report of everything that you have done.


**David E. Ross**
*Partner*
T: 212.735.8841 | F: 917.522.9941

dross@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**

909 Third Avenue

27th Floor

New York, NY 10022

www.morrisoncohen.com


-------- Original message --------
From: "Magee, Jessica B (DFW - X61375)" <Jessica.Magee@hklaw.com>
Date: 10/6/23 4:40 PM (GMT-05:00)
To: "Gottlieb, Jason" <jgottlieb@morrisoncohen.com>, "Ross, David E." <dross@morrisoncohen.com>, "Brooks, Jeffrey D." <jbrooks@morrisoncohen.com>, "Yarm, Alexander R." <ayarm@morrisoncohen.com>, "Mascianica, Scott (DAL - X62106)" <Scott.Mascianica@hklaw.com>
Subject: SEC v. DLI, et al.

2

**CAUTION:** External sender. Verify before continuing.

Jason, David, and Team,

I would like to make you aware of two near-term events scheduled for Monday and Tuesday—can you meet by video or phone briefly this afternoon?

Thanks,

JM

**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.