# **EXHIBIT C**

| | |
|---|---|
| **From:** | Magee, Jessica B (DFW - X61375) |
| **Sent:** | Friday, October 13, 2023 6:47 PM |
| **To:** | ayarm; Brooks, Jeffrey D.; dross; jgottlieb |
| **Cc:** | Mascianica, Scott (DAL - X62106) |
| **Subject:** | SEC v. DLI, et al. |
| **Attachments:** | Schedule of Digital Assets to Be Returned to Defendants.pdf; SEC v. DLI et al., Receiver's Revised Proposed Transition Order as of 2023.10.13.docx |

Alex,

Thank you for sending the proposed transition order/plan. I'm attaching two documents: (i) a revised proposed transition order/plan; and (ii) a schedule of digital assets received from—and to be returned to—the Morrison Cohen parties.

The revised proposed order/plan, attached as a clean document, rearranges and restructures some of the existing provisions and adds others, and we believe hews to what you all proposed, what we discussed with David last Friday shortly after the hearing, and the terms of the existing Temporary Receivership Order. Please note that the Receiver has received somewhat conflicting instructions from your clients and Dentons regarding the handling of produced legal files, which I can walk you through.

The attached digital assets schedule itemizes what the Receiver received and is prepared to return once you identify recipient addresses.

We are available to meet and confer tomorrow between 7:00am and 10:00am Central / 8:00am and 11:00am Eastern. We believe it will be productive to confer on the attachments, to the extent there are any questions or concerns, and also so that we can provide another update on steps we continue taking to wind down, conclude, and close the Receivership. Please let me know what times work in that window and I will circulate a calendar invite and Zoom link.

Best,
JM

**Jessica Magee** | **Holland & Knight**
Partner
Holland & Knight LLP
One Arts Plaza, 1722 Routh Street, Suite 1500 | Dallas, Texas 75201
Phone 214.969.1375 | Mobile 214.458.4761
jessica.magee@hklaw.com | www.hklaw.com

Add to address book | View professional biography