Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an | **DEFENDANTS DIGITAL LICENSING INC., JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE LLC, AND UIU HOLDINGS, LLC'S STATUS REPORT REGARDING TRANSITION, WIND DOWN, AND CONCLUSION OF THE RECEIVERSHIP**<br><br>Case No. 2:23-cv-00482-RJS<br>Chief Judge Robert J. Shelby |

individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;

    Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

    Relief Defendants.

Defendants Digital Licensing Inc. ("DLI"), Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC ("Morrison Cohen Parties"), by and through their counsel, Morrison Cohen LLP ("Morrison Cohen"), file this Status Report Regarding Transition, Wind Down, and Conclusion of the Receivership ("Report") summarizing actions undertaken since the Court's October 6, 2023 Order dissolving the

Temporary Restraining Order ("TRO") and, consequently, determining that the Receivership should not continue ("October 6 Order") [ECF No. 187].

Immediately after the Court issued the October 6 Order, the Morrison Cohen Parties and the Receiver discussed the Receiver transitioning control over DLI and providing information to the Morrison Cohen Parties during the transition period.

In accordance with the October 6 Order, Morrison Cohen met and conferred with other defense counsel and, on October 12, delivered a proposed Transition Plan to the Receiver and invited the Receiver to review, comment, and meet and confer (ECF Doc No. 198, Exhibits A-B).

The Receiver responded to the Morrison Cohen Parties in the early evening on October 13, providing a revised proposed Transition Plan and advising that the Receiver was available to meet and confer during the morning on Saturday, October 14 (ECF Doc No. 198, Exhibit C). The meet and confer times proposed by the Receiver did not give the Morrison Cohen Parties enough time to evaluate the revised proposed Transition Plan delivered by the Receiver the night before.

On October 16, at the request of the Morrison Cohen Parties, the Morrison Cohen Parties and the Receiver met and conferred concerning the Receiver's revised proposed Transition Plan. While some progress was made towards a joint Transition Plan, the Morrison Cohen Parties continue to review certain unresolved issues and expect to provide the Receiver with further comments on the proposed Transition Plan by October 18 and request another meet and confer.

The Morrison Cohen Parties will continue to comply with the October 6 Order and will keep the Court apprised of all developments with respect to the proposed Transition Plan.

Respectfully submitted,

**KUNZLER BEAN & ADAMSON, PC**
Matthew R. Lewis
Taylor J. Smith

**MORRISON COHEN LLP**

/s/ David E. Ross
Jason P. Gottlieb (admitted pro hac vice)
David E. Ross (admitted pro hac vice)
Jeffrey D. Brooks (admitted pro hac vice)

Alexander R. Yarm (admitted pro hac vice)

*Attorneys for Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*