Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an | **[PROPOSED] ORDER REGARDING TRANSITION FROM TEMPORARY RECEIVER JOSIAS N. DEWEY TO DEFENDANTS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

#12480535v5\031376\0001

individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;

 Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

 Relief Defendants.

This matter came before the Court upon certain Defendants' and Relief Defendants' Motions, *inter alia*, to Dissolve the Temporary Restraining Order [Dkt. 132, 145, 159].

For the reasons stated on the record at the Motion Hearing held on October 6, 2023, the Court, pursuant to its October 6, 2023 Order ("October 6 Order") [Dkt. 187], *inter alia* (a) granted the Motions to Dissolve [Dkt. 132, 145, 159] and dissolved the Temporary Restraining Order [Dkt. 165]; (b) denied as moot the Motion to Appoint a New Receiver [Dkt. 132]; (c) concluded, because there is no Temporary Restraining Order in place, the Receivership should not continue beyond a

#12480535v5\031376\0001

transition period and, accordingly, denied as moot the SEC's and the Receiver's Motions to Clarify the Receivership Order [Dkt. 125, 144] and the Receiver's Motion for Contempt and Sanctions [Dkt. 138]; and (d) directed Morrison Cohen LLP ("Morrison Cohen"), counsel for certain Defendants and Relief Defendants,[1] to meet and confer with other Defense counsel to coordinate a transition plan with respect to the Receivership, to serve that plan on the Receiver, and to meet and confer with the Receiver.

In accordance with the October 6 Order, Morrison Cohen met and conferred with other Defense counsel, served a proposed transition order on the Receiver, through his counsel Holland & Knight, LLP ("H&K"), met and conferred with H&K on numerous occasions concerning the transition and termination of the Receivership, and submitted two status reports to the Court concerning the same [Dkt. 200 and 202].

The Morrison Cohen Parties and the Receiver having been unable to reach an agreement concerning the transition and termination of the Receivership,

IT IS HEREBY ORDERED that:

A. On or before November __, 2023, the Receiver shall return to Defendants Roydon B. Nelson and Schad E. Brannon all and full control over DLI, including all other entities the Receiver alleging were "subsidiaries or affiliates" of DLI or otherwise purported to act for DLI in connection with the Receivership;

B. On or before November __, 2023, the Receiver shall turnover all information, documents and communications, whether internal or external, including text messages,

---

[1] Morrison Cohen represents Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon ("Brannon"), and Roydon B. Nelson ("Nelson") and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC ("Morrison Cohen Parties").

emails and notes from witness interviews, that the Receiver obtained, generated or took possession, custody or control of in connection with the Receivership. Also on or before November __, 2023, the Receiver shall provide a detailed privilege log listing each purportedly attorney-client privileged communication or attorney work product document created or communicated by, between, or among any of the Receiver and his agents and retained professionals or any other purportedly-protected communications or documents that the Receiver contends are not subject to disclosure in connection with the transition and termination of the Receivership.

C. On or before November __, 2023, the Receiver shall provide an itemized report and complete accounting to the Morrison Cohen Parties setting forth in detail all actions taken by the Receiver or his agents during the Receivership, including, but not limited to:

   i. All assets, documents, email accounts, bank accounts, account login credentials, digital asset wallets or accounts, financial information or other property or information the Receiver or his agents obtained or took possession, custody or control of in connection with the Receivership.

   ii. All parties, counsel, witnesses, service providers, vendors, governmental agencies and law enforcement authorities, and professionals the Receiver or his agents retained, interviewed or communicated with in connection with the Receivership.

   iii. All subpoenas and requests for information or documents issued by the Receiver or his agents in connection with the Receivership.

#12480535v5\031376\0001

      iv.    All fees, expenses or other amounts the Receiver incurred in connection with the Receivership or otherwise seeks payment or reimbursement for in this action, including substantiating documentation such as invoices, payment requisitions or documents of similar import.

   D.   On or before November __, 2023, the Receiver shall submit an application to the Court, on notice to all parties, to the extent the Receiver seeks (i) payment or reimbursement for any fees, expenses or other amounts the Receiver incurred in connection with the Receivership, or (ii) a release from any claims, damages or liabilities in connection with the Receivership that he believes appropriate. Defendants may respond to such application, as appropriate.

IT IS HEREBY FURTHER ORDERED that, due to the Court's dissolution of the TRO, all Orders stipulated to by any of the Defendants and the SEC in connection with the Temporary Restraining Order are moot and hereby dissolved, including the following:

    a.   Temporary Order Regarding Living Expenses for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon and Roydon B. Nelson [Dkt. 120];

    b.   Temporary Order Regarding Defendant Travis Flaherty's Living Expenses for Defendant Travis Flaherty [Dkt. 113];

    c.   Temporary Order Regarding Defendants Joseph A. Martinez and iX Global, LLC Living Expenses for Defendants Joseph A. Martinez and iX Global LLC [Dkt. 129]; and

      d.  Stipulated Order Regarding Living Expenses for Defendant Matthew Fritzsche [Dkt. 156].

IT IS SO ORDERED this ___th day of November 2023 at _____.

_____
HON. ROBERT J. SHELBY
United States Chief District Judge

#12480535v5\031376\0001