| | |
|---|---|
| **From:** | Welsh, Michael |
| **To:** | Flake, Troy |
| **Cc:** | Fronk, Casey |
| **Subject:** | FW: SEC v. Digital Licensing, Inc. et al. |
| **Date:** | Friday, November 3, 2023 2:59:05 PM |
| **Attachments:** | 1 - Complaint 7.26.23 (Unsealed).pdf |
| | 15 - Notice of Unsealing Civil Case 8.2.23.pdf |
| | Franklin, James E. Waiver of Service Form 08.04.2023.pdf |
| | image004.png |
| | image005.png |
| | image001.png |
| | image003.png |

**Michael E. Welsh**
Trial Attorney
Salt Lake Regional Office

**OFFICE**   +1 801 524 3422
**MOBILE**   +1 385 259 9477

welshmi@sec.gov



**From:** Welsh, Michael
**Sent:** Friday, August 4, 2023 3:31 PM
**To:** Prosser, Sean <STProsser@mintz.com>
**Cc:** Fronk, Casey <FronkC@SEC.GOV>
**Subject:** SEC v. Digital Licensing, Inc. et al.

Sean:

Following up on our call.  I attach a copy of the Complaint (now unsealed).  Given the volume, the remaining filings will be sent via FTP (Accellion).

Please let us know if you are representing James Franklin and/or Western Oil in the above-captioned litigation, and whether you are willing to waive service as to Franklin.

Thank you,
Michael Welsh


**Michael E. Welsh**
Trial Attorney
Salt Lake Regional Office

**OFFICE**   +1 801 524 3422
**MOBILE**   +1 385 259 9477

welshmi@sec.gov

