**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
|     Plaintiff, | |
| vs. | |
| DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, | Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |
|     Defendants, | |
| ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, | |

2

INC., a Utah corporation; FLAHERTY
ENTERPRISES, LLC, an Arizona limited
liability company; IX VENTURES FZCO, a
United Arab Emirates company; PURDY
OIL, LLC, a Nebraska limited liability
company; THE GOLD COLLECTIVE LLC,
a Utah limited liability company; and UIU
HOLDINGS, LLC, a Delaware limited
liability company,

      Relief Defendants.

This matter comes before the Court on iX Global, LLC, Joseph A Martinez, and Travis Flaherty's Unopposed Motion to Extend Time to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss ("Unopposed Motion"). The Court, having considered the Unopposed Motion, and being duly advised in the premises and, good cause appearing, the Unopposed Motion is hereby granted. The deadline for the Defendants listed in the Court's September 15, 2023, Minute Entry [Dkt. No. 147] as "Defendants not represented by Morrison Cohen LLP" to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss is December 4, 2023.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

2