Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B.
Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold
Collective LLC; and UIU Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al., <br><br> Defendants, <br><br> ARCHER DRILLING, LLC, a Wyoming limited liability company, et al., <br><br> Relief Defendants. | **DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE LLC, AND UIU HOLDINGS, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Case No. 2:23-cv-00482-RJS <br><br> Chief Judge Robert J. Shelby |

Pursuant to DUCivR 7-1(a)(2)(A) and (G), Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC (collectively, the "Morrison Cohen Defendants"), by and through undersigned counsel, hereby move the Court to extend the date by which they must Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. The Morrison Cohen Defendants specifically request an additional week, until December 4, 2023, to file their Reply to Plaintiff's Opposition. There is good cause for the additional week requested because of the length and complexity of Plaintiff's Opposition and the upcoming Thanksgiving holiday. The requested extension is also consistent with the extension already requested by the other defendants in this action. [Dkt. 209] Counsel for Plaintiff has consented to the extension request.

Based on the foregoing, the Morrison Cohen Defendants respectfully request the deadline to Reply to Plaintiff's Opposition to Defendant' Motion to Dismiss be extended to December 4, 2023

DATED: November 22, 2023

**KUNZLER BEAN & ADAMSON, PC**

/s/ Matthew R. Lewis
Matthew R. Lewis
Taylor J. Smith

**MORRISON COHEN LLP**

Jason P. Gottlieb (admitted pro hac vice)
David E. Ross (admitted pro hac vice)
Alexander R. Yarm (admitted pro hac vice)

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 22nd day of November, 2023, I caused a true and correct copy of the foregoing **DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE, LLC, AND UIU HOLDINGS, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on all parties.

*/s/ Michelle Hansen*
Michelle Hansen