# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>Relief Defendants. | **ORDER GRANTING DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTION, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE, LLC, AND UIU HOLDINGS, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

Now before the Court is Defendants' Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective, LLC, and UIU Holdings, LLC's (collectively, the "Morrison Cohen Defendants") Unopposed Motion to Extend Time to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss ("Unopposed Motion"). The Court, having considered the Unopposed Motion and for good cause appearing, hereby GRANTS the Motion and ORDERS that the Morrison Cohen Defendants shall have until December 4, 2023 to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

SO ORDERED.

DATED: November ___, 2023.

                                               BY THE COURT:

                                               _____
                                               ROBERT J. SHELBY
                                               United States Chief District Judge