## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>       Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; <br><br>       Defendants, <br><br> ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, | **ORDER GRANTING MOTIONS TO EXTEND TIME** <br><br> Case No. 2:23-cv-00482-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br><br> Chief Magistrate Judge Dustin B. Pead |

LLC, a Utah limited liability company;
CALMES & CO, INC., a Utah corporation;
FLAHERTY ENTERPRISES, LLC, an
Arizona limited liability company; IX
VENTURES FZCO, a United Arab
Emirates company; PURDY OIL, LLC, a
Nebraska limited liability company; THE
GOLD COLLECTIVE LLC,
a Utah limited liability company; and UIU
HOLDINGS, LLC, a Delaware limited
liability company,

      Relief Defendants.

Now before the court are two unopposed Motions to Extend Time to Reply to Plaintiff's

Opposition to Defendants' Motions to Dismiss.[1]  Having considered the unopposed Motions and

for good cause appearing, the court GRANTS the Motions.  Defendants' Replies in support of

their Motions to Dismiss are due on or before December 4, 2023.

      SO ORDERED this 22nd day of November 2023.

                    BY THE COURT:

                    _____
                    ROBERT J. SHELBY
                    United States Chief District Judge

---

[1] ECF 209; ECF 210.