Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming Corporation, et al.;<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.;<br><br>    Relief Defendants. | **DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE LLC, AND UIU HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

ORAL ARGUMENT REQUESTED

Case No. 2:23-cv-00482-RJS-DBP

Chief Judge Robert J. Shelby
Magistrate Judge Dustin B. Pead

Pursuant to DUCivR 7-1(a)(6), Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson, (collectively, the "Defendants"), and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC (collectively, the "Relief Defendants"), by and through undersigned counsel, hereby submit this Motion for Leave to File Overlength Reply Memorandum. For good cause shown herein, this motion should be granted.

## BACKGROUND

In responding to Defendants and Relief Defendants' Motion to Dismiss (ECF No. 197), the SEC filed an opposition (ECF No. 206) that surpassed the default limit by 15 pages (*see also* ECF No. 204). Defendants and Relief Defendants now seek to fully respond to the Opposition by filing a reply that surpasses the default page limit by just 3 pages.

## ARGUMENT

Under DUCivR 7-1(a)(6), the Court may authorize an overlength reply so long as the parties move the Court before filing the proposed reply, state the number of additional pages needed, and state the good cause that justifies the additional length. Defendants and Relief Defendants seek an additional 3 pages (for a reply memorandum totaling thirteen pages) in order to respond to an Opposition a full 15 pages over the default limit. Given the court's allowance of

that overlength brief, the complex legal issues addressed herein, and the breadth of the necessary reply, this motion satisfies those requirements, and as such the motion should be granted.

## CONCLUSION

For the foregoing reasons, this motion should be granted.

DATED: December 4, 2023

Respectfully submitted,

**KUNZLER BEAN & ADAMSON, PC**

*/s/ Taylor J. Smith*
Matthew R. Lewis
Taylor J. Smith

**MORRISON COHEN LLP**

Jason P. Gottlieb (admitted pro hac vice)
David E. Ross (admitted pro hac vice)
Alexander R. Yarm (admitted pro hac vice)

*Attorneys for Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that on this 4th day of December, 2023, I caused a true and correct copy of the foregoing **DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE, LLC, AND UIU HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on all parties.

                */s/ Michelle Hansen*
                Michelle Hansen