# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming Corporation, et al.;<br><br>　　Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.;<br><br>　　Relief Defendants. | **ORDER GRANTING DEFENDANTS JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTION, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE, LLC, AND UIU HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Now before the court is Defendants' Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective, LLC, and UIU Holdings, LLC's Motion for Leave to File Overlength Reply Memorandum in the above captioned matter. For the reasons set forth in the motion and good cause appearing, the court GRANTS the Motion and ORDERS that the Defendants and Relief Defendants listed above shall have three (3) additional pages, for a Reply Memorandum consisting of a total of thirteen (13) pages.

SO ORDERED this _____ day of December, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge