IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming Corporation, et al.;<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.;<br><br>    Relief Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Now before the court is Defendants' Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson and Relief Defendants' Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective, LLC, and UIU Holdings, LLC's Motion for Leave to File Overlength Reply Memorandum.[1]  Having considered the Motion and for good cause appearing, the court GRANTS the Motion and ORDERS that the Defendants and Relief Defendants listed above may file a Reply Memorandum consisting of up to 13 pages.[2]

SO ORDERED this 4th day of December 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 216.

[2] *See* DUCivR 7-1(a)(5) (Sections Applicable to Page or Word Limits and Certification Requirement).