Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Katherine E. Pepin (#16925)
**CLYDE SNOW & SESSIONS**
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111-2216
Telephone/Facsimile: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
kep@clydesnow.com

*Attorneys for Defendants Benjamin F. Daniels,*
*Mark W. Schuler, Alton O. Parker, B & B*
*Investment Group, LLC, and BW Holdings,*
*LLC d/b/a the "FAIR Project"*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | **DEFENDANTS BENJAMIN F. DANIELS, MARK W. SCHULER, ALTON O. PARKER, B&B INVESTMENT GROUP, LLC, AND BW HOLDINGS LLC'S JOINDER IN DEFENDANTS IX GLOBAL, LLC, JOSEPH A. MARTINEZ, AND TRAVIS FLAHERTY'S REPLY IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS** |
| DIGITAL LICENSING, INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah | Case No. 2:23-cv-00482-RJS Chief Judge Robert J. Shelby |

limited liability company; BRENDAN J.
STANGIS, an individual; and MATTHEW D.
FRITZSCHE, an individual,

       Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability company; BUSINESS
FUNDING SOLUTIONS, LLC, a Utah limited
liability company; BLOX LENDING, LLC, a
Utah limited liability company; CALMFRITZ
HOLDING, LLC, a Utah limited liability
company; CALMES & CO, INC., a Utah
corporation; FLAHERTY ENTERPRISES,
LLC, an Arizona limited liability company; IX
VENTURES FZCO, a United Arab Emirates
company; PURDY OIL, LLC, a Nebraska
limited liability company; THE GOLD
COLLECTIVE LLC, a Utah limited liability
company; and UIU HOLDINGS, LLC, a
Delaware limited liability company,

       Relief Defendants.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and DUCivR 7-1(a)(7),

Defendants Benjamin F. Daniels, Mark W. Schuler, Alton O. Parker, B&B Investment Group,

LLC, and BW Holdings, LLC (collectively, the "**FAIR Project Defendants**") hereby join in

Defendants IX Global, LLC, Joseph A. Martinez, and Travis Flaherty's (the "**iX Global**

**Defendants**") Reply in Support of Rule 12(b)(6) Motion to Dismiss[1] and respectfully request

that the Court dismiss the Complaint filed by Plaintiff Securities and Exchange Commission for

failure to state a claim upon which relief can be granted for the reasons stated therein.

---

[1] *See* Doc. [219].

DATED this 4th day of December 2023.

CLYDE SNOW & SESSIONS

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Katherine E. Pepin

*Attorneys for Defendants Benjamin F. Daniels,*
*Mark W. Schuler, Alton O. Parker, B & B*
*Investment Group, LLC, and BW Holdings, LLC*
*d/b/a the "FAIR Project"*

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of December 2023, I caused a true and correct copy of the

foregoing document to be sent to all attorneys of record via the court's e-filing system.

CLYDE SNOW & SESSIONS

*/s/ Kelcie Kinsley*