Adam L. Grundvig (12106)
KESLER & RUST
68 South Main Street, Suite 200
Salt Lake City, Utah 84101
Telephone: (801) 532-8000
agrundvig@keslerrust.com
*Attorneys for Matthew Fritzsche*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN B OWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON 0. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>Defendants, | **MATTHEW FRITZSCHE'S REPLY IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS**<br><br>Chief Judge Robert J. Shelby<br><br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>          Relief Defendants. | |

Under Federal Rule of Civil Procedure 12(b)(6) and DUCivR 7-1(a)(7), defendant Matthew Fritzsche submits this reply brief in support of his Motion to Dismiss ("Fritzsche MTD") and incorporates by reference the arguments by defendants iX Global, Joseph A. Martinez, and Travis Flaherty (the "iX Global Defendants") in their Reply in Support of Rule 12 (b)(6) Motion to Dismiss ("iX Global Reply", Dkt. 219).

## **CONCLUSION**

Based on the foregoing and on the factual and legal positions set forth in the incorporated motions to dismiss, this Court should dismiss plaintiff's complaint.

Dated this 5th day of December 2023.

        KESLER & RUST

        /s/ Adam L. Grundvig

        Adam L. Grundvig
        *Attorneys for Matthew Fritzsche*

## **CERTIFICATE OF SERVICE**

I certify that I caused to be delivered through CM/ECF filing a true and correct copy of the foregoing **MATTHEW FRITZSCHE'S REPLY IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS** on December 5, 2023 to all counsel of record.

        /s/ Cindee Elmer