Elizabeth McFadden (D.C. Bar No. 436076)
mcfaddene@sec.gov
Melinda Hardy (D.C. Bar No. 431906)
hardym@sec.gov
Michael S. Bailey (D.C. Bar No. 983676)
baileym@sec.gov
Office of the General Counsel
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-9612
Tel: (202) 551-5100
*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. | Case No.: 2:23-cv-00482-RJS<br><br>**NOTICE OF APPEARANCE OF ELIZABETH MCFADDEN AS COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

| |
|---|
| STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, |
| Defendants, |
| ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is hereby given that Elizabeth McFadden (D.C. Bar No. 436076) enters her appearance as counsel for Plaintiff Securities and Exchange Commission in the above-captioned matter. Ms. McFadden's contact information is listed below. Ms. McFadden is aware of and will ensure that the Commission complies with all pending deadlines in the matter.

Dated: December 7, 2023          Respectfully submitted,

/s/ *Elizabeth McFadden*
Elizabeth McFadden
Deputy General Counsel
Office of the General Counsel
Securities and Exchange Commission
100 F Street, NE

2

Washington, DC 20549
Email: mcfaddene@sec.gov
Telephone: (202) 551-6813

*Attorney for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2023, I caused the foregoing to be served to all parties entitled to service through the Court's ECF system.

/s/ *Elizabeth McFadden*
Elizabeth McFadden

*Attorney for Plaintiff Securities and Exchange Commission*