IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, <br><br> Defendants, <br><br> ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited | Case No.: 2:23-cv-00482-RJS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO THE COURT'S NOVEMBER 30, 2023 ORDER TO SHOW CAUSE** <br><br> Chief Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

        Relief Defendants.

Before the Court is Plaintiff Securities and Exchange Commission's ("Commission") Unopposed Motion for Extension of Time to File Its Response to the Court's November 30, 2023 Order to Show Cause ("Motion") in the above-captioned matter. For the reasons set forth in the Motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Commission shall have an additional seven days, from December 14, 2023 to December 21, 2023, to file its response to the Court's November 30, 2023 Order to Show Cause.

DATED this _____ day of _____ 2023.

                                              _____
                                              ROBERT J. SHELBY
                                              United States Chief District Judge