Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Digital Licensing Inc. (d/b/a "DEBT Box", Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al., <br><br> Defendants, <br><br> ARCHER DRILLING, LLC, a Wyoming limited liability company, et al., <br><br> Relief Defendants. | **MOTION FOR *PRO HAC VICE* ADMISSION OF RICHARD HONG** <br><br> Case No. 2:23-cv-00482-RJS-DBP <br><br> Judge Robert J. Shelby <br> Magistrate Judge Dustin B. Pead |

I, Matthew R. Lewis, of the law firm Kunzler Bean & Adamson, PC, hereby move for the *pro hac vice* admission of Richard Hong ("Applicant") as counsel for Defendants Digital Licensing Inc. (d/b/a "DEBT Box"),Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson (collectively, the "Defendants"), as well as Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC (collectively, the "Relief Defendants") in the above-referenced matter, and I consent to serve as local counsel. The Application is attached hereto as Exhibit A; the proposed Order has been submitted herewith; and the admission fee will be paid to the Court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted to *pro hac vice* in any case in this district in the previous 5 years.

DATED this 12th day of December, 2023.

**KUNZLER BEAN & ADAMSON, PC**

/s/ Matthew R. Lewis
Matthew R. Lewis
Taylor J. Smith

*Attorneys for Defendants Digital Licensing Inc. (d/b/a "DEBT Box)," Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of December, 2023, I caused a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF RICHARD HONG** to be submitted for electronic filing through the Court's CM/ECF system and accordingly served on all parties.

*/s/ Michelle Hansen*
Michelle Hansen