# **<u>EXHIBIT A</u>**

## to Motion for *Pro Hac Vice* Admission of Richard Hong



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Matthew R. Lewis (7919) |
| Firm: | Kunzler Bean & Adamson, PC |
| Address: | 50 W. Broadway, 10th Floor, Salt Lake City, Utah 84101 |
| Telephone: | (801) 994-4646 |
| Email: | mlewis@kba.law |
| | |
| Pro Hac Vice Applicant: | Richard Hong |
| Firm: | Morrison Cohen LLP |
| Address: | 909 Third Avenue, 27th Floor, New York, New York 10022 |
| Telephone: | (212) 735-8856 |
| Email: | rhong@morrisoncohen.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 2503589 | September 1992 |
| New Jersey | 009741992 | June 1992 |
| United States District Court, SDNY | RH4939 | May 2008 |
| United States District Court, EDNY | RH4939 | May 2008 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_/s/ Richard Hong_  
Signature

_12/12/2023_  
Date

2