# IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>    Relief Defendants. | **MOTION FOR *PRO HAC VICE* ADMISSION OF RICHARD HONG**<br><br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Before the Court is Matthew R. Lewis' Motion for *Pro Hac Vice* Admission of Richard Hong. Based on the Motion and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this ___ day of December, 2023.

BY THE COURT:


_____
Judge Robert J. Shelby