IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>    Relief Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF RICHARD HONG**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

After reviewing the Motion for Pro Hac Vice Admission,[1] the court determines the applicant, Richard Hong, meets the pro hac vice admission requirements of DUCivR 83-1.1(c). Accordingly, the Motion for Pro Hac Vice Admission of Richard Hong in the United States District Court, District of Utah in the subject case is GRANTED.

SO ORDERED this 12th day of December 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 228.