Romaine C. Marshall (09654)
Jose A. Abarca (12762)
Jonathan E. Schmalfeld (admitted *pro hac vice*)
POLSINELLI PC
2825 E Cottonwood Pkwy, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 999-3504
rmarshall@polsinelli.com
jabarca@polsinelli.com
jschmalfeld@polsinelli.com

*Attorneys for Relief Defendant iX Ventures FCZO*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. | **DECLARATION OF JOSEPH A. MARTINEZ**<br><br>Chief Judge Robert J. Shelby<br>Case No. 2:23-cv-00482-RJS |

| | |
|---|---|
| STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>　　　Defendant.<br><br>ARCHER. DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　Relief Defendants. | |

I, Joseph A. Martinez, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am over twenty-one years of age and am a resident of the State of Utah.

2. I make this declaration in support of the Relief Defendant iX Ventures FCZO ("iX Ventures")'s Motion to Dismiss.

3. I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

4. iX Ventures is a legal entity formed in the United Arab Emirates with its headquarters and principal place of business in Dubai, United Arab Emirates.

3

5. Neither Jason Anderson nor Jacob Anderson have legal ownership or control of iX Ventures.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joseph A. Martinez