Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel. 303-844-1000
*Attorneys for Plaintiff Securities and Exchange Commission*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

STANGIS, an individual; and MATTHEW D.
FRITZSCHE, an individual;

Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability; BUSINESS FUNDING
SOLUTIONS, LLC, a Utah limited
liability company; BLOX LENDING, LLC, a
Utah limited liability company; CALMFRITZ
HOLDINGS, LLC, a Utah limited liability
company; CALMES & CO, INC., a Utah
corporation; FLAHERTY ENTERPRISES,
LLC, an Arizona limited liability company;
IX VENTURES FZCO, a United Arab
Emirates company; PURDY OIL, LLC, a
Nebraska limited liability company; THE
GOLD COLLECTIVE LLC, a Utah limited
liability company; and UIU HOLDINGS,
LLC, a Delaware limited liability company,

Relief Defendants.

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that Nicholas P. Heinke

(Colorado Bar No. 38738) enters his appearance as counsel for the Plaintiff, Securities and

Exchange Commission. Mr. Heinke's contact information is listed below. Mr. Heinke is aware of

and will comply with all pending deadlines in this matter.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Nicholas Heinke*
Nicholas Heinke
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel.  303-844-1071
HeinkeN@sec.gov

*Attorney for Plaintiff Securities and*
*Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2023, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

*/s/ Nicholas P. Heinke*
Nicholas P. Heinke