Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel. 303-844-1000
*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

| |
|---|
| STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; |
| Defendants, |
| ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company, |
| Relief Defendants. |

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that Gregory A. Kasper (Colorado Bar No. 46800) enters his appearance as counsel for the Plaintiff, Securities and Exchange Commission. Mr. Kasper's contact information is listed below. Mr. Kasper is aware of and will comply with all pending deadlines in this matter.

Dated: December 21, 2023

Respectfully submitted,

/s/ Gregory A. Kasper
Gregory A. Kasper
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel.  303-844-1026
KasperG@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2023, I caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served to all parties entitled to service through the Court's ECF system.

                                        */s/ Gregory A. Kasper*
                                        Gregory A. Kasper