Elizabeth McFadden (D.C. Bar No. 436076)
mcfaddene@sec.gov
Melinda Hardy (D.C. Bar No. 431906)
hardym@sec.gov
Michael S. Bailey (D.C. Bar No. 983676)
baileym@sec.gov
Office of the General Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone:  (202) 551-5100

*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. | **NOTICE OF ERRATA TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO THE COURT'S NOVEMBER 30, 2023 ORDER TO SHOW CAUSE** <br><br><br> Case No. 2:23-cv-00482-RJS <br><br><br> Chief Judge Robert J. Shelby |

STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;

Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

Relief Defendants.

The Securities and Exchange Commission ("Commission") respectfully submits this Notice of Errata regarding its Response to the Court's November 30, 2023 Order to Show Cause, which it filed on December 21, 2023, to correct an error that occurred in preparing the Declaration of Casey R. Fronk (Exhibit 5 to the Response) for filing.  The final two lines of Paragraph 5 of Mr. Fronk's declaration were inadvertently not included in the filing.  The Commission is concurrently filing a Declaration of Casey R. Fronk that corrects this mistake and makes no other changes.

Dated:  December 22, 2023                                  Respectfully submitted,

/s/ *Melinda Hardy*
Melinda Hardy (D.C. Bar No. 431906)
Assistant General Counsel
hardym@sec.gov
Elizabeth McFadden (D.C. Bar No. 436076)
Deputy General Counsel
mcfaddene@sec.gov
Michael S. Bailey (D.C. Bar No. 983676)
Senior Counsel
baileym@sec.gov
Office of the General Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone:  (202) 551-5100

*Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2023, I caused the foregoing to be served to all parties entitled to service through the Court's ECF system.

/s/ *Melinda Hardy*
Melinda Hardy

*Attorney for Plaintiff Securities and Exchange Commission*