IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>　　Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>　　Relief Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY TO THE SEC'S RESPONSE TO THE COURT'S NOVEMBER 30, 2023 ORDER TO SHOW CAUSE**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is a Motion for Leave to File a Rely to the SEC's Response to the Court's November 30, 2023 Order to Show Cause.[1] The Motion was filed by Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson (Defendants) and Relief Defendants Business Funding Solutions LLC, Blox Lending LLC, The Gold Collective LLC, and UIU Holdings LLC (Relief Defendants).[2]

Having considered the Motion and for good cause appearing, the court GRANTS the Motion. The moving Defendants and Relief Defendants may file a Reply to the SEC's

---

[1] ECF 238.

[2] *Id.*

Response.[3]  The Response may include up to 20 pages[4] and must be filed on or before January 12, 2024.

SO ORDERED this 26th day of December 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[3] ECF 233.

[4] *See* DUCivR 7-1(a)(6) (Sections Applicable to Page or Word Limits and Certification Requirement).