IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>      Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>      Relief Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR LEAVE TO FILE A REPLY TO THE SEC'S RESPONSE TO THE COURT'S NOVEMBER 30, 2023 ORDER TO SHOW CAUSE**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is an Unopposed Motion for Leave to File a Rely to the SEC's Response to the Court's November 30, 2023 Order to Show Cause.[1] The Motion was filed by Defendants iX Global LLC, Joseph A. Martinez, and Travis Flaherty (the iX Global Defendants).[2]

Having considered the Motion and for good cause appearing, the court GRANTS the Motion insofar as it seeks leave for the iX Global Defendants to file a consolidated Reply. The Reply may include up to 20 pages[3] and must be filed on or before January 12, 2024. However,

---

[1] ECF 240.

[2] *Id.*

[3] *See* DUCivR 7-1(a)(6) (Sections Applicable to Page or Word Limits and Certification Requirement).

the Motion is DENIED insofar as it seeks an order granting leave to respond for "any other Defendants or Relief Defendants who wish."[4]

SO ORDERED this 26th day of December 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[4] ECF 240 at 1.