Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel. 303-844-1000
*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;

        Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

        Relief Defendants.

Pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a)(2)(A) & (B), the Securities and Exchange Commission ("SEC"), through undersigned counsel, respectfully requests a two-week extension of time, from January 3, 2024 to January 17, 2024, to file the Joint Status Report ordered by the Court (*see* Doc. 215), and further respectfully requests a continuation of the January 17, 2024 Status Conference (*see id.*) to a date on or after January 31, 2024. The SEC makes this request in light of the fact that undersigned counsel, as well as two other attorneys from the SEC's Denver Regional Office, have recently appeared in this matter and will be supervising and leading the litigation going forward. (*See* Doc. 233.) We respectfully request a brief extension of the deadlines in order to allow new counsel to work with current SEC counsel to educate ourselves on the matter and be prepared to discuss the status with counsel for Defendants and the Court. This brief extension will not unduly delay the proceeding.

Undersigned counsel has conferred with counsel for Defendants and Relief Defendants. Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, Ryan Bowen, iX Global LLC, Joseph A. Martinez, Benjamin F. Daniels, Mark W. Schuler, B&B Investment Group LLC, Travis A. Flaherty, Alton O. Parker, BW Holdings LLC, Brendan J. Stangis, Matthew D. Fritzsche, and Relief Defendants Business Funding Solutions, Blox Lending, Flaherty Enterprises, iX Ventures FCZO, The Gold Collective LLC, and UIU Holdings LLC, consent to this request. Defendants James E. Franklin and Western Oil Exploration and Relief Defendants Archer Drilling and Purdy Oil have not had counsel appear in this case, so undersigned counsel has not conferred with those parties. Undersigned counsel contacted counsel for Relief Defendants Calmfritz Holdings and Calmes & Co. Inc. but has yet to receive a response.

Counsel for certain of the consenting Defendants and Relief Defendants has requested that the Status Conference occur the week of February 5, 2024, which the SEC is agreeable to.

WHEREFORE, the SEC respectfully requests an extension of time, from January 3, 2024 to January 17, 2024, to file the Joint Status Report ordered by the Court, and further respectfully requests a continuation of the January 17, 2024 Status Conference to a date on or after January 31, 2024.

Dated: December 28, 2023               Respectfully submitted,

                                       /s/ Nicholas Heinke
                                       Nicholas Heinke
                                       Securities and Exchange Commission
                                       Byron G. Rogers Federal Building
                                       1961 Stout Street, Suite 1700
                                       Denver, Colorado 80294
                                       Tel.  303-844-1071
                                       HeinkeN@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December 2023, I caused the foregoing to be served to all parties entitled to service through the Court's ECF system.

*/s/ Nicholas P. Heinke*
Nicholas P. Heinke