IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>         Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

       Relief Defendants.

Before the Court is Plaintiff Securities and Exchange Commission's ("SEC") Motion for Extension of Time to File Joint Status Report and to Continue Status Conference ("Motion") in the above-captioned matter. (Doc. 243.) For the reasons set forth in the Motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, that the SEC shall have an additional two weeks, from January 3, 2024 to January 17, 2024, to file the Joint Status Report ordered by the Court, and that the January 17, 2024 Status Conference is continued to _____ at __:__ __.m.

DATED this _____ day of _____, 202__.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge