IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDON J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual;<br><br>   Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab | Case No.: 2:23-cv-00482-RJS-DBP<br><br>**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

| |
|---|
| Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>         Relief Defendants. |

Before the court is Plaintiff Securities and Exchange Commission's Motion for Extension of Time to File Joint Status Report and to Continue Status Conference.[1] Having considered the Motion and for good cause appearing, the Motion is GRANTED. The parties should prepare and submit a Joint Status Report by January 17, 2024. The January 17, 2024 status conference[2] is continued to February 5, 2024, at 1:00 p.m.

    SO ORDERED this 28th of December 2023.

                                         BY THE COURT:

                                         _____
                                         ROBERT J. SHELBY
                                         United States Chief District Judge

---

[1] ECF 243.

[2] *See* ECF 213, *Notice of Hearing*.