# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. et al,<br><br>           Defendants/Relief Defendants. | Case No. 2:23-cv-00482-RJS<br>Chief Judge Robert J. Shelby |

<u>**DECLARATION OF BRAD CHRISTIAN**</u>

I, BRAD CHRISTIAN, declare under penalty of perjury that the foregoing is true and correct:

1.      I am the owner of a vineyard and an e-commerce business. I live in Cool, California.

2.      I am also a purchaser and holder of software node licenses ("Software Licenses") and digital tokens ("Tokens") for the DEBT Box Project and have been since early 2023.

3.      I was asked to recount my story of how the U.S. Securities and Exchange Commission's ("SEC") Temporary Restraining Order in *SEC v. Digital Licensing Inc. (d/b/a "DEBT Box")*, No. 23-cv-482-RJS (D. Utah), adversely impacted me.

4.      I have personal knowledge of the facts recounted herein and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

5.      I heard about the DEBT Box Project through a digital asset group-chat on Telegram (a messaging app). I liked that the project's concept was completely different than anything else in the in the digital asset space, so I decided to get involved.

1

6.      I began purchasing Software Licenses in January 2023 and also separately purchased Tokens for the DEBT Box Project through the digital asset exchange PancakeSwap. Through July 2023, I spent approximately $130,000; approximately $42,000 on Software Licenses and approximately $88,000 on Tokens. The Software Licenses I purchased also allowed me to earn additional Tokens as rewards. In or about late July 2023, the market value of my Tokens was approximately $100,000.

7.      On August 3, 2023, I heard through the Telegram group that the SEC had come after the DEBT Box Project based on a press release the SEC issued, which I read the same day. I recall the press release stating that the SEC had obtained a Temporary Restraining Order ("TRO") and asset freeze because the project was allegedly a scam. I understood that the TRO temporarily shut down the DEBT Box Project's operations. After reading the press release, I thought that if the SEC was able to obtain a TRO and asset freeze based on its claims, then the claims must be true.

8.      I knew the press release and the shutting down of the DEBT Box Project would cause the price of Tokens to plummet so I sold everything the same day to recoup whatever value I could. After spending approximately $130,000 on Software Licenses and Tokens, I received approximately $10,000 for my entire Token portfolio. As a result, I lost approximately $120,000.

9.      I later found out that the TRO was no longer in place because the SEC made false and misleading statements about the DEBT Box Project to obtain the TRO.

10.      I continue to believe that the DEBT Box Project has potential, and have even repurchased approximately $3,500 worth of Tokens since learning that TRO is gone due to what I understand as the SEC's improper conduct when it tried to obtain the TRO and shut down the DEBT Box Project.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated:  Cool, California
          January 12, 2024

_____/S/ Brad Christian_____
(Signed by Richard Hong with
 permission of Brad Christian)

_____/S/ Richard Hong_____
RICHARD HONG, Filing Attorney

3