# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

DIGITAL LICENSING INC. (d/b/a "DEBT
Box"), a Wyoming corporation; JASON R.
ANDERSON, an individual; JACOB S.
ANDERSON, an individual; SCHAD E.
BRANNON, an individual; ROYDON B.
NELSON, an individual; JAMES E.
FRANKLIN, an individual; WESTERN OIL
EXPLORATION COMPANY, INC., a
Nevada corporation; RYAN BOWEN, an
individual; IX GLOBAL, LLC, a Utah limited
liability company; JOSEPH A. MARTINEZ,
an individual; BENJAMIN F. DANIELS, an
individual; MARK W. SCHULER, an
individual; B & B INVESTMENT GROUP,
LLC (d/b/a "CORE 1 CRYPTO"), a Utah
limited liability company; TRAVIS A.
FLAHERTY, an individual; ALTON O.
PARKER, an individual; BW HOLDINGS,
LLC (d/b/a the "FAIR PROJECT"), a Utah
limited liability company; BRENDAN J.
STANGIS, an individual; and MATTHEW D.
FRITZSCHE, an individual;

      Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability company; BUSINESS
FUNDING SOLUTIONS, LLC, a Utah
limited liability company; BLOX LENDING,
LLC, a Utah limited liability company;
CALMFRITZ HOLDING, LLC, a Utah

**DECLARATION OF KARAZ S. ZAKI**

Case No.: 2:23-cv-00482-RJS-DPB-DBB

Chief Judge Robert J. Shelby

limited liability company; CALMES & CO,
INC., a Utah corporation; FLAHERTY
ENTERPRISES, LLC, an Arizona limited
liability company; IX VENTURES FZCO, a
United Arab Emirates company; PURDY
OIL, LLC, a Nebraska limited liability
company; THE GOLD COLLECTIVE LLC,
a Utah limited liability company; and UIU
HOLDINGS, LLC, a Delaware limited
liability company,

                    Relief Defendants.

I, Karaz S. Zaki, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over twenty-one years of age and am a resident of the State of Maryland.

2.    I am a Certified Public Accountant employed within the Division of Enforcement in the Securities and Exchange Commission's Home Office in Washington, D.C. I have worked within the Commission's Division of Enforcement since June 2000.

3.    As part of my duties as an accountant with the Commission, I was assigned to the investigation entitled In the Matter of Digital Licensing Inc. (SL-02891), and, among other things, I analyzed certain bank and financial records associated with and related to certain parties to this action, including Defendant iX Global, LLC ("iX Global"). My declaration identifies the following wires from iX Global bank accounts to iX Ventures FZCO ("iX Ventures"):

| Date | iX Global Bank Account | Wire Amount from iX Global to iX Ventures | Page or Row Number in Exhibit |
|---|---|---|---|
| 12/27/2021 | Chase x7087 | $100,000 | Row 62 on Exhibit 1 |
| 09/07/2022 | BOA x8643 | $250,000 | Bate page 257 in Exhibit 2 |
| 10/04/2022 | BOA x8643 | $500,000 | Bate page 244 in Exhibit 3 |
| 12/28/2022 | BOA x8643 | $500,000 | Bate page 188 in Exhibit 4 |

4.     Attached as **Exhibit 1** is an excerpt, of a true and correct copy, of the wire spreadsheet produced by JP Morgan Chase Bank for an account in the name of iX Global (ending x7087).  Exhibit 1 is redacted for account numbers and supports the $100,000 wire to iX Ventures on December 27, 2021.

5.     Attached as **Exhibit 2** is an excerpt, of a true and correct copy, of the September 2022 statement produced by Bank of America for an account in the name of iX Global (ending x8643).  Exhibit 2 includes the first summary page and the page, redacted for account numbers, that supports the $250,000 wire to iX Ventures on September 7, 2022.

6.     Attached as **Exhibit 3** is an excerpt, of a true and correct copy, of the October 2022 statement produced by Bank of America for an account in the name of iX Global (ending x8643).  Exhibit 3 includes the first summary page and the page, redacted for account numbers, that supports the $500,000 wire to iX Ventures on October 4, 2022.

7.     Attached as **Exhibit 4** is an excerpt, of a true and correct copy, of the December 2022 statement produced by Bank of America for an account in the name of iX Global (ending x8643).  Exhibit 4 includes the first summary page and the page, redacted for account numbers, that supports the $500,000 wire to iX Ventures on December 28, 2022.

8.     Exhibits 1-4 were produced by banks that included declarations of relevant custodians, which were attached to my Declaration dated July 26, 2023. *See* Dkt. No. 3-10 ¶ 8.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Karaz S. Zaki, CPA

Executed in Silver Spring, Maryland on January  12 , 2024.

EXHIBIT 1

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1 | Request ID: 20230328440722 | | | | |
| 2 | Reference Info: 28Mar23-1282 | | | | |
| 3 | Search Period: Mar/01/2018-Mar/27/2023 | | | | |
| 4 | Search Type: account | | | | |
| 5 | Region: US | | | | |
| 6 | Transaction Number | Search String | Payment Date | Transaction Date | Transaction Type |
| 62 | 3499441361ES | ████ 7087 and ████ 7087 | 12/27/2021 | 12/27/2021 | BT |



**EXHIBIT**

**1**

Exhibit to Zaki Decl.

1 of 6

Bate number  SEC-JPMCB-E-0000002

EXHIBIT 1

|    | F | T | U | V |
|----|---|---|---|---|
| 1  |   |   |   |   |
| 2  |   |   |   |   |
| 3  |   |   |   |   |
| 4  |   |   |   |   |
| 5  |   |   |   |   |
| 6  | Transaction Amount | Debit ID | Debit Party Address1 | Debit Party Address2 |
| 62 | 100000 | ███7087 | IX GLOBAL LLC | 769 TANGLEWOOD LOOP |

Bate number  SEC-JPMCB-E-0000002

EXHIBIT 1

| | W | Y | Z | AA |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Debit Party Address3 | Debit Reference Number | Credit Party 1 Swift ID | Credit Party 1 ID |
| 62 | NORTH SALT LAKE UT 84054-3342 US | IBG OF 21/12/27 | EBILAEAD | ███9118 |

Bate number  SEC-JPMCB-E-0000002

EXHIBIT 1

| | AB | AC | AD | AE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Credit Party 1 Line1 | Credit Party 1 Line2 | Credit Party 1 Line3 | Credit Party 1 Line4 |
| 62 | EMIRATES NBD BANK PJSC | EMIRATES NBD PJSC BUILDING | BANIYAS ROAD 777 DEIRA AREA | DUBAI U.A.E. 0000 - AE |

Bate number  SEC-JPMCB-E-0000002

EXHIBIT 1

|   | AF | AG | AH | AI |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | Credit Reference Number | Credit Party 2 - Acct Party SWIFT ID | Credit Party 2 Acct Party Line1 | Credit Party 2 Acct Party Line2 |
| 62 | IBG OF 21/12/27 | | ██████████2702 | IX VENTURES FZCO |

Bate number  SEC-JPMCB-E-0000002

EXHIBIT 1

|   | AJ | AK | AL |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |
| 6 | Credit Party 2 Acct Party Line3 | Credit Party 2 Acct Party Line4 | Credit Party 2 Acct Party Line5 |
| 62 | DSO-IFZA DUBAI DIGITAL PARK | DUBAI SILICON OASIS | DUBAI AE |

Bate number  SEC-JPMCB-E-0000002



BANK OF AMERICA, N.A.

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE, UT  84054-3342

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for September 1, 2022 to September 30, 2022            Account number: ████ 8643

**IX GLOBAL LLC**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2022 | $856,263.70 |
| Deposits and other credits | 1,722,194.56 |
| Withdrawals and other debits | -1,445,031.07 |
| Checks | -0.00 |
| Service fees | -55.00 |
| **Ending balance on September 30, 2022** | **$1,133,372.19** |

# of deposits/credits: 36

# of withdrawals/debits: 79

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $1,092,936.01

[1]Includes checks paid, deposited items and other debits



**EXHIBIT 2**

Exhibit to Zaki Decl.

## Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.
**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.            SSM-01-22-2466.B I 4016001

Confidential Treatment Requested by BANA under FOIA                BANA_SEC_Digital Licensing_000253



# Your checking account

IX GLOBAL LLC   |   Account #          8643   |   September 1, 2022 to September 30, 2022

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 09/23/22 | WIRE TYPE:WIRE IN DATE: 220923 TIME:1654 ET TRN:2022092300512660 SEQ:2022092300009792/003125 ORIG:ROBERTS FAMILY LIVING TRU ID▇▇6390 SND BK:ZIONS BANCORPORATION, NA DBA ID▇▇0054 PMT DET:REF MIKE ROBERTS 6000 ORDER NO 621876 | 303,000.00 |
| 09/23/22 | WIRE TYPE:WIRE IN DATE: 220923 TIME:1039 ET TRN:2022092300337434 SEQ:5067904/000042 ORIG:BARKING MOOSE INVESTMENTS ID▇▇4201 SND BK:B ANKERS' BANK OF THE WEST ID▇▇3743 PMT DET:USD SWIFT: BOFAUS3N ORDER NUMBER: 619841 USERNAME: BAR | 18,000.00 |
| 09/26/22 | STRIPE          DES:TRANSFER   ID▇▇▇T8D0  INDN:JOSEPH ANTHONY MARTINE  CO ID▇▇8598 CCD | 189,485.74 |
| 09/26/22 | WIRE TYPE:WIRE IN DATE: 220926 TIME:1429 ET TRN:2022092600465380 SEQ: /001157 ORIG:UTAH HOME BUILDERS HUB, L ID▇▇5971 SND BK: FINWISE BANK AKA UTAH COMMUNI ID▇▇3036 PMT DET:621769 JBASSO73 | 99,500.00 |
| 09/28/22 | WIRE TYPE:BOOK IN DATE:220928 TIME:1146 ET TRN:2022092800347253 SNDR REF:406374104 ORIG:GARY LEE FINK ID▇▇7192 PMT DET:SOFTWAR E PURCHASE | 10,500.00 |
| 09/30/22 | WIRE TYPE:WIRE IN DATE: 220930 TIME:1216 ET TRN:2022093000519947 SEQ:3603542273ES/026723 ORIG:LEGACY NORTH FINANCIAL LL ID▇▇0354 SND BK:JPMORGAN CHASE BANK, NA ID▇▇0021 PMT DET:BOH OF 22/09/30 635843 CKNORTH 635843 NOTE | 50,000.00 |
| 09/30/22 | WIRE TYPE:WIRE IN DATE: 220930 TIME:1557 ET TRN:2022093000693709 SEQ:2022093000010813/003876 ORIG:RAVINDER K BHATIA ID▇▇1680 SND BK:ZIONS BANCORPORATION, NA DBA ID▇▇0054 | 50,000.00 |
| 09/30/22 | BKOFAMERICA MOBILE 09/30▇▇5469 DEPOSIT          *MOBILE     ID | 7,315.26 |
| 09/30/22 | BKOFAMERICA MOBILE 09/30▇▇5616 DEPOSIT          *MOBILE     ID | 1,180.00 |
| **Total deposits and other credits** | | **$1,722,194.56** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/06/22 | AMERICAN EXPRESS DES:ACH PMT   ID:M5008  INDN:Joseph Martinez        CO ID▇▇3497 CCD | -42,065.78 |
| 09/07/22 | WIRE TYPE:INTL OUT DATE:220908 TIME:1759 ET TRN:2022090700493702 SERVICE REF:302477 BNF:IX VENTURES FZCO ID▇▇2579 BNF BK:EM IRATES NBD BANK PJSC ID▇▇6074 PMT DET:9R9UX T9X6 Capital injection/infusion | -250,000.00 |
| 09/07/22 | IRS          DES:USATAXPYMT ID▇▇2991  INDN:JOSEPH A MARTINEZ        CO ID▇▇2000 WEB | -50,000.00 |
| 09/09/22 | Payments and Invoicing payment to Creatief Pte Lt; ID:▇▇2MF2 | -19,950.00 |
| 09/09/22 | Payments and Invoicing payment to Epixel Solution; ID:▇▇2MF0 | -7,935.00 |
| 09/09/22 | Payments and Invoicing payment to Kevin Chabot   ; ID:▇▇2MF3 | -3,808.00 |
| 09/09/22 | Payments and Invoicing payment to Diana Townsend ; ID:▇▇2MF1 | -933.50 |
| 09/12/22 | TRANSFER IX GLOBAL LLC:UH1 Studios Confirmation# 1500370423 | -5,625.00 |
| 09/12/22 | IRS          DES:USATAXPYMT ID▇▇0635  INDN:JOSEPH A MARTINEZ        CO ID:3387702000 WEB | -71,415.00 |
| 09/13/22 | UTAH801/297-7703 DES:TAX PAYMNT ID:▇▇2464  INDN:MARTINEZ, JOSEPH A        CO ID▇▇5001 WEB | -25,000.00 |

*continued on the next page*

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000257



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE, UT  84054-3342

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
     P.O. Box 25118
     Tampa, FL 33622-5118

---

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for October 1, 2022 to October 31, 2022                                   Account number: ████ 8643

**IX GLOBAL LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2022 | $1,133,372.19 | # of deposits/credits: 129 |
| Deposits and other credits | 2,613,239.64 | # of withdrawals/debits: 188 |
| Withdrawals and other debits | -2,619,112.70 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -80.00 | Average ledger balance: $1,081,393.36 |
| **Ending balance on October 31, 2022** | **$1,127,419.13** | [1]*Includes checks paid, deposited items and other debits* |



EXHIBIT

3

Exhibit to Zaki Decl.

Confidential Treatment Requested by BANA under FOIA

PHIL LE  CYCLE 67  SPEC: E  DELIVERY: E   TYPE:   IMAGE: I    BC: ID

BANA_SEC_Digital Licensing_000233

IX GLOBAL LLC   |   Account # ███████ 8643   |   October 1, 2022 to October 31, 2022

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 10/31/22 | WIRE TYPE:WIRE IN DATE: 221031 TIME:0403 ET TRN:2022103100157830 SEQ:202210310050821 6/068490 ORIG:JOSHUA LEYS ID:███████7506 SND BK:WELLS FA RGO BANK, N.A. ID:██09 PMT DET:K032300448078 SOFTW ARE LICENSE ORDER NO 698697 JOSHUALEYS | 1,500.00 |
| 10/31/22 | WIRE TYPE:WIRE IN DATE: 221031 TIME:0622 ET TRN:2022103100321201 SEQ:2022103100035693/331043 ORIG:WHITNEY J ROSE ID:███████6045 SND BK:WELL S FARGO BANK NA ID:██07 PMT DET:OW00002646698891WI LDROSE 711021 | 1,500.00 |
| **Total deposits and other credits** | | **$2,613,239.64** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/03/22 | AMERICAN EXPRESS DES:ACH PMT   ID:M2578  INDN:Joseph Martinez      CO ID:███████3497 CCD | -39,552.04 |
| 10/04/22 | WIRE TYPE:INTL OUT DATE:221004 TIME:0414 ET TRN:2022100400027935 SERVICE REF:097299 BNF:IX VENTURES FZCO ID:███████2579 BNF BK:EM IRATES NBD BANK PJSC ID:███████6074 PMT DET:2PNNA G28T Capital injection/infusion | -500,000.00 |
| 10/04/22 | WIRE TYPE:WIRE OUT DATE:221004 TIME:0414 ET TRN:2022100400027973 SERVICE REF:002740 BNF:BLOX LENDING LLC ID:███████8442 BNF BK:WASHING TON FEDERAL ID:███████0980 PMT DET:ZWTPVFURP Goods I X Global BGLD | -500,000.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517099 ID:6semjslsknr  INDN:iX Global, LLC      CO ID:███████4001 | -5,000.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517099 ID:6semjslskps  INDN:iX Global, LLC      CO ID:███████4001 | -5,000.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517105 ID:6semjslskqb  INDN:iX Global, LLC      CO ID:███████4001 | -3,750.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517105 ID:6semjslskop  INDN:iX Global, LLC      CO ID:███████4001 | -3,000.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517099 ID:6semjslskp4  INDN:iX Global, LLC      CO ID:███████4001 | -3,000.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517099 ID:6semjslskq8  INDN:iX Global, LLC      CO ID:███████4001 | -2,500.00 |
| 10/04/22 | GUSTO CCD      DES:CND 517099 ID:6semjslskq3  INDN:iX Global, LLC      CO ID:███████4001 | -1,500.00 |
| 10/05/22 | Zelle Transfer Conf# btipiga6p; Luciana Martinez | -4,000.00 |
| 10/06/22 | PAYPAL      DES:INST XFER  ID:KOJACKSPORTS  INDN:IX GLOBAL LLC      CO ID:███████SI77 WEB | -2,750.00 |
| 10/06/22 | AQUANANDY      DES:IAT PAYPAL ID:███████5724  INDN:IX GLOBAL LLC      CO ID:XXXXXXXXC IAT  PMT INFO: WEB 000000000000159850 | -1,598.50 |
| 10/06/22 | NICHOLLA HENDERS DES:IAT PAYPAL ID:███████6268  INDN:IX GLOBAL LLC      CO ID:XXXXXXXXC IAT  PMT INFO: WEB 000000000000149850 | -1,498.50 |
| 10/06/22 | MQUIROZUMAQ      DES:IAT PAYPAL ID:███████4375  INDN:IX GLOBAL LLC      CO ID:XXXXXXXXC IAT  PMT INFO: WEB 000000000000110999 | -1,109.99 |
| 10/06/22 | PAYPAL      DES:INST XFER  ID:LEFTYLEWIS1  INDN:IX GLOBAL LLC      CO ID:███████SI77 WEB | -993.50 |
| 10/06/22 | PAYPAL      DES:INST XFER  ID:CRYSTENA  INDN:IX GLOBAL LLC      CO ID:███████SI77 WEB | -768.50 |
| 10/06/22 | NAGA VENKATA SAI DES:IAT PAYPAL ID:███████4206  INDN:IX GLOBAL LLC      CO ID:XXXXXXXXC IAT  PMT INFO: WEB 000000000000030248 | -302.48 |
| 10/06/22 | PAYPAL      DES:INST XFER  ID:OMBASSA  INDN:IX GLOBAL LLC      CO ID:███████SI77 WEB | -300.50 |

*continued on the next page*

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000244



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

IX GLOBAL LLC
769 TANGLEWOOD LOOP
NORTH SALT LAKE, UT  84054-3342

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022                                 Account number: ████ 8643

IX GLOBAL LLC

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2022 | $4,040,993.27 | # of deposits/credits: 156 |
| Deposits and other credits | 2,668,322.53 | # of withdrawals/debits: 203 |
| Withdrawals and other debits | -6,502,546.73 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -80.00 | Average ledger balance: $1,398,451.12 |
| **Ending balance on December 31, 2022** | **$206,689.07** | ¹*Includes checks paid, deposited items and other debits* |



## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

PULL: E CYCLE 67 SPEC: E  DELIVERY: E  TYPE:  IMAGE: I    BC: ID

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000173

IX GLOBAL LLC   |   Account # ███████ 8643   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/28/22 | WIRE TYPE:INTL OUT DATE:221228 TIME:1647 ET TRN:2022122800521836 SERVICE REF:259756 BNF:IX VENTURES FZCO ID:████████ 2579 BNF BK:EM IRATES NBD BANK PJSC ID:████████ 6074 PMT DET:UYHRA JFFF POP /COP/ | -500,000.00 |
| 12/28/22 | AMERICAN EXPRESS DES:ACH PMT   ID:M3562  INDN:Joseph Martinez     CO ID:████ 3497 CCD | -35,894.06 |
| 12/29/22 | Online Banking Transfer Conf# fmbhut32m; Martinez | -4,000.00 |
| 12/29/22 | Online Banking Transfer Conf# gph32z8k1; Martinez | -4,000.00 |
| 12/29/22 | Online Banking Transfer Conf# eotmhnp1y; Martinez | -4,000.00 |
| 12/30/22 | WIRE TYPE:WIRE OUT DATE:221230 TIME:1528 ET TRN:2022123000637105 SERVICE REF:633564 BNF:ICENTIVIZ INC ID:████ 3587 BNF BK:JPMORGAN CHA SE BANK, N. ID:0002 PMT DET:419551096 AWAKEN BARCE LONA FINAL | -62,806.61 |
| 12/30/22 | Online Banking transfer to CHK 8630 Confirmation# 1243306660 | -50,000.00 |
| **Total withdrawals and other debits** | | **-$6,502,546.73** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/01/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/02/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/02/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 12/02/22 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

*continued on the next page*

Confidential Treatment Requested by BANA under FOIA

BANA_SEC_Digital Licensing_000188