Brent Baker, USB#5247
Brennan J. Curtis, USB#16433
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801-536-6111
BBaker@parsonsbehle.com
BCurtis@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Brendan J. Stangis*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS,  an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. | **DEFENDANT BRENDAN J. STANGIS' JOINDER IN DEFENDANTS IX GLOBAL, LLC, JOSEPH A. MARTINEZ, AND TRAVIS FLAHERTY'S REPLY TO THE SEC'S RESPONSE TO THE COURT'S NOVEMBER 30, 2023, ORDER TO SHOW CAUSE**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

| | |
|---|---|
| FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual, <br><br> Defendants. | |

Defendant Brendan J. Stangis hereby joins in Defendants IX Global, LLC, Joseph A. Martinez, and Travis Flaherty's (the "IX Global Defendants") Reply to the SEC's Response to the Court's November 30, 2023, Order to Show Cause and adopts and incorporates all arguments made by the IX Global Defendants therein.[1]

DATED this 16th day of January 2024.

PARSONS BEHLE & LATIMER

/s/ Brent R. Baker
Brent R. Baker
*Attorneys for Defendant Brendan J. Stangis*

---

[1] *See Docket #247*

CERTIFICATE OF SERVICE

On this 16th day of January 2024, I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record for all of the parties.

DATED this 16th day of January, 2024.

/s/ Brent R. Baker