Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel. 303-844-1000

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronkc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel: 801 524-5796

*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. | **PROOF OF SERVICE ON JAMES FRANKLIN**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby |

MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,

                Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

                Relief Defendants.

Plaintiff Securities and Exchange Commission submits this proof of service on Defendant James Franklin, which was authorized by the Court's Order dated November 21, 2023. Dkt. No. 208 ("Order").

Attached as Exhibit 1 is a proof of publication provided by the San Diego Union-Tribune.

Attached as Exhibit 2 is a copy of an email to Franklin with a copy of the Complaint and Summons as directed in the Order at 4.

Attached as Exhibit 3 is a copy of an email to Attorney Sean Prosser with a copy of the Complaint, Summons, and Order as directed in the Order at 4.

Attached as Exhibit 4 is a copy of an email received from Attorney Prosser in which he acknowledges receipt of the email contained in Exhibit 2 and states that he does not represent Franklin in this matter.

Dated: January 16, 2024.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

/s/ Terry R. Miller
Nicholas P. Heinke
Gregory A. Kasper
Terry R. Miller
Michael E. Welsh
Casey R. Fronk
Troy Flake

Attorneys for Plaintiff
Securities and Exchange Commission

1

2

# CERTIFICATE OF SERVICE

On this 16th day of January 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s *Terry R. Miller*