

# The San Diego Union-Tribune

---

## PROOF of PUBLICATION

**STATE OF CALIFORNIA**
**County of San Diego**

---

The Undersigned, declares under penalty of perjury under the laws of the State of California: That he/she is the resident of the County of San Diego. That he/she is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that he/she is not a party to, nor interested in the above-entitled matter; that he/she is Chief Clerk for the publisher of

### The San Diego Union-Tribune

a newspaper of general circulation, printed and published daily in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein  mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication  of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice of which the annexed is a printed copy, has been published in said newspaper in accordance with the instruction of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**Nov 29, Dec 6, Dec 13, & Dec 20, 2023**

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated in the City of San Diego, California
on this 20th of December 2023

*CGaza*

Cris Gaza
San Diego Union-Tribune
Legal Advertising

Order ID: 7962668

---

**Notice of Service By Publication**
**NOTICE TO JAMES E. FRANKLIN:**
You have been named as a defendant in a lawsuit filed by the U.S. Securities and Exchange Commission in the United States District Court for the District of Utah (Central Division). The name of the case is SEC v. Digital Licensing Inc. (d/b/a "DEBT Box"), et al. and the case number is 2:23-cv-00482-RJS-DBP. The SEC alleges that you, acting individually and/or through entities controlled by you, violated the antifraud provisions of the federal securities laws by soliciting fraudulent investments in securities by, among other things, misrepresenting that those securities would let investors mine digital cryptocurrency assets backed by revenue from real projects including from oil wells in Nevada and Nebraska. The SEC seeks, among other relief, disgorgement, civil penalties, and injunctions against you.
You are directed to contact the SEC at: Trial Unit, Attn: Troy Flake, Trial Counsel, Salt Lake Regional Office, Securities and Exchange Commission, 351 S. West Temple, Suite 6.100, Salt Lake City, UT 84101, Flakeт@sec.gov, (801) 524-5393 so that you may be served with a Summons and Complaint. If you do not contact the SEC within 28 days of the publication of this notice, the SEC shall be entitled to seek entry of your default in the above-referenced case pursuant to Federal Rule of Civil Procedure 55(a).
Publ: San Diego Union-Tribune 11/29/23, 12/6/23, 12/13/23, 12/20/23

---

**EXHIBIT**

**1**