| | |
|---|---|
| **From:** | Prosser, Sean |
| **To:** | Miller, Terry; jfranklin |
| **Cc:** | Welsh, Michael; Fronk, Casey; Flake, Troy; Kasper, Gregory; Heinke, Nicholas; Nesvig, Nicole |
| **Subject:** | Re: SEC v. Digital Licensing et al. 2:23-cv-00482-RJS-DBP |
| **Date:** | Thursday, January 11, 2024 9:58:15 AM |
| **Attachments:** | Image.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I do not represent Mr. Franklin regarding this matter. Please delete me from your service list.

**Sean Prosser**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130
+1.858.314.2152
STProsser@mintz.com | Mintz.com



**From:** Miller, Terry <millerte@SEC.GOV>
**Sent:** Thursday, January 11, 2024 8:48:29 AM
**To:** jfranklin
**Cc:** Prosser, Sean <STProsser@mintz.com>; Welsh, Michael <WelshMi@SEC.GOV>; Fronk, Casey <FronkC@SEC.GOV>; Flake, Troy <FlakeT@SEC.GOV>; Kasper, Gregory <KasperG@SEC.GOV>; Heinke, Nicholas <HeinkeN@SEC.GOV>; Nesvig, Nicole <NesvigN@sec.gov>
**Subject:** SEC v. Digital Licensing et al. 2:23-cv-00482-RJS-DBP

Mr. Franklin,

I write in connection with the above-captioned case in which you are named as a defendant.

Pursuant the Court's Order dated November 21, 2023 in this case, the Securities and Exchange Commission is sending you a copy of the Complaint and Summons for that action by attaching them to this email.

Thanks,

Terry R. Miller



EXHIBIT 4

Senior Trial Counsel, Division of Enforcement

U.S. Securities & Exchange Commission

Denver Regional Office

Byron G. Rogers Federal Building

1961 Stout Street, Suite 1700

Denver, Colorado 80294-1961

Phone: 303-844-1041

Fax: 303-295-0538

[millerte@sec.gov](mailto:millerte@sec.gov)

---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.