IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.,<br><br>Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company, et al.,<br><br>Relief Defendants. | ORDER GRANTING MOTION FOR LEAVE TO FILE A SUR-REPLY<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff Securities and Exchanges Commission's Unopposed Motion for Leave to File a Sur-Reply in Response to Defendants' Replies to the SEC's Response to the Court's November 30, 2023 Order to Show Cause.[1] Having considered the Motion and for good cause appearing, the court GRANTS the Motion. The Commission may file a Sur-Reply on or before January 30, 2024. The Sur-Reply may include up to 15 pages.[2]

SO ORDERED this 18th day of January 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] ECF 255.

[2] *See* DUCivR 7-1(a)(6) (Sections Applicable to Page or Word Limits).