# Exhibit 1

(b)(1)(A),MAG

## US District Court Electronic Case Filing System
### District of Utah (Central)
### CIVIL DOCKET FOR CASE #: 2:23-cv-00482-RJS-DBP

Securities and Exchange Commission v. Digital Licensing et al
Assigned to: Judge Robert J. Shelby
Referred to: Magistrate Judge Dustin B. Pead
Cause: 15:0077 Securities Fraud

Date Filed: 07/26/2023
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**     represented by    **Casey Fronk**
SECURITIES AND EXCHANGE
COMMISSION
351 S WEST TEMPLE STE 6.100
SALT LAKE CITY, UT 84101
801-524-5796
Email: fronkc@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory A. Kasper**
US SECURITIES AND EXCHANGE
COMMISSION
DENVER REGIONAL OFFICE
1961 STOUT ST STE 1700
DENVER, CO 80294
303-844-1026
Email: kasperg@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Welsh**
SECURITIES AND EXCHANGE
COMMISSION
351 S WEST TEMPLE STE 6.100
SALT LAKE CITY, UT 84101
801-524-3422
Email: welshmi@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas P. Heinke**
SECURITIES AND EXCHANGE
COMMISSION
1961 STOUT ST STE 1700
DENVER, CO 80294-1961
303-844-1071

Email: heinken@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry Miller**
SECURITIES AND EXCHANGE
COMMISSION
1961 STOUT ST STE 1700
DENVER, CO 80294-1961
303-894-1000
Email: millerte@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth McFadden**
SECURITIES & EXCHANGE
COMMISSION
100 F ST NE
WASHINGTON, DC 20549
202-551-6813
Email: mcfaddene@sec.gov
*ATTORNEY TO BE NOTICED*

**Melinda Hardy**
SECURITIES & EXCHANGE
COMMISSION
100 F ST NE
WASHINGTON, DC 20549
202-551-5149
Email: hardym@sec.gov
*ATTORNEY TO BE NOTICED*

**Michael S. Bailey**
SECURITIES & EXCHANGE
COMMISSION
100 F ST NE
WASHINGTON, DC 20549
202-551-7428
Email: baileym@sec.gov
*ATTORNEY TO BE NOTICED*

**Troy K. Flake**
SECURITIES AND EXCHANGE
COMMISSION
351 S WEST TEMPLE STE 6.100
SALT LAKE CITY, UT 84101
801-524-3408
Email: flaket@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Digital Licensing**   represented by   **Richard Hong**
*a Wyoming corporation*                    MORRISON COHEN LLP
*doing business as*                        909 THIRD AVE 27TH FL
Debt Box                                   NEW YORK, NY 10022
                                           212-735-8856
                                           Email: rhong@morrisoncohen.com
                                           *LEAD ATTORNEY*
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

                                           **David E. Ross**
                                           MORRISON COHEN LLP
                                           909 THIRD AVE 27TH FL
                                           NEW YORK, NY 10022
                                           212-735-8600
                                           Email: dross@morrisoncohen.com
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jason R. Anderson**   represented by   **Richard Hong**
*an individual*                          (See above for address)
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Alexander R. Yarm**
                                         MORRISON COHEN LLP
                                         909 THIRD AVE 27TH FL
                                         NEW YORK, NY 10022
                                         212-735-8600
                                         Email: ayarm@morrisoncohen.com
                                         *ATTORNEY TO BE NOTICED*

                                         **David E. Ross**
                                         (See above for address)
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Jason P. Gottlieb**
                                         MORRISON COHEN LLP
                                         909 THIRD AVE 27TH FL
                                         NEW YORK, NY 10022
                                         212-735-8600
                                         Email: jgottlieb@morrisoncohen.com
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Jeffrey D. Brooks**
                                         MORRISON COHEN LLP
                                         909 THIRD AVE 27TH FL
                                         NEW YORK, NY 10022
                                         212-735-8600
                                         Email: jbrooks@morrisoncohen.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R. Lewis**
KUNZLER BEAN & ADAMSON
50 W BROADWAY STE 1000
SALT LAKE CITY, UT 84101
(801) 994-4646
Email: mlewis@kba.law
*ATTORNEY TO BE NOTICED*

**Taylor J. Smith**
KUNZLER BEAN & ADAMSON
50 W BROADWAY 10th FL
SALT LAKE CITY, UT 84101
801-994-4646
Email: tsmith@kba.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacob S Anderson**          represented by   **Richard Hong**
*an individual*                               (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Alexander R. Yarm**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **David E. Ross**
                                              (See above for address)
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jason P. Gottlieb**
                                              (See above for address)
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Jeffrey D. Brooks**
                                              (See above for address)
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Matthew R. Lewis**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Taylor J. Smith**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Schad E Brannon**
*an individual*

represented by **Richard Hong**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander R. Yarm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason P. Gottlieb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Taylor J. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Roydon B Nelson**
*an individual*

represented by **Richard Hong**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander R. Yarm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason P. Gottlieb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Taylor J. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James E Franklin**
*an individual*

**Defendant**

**Western Oil Exploration**
*a Nevada corporation*

**Defendant**

**Ryan Bowen**                    represented by    **Jamie Z. Thomas**
*an individual*                                      RAY QUINNEY & NEBEKER PC
                                                     36 S STATE ST STE 1400
                                                     PO BOX 45385
                                                     SALT LAKE CITY, UT 84145-0385
                                                     801-532-1500
                                                     Fax: 801-532-7543
                                                     Email: jthomas@rqn.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Justin T. Toth**
                                                     RAY QUINNEY & NEBEKER PC
                                                     36 S STATE ST STE 1400
                                                     PO BOX 45385
                                                     SALT LAKE CITY, UT 84145-0385
                                                     (801)323-3343
                                                     Email: jtoth@rqn.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Emily Brinn Nuvan**
                                                     RAY QUINNEY & NEBEKER PC
                                                     36 S STATE ST STE 1400
                                                     PO BOX 45385
                                                     SALT LAKE CITY, UT 84145-0385
                                                     801-532-1500
                                                     Email: enuvan@rqn.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Maria E. Windham**
                                                     RAY QUINNEY & NEBEKER PC

36 S STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
(801)532-1500
Email: mwindham@rqn.com
*ATTORNEY TO BE NOTICED*

**Scott B. Gordon**
GORDON LAW OFFICES PLLC
136 E SOUTH TEMPLE STE 1900
SALT LAKE CITY, UT 84111
(801)651-6888
Email: scott@gordonbusinesslaw.com
*TERMINATED: 08/15/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IX Global**
*a Utah limited liability company*

represented by **Romaine C. Marshall**
POLSINELLI PC
2825 E COTTONWOOD PKWY STE 500
SALT LAKE CITY, UT 84121
801-999-3503
Email: rmarshall@polsinelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E. Schmalfeld**
POLSINELLI PC
100 S FOURTH ST STE 1000
ST. LOUIS, MO 63102
314-622-6621
Email: jschmalfeld@polsinelli.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jose A. Abarca**
POLSINELLI PC
2825 E COTTONWOOD PKWY STE 500
SALT LAKE CITY, UT 84121
801-999-3504
Email: jabarca@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph A Martinez**
*an individual*

represented by **Romaine C. Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E. Schmalfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jose A. Abarca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin F Daniels**                    represented by    **Keith M. Woodwell**
*an individual*                                            CLYDE SNOW & SESSIONS
                                                          ONE UTAH CENTER
                                                          201 S MAIN ST STE 2200
                                                          SALT LAKE CITY, UT 84111-2216
                                                          (801)322-2516
                                                          Email: kmw@clydesnow.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Katherine E. Pepin**
                                                          CLYDE SNOW & SESSIONS
                                                          ONE UTAH CENTER
                                                          201 S MAIN ST STE 2200
                                                          SALT LAKE CITY, UT 84111-2216
                                                          (801)322-2516
                                                          Email: kep@clydesnow.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas A. Brady**
                                                          CLYDE SNOW & SESSIONS
                                                          ONE UTAH CENTER
                                                          201 S MAIN ST STE 2200
                                                          SALT LAKE CITY, UT 84111-2216
                                                          801-322-2516
                                                          Email: tab@clydesnow.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark W Schuler**                        represented by    **Keith M. Woodwell**
*an individual*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Katherine E. Pepin**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas A. Brady**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**B&B Investment Group**                  represented by    **Keith M. Woodwell**
*a Utah limited liability company*                        (See above for address)
*doing business as*                                       *LEAD ATTORNEY*
Core 1 Crypto                                             *ATTORNEY TO BE NOTICED*

                                                          **Katherine E. Pepin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas A. Brady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Travis A Flaherty**                                     represented by **Romaine C. Marshall**
*an individual*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan E. Schmalfeld**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jose A. Abarca**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alton O Parker**                                       represented by **Keith M. Woodwell**
*an individual*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Katherine E. Pepin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas A. Brady**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**BW Holdings**                                          represented by **Keith M. Woodwell**
*a Utah limited liability company*                       (See above for address)
*doing business as*                                      *LEAD ATTORNEY*
Fair Project                                             *ATTORNEY TO BE NOTICED*

                                                        **Katherine E. Pepin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas A. Brady**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Brendan J Stangis**                                    represented by **Brent R. Baker**
*an individual*                                          PARSONS BEHLE & LATIMER

201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
801-532-1234
Fax: 801-536-6111
Email: ecf@parsonsbehle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew D Fritzsche**          represented by  **Adam Lee Grundvig**
*an individual*                           KESLER & RUST
68 S MAIN ST 2ND FL
SALT LAKE CITY, UT 84101
(801) 532-8000
Email: agrundvig@keslerrust.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Archer Drilling**
*a Wyoming limited liablility*

**Defendant**

**Business Funding Solutions**     represented by  **Richard Hong**
*a Utah limited liability company*          (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                      **Alexander R. Yarm**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                      **David E. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                      **Jason P. Gottlieb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                      **Jeffrey D. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                      **Matthew R. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                      **Taylor J. Smith**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blox Lending**
*a Utah limited liability company*

represented by **Richard Hong**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alexander R. Yarm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Ross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason P. Gottlieb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Taylor J. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Calmfritz Holdings**
*a Utah limited liability company*

represented by **Kathryn Tunacik Smith**
COHNE KINGHORN PC
111 E BROADWAY 11TH FL
SALT LAKE CITY, UT 84111
801-363-4300
Email: ksmith@ck.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Moxley**
COHNE KINGHORN PC
111 E BROADWAY 11TH FL
SALT LAKE CITY, UT 84111
(801)363-4300
Email: pmoxley@cohnekinghorn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Calmes & Co**                              represented by    **Kathryn Tunacik Smith**
*a Utah corporation*                                           (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Paul T. Moxley**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Flaherty Enterprises**                     represented by    **Romaine C. Marshall**
*an Arizona limited liability company*                         (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jonathan E. Schmalfeld**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jose A. Abarca**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**IX Ventures FZCO**                         represented by    **Jose A. Abarca**
*a United Arab Emirates company*                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Purdy Oil**
*a Nebraska limited liability company*

**Defendant**

**The Gold Collective**                      represented by    **Richard Hong**
*a Utah limited liability company*                             (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Alexander R. Yarm**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **David E. Ross**
                                                               (See above for address)
                                                               *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jason P. Gottlieb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Taylor J. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UIU Holdings**                            represented by  **Richard Hong**
*a Delaware limited liability company*                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander R. Yarm**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David E. Ross**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jason P. Gottlieb**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey D. Brooks**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew R. Lewis**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Taylor J. Smith**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Receiver**

| | | |
|---|---|---|
| **Josias N. Dewey** | represented by | **Andrew William Balthazor** |
| | | HOLLAND & KNIGHT LLP |
| | | 701 BRICKELL AVE STE 3300 |
| | | MIAMI, FL 33131 |
| | | 305-789-7584 |
| | | Email: andrew.balthazor@hklaw.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Eric K. Schnibbe**
MCNEILL VON MAACK
236 S 300 E
SALT LAKE CITY, UT 84111
801-823-6464
Email: schnibbe@mvmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason A. McNeill**
MCNEILL VON MAACK
236 S 300 E
SALT LAKE CITY, UT 84111
801-823-6464
Email: mcneill@mvmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica B. Magee**
HOLLAND & KNIGHT LLP
1722 ROUTH ST STE 1500
DALLAS, TX 75201
214-969-1375
Fax: 214-999-1613
Email: jessica.magee@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Mascianica**
HOLLAND & KNIGHT LLP
1722 ROUTH ST STE 1500
DALLAS, TX 75201
214-969-2106
Email: scott.mascianica@hklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2023 | 1 | COMPLAINT filed by Securities and Exchange Commission against Jacob S Anderson, Jason R. Anderson, Archer Drilling, B&B Investment Group, BW Holdings, Blox |

| | | |
|---|---|---|
| | | Lending, Ryan Bowen, Schad E Brannon, Business Funding Solutions, Calmes & Co, Calmfritz Holdings, Benjamin F Daniels, Digital Licensing, Travis A Flaherty, Flaherty Enterprises, James E Franklin, Matthew D Fritzsche, IX Global, IX Ventures FZCO, Joseph A Martinez, Roydon B Nelson, Alton O Parker, Purdy Oil, Mark W Schuler, Brendan J Stangis, The Gold Collective, UIU Holdings, Western Oil Exploration. (Filing fee $ 402) (Fee Status: Waived) (Electronic document provided on flash drive.) (Attachments: # 1 Civil Cover Sheet ) Assigned to Judge Ted Stewart (jwt) (Entered: 07/26/2023) |
| 07/26/2023 | 2 | MOTION to Seal Case filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order)(jwt) (Entered: 07/26/2023) |
| 07/26/2023 | 3 | MOTION for Temporary Restraining Order filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Index of Exhibits, # 2 Rule 65 Attorney Certification, # 3 Exhibit 1 - Text of Proposed Order, # 4 Exhibit 2 - Declaration of Joseph Watkins, # 5 Exhibit 2 - Watkins Exhibits 1-14, # 6 Exhibit 2 - Watkins Exhibits 15-30, # 7 Exhibit 2 - Watkins Exhibits 31-32, # 8 Exhibit 2 - Watkins Exhibits 33-34, # 9 Exhibit 2 - Watkins Exhibits 35-50, # 10 Exhibit 3 - Declaration of Karaz S. Zaki, # 11 Exhibit 4 - Declaration of Jenny L. McBride)(jwt) (Entered: 07/26/2023) |
| 07/26/2023 | 4 | MOTION to Appoint Receiver and Memorandum in Support filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Exhibit 1 - Proposed Order, # 2 Exhibit 2 - Titanium Order, # 3 Exhibit 3 - Qualifications Letter)(jwt) (Entered: 07/26/2023) |
| 07/26/2023 | 5 | Summons Issued as to Jacob S Anderson, Jason R. Anderson, Archer Drilling, B&B Investment Group, BW Holdings, Blox Lending, Ryan Bowen, Schad E Brannon, Business Funding Solutions, Calmes & Co, Calmfritz Holdings, Benjamin F Daniels, Digital Licensing, Travis A Flaherty, Flaherty Enterprises, James E Franklin, Matthew D Fritzsche, IX Global, IX Ventures FZCO, Joseph A Martinez, Roydon B Nelson, Alton O Parker, Purdy Oil, Mark W Schuler, Brendan J Stangis, The Gold Collective, UIU Holdings, Western Oil Exploration. (Attachments: # 1 Archer Drilling, # 2 B&B Investment Group, # 3 Benjamin Daniels, # 4 Blox Lending, # 5 Brendan Stangis, # 6 Business Funding Solutions, # 7 BW Holdings, # 8 Calmes & Co., # 9 Calmfritz Holdings, # 10 Digital Licensing, # 11 Flaherty Enterprises, # 12 IX Global, # 13 IX Ventures, # 14 Jacob S. Anderson, # 15 James E. Franklin, # 16 Jason R. Anderson, # 17 Joseph A. Martinez, # 18 Mark W. Schuler, # 19 Matthew D. Fritzsche, # 20 Purdy Oil, # 21 Roydon B. Nelson, # 22 Ryan Bowen, # 23 Schad E. Brannon, # 24 The Gold Collective, # 25 Travis A. Flaherty, # 26 UIU Holdings, # 27 Western Oil Exploration Co.)(jwt) (Entered: 07/26/2023) |
| 07/26/2023 | 6 | ORDER OF RECUSAL Judge Ted Stewart recused. Case reassigned to Judge Howard C. Nielson, Jr for all further proceedings. Signed by Judge Ted Stewart on 7/26/2023. (mh) (Entered: 07/26/2023) |
| 07/27/2023 | 7 | Case Reassigned. Case was incorrectly assigned to Judge Howard Nielson, Jr following Judge Ted Stewart's recusal. Judge Howard C. Nielson, Jr no longer assigned to the case. Case Reassigned to Judge Robert J. Shelby. Case number will now read **2:23-cv-00482-RJS.** Please make changes to document captions accordingly. (jwt) (Entered: 07/27/2023) |
| 07/27/2023 | 8 | ORDER granting 2 Motion to Seal Case. IT IS HEREBY ORDERED that this matter is sealed until further order of the Court. Signed by Judge Robert J. Shelby on 07/27/2023. (jl) (Entered: 07/27/2023) |
| 07/28/2023 | 9 | TEMPORARY RESTRAINING ORDER and Orders (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents; and (4) Granting Expedited Discovery; (5) Repatriating Assets. Signed by Judge Robert J. Shelby on 7/28/2023. (jwt) (Entered: 07/28/2023) |

| 07/28/2023 | 10 | ORDER granting 4 Motion to Appoint Receiver. Josias N. Dewey appointed as temporary receiver of Defendant Digital Licensing Inc. (d/b/a "Debt Box") and its subsidiaries and affiliates. (See order for other details.) Signed by Judge Robert J. Shelby on 7/28/2023. (jwt) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 11 | Minute Entry for proceedings held before Judge Robert J. Shelby: TRO Motion Hearing held via ZOOM on 7/28/2023 re: 3 MOTION for Temporary Restraining Order filed by Securities and Exchange Commission and 4 MOTION to Appoint Receiver and Memorandum in Support filed by Securities and Exchange Commission. For the reasons stated on the record, the Ex Parte Application for Entry of Temporary Restraining Order, docket entry 3 and Ex Parte Application for Appointment of a Temporary Receiver, docket entry 4 are granted. Counsel for Plaintiffs: Michael E. Welsh and Casey R. Fronk. Court Reporter: Kelly Hicken. (mjm) (Entered: 07/31/2023) |
| 07/31/2023 | 12 | **NOTICE OF ZOOM HEARING ON MOTION** (Notice generated by Mary Jane McNamee) SEALED Motion Hearing set for 7/28/2023 at 03:00 PM in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge Robert J. Shelby. ZOOM Information will be emailed to counsel. (mjm) (Entered: 07/31/2023) |
| 08/02/2023 | 13 | MOTION to Unseal Case filed by Plaintiff Securities and Exchange Commission. (jl) (Entered: 08/02/2023) |
| 08/02/2023 | 14 | ORDER granting 13 Motion to Unseal Case - this matter is no longer under seal. The case docket and the automated case index shall be unsealed. All filings from this date forward may be effected in accordance with the Federal Rules of Civil Procedure and the local rules of practice of this Court. Signed by Judge Robert J. Shelby on 08/02/2023. (jl) (Entered: 08/02/2023) |
| 08/02/2023 | 15 | NOTICE OF Unsealing Civil Case. (jl) (Entered: 08/02/2023) |
| 08/04/2023 | 16 | SUMMONS Returned Executed by Securities and Exchange Commission as to Brendan J Stangis served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Brendan Stangis Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 17 | SUMMONS Returned Executed by Securities and Exchange Commission as to Travis A Flaherty served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Travis Flaherty Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 18 | SUMMONS Returned Executed by Securities and Exchange Commission as to Schad E Brannon served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Schad Brannon Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 19 | SUMMONS Returned Executed by Securities and Exchange Commission as to Alton O Parker served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Alton Parker Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 20 | SUMMONS Returned Executed by Securities and Exchange Commission as to Calmes & Co served on 8/3/2023, answer due 8/24/2023. (Attachments: # 1 Calmes & Co. Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 21 | SUMMONS Returned Executed by Securities and Exchange Commission as to Jacob S Anderson served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Jacob Anderson Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 22 | SUMMONS Returned Executed by Securities and Exchange Commission as to Mark W Schuler served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Mark William Schuler Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |

| 08/04/2023 | 23 | SUMMONS Returned Executed by Securities and Exchange Commission as to Purdy Oil served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Purdy Oil Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 24 | SUMMONS Returned Executed by Securities and Exchange Commission as to Digital Licensing served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Digital Licensing Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 25 | SUMMONS Returned Executed by Securities and Exchange Commission as to Flaherty Enterprises served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Flaherty Enterprises Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 26 | SUMMONS Returned Executed by Securities and Exchange Commission as to Archer Drilling served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Archer Drilling Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/04/2023 | 27 | SUMMONS Returned Executed by Securities and Exchange Commission as to Western Oil Exploration served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Western Oil Exploration Executed Return of Service)(Welsh, Michael) (Entered: 08/04/2023) |
| 08/07/2023 | 28 | NOTICE of Appearance by Jason A. McNeill on behalf of Josias N. Dewey (McNeill, Jason) (Entered: 08/07/2023) |
| 08/07/2023 | 29 | NOTICE of Appearance by Eric K. Schnibbe on behalf of Josias N. Dewey (Schnibbe, Eric) (Entered: 08/07/2023) |
| 08/07/2023 | 30 | MOTION for Admission Pro Hac Vice of Jessica B. Magee , Registration fee $ 50, receipt number AUTDC-4769451, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. <br><br> filed by Receiver Josias N. Dewey. (Attachments: # 1 Application for PHV Admission Jessica Magee, # 2 Text of Proposed Order Order Granting PHV Admission Jessica Magee)(McNeill, Jason) (Entered: 08/07/2023) |
| 08/07/2023 | 31 | MOTION for Admission Pro Hac Vice of Scott Mascianica , Registration fee $ 50, receipt number AUTDC-4769525, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. <br><br> filed by Receiver Josias N. Dewey. (Attachments: # 1 Application for PHV Scott Mascianica, # 2 Text of Proposed Order Order Granting PHV Scott Mascianica)(McNeill, Jason) (Entered: 08/07/2023) |
| 08/07/2023 | 32 | MOTION for Admission Pro Hac Vice of Andrew W. Balthazor , Registration fee $ 50, receipt number AUTDC-4769553, |

| | | |
|---|---|---|
| | | Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Receiver Josias N. Dewey. (Attachments: # 1 Application for PHV Andrew Balthazor, # 2 Text of Proposed Order Order Granting PHV Andrew Balthazor)(McNeill, Jason) (Entered: 08/07/2023) |
| 08/07/2023 | 33 | TEMPORARY RESTRAINING ORDER. See order for details. Signed by Judge Robert J. Shelby on 08/07/2023. (jl) (Entered: 08/07/2023) |
| 08/07/2023 | 34 | ORDER granting 30 Motion for Admission Pro Hac Vice of Attorney Jessica B. Magee for Josias N. Dewey.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.A* **Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.**<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Judge Robert J. Shelby on 08/07/2023. (jl) (Entered: 08/07/2023) |
| 08/07/2023 | 35 | ORDER granting 31 Motion for Admission Pro Hac Vice of Attorney Scott Mascianica for Josias N. Dewey.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.A* **Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.**<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Judge Robert J. Shelby on 08/07/2023. (jl) (Entered: 08/07/2023) |
| 08/07/2023 | 36 | ORDER granting 32 Motion for Admission Pro Hac Vice of Attorney Andrew W. Balthazor for Josias N. Dewey.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.A* **Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.**<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Judge Robert J. Shelby on 08/07/2023. (jl) (Entered: 08/07/2023) |

| 08/08/2023 | 37 | WAIVER OF SERVICE Returned Executed filed by Securities and Exchange Commission as to Joseph A Martinez Waiver sent on 8/7/2023, answer due 10/6/2023. (Attachments: # 1 Waiver of Service of Summons)(Welsh, Michael) (Entered: 08/08/2023) |
| 08/08/2023 | 38 | WAIVER OF SERVICE Returned Executed filed by Securities and Exchange Commission as to IX Global Waiver sent on 8/7/2023, answer due 10/6/2023. (Attachments: # 1 Waiver of Service of Summons)(Welsh, Michael) (Entered: 08/08/2023) |
| 08/09/2023 | 39 | SUMMONS Returned Executed by Securities and Exchange Commission as to Benjamin F Daniels served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Benjamin Daniels Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 40 | SUMMONS Returned Executed by Securities and Exchange Commission as to B&B Investment Group served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 B&B Investments Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 41 | SUMMONS Returned Executed by Securities and Exchange Commission as to BW Holdings served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 BW Holdings Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 42 | SUMMONS Returned Executed by Securities and Exchange Commission as to Matthew D Fritzsche served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Matthew Fritzsche Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 43 | SUMMONS Returned Executed by Securities and Exchange Commission as to Calmfritz Holdings served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Calmfritz Holdings Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 44 | SUMMONS Returned Executed by Securities and Exchange Commission as to Ryan Bowen served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Ryan Bowen Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 45 | SUMMONS Returned Executed by Securities and Exchange Commission as to Blox Lending served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Blox Lending Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 46 | SUMMONS Returned Executed by Securities and Exchange Commission as to Business Funding Solutions served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Business Funding Solutions Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 47 | SUMMONS Returned Executed by Securities and Exchange Commission as to Jason R. Anderson served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Jason Anderson Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 48 | SUMMONS Returned Executed by Securities and Exchange Commission as to UIU Holdings served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 UIU Holdings Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 49 | SUMMONS Returned Executed by Securities and Exchange Commission as to Roydon B Nelson served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 Roydon Nelson Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |
| 08/09/2023 | 50 | SUMMONS Returned Executed by Securities and Exchange Commission as to The Gold Collective served on 8/2/2023, answer due 8/23/2023. (Attachments: # 1 The Gold Collective Executed Return of Service)(Welsh, Michael) (Entered: 08/09/2023) |

| 08/09/2023 | 51 | NOTICE of Appearance by Jose A. Abarca on behalf of Travis A Flaherty, Flaherty Enterprises (Abarca, Jose) (Entered: 08/09/2023) |
| 08/09/2023 | 52 | NOTICE of Appearance by Jose A. Abarca on behalf of IX Global, ~~IX Ventures FZCO~~, Joseph A Martinez (Abarca, Jose) Modified by striking through party that attorney is not representing per document and conversation with counsel on 8/9/2023 (jl). (Entered: 08/09/2023) |
| 08/09/2023 | 53 | NOTICE of Appearance by Romaine C. Marshall on behalf of Travis A Flaherty, Flaherty Enterprises (Marshall, Romaine) (Entered: 08/09/2023) |
| 08/09/2023 | 54 | NOTICE of Appearance by Romaine C. Marshall on behalf of IX Global, ~~IX Ventures FZCO~~, Joseph A Martinez (Marshall, Romaine) Modified by striking party as per document and conversation with counsel they are not representing IX Ventures on 8/9/2023 (jl). (Entered: 08/09/2023) |
| 08/11/2023 | 55 | NOTICE of Appearance by Scott B. Gordon on behalf of Ryan Bowen (Gordon, Scott) (Entered: 08/11/2023) |
| 08/14/2023 | 56 | NOTICE of Appearance by Justin T. Toth on behalf of Ryan Bowen (Toth, Justin) (Entered: 08/14/2023) |
| 08/14/2023 | 57 | NOTICE of Appearance by Maria E. Windham on behalf of Ryan Bowen (Windham, Maria) (Entered: 08/14/2023) |
| 08/14/2023 | 58 | NOTICE OF FILING of Accounting of Assets for Defendant Ryan Bowen (Redacted) filed by Defendant Ryan Bowen. (Toth, Justin) (Entered: 08/14/2023) |
| 08/14/2023 | 59 | Stipulated MOTION for Leave to File Sealed Document re 58 Notice of Filing *Accounting of Assets for Defendant Ryan Bowen* filed by Defendant Ryan Bowen. (Attachments: # 1 Text of Proposed Order)(Toth, Justin) (Entered: 08/14/2023) |
| 08/14/2023 | 60 | **SEALED DOCUMENT** re 58 Notice of Filing filed by Defendant Ryan Bowen  **NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties..** (Toth, Justin) (Entered: 08/14/2023) |
| 08/14/2023 | 81 | NOTICE of Rejected Service of Process from CT Corporation regarding party Blox Lending. (jl) (Entered: 08/18/2023) |
| 08/15/2023 | 61 | DOCKET TEXT ORDER granting 59 Motion for Leave to File Sealed Document. Based on the parties' stipulation and good cause appearing, the court GRANTS the Motion and orders that the document at issue ( 60 ) shall remain sealed. Signed by Judge Robert J. Shelby on 08/15/2023. No attached document. (jl) (Entered: 08/15/2023) |
| 08/15/2023 | 62 | NOTICE OF WITHDRAWAL OF COUNSEL of Scott Gordon filed by Scott B. Gordon on behalf of Ryan Bowen (Gordon, Scott) (Entered: 08/15/2023) |
| 08/15/2023 | 63 | NOTICE of Appearance by Brent R. Baker on behalf of Brendan J Stangis (Baker, Brent) (Entered: 08/15/2023) |
| 08/15/2023 | 64 | NOTICE OF FILING of Accounting of Assets for Defendant Brendan J. Stangis *Redacted* filed by Defendant Brendan J Stangis. (Attachments: # 1 Exhibit Redacted Accounting) (Baker, Brent) (Entered: 08/15/2023) |
| 08/15/2023 | 65 | Stipulated MOTION for Leave to File Sealed Document re 64 NOTICE OF FILING filed by Defendant Brendan J Stangis. (Attachments: # 1 Text of Proposed Order)(Baker, Brent) Modified by linking to 64 on 8/16/2023 (jl). (Entered: 08/15/2023) |

| 08/15/2023 | 66 | NOTICE OF FILING of Amended Accounting of Assets for Defendant Ryan Bowen (Redacted) re 58 Notice of Filing *Accounting of Assets for Defendant Ryan Bowen* filed by Defendant Ryan Bowen. (Toth, Justin) (Entered: 08/15/2023) |
|---|---|---|
| 08/15/2023 | 67 | **\*\*SEALED DOCUMENT\*\*** re 61 Order on Motion for Leave to File Sealed Document, 60 Sealed Document filed by Defendant Ryan Bowen<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties..** (Toth, Justin) (Entered: 08/15/2023) |
| 08/16/2023 | 68 | NOTICE of Appearance by Matthew R. Lewis on behalf of Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings (Lewis, Matthew) (Entered: 08/16/2023) |
| 08/16/2023 | 69 | NOTICE of Appearance by Taylor J. Smith on behalf of Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings (Smith, Taylor) (Entered: 08/16/2023) |
| 08/16/2023 | 70 | MOTION for Admission Pro Hac Vice of Alexander R. Yarm , Registration fee $ 50, receipt number AUTDC-4778628,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit A - PHV App re A. Yarm, # 2 Text of Proposed Order Granting Pro Hac Vice Admission of Alexander R. Yarm)(Lewis, Matthew) (Entered: 08/16/2023) |
| 08/16/2023 | 71 | MOTION for Admission Pro Hac Vice of David E. Ross , Registration fee $ 50, receipt number AUTDC-4778714,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit A - PHV App re D. Ross, # 2 Text of Proposed Order Granting Pro Hac Vice Admission of David E. Ross)(Lewis, Matthew) (Entered: 08/16/2023) |
| 08/16/2023 | 72 | MOTION for Admission Pro Hac Vice of Jason P. Gottlieb , Registration fee $ 50, receipt number AUTDC-4778800,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. |

| | | Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |
|---|---|---|
| | | filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit A - PHV App re J. Gottlieb, # 2 Text of Proposed Order Granting Pro Hac Vice Admission of Jason P. Gottlieb)(Lewis, Matthew) (Entered: 08/16/2023) |
| 08/16/2023 | 73 | **SEALED DOCUMENT** re 65 MOTION for Leave to File Sealed Document re 64 NOTICE OF FILING filed by Defendant Brendan J Stangis |
| | | **NOTE: Filer is instructed to serve the sealed document on all other parties.**. (Attachments: # 1 Exhibit 1 - Accounting of Stangis)(Baker, Brent) Modified by linking to 65 on 8/16/2023 (jl). (Entered: 08/16/2023) |
| 08/16/2023 | 74 | ORDER granting 70 Motion for Admission Pro Hac Vice of Attorney Alexander R. Yarm for Jacob S Anderson, for Jason R. Anderson, for Blox Lending, for Schad E Brannon, Yarm for Business Funding Solutions, for Roydon B Nelson, for The Gold Collective, and for UIU Holdings. |
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** |
| | | *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* |
| | | Signed by Judge Robert J. Shelby on 08/16/2023. (jl) (Entered: 08/16/2023) |
| 08/16/2023 | 75 | ORDER granting 71 Motion for Admission Pro Hac Vice of Attorney David E. Ross for Jacob S Anderson, for Jason R. Anderson, for Blox Lending, for Schad E Brannon, for Business Funding Solutions, for Roydon B Nelson, for The Gold Collective, and for UIU Holdings. |
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** |
| | | *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* |
| | | Signed by Judge Robert J. Shelby on 08/16/2023. (jl) (Entered: 08/16/2023) |
| 08/16/2023 | 76 | ORDER granting 72 Motion for Admission Pro Hac Vice of Attorney Jason P. Gottlieb for Jacob S Anderson, for Jason R. Anderson, for Blox Lending, for Schad E Brannon, for Business Funding Solutions, for Roydon B Nelson, for The Gold Collective, and for UIU Holdings. |
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.* |

| | | |
|---|---|---|
| | | *Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* Signed by Judge Robert J. Shelby on 08/16/2023. (jl) (Entered: 08/16/2023) |
| 08/16/2023 | 77 | DOCKET TEXT ORDER granting Stipulated 65 Motion for Leave to File Under Seal. Based on the parties' stipulation and good cause appearing, the court GRANTS the Motion and orders that the 73 document at issue shall remain sealed. Signed by Judge Robert J. Shelby on 08/16/2023. No attached document. (jl) (Entered: 08/16/2023) |
| 08/17/2023 | 78 | TEMPORARY RESTRAINING ORDER. See order for details. Signed by Judge Robert J. Shelby on 08/17/2023. (jl) (Entered: 08/17/2023) |
| 08/17/2023 | 79 | NOTICE of Supplemental Accounting of Assets for Defendant Ryan Bowen (Redacted) by Ryan Bowen re 66 Notice of Filing (Toth, Justin) (Entered: 08/17/2023) |
| 08/17/2023 | 80 | **SEALED DOCUMENT** re 67 Sealed Document, 61 Order on Motion for Leave to File Sealed Document, filed by Defendant Ryan Bowen **NOTE: Filer is instructed to serve the sealed document on all other parties..** (Toth, Justin) (Entered: 08/17/2023) |
| 08/18/2023 | 82 | Stipulated MOTION for Leave to File Sealed Document *Asset Accountings for Defendants IX Global LLC, Joseph A. Martinez, and Travis Flaherty* filed by Defendants Travis A Flaherty, Flaherty Enterprises, ~~James E Franklin, Matthew D Fritzsche~~, IX Global, ~~IX Ventures FZCO~~, Joseph A Martinez. (Attachments: # 1 Text of Proposed Order)(Abarca, Jose) Modified on 8/22/2023 parties stricken not represented by counsel(nl). (Entered: 08/18/2023) |
| 08/18/2023 | 83 | NOTICE OF FILING of Accounting of Assets re 82 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings for Defendants IX Global LLC, Joseph A. Martinez, and Travis Flaherty for Defendant iX Global LLC* filed by Defendant IX Global. (Abarca, Jose) (Entered: 08/18/2023) |
| 08/18/2023 | 84 | **SEALED DOCUMENT** re 83 Notice of Filing, filed by Defendant IX Global **NOTE: Filer is instructed to serve the sealed document on all other parties..** (Abarca, Jose) (Entered: 08/18/2023) |
| 08/18/2023 | 85 | NOTICE OF FILING of Accounting of Assets re 82 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings for Defendants IX Global LLC, Joseph A. Martinez, and Travis Flaherty for Defendant Joseph A. Martinez* filed by Defendant Joseph A Martinez. (Abarca, Jose) (Entered: 08/18/2023) |
| 08/18/2023 | 86 | **SEALED DOCUMENT** re 85 Notice of Filing, filed by Defendant Joseph A Martinez **NOTE: Filer is instructed to serve the sealed document on all other parties..** (Abarca, Jose) (Entered: 08/18/2023) |
| 08/18/2023 | 87 | NOTICE OF FILING of Accounting of Assets re 82 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings for Defendants IX Global LLC, Joseph A. Martinez, and Travis Flaherty for Defendant Travis Flaherty* filed by Defendant Travis A Flaherty. (Abarca, Jose) (Entered: 08/18/2023) |

| 08/18/2023 | 88 | **SEALED DOCUMENT** re 87 Notice of Filing, filed by Defendant Travis A Flaherty<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.. (Abarca, Jose) (Entered: 08/18/2023) |
|---|---|---|
| 08/21/2023 | 89 | DOCKET TEXT ORDER granting 82 Motion for Leave to File Sealed Document. Based on the parties' stipulation and good cause appearing, the court GRANTS the Motion and orders the documents at issue ( 84 , 86 , 88 ) shall remain sealed. Signed by Judge Robert J. Shelby on 08/21/2023. No attached document. (jl) (Entered: 08/21/2023) |
| 08/22/2023 | 90 | MOTION for Admission Pro Hac Vice of Jonathan E. Schmalfeld , Registration fee $ 50, receipt number AUTDC-4783876,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Defendants Travis A Flaherty, Flaherty Enterprises, ~~James E Franklin, Matthew D Fritzsche~~, IX Global, ~~IX Ventures FZCO~~, Joseph A Martinez. (Attachments: # 1 Exhibit Pro Hac Vice Application, # 2 Text of Proposed Order)(Marshall, Romaine) Modified by striking parties not being represented by counsel on 8/22/2023 (jl). (Entered: 08/22/2023) |
| 08/22/2023 | 91 | ORDER granting 90 Motion for Admission Pro Hac Vice of Attorney Jonathan E. Schmalfeld for Travis A Flaherty, for Flaherty Enterprises, for IX Global, and for Joseph A Martinez.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.***A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.***<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Judge Robert J. Shelby on 08/22/2023. (jl) (Entered: 08/22/2023) |
| 08/22/2023 | 92 | Stipulated MOTION for Extension of Time to File Answer re 16 Summons Returned Executed, 1 Complaint,, and Memorandum in Support filed by Defendant Brendan J Stangis. (Attachments: # 1 Text of Proposed Order)(Baker, Brent) (Entered: 08/22/2023) |
| 08/22/2023 | 93 | NOTICE OF FILING of Accounting of Assets for Jacob S. Anderson filed by Defendant Jacob S Anderson. (Attachments: # 1 Exhibit A - Accounting of Assets re Jacob Anderson (Redacted))(Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 94 | NOTICE OF FILING of Accounting of Assets for Jason R. Anderson filed by Defendant Jason R. Anderson. (Attachments: # 1 Exhibit A - Accounting of Assets re Jason Anderson (Redacted))(Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 95 | NOTICE OF FILING of Accounting of Assets for Schad E. Brannon filed by Defendant Schad E Brannon. (Attachments: # 1 Exhibit A - Accounting of Assets re Schad Brannon (Redacted))(Lewis, Matthew) (Entered: 08/22/2023) |

| 08/22/2023 | 96 | NOTICE OF FILING of Accounting of Assets for Roydon B. Nelson filed by Defendant Roydon B Nelson. (Attachments: # 1 Exhibit A - Accounting of Assets re Roydon Nelson (Redacted))(Lewis, Matthew) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 97 | Stipulated MOTION for Leave to File Sealed Document *Asset Accountings* filed by Defendants Jacob S Anderson, Jason R. Anderson, Schad E Brannon, Roydon B Nelson. (Attachments: # 1 Text of Proposed Order Granting Stipulated Motion for Leave to File the Accountings of Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson Under Seal)(Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 98 | **SEALED DOCUMENT** re 95 Notice of Filing, 97 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings* filed by Defendant Schad E Brannon<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.**. (Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 99 | **SEALED DOCUMENT** re 96 Notice of Filing, 97 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings* filed by Defendant Roydon B Nelson<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.**. (Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 100 | **SEALED DOCUMENT** re 94 Notice of Filing, 97 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings* filed by Defendant Jason R. Anderson<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.**. (Lewis, Matthew) (Entered: 08/22/2023) |
| 08/22/2023 | 101 | **SEALED DOCUMENT** re 93 Notice of Filing, 97 Stipulated MOTION for Leave to File Sealed Document *Asset Accountings* filed by Defendant Jacob S Anderson<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.**. (Lewis, Matthew) (Entered: 08/22/2023) |
| 08/23/2023 | 102 | DOCKET TEXT ORDER granting 97 Motion for Leave to File Sealed Document. Based on the parties' stipulation and good cause appearing, the court GRANTS the Motion and orders the documents at issue ( 98 , 99 , 100 , 101 ) shall remain sealed. Signed by Judge Robert J. Shelby on 08/23/2023. No attached document. (jl) (Entered: 08/23/2023) |
| 08/23/2023 | 103 | ORDER granting 92 Motion for Extension of Time to Answer re 1 Complaint. Defendant Brendan J. Stangis may file his answer or other responsive pleading on or before September 22, 2023. Signed by Judge Robert J. Shelby on 08/22/2023. (jl) (Entered: 08/23/2023) |
| 08/23/2023 | 104 | Stipulated MOTION for Extension of Time to File Answer re 1 Complaint,, filed by Defendant Ryan Bowen. (Attachments: # 1 Text of Proposed Order)(Toth, Justin) (Entered: 08/23/2023) |
| 08/23/2023 | 105 | ORDER granting 104 Motion for Extension of Time to Answer re 1 Complaint. Defendant Ryan Bowen may file his answer or other responsive pleading on or before August 30, 2023. Signed by Judge Robert J. Shelby on 08/23/2023. (jl) (Entered: 08/23/2023) |
| 08/24/2023 | 106 | Stipulated MOTION for Extension of Time to File Answer re 1 Complaint,, and Memorandum in Support filed by Defendant Matthew D Fritzsche. (Attachments: # 1 Text of Proposed Order) Attorney Adam Lee Grundvig added to party Matthew D Fritzsche(pty:dft)(Grundvig, Adam) (Entered: 08/24/2023) |

| 08/24/2023 | 107 | ORDER granting 106 Motion for Extension of Time to Answer re 1 Complaint. Defendant Matthew Fritzsche may file his answer or other responsive pleading on or before September 15, 2023. Signed by Judge Robert J. Shelby on 08/24/2023. (jl) (Entered: 08/24/2023) |
| --- | --- | --- |
| 08/24/2023 | 108 | MOTION for Extension of Time to File Answer and Memorandum in Support filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Text of Proposed Order Text of Proposed Order)(Lewis, Matthew) (Entered: 08/24/2023) |
| 08/25/2023 | 109 | Stipulated MOTION For Temporary Order Regarding Defendant Ryan Bowen's Living Expenses filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Temporary Order Regarding Living Expenses)(Welsh, Michael) (Entered: 08/25/2023) |
| 08/25/2023 | 110 | Stipulated MOTION for Temporary Order Regarding Defendant Travis Flaherty's Living Expenses filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Temporary Order Regarding Living Expenses)(Welsh, Michael) (Entered: 08/25/2023) |
| 08/25/2023 | 111 | **~~RESTRICTED DOCUMENT~~** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Zoom Status Conference held on 07/28/2023 before Judge Robert J. Shelby. Court Reporter/Transcriber KELLY BROWN HICKEN, RPR, RMR, Telephone number 801-521-7238.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. To redact additional information a Motion to Redact must be filed. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/15/2023. Redacted Transcript Deadline set for 10/6/2023. Release of Transcript Restriction set for 11/27/2023. (jl) Modified by removing restricted text on 11/28/2023 (mh). (Entered: 08/25/2023) |
| 08/28/2023 | 112 | Temporary ORDER Regarding Defendant Ryan Bowen's Living Expenses re 109 Motion. Signed by Judge Robert J. Shelby on 08/28/2023. (jl) (Entered: 08/28/2023) |
| 08/28/2023 | 113 | ORDER Regarding Defendant Travis Flaherty's Living Expenses re 110 Motion. Signed by Judge Robert J. Shelby on 08/28/2023. (jl) (Entered: 08/28/2023) |
| 08/28/2023 | 114 | ORDER granting 108 Motion for Extension of Time to Answer re Complaint. The Defendants and Relief Defendants listed in the order shall have until September 22, 2023 to file their answer or otherwise respond to the complaint filed in this matter. Signed by Judge Robert J. Shelby on 08/28/2023. (jl) (Entered: 08/28/2023) |
| 08/28/2023 | 115 | Stipulated MOTION for Leave to File Sealed Document *Supplemental Asset Accounting for Defendants IX Global LLC* filed by Defendant IX Global. (Attachments: # 1 Text of Proposed Order)(Abarca, Jose) (Entered: 08/28/2023) |

| 08/28/2023 | 116 | NOTICE OF FILING of REDACTED Supplemental Asset Accounting re 115 Stipulated MOTION for Leave to File Sealed Document *Supplemental Asset Accounting for Defendants IX Global LLC* filed by Defendant IX Global. (Abarca, Jose) (Entered: 08/28/2023) |
| --- | --- | --- |
| 08/28/2023 | 117 | **SEALED DOCUMENT** re 115 Stipulated MOTION for Leave to File Sealed Document *Supplemental Asset Accounting for Defendants IX Global LLC*, 116 Notice of Filing filed by Defendant IX Global<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties..** (Abarca, Jose) (Entered: 08/28/2023) |
| 08/29/2023 | 118 | DOCKET TEXT ORDER granting 115 Motion for Leave to File Sealed Document: Based on the parties' stipulation and good cause appearing, the court GRANTS the Motion and orders the document at issue ( 117 ) shall remain sealed. Signed by Judge Robert J. Shelby on 08/29/2023. No attached document. (jl) (Entered: 08/29/2023) |
| 08/29/2023 | 119 | Stipulated MOTION For Temporary Order *Regarding Defendant Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson's Living Expenses* filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Regarding Living Expenses)(Welsh, Michael) (Entered: 08/29/2023) |
| 08/29/2023 | 120 | TEMPORARY ORDER REGARDING LIVING EXPENSES re 119 Motion For Temporary Order. Signed by Judge Robert J. Shelby on 08/29/2023. (jl) (Entered: 08/29/2023) |
| 08/29/2023 | 121 | TEMPORARY RESTRAINING ORDER. Signed by Judge Robert J. Shelby on 08/29/2023. (jl) (Entered: 08/29/2023) |
| 08/30/2023 | 122 | NOTICE of Appearance by Keith M. Woodwell on behalf of BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler (Woodwell, Keith) (Entered: 08/30/2023) |
| 08/30/2023 | 123 | Stipulated MOTION for Extension of Time to File Answer re 1 Complaint,, filed by Defendant Ryan Bowen. (Attachments: # 1 Text of Proposed Order Proposed Order) (Windham, Maria) (Entered: 08/30/2023) |
| 08/30/2023 | 124 | ORDER granting 123 Motion for Extension of Time to Answer re 1 Complaint. Ryan Bowen may file his answer or other responsive pleading on or before September 13, 2023. Signed by Judge Robert J. Shelby on 08/30/2023. (jl) (Entered: 08/30/2023) |
| 09/01/2023 | 125 | Plaintiff's MOTION to Clarify Receivership Order re 10 Order on Motion to Appoint Receiver, and Memorandum in Support filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Exhibit A - J. Dewey Declaration, # 2 Exhibit 1-17 to J. Dewey Decl., # 3 Exhibit 18-33 to J. Dewey Decl., # 4 Exhibit B - Letter re Business Payments, # 5 Text of Proposed Order Proposed Amended Temporary Receivership Order)(Welsh, Michael) (Entered: 09/01/2023) |
| 09/05/2023 | 126 | NOTICE of Appearance by Thomas A. Brady on behalf of BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler (Brady, Thomas) (Entered: 09/05/2023) |
| 09/05/2023 | 127 | NOTICE of Appearance by Katherine E. Pepin on behalf of BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler (Pepin, Katherine) (Entered: 09/05/2023) |
| 09/06/2023 | 128 | Stipulated MOTION For Temporary Order *Regarding Defendants Joseph A. Martinez and IX Global, LLC Living Expenses* filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Regarding Living Expenses) (Welsh, Michael) (Entered: 09/06/2023) |

| | | |
|---|---|---|
| 09/06/2023 | [129](#) | ORDER granting 128 Motion for Temporary Order Re: Joseph A. Martinez and iX Global LLC Living Expenses. Signed by Judge Robert J. Shelby on 9/6/23 (alt) (Entered: 09/06/2023) |
| 09/11/2023 | [130](#) | STRICKEN-PARTIES TO DISREGARD MEMORANDUM in Opposition re 119 Stipulated MOTION For Temporary Order *Regarding Defendant Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson's Living Expenses*, 109 Stipulated MOTION For Temporary Order Regarding Defendant Ryan Bowen's Living Expenses , 110 Stipulated MOTION for Temporary Order Regarding Defendant Travis Flaherty's Living Expenses *( Defendants' Motion to Dissolve Temporary Restraining Order and Modify Temporary Receivership Order to Appoint a New Receiver; and Memorandum of Law in Support Thereof Expeditious Consideration Requested)* filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - DEBT-lite-paper, # 2 Exhibit 2 - Ex parte TRO hearing SEC V DIGITAL7-28-23, # 3 Exhibit 3 - Bank Closure Documents, # 4 Exhibit 4 - Declaration of Emily Tabor-Eads, # 5 Exhibit 5 - Composite - Corporate Resolution, Formation License, # 6 Exhibit 6 - DLI - FLEET RFEG press release, # 7 Exhibit 7 -Mining Magazine FLEET_RFEG_Press Release, # 8 Exhibit 8 - DLI - Brannon memo re replacement, # 9 Exhibit 9 - Renegade Pitchbook, # 10 Exhibit 10 - Declaration of Derrick Hope, # 11 Exhibit 11 - SEC v. DLI Letter to SEC re ordinary course payments, # 12 Exhibit 12 -Declaration of Jason Saetrum, # 13 Exhibit 13 - Handwritten threat (redacted), # 14 Exhibit 14 - DEBT Market Cap Calculations, # 15 Exhibit 15 - SEC Subpoena Gordan L Anderson, # 16 Exhibit 16 - 2023-08-23 Letter DEBT Box Receiver to Saetrum, # 17 Exhibit 17 - RE MC+HK Call email, # 18 Exhibit 18 - Part 2 -August 17th Letter to Receiver, # 19 Exhibit 19 - RE_ SEC v. Digital Lieensing, # 20 Exhibit 20 - RE_ SEC v. Digital Lieensing Inc., et al., # 21 Exhibit 21 - RE_ SEC v. Digital Licensing - Urgent Call, # 22 Exhibit 22 - RE_ SEC v. Digital Lieensing - Urgent Call)(Gottlieb, Jason) Modified on 9/12/2023 stricken, 131 Notice of Deficiency filed, attorney to file using correct motion event(nl). (Entered: 09/11/2023) |
| 09/12/2023 | 131 | NOTICE OF DEFICIENCY re [130](#) Memorandum in Opposition to Motion. The document Memorandum in Opposition has been stricken, filed using the wrong event. The clerk requests the filer of the original document to refile the pleading as a new motion. The new pleading will receive a new document number on the docket. (nl) (Entered: 09/12/2023) |
| 09/12/2023 | [132](#) | MOTION to Amend/Correct (Dissolve) [121](#) Temporary Restraining Order and Memorandum in Support, MOTION to Appoint (New) Receiver and Memorandum in Support filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # [1](#) Exhibit 1 - DEBT-lite-paper, # [2](#) Exhibit 2 - Ex parte TRO hearing SEC V DIGITAL7-28-23, # [3](#) Exhibit 3 - Bank Closure Documents, # [4](#) Exhibit 4 - Declaration of Emily Tabor-Eads, # [5](#) Exhibit 5 - Composite - Corporate Resolution, Formation License, # [6](#) Exhibit 6 - DLI - FLEET RFEG press release, # [7](#) Exhibit 7 - Mining Magazine FLEET_RFEG_Press Release, # [8](#) Exhibit 8 - DLI - Brannon memo re replacement, # [9](#) Exhibit 9 - Renegade Pitchbook, # [10](#) Exhibit 10 - Declaration of Derrick Hope, # [11](#) Exhibit 11 - SEC v. DLI Letter to SEC re ordinary course payments, # [12](#) Exhibit 12 -Declaration of Jason Saetrum, # [13](#) Exhibit 13 - Handwritten threat (redacted), # [14](#) Exhibit 14 - DEBT Market Cap Calculations, # [15](#) Exhibit 15 - SEC Subpoena Gordan L Anderson, # [16](#) Exhibit 16 - 2023-08-23 Letter DEBT Box Receiver to Saetrum, # [17](#) Exhibit 17 - RE MC+HK Call email, # [18](#) Exhibit 18 - Part 2 -August 17th Letter to Receiver, # [19](#) Exhibit 19 - RE_ SEC v. Digital Lieensing, # [20](#) Exhibit 20 - RE_ SEC v. Digital Licensing Inc., et al., # [21](#) Exhibit 21 - RE_ SEC v. Digital Lieensing - Urgent Call, # [22](#) Exhibit Ex. 22 - RE_ SEC v. Digital Licensing - Urgent Call) |

| | | (Gottlieb, Jason) Modified on 9/12/2023: corrected entry text and motion relief (alt) (Entered: 09/12/2023) |
|---|---|---|
| 09/12/2023 | | Modification of Docket re 132 MOTION to Amend/Correct (Dissolve) 121 Temporary Restraining Order MOTION to Appoint New Receiver. Error: Motion was linked incorrectly and second relief should not have been "Miscellaneous Relief". Correction: Entry corrected to link only to current 121 TRO, second motion relief corrected to "Appoint Receiver" with the word "New" added for clarification, and entry text edited to to remove incorrectly added text repeating title of document. (alt) (Entered: 09/12/2023) |
| 09/12/2023 | 133 | ORDER REFERRING CASE to Magistrate Judge Dustin B. Pead under 28:636 (b)(1) (A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge Robert J. Shelby on 9/12/2023. (mjm) (Entered: 09/12/2023) |
| 09/12/2023 | 134 | **NOTICE OF HEARING**: (Notice generated by Mary Jane McNamee) ZOOM Status Conference set for 9/15/2023 at 10:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge Robert J. Shelby. *The court anticipates setting a briefing and hearing schedule re: the Motion to Dissolve, docket entry 132* . ZOOM Information will be emailed to counsel. (mjm) (Entered: 09/12/2023) |
| 09/12/2023 | 135 | NOTICE of Appearance by Emily Brinn Nuvan on behalf of Ryan Bowen (Nuvan, Emily) (Entered: 09/12/2023) |
| 09/12/2023 | 136 | TEMPORARY RESTRAINING ORDER. Signed by Judge Robert J. Shelby on 9/12/23 (alt) (Entered: 09/12/2023) |
| 09/13/2023 | 137 | Stipulated MOTION for Extension of Time to File Answer re 1 Complaint,, filed by Defendant Ryan Bowen. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Windham, Maria) (Entered: 09/13/2023) |
| 09/13/2023 | 138 | MOTION for Contempt/Sanctions to be Entered against Defendants Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson filed by Receiver Josias N. Dewey. (Attachments: # 1 Exhibit 1 - August 7 Email, # 2 Exhibit 2 - August 9 Email, # 3 Exhibit 3 - August 11 Email, # 4 Exhibit 4 - August 19 Letter, # 5 Exhibit 5 - August 21 Email, # 6 Exhibit 6 - August 22 Email Redacted, # 7 Exhibit 7 - August 22 Email, # 8 Exhibit 8 - August 29 Email, # 9 Exhibit 9 - Counterclaim, # 10 Exhibit 10 - ATLA Settlement Statement and Note, # 11 Exhibit 11 - Archer Drilling Resolution, # 12 Exhibit 12 - Commercial Mortgage, # 13 Exhibit 13 - August 17 Letter to Receiver, # 14 Exhibit 14 - Notice of Foreclosure) Motions referred to Dustin B. Pead.(McNeill, Jason) Modified on 9/14/2023: updated motion relief to "Sanctions" (alt) (Entered: 09/13/2023) |
| 09/13/2023 | 139 | STATUS REPORT *Temporary Receiver's First Status Report* by Josias N. Dewey. (McNeill, Jason) (Entered: 09/13/2023) |
| 09/14/2023 | 140 | ORDER granting 137 Stipulated MOTION for Extension of Time to File Answer re 1 Complaint. Answer deadline updated for Ryan Bowen - answer due 10/6/2023. Signed by Magistrate Judge Dustin B. Pead on 9/14/23 (alt) (Entered: 09/14/2023) |
| 09/14/2023 | 141 | Stipulated MOTION for Leave to File Sealed Document *Asset Accounting* filed by Defendant Matthew D Fritzsche. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Grundvig, Adam) (Entered: 09/14/2023) |
| 09/14/2023 | 142 | Motions No Longer Referred: 138 MOTION for Contempt Sanctions to be Entered against Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson (mjw) (Entered: 09/14/2023) |
| 09/14/2023 | 143 | ORDER granting 141 Motion for Leave to File Asset Accounting Document Under Seal. |

| | | Signed by Magistrate Judge Dustin B. Pead on 9/14/23 (alt) (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | 144 | MOTION to Clarify Receivership Order filed by Receiver Josias N. Dewey. (Attachments: # 1 Exhibit A - Second Dewey Declaration, # 2 Text of Proposed Order Granting Motion to Clarify) Motions referred to Dustin B. Pead.(McNeill, Jason) (Entered: 09/14/2023) |
| 09/14/2023 | 145 | MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve) Temporary Restraining Order* filed by Defendants Travis A Flaherty, IX Global, Joseph A Martinez. (Attachments: # 1 Exhibit Declaration of Joseph Martinez, # 2 Exhibit A to Declaration of Joseph Martinez, # 3 Exhibit B to Declaration of Joseph Martinez, # 4 Exhibit C to Declaration of Joseph Martinez) Motions referred to Dustin B. Pead.(Abarca, Jose) (Entered: 09/14/2023) |
| 09/15/2023 | 146 | Motions No Longer Referred: 145 MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve) Temporary Restraining Order*, 144 MOTION to Clarify Receivership Order (mjw) (Entered: 09/15/2023) |
| 09/15/2023 | 147 | Minute entry for proceedings held before Judge Robert J. Shelby: Status Conference held via ZOOM on 9/15/2023. Counsel appear via Zoom. The court and counsel discuss possible briefing and hearing schedules. The court set the following schedule. By next Friday, September 22, the parties will meet and confer and agree upon what will be completed during expedited discovery. The court will hold a hearing every day at 5:00 p.m. September 18-22 where the parties will report on their progress and raise issues they would like the court to address. The hearings will be noticed daily, and the parties may inform the court if the daily meeting is unnecessary. Expedited discovery will occur September 22 through October 6. On October 13, the SEC will file its opening brief in support of a motion for preliminary injunction. Any opposition to the motion will be due October 20. The SECs reply, if any, will be due October 25. The court will hold a preliminary injunction hearing on October 30. The court GRANTED an oral motion to extend time for Defendants to respond to the Motions to Clarify the Receivership docket entry 125 ; docket entry 144 . Defendants may jointly respond to both Motions on or before September 22, 2023. The court also GRANTED an oral motion to extend time for Defendants to respond to the Complaint. Defendants may file answers or other responses to the Complaint on or before October 6, 2023. To promote judicial efficiency, all Defendants agreed Romaine C. Marshall will serve as coordinating counsel for Defendants not represented by Morrison Cohen LLP (i.e., all Defendants besides Digital Licensing, Jason Anderson, Jacob Anderson, Schad Brannon, and Roydon Nelson). Briefing on the Receivers Motion for Contempt/Sanctions, docket entry 138 will continue on a normal briefing schedule. Briefing is STAYED on the Motions to Dissolve, docket entry 132 ; docket entry 145 . The court will review the Motions to Dissolve and inform the parties how it plans to proceed on those Motions. Jason P. Gottlieb requested modifications to the TRO. Concerning business expenses, Mr. Gottlieb agreed to work with the Receiver. Concerning other requests, the court invited counsel to submit additional information for the court to review in camera. Counsel for SEC: Michael Edward Welsh and Casey Fronk. Counsel for Defendants Blox Lending, Business Funding Solutions, UIU Holdings, Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson: Jason P. Gottlieb, David E. Ross, Alexander R. Yarm, and local counsel Matthew R. Lewis; Counsel for Defendants IX Global, Joseph A. Martinez, Travis A. Flaherty, and Flaherty Enterprises: Romaine C. Marshall and Jose A. Abarca; Counsel for Defendant Brendan J. Stangis: Brent R. Baker; Counsel for Matthew D. Fritzsche: Adam Lee Grundvig; Counsel for Defendant Ryan Bowen: Emily Brinn Nuvan; Counsel for Defendants Benjamin F. Daniels, Mark W. Schuler, Alton O. Parker, and BW Holdings: Thomas A. Brady and Katherine E. Pepin; Counsel for Receiver: |

| | | |
|---|---|---|
| | | Jessica B. Magee and Jason A. McNeill. Court reporter: Kelly Hicken.(mjm) (Entered: 09/15/2023) |
| 09/15/2023 | [148](#) | **SEALED DOCUMENT** filed by Defendant Matthew D Fritzsche<br><br>**NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties.**.<br>(Grundvig, Adam) (Entered: 09/15/2023) |
| 09/18/2023 | [149](#) | MOTION for Admission Pro Hac Vice of Jeffrey D. Brooks , Registration fee $ 50, receipt number AUTDC-4812950,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at <u>https://www.pacer.uscourts.gov/cmecf/dcbk.html</u>.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at <u>https://www.utd.uscourts.gov/cmecf-electronic-case-filing</u>.<br><br>filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # [1](#) Text of Proposed Order Granting PHV Admission of J. Brooks)(Lewis, Matthew) (Entered: 09/18/2023) |
| 09/18/2023 | [150](#) | NOTICE of SUPPLEMENTAL AUTHORITY by Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings re [132](#) MOTION to Amend/Correct (Dissolve) [121](#) Temporary Restraining Order MOTION to Appoint New Receiver (Gottlieb, Jason) (Entered: 09/18/2023) |
| 09/18/2023 | 151 | Minute Entry for proceedings held before Judge Robert J. Shelby: Status Conference held via ZOOM on 9/18/2023. The parties updated the court on their meet and confer. The parties will inform the court if they need another status conference scheduled for 5:00 p.m. September 19. The court discussed procedures and expectations for the preliminary injunction hearing. Briefing on the Motions to Dissolve, docket entry [132](#) and [145](#) is no longer stayed, and the court set the following schedule. The SEC must respond to both Motions to Dissolve no later than September 27, 2023. Replies if any are due October 3, 2023. The court will hold a ZOOM hearing on the Motions to Dissolve on October 6, 2023 at 1:00 p.m. (MST). The Receiver must respond to the relevant portions of the first Motion to Dissolve, docket entry [132](#) no later than September 27, 2023. The Receiver need not respond to the request to substitute for local counsel. A Reply if any is due October 3, 2023. Defendants who wish to seek relief similar to the relief sought in the Motions to Dissolve should file an appropriate filing no later than September 20, 2023. See DUCivR 7-1(a)(7). Counsel for SEC: Casey Fronk. Counsel for Defendants The Gold Collective, Blox Lending, Business Funding Solutions, UIU Holdings, Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson: Jeffrey D. Brooks and Alexander R. Yarm; Counsel for Defendants Benjamin F. Daniels, Mark W. Schuler, Alton O. Parker, BW Holdings: Keith M. Woodwell; Counsel for Defendants iX Global, Joseph A. Martinez, Travis A. Flaherty, and Flaherty Enterprises: Romaine C. Marshall and Jose A. Abarca; Counsel for Defendant Brendan J. Stangis: Brennan J. Curtis; Counsel for Defendant Matthew D. Fritzsche: Adam Lee Grundvig; Counsel for Defendant Ryan Bowen: Emily Brinn Nuvan. Counsel for Receiver: Jessica B. Magee and Jason A. McNeill. Court reporter: Kelly Hicken.(mjm) (Entered: 09/19/2023) |
| 09/19/2023 | [152](#) | NOTICE of Appearance by Keith M. Woodwell on behalf of B&B Investment Group (Woodwell, Keith) (Entered: 09/19/2023) |

| 09/19/2023 | 153 | NOTICE of Appearance by Thomas A. Brady on behalf of B&B Investment Group (Brady, Thomas) (Entered: 09/19/2023) |
|---|---|---|
| 09/19/2023 | 154 | NOTICE of Appearance by Katherine E. Pepin on behalf of B&B Investment Group (Pepin, Katherine) (Entered: 09/19/2023) |
| 09/20/2023 | 155 | Stipulated MOTION for Temporary Order *Regarding Defendant Matthew D. Fritzsche's Living Expenses* filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order Regarding Living Expenses) Motions referred to Dustin B. Pead.(Welsh, Michael) (Entered: 09/20/2023) |
| 09/20/2023 | 156 | ORDER granting 155 Stipulated Motion for Temporary Order Re: Defendant Matthew D. Fritzsche's Living Expenses. Signed by Judge Robert J. Shelby on 9/20/23 (alt) (Entered: 09/20/2023) |
| 09/20/2023 | 157 | ORDER granting 149 Motion for Admission Pro Hac Vice of Attorney Jeffrey D. Brooks for Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.***A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.**<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Judge Robert J. Shelby on 9/18/23 (alt) (Entered: 09/20/2023) |
| 09/20/2023 | 158 | **NOTICE OF ZOOM HEARING ON MOTION** re: 145 MOTION to Amend/Correct 121 Temporary Restraining Order*(Dissolve) Temporary Restraining Order* Filed by Defendants Travis A Flaherty, IX Global, Joseph A Martinez AND 132 MOTION to Amend/Correct (Dissolve) 121 Temporary Restraining Order, MOTION to Appoint New Receiver filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. : (Notice generated by Mary Jane McNamee) ZOOM Motion Hearing set for 10/6/2023 at 01:00 PM (MST) in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge Robert J. Shelby. ZOOM information will be emailed to counsel. (mjm) (Entered: 09/20/2023) |
| 09/20/2023 | 159 | MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve)* filed by Defendant Matthew D Fritzsche. Motions referred to Dustin B. Pead.(Grundvig, Adam) (Entered: 09/20/2023) |
| 09/21/2023 | 160 | Motions No Longer Referred: 159 MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve)* (mjm) (Entered: 09/21/2023) |
| 09/21/2023 | 161 | STATUS REPORT *Temporary Receiver's Interim Status Report* by Josias N. Dewey. (Attachments: # 1 Exhibit 1 - Complaint, # 2 Exhibit 2 - Counterclaim, # 3 Exhibit 3 - August 14 Email, # 4 Exhibit 4 - August 17 Letter, # 5 Exhibit 5 - Magee Email, # 6 Exhibit 6 - BLM Shutdowns, # 7 Exhibit 7 - BLM Lease Denial)(McNeill, Jason) (Entered: 09/21/2023) |
| 09/22/2023 | 162 | RESPONSE to Motion re 144 MOTION to Clarify Receivership Order , 125 Plaintiff's MOTION to Clarify Receivership Order re 10 Order on Motion to Appoint Receiver, *(Opposition to The SEC's and Receiver's Motions to Clarify Temporary Receivership* |

| | | |
|---|---|---|
| | | *Order)* filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - BFS - Articles of Incorp, # 2 Exhibit 2 - BLOX - Articles of Organization - BLOX Lending LLC-3, # 3 Exhibit 3 - BLOX - Operating Agreement -- BLOX Lending LLC Executed, # 4 Exhibit 4 - DCH #1) 17 MAY_DLI_CORPORATE RESOLUTION_vAppt of Consultant, # 5 Exhibit 5 - DCH #2) 31 MAY_Digital Commodity Software House (FZE) Formation Licsence, # 6 Exhibit 6 - DCH #3) 31 MAY_DLI_CORPORATE RESOLUTION_vTransfer of Shares, # 7 Exhibit 7 - DCH #6) 14 OCT_DLI_DCSH_CORPORATE RESOLUTION_vRe-Transfer of Shares, # 8 Exhibit 8 - TGC - Formation Documents, # 9 Exhibit 9 - UIU - 2023-09-18 11-26, # 10 Exhibit 10 - Ignis Energy - Formation Documents, # 11 Exhibit 11 - Ignis Loan Document, # 12 Exhibit 12 - Intellectual Property MOU, # 13 Exhibit 13 - BFS - Operating Agreement, # 14 Exhibit 14 - TGC Resolution 4-10-2023)(Ross, David) (Entered: 09/22/2023) |
| 09/25/2023 | 163 | Supplemental MEMORANDUM in Support re 132 MOTION to Amend/Correct (Dissolve) 121 Temporary Restraining Order MOTION to Appoint New Receiver filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Yarm, Alexander) (Entered: 09/25/2023) |
| 09/26/2023 | 164 | **NOTICE OF PRELIMINARY INJUNCTION HEARING**: (Notice generated by Mary Jane McNamee) Preliminary Injunction Hearing set for 10/30/2023 at 10:00 AM in Rm 3.100 before Judge Robert J. Shelby. (mjm) (Entered: 09/26/2023) |
| 09/26/2023 | 165 | TEMPORARY RESTRAINING ORDER. Signed by Judge Robert J. Shelby on 9/26/23 (alt) (Entered: 09/26/2023) |
| 09/27/2023 | 166 | RESPONSE to Motion re 132 MOTION to Amend/Correct (Dissolve) 121 Temporary Restraining Order MOTION to Appoint New Receiver filed by Receiver Josias N. Dewey. (Attachments: # 1 Exhibit A - August 19 Letter, # 2 Exhibit B - September 21 Letter, # 3 Exhibit C - Conflicts Clawback Emails, # 4 Exhibit D - August 16 Email, # 5 Exhibit E - J. Saetrum LinkedIn)(McNeill, Jason) (Entered: 09/27/2023) |
| 09/27/2023 | 167 | MEMORANDUM in Opposition re 138 MOTION for Contempt Sanctions to be Entered against Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - Debt Box_ Private Keys, # 2 Exhibit 2 - Debt Box_Private Keys, # 3 Exhibit 3 - Urgent Call, # 4 Exhibit 4 - Urgent Call, # 5 Exhibit 5 - Urgent Call, # 6 Exhibit 6 - Email re Digital Asset Transfer, # 7 Exhibit 7 - BLOX Lending)(Brooks, Jeffrey) (Entered: 09/27/2023) |
| 09/27/2023 | 168 | RESPONSE to Motion re 132 MOTION to Amend/Correct (Dissolve) 121 Temporary Restraining Order MOTION to Appoint New Receiver filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Exhibit 1 - Supplemental Declaration of K. Zaki)(Welsh, Michael) (Entered: 09/27/2023) |
| 09/27/2023 | 169 | RESPONSE to Motion re 145 MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve) Temporary Restraining Order*, 159 MOTION to Amend/Correct 121 Temporary Restraining Order *(Dissolve)* filed by Plaintiff Securities and Exchange Commission. (Welsh, Michael) (Entered: 09/27/2023) |
| 09/28/2023 | 170 | STIPULATION *Motion for Temporary Order Regarding Defendant Ryan Bowen's Additional Living Expenses* by Ryan Bowen. (Attachments: # 1 Text of Proposed Order) (Toth, Justin) Modified on 9/29/2023 - changed the entry to a Motion (jwt). (Entered: 09/28/2023) |

| 09/29/2023 | [171](#) | ORDER granting [170](#) Stipulated Motion for for Temporary Restraining Order Regarding Defendant Ryan Bowens Additional Living Expenses. Signed by Judge Robert J. Shelby on 9/29/2023. (jwt) (Entered: 09/29/2023) |
|---|---|---|
| 10/02/2023 | [172](#) | Defendant's MOTION for Leave to File Overlength Reply Memorandum filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # [1](#) Text of Proposed Order) Motions referred to Dustin B. Pead.(Lewis, Matthew) (Entered: 10/02/2023) |
| 10/03/2023 | [173](#) | ORDER granting [172](#) Motion for Leave to File Overlength Reply Memorandum re ECF No. [132](#) MOTION to Amend/Correct (Dissolve) [121](#) Temporary Restraining Order and MOTION to Appoint (New) Receiver. Signed by Judge Robert J. Shelby on 10/3/2023. (jwt) (Entered: 10/03/2023) |
| 10/03/2023 | [174](#) | ENTRY ERROR: REFILED CORRECTLY AS [178](#) REPLY MEMO - ~~Sur-reply~~ ~~MEMORANDUM in Support re [145](#) MOTION to Amend/Correct [121](#) Temporary~~ ~~Restraining Order~~ *(Dissolve) Temporary Restraining Order* ~~filed by Defendants Travis A~~ ~~Flaherty, Flaherty Enterprises, IX Global, Joseph A Martinez. (Abarca, Jose)~~ Modified on 10/4/2023 (jwt). Modified on 10/6/2023: edited entry text (alt) (Entered: 10/03/2023) |
| 10/03/2023 | [175](#) | ENTRY ERROR; REFILED CORRECTLY AS [117](#) REPLY MEMO - ~~REPLY BRIEF re~~ ~~[132](#) MOTION to Amend/Correct (Dissolve) [121](#) Temporary Restraining Order MOTION~~ ~~to Appoint New Receiver filed by Defendants Jacob S Anderson, Jason R. Anderson,~~ ~~Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The~~ ~~Gold Collective, UIU Holdings. (Attachments: # [1](#) Exhibit 23 - NelsonDLI Statements~~ ~~from July and August 2023, # [2](#) Exhibit 24 - Ghana Mining Commission Letter)(Brooks,~~ ~~Jeffrey)~~ Modified on 10/4/2023 (jwt). Modified on 10/6/2023: edited entry text (alt) (Entered: 10/03/2023) |
| 10/04/2023 | 176 | NOTICE OF DEFICIENCY re [174](#) Memorandum in Support of Motion, [175](#) Reply Brief. The documents are each a reply in response to an opposition to a motion. The clerk requests the filers of the original documents to refile them using the Reply Memorandum/Reply to Response to Motion filing event. The new pleading will receive a new document number on the docket. (jwt) (Entered: 10/04/2023) |
| 10/04/2023 | [177](#) | REPLY to Response to Motion re [132](#) MOTION to Amend/Correct (Dissolve) [121](#) Temporary Restraining Order MOTION to Appoint New Receiver filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # [1](#) Exhibit 23 - NelsonDLI Statements from July and August 2023, # [2](#) Exhibit 24 - Ghana Mining Commission Letter)(Brooks, Jeffrey) (Entered: 10/04/2023) |
| 10/04/2023 | [178](#) | REPLY to Response to Motion re [145](#) MOTION to Amend/Correct [121](#) Temporary Restraining Order *(Dissolve) Temporary Restraining Order* filed by Defendants Travis A Flaherty, Flaherty Enterprises, IX Global, Joseph A Martinez. (Abarca, Jose) (Entered: 10/04/2023) |
| 10/05/2023 | [179](#) | NOTICE of Appearance by Jamie Z. Thomas on behalf of Ryan Bowen (Thomas, Jamie) (Entered: 10/05/2023) |
| 10/05/2023 | [180](#) | NOTICE of Appearance by Troy K. Flake on behalf of Securities and Exchange Commission (Flake, Troy) (Entered: 10/05/2023) |
| 10/05/2023 | [181](#) | MOTION for Extension of Time to File Answer re [1](#) Complaint,, and Memorandum in Support filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU |

| | | Holdings. (Attachments: # 1 Proposed Order) Motions referred to Dustin B. Pead.(Ross, David) (Entered: 10/05/2023) |
|---|---|---|
| 10/06/2023 | 182 | MOTION to Dismiss and Memorandum in Support filed by Defendants Travis A Flaherty, Flaherty Enterprises, IX Global, Joseph A Martinez. (Attachments: # 1 Appendix) (Abarca, Jose) Modified on 10/6/2023: added supporting memo language to entry (alt) (Entered: 10/06/2023) |
| 10/06/2023 | | Modification of Docket re 182 MOTION to Dismiss. Upon request from filer, "and Memorandum in Support" text has been added to the entry. (alt) (Entered: 10/06/2023) |
| 10/06/2023 | 183 | ORDER granting 181 Motion for Extension of Time to Answer re 1 Complaint. Answer deadlines updated for: Jacob S Anderson answer due 10/13/2023; Jason R. Anderson answer due 10/13/2023; Blox Lending answer due 10/13/2023; Schad E Brannon answer due 10/13/2023; Business Funding Solutions answer due 10/13/2023; Roydon B Nelson answer due 10/13/2023; The Gold Collective answer due 10/13/2023; UIU Holdings answer due 10/13/2023. Signed by Judge Robert J. Shelby on 10/6/23 (alt) (Entered: 10/06/2023) |
| 10/06/2023 | 184 | DOCKET TEXT ORDER. Fully appreciating the late notice, the court directs the Director of the Securities and Exchange Commissions Salt Lake City Regional Office to attend the Zoom hearing scheduled for 1:00 p.m. today, absent any conflict. A link for the hearing was previously provided to the Commissions attorneys of record in the case. No attached document Signed by Judge Robert J. Shelby on 10/6/2023. (mjm) (Entered: 10/06/2023) |
| 10/06/2023 | 185 | REPLY to Response to Motion re 144 MOTION to Clarify Receivership Order filed by Receiver Josias N. Dewey. (Schnibbe, Eric) (Entered: 10/06/2023) |
| 10/06/2023 | 186 | NOTICE of Appearance by Kathryn Tunacik Smith on behalf of Calmes & Co, Calmfritz Holdings (Smith, Kathryn) (Entered: 10/06/2023) |
| 10/06/2023 | 187 | Minute Order for proceedings held before Judge Robert J. Shelby: Motion Hearing held via Zoom on 10/6/2023 re: Motions to Dissolve, docket entry 132 , docket entry 145 , docket entry 159 . For the reasons stated on the record, the Motions to Dissolve docket entry 132 , docket entry 145 and docket entry 159 are GRANTED. Docket entry 132 Motion to Appoint a new Receiver is DENIED as moot. The court will issue a written Memorandum Decision and Order more fully explaining its reasoning. The Temporary Restraining Order, docket entry 165 is dissolved. Because there is no Temporary Restraining Order in place, the court concludes the Receivership should not continue beyond a transition period. Accordingly, the following Motions are DENIED as moot: SECs Motion to Clarify Receivership Order, docket entry 125 , Receivers Motion to Clarify Receivership Order docket entry 144 , and Receivers Motion for Contempt and Sanctions docket entry 138 . The court orders Mr. Gottlieb to meet and confer with other Defense counsel to coordinate a transition plan. Mr. Gottlieb should serve that plan on the Receiver, and there will be a 48-hour meet-and-confer period. That period may be shorter if the parties do not require the full 48 hours. Twenty-four hours (or less) after the meet-and-confer period, the parties should file either a Joint Status Report or Individual Status Reports updating the court on the transition plan. Parties may request relief from the court if necessary and as issues arise. SECs response time for Motions filed today is stayed for seven days. The time for Defendants to file an Answer or otherwise respond to the Complaint is extended to and including October 13, 2023. Counsel for SEC: Michael Edward Welsh, Casey Fronk, Troy K. Flake, and Tracy S. Combs. Counsel for Defendant Jason Anderson et al.: Jason P. Gottlieb, Jeffrey D. Brooks, David E. Ross, Alexander R. Yarm, Matthew R. Lewis, Taylor Smith; Counsel for Defendant iX Global et al.: Romaine C. Marshall, Jonathan E. Schmalfeld, Jose A. Abarca; Counsel for Defendant Matthew D. Fritzsche: Adam Lee Grundvig; Counsel for Defendant Ryan Bowen: Emily Brinn Nuvan |

|  |  | and Maria E. Windham; Counsel for Defendant Benjamin F. Daniels et al.: Keith M. Woodwell, Thomas Brady, Katherine Pepin; Counsel for Defendant Calmfritz Holdings et al.: Kathryn Tunacik Smith. Counsel for Receiver: Jessica B. Magee and Eric K. Schnibbe. Court Reporter: Kelly Hicken.(mjm) (Entered: 10/06/2023) |
|---|---|---|
| 10/11/2023 | 188 | **~~RESTRICTED DOCUMENT~~** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Zoom Status Conference held on September 18, 2023, before Judge Robert J. Shelby. Court Reporter/Transcriber Kellly Brown Hicken, Telephone number 801-521-7238. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. To redact additional information a Motion to Redact must be filed. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/1/2023. Redacted Transcript Deadline set for 11/22/2023. Release of Transcript Restriction set for 1/9/2024 (alt) Modified by removing restricted text on 1/9/2024 (mh). (Entered: 10/11/2023) |
| 10/11/2023 | 189 | **~~RESTRICTED DOCUMENT~~** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Zoom Motion Hearing held on October 6, 2023, before Judge Robert J. Shelby. Court Reporter/Transcriber Kellly Brown Hicken, Telephone number 801-521-7238. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. To redact additional information a Motion to Redact must be filed. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/1/2023. Redacted Transcript Deadline set for 11/22/2023. Release of Transcript Restriction set for 1/9/2024 (alt) Modified by removing restricted text on 1/9/2024 (mh). (Entered: 10/11/2023) |
| 10/13/2023 | 190 | NOTICE of Appearance by Paul T. Moxley on behalf of Calmes & Co, Calmfritz Holdings (Moxley, Paul) (Entered: 10/13/2023) |
| 10/13/2023 | 191 | MOTION to Dismiss filed by Defendants B&B Investment Group, BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler. (Woodwell, Keith) (Entered: 10/13/2023) |
| 10/13/2023 | 192 | Defendant's MOTION to Dismiss and Memorandum in Support filed by Defendant Brendan J Stangis. (Baker, Brent) (Entered: 10/13/2023) |
| 10/13/2023 | 193 | Defendant's MOTION to Dismiss and Memorandum in Support filed by Defendant |

| | | |
|---|---|---|
| | | Flaherty Enterprises. (Abarca, Jose) (Entered: 10/13/2023) |
| 10/13/2023 | 194 | ANSWER to 1 Complaint,, filed by Calmes & Co, Calmfritz Holdings.(Smith, Kathryn) (Entered: 10/13/2023) |
| 10/13/2023 | 195 | *Defendant Ryan Bowen's* ANSWER to 1 Complaint,, filed by Ryan Bowen.(Nuvan, Emily) (Entered: 10/13/2023) |
| 10/13/2023 | 196 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendant Matthew D Fritzsche. (Grundvig, Adam) (Entered: 10/13/2023) |
| 10/13/2023 | 197 | MOTION to Dismiss and Memorandum in Support filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - Memorandum of Law in Supp. of Coinbase's Motion for Judgment of Pleadings)(Ross, David) Modified on 11/9/2023: removed unnecessarily added text (alt) (Entered: 10/13/2023) |
| 10/15/2023 | 198 | STATUS REPORT *Regarding Transition and Wind Down of the Receivership* by Josias N. Dewey. (Attachments: # 1 Exhibit Ex. A - Oct. 12, 2023 Email to Receiver re Proposed Transition Order, # 2 Exhibit Ex. B - Defs' Proposed Transition Order, # 3 Exhibit Ex. C - Oct. 13, 2023 Email to Morrison Cohen re Proposed Transition Order, # 4 Exhibit Ex. D - Receiver's Revised Proposed Transition Order)(Balthazor, Andrew) (Entered: 10/15/2023) |
| 10/16/2023 | 199 | **NOTICE VACATING Motion Hearing HEARING** set for 10/30/2023 at 10:00 a.m. before Judge Robert J. Shelby (Notice generated by Mary Jane McNamee) (mjm) (Entered: 10/16/2023) |
| 10/17/2023 | 200 | STATUS REPORT *Regarding Transition, Wind Down, and Conclusion of the Receivership* by Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. (Ross, David) (Entered: 10/17/2023) |
| 10/18/2023 | 201 | WAIVER OF SERVICE Returned Executed filed by Securities and Exchange Commission as to IX Ventures FZCO Waiver sent on 10/17/2023, answer due 1/16/2024. (Welsh, Michael) (Entered: 10/18/2023) |
| 11/02/2023 | 202 | STATUS REPORT *Regarding Transition and Wind Down of the Receivership* by Josias N. Dewey. (Balthazor, Andrew) (Entered: 11/02/2023) |
| 11/03/2023 | 203 | STATUS REPORT *Regarding Transition, Wind Down and Conclusion od the Receivership* by Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Proposed Transition Order)(Ross, David) (Entered: 11/03/2023) |
| 11/08/2023 | 204 | MOTION for Leave to File Excess Pages and Memorandum in Support filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Welsh, Michael) (Entered: 11/08/2023) |
| 11/09/2023 | 205 | ORDER granting 204 Motion for Leave to File Overlength Opposition Memo. Signed by Judge Robert J. Shelby on 11/9/23 (alt) (Entered: 11/09/2023) |
| 11/13/2023 | 206 | MEMORANDUM in Opposition re 191 MOTION to Dismiss, 192 Defendant's MOTION to Dismiss, 193 Defendant's MOTION to Dismiss, 196 MOTION to Dismiss for Failure to State a Claim, 182 MOTION to Dismiss, 197 MOTION to Dismiss filed by Plaintiff Securities and Exchange Commission. (Welsh, Michael) (Entered: 11/13/2023) |

| 11/15/2023 | 207 | Plaintiff's MOTION for Service by Publication *For Alternate Service and Extension of Time For Service of Process* filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Affidavit Declaration of Michael E. Welsh, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Supplement Declaration of Delaney Jean Wyatt) Motions referred to Dustin B. Pead.(Flake, Troy) (Entered: 11/15/2023) |
|---|---|---|
| 11/21/2023 | 208 | MEMORANDUM DECISION AND ORDER granting 207 Plaintiff's MOTION for Service by Publication *For Alternate Service and Extension of Time For Service of Process*. The Commission is given an additional 60 days from the date of this order to complete service. Signed by Magistrate Judge Dustin B. Pead on 11/21/2023. (mh) (Entered: 11/21/2023) |
| 11/21/2023 | 209 | MOTION for Extension of Time to File Response/Reply as to 206 Memorandum in Opposition to Motion, filed by Defendants Travis A Flaherty, IX Global, Joseph A Martinez. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead. (Abarca, Jose) (Entered: 11/21/2023) |
| 11/22/2023 | 210 | MOTION for Extension of Time to File Response/Reply as to 206 Memorandum in Opposition to Motion, filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Lewis, Matthew) (Entered: 11/22/2023) |
| 11/22/2023 | 211 | Motions No Longer Referred: 209 MOTION for Extension of Time to File Response/Reply as to 206 Memorandum in Opposition to Motion, , 210 MOTION for Extension of Time to File Response/Reply as to 206 Memorandum in Opposition to Motion, (mjw) (Entered: 11/22/2023) |
| 11/22/2023 | 212 | ORDER granting 209 Motion for Extension of Time to File Response/Reply and 210 MOTION for Extension of Time to File Response/Reply. Defendants' Replies in support of their Motions to Dismiss are due on or before December 4, 2023. Signed by Judge Robert J. Shelby on 11/22/2023. (mh) (Entered: 11/22/2023) |
| 11/29/2023 | 213 | **NOTICE OF HEARING**: Status Conference set for 1/17/2024 at 01:30 PM in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge Robert J. Shelby.<br><br>The parties should prepare and submit a Joint Status Report by January 3, 2024. The Joint Status Report should update the court on the status of the case and may include proposed agenda items for the Status Conference from any party. After receiving the Joint Status Report, the court may provide an agenda for the Status Conference. (rlr) (Entered: 11/29/2023) |
| 11/30/2023 | 214 | MEMORANDUM DECISION AND ORDER the ex parte TRO was improvidently issued because even considering the Commission's new evidence, it has not shown irreparable harm. Thus, the court GRANTED 132 , 145 , 159 the Motions to Dissolve and dissolved the 165 TRO and 10 Temporary Receivership Order. It also DENIED as moot the Commission's 125 Motion to Clarify Receivership Order, the Receiver's 144 Motion to Clarify Receivership Order, and the Receiver's 138 Motion for Contempt and Sanctions. The court cautions that although it denied the Commissions request for extraordinary relief, it is not presently ruling on the merits of the Commission's claims. Signed by Judge Robert J. Shelby on 11/30/2023. (mh) (Entered: 11/30/2023) |
| 11/30/2023 | 215 | ORDER TO SHOW CAUSE The Commission's Response to this Order must be filed within 14 days. Signed by Judge Robert J. Shelby on 11/30/2023. (mh) (Entered: 11/30/2023) |

| 12/04/2023 | 216 | MOTION for Leave to File Overlength Reply Memorandum in Further Support of Motion to Dismiss Complaint filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Lewis, Matthew) (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | 217 | ORDER granting 216 Motion for Leave to File Overlength Reply Memorandum. The Defendants and Relief Defendants listed above may file a Reply Memorandum consisting of up to 13 pages. Signed by Judge Robert J. Shelby on 12/4/2023. (mh) (Entered: 12/04/2023) |
| 12/04/2023 | 218 | REPLY to Response to Motion re 197 MOTION to Dismiss filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - SEC v. DLI - 10.6.23 Hearing Transcript, # 2 Exhibit 2- Ripple interlocutory appeal request, # 3 Exhibit 3 - Allegations Table -- SEC OPP vs. Complaint) Attorney David E. Ross added to party Digital Licensing (pty:dft)(Ross, David) (Entered: 12/04/2023) |
| 12/04/2023 | 219 | REPLY to Response to Motion re 182 MOTION to Dismiss filed by Defendants Travis A Flaherty, IX Global, Joseph A Martinez. (Abarca, Jose) (Entered: 12/04/2023) |
| 12/04/2023 | 220 | REPLY to Response to Motion re 192 Defendant's MOTION to Dismiss *Plaintiff's Complaint* filed by Defendant Brendan J Stangis. (Baker, Brent) (Entered: 12/04/2023) |
| 12/04/2023 | 221 | REPLY to Response to Motion re 182 MOTION to Dismiss filed by Defendants B&B Investment Group, BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler. (Woodwell, Keith) (Entered: 12/04/2023) |
| 12/05/2023 | 222 | REPLY to Response to Motion re 196 MOTION to Dismiss for Failure to State a Claim filed by Defendant Matthew D Fritzsche. (Grundvig, Adam) (Entered: 12/05/2023) |
| 12/07/2023 | 223 | NOTICE of Appearance by Melinda Hardy on behalf of Securities and Exchange Commission (Hardy, Melinda) (Entered: 12/07/2023) |
| 12/07/2023 | 224 | NOTICE of Appearance by Michael S. Bailey on behalf of Securities and Exchange Commission (Bailey, Michael) (Entered: 12/07/2023) |
| 12/07/2023 | 225 | NOTICE of Appearance by Elizabeth McFadden on behalf of Securities and Exchange Commission (McFadden, Elizabeth) (Entered: 12/07/2023) |
| 12/07/2023 | 226 | MOTION for Extension of Time to File Response/Reply as to 215 Order to Show Cause filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Bailey, Michael) (Entered: 12/07/2023) |
| 12/07/2023 | 227 | ORDER granting 226 Motion for Extension of Time to File Response/Reply. Commission shall have an additional seven days, from December 14, 2023, to December 21, 2023, to file its response to the Court's November 30, 2023 215 Order to Show Cause. Signed by Judge Robert J. Shelby on 12/7/2023. (mh) (Entered: 12/07/2023) |
| 12/12/2023 | 228 | MOTION for Admission Pro Hac Vice of Richard Hong , Registration fee $ 50, receipt number AUTDC-4905585, Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice |

| | | |
|---|---|---|
| | | motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. <br><br>filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit A - PHV App re R. Hong, # 2 Text of Proposed Order)(Lewis, Matthew) (Entered: 12/12/2023) |
| 12/12/2023 | 229 | ORDER granting 228 Motion for Admission Pro Hac Vice of Attorney Richard Hong for Jacob S Anderson,Richard Hong for Jason R. Anderson,Richard Hong for Blox Lending,Richard Hong for Schad E Brannon,Richard Hong for Business Funding Solutions,Richard Hong for Digital Licensing,Richard Hong for Roydon B Nelson,Richard Hong for The Gold Collective,Richard Hong for UIU Holdings. <br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.**A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** <br><br>Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* <br><br>Signed by Judge Robert J. Shelby on 12/12/2023. (mh) (Entered: 12/12/2023) |
| 12/19/2023 | 230 | MOTION for Leave to File Excess Pages filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Bailey, Michael) (Entered: 12/19/2023) |
| 12/19/2023 | 231 | ORDER granting 230 Motion for Leave to File Excess Pages. The Commission's Response to the court's November 30, 2023 215 Order to Show Cause may include up to 20 pages. Signed by Judge Robert J. Shelby on 12/19/2023. (mh) (Entered: 12/19/2023) |
| 12/19/2023 | 232 | Defendant's MOTION to Dismiss and Memorandum in Support filed by Defendant IX Ventures FZCO. (Attachments: # 1 Exhibit Declaration of Joseph A. Martinez) Attorney Jose A. Abarca added to party IX Ventures FZCO(pty:dft)(Abarca, Jose) (Entered: 12/19/2023) |
| 12/21/2023 | 233 | RESPONSE TO ORDER TO SHOW CAUSE re 215 Order to Show Cause filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit Declaration of Joseph Watkins, # 2 Exhibit Declaration of Laurie Abbott, # 3 Exhibit Declaration of Michael Welsh, # 4 Exhibit Declaration of Tracy Combs, # 5 Exhibit Declaration of Casey Fronk, # 6 Exhibit Declaration of Gurbir Grewal)(Hardy, Melinda) (Entered: 12/21/2023) |
| 12/21/2023 | 234 | NOTICE of Appearance by Nicholas P. Heinke on behalf of Securities and Exchange Commission (Heinke, Nicholas) (Entered: 12/21/2023) |
| 12/21/2023 | 235 | NOTICE of Appearance by Gregory A. Kasper on behalf of Securities and Exchange Commission (Kasper, Gregory) (Entered: 12/21/2023) |
| 12/21/2023 | 236 | NOTICE of Appearance by Terry Miller on behalf of Securities and Exchange Commission (Miller, Terry) (Entered: 12/21/2023) |
| 12/22/2023 | 237 | ERRATA to 233 Response to Order to Show Cause, filed by Plaintiff Securities and Exchange Commission . (Attachments: # 1 Exhibit Declaration of Casey Fronk)(Hardy, Melinda) (Entered: 12/22/2023) |

| 12/22/2023 | 238 | MOTION to Respond re 233 Response to Order to Show Cause, filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. Motions referred to Dustin B. Pead.(Hong, Richard) (Entered: 12/22/2023) |
|---|---|---|
| 12/26/2023 | 239 | ORDER granting 238 Motion to Respond. The moving Defendants and Relief Defendants may file a Reply to the SEC's Response. The Response may include up to 20 pages and must be filed on or before January 12, 2024. Signed by Judge Robert J. Shelby on 12/26/2023. (mh) (Entered: 12/26/2023) |
| 12/26/2023 | 240 | MOTION for Leave to File Reply to the SEC's Response to the Court's November 30, 2023 Order to Show Cause *(Unopposed)* filed by Defendants Travis A Flaherty, IX Global, Joseph A Martinez. Motions referred to Dustin B. Pead.(Abarca, Jose) (Entered: 12/26/2023) |
| 12/26/2023 | 241 | ORDER granting in part and denying in part 240 Motion for Leave to File. The court GRANTS the Motion insofar as it seeks leave for the iX Global Defendants to file a consolidated Reply. The Reply may include up to 20 pages and must be filed on or before January 12, 2024. However, the Motion is DENIED insofar as it seeks an order granting leave to respond for "any other Defendants or Relief Defendants who wish." Signed by Judge Robert J. Shelby on 12/26/2023. (mh) (Entered: 12/26/2023) |
| 12/27/2023 | 242 | **NOTICE OF IN PERSON HEARING ON MOTION** re: 193 Defendant's MOTION to Dismiss, 232 Defendant's MOTION to Dismiss and Memorandum in Support , 196 MOTION to Dismiss for Failure to State a Claim, 182 MOTION to Dismiss, 191 MOTION to Dismiss, 192 Defendant's MOTION to Dismiss, 197 MOTION to Dismiss : (Notice generated by Mary Jane McNamee)In Person Motion Hearing set for 3/7/2024 at 01:00 PM in Rm 3.100 before Judge Robert J. Shelby. (mjm) (Entered: 12/27/2023) |
| 12/28/2023 | 243 | Plaintiff's MOTION for Extension of Time Filing the Joint Status Report *and Continuation of the Status Conference* filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Text of Proposed Order) Motions referred to Dustin B. Pead.(Heinke, Nicholas) (Entered: 12/28/2023) |
| 12/28/2023 | 244 | ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND TO CONTINUE STATUS CONFERENCE - Motions Granted 243 Plaintiff's MOTION for Extension of Time Filing the Joint Status Report *and Continuation of the Status Conference* filed by Securities and Exchange Commission. ( Joint Status Report due by 1/17/2024., Status Conference set for 2/5/2024 at 01:00 PM in Rm 3.100 before Judge Robert J. Shelby.) Signed by Judge Robert J. Shelby on 12/28/23. (jrj) (Entered: 12/28/2023) |
| 12/28/2023 | 245 | **NOTICE OF HEARING**: (Notice generated by Mary Jane McNamee) ZOOM Status Conference reset for 2/5/2024 at 01:00 PM in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge Robert J. Shelby. The parties should prepare and submit a Joint Status Report by January 17, 2024. The Joint Status Report should update the court on the status of the case and may include proposed agenda items for the Status Conference from any party. After receiving the Joint Status Report, the court may provide an agenda for the Status Conference. ZOOM information will be emailed to counsel. (mjm) (Entered: 12/28/2023) |
| 01/12/2024 | 246 | REPLY BRIEF re 233 Response to Order to Show Cause, filed by Defendants Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. (Attachments: # 1 Exhibit 1 - 1.12.24 Declaration of Bret Peterson, # 2 Exhibit 2 - 1.12.24 Declaration of Brad Christian)(Hong, Richard) (Entered: 01/12/2024) |

| 01/12/2024 | 247 | REPLY BRIEF re 233 Response to Order to Show Cause, filed by Defendants Travis A Flaherty, Flaherty Enterprises, IX Global, Joseph A Martinez. (Attachments: # 1 Exhibit A - Timeline)(Marshall, Romaine) (Entered: 01/12/2024) |
| --- | --- | --- |
| 01/12/2024 | 248 | REPLY BRIEF re 233 Response to Order to Show Cause, *JOINDER to 247 Defendants Travis A Flaherty, Flaherty Enterprises, IX Global, and Joseph A Martinez's Reply Brief* filed by Defendants B&B Investment Group, BW Holdings, Benjamin F Daniels, Alton O Parker, Mark W Schuler. (Woodwell, Keith) (Entered: 01/12/2024) |
| 01/16/2024 | 249 | REPLY BRIEF re 233 Response to Order to Show Cause, *JOINDER to 247 Defendants Travis A Flaherty, Flaherty Enterprises, IX Global, Joseph A Martinez's Reply Brief* filed by Defendant Matthew D Fritzsche. (Attachments: # 1 Affidavit of Matthew Fritzsche) (Grundvig, Adam) (Entered: 01/16/2024) |
| 01/16/2024 | 250 | MEMORANDUM in Opposition re 232 Defendant's MOTION to Dismiss and Memorandum in Support filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Exhibit 1- Declaration of Karaz S. Zaki)(Miller, Terry) (Entered: 01/16/2024) |
| 01/16/2024 | 251 | STRICKEN ~~REPLY BRIEF re 233 Response to Order to Show Cause, *Brendan J. StangisJOINDER* filed by Defendant Brendan J Stangis. (Baker, Brent)~~ Modified by striking pleading per counsel's request on 1/16/2024. Counsel to refile pleading (mh). (Entered: 01/16/2024) |
| 01/16/2024 | 252 | Modification of Docket re 251 Reply Brief: 251 Stricken per counsel's request. Counsel to refile pleading correcting their entry. (mh) (Entered: 01/16/2024) |
| 01/16/2024 | 253 | REPLY BRIEF re 233 Response to Order to Show Cause, *Brendan Stangis' JOINDER in Defendants' IX Global, LLC Joseph A. Martinez, and Travis Flaherty's Reply to the SEC's Response to Court's November 30, 2023, Order to Show Cause* filed by Defendant Brendan J Stangis. (Baker, Brent) (Entered: 01/16/2024) |
| 01/16/2024 | 254 | RETURN OF SERVICE Executed for Publication and Email served on James Franklin on 1/11/2024, filed by Plaintiff Securities and Exchange Commission. (Attachments: # 1 Exhibit 1 - Proof of Publication, # 2 Exhibit 2 - Email to Defendant Franklin, # 3 Exhibit 3 - Email to Prosser, # 4 Exhibit 4 - Email from Prosser)(Miller, Terry) (Entered: 01/16/2024) |
| 01/17/2024 | 255 | Plaintiff's MOTION for Leave to File Sur-Reply in Response to Defendants' Replies to the SEC's Response to the Court's November 30, 2023 Order to Show Cause (Unopposed) filed by Plaintiff Securities and Exchange Commission. Motions referred to Dustin B. Pead.(Bailey, Michael) (Entered: 01/17/2024) |
| 01/17/2024 | 256 | STATUS REPORT *Joint Status Report* by Jacob S Anderson, Jason R. Anderson, Blox Lending, Schad E Brannon, Business Funding Solutions, Digital Licensing, Roydon B Nelson, The Gold Collective, UIU Holdings. (Hong, Richard) (Entered: 01/17/2024) |
| 01/18/2024 | 257 | ORDER granting 255 Motion for Leave to File a Sur-Reply. The Commission may file a Sur-Reply on or before January 30, 2024. The Sur-Reply may include up to 15 pages. Signed by Judge Robert J. Shelby on 1/18/2024. (mh) (Entered: 01/18/2024) |
| 01/26/2024 | 258 | **NOTICE VACATING Status Conference HEARING** set for 2/5/2023 at 1:00 pm before Judge Robert J. Shelby (Notice generated by Mary Jane McNamee) (mjm) (Entered: 01/26/2024) |
| 01/30/2024 | 259 | Surreply BRIEF re 215 Order to Show Cause filed by Plaintiff Securities and Exchange Commission. (Bailey, Michael) (Entered: 01/30/2024) |

| 01/31/2024 | [260](#) | MOTION to Dismiss and Memorandum in Support *Motion to Dismiss Action Without Prejudice and to Vacate Upcoming Hearing* filed by Plaintiff Securities and Exchange Commission. (Heinke, Nicholas) (Entered: 01/31/2024) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/06/2024 14:17:21 | | |
| **PACER Login:** | mocony909 | **Client Code:** | LLP-029270.0001 |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-00482-RJS-DBP |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |