

Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

Richard Hong (admitted *pro hac vice*)
Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Jeffrey D. Brooks (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)
**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
rhong@morrisoncohen.com
jgottlieb@morrisoncohen.com
dross@morrisoncohen.com
jbrooks@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Defendants Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, *et al.*,<br><br>　　Defendants, | **DEFENDANTS AND RELIEF DEFENDANTS' NOTICE OF REQUEST FOR ORAL ARGUMENT ON PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DISMISSAL OF THIS ACTION WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)**<br>Case No. 2:23-cv-00482-RJS<br>Chief Judge Robert J. Shelby |

i

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming limited liability company, *et al.*,<br><br>    Relief Defendants. | |

#12832008v1\031477\0001

Defendants DIGITAL LICENSING INC. (d/b/a "DEBT Box"), JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, ROYDON B. NELSON, IX GLOBAL, LLC, JOSEPH A. MARTINEZ, BENAJMIN F. DANIELS, MARK W. SCHULER, B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), TRAVIS A. FLAHERTY, ALTON O. PARKER, BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), and BRENDAN J. STANGIS and Relief Defendants BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, FLAHERTY ENTERPRISES, LLC, IX VENTURES FZCO, THE GOLD COLLECTIVE LLC, and UIU HOLDINGS, LLC., by and through their undersigned counsel, respectfully request oral argument on the pending Securities and Exchange Commission's ("SEC") Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (ECF No. 260).

The undersigned counsel of 20 Defendants and Relief Defendants submit that oral argument would assist this Court's decisional process for resolving the SEC's motion to dismiss.

DATED this 29th day of February 2024.

Respectfully submitted,

**KUNZLER BEAN & ADAMSON, PC**
Matthew R. Lewis
Taylor J. Smith

**MORRISON COHEN LLP**

/s/ *Richard Hong*
Richard Hong (admitted *pro hac vice*)
Jason P. Gottlieb (admitted *pro hac vice*)
David E. Ross (admitted *pro hac vice*)
Jeffrey D. Brooks (admitted *pro hac vice*)
Alexander R. Yarm (admitted *pro hac vice*)

*Attorneys for Digital Licensing Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon,*

*Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

**POLSINELLI PC**

/s/ *Romaine C. Marshall**
Romaine C. Marshall
Jose A. Abarca
Jonathan E. Schmalfeld (admitted pro hac vice)

*Attorneys for iX Global, LLC, Joseph A. Martinez, Travis Flaherty, Flaherty Enterprises, LLC, and iX Ventures FZCO*

\**Signed with permission given on 02/28/2024.*

**CLYDE SNOW & SESSIONS**

/s/ *Keith M. Woodwell**
Keith M. Woodwell
Thomas A. Brady
Katherine E. Pepin

*Attorneys for Benjamin F. Daniels, Mark W. Schuler, Alton O. Parker, B & B Investment Group, LLC, and BW Holdings, LLC d/b/a the "FAIR Project"*

\**Signed with permission given on 02/28/2024.*

**PARSON BEHLE & LATIMER**

/s/ *Brent Baker**
Brent Baker

*Attorney for Brendan J. Stangis*

\**Signed with permission given on 02/29/2024.*