Jason A. McNeill (9711)
  mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
  schnibbe@mvmlegal.com
**MCNEILL | VON MAACK**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Jessica B. Magee (*admitted pro hac vice*)
  jessica.magee@hklaw.com
Scott F. Mascianica (*admitted pro hac vice*)
  scott.mascianica@hklaw.com
Andrew W. Balthazor (*admitted pro hac vice*)
  andrew.balthazor@hklaw.com
**HOLLAND & KNIGHT**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700

Attorneys for Josias N. Dewey, Court-Appointed Temporary Receiver

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       Plaintiff,<br><br>v.<br><br>**DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,** | **NOTICE OF WITHDRAWAL OF SCOTT F. MASCIANICA**<br><br>**Case No. 2:23-cv-00482-RJS**<br>**Judge Robert J. Shelby**<br>**Magistrate Judge Dustin B. Pead** |

|  |  |
|---|---|
| **Defendants,**<br><br>**ARCHER DRILLING, LLC,** a Wyoming limited liability company; **BUSINESS FUNDING SOLUTIONS, LLC,** a Utah limited liability company; **BLOX LENDING, LLC,** a Utah limited liability company; **CALMFRITZ HOLDINGS, LLC,** a Utah limited liability company; **CALMES & CO, INC.,** a Utah corporation; **FLAHERTY ENTERPRISES, LLC,** an Arizona limited liability company; **IX VENTURES FZCO,** a United Arab Emirates company; **PURDY OIL, LLC,** a Nebraska limited liability company; **THE GOLD COLLECTIVE LLC,** a Utah limited liability company; and **UIU HOLDINGS, LLC,** a Delaware limited liability company,<br><br>**Relief Defendants.** |  |

Pursuant to DUCivR 83-1.4(b), Scott F. Mascianica hereby withdraws as counsel of record for Josias N. Dewey, Court-Appointed Temporary Receiver ("Receiver"). *See* DUCivR 83-1.4(b). Receiver continues to be represented by Jessica B. Magee and Andrew W. Balthazor of the law firm HOLLAND & KNIGHT, and Jason A. McNeill and Eric K. Schnibbe of the law firm of MCNEILL VON MAACK, who are aware of and will comply with the pending deadlines, hearings, and trial dates.

DATED this 6th day of March, 2024.

HOLLAND & KNIGHT

*Scott F. Masciancia*
Scott F. Mascianica
*Attorney for Josias N. Dewey, Court-Appointed Temporary Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of HOLLAND & KNIGHT and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **[TITLE OF DOCUMENT]** was delivered to counsel of record this 6th day of March , 2024, by filing of the same through the Court's CM/ECF System.

[ ]     Hand Delivery

[ ]     Depositing the same in the U.S. Mail, postage prepaid

[ ]     Electronic Mail

[X]     Submission to the U.S. District Court Electronic Case Filing System

/s/ *Scott F. Masciancia*