# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br> Plaintiff,<br>   v.<br>**DIGITAL LICENSING INC.** (d/b/a "DEBT Box"), a Wyoming corporation; **JASON R. ANDERSON**, an individual; **JACOB S. ANDERSON**, an individual; **SCHAD E. BRANNON**, an individual; **ROYDON B. NELSON**, an individual; **JAMES E. FRANKLIN**, an individual; **WESTERN OIL EXPLORATION COMPANY, INC.**, a Nevada corporation; **RYAN BOWEN**, an individual; **IX GLOBAL, LLC**, a Utah limited liability company; **JOSEPH A. MARTINEZ**, an individual; **BENJAMIN F. DANIELS**, an individual; **MARK W. SCHULER**, an individual; **B & B INVESTMENT GROUP, LLC** (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; **TRAVIS A. FLAHERTY**, an individual; **ALTON O. PARKER**, an individual; **BW HOLDINGS, LLC** (d/b/a the "FAIR PROJECT"), a Utah limited liability company; **BRENDAN J. STANGIS**, an individual; and **MATTHEW D. FRITZSCHE**, an individual,<br> *Defendants,* | **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |
| **ARCHER DRILLING, LLC**, a Wyoming limited liability company; **BUSINESS FUNDING SOLUTIONS, LLC**, a Utah limited liability company; **BLOX LENDING, LLC**, a Utah limited liability company; **CALMFRITZ HOLDINGS, LLC**, a Utah limited liability company; **CALMES & CO, INC.**, a Utah corporation; **FLAHERTY ENTERPRISES, LLC**, an Arizona limited liability company; **IX VENTURES FZCO**, a United Arab Emirates company; **PURDY OIL, LLC**, a Nebraska limited liability company; **THE GOLD COLLECTIVE LLC**, a Utah limited liability company; and **UIU HOLDINGS, LLC**, a Delaware limited liability company,<br> **Relief Defendants** | |

Pursuant to Scott F. Mascianica's ("Counsel") Motion for Withdrawal of Counsel and DUCivR 83-1.4, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for Josias N. Dewey, Court-Appointed Temporary Receiver ("Receiver").

With regard to Client's continued representation, the Court ORDERS as follows:

Receiver continues to be represented by Jessica B. Magee and Andrew W. Balthazor of the law firm HOLLAND & KNIGHT, and Jason A. McNeill and Eric K. Schnibbe of the law firm of MCNEILL VON MAACK, who are aware of and will comply with the pending deadlines, hearings, and trial dates.

DATED this _____ day of _____, _____.

**BY THE COURT:**