**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801-536-6111
bcurtis@parsonsbehle.com
ecf@parsonsbehle.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL LICENSING INC., (d/b/a "DEBT Box") a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWAN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS,  an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00482-RJS<br><br>The Honorable Robert J. Shelby |

4872-9999-0187.v1

2

PLEASE TAKE NOTICE that Brennan J. Curtis and Parsons Behle & Latimer hereby respectfully file this notice of withdrawal as counsel for defendant Brendan J. Stangis ("Defendant"), and respectfully request to be removed from all future filings and notices in this matter.

Pursuant to Local Rule 83-1.4 counsel states the following. It is undersigned counsel's understanding that attorney Brent Baker is transitioning to a new firm, and it is expected that he will continue to represent the client at his new firm. Counsel further anticipates Mr. Baker filing a notice of this in short order.

Respectfully submitted this 8th day of March, 2024.

**PARSONS BEHLE & LATIMER**

*/s/ Brennan J. Curtis*
Brennan J. Curtis

## CERTIFICATE OF SERVICE

On this 8th day of March, 2024, I hereby certify that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification and service to all counsel of record.

/s/ *Elizabeth Thompson*

Elizabeth Thompson

4872-9999-0187.v1