Brent R. Baker (5247)
Tucker F. Levis (17793)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
bbaker@buchalter.com
tlevis@buchalter.com

*Attorneys for Defendant Brendan J. Stangis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation, et al.<br><br>          Defendants/Relief Defendants | **NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION FOR BRENT R. BAKER**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Brent R. Baker, counsel for Defendant Brendan J. Stangis, hereby notifies the Court and counsel of record that his firm contact information has changed. Effective immediately, all future pleadings, documents, correspondence, notices, and other papers should be sent to the following:

Brent R. Baker (5247)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
bbaker@buchalter.com

1

DATED:  March 29, 2024

                                           */s/ Brent R. Baker*
                                           Brent R. Baker
                                           *Attorneys for Defendant Brendan J. Stangis*

**CERTIFICATE OF SERVICE**

  Pursuant to FRCP 5(b), I hereby certify that I am an employee of Buchalter, PC, and that on this 29th day of March, 2024, I filed a true and correct copy of the foregoing document, **Notice of Change of Law Firm and Contact Information for Brent R. Baker**, with the Clerk of the Court through the CM/ECF system which sent electronic notification and service to all counsel of record.

                */s/ Tucker F. Levis*
                Employee of Buchalter, PC