IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. dba DEBT Box, a Wyoming corporation, et al.,<br><br>    Defendants/Relief Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT BOWEN WITHOUT PREJUDICE**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff Securities and Exchange Commission's and Defendant Ryan Bowen's Stipulated Motion for Dismissal of Defendant Bowen Without Prejudice ("Motion") in the above-captioned matter. Dkt. ___. For the reasons set forth in the Motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the claims against Defendant Bowen are **DISMISSED** without prejudice.

DATED this _____ day of _____, 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge