IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiffs,<br><br>v.<br><br>DIGITAL LICENSING INC. dba DEBT Box, a Wyoming corporation, et al.,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT BOWEN WITHOUT PREJUDICE**<br><br>Case No. 2:23-cv-00482-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

The court, having considered Plaintiff Securities and Exchange Commission's and Defendant Ryan Bowen's Stipulated Motion for Dismissal of Defendant Bowen Without Prejudice,[1] and for good cause appearing, hereby GRANTS the Motion. Defendant Bowen is dismissed without prejudice from the above-captioned case.

SO ORDERED this 2nd day of April 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 278.

1