Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294
Tel.: 303-884-1000

Michael E. Welsh (Massachusetts Bar No. 693537)
welshmi@sec.gov
Casey R. Fronk (Illinois Bar No. 6296535)
fronckc@sec.gov
Troy Flake (California Bar No. 267523)
flaket@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel.: (801) 524-5796

*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No.: 2:23-cv-00482-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

1

| | |
|---|---|
| EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>        Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Relief Defendants. | |

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Michael E. Welsh (Massachusetts Bar No. 693537) withdraws as counsel for Plaintiff, Securities and Exchange Commission. Mr. Welsh is no longer employed by the Securities and Exchange Commission. Plaintiff continues to be represented by attorneys who have appeared under DUCivR 83-1.3; and the continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated:  April 15, 2024

                                                                              */s/ Michael E. Welsh*  
                                                                              *(Signed by Nicholas P. Heinke with permission of Michael E. Welsh)*  
                                                                              */s/ Nicholas P. Heinke*  
                                                                              Michael E. Welsh  
                                                                              Securities and Exchange Commission  
                                                                              351 South West Temple, Suite 6.100  
                                                                              Salt Lake City, Utah 84101  
                                                                              Tel: (801) 524-5796

                                                                              *Attorney for Plaintiff*  
                                                                              *Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2024, I filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** via the Court's CM/ECF System, which sent notification and service to all counsel of record.

/s/ *Nicholas P. Heinke*
Nicholas P. Heinke