Nicholas P. Heinke (Colorado Bar No. 38738)
HeinkeN@sec.gov
Gregory A. Kasper (Colorado Bar No. 46800)
KasperG@sec.gov
Terry R. Miller (Colorado Bar No. 39007)
MillerTe@sec.gov
Ian J. Kellogg (Colorado Bar No. 40247)
KelloggI@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel. 303-844-1000
*Attorneys for Plaintiff Securities and Exchange Commission*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No.: 2:23-cv-00482-RJS-DBP <br><br> Chief Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

limited liability company; BRENDON J.
STANGIS, an individual; and MATTHEW D.
FRITZSCHE, an individual;

Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability; BUSINESS FUNDING
SOLUTIONS, LLC, a Utah limited
liability company; BLOX LENDING, LLC, a
Utah limited liability company; CALMFRITZ
HOLDINGS, LLC, a Utah limited liability
company; CALMES & CO, INC., a Utah
corporation; FLAHERTY ENTERPRISES,
LLC, an Arizona limited liability company;
IX VENTURES FZCO, a United Arab
Emirates company; PURDY OIL, LLC, a
Nebraska limited liability company; THE
GOLD COLLECTIVE LLC, a Utah limited
liability company; and UIU HOLDINGS,
LLC, a Delaware limited liability company,

Relief Defendants.

Pursuant to DUCivR 83-1.1(b) and 83-1.3(a), notice is given that Ian J. Kellogg

(Colorado Bar No. 40247) enters his appearance as counsel for the Plaintiff, Securities and

Exchange Commission. Mr. Kellogg's contact information is listed below. Mr. Kellogg is aware

of and will comply with all pending deadlines in this matter.

Dated: April 15, 2024                    Respectfully submitted,

*/s/ Ian J. Kellogg*
Ian J. Kellogg
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel.  303-844-1046
KelloggI@sec.gov

*Attorney for Plaintiff Securities and*
*Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April 2024, I caused the foregoing to be served to all

parties entitled to service through the Court's ECF system.


*/s/  Ian J. Kellogg*