Jason A. McNeill (9711)
  mcneill@mvmlegal.com
Eric K. Schnibbe (8463)
  schnibbe@mvmlegal.com
**MCNEILL | VON MAACK**
236 South 300 East
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Jessica B. Magee (*admitted pro hac vice*)
  jessica.magee@hklaw.com
Andrew W. Balthazor (*admitted pro hac vice*)
  andrew.balthazor@hklaw.com
**HOLLAND & KNIGHT**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700

Attorneys for Josias N. Dewey, Court-Appointed
Temporary Receiver

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      **Plaintiff,**<br><br>v.<br><br>**DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,** | **ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE OVERLENGTH FIRST AND FINAL FEE APPLICATION**<br><br><br>**Case No. 2:23-cv-00482-RJS**<br><br>**Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead** |

**Defendants,**

**ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,**

**Relief Defendants.**

Based upon Josias N. Dewey's, the Court Appointed Temporary Receiver (the "Receiver") of Digital Licensing, Inc. and its subsidiaries and affiliates, Motion For Leave to File Overlength First and Final Fee Application ("Motion"), and for good cause shown, the Court hereby grants Receiver's Motion. Receiver is permitted to file his fee application with an additional 11 pages for a total of 21 pages in length.

SO ORDERED this ___th day of April, 2024.

BY THE COURT:

_____

ROBERT J. SHELBY
United States Chief District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MCNEILL VON MAACK and that

pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing

**ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE OVERLENGTH**

**FIRST AND FINAL FEE APPLICATION** was delivered to counsel of record this 16th day of

April, 2024, by filing of the same through the Court's CM/ECF System.

[  ]     Hand Delivery

[  ]     Depositing the same in the U.S. Mail, postage prepaid

[  ]     Electronic Mail

[X]     Submission to the U.S. District Court Electronic Case Filing System


                              /s/ Camille Coley