

3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
858-314-1500
858-314-1501 fax
www.mintz.com



EXHIBIT "A"
1 of 6

Western Oil Exploration Co.
848 Rainbow Blvd.
Suite 2818
Attn: James Franklin
Las Vegas, NV 89107

December 15, 2022
Matter No. 061648-001
Invoice No: 9259310
**Federal Tax ID: 042718459**

For Professional Services Rendered through November 30, 2022

Re:  **SEC Investigation**

| | |
|---|---:|
| Professional Services Due | $0.00 |
| Expenses | $176.30 |
| Less Trust Funds Applied | ($176.30) |
| **Total Amount Due This Invoice** | **$0.00** |
| **Total Trust Funds Remaining** | **$13,283.40** |

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
BOSTON | WASHINGTON | NEW YORK | LOS ANGELES | SAN DIEGO | LONDON | SAN FRANCISCO

Page 2

Invoice No: 9259310
Matter No. 061648-001

EXHIBIT "A"
2 of 6

**Re: SEC Investigation**

## Expenses

| Code | Description | Amount |
|---|---|---|
| 165 | 165 - EData Consulting -Relativity User Access Fee | 85.00 |
| 165 | 165 - EData Consulting -Relativity Hostiing - Review - Workspace 1863587 | 91.30 |

**Total Expenses** $176.30

Less Trust Funds Applied ($176.30)

**Total Invoice Balance Due** $0.00

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
BOSTON | WASHINGTON | NEW YORK | LOS ANGELES | SAN DIEGO | LONDON | SAN FRANCISCO





EXHIBIT "A"
3 of 6

3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
858-314-1500
858-314-1501 fax
www.mintz.com

Western Oil Exploration Co.
848 Rainbow Blvd.
Suite 2818
Attn: James Franklin
Las Vegas, NV 89107

December 15, 2022
Matter No. 061648-001
Invoice No: 9259310
**Federal Tax ID: 042718459**

---

Please enclose this page with your payment

Current Invoice Amount:                                             $0.00

                    Amount Enclosed                                                    _____

**Wire Payments to:**
Bank Name: Bank of America
Bank Address: 100 West 33rd Str., New York, NY 10001 USA
Account Name: Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
              Firm Account
Account No. 000058386095
ABA No. (wires): 026009593
ABA No. (ACH credits):011000138
Swift Code: BOFAUS3N

**Check Payments with Remittance to:**
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
P.O. Box 4539
Boston, MA 02212-4539 USA

**For Wires and ACH:**
**Please reference the Client/Matter Number, Invoice Number and/or Attorney Contact in the remarks section**



**MINTZ**

3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
858-314-1500
858-314-1501 fax
www.mintz.com

EXHIBIT "A"
4 of 6

Western Oil Exploration Co.
848 Rainbow Blvd.
Suite 2818
Attn: James Franklin
Las Vegas, NV 89107

September 26, 2023
Matter No. 061648-001
Invoice No: 9312317
**Federal Tax ID: 042718459**

For Professional Services Rendered through August 31, 2023

Re:     **SEC Investigation**

| | |
|---|---:|
| Professional Services Due | $1,590.00 |
| Expenses | $178.06 |
| **Total Amount Due This Invoice** | **$1,768.06** |
| Previous Balance Due | $4,964.88 |
| **TOTAL AMOUNT DUE** | **$6,732.94** |

**Prior Balances Due**

| Inv Date | Inv Number | Inv Amount | Payments | Balance |
|---|---|---:|---:|---:|
| 08/29/23 | 9306633 | $6,540.68 | $1,575.80 | $4,964.88 |
| **Total Balance** | | | | **$4,964.88** |

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
BOSTON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | TORONTO | WASHINGTON

Page 2

Invoice No: 9312317
Matter No. 061648-001

EXHIBIT "A"
5 of 6

**Re: SEC Investigation**

### Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/23 | Prosser, Sean T | Review SEC complaint; prepare for and attend teleconference with SEC attorneys regarding same and next steps; email to J. Franklin regarding same. | 1.20 | 1,590.00 |

**Total for Services**　　$1,590.00

### Summary of Professional Services

| Timekeeper | Hours | Client Rate | Amount |
|---|---|---|---|
| Prosser, Sean T | 1.20 | 1,325.00 | 1,590.00 |
| **Total for Services** | **1.20** | | **$1,590.00** |

### Expenses

| Code | Description | Amount |
|---|---|---|
| 165 | 165 - EData Consulting -Relativity Hosting - Review - Workspace 1863587 | 93.06 |
| 165 | 165 - EData Consulting -Relativity User Access Fee | 85.00 |

**Total Expenses**　　$178.06

**Total Invoice Balance Due**　　$1,768.06



3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
858-314-1500
858-314-1501 fax
www.mintz.com

*EXHIBIT "A"*
*6 of 6*

Western Oil Exploration Co.
848 Rainbow Blvd.
Suite 2818
Attn: James Franklin
Las Vegas, NV 89107

September 26, 2023
Matter No. 061648-001
Invoice No: 9312317
**Federal Tax ID: 042718459**

---

Please enclose this page with your payment

| | |
|---|---|
| Current Invoice Amount | $1,768.06 |
| Previous Balance Due | $4,964.88 |
| Total Balance Due: | $6,732.94 |

Amount Enclosed  _____

**Wire Payments to:**
Bank Name: Bank of America
Bank Address: 100 West 33rd Str., New York, NY 10001 USA
Account Name: Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
  Firm Account
Account No. 000058386095
ABA No. (wires): 026009593
ABA No. (ACH credits):011000138
Swift Code: BOFAUS3N

**Check Payments with Remittance to:**
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
P.O. Box 4539
Boston, MA 02212-4539 USA

**For Wires and ACH:**
Please reference the Client/Matter Number, Invoice Number and/or Attorney Contact in the remarks section