*Exhibit B*

# Rule Law Partners

992 Trumble Creek Road
Kalispell, Montana 59901
435-901-4365

Western Oil Exploration Co. c/o James E. Franklin
848 N. Rainbow Blvd
Suite 2818
Las Vegas, Nevada 89107

March 29, 2024

**Submitted via email**

Dear Mr. Franklin,

Pursuant to your request that I isolate the legal fees regarding only preparation for defense against the TRO, please see below.

Pursuant to our legal consulting agreement, executed between us on July 23, 2023, as agreed, please review the statement of fees. This statement pertains to SECURITIES AND EXCHANGE COMMISSION v. WESTERN OIL EXPLORATION CO., filed IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, NORTHERN DIVISION. Case No. 2:23-cv-00482-RJS.

| | |
|---|---:|
| Documents Review, Documents Preparation for Filing Sui Juris | $ 100,000.00 |
| Travel Expenses to Meet with James E. Franklin Re: Western Oil | 1,864.77 |
| Miscellaneous, Postage, Printing | 1,500.00 |
| TOTAL | $ 103,364.77 |
| <u>Isolated Legal fees to prepare defense regarding the TRO</u> | <u>$ 29,788.17</u> |

Warm Regards,

*Zaydee Rule*

**Zaydee Rule**
Principal

zaydee@rulelawpartners.com