# Statement

Monte L. Neilan Attorney at Law
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

| Date |
|---|
| 8/11/23 |

**To:**
Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

EXHIBIT "C"
1 of 6

| Amount Due | Amount Enc. |
|---|---|
| $11,342.03 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/12/23 | INV #226. Due 07/14/23. Orig. Amount $13,837.50.<br>--- Attorney's fees - O&G hourly, 61.5 @ $225.00 = 13,837.50 | 2,158.28 | 2,158.28 |
| 08/11/23 | INV #229. Due 08/11/23. Orig. Amount $9,183.75.<br>--- Attorney's fees - base rate, 40.75 @ $225.00 = 9,168.75<br>=== Reimb Group<br>--- Incoming wire fee: Purdy Oil $5.00<br>--- incoming wire fee: [redacted] for Purdy Oil $5.00<br>--- incoming wire fee $5.00<br>=== Total Reimbursable Expenses $15.00 | 9,183.75 | 11,342.03 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 9,183.75 | 2,158.28 | 0.00 | 0.00 | 0.00 | $11,342.03 |

Monte L. Neilan Attorney at Law
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

**Invoice**

EXHIBIT "C"
2 of 6

Invoice #: 229
Invoice Date: 8/11/23

**Bill To:**

Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

Case:

| Account # | Due Date: |
|---|---|
|  | 8/11/23 |

| Date | Description | Hours | Amount |
|---|---|---|---|
|  | Attorney fees, various dates: 06/30/2023-08/09/2023; summary attached | 40.75 | 9,168.75 |
| 7/31/23 | Incoming wire fee: Purdy Oil |  | 5.00 |
| 7/31/23 | incoming wire fee: ███ for Purdy Oil |  | 5.00 |
| 8/7/23 | incoming wire fee |  | 5.00 |
|  | Total Reimbursable Expenses |  | 15.00 |

| | | |
|---|---|---|
| **Total** | | $9,183.75 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $9,183.75 |

| Phone # |
|---|
| (308) 633-3600 |

**Monte L. Neilan Attorney at Law**
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

# Invoice

Invoice #: 231
Invoice Date: 9/12/23

EXHIBIT "C"
3 of 6

**Bill To:**
Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

Case:

| Account # | Due Date: |
|---|---|
|  | 9/29/23 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/25/23 | Westlaw out of plan research charges (SEC) | | 982.00 |
| | Attorney fees, various dates: 08/112023-09/07/2023; phone calls from 07/29/2023-08/28/2023; summary attached | 18.25 | 4,106.25 |

| | | |
|---|---|---|
| | **Total** | $5,088.25 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $5,088.25 |

Phone #
(308) 633-3600

Monte L. Neilan Attorney at Law
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

# Statement

| Date |
|---|
| 9/13/23 |

To:
Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

EXHIBIT "C"
4 of 6

| Amount Due | Amount Enc. |
|---|---|
| $16,430.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/12/23 | INV #226. Due 07/14/23. Orig. Amount $13,837.50.<br>--- Attorney's fees - O&G hourly, 61.5 @ $225.00 = 13,837.50 | 2,158.28 | 2,158.28 |
| 08/11/23 | INV #229. Due 08/11/23. Orig. Amount $9,183.75.<br>--- Attorney's fees - base rate, 40.75 @ $225.00 = 9,168.75<br>=== Reimb Group<br>--- Incoming wire fee: Purdy Oil $5.00<br>--- incoming wire fee: ▮▮▮▮▮▮ for Purdy Oil $5.00<br>--- incoming wire fee $5.00<br>=== Total Reimbursable Expenses $15.00 | 9,183.75 | 11,342.03 |
| 09/12/23 | INV #231. Due 09/29/23. Orig. Amount $5,088.25.<br>--- Westlaw out of plan research charges (SEC) $982.00<br>--- Attorney's fees - base rate, 18.25 @ $225.00 = 4,106.25 | 5,088.25 | 16,430.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 5,088.25 | 0.00 | 9,183.75 | 2,158.28 | 0.00 | $16,430.28 |

Monte L. Neilan Attorney at Law
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

# Invoice

Invoice #: 238
Invoice Date: 11/20/23

EXHIBIT "C"
5 of 6

**Bill To:**
Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

Case:

| Account # | Due Date: |
|---|---|
|  | 11/20/23 |

| Date | Description | Hours | Amount |
|---|---|---|---|
|  | Attorney fees, various dates: 09/08/2023-11/17/2023; phone calls from 08/29/2023-10/28/2023; summary attached | 28 | 6,300.00 |
| 9/21/23 | Incoming wire fee from Brett Platt for Franklin<br>Total Reimbursable Expenses |  | 5.00<br>5.00 |

| | |
|---|---|
| **Total** | $6,305.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,305.00 |

Phone #
(308) 633-3600

# Statement

Monte L. Neilan Attorney at Law
A Limited Liability Company
P.O. Box 1527
Scottsbluff, NE 69363

| Date |
|---|
| 1/8/24 |

To:
Purdy Oil / James E. Franklin
1212 H Street, Ste 124
Ramona, CA 92065

EXHIBIT "C"
6 of 6

| Amount Due | Amount Enc. |
|---|---|
| $6,760.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/08/23 | Balance forward | | 11,342.03 |
| 09/12/23 | INV #231. Due 09/29/23. | 5,088.25 | 16,430.28 |
| | --- Westlaw out of plan research charges (SEC) $982.00 | | |
| | --- Attorney's fees - base rate, 18.25 @ $225.00 = 4,106.25 | | |
| 09/21/23 | PMT # ▓▓▓▓▓ WIRE. | -1,000.00 | 15,430.28 |
| 11/20/23 | INV #238. Due 11/20/23. | 6,305.00 | 21,735.28 |
| | --- Attorney's fees - base rate, 28 @ $225.00 = 6,300.00 | | |
| | === Reimb Group | | |
| | --- Incoming wire fee from ▓▓▓▓▓ for Franklin $5.00 | | |
| | === Total Reimbursable Expenses $5.00 | | |
| 01/08/24 | PMT # ▓▓▓▓▓▓▓▓▓ | -14,975.00 | 6,760.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 6,305.00 | 0.00 | 455.28 | $6,760.28 |