Paul T. Moxley (Utah Bar #2342)
Kathryn Tunacik Smith (Utah Bar #13363)
**COHNE KINGHORN,** *A Professional Corporation*
111 East Broadway, 11th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 363-4300
*Attorneys for Calmes & Co, Inc. and Calmfritz Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZCHE, an individual,<br><br>Defendants, | **DEFENDANTS CALMES & CO, INC. AND CALMFRITZ HOLDINGS, LLC'S PETITION FOR COSTS AND FEES**<br><br>Case No. 2:23-cv-00482 |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming Limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah Limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah Limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>                    Relief Defendants. | |

Defendants CALMES & CO, INC. AND CALMFRITZ HOLDINGS, LLC, ("Relief Defendants") through counsel, hereby petition the Court for an award of their fees and costs arising from the TRO and the Receiver, as authorized by the Court pursuant to its Memorandum Decision and Order (Document 275) entered on March 18, 2024.

These Relief Defendants have incurred attorney's fees totaling $15,916.50 from the commencement of this action to March 26, 2024. *See* Declaration of Attorney's Fees and Costs, attached hereto as Exhibit A. Relief Defendants assert that they should be awarded attorneys fees totaling $15,916.50 on the basis that the entire action is premised on the inaccurate and disproven evidence that prompted the TRO. Nevertheless, pursuant to the Court's order awarding fees, Relief Defendants' counsel has calculated the total attorney's fees *directly related* to the TRO and the Receiver in the amount of $8,443.25, as shown in Exhibits A and B. In the event that the Court is unwilling to award the entirety of Relief Defendants' fees, then Relief

Defendants request an award of $8,443.25.

DATED this 17th day of April, 2024.

                                                Cohne Kinghorn
A Professional Corporation

By: _Kathryn Tunacik Smith_
    Paul T. Moxley
    Kathryn Tunacik Smith
    *Attorneys for Calmes & Co, Inc.*
    *and Calmfritz Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2024, I caused the foregoing **DEFENDANTS CALMES & CO, INC. AND CALMFRITZ HOLDINGS, LLC'S PETITION FOR COSTS AND FEES** to be filed with the Clerk of the Court by using the electronic filing system, which will send a notice of electronic filing to the attorneys of record in this case.

/s/ *Kathryn Tunacik Smith*

4895-8597-1378, v. 1

# EXHIBIT A

Paul T. Moxley (Utah Bar #2342)
Kathryn Tunacik Smith (Utah Bar #13363)
**COHNE KINGHORN,** *A Professional Corporation*
111 East Broadway, 11th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 363-4300
*Attorneys for Calmes & Co, Inc. and Calmfritz Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZCHE, an individual,<br><br>Defendants, | **DEFENDANTS CALMES & CO, INC. AND CALMFRITZ HOLDINGS, LLC'S DECLARATION OF ATTORNEY'S FEES AND COSTS**<br><br>Case No. 2:23-cv-00482 |

| | |
|---|---|
| ARCHER DRILLING, LLC, a Wyoming Limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah Limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah Limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>            Relief Defendants. | |

PAUL T. MOXLEY, deposes and states as follows:

1. I am an attorney, a member in good standing of the Utah State Bar, and am admitted to practice law before all federal and state courts in the State of Utah.

2. I and the law firm Cohne Kinghorn, P.C. are counsel for CALMES & CO, INC. AND CALMFRITZ HOLDINGS, LLC, ("Relief Defendants") in this matter.

3. I have personal knowledge of the facts set forth herein.

4. I have over fifty years of legal experience, with significant time and experience spent on matters relevant to the legal services provided to Relief Defendants in this particular case.

5. On March 18, 2024, the Court entered in the instant case its Memorandum Decision and Order ("Order") (Document 275) in which the Court granted Defendants an award of "attorneys' fees and legal costs arising from the TRO and the Receiver." *See* Order p. 79.

4891-6195-3714, v. 2

6. This declaration covers and delineates the attorneys' fees and costs incurred by Relief Defendants through the period ending March 26, 2024, plus the additional fees and costs relating to preparing and filing this declaration, and preparing a petition for fees consistent with this declaration and the March 18 Order.

7. As an attorney with the law firm Cohne Kinghorn, P.C., I have access to the time sheets and billing summaries which indicate the attorneys' fees and costs expended in representing Relief Defendants in this lawsuit and related matters and particularly with regard to the fees and costs arising from the TRO and the Receiver.

8. These records were and are maintained by several employees of the law firm of Cohne Kinghorn, P.C. on a daily basis and are made at or near the time of the occurrence of each event.

9. Each entry was and is made and recorded by an employee who has the duty to record such information as part of his or her employment.

10. I have examined these records relative to the attorney fees and costs expended by the Relief Defendants arising from the TRO and the Receiver.

11. Attached as <u>Exhibit B</u> is a summary prepared by Cohne Kinghorn, P.C. covering the period ending March 26, 2024, plus the additional fees and costs relating to preparing and filing this declaration, and preparing a petition for fees consistent with this declaration and the March 18 Order, which details and aggregates the total attorney's fees incurred in the amount of $15,916.50, consisting of professional services provided to Relief Defendants relating to the SEC's action against them. I calculated the total attorney's fees concerning the TRO and the Receiver in the amount of $8,443.25, as shown in Exhibit B.

12. The attorneys' fees requested by Relief Defendants reflect amounts actually charged by, and paid or to be paid to, Relief Defendants' Attorneys. All services performed and expenses incurred for which compensation or reimbursement is sought were performed or incurred for and on behalf of Relief Defendants arising from the TRO and the receiver and not for any other person or entity or for any other purpose. Where an entry of time reflected a combination of services where some related to the TRO and some did not, I have indicated the portion of time spent that related to the TRO to the best of my ability, as shown in Exhibit B.

13. The hourly rates that Relief Defendants were charged at the time the above services were performed were as follows, which are reasonable fees:

    a.    Paul T. Moxley    $500.00 per hour

    b.    Kathryn Tunacik    $325.00 per hour in 2023; $340.00 per hour in 2024

14. The hourly rates charged by Relief Defendants' counsel are reasonable. I and the other attorneys that provided legal services to Relief Defendants in this matter (collectively, "Relief Defendants' Attorneys") have extensive experience in the areas of law implicated by the disputes in this matter.

15. The rates charged by Relief Defendants' Attorneys are reasonable in light of the skills, experience, reputation, and ability of the attorneys. The rates charged by Relief Defendants' Attorneys in this matter are the same rates it charges its other clients for similar services.

16. The services of Relief Defendants' Attorneys in this matter were, and are, billed on an hourly basis, consistent with counsel's customary charges for comparably skilled and experienced practitioners in other cases, and consistent with other attorneys practicing in the

locality.

17. I have consulted with all attorneys who billed time on this matter to determine what portion of their time was spent on activities related to the TRO and the Receiver and what time was unrelated.

18. The fees requested by Relief Defendants are supported by detailed time records and detailed fee entries, which describe the services performed to permit the Court to understand and evaluate the specific services performed, attached as Exhibit B.

19. The amount at issue and substantive legal issues implicated by the TRO and the Receiver are significant. Further, the fees charged by Relief Defendants' Attorneys are reasonable in light of the amounts involved in this dispute.

20. The fees requested are reasonable in light of the time and labor required, the novelty and difficulty of the questions involved and the requisite skill.

21. Further, the fees requested by Relief Defendants are consistent with the fees customarily charged in this locality for similar services in connection with matters similar to this lawsuit.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

DATED this 17 day of April, 2024.

COHNE KINGHORN
A Professional Corporation

By: *Paul T. Moxley*
    Paul T. Moxley
    *Attorneys for Calmes & Co, Inc.*
    *and Calmfritz Holdings, LLC*

# EXHIBIT B

Statement of Fees - Calmfritz Holdings, LLC & Calmes & Co., Inc.  98179.01

| Date | Atty | Rate | Hours | Amt | TRO/ Revr Rel | Hrs rel | Rel Amt | Description |
|---|---|---|---|---|---|---|---|---|
| 8/29/2023 | KTS | 325.00 | 1.40 | $455.00 | 50% | 0.70 | $227.50 | Meet with client regarding issues alleged in the Complaint, thoughts on defense, and details needed for representation Evaluate allegations and defenses. |
| 8/30/2023 | PTM | 500.00 | 1.50 | $750.00 | 50% | 0.75 | $375.00 | Multiple meetings with Chad; conference with Kathryn Smith; review of pleadings, complaint and restraining order; correspondence with Chad. |
| 9/11/2023 | KTS | 325.00 | 1.30 | $422.50 | 30% | 0.39 | $126.75 | Email SEC attorneys regarding deadline. Work on review of complaint and identifying issues for research regarding defenses and potential motions. |
| 9/14/2023 | KTS | 325.00 | 2.30 | $747.50 | 20% | 0.46 | $149.50 | Researching remedies available against relief defendants to develop memo to client regarding options for defense and risks involved. |
| 9/21/2023 | PTM | 500.00 | 0.50 | $250.00 | 30% | 0.15 | $75.00 | Conference with Kathryn; study pleadings; telephone conference with Chad. |
| 9/26/2023 | KTS | 325.00 | 2.70 | $877.50 | 0% | - | $0.00 | Continue researching remedies available against relief defendants to develop memo to client regarding options for defense and risks involved. Email client regarding work and extension. |
| 9/28/2023 | KTS | 325.00 | 0.80 | $260.00 | 20% | 0.16 | $52.00 | Preparing memo regarding advice to client on defense of action. |
| 9/28/2023 | PTM | 500.00 | 2.50 | $1,250.00 | 30% | 0.75 | $375.00 | Multiple conferences with Kathryn; review and revise answer to complaint; review of complaint; Study other pleading in the case; Telephone conference with Chad. |
| 10/2/2023 | KTS | 325.00 | 0.40 | $130.00 | 20% | 0.08 | $26.00 | Preparing memo to client regarding options and their legal position. |
| 10/3/2023 | KTS | 325.00 | 2.50 | $812.50 | 20% | 0.50 | $162.50 | Preparing options memo for client. |
| 10/4/2023 | KTS | 325.00 | 3.20 | $1,040.00 | 50% | 1.60 | $520.00 | Reviewing docket items existing to assess actions on case taken by various defendants, the receiver, and plaintiff to date. Evaluate issues related to counsel regarding answer deadline the answer and email SEC. |
| 10/5/2023 | KTS | 325.00 | 2.50 | $812.50 | 30% | 0.75 | $243.75 | Continue reviewing docket and preparing notes for answer and preparing questions for phone call with client. Discuss same with P. Moxley. Participate in call with C. Calmes and K. Calmes. |
| 10/6/2023 | KTS | 325.00 | 4.70 | $1,527.50 | 70% | 3.29 | $1,069.25 | Preparing Answer and defenses to Complaint. Attend hearing where the Court revoked the TRO and receivership. Email client regarding same. |
| 10/13/2023 | KTS | 325.00 | 1.50 | $487.50 | 20% | 0.30 | $97.50 | Finalize answer, communicate with P. Moxley and clients about same. Review recently filed motions by other defendants and review court notes on recent rulings. Update clients regarding same. |
| 10/16/2023 | KTS | 325.00 | 0.60 | $195.00 | 100% | 0.60 | $195.00 | Review receivership filing regarding winding down of receivership. |
| 11/2/2023 | KTS | 325.00 | 0.30 | $97.50 | 100% | 0.30 | $97.50 | Review new filing received from court appointed receiver regarding winding down and email client regarding same. |
| 11/6/2023 | KTS | 325.00 | 0.20 | $65.00 | 100% | 0.20 | $65.00 | Review additional new filing regarding winding down of receivership received from counsel for Digital Licensing Inc, Anderson parties. Briefly review issues being presented regarding receivership to determine whether they affect client. |
| 11/15/2023 | KTS | 325.00 | 0.40 | $130.00 | 100% | 0.40 | $130.00 | Review new filings on the matter and evaluate if relief defendants are required to file anything at this time. Evaluate further receivership actions so far as it affects relief defendants. |
| 11/30/2023 | KTS | 325.00 | 0.50 | $162.50 | 0% | - | $0.00 | Review memo in opposition to motion to dismiss filed by the SEC and prepare summary for client regarding same. Review notice from court on upcoming hearing. Evaluate anything needed from relief defendants. |
| 12/18/2023 | KTS | 325.00 | 0.10 | $32.50 | 100% | 0.10 | $32.50 | Review and respond to SEC email regarding request for stipulation to additional pages on OSC response. |
| 12/27/2023 | KTS | 325.00 | 0.10 | $32.50 | 100% | 0.10 | $32.50 | Review and respond to email from SEC regarding extension to time for their filing on OSC issues. |
| 1/12/2024 | KTS | 340.00 | 0.60 | $204.00 | 100% | 0.60 | $204.00 | Review additional briefing received on OSC issues. |
| 1/17/2024 | KTS | 340.00 | 0.20 | $68.00 | 100% | 0.20 | $68.00 | Review and respond to email from parties regarding SEC's sur-reply to order to show cause regarding TRO issues. |
| 1/18/2024 | KTS | 340.00 | 0.40 | $136.00 | 100% | 0.40 | $136.00 | Review status report on receivership. |

Statement of Fees - Calmfritz Holdings, LLC & Calmes & Co., Inc.  98179.01

| Date | Atty | Rate | Hours | Amount | % | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 8/29/2023 | KTS | 325.00 | 1.40 | $455.00 | 50% | 0.70 | $227.50 | Meet with client regarding issues alleged in the Complaint, thoughts on defense, and details needed for representation Evaluate allegations and defenses. |
| 1/23/2024 | KTS | 340.00 | 0.40 | $136.00 | 100% | 0.40 | $136.00 | Review recent action on case in the docket, prepare update for clients on winding down of receivership, and evaluate any action needed now. |
| 1/31/2024 | KTS | 340.00 | 0.40 | $136.00 | 100% | 0.40 | $136.00 | Review SEC's sur reply brief regarding TRO OSC. |
| 2/5/2024 | KTS | 340.00 | 0.60 | $204.00 | 100% | 0.60 | $204.00 | Review recent documents filed and follow up on whether there is a hearing today on TRO. Evaluate any further steps needed for client at this time. |
| 2/9/2024 | KTS | 340.00 | 0.20 | $68.00 | 100% | 0.20 | $68.00 | Prepare update email to client. |
| 2/14/2024 | KTS | 340.00 | 0.60 | $204.00 | 0% | - | $0.00 | Review memorandum in opposition to motion to dismiss filed by SEC. |
| 2/15/2024 | KTS | 340.00 | 0.10 | $34.00 | 100% | 0.10 | $34.00 | Review notice recieved from court regarding vacated hearing. |
| 2/28/2024 | KTS | 340.00 | 0.30 | $102.00 | 100% | 0.30 | $102.00 | Update client regarding recent filings and anticipated next steps. Review docket to confirm no hearing set. |
| 2/29/2024 | KTS | 340.00 | 0.10 | $34.00 | 100% | 0.10 | $34.00 | Review filing received from some defendants for oral argument. |
| 3/6/2024 | KTS | 340.00 | 0.10 | $34.00 | 100% | 0.10 | $34.00 | Review emails from SEC attorney and Debt Box attorney regarding filing supplemental briefing related to the order to show cause. |
| 3/8/2024 | KTS | 340.00 | 0.10 | $34.00 | 0% | - | $0.00 | Review filings received from the court regarding counsel withdrawing. |
| 3/10/2024 | PTM | 500.00 | 3.00 | $1,500.00 | 50% | 1.50 | $750.00 | Review of Court files and correspondence from December 2023 through March 10, 2024 |
| 3/18/2024 | KTS | 340.00 | 1.30 | $442.00 | 100% | 1.30 | $442.00 | Review Memorandum Decision and Order regarding the OSC received from court and evaluate impact for our client. |
| 3/19/2024 | KTS | 340.00 | 0.10 | $34.00 | 100% | 0.10 | $34.00 | Email client regarding details of order from the court regarding SEC's sanctions and whether fees are recoverable. |
| 3/19/2024 | PTM | 500.00 | 1.50 | $750.00 | 100% | 1.50 | $750.00 | Review of Memorandum Decision Correspond with client and Kathryn Telephone call with Kathryn |
| 3/20/2024 | KTS | 340.00 | 0.20 | $68.00 | 100% | 0.20 | $68.00 | Evaluating which fees are recoverable pursuant to the court's order regarding the TRO. |
| 3/21/2024 | PTM | 500.00 | 0.75 | $375.00 | 100% | 0.75 | $375.00 | Study Memo decision Correspond with Kathryn Coordination of filing for fees against SEC |
| 3/22/2024 | KTS | 340.00 | 0.80 | $272.00 | 100% | 0.80 | $272.00 | Review information on fees we can recover and email client regarding same. Start work on application for fees. |
| 3/22/2024 | KTS | 340.00 | 0.20 | $68.00 | 100% | 0.20 | $68.00 | Review letter from SEC regarding whether they'll revise discovery responses. |
| 3/26/2024 | KTS | 340.00 | 1.40 | $476.00 | 100% | 1.40 | $476.00 | Work on petition for fees. Discuss same with P. Moxley. |
| **Total** | | | 43.35 | $15,916.50 | | 22.73 | $8,443.25 | |