# Exhibit A: Bills and Billing Entries

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/3/2023 | Marshall, Romaine C. | 2.20 | 1.50 | $ 650.00 | $ 1,430.00 | $ 975.00 | 123328-769934 | ██████████████████ ██████████████ review Complaint, docket, and TRO papers; ████████████ |
| 8/4/2023 | Abarca, Jose A. | 1.00 | 1.00 | $ 605.00 | $ 605.00 | $ 605.00 | 123328-769934 | Review and analyze complaint and Court's order granting TRO/asset freeze and correspondence with attorneys for the SEC informing them of our impending retainer and asking to set up a call to discuss case |
| 8/7/2023 | Abarca, Jose A. | 6.50 | 6.30 | $ 605.00 | $ 3,932.50 | $ 3,811.50 | 123328-769934 | Review and analyze the SEC's complaint and the Court temporary restraining order in preparation for conference calls with clients and the SEC's counsel and participate in calls with clients and the SEC's counsel (5.7); review and analyze IRS guidelines received from the SEC's counsel re guidance on necessary and reasonable living expenses (.5) ██████████████ |
| 8/8/2023 | Schmalfeld, Jonathan E. | 1.50 | 0.80 | $ 515.00 | $ 772.50 | $ 412.00 | 123328-769934 | Analyze Complaint and background materials for representation in DEBT Box litigation with SEC. |
| 8/8/2023 | Marshall, Romaine C. | 9.30 | 3.50 | $ 650.00 | $ 6,045.00 | $ 2,275.00 | 123328-769934 | ████████████████████ study and analyze TRO/freeze ████████████ ████████████████████ ████████████████████ ████████████████████ ████████ phone conferences with Travis and Summer Flaherty regarding various asset requests, and IRS guidelines, and reasonable and necessary expectations accounting issues; communications with |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SEC counsel regarding various "separateness" evidence issues. |
| 8/8/2023 | Abarca, Jose A. | 3.40 | 2.60 | $ 605.00 | $ 2,057.00 | $ 1,573.00 | 123328-769934 | Telephone call with Joe Martinez to discuss various case issues (1.2); review and analyze Court's order appointing receiver over Digital Licensing, Inc. (.2); ███████████████; ██████████; review and analyze the SEC's motion for TRO (.4); ███████████████; review and analyze issues re retaining forensic accounting expert (.3); review and analyze correspondence from the receiver's counsel re setting up call to discuss receivership and review and analyze court order granting temporary receivership (.5) |
| 8/9/2023 | Schmalfeld, Jonathan E. | 2.60 | 2.60 | $ 515.00 | $ 1,339.00 | $ 1,339.00 | 123328-769934 | Begin preparing Motion to Dissolve TRO for potential use in case. |
| 8/9/2023 | Marshall, Romaine C. | 7.00 | 1.40 | $ 650.00 | $ 4,550.00 | $ 910.00 | 123328-769934 | ███████████████; review, respond to, and communicate to Messrs. Martinez and Flaherty about ███████████████; prepare for and participate in zoom meetings with Polsinelli Team to discuss, investigate, and divide responsibilities relating to SEC allegations, and the Receiver's requests, ███████████████ prepare for and participate in meeting with Receiver's Counsel; ███████████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|-----------|-----------------|-----------|----------------|-------------|------------|-----------------|---------------|-----------|
| | | | | | | | | ██████████████████ |
| | | | | | | | | ████████ |
| | | | | | | | | ███████████████████ |
| | | | | | | | | ███████████████████ |
| | | | | | | | | ████████████████████ |
| 8/9/2023 | Abarca, Jose A. | 6.30 | 5.80 | $ 605.00 | $ 3,811.50 | $ 3,509.00 | 123328-769934 | Telephone calls and correspondence with Polsinelli defense team re case strategy, including devising responsive pleading strategy and strategy re responding to motion for TRO and asset freeze (1.5); prepare for and participate in call with clients re case update and strategy (1.0); review and analyze the SEC's complaint and motion for TRO (2.0); prepare for and participate in telephone call with the Receiver's counsel and debrief with Romaine Marshall after call (.8); review and analyze issues re possible motion to dissolve TRO/freeze order (.5); ████████████████ |
| 8/10/2023 | Reliford, Trey S. | 3.50 | 2.90 | $ 605.00 | $ 2,117.50 | $ 1,754.50 | 123328-769934 | Draft and review correspondence with R. Marshall, J. Abarca and J. Schmalfeld re: SEC action and next steps. Review SEC documents. Calls with R. Marshall, J. Abarca and J. Schmalfeld re: strategy and updates on SEC/Receivership. SEC action and next steps. ████████ |
| 8/10/2023 | Schmalfeld, Jonathan E. | 1.70 | 1.70 | $ 515.00 | $ 875.50 | $ 875.50 | 123328-769934 | Continue to prepare Motion to Dissolve TRO based on digital asset laws. |
| 8/10/2023 | Marshall, Romaine C. | 11.40 | 7.50 | $ 650.00 | $ 7,410.00 | $ 4,875.00 | 123328-769934 | Prepare for and participate in meeting with Mr. Martinez ████████████████████████ and with Travis Flaherty regarding ██████ his list of assets and factual background points; work on motions we might file ████████ on ████ |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TRO/freeze ▮▮▮▮ draft call notes relating to ▮▮▮▮ meetings with other defendants' counsels; emails with Receiver's counsel re status of information disclosures, and meetings; direct research relating to what are the actual violations against clients |
| 8/10/2023 | Abarca, Jose A. | 8.60 | 3.80 | $ 605.00 | $ 5,203.00 | $ 2,299.00 | 123328-769934 | Review and analyze the SEC's complaint, motion for TRO, order appointing receiver and other documents and information related to case in conjunction with developing defense/case strategy (2.1); prepare for and participate in in-person meeting with Joe Martinez (5.5); ▮▮▮▮ |
| 8/11/2023 | Schmalfeld, Jonathan E. | 5.00 | 5.00 | $ 515.00 | $ 2,575.00 | $ 2,575.00 | 123328-769934 | Prepare for and attend teleconference with opposing counsel regarding receivership and attend teleconference with client following that ▮▮▮▮ |
| 8/11/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.50 | $ 515.00 | $ 257.50 | $ 257.50 | 123328-769934 | Teleconference with counsel regarding receivership issues. |
| 8/11/2023 | Marshall, Romaine C. | 7.50 | 4.40 | $ 650.00 | $ 4,875.00 | $ 2,860.00 | 123328-769934 | Prepare for and participate in meetings, evidence gathering, and strategy sessions relating to the Receiver's Counsel requests, the TRO/freeze status, ▮▮▮▮ work on administrative aspects of ▮▮▮▮ court filing deadlines relating to ▮▮▮▮ the Temporary Receivership Order |
| 8/11/2023 | Abarca, Jose A. | 8.70 | 8.20 | $ 605.00 | $ 5,263.50 | $ 4,961.00 | 123328-769934 | Review and analyze the Court's order appointment receiver ▮▮▮▮ in preparation for telephone call with the Receiver's counsel and |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | participate in telephone call with the Receiver's counsel (1.5); review and analyze the SEC's complaint, motion for TRO, and other documents and information related to case in conjunction with developing defense/case strategy (1.7); prepare for and participate in in-person meeting with Joe Martinez (5.0); ███████████████████ |
| 8/12/2023 | Marshall, Romaine C. | 8.80 | 1.40 | $ 650.00 | $ 5,720.00 | $ 910.00 | 123328-769934 | ████████████████████ ████████████████ ███████████████ ████████████ communicate with Travis Flaherty regarding ████ ███████████ his remaining items to provide for the Receiver; in-person meeting with Mr. Martinez ████████████████████ ████████████████ ███████ |
| 8/12/2023 | Abarca, Jose A. | 3.20 | 1.50 | $ 605.00 | $ 1,936.00 | $ 907.50 | 123328-769934 | ███████████████████ review and analyze the SEC's subpoena to Rosemary Martinez (1.5) |
| 8/13/2023 | Abarca, Jose A. | 0.10 | 0.10 | $ 605.00 | $ 60.50 | $ 60.50 | 123328-769934 | Correspondence with forensic accounting expert, ███████████ |
| 8/14/2023 | Schmalfeld, Jonathan E. | 5.10 | 4.80 | $ 515.00 | $ 2,626.50 | $ 2,472.00 | 123328-769934 | Continue to prepare Motion to Dissolve TRO ████████ ██████ |
| 8/14/2023 | Marshall, Romaine C. | 9.30 | 3.80 | $ 650.00 | $ 6,045.00 | $ 2,470.00 | 123328-769934 | Email legal team regarding today's agenda and action items; email clients regarding same, especially in relation to Accounting and Receiver counsel interviews; meetings with Messrs. Martinez and |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|-----------|-----------------|-----------|----------------|-------------|------------|-----------------|---------------|-----------|
| | | | | | | | | Flaherty; review █████████ filings by new counsels; ██████████████████████████████ meeting with ██████ ███████ counsel regarding its approaches to the SEC/Receiver, and legal strategies; update team on same; coordinate meeting preparation for Receiver counsel's meetings█████████████ |
| 8/14/2023 | Abarca, Jose A. | 4.40 | 2.50 | $ 605.00 | $ 2,662.00 | $ 1,512.50 | 123328-769934 | ██████████████████████████████ █████████████ conference call and meeting with clients to discuss case strategy, subpoena to Rosemary Martinez, motion to dissolve TRO and other case issues (2.0) ; correspondence with the Receiver's counsel re scheduling interviews with clients (.2); meeting with Romaine Marshall to discuss his phone call with ████████ counsel (.3); ████████ ██████████████████████████████ |
| 8/15/2023 | Schmalfeld, Jonathan E. | 1.30 | 1.30 | $ 515.00 | $ 669.50 | $ 669.50 | 123328-769934 | Continue to analyze SEC filings and ██████ ████████████████████ claims alleged against clients. |
| 8/15/2023 | Marshall, Romaine C. | 6.00 | 3.00 | $ 650.00 | $ 3,900.00 | $ 1,950.00 | 123328-769934 | Work on preparations for Receiver counsel's meetings; ███████████████████████████████████ ███████████████████████; work on documents requests and responses to the SEC and the Receiver's Counsel |
| 8/15/2023 | Abarca, Jose A. | 5.70 | 5.70 | $ 605.00 | $ 3,448.50 | $ 3,448.50 | 123328-769934 | Prepare for and participate in meeting with Joe Martinez in preparation for interview with the Receiver's counsel (1.5); review and analyze |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | documents, information, and materials provided by clients re case background (3.2); draft and compile asset accountings for clients (1.0) |
| 8/16/2023 | Schmalfeld, Jonathan E. | 3.20 | 3.20 | $ 515.00 | $ 1,648.00 | $ 1,648.00 | 123328-769934 | Analyze case filings for use in Motion to Dissolve TRO. |
| 8/16/2023 | Marshall, Romaine C. | 6.80 | 3.00 | $ 650.00 | $ 4,420.00 | $ 1,950.00 | 123328-769934 | Prepare for and participate in Receiver's Counsel interview with Joe Martinez; correspondence ███ █████████ to explore opposition to freeze motion; prepare for Flaherty meeting; ████ ████████████████████ ████████████████████ █████████████████ review filings to Receiver's counsel, and readiness of Accountings; correspondence with SEC counsel |
| 8/16/2023 | Abarca, Jose A. | 7.60 | 7.00 | $ 605.00 | $ 4,598.00 | $ 4,235.00 | 123328-769934 | Prepare for and participate in meeting with ███ in preparation for interview with the Receiver's counsel and attending meeting with ███ ████████ and Receiver's counsel (4.0); correspondence with the SEC's counsel re Rosemary Martinez subpoena, stipulating to the filing of clients' asset accountings under seal, and the SEC's interest in entering into a stipulated preliminary injunction with Joe Martinez/iX Global et al. (.5); review and analyze the SEC's expedited written discovery requests to defendants and correspondence with the SEC's counsel and clients re same (1.0); review and analyze documents and information re client ███████ ███████████ in preparation for sending ███████ ███████████ to the Receiver's counsel and send to the Receiver's counsel (1.0); review and analyze issues re imaging clients' phones ████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ██████████████████████ (.5); ████████ ████████████████████████ |
| 8/17/2023 | Schmalfeld, Jonathan E. | 1.00 | 1.00 | $ 515.00 | $ 515.00 | $ 515.00 | 123328-769934 | Begin preparing response to requests for production from SEC. |
| 8/17/2023 | Schmalfeld, Jonathan E. | 0.30 | 0.30 | $ 515.00 | $ 154.50 | $ 154.50 | 123328-769934 | Coordinate with counsel various tasks for responding to discovery. |
| 8/17/2023 | Marshall, Romaine C. | 6.60 | 3.00 | $ 650.00 | $ 4,290.00 | $ 1,950.00 | 123328-769934 | Various communications relating to remaining tasks for Week 2 including ████████ Receiver's counsel meeting, ████████ disposition of motion to unfreeze clients' assets; legal team meeting regarding substance of legal arguments in the TRO/Freeze motion; ████████████ ████████████████████████████ ████████████████████ prepare for ████████ ████████ Receiver meeting |
| 8/17/2023 | Abarca, Jose A. | 3.40 | 3.40 | $ 605.00 | $ 2,057.00 | $ 2,057.00 | 123328-769934 | Review and analyze issues re ████████ ████████████ collection of ████ data (.6); review and analyze issues re clients' responses to the SEC's expedited discovery requests (.7); review and analyze issues re clients' asset accountings (.8); telephone calls with Romaine Marshall and Polsinelli team re case and defense strategy (1.0); telephone call with clients re case status update (.3) |
| 8/18/2023 | Reliford, Trey S. | 1.10 | 0.40 | $ 605.00 | $ 665.50 | $ 242.00 | 123328-769934 | Draft and review correspondence with R. Marshall, J. Abarca and J. Schmalfeld re: dissolving TRO. ████████ ████████████████████████████ ████████████████████████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/18/2023 | Schmalfeld, Jonathan E. | 2.90 | 2.90 | $ 515.00 | $ 1,493.50 | $ 1,493.50 | 123328-769934 | Implement additional materials into Motion to Dissolve TRO. |
| 8/18/2023 | Schmalfeld, Jonathan E. | 3.10 | 3.10 | $ 515.00 | $ 1,596.50 | $ 1,596.50 | 123328-769934 | Prepare answers to Requests for Discovery from SEC. |
| 8/18/2023 | Marshall, Romaine C. | 7.50 | 3.70 | $ 650.00 | $ 4,875.00 | $ 2,405.00 | 123328-769934 | Continue various and numerous activities and directives relating to communications relating to negotiating with the SEC a stipulation ▮▮▮ to lift the TRO/Freeze, filing papers with the Court asserting the TRO/Freeze is improper and must be lifted, completing Discovery responses due to the SEC, sending additional information to the Receiver's Counsel ▮▮▮ |
| 8/18/2023 | Abarca, Jose A. | 10.60 | 9.70 | $ 605.00 | $ 6,413.00 | $ 5,868.50 | 123328-769934 | Prepare for and attend meeting with ▮▮▮ the Receiver's and debrief with clients after meeting (5.0); draft and compile asset accountings for iX Global, Joseph Martinez, and Travis Flaherty and correspondence and telephone call with Joe Martinez re same (2.5); prepare for and participate in conference call with the SEC's counsel (.9); ▮▮▮ review and analyze issues re clients' discovery responses and motion to dissolve TRO (1.3); ▮▮▮ |
| 8/19/2023 | Marshall, Romaine C. | 3.60 | 1.20 | $ 650.00 | $ 2,340.00 | $ 780.00 | 123328-769934 | Prepare emails discussing SEC meeting yesterday, and The Andersons' meeting yesterday, and next steps; draft outline for dossier showing ▮▮▮ revenues; phone meeting with Joe Martinez regarding strategy for |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | responses to SEC; working on portion of TRO/freeze opposition relating to ███████████████████ ████ |
| 8/19/2023 | Abarca, Jose A. | 2.10 | 1.90 | $ 605.00 | $ 1,270.50 | $ 1,149.50 | 123328-769934 | Review and analyze correspondence from the Receiver's counsel seeking clarification re flow of funds between iX Global and Debt Box and client's response re same and review and analyze spreadsheets summarizing iX Global transactions (.5); ███████████████████████████ ███████████████████████████ ███████████████; review and revise Travis Flaherty's, Joseph Martinez's, and iX Global's responses to the SEC's first set of expedited discovery requests (.7); review and analyze issues re SEC subpoena to Rosemary Martinez (.4); review and revise iX Global's asset accounting (.3) |
| 8/20/2023 | Marshall, Romaine C. | 3.60 | 3.00 | $ 650.00 | $ 2,340.00 | $ 1,950.00 | 123328-769934 | Work on Week 3 agenda, especially status and strategy of response to TRO/Freeze order; ████████ ██████████████████████ prepare oral argument outline ; █████████████████████ draft emails to be sent SEC and Receiver's counsel regarding lifting of TRO/Freeze, at least partially; review ████████████████████ to be used at court hearing on TRO/Freeze order; briefly review status of discovery responses |
| 8/20/2023 | Abarca, Jose A. | 2.20 | 2.20 | $ 605.00 | $ 1,331.00 | $ 1,331.00 | 123328-769934 | Review and revise Travis Flaherty's, Joseph Martinez's, and iX Global's responses to the SEC's expedited discovery requests (1.8); review and analyze correspondence from Joe Martinez re iX Global sales data (.4) |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/21/2023 | Schmalfeld, Jonathan E. | 4.90 | 4.90 | $ 515.00 | $ 2,523.50 | $ 2,523.50 | 123328-769934 | Prepare factual background for Motion to Dissolve TRO. |
| 8/21/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.30 | $ 515.00 | $ 257.50 | $ 154.50 | 123328-769934 | Teleconference with clients regarding current status of litigation. |
| 8/21/2023 | Marshall, Romaine C. | 8.80 | 5.50 | $ 650.00 | $ 5,720.00 | $ 3,575.00 | 123328-769934 | Numerous communications with Legal Team and iX team members relating to requests for information going to the SEC and Receiver ███████ ████████████████ communications with the SEC and the Receiver's Counsel regarding various legal and fact issues, in an attempt to negotiate a lift of the TRO/Freeze; continue work on negotiating with the SEC a stipulation ███████████████ to lift the TRO/Freeze; review and revise brief arguing how the TRO/Freeze is improper and must be lifted, and discovery responses due to the SEC; send additional information to the Receiver's Counsel, ████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ ████████████ and revise latest draft of Motion to Dissolve TRO/Freeze |
| 8/21/2023 | Abarca, Jose A. | 8.80 | 8.20 | $ 605.00 | $ 5,324.00 | $ 4,961.00 | 123328-769934 | Review and revise Travis Flaherty's, Joseph Martinez's, and iX Global's responses to the SEC's expedited discovery requests (4.0); telephone call with forensic accounting expert ████████████ to discuss various case issues (.5); meeting with ████████████ to review draft discovery responses (2.0); review and analyze issues and telephone call with Romaine Marshall re the Receiver's counsel request for additional information re iX Global's ████████████████ (.7); ████████████████████████████ |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ███████ review and analyze Travis Flaherty documents in preparation for production (1.0) |
| 8/22/2023 | Schmalfeld, Jonathan E. | 1.00 | 1.00 | $ 515.00 | $ 515.00 | $ 515.00 | 123328-769934 | Implement revisions into Motion to Dissolve TRO. |
| 8/22/2023 | Marshall, Romaine C. | 4.80 | 2.40 | $ 650.00 | $ 3,120.00 | $ 1,560.00 | 123328-769934 | Respond to Receiver Counsel requests and emails, and prepare for and participate in zoom meeting; meeting with Messrs. Martinez and Abarca regarding discovery requests and Receiver responses; work on Motion to Dissolve █████████ phone meetings ████████ re attempts to obtain stipulations from the SEC; █████████ evening meetings and communications with Mr. Martinez regarding financial information ██████████ ████████████████ ██████████ |
| 8/22/2023 | Abarca, Jose A. | 5.40 | 4.80 | $ 605.00 | $ 3,267.00 | $ 2,904.00 | 123328-769934 | Continue drafting Joseph Martinez's and iX Global's responses to the SEC's expedited discovery requests (2.1); review and analyze Travis Flaherty documents in preparation for production and send to the SEC's counsel (.8); review, analyze, and revise motion to dissolve TRO (.5); r███████████ ██████████████; correspondence with the SEC's counsel re Bank of America documents (.3); telephone call ██████ ████████ re case issues (.5); telephone call with the Receiver's counsel █████████ ██████████ (.6) |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/23/2023 | Marshall, Romaine C. | 2.80 | 2.80 | $ 650.00 | $ 1,820.00 | $ 1,820.00 | 123328-769934 | Communications with Receivers Counsel regarding scope of emails to them from iX members, status of documentation supporting payouts, and next steps relating to stipulation possibilities; work on Motion to Dissolve/Set Aside Freeze Order |
| 8/23/2023 | Abarca, Jose A. | 7.50 | 6.30 | $ 605.00 | $ 4,537.50 | $ 3,811.50 | 123328-769934 | Continue drafting Joseph Martinez's and iX Global's responses to the SEC's expedited discovery requests and correspondence with Joe Martinez re same (1.8); review and analyze documents from Travis Flaherty, Joe Martinez, and iX Global in preparation for production (1.5); telephone call with Joe Martinez ██ ███████ re draft discovery responses and various case issues (1.8); ████████████████████ ██████████████████████████ ████████████████████████ finalize Joe Martinez's discovery responses and send to the SEC's counsel (.5); review and analyze correspondence from client and defense team and telephone calls with Romaine Marshall re various case issues (1.1) |
| 8/24/2023 | Marshall, Romaine C. | 4.30 | 2.50 | $ 650.00 | $ 2,795.00 | $ 1,625.00 | 123328-769934 | Various meetings with Messrs. Flaherty and Martinez regarding status and strategy of reach out efforts to the SEC and Receivers Counsel; discussions with ████ ████████████ counsel █ regarding partial carveouts to TRO/Freeze order; ████████████████████ █████████████████████████ conference with Messrs. Martinez and Abarca regarding receiver and response documents |
| 8/24/2023 | Abarca, Jose A. | 5.80 | 5.80 | $ 605.00 | $ 3,509.00 | $ 3,509.00 | 123328-769934 | Review and analyze issues re Joe Martinez document production and send first batch of Joe Martinez's documents to the SEC's counsel (.6); review and analyze correspondence and documents from Travis |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Flaherty re getting his assets/accounts unfrozen and draft correspondence to the SEC's counsel re same (1.3); review and analyze Travis Flaherty documents in preparation for production and send second batch of Travis Flaherty documents to the SEC's counsel (.9); review and analyze issues re motion to dissolve TRO (1.3); continue drafting iX Global's responses to the SEC's expedited discovery requests; conference call with Joe Martinez and Romaine Marshall re various case issues (1.3); review and analyze issues re responding to Rosemary Martinez subpoena and correspondence with SEC attorney re extension on deadline to respond to subpoena (.4) |
| 8/25/2023 | Schmalfeld, Jonathan E. | 3.70 | 3.70 | $ 515.00 | $ 1,905.50 | $ 1,905.50 | 123328-769934 | Analyze factual background materials provided by client and additional materials required for motions. |
| 8/25/2023 | Schmalfeld, Jonathan E. | 3.20 | 3.20 | $ 515.00 | $ 1,648.00 | $ 1,648.00 | 123328-769934 | Analyze various filings ▮▮▮▮▮ and transcript from TRO hearing |
| 8/25/2023 | Marshall, Romaine C. | 5.50 | 5.50 | $ 650.00 | $ 3,575.00 | $ 3,575.00 | 123328-769934 | Brief phone meetings with Messrs. Fronk and Abarca regarding Review and analyze TRO hearing transcript; phone conference with counsel ▮▮▮▮▮▮▮ regarding next steps; review and revise stipulations for Messrs. Flaherty and Martinez; review and approve Martinez discovery responses; work on opposition to TRO/Freeze brief and declarations from Mr. Martinez ▮▮▮▮▮▮▮ |
| 8/25/2023 | Abarca, Jose A. | 8.40 | 7.90 | $ 605.00 | $ 5,082.00 | $ 4,779.50 | 123328-769934 | Review and analyze issues re SEC subpoena to Rosemary Martinez (.5); prepare for and participate in telephone call with the SEC's counsel re ▮▮▮▮ finances etc. and review and revise proposed stipulation with SEC re ▮▮▮▮▮ finances/bank account and telephone call and correspondence with ▮▮▮▮▮▮ re proposed |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | stipulation (1.5); review and analyze transcript from TRO hearing between SEC and Judge Shelby and discuss with Romaine Marshall (.9); ██████████; continue drafting iX Global's responses to the SEC's expedited discovery requests and call with Joe Martinez to discuss draft responses (1.9); review and revise draft stipulation between SEC and Joe Martinez re unfreezing of assets/accounts (.8); review and analyze issues re motion to dissolve TRO (2.3) |
| 8/26/2023 | Marshall, Romaine C. | 3.00 | 3.00 | $ 650.00 | $ 1,950.00 | $ 1,950.00 | 123328-769934 | Various communications relating to SEC's evidence in support of its TRO/Freeze papers; several communications with Messrs. Martinez and Abarca relating to ██████; work on opposition to TRO/Freeze brief and declarations from Mr. Martinez |
| 8/26/2023 | Abarca, Jose A. | 0.20 | 0.10 | $ 605.00 | $ 121.00 | $ 60.50 | 123328-769934 | ████████████ correspondence with Travis Flaherty re status of stipulation with SEC re unfreezing of his bank account (.1) |
| 8/27/2023 | Schmalfeld, Jonathan E. | 0.80 | 0.00 | $ 515.00 | $ 412.00 | $ - | 123328-769934 | Analyze videos and other materials provided by client regarding background facts. |
| 8/27/2023 | Abarca, Jose A. | 0.10 | 0.00 | $ 605.00 | $ 60.50 | $ - | 123328-769934 | Review and analyze materials sent by client |
| 8/28/2023 | Reliford, Trey S. | 0.30 | 0.00 | $ 605.00 | $ 181.50 | $ - | 123328-769934 | Draft and review correspondence with N. Dorsin re: ████████ |
| 8/28/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.00 | $ 515.00 | $ 257.50 | $ - | 123328-769934 | Teleconference with counsel regarding ongoing task list and legal developments. |
| 8/28/2023 | Marshall, Romaine C. | 6.30 | 6.30 | $ 650.00 | $ 4,095.00 | $ 4,095.00 | 123328-769934 | Continue work on opposition to TRO/Freeze; review documents provided by Messrs. Martinez and Flaherty relating to upcoming filings; status and strategy |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | conference with Messrs. Abarca and Schmalfeld regarding ; phone conference with ███ counsel regarding timing of filing relating to TRO/Freeze; in-person meeting with Mr. Martinez re next steps in case; review recent filings on behalf of Messrs. Martinez and Flaherty, and incorporate by reference relevant parts into opposition motion/papers |
| 8/28/2023 | Abarca, Jose A. | 6.00 | 6.00 | $ 605.00 | $ 3,630.00 | $ 3,630.00 | 123328-769934 | Review, revise, and finalize iX Global's responses to the SEC's expedited discovery requests and call with Joe Martinez re same (1.1); conference call with Polsinelli to discuss case status and assignments/objectives for the week (.6); review and analyze court's order re Travis Flaherty's accounts and correspondence and telephone calls with client and correspondence with SEC's counsel re same (.7); draft iX Global's supplemental asset accounting, stipulated motion to file supplemental asset accounting under seal, and proposed order granting stipulated motion and correspondence with the SEC's counsel re stipulated motion and with client re iX Global's supplemental asset accounting (1.3); call with ███ ███ counsel re case update etc. (.3); review and revise stipulation re Joe Martinez/iX Global accounts and correspondence with client re same (.6); review and analyze issues re motion to dissolve TRO (.7); review and analyze various materials and correspondence sent by clients (.7) |
| 8/29/2023 | Schmalfeld, Jonathan E. | 1.20 | 1.20 | $ 515.00 | $ 618.00 | $ 618.00 | 123328-769934 | Teleconference with client and implement client revisions into Motion to Dissolve TRO. |
| 8/29/2023 | Schmalfeld, Jonathan E. | 0.60 | 0.00 | $ 515.00 | $ 309.00 | $ - | 123328-769934 | Analyze developments in blockchain legal cases for use in motions against SEC |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/29/2023 | Marshall, Romaine C. | 4.80 | 1.00 | $ 650.00 | $ 3,120.00 | $ 650.00 | 123328-769934 | Email Teams regarding Week 4's main events; communications with Receiver's Counsel ███████ ████████████████████████ ████████; prepare for and participate in meeting with Joe Martinez regarding opposition to TRO/Freeze motion, ███ review status of stipulations |
| 8/29/2023 | Abarca, Jose A. | 5.30 | 5.30 | $ 605.00 | $ 3,206.50 | $ 3,206.50 | 123328-769934 | Review and analyze various materials and correspondence sent by clients (.7); correspondence with Travis Flaherty and the SEC's counsel re the unfreezing of Flaherty's bank account (.4); review and analyze iX Global documents in preparation for production and telephone call with client re same (2.0); telephone call with vendor re status of client document collection (.3); review and analyze issues re the SEC's motion for TRO and motion to dissolve TRO (1.0); correspondence with client and the SEC's counsel re Joe Martinez/iX Global asset unfreeze stipulation (.7); review and analyze engagement letter received from forensic accountant (.2) |
| 8/30/2023 | Schmalfeld, Jonathan E. | 1.20 | 1.20 | $ 515.00 | $ 618.00 | $ 618.00 | 123328-769934 | Analyze case filings from co-defendants and discovery materials received from client and update documents accordingly. |
| 8/30/2023 | Marshall, Romaine C. | 6.80 | 4.30 | $ 650.00 | $ 4,420.00 | $ 2,795.00 | 123328-769934 | Prepare for and participate in meetings with Messrs. Abarca and Schmalfeld regarding the status of stipulations, discovery responses, and opposition to TRO/Freeze papers, and review and analyze documents relating to same; phone and in-person meetings with Messrs. Flaherty and Martinez regarding TRO opposition and ████████ issues; phone meeting with █████████████ counsel; review and analyze materials ████████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ▮; revise ▮ section of opposition brief |
| 8/30/2023 | Abarca, Jose A. | 1.30 | 0.90 | $ 605.00 | $ 786.50 | $ 544.50 | 123328-769934 | Review and analyze various materials and correspondence sent by clients (.3); review and analyze issues re the SEC's motion for TRO and our motion to dissolve TRO (.4); telephone call with vendor re status of email/data collection from clients (.2); review and analyze issues re getting Travis Flaherty's ▮ account unfrozen; ▮ |
| 8/31/2023 | Marshall, Romaine C. | 4.20 | 2.00 | $ 650.00 | $ 2,730.00 | $ 1,300.00 | 123328-769934 | Review and respond to various issues and communications between Messrs. Flaherty, Martinez, t▮ the SEC, the Receivers' Counsel and Messrs. Abarca and Schmalfeld relating to the TRO/Freeze motion, ▮ |
| 8/31/2023 | Abarca, Jose A. | 2.40 | 2.40 | $ 605.00 | $ 1,452.00 | $ 1,452.00 | 123328-769934 | Review and analyze issues re the SEC's motion for TRO and our motion to dissolve TRO (.7); review and analyze issues re getting Travis Flaherty's ▮ account unfrozen including telephone call with Travis and correspondence with ▮ counsel (.8); review and analyze issues and correspondence with the SEC's counsel re Joe Martinez/iX Global asset stipulation (.2); review and analyze documents and issues and correspondence with client re Receiver's counsel's questions about funds ▮ (.7) |
| 9/1/2023 | Reliford, Trey S. | 1.00 | 0.80 | $ 605.00 | $ 605.00 | $ 484.00 | 123328-769934 | ▮. Draft and review correspondence with SEC team re: strategy for TRO |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | dissolution. ██████████████ ██████████████████████████ |
| 9/1/2023 | Schmalfeld, Jonathan E. | 6.10 | 6.10 | $ 515.00 | $ 3,141.50 | $ 3,141.50 | 123328-769934 | Prepare revisions to Motion to Dissolve TRO based on client materials. |
| 9/1/2023 | Marshall, Romaine C. | 3.70 | 3.70 | $ 650.00 | $ 2,405.00 | $ 2,405.00 | 123328-769934 | Meetings and communications with Messrs. Schmalfeld and Abarca regarding opposition papers to TRO/Freeze motion; meetings and correspondence with ; review documents relating to same; fine-tune strategy for opposition to iX Global freeze, especially arguments by SEC regarding ████████████ ███████████ conference and communications with Messrs. Fronk and Mascianica regarding stipulations |
| 9/1/2023 | Abarca, Jose A. | 3.50 | 3.50 | $ 605.00 | $ 2,117.50 | $ 2,117.50 | 123328-769934 | Review and analyze spreadsheet summarizing transfer of funds ███████████ correspondence with client re same, and draft and send correspondence to the Receiver's counsel re spreadsheet and underlying data (.8); review and analyze issues, telephone call with Romaine Marshall, and follow up correspondence with the SEC's counsel, telephone call with the SEC's counsel, and telephone call with client re stipulating to the unfreezing of certain of Joe Martinez's and iX Global's accounts (1.3); review and analyze issues re the SEC's motion for TRO and clients' motion to dissolve TRO (1.1); review and analyze the SEC's motion to clarify receivership order (.3) |
| 9/2/2023 | Marshall, Romaine C. | 2.80 | 2.80 | $ 650.00 | $ 1,820.00 | $ 1,820.00 | 123328-769934 | Phone meeting with ███████████ counsel regarding their status and strategy for next week's filing relating to the TRO/Freeze motion; revise ████████ ████████████████████████████████ opposition papers; analyze ██████████ decisions relating |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | to preliminary injunction standard to determine scope of counter-declarations to be filed by Messrs. Martinez and Flaherty; follow-up communications with ; review ███████ to ensure consistent law is cited and applied |
| 9/2/2023 | Abarca, Jose A. | 3.70 | 3.70 | $ 605.00 | $ 2,238.50 | $ 2,238.50 | 123328-769934 | Review and analyze issues re the SEC's motion for TRO and clients' motion to dissolve TRO |
| 9/3/2023 | Marshall, Romaine C. | 3.30 | 2.90 | $ 650.00 | $ 2,145.00 | $ 1,885.00 | 123328-769934 | Third phone meeting with ████████████ counsel this weekend regarding ████ filing relating to the TRO/Freeze motion; watch videos and listen to podcasts ████████ ████████████████████████████████; continue work on opposition to TRO/Freeze papers; ████████████████████████████████ ████████████████████████ ████████████████████████ ████████ |
| 9/3/2023 | Abarca, Jose A. | 5.20 | 5.20 | $ 605.00 | $ 3,146.00 | $ 3,146.00 | 123328-769934 | Review and analyze issues re the SEC's motion for TRO and clients' motion to dissolve TRO |
| 9/4/2023 | Schmalfeld, Jonathan E. | 0.70 | 0.70 | $ 515.00 | $ 360.50 | $ 360.50 | 123328-769934 | Prepare for and participate in teleconference with counsel regarding TRO opposition filing. |
| 9/4/2023 | Marshall, Romaine C. | 3.30 | 3.30 | $ 650.00 | $ 2,145.00 | $ 2,145.00 | 123328-769934 | Review and respond to communication from Messrs. Martinez, and Abarca re SEC stipulation, and Motion to Dissolve TRO; analyze for potential inclusion in SEC stipulation ████████████████████████ ████████████████████████ |
| 9/4/2023 | Abarca, Jose A. | 8.90 | 8.90 | $ 605.00 | $ 5,384.50 | $ 5,384.50 | 123328-769934 | Review and analyze issues re the SEC's motion for TRO (and materials supporting motion), conference call with Romaine Marshall and Jonathan Schmalfeld re motion to dissolve TRO, and review and revise motion to dissolve TRO |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/5/2023 | Reliford, Trey S. | 0.50 | 0.20 | $ 605.00 | $ 302.50 | $ 121.00 | 123328-769934 | ████████████████████ Draft and review correspondence with SEC team re: strategy for TRO dissolution. |
| 9/5/2023 | Schmalfeld, Jonathan E. | 0.70 | 0.70 | $ 515.00 | $ 360.50 | $ 360.50 | 123328-769934 | Teleconference and other strategy communications with counsel regarding filing of TRO ████ |
| 9/5/2023 | Schmalfeld, Jonathan E. | 6.40 | 6.40 | $ 515.00 | $ 3,296.00 | $ 3,296.00 | 123328-769934 | Implement necessary citations and materials to finalize Motion to Dissolve TRO |
| 9/5/2023 | Marshall, Romaine C. | 4.30 | 4.30 | $ 650.00 | $ 2,795.00 | $ 2,795.00 | 123328-769934 | Continue work on opposition to TRO; multiple communications and meetings with Messrs. Abarca, Schmalfeld, Flaherty, and Martinez re strategy relating to SEC stipulation, TRO opposition, and next steps in litigation; phone meetings with ████████ counsel; meeting with clients regarding ████ pending stipulation; update Mr. Flaherty on status; finalize stipulation language |
| 9/5/2023 | Abarca, Jose A. | 5.30 | 5.30 | $ 605.00 | $ 3,206.50 | $ 3,206.50 | 123328-769934 | Review and analyze issues re and further revise motion to dissolve TRO and telephone calls with Polsinelli team and client re same (4.3); review and analyze stipulation with the SEC re Joe Martinez's and iX Global's accounts, revise stipulation, and correspondence with client and the SEC's counsel re same (1.0) |
| 9/6/2023 | Schmalfeld, Jonathan E. | 0.40 | 0.40 | $ 515.00 | $ 206.00 | $ 206.00 | 123328-769934 | Coordinate with counsel regarding filing of next documents with Court. |
| 9/6/2023 | Marshall, Romaine C. | 6.10 | 3.50 | $ 650.00 | $ 3,965.00 | $ 2,275.00 | 123328-769934 | Review and finalize SEC stipulation, and correspond with Messrs. Welsh and Fronk regarding various document and accounting issues; meeting with Mr. and Mrs. Flaherty regarding ████████ ████████████████████ ████████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ████ meeting with ████████ counsel regarding their strategy for TRO response ████████ |
| 9/6/2023 | Abarca, Jose A. | 3.60 | 3.60 | $ 605.00 | $ 2,178.00 | $ 2,178.00 | 123328-769934 | Correspondence with the SEC's counsel and client re Joe Martinez/iX Global asset unfreeze stipulation, order granting stipulation, and contacting financial institutions about the unfreezing of accounts (.6); conference call with ████████ re ████████ (1.2); review and analyze correspondence from SEC's counsel re clients' obligation to repatriate assets under TRO and call with Romaine Marshall re same (.6); review and analyze issues re ████████ motion to dissolve TRO ████ ████████ (.7); review and analyze issues re additional document productions and review of messages and emails collected by vendor (.5) |
| 9/7/2023 | Abarca, Jose A. | 1.80 | 1.30 | $ 605.00 | $ 1,089.00 | $ 786.50 | 123328-769934 | Review and analyze issues and correspondence with client re unfreezing of Joe Martinez and iX Global accounts (.8); review and analyze issues re SEC subpoena to Rosemery Martinez (.5); ████████ ████████ |
| 9/8/2023 | Marshall, Romaine C. | 3.50 | 0.50 | $ 650.00 | $ 2,275.00 | $ 325.00 | 123328-769934 | ████████ ████████ ████████ review responses from SEC and communicate with Mr. Abarca regarding upcoming litigation track obligations ████████ ████████ discovery responses, etc.) |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/11/2023 | Marshall, Romaine C. | 3.60 | 0.50 | $ 650.00 | $ 2,340.00 | $ 325.00 | 123328-769934 | ██████████████████ ██████████████████ ██████████████████ ██████████████████ ████████ study and analyze █████ ████████ Motion to Dissolve TRO, and email correspondence with team members regarding ████████████████ draft outline of pros and cons relating to filing a joint motion to dissolve TRO |
| 9/11/2023 | Abarca, Jose A. | 4.20 | 3.50 | $ 605.00 | $ 2,541.00 | $ 2,117.50 | 123328-769934 | ██████████████████ ██████████████ review and analyze issues and calls with Romaine Marshall and clients re next steps in case, including ███████████ ██████████████████ ██████ various issues re complying with TRO (2.8); review and analyze ████████ motion to dissolve TRO (.7) |
| 9/12/2023 | Marshall, Romaine C. | 4.80 | 4.00 | $ 650.00 | $ 3,120.00 | $ 2,600.00 | 123328-769934 | Team meetings regarding ████████ Motion to Dissolve TRO and direct strategy █████████████ ; team correspondence regarding status and strategy conference; phone meeting with SEC counsel regarding TRO requirement to "repatriate and deposit into the registry of the Court in an interest bearing account, any and all funds or assets that presently may be located outside the United States that were obtained directly or indirectly from the offer, sale, or solicitation of DEBT Box node licenses and/or cryptocurrency assets, or FAIR Project node licensees and/or cryptocurrency assets as described in the Commission's Complaint;" ████ |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ██████████████████ ████ |
| 9/12/2023 | Abarca, Jose A. | 3.00 | 2.30 | $ 605.00 | $ 1,815.00 | $ 1,391.50 | 123328-769934 | Review and analyze ████████ motion to dissolve TRO and supporting exhibits and conference call with clients re same (1.3); ███████████ ██████████████████████ ████████ review and analyze the Anderson's first set of discovery requests to the SEC (.5); ██████████████████████ ██████████████████████ review and analyze issues re Travis Flaherty's frozen credit cards (.2) |
| 9/13/2023 | Schmalfeld, Jonathan E. | 1.30 | 1.30 | $ 515.00 | $ 669.50 | $ 669.50 | 123328-769934 | Prepare motion to dissolve TRO |
| 9/13/2023 | Marshall, Romaine C. | 5.30 | 0.30 | $ 650.00 | $ 3,445.00 | $ 195.00 | 123328-769934 | Work on Motion to Dissolve TRO; █████████ ████████████████████████ ████████████████████████ ██████████████████ ████████████████████ |
| 9/13/2023 | Abarca, Jose A. | 4.60 | 1.40 | $ 605.00 | $ 2,783.00 | $ 847.00 | 123328-769934 | ██████████████████████ ██████████████████████ ████ telephone call with client and correspondence with █████ general counsel re getting iX Global's unfrozen (.5); ███████████ |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | review and analyze SEC subpoenas ███ ██ (.2); review and analyze the Receiver's motion for contempt and sanctions and first status report (.7) |
| 9/14/2023 | Marshall, Romaine C. | 2.80 | 2.00 | $ 650.00 | $ 1,820.00 | $ 1,300.00 | 123328-769934 | Review several emails from SEC counsel relating to stipulations' scope, and documents in support of same ████████████████ ████████████████ review multiple filings by Receiver and other defendants' counsel |
| 9/14/2023 | Abarca, Jose A. | 4.80 | 4.50 | $ 605.00 | $ 2,904.00 | $ 2,722.50 | 123328-769934 | Review and revise motion to dissolve TRO ████ ██████ and Joe Martinez declaration in support (2.1); review and analyze the Receiver's status report (.6); review and analyze the Receiver's motion for contempt and sanctions ████████████ (and supporting exhibits) (.8); correspondence with client and the SEC's counsel re getting iX Global's ████ account unfrozen (.5); review and analyze issues and correspondence with ████ in house attorneys re getting iX Global's credit card unfrozen (.5); ████████████████████ ████ |
| 9/15/2023 | Marshall, Romaine C. | 4.30 | 4.30 | $ 650.00 | $ 2,795.00 | $ 2,795.00 | 123328-769934 | Prepare for and participate in status and strategy conference; work on various aspects of Court's decision, and update clients on next steps; convene meetings with co-counsel pursuant to the Court's order |
| 9/15/2023 | Abarca, Jose A. | 3.40 | 3.40 | $ 605.00 | $ 2,057.00 | $ 2,057.00 | 123328-769934 | Prepare for and participate in status conference with Judge Shelby and debrief with clients after |
| 9/16/2023 | Marshall, Romaine C. | 1.90 | 1.30 | $ 650.00 | $ 1,235.00 | $ 845.00 | 123328-769934 | Email correspondence ████████████████ ████████ in relation to the Court's scheduling of a PI hearing and proposed meetings everyday next week |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | to resolve discovery issues; ██████████ |
| 9/17/2023 | Marshall, Romaine C. | 2.40 | 1.00 | $ 650.00 | $ 1,560.00 | $ 650.00 | 123328-769934 | Prepare Week 7 status and strategy events especially in relation to PI hearing; further stipulations for TRO; ███████████████████ |
| 9/18/2023 | Marshall, Romaine C. | 2.50 | 1.00 | $ 650.00 | $ 1,625.00 | $ 650.00 | 123328-769934 | ████████████████████████ ████████; review status of responses to SEC and the Receiver's Counsel; prepare for and participate in status hearing with Judge Shelby |
| 9/18/2023 | Abarca, Jose A. | 5.80 | 4.80 | $ 605.00 | $ 3,509.00 | $ 2,904.00 | 123328-769934 | Review and analyze issues re culling down data collected by vendor for review and production to the SEC, including correspondence with vendor, clients, and the SEC's counsel (2.9); ████████████ review and analyze the SEC's discovery requests, our clients' responses to the requests, and additional documents that need to be produced in response to the SEC's requests for production (.9); ████████; review and analyze the Andersons' notice of supplemental authority in support of motion to dissolve TRO (.3); prepare for and participate in status conference with Judge Shelby and counsel for the parties (.7) |
| 9/19/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.00 | $ 515.00 | $ 257.50 | $ - | 123328-769934 | Prepare for and attend teleconference with client regarding cases status. |
| 9/19/2023 | Marshall, Romaine C. | 3.40 | 1.60 | $ 650.00 | $ 2,210.00 | $ 1,040.00 | 123328-769934 | Communications with ████████ counsel, the Court, and Messrs. Martinez, Flaherty, Abarca, and |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Schmalfeld regarding TRO and PI hearing ███████████ ███████, and discovery requests to SEC; meeting with Mr. Martinez regarding upcoming schedule; work on TRO outline ████████████████; review update from Mr. Abarca regarding ███████████ |
| 9/19/2023 | Abarca, Jose A. | 2.60 | 2.10 | $ 605.00 | $ 1,573.00 | $ 1,270.50 | 123328-769934 | Review and analyze issues, correspondence with clients, and correspondence and telephone call vendor re searching clients' emails and messages for documents to review and produce to the SEC (2.1) ███████████████████████████████████████████ |
| 9/20/2023 | Marshall, Romaine C. | 3.30 | 1.80 | $ 650.00 | $ 2,145.00 | $ 1,170.00 | 123328-769934 | Communications with Judge Shelby's clerk and ████ ████████████ counsel relating to court hearings ██████ ████████████████████████ ██████████████████████████████ continue preparations for October 6 Motion to Dissolve TRO hearing |
| 9/20/2023 | Abarca, Jose A. | 0.90 | 0.60 | $ 605.00 | $ 544.50 | $ 363.00 | 123328-769934 | Telephone call with ███████████████ representative and correspondence with client re iX Global credit card being unfrozen (.2); ██████████████████ ██████████████████████████████ ██████████████████████████████ █████████████████████; review and analyze issues re search results for key term searches on Joe Martinez, Travis Flaherty, and Rosemery Martinez emails (.4) |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/21/2023 | Schmalfeld, Jonathan E. | 0.30 | 0.30 | $ 515.00 | $ 154.50 | $ 154.50 | 123328-769934 | Analyze motion from co-defendant joining in part our motion to dissolve TRO. |
| 9/21/2023 | Marshall, Romaine C. | 1.20 | 1.20 | $ 650.00 | $ 780.00 | $ 780.00 | 123328-769934 | Email and phone correspondence with other defendant' counsels pursuant to court order; review Receiver's filings and related Orders and prepare for October 6, 2023 hearing date |
| 9/21/2023 | Abarca, Jose A. | 3.70 | 3.40 | $ 605.00 | $ 2,238.50 | $ 2,057.00 | 123328-769934 | Review and analyze ██████ motion to dissolve temporary restraining order (.3); review and analyze results of key word searches across clients' emails and telephone call with vendor re same and review and analyze issues re additional documents that clients need to produce in response to the SEC's expedited discovery requests (2.0); ██████████ ██; correspondence with client, ██████ and the SEC's counsel re subpoenas ██████████ ██████████ (.5); review and analyze Receiver's second status report and exhibits (.6) |
| 9/22/2023 | Schmalfeld, Jonathan E. | 1.90 | 1.90 | $ 515.00 | $ 978.50 | $ 978.50 | 123328-769934 | Analyze filings ████████████ ██████ from receiver for relevance and use in litigation against client by the SEC. |
| 9/22/2023 | Marshall, Romaine C. | 2.00 | 1.00 | $ 650.00 | $ 1,300.00 | $ 650.00 | 123328-769934 | ████████████████████ ██████████████; phone meetings with ██████████ counsels relating to upcoming filings and court hearings |
| 9/22/2023 | Abarca, Jose A. | 1.70 | 1.30 | $ 605.00 | $ 1,028.50 | $ 786.50 | 123328-769934 | ████████████████████ ██ review and analyze issues re culling emails and messages collected from clients into reviewable data set and correspondence with vendor re same (.8); |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | review and analyze Receiver's status report and supporting exhibits (.5) |
| 9/23/2023 | Marshall, Romaine C. | 2.30 | 2.30 | $ 650.00 | $ 1,495.00 | $ 1,495.00 | 123328-769934 | Prepare for and participate in zoom status and strategy meeting with Joseph Martinez; phone meeting with ▮▮▮▮▮ counsel regarding strategy for TRO briefs, and filing a supplemental motion to dissolve on Monday ▮▮▮▮▮▮ |
| 9/24/2023 | Marshall, Romaine C. | 4.30 | 1.50 | $ 650.00 | $ 2,795.00 | $ 975.00 | 123328-769934 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ verify responses to Receivers Counsel relating to document requests showing financial amounts for code licenses; ▮▮▮▮▮▮▮▮▮▮ |
| 9/25/2023 | Schmalfeld, Jonathan E. | 1.30 | 1.30 | $ 515.00 | $ 669.50 | $ 669.50 | 123328-769934 | Analyze third party filings regarding receivership and motion to dissolve TRO. |
| 9/25/2023 | Marshall, Romaine C. | 4.50 | 4.50 | $ 650.00 | $ 2,925.00 | $ 2,925.00 | 123328-769934 | Various emails and zoom meetings with Messrs. Martinez and Flaherty regarding upcoming briefs, hearings, and meetings with court, SEC, and co-counsels; continue work on TRO outline for hearing; phone meetings with Messrs. Abarca and Schmalfeld regarding upcoming document and discovery issues with the Receivers Counsel and the SEC, and phone meeting with ▮▮▮▮▮ counsel regarding ▮▮ |
| 9/25/2023 | Abarca, Jose A. | 2.70 | 2.10 | $ 605.00 | $ 1,633.50 | $ 1,270.50 | 123328-769934 | Review and analyze issues re ▮▮▮▮▮▮ SEC's impending opposition to clients' motion to dissolve TRO (1.0); review and analyze issues re ▮▮ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ▉ potentially filing another motion to dissolve TRO (.4); ▉ ; review and analyze ▉ supplemental memorandum in support of motion to dissolve TRO and telephone call with Romaine Marshall and Jonathan Schmafeld re same (.7) |
| 9/26/2023 | Marshall, Romaine C. | 3.40 | 2.50 | $ 650.00 | $ 2,210.00 | $ 1,625.00 | 123328-769934 | ▉ communications with Mr. Flaherty regarding document disclosures and TRO; communications with co-counsel relating to TRO ▉ review court orders relating to same; ▉ |
| 9/26/2023 | Abarca, Jose A. | 1.90 | 1.90 | $ 605.00 | $ 1,149.50 | $ 1,149.50 | 123328-769934 | Review and analyze issues re clients' obligations under TRO, including obligation to repatriate overseas assets to the United States and correspondence with Romaine Marshall and clients re same (.9); review and analyze issues re clients' emails and messages to review in preparation for production pursuant to the SEC's expedited discovery requests and telephone call with vendor re same (.6); review and analyze TRO re-entered by the Court and correspondence re same (.4) |
| 9/27/2023 | Marshall, Romaine C. | 4.80 | 4.80 | $ 650.00 | $ 3,120.00 | $ 3,120.00 | 123328-769934 | Multiple communications with Messrs. Martinez and Flaherty re multiple filings with court by Receiver, SEC, and ▉ ; multiple communications with ▉ counsel regarding upcoming hearings and joint-filings with the Court; ▉ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | devise outline of response to SEC Opposition to Motion to Dissolve TRO |
| 9/27/2023 | Abarca, Jose A. | 3.60 | 2.80 | $ 605.00 | $ 2,178.00 | $ 1,694.00 | 123328-769934 | Review and analyze iX Ventures bank statements and review and analyze issues re clients' overseas assets ▆ (.6); review and analyze the Receiver's response to ▆ motion/request to have Receiver removed and correspondence with client re same (.6); review and analyze ▆ opposition to the Receiver's motion for contempt and sanctions (.4); review and analyze the SEC's opposition to iX Global et al.'s motion to dissolve the TRO (.4); review and analyze the SEC's opposition to ▆ motion to dissolve TRO (.8); ▆ |
| 9/29/2023 | Marshall, Romaine C. | 2.50 | 1.80 | $ 650.00 | $ 1,625.00 | $ 1,170.00 | 123328-769934 | ▆ prepare for upcoming TRO hearing, and prepare joint motion ▆ to ▆ counsel |
| 10/2/2023 | Schmalfeld, Jonathan E. | 4.10 | 4.10 | $ 515.00 | $ 2,111.50 | $ 2,111.50 | 123328-769934 | Prepare memorandum in opposition to SEC motion to continue TRO. |
| 10/2/2023 | Marshall, Romaine C. | 5.60 | 4.60 | $ 650.00 | $ 3,640.00 | $ 2,990.00 | 123328-769934 | Various meetings with clients Messrs. Martinez and Flaherty, and colleagues Messrs. Abarca and Schmalfeld regarding status and strategy for TRO filings and hearing ▆ and preliminary injunction filing and hearing; ▆ |
| 10/2/2023 | Abarca, Jose A. | 0.90 | 0.90 | $ 605.00 | $ 544.50 | $ 544.50 | 123328-769934 | Review and revise reply brief in support of motion to dissolve TRO |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/3/2023 | Marshall, Romaine C. | 4.20 | 2.00 | $ 650.00 | $ 2,730.00 | $ 1,300.00 | 123328-769934 | Various phone, email, and zoom communications with Messrs. Martinez, Flaherty, Abarca, and Schmalfeld ██ ████████; communications with other ████████ counsel regarding TRO ████████ █████ |
| 10/3/2023 | Abarca, Jose A. | 0.80 | 0.80 | $ 605.00 | $ 484.00 | $ 484.00 | 123328-769934 | Review and analyze issues re reply brief in support of motion to dissolve TRO (.5); review and analyze ██ ████████ reply brief in support of motion to dissolve TRO (.3) |
| 10/4/2023 | Marshall, Romaine C. | 5.60 | 0.60 | $ 650.00 | $ 3,640.00 | $ 390.00 | 123328-769934 | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ prepare or TRO hearing; ████████████ |
| 10/4/2023 | Abarca, Jose A. | 1.20 | 0.50 | $ 605.00 | $ 726.00 | $ 302.50 | 123328-769934 | ████████████████████ ████████████████████ ████████████ review and analyze issues re motion to dissolve TRO hearing (.5) |
| 10/5/2023 | Reliford, Trey S. | 0.30 | 0.30 | $ 605.00 | $ 181.50 | $ 181.50 | 123328-769934 | Review correspondence with Joe Martinez and Team re; motion to dissolve TRO ███████ |
| 10/5/2023 | Schmalfeld, Jonathan E. | 0.30 | 0.30 | $ 515.00 | $ 154.50 | $ 154.50 | 123328-769934 | Prepare materials for TRO hearing. |
| 10/5/2023 | Abarca, Jose A. | 2.40 | 0.70 | $ 605.00 | $ 1,452.00 | $ 423.50 | 123328-769934 | ████████████████████ ████████████████████ |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ███████████; review and analyze issues in preparation for motion to dissolve TRO hearing (.7) |
| 10/6/2023 | Reliford, Trey S. | 1.00 | 1.00 | $ 605.00 | $ 605.00 | $ 605.00 | 123328-769934 | Review correspondence with R. Marshall, J. Schmalfeld, J. Abarca, and K. Erskine re: motion to dissolve TRO ███████████ |
| 10/6/2023 | Schmalfeld, Jonathan E. | 1.50 | 1.50 | $ 515.00 | $ 772.50 | $ 772.50 | 123328-769934 | Prepare for and attend status conference regarding TRO. |
| 10/6/2023 | Marshall, Romaine C. | 7.50 | 3.60 | $ 650.00 | $ 4,875.00 | $ 2,340.00 | 123328-769934 | ███████████ prepare for and participate in Motion to Dissolve TRO hearing; communications with clients, colleagues, and co-defendants' counsel; devise plan for next steps and participate in zoom and phone meetings relating to same; review filings and requests from the Court |
| 10/6/2023 | Abarca, Jose A. | 3.50 | 3.20 | $ 605.00 | $ 2,117.50 | $ 1,936.00 | 123328-769934 | ███████████ prepare for and participate in hearing on motions to dissolve TRO and debrief with client and Romaine Marshall after hearing (3.2) |
| 10/7/2023 | Marshall, Romaine C. | 3.50 | 1.20 | $ 650.00 | $ 2,275.00 | $ 780.00 | 123328-769934 | Update ███████████ status of Motion to Dissolve TRO outcome; ███████████ the Court's decision to dissolve TRO; meetings ███████████ to discuss consequences of Court's TRO decision, and implications ███████████ |
| 10/7/2023 | Abarca, Jose A. | 0.50 | 0.50 | $ 605.00 | $ 302.50 | $ 302.50 | 123328-769934 | Review and analyze issues re impact of dissolution of TRO ███████████ |

94587088.1

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/8/2023 | Abarca, Jose A. | 0.10 | 0.10 | $ 605.00 | $ 60.50 | $ 60.50 | 123328-769934 | Further review and analyze issues re impact of dissolution of TRO on case strategy going forward |
| 10/9/2023 | Reliford, Trey S. | 0.80 | 0.80 | $ 605.00 | $ 484.00 | $ 484.00 | 123328-769934 | Review correspondence with R. Marshall, J. Schmalfeld, J. Abarca, and K. Erskine re: motion to dissolve TRO ████ ████ Call with team re: the same. |
| 10/9/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.50 | $ 515.00 | $ 257.50 | $ 257.50 | 123328-769934 | Teleconference with counsel regarding sanctions and related TRO issues. |
| 10/9/2023 | Marshall, Romaine C. | 4.80 | 2.50 | $ 650.00 | $ 3,120.00 | $ 1,625.00 | 123328-769934 | Multiple meetings and communications with Messrs. Martinez, Flaherty, Abarca, and Schmalfeld regarding next steps in relation to the Court's order granting TRO motion' communications ████████████ ████ regarding same ████████████ ████████████████████████████ |
| 10/9/2023 | Abarca, Jose A. | 1.00 | 0.30 | $ 605.00 | $ 605.00 | $ 181.50 | 123328-769934 | Review and analyze article ████████ re court dissolving TRO ████████, review and analyze issues re ████████████ getting clients' remaining financial accounts unfrozen in light of Court dissolving TRO, and review and analyze transcript from TRO hearing |
| 10/10/2023 | Schmalfeld, Jonathan E. | 0.80 | 0.00 | $ 515.00 | $ 412.00 | $ - | 123328-769934 | Prepare for and attend teleconference with co-Defendants. |
| 10/10/2023 | Abarca, Jose A. | 0.30 | 0.30 | $ 605.00 | $ 181.50 | $ 181.50 | 123328-769934 | Review and analyze issues ████████████ re returning to status quo due to dissolution of the TRO |
| 10/11/2023 | Schmalfeld, Jonathan E. | 0.20 | 0.20 | $ 515.00 | $ 103.00 | $ 103.00 | 123328-769934 | Analyze and revise receivership order. |
| 10/13/2023 | Abarca, Jose A. | 1.30 | 0.50 | $ 605.00 | $ 786.50 | $ 302.50 | 123328-769934 | ████████████████████████ ████████████ telephone call with the SEC's counsel re service of process on iX |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ventures and the unfreezing of client accounts in light of TRO being dissolved, correspondence with ████ re getting Travis Flaherty's credit cards unfrozen, ██████████████ ████████ |
| 10/16/2023 | Marshall, Romaine C. | 3.40 | 1.00 | $ 650.00 | $ 2,210.00 | $ 650.00 | 123328-769934 | ████████████████ ████████████████ ██████████ assist with unfreezing of various client bank accounts, ██████████████ ██████ review Receivers' Final Report ██████████ |
| 10/16/2023 | Abarca, Jose A. | 0.50 | 0.50 | $ 605.00 | $ 302.50 | $ 302.50 | 123328-769934 | Review and analyze issues re getting clients' assets unfrozen after the Court dissolved the SEC's TRO (.3); review and analyze receiver's status report re transition (.2) |
| 10/18/2023 | Abarca, Jose A. | 0.20 | 0.00 | $ 605.00 | $ 121.00 | $ - | 123328-769934 | Review and analyze ██████ status report re transition of control of DLI back to ████████ from the Receiver (.1); ████████ ████████ |
| 10/19/2023 | Abarca, Jose A. | 0.30 | 0.30 | $ 605.00 | $ 181.50 | $ 181.50 | 123328-769934 | Correspondence with the SEC's counsel re getting Travis Flaherty's ██████ credit cards unfrozen |
| 10/20/2023 | Marshall, Romaine C. | 3.50 | 2.40 | $ 650.00 | $ 2,275.00 | $ 1,560.00 | 123328-769934 | Meetings and email communications ████████ regarding various issues relating to ██████ unfreezing of bank accounts ████████ ████████ |

35

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ████████████████████████ ████████ |
| 10/23/2023 | Marshall, Romaine C. | 1.60 | 1.60 | $ 650.00 | $ 1,040.00 | $ 1,040.00 | 123328-769934 | Meetings and email communications with Messrs. Martinez; communications with co-counsels regarding unfreezing of assets and dissolution of TRO |
| 10/25/2023 | Schmalfeld, Jonathan E. | 0.50 | 0.00 | $ 515.00 | $ 257.50 | $ - | 123328-769934 | Teleconference with client regarding business issues and effects on litigation. |
| 11/3/2023 | Abarca, Jose A. | 0.20 | 0.00 | $ 605.00 | $ 121.00 | $ - | 123328-769934 | Review and analyze additional status report re transition of receivership filed by the Andersons' counsel |
| 11/7/2023 | Marshall, Romaine C. | 1.50 | 1.50 | $ 650.00 | $ 975.00 | $ 975.00 | 123328-769934 | ████████████████████████████ ██████████████ ████████████████████████████; work on unfreezing bank accounts for Mr. Flaherty |
| 11/7/2023 | Abarca, Jose A. | 0.10 | 0.10 | $ 605.00 | $ 60.50 | $ 60.50 | 123328-769934 | Review and analyze correspondence from Travis Flaherty re certain accounts still being frozen |
| 11/30/2023 | Schmalfeld, Jonathan E. | 1.10 | 0.00 | $ 515.00 | $ 566.50 | $ - | 123328-769934 | Analyze Orders dissolving TRO and Order to Show Cause issued by Court. |
| 11/30/2023 | Marshall, Romaine C. | 2.00 | 0.80 | $ 650.00 | $ 1,300.00 | $ 520.00 | 123328-769934 | Review court orders relating Motion to Dissolve TRO█ ████████████████████ |
| 11/30/2023 | Abarca, Jose A. | 1.20 | 0.60 | $ 605.00 | $ 726.00 | $ 363.00 | 123328-769934 | Review and analyze the court's memorandum decision and order granting motions to dissolve TRO ███ ██████████████████████ |
| 12/10/2023 | Abarca, Jose A. | 0.20 | 0.20 | $ 605.00 | $ 121.00 | $ 121.00 | 123328-769934 | Review and analyze issues re clients' financial accounts and financial cards still not being unfrozen since the Court issued order dissolving TRO |
| 1/17/2024 | Schmalfeld, Jonathan E. | 0.30 | 0.00 | $ 515.00 | $ 154.50 | $ - | 123328-769934 | Analyze joint status report for Court. |
| 2/9/2024 | Marshall, Romaine C. | 1.50 | 0.40 | $ 650.00 | $ 975.00 | $ 260.00 | 123328-769934 | ████████████████████ attempt to resolve closed bank accounts and ██████ account for Mr. Flaherty |

| Work Date | Timekeeper Name | WIP Hours | TRO Only Hours | Hourly Rate | WIP Amount | TRO Only Amount | Matter Number | Narrative |
|---|---|---|---|---|---|---|---|---|
| | | | | | $ 350,181.00 | $ 252,315.50 | | |

94587088.1