# EXHIBIT 1

## to Declaration of Matthew R. Lewis in Support of the DEBT Box Defendants' Application for Attorneys' Fees for Kunzler Bean & Adamson, PC