Matthew R. Lewis (7919)
Taylor J. Smith (17537)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
tsmith@kba.law

*Attorneys for Defendants Digital Licensing, Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL LICENSING, INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENAJMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual; | **DEFENDANTS DIGITAL LICENSING, INC., JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE LLC, AND UIU HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** <br> Case No. 2:23-cv-00482-RJS <br> Chief Judge Robert J. Shelby |

Defendants,

ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,

   Relief Defendants.

## RELIEF SOUGHT AND GROUNDS THEREFOR

Pursuant to Fed R. Civ. P. 26(b)(3)(A)–(B) and DUCivR 5-3, 7-1, and 26-2, Defendants Digital Licensing, Inc. (d/b/a "DEBT Box"), Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, and Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC, Blox Lending, LLC, The Gold Collective LLC, and UIU Holdings, LLC (collectively, the "DEBT Box Defendants"), by and through undersigned counsel, hereby submit this Motion for Leave to File Under Seal. Procedural and common-law rules governing privilege, as well as standards governing the Court's standard protective order, establish authority and good cause supporting that the DEBT Box Defendants be granted leave to file Exhibit 1 to the Declaration Of Matthew R. Lewis In Support Of The DEBT Box Defendants' Application For Attorneys' Fees For Kunzler Bean & Adamson, PC, under seal.

## BACKGROUND & ARGUMENT

Following extensive briefing regarding the propriety of an ex parte temporary restraining order, the Court issued its March 18, 2024, Memorandum Decision and Order (ECF No. 275) ("Order"), in which it ordered the SEC to pay the DEBT Box Defendants' attorneys' fees arising from the TRO and the Receiver. *Order*, at 77, 79. Pursuant to the Order, and contemporaneously herewith, the DEBT Box Defendants have submitted the Declaration of Matthew R. Lewis in Support of The DEBT Box Defendants' Application For Attorneys' Fees For Kunzler Bean & Adamson, PC, which explains the total amount of and the basis for the attorneys' fees already ordered by the Court. Attached thereto, as Exhibit 1, is a chart breaking down the requested fees in great detail ("Exhibit 1"). Specifically, Exhibit 1 details each applicable attorney fee charge including, the date, the attorney, a description of the work, the amount of time spent, and the total amount for each line item.

Such information is subject to the attorney client privilege under Fed R. Civ. P. 26(b)(3)(A)–(B), *see also* Fed. R. Evid. 501 & 502, as well as substantial common law protecting communications between clients and attorneys.[1] In addition, were the information produced in discovery, in order to protect the contents of attorney-client interactions, litigation strategy, and other sensitive client data, it would be designated confidential under the court's Standard Protective Order, *see* DUCivR 26-2, and thus subject to seal under DUCivR 5-3(b)(2)(C)(i). Accordingly, supporting authority and good cause support the indefinite sealing of Exhibit 1, which sealing is narrowly targeted to protect the sensitive and privileged information.

## CONCLUSION

For the foregoing reasons, the Court should grant leave for the DEBT Box Defendants to file Exhibit 1 under seal.

Respectfully submitted,

**KUNZLER BEAN & ADAMSON, PC**

*/s/ Matthew R. Lewis*
Matthew R. Lewis
Taylor J. Smith

*Attorneys Defendants for Digital Licensing, Inc., Jason R. Anderson, Jacob S. Anderson, Schad E. Brannon, Roydon B. Nelson, and Relief Defendants Business Funding Solutions, LLC; Blox Lending, LLC; The Gold Collective LLC; and UIU Holdings, LLC*

---

[1] By submitting this information, the DEBT Box Defendants do not waive the privilege associated herewith and provide the limited information contained in Exhibit 1 for the limited purposes of complying with the Order and establishing the basis for attorneys' fees granted therein. In the event that the privilege is disputed, DEBT Box Defendants request that the Court enter an order pursuant to Fed. R. Evid. 502(d) that the privilege and protection has not been waived in this litigation pending before the Court and that the disclosure does not constitute waiver in any other federal or state proceeding.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17 day of April 2024, I filed a true and correct copy of the foregoing **DEFENDANTS DIGITAL LICENSING, INC., JASON R. ANDERSON, JACOB S. ANDERSON, SCHAD E. BRANNON, AND ROYDON B. NELSON AND RELIEF DEFENDANTS BUSINESS FUNDING SOLUTIONS, LLC, BLOX LENDING, LLC, THE GOLD COLLECTIVE LLC, AND UIU HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** through the Court's electronic filing system, which effectuated service on all counsel of record.

/s/ *Michelle Hansen*
Michelle Hansen