Brent R. Baker (5247)
Tucker F. Levis (17793)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
bbaker@buchalter.com
tlevis@buchalter.com

*Attorneys for Defendant Brendan J. Stangis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah | **PETITION FOR ATTORNEYS FEES AND COSTS FOR DEFENDANT BRENDAN J. STANGIS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

limited liability company; BRENDAN J.
STANGIS, an individual; and MATTHEW D.
FRITZSCHE, an individual,

     Defendants,

ARCHER DRILLING, LLC, a Wyoming
limited liability company; BUSINESS
FUNDING SOLUTIONS, LLC, a Utah limited
liability company; BLOX LENDING, LLC, a
Utah limited liability company; CALMFRITZ
HOLDING, LLC, a Utah limited liability
company; CALMES & CO, INC., a Utah
corporation; FLAHERTY ENTERPRISES,
LLC, an Arizona limited liability company; IX
VENTURES FZCO, a United Arab Emirates
company; PURDY OIL, LLC, a Nebraska
limited liability company; THE GOLD
COLLECTIVE LLC, a Utah limited liability
company; and UIU HOLDINGS, LLC, a
Delaware limited liability company,

     Relief Defendants.

Pursuant to the Court's Memorandum Decision and Order issued March 18, 2024, Doc.
275, Defendant Brendan J. Stangis ("Stangis") submits this Petition for Attorneys Fees and Costs
and asks this Court to order Plaintiff Securities and Exchange Commission to pay Stangis's
attorneys fees and costs incurred to date in this action arising from the TRO, asset freeze, and
appointment of the Receiver, in the amount of $42,839.50.

This amount is reasonable and proper considering the issues presented in this action and
the TRO and expedited discovery required therein. The factual basis for this request is set forth
and explained in the accompanying Declaration of Attorneys Fees and Costs and the exhibit
attached thereto.

BN 82112581v1

**DATED:**  April 17, 2024

/s/ Brent R. Baker
Brent R. Baker
Tucker F. Levis
*Attorneys for Defendant Brendan J. Stangis*

BN 82112581v1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Buchalter, PC, and that on this 17th day of April, 2024, I filed a true and correct copy of the foregoing document, PETITION FOR ATTORNEYS FEES AND COSTS FOR DEFENDANT BRENDAN J. STANGIS, with the Clerk of the Court through the CM/ECF system which sent electronic notification and service to all counsel of record.

/s/ Brent R. Baker
Employee of Buchalter, PC

BN 82112581v1