# Exhibits Table of Contents[1]:

| | |
|---|---|
| **Declaration** | Declaration of Jessica Magee on behalf of H&K |
| **Declaration** | Declaration of Jesse M. Daves on behalf of BDO |
| **Declaration** | Declaration of Jason McNeill on behalf of MVM |
| **Declaration** | Declaration of Becky McGee |
| **Exhibit A** | SFAR Report |
| **Exhibit B** | [Proposed] Order |
| **Exhibit C** | Summary of H&K Fees by Professional |
| **Exhibit C-1** | Summary of H&K Work and Discounts by Timekeeper and Attorney Category |
| **Exhibit D** | Summary of H&K Fees by Activity Category |
| ***Exhibit E** | H&K's Daily Time Records |
| **Exhibit F** | Summary of Costs and Expenses to the Receivership Estate |
| **Exhibit F-1** | H&K's Reimbursable Expense Detail for Application Period |
| ***Exhibit F-2** | Summary of Services Provided by BDO and its Daily Time Records |
| ***Exhibit F-3** | Summary of Services Provided by MVM and its Daily Time Records |
| ***Exhibit F-4** | Summary of Services Provided by Becky McGee and her Daily Time Records |

---

[1] Each of the Exhibits with a * symbol have been filed under seal.