# EXHIBIT C

# Summary of H&K fees by Professional

# EXHIBIT C[1]

## SUMMARY OF FEES BY PROFESSIONAL

| Name | Title | H&K Office Location | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Josias N. Dewey | Receiver | Miami | $750.00 | 41.90 | $31,425.00 |
| Jessica B. Magee | Partner | Dallas | $750.00 | 133.20 | $99,900.00 |
| Scott F. Mascianica | Partner | Dallas | $750.00 | 206.40 | $154,800.00 |
| Anjuli B. Woods | Partner | Denver/Los Angeles | $750.00 | 5.30 | $3,975.00 |
| Justin Cohen | Partner | Dallas | $750.00 | 2.00 | $1,500.00 |
| Lee S. Meyercord | Partner | Dallas | $750.00 | 1.70 | $1,275.00 |
| Andrew W. Balthazor | Associate | Miami | $450.00 | 178.80 | $80,460.00 |
| Dennis A. Gonzalez | Associate | Miami | $450.00 | 233.50 | $105,075.00 |
| Alex M. Englander | Associate | Miami | $450.00 | 136.00 | $61,200.00 |
| Elliot Magruder | Associate | Miami | $450.00 | 66.80 | $30,060.00 |
| Amelia R. Occhino | Associate | Washington D.C. | $450.00 | 3.00 | $1,350.00 |
| | | | | | |
| Subtotal: | | | | 1,008.60 | $571,020.00 |
| *(Less Fee Cap Discount)* | | | | | *$(123,445.00)* |
| **TOTAL:** | | | | | **$447,575.00** |

| | |
|---|---|
| Total Attorneys' Fees: | $447,575.00 |
| Attorneys' Hours Billed: | 1,008.60 |
| Attorneys' Blended Rate: | $443.76 |
| Attorneys' Hours Worked: | 2,198.60 |
| Attorneys' Blended Rate: | $203.57 |

---

[1] **Exhibit C** summarizes the professionals' fees that were actually billed to H&K's invoices. *See* **Ex. E**. Then, **Exhibit C-1** provides a more detailed overview of discounts by professionals, and the impact that H&K's discretionary discounts had on the effective hourly rates for each category of attorney at the firm.