# EXHIBIT C-1

# Summary of H&K Work and Discounts by Timekeeper and Attorney Category

**Exhibit C-1: Summary of Work and Discounts by Timekeeper**

| Name | Title (Role) | Standard Hourly Rate[1] | Discounted Hourly Rate[2] | Total Work Hours[3] | Total Work Value[4] | Discounted Work Hours[5] | Discounted Value[6] | Billed Hours[7] | Invoiced Amount[8] | % Discount[9] | Effective Hourly Rate[10] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Core Team** | | | | | | | | | | | |
| Dewey, Josias | Receiver | $ 980.00 | $ 750.00 | 46.40 | $ 34,800.00 | (4.50) | $ (3,375.00) | 41.90 | $ 31,425.00 | -9.70% | $ 677.26 |
| Magee, Jessica B | Partner | $ 1,115.00 | $ 750.00 | 187.70 | $ 140,775.00 | (54.50) | $ (40,875.00) | 133.20 | $ 99,900.00 | -29.04% | $ 532.23 |
| Mascianica, Scott^ | Partner | $ 1,025.00 | $ 750.00 | 318.90 | $ 239,175.00 | (112.50) | $ (84,375.00) | 206.40 | $ 154,800.00 | -35.28% | $ 485.42 |
| Balthazor, Andrew W. | Associate | $ 555.00 | $ 450.00 | 369.30 | $ 166,185.00 | (190.50) | $ (85,725.00) | 178.80 | $ 80,460.00 | -51.58% | $ 217.87 |
| Gonzalez, Dennis A. | Associate | $ 560.00 | $ 450.00 | 336.40 | $ 151,380.00 | (102.90) | $ (46,305.00) | 233.50 | $ 105,075.00 | -30.59% | $ 312.35 |
| Englander, Alex M | Associate | $ 540.00 | $ 450.00 | 212.80 | $ 95,760.00 | (76.80) | $ (34,560.00) | 136.00 | $ 61,200.00 | -36.09% | $ 287.59 |
| **Core Team Total** | | | | **1,471.50** | **$ 828,075.00** | **(541.70)** | **$ (295,215.00)** | **929.80** | **$532,860.00** | **-36.81%** | **$ 362.12** |
| **Attorney Support Team** | | | | | | | | | | | |
| Woods, Anjuli B. | Partner | | $ 750.00 | 31.90 | $ 23,925.00 | (26.60) | $ (19,950.00) | 5.30 | $ 3,975.00 | -83.39% | $ 124.61 |
| Cohen, Justin | Partner | | $ 750.00 | 2.20 | $ 1,650.00 | (0.20) | $ (150.00) | 2.00 | $ 1,500.00 | -9.09% | $ 681.82 |
| Meyercord, Lee S. | Partner | | $ 750.00 | 2.20 | $ 1,650.00 | (0.50) | $ (375.00) | 1.70 | $ 1,275.00 | -22.73% | $ 579.55 |
| Jauregui, Eddie Albert | Partner | | $ 750.00 | 3.00 | $ 2,250.00 | (3.00) | $ (2,250.00) | 0.00 | $ - | -100.00% | $ - |
| Asai, Kristin M. | Partner | | $ 750.00 | 0.20 | $ 150.00 | (0.20) | $ (150.00) | 0.00 | $ - | -100.00% | $ - |
| Magruder, Elliot A. | Associate | | $ 450.00 | 104.60 | $ 47,070.00 | (37.80) | $ (17,010.00) | 66.80 | $ 30,060.00 | -36.14% | $ 287.38 |
| Occhino, Amelia R | Associate | | $ 450.00 | 6.40 | $ 2,880.00 | (3.40) | $ (1,530.00) | 3.00 | $ 1,350.00 | -53.13% | $ 210.94 |
| Treas, Haylie D. | Senior Counsel | | $ 450.00 | 0.30 | $ 135.00 | (0.30) | $ (135.00) | 0.00 | $ - | -100.00% | $ - |
| **Attorney Support Team Total** | | | | **150.80** | **$ 79,710.00** | **(72.00)** | **$ (41,550.00)** | **78.80** | **$ 38,160.00** | **-47.75%** | **$ 253.05** |
| **Administrative/Data Team** | | | | | | | | | | | |
| Review Attorneys | | | $ 150.00 | 76.40 | $ 11,460.00 | (76.40) | $ (11,460.00) | 0.00 | $ - | -100.00% | $ - |
| Paralegals | | | $ 150.00 | 52.20 | $ 7,830.00 | (52.20) | $ (7,830.00) | 0.00 | $ - | -100.00% | $ - |
| Research/eDiscovery Services | | | $ 195.91 | 447.70 | $ 87,710.00 | (447.70) | $ (87,710.00) | 0.00 | $ - | -100.00% | $ - |
| **Administrative/Data Team Total** | | | | **576.30** | **$ 107,000.00** | **(576.30)** | **$(107,000.00)** | **0.00** | **$ -** | **-100.00%** | **$ -** |
| **Sub Total** | | | **$ 461.56** | **2,198.60** | **$1,014,785.00** | **(1,190.00)** | **$ (443,765.00)** | **1,008.60** | **$571,020.00** | **-54.13%** | **$ 259.72** |
| - Fee Cap Discount | | | | | | | $ (123,445.00) | | | | |
| **Grand Total** | | | **$ 461.56** | **2,198.60** | **$1,014,785.00** | **(1,190.00)** | **$ (567,210.00)** | **1,008.60** | **$447,575.00** | **-55.89%** | **$ 203.57** |

**Notes:**

1 - "Standard Hourly Rate" are the base hourly rates charged by the Core Team at the time of their application submission to the Commission.  *See* Receiver Recommendation at Ex. 3.
2 - "Discounted Hourly Rate" are the discounted hourly rates for the Core Team that were proposed to the Commission for this matter. *See* Receiver Recommendation at Ex. 3.
3 - "Total Work Hours" is the total amount of hours committed by each professional to this matter.
4 - "Total Work Value" is the dollar value of the product of the Total Work Hours and the Discounted Hourly Rate for each professional.
5 - "Discounted Work Hours" is the number of work hours that H&K voluntarily wrote off and/or discounted for this matter.
6 - "Discounted Value" is the dollar value of H&K's discretionary discount applied to the invoices, obtained from the product of Discounted Work Hours and Discounted Hourly Rate.
7 - "Billed Hours" is the total number of hours that were actually billed to the Receivership Estate, which are net of the discounted amounts.
8 - "Invoiced Amount" is the total dollar value of the fees that were invoiced to the Receivership Estate, which are net of the discounted amounts.
9 - "% Discount" is the percentage difference between each professional's Total Work Value and their Invoiced Amount.
10 - "Effective Hourly Rate" is each professional's hourly rate after applying the discounted amounts, obtained by dividing the Invoiced Amount by the Total Work Hours.

Summary of Work by Category of Attorney

| Billing Rates for Receiver and H&K Attorneys | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Title (Role) | Total Work Hours[1] | Total Work Value[2] | Discounted Work Hours[3] | Discounted Value[4] | Billed Hours[5] | Invoiced Amount[6] | Fee Cap Discount[7] | Final Bill Amount[8] | Discounted Hourly Rate[9] | Effective Hourly Rate[10] | Additional Discount %[11] |
| Receiver | 46.40 | $ 34,800.00 | (4.50) | $ (3,375.00) | 41.90 | $ 31,425.00 | $ (6,793.56) | $ 24,631.44 | $ 750.00 | $ 530.85 | -29.22% |
| Partner | 546.10 | $409,575.00 | (197.50) | $ (148,125.00) | 348.60 | $261,450.00 | $ (56,521.13) | $204,928.87 | $ 750.00 | $ 375.26 | -49.97% |
| Associate | 1,029.50 | $463,275.00 | (411.40) | $ (185,130.00) | 618.10 | $278,145.00 | $ (60,130.31) | $218,014.69 | $ 450.00 | $ 211.77 | -52.94% |
| Senior Counsel | 0.30 | $ 135.00 | (0.30) | $ (135.00) | 0.00 | 0.00 | $ - | $ - | $ 450.00 | $ - | -100.00% |
| Total | 1,622.30 | $907,785.00 | (613.70) | $ (336,765.00) | 1,008.60 | $571,020.00 | $ (123,445.00) | $447,575.00 | | | |

**Notes:**
1 - "Total Work Hours" is the total amount of hours committed by each category of attorney.
2 - "Total Work Value" is the dollar value of the product of the Total Work Hours and the Discounted Hourly Rate for category of attorney.
3 - "Discounted Work Hours" is the number of work hours that H&K voluntarily wrote off and/or discounted for this matter.
4 - "Discounted Value" is the dollar value of H&K's discretionary discount applied to the invoices, obtained from the product of Discounted Work Hours and Discounted Hourly Rate.
5 - "Billed Hours" is the total number of hours that were actually billed to the Receivership Estate, which are net of the discounted amounts.
6 - "Invoiced Amount" is the total dollar value of the fees that were invoiced to the Receivership Estate, which are net of the discounted amounts.
7 - "Fee Cap Discount" is the weighted discount for each category of professionals pursuant to the $200,000 fee cap for the first 30 days.
  This formula is calculated as: (Invoiced Amount for category of professional / total Invoiced Amount) * $123,445 (or the total Fee Cap Discount).
8 - "Final Bill Amount" is the difference between the Invoiced Amount and the Fee Cap Discount.
9 - "Discounted Hourly Rate" is the discounted hourly rate for each category of attorney that was proposed to the Commission for this matter. *See* Receiver Recommendation at Ex. 3.
10 - "Effective Hourly Rate" is the hourly rate for each attorney category after applying the discounted amounts, obtained by dividing the Final Bill Amount by the Total Work Hours.
11 - "Additional Discount %" is the percentage difference between the Discounted Hourly Rate and the Effective Hourly Rate.