# EXHIBIT D

# Summary of H&K Fees by Task Category

# EXHIBIT D

## SUMMARY OF FEES BY TASK CATEGORY

| Task Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 355.60 | $195,060.00 |
| L190 | Other Case Assessment, Development & Admin. | 135.40 | $75,810.00 |
| L310 | Written Discovery | 45.50 | $26,355.00 |
| L410 | Fact Witnesses | 121.90 | $70,905.00 |
| L430 | Written Motions and Submissions | 339.80 | $196,020.00 |
| P220 | Tax | 8.40 | $5,370.00 |
| P260 | Intellectual Property | 2.00 | $1,500.00 |
|  |  |  |  |
|  | Subtotal: | 1,008.60 | $571,020.00 |
|  |  |  |  |
|  | *(Less Fee Cap Discount)* |  | *$(123,445.00)* |
|  |  |  |  |
|  | **TOTAL:** |  | **$447,575.00** |