# EXHIBIT E

# H&K DAILY TIME RECORDS

# [Filed Under Seal - Redacted In Full]