# EXHIBIT F

# Summary of H&K Expenses and the Receiver's Third-Party Professionals

# EXHIBIT F

## SUMMARY OF EXPENSES

| Expense Category | Cost |
|---|---|
| **F-1**: H&K Reimbursable Expenses | $8,762.16 |
| *Filing Fees* | *$771.96* |
| *Parking* | *$100.00* |
| *Postage* | *$191.44* |
| *Online Research* | *$452.80* |
| *Travel Expenses* | *$7,245.96* |
| **F-2**: Local Utah Counsel | $18,689.80 |
| **F-3**: Forensic Accounting Services & Data Analysis* | $264,330.90 |
| **F-4**: Becky McGee | $7,584.00 |
| **TOTAL:** | **$299,366.86** |