# EXHIBIT F-2

# Invoices from BDO USA, P.C.

# EXHIBIT F-2

# DETAIL ON SERVICES PROVIDED BY BDO USA, P.C.

## SUMMARY OF FORENSIC ACCOUNTING & DATA ANALYSIS SERVICES BY PROFESSIONAL – JULY TO OCTOBER 2023

| Timekeeper | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Aira-Ventrella, Jenna | $600.00 | 78.60 | $47,160.00 |
| Amankwah, David | $200.00 | 8.60 | $1,720.00 |
| Anand Babu, Geetha | $295.00 | 13.00 | $3,835.00 |
| Appell, Jennifer | $295.00 | 7.90 | $2,330.50 |
| Burget, Daniel | $400.00 | 44.30 | $17,720.00 |
| Cabo, Matthew | $295.00 | 11.50 | $3,392.50 |
| Carr, Holly | $500.00 | 31.70 | $15,850.00 |
| Cothran, Eric | $350.00 | 121.20 | $42,420.00 |
| Daves, Jesse | $600.00 | 14.40 | $8,640.00 |
| Espejo, Bianca | $175.00 | 1.70 | $297.50 |
| Friedman, Loren | $325.00 | 17.50 | $5,687.50 |
| Henley, Erich | $295.00 | 35.30 | $10,413.50 |
| Herman, Douglas | $600.00 | 1.50 | $900.00 |
| Kem, Rith | $400.00 | 3.50 | $1,400.00 |
| Khanekar, Sandip | $175.00 | 41.30 | $7,227.50 |
| Lockett, Will | $195.00 | 25.70 | $5,011.50 |
| Luke, Christopher | $295.00 | 5.90 | $1,740.50 |
| Medina, Andrew | $325.00 | 67.30 | $21,872.50 |
| Mehta, Mansi | $400.00 | 37.30 | $14,920.00 |
| Nautiyal, Divya | $195.00 | 7.30 | $1,423.50 |
| Pai, Raghunath | $295.00 | 3.80 | $1,121.00 |
| Pan, Mason | $500.00 | 7.30 | $3,650.00 |
| Paniagua, George | $295.00 | 6.10 | $1,799.50 |

| Timekeeper | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Patel, Ruchit | $295.00 | 80.20 | $23,659.00 |
| Perticari, Brian | $350.00 | 30.90 | $10,815.00 |
| Plimley, Juliana | $100.00 | 8.00 | $800.00 |
| Pomerantz, Glenn | $650.00 | 10.60 | $6,890.00 |
| Prasad, Manish | $295.00 | 33.20 | $9,794.00 |
| Pujari, Prasad | $325.00 | 1.20 | $390.00 |
| Sa, David | $350.00 | 1.10 | $385.00 |
| Schnepp, Angela | $100.00 | 9.50 | $950.00 |
| Shirk, Eric | $450.00 | 14.30 | $6,435.00 |
| Sidach, Sasha | $125.00 | 30.40 | $3,800.00 |
| Stepanyan, Hakob | $350.00 | 128.50 | $44,975.00 |
| Summers, Tammy | $325.00 | 62.00 | $20,150.00 |
| Widell, Liam | $125.00 | 94.80 | $11,850.00 |
| Yadav, Akshay | $195.00 | 36.60 | $7,137.00 |
| Yost, Gini | $295.00 | 0.90 | $265.50 |
| **Totals:** | | **1,134.90** | **$368,828.00** |

| | |
|---|---|
| Professional Hours: | 1,134.90 |
| Professional Fees: | $368,828.00 |
| Blended Rate: | $324.99 |
| Expenses: | $8,787.57 |
| *- Discount (30%):* | *$(113,284.67)* |
| **Revised Total:** | **$264,330.90** |

# [Invoices Filed Under Seal - Redacted in Full]