# EXHIBIT F-3

# Invoices from McNeill Von Maack, LLC

## DETAIL OF LEGAL SERVICES PROVIDED BY MCNEILL VON MAACK, LLC

### August to October 2023

| Timekeeper | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Eric Schnibbe | $435.00 | 8.50 | $3,697.50 |
| Jason McNeill | $455.00 | 31.00 | $14,105.00 |
| | | | |
| | **TOTAL:** | **39.50** | **$17,802.50** |

| | |
|---|---|
| Professional Hours: | 39.50 |
| Professional Fees: | $17,802.50 |
| Expenses: | $887.30 |
| Blended Rate: | $450.70 |
| **Total:** | **$18,689.80** |

# [Invoices Filed Under Seal - Redacted in Full]