# EXHIBIT F-4

# Invoices from Becky McGee

# DETAIL OF LEGAL SERVICES PROVIDED BY BECKY MCGEE

## September to October 2023

| Timekeeper | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Becky McGee | $320.00 | 23.70 | $7,584.00 |
|  |  |  |  |
|  | **TOTAL:** | **23.70** | **$7,584.00** |

# [Invoices Filed Under Seal - Redacted in Full]