Brent R. Baker (5247)
Tucker F. Levis (17793)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
bbaker@buchalter.com
tlevis@buchalter.com

*Attorneys for Defendant Brendan J. Stangis*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah | **AMENDED AFFIDAVIT OF ATTORNEYS FEES AND COSTS FOR DEFENDANT BRENDAN J. STANGIS**<br><br>Case No. 2:23-cv-00482-RJS<br><br>Chief Judge Robert J. Shelby |

1

| | |
|---|---|
| limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>    Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDING, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Relief Defendants. | |

STATE OF UTAH       )
                               ) ss.
County of Salt Lake  )

      Brent R. Baker, being first duly sworn, deposes and states as follows:

      1. I am a resident of Salt Lake County, State of Utah. I am over the age of eighteen years and have personal knowledge regarding the matters stated herein.

      2. The information contained herein is true to the best of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

      3. I am an attorney of record for Defendant Brendan J. Stangis ("Stangis") in this matter. My billing rate is $590.00 per hour.

BN 82116417v1

4. I have been admitted to practice law in Utah since 1988. My legal practice focuses on securities enforcement and compliance. Prior to joining Buchalter, I worked at the SEC for thirteen years as senior counsel. I also worked at Parsons Behle & Latimer, for about ten years and I was a Commissioner on the Utah Securities Commission for two terms. I am familiar with the hourly rates charged by attorneys in this area who have similar experience and expertise. My rates are comparable.

5. The amount of fees and times expended by counsel for Stangis in the above-captioned matter are reasonable given the complexity of the legal issues, the experience of counsel, and the amount of work required to be performed in response to the improvidently requested *Ex Parte* Temporary Restraining Order and Expedited Discovery.

6. To date, Stangis has incurred legal fees in the amount of $42,839.50 related to the improvidently requested Ex Parte Temporary Restraining Order. A reasonable description of the work performed is attached hereto as Exhibit A.

**DATED:** April 18, 2024

_____
Brent R. Baker

Subscribed, sworn to, and acknowledged before me this 18th day of April, 2024, by Brent R. Baker, the signer of the above instrument, who duly acknowledged to me that he executed the same.

_____
Notary Public

WESLEY JOHN FELICE
Notary Public, State of Utah
Commission # 715856
My Commission Expires On
December 21, 2024

3

BN 82116417v1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Buchalter, PC, and that on this 18th day of April, 2024, I filed a true and correct copy of the foregoing document, AMENDED AFFIDAVIT OF ATTORNEYS FEES AND COSTS FOR DEFENDANT BRENDAN J. STANGIS, with the Clerk of the Court through the CM/ECF system which sent electronic notification and service to all counsel of record.

/s/ Brent R. Baker
Employee of Buchalter, PC

# Exhibit A

## Attorneys Fees and Legal Costs for Defendant Brendan J. Stangis

| Date | User | Description | Hours | Amount |
|---|---|---|---|---|
| 8.07.2023 | Brent R. Baker | Emails/calls with SEC and client. | 1.20 | 708.00 |
| 8.08.2023 | Brent R. Baker | Review deadlines associated with the ex-parte Temporary Restraining Order (TRO) obtained by the SEC; legal research regarding same. | 1.50 | 885.00 |
| 8.09.2023 | Brent R. Baker | Review docket; call with SEC regarding status; call with R. Marshall. | 1.80 | 1062.00 |
| 8.10.2023 | Brent R. Baker | Strategy meeting with B. Baker regarding matter; review of Complaint; review of motion for TRO and begin review of attached exhibits and declaration; review of orders with the Court and potential deadlines; telephonic conference with co-defendants' legal counsel regarding status. | 3.80 | 1539.00 |
| 8.10.2023 | Brent R. Baker | Continued revising Statement of Financial Condition (SOFC) in compliance with the TRO's expedited discovery. | 1.80 | 1062.00 |
| 8.11.2023 | Brent R. Baker | Drafting/revising Statement of Financial Condition in compliance with the TRO's expedited discovery. | 2.10 | 1239.00 |
| 8.11.2023 | Brent R. Baker | Legal research regarding SEC's authority to obtain an asset freeze based on non-fraud charges. | 1.60 | 944.00 |
| 8.13.2023 | Brent R. Baker | Status and update call with client. | 1.40 | 826.00 |
| 8.14.2023 | Brent R. Baker | Finalizing SOFC; preparation for attorney proffer. | 2.90 | 1711.00 |
| 8.14.2023 | Brent R. Baker | Call with B. Curtis regarding facts. | 0.50 | 295.00 |
| 8.15.2023 | Brent R. Baker | Prepare for, and conduct, attorney proffer. | 7.10 | 4189.00 |
| 8.16.2023 | Brent R. Baker | Call with lawyers for co-defendants. | 0.90 | 531.00 |
| 8.17.2023 | Brent R. Baker | JDA call with R. Marshall. | 1.10 | 649.00 |
| 8.21.2023 | Brent R. Baker | Reviewing pleadings and checking for docket updates; preparing SOFC for production as expedited discovery. | 2.30 | 1357.00 |
| 8.30.2023 | Brent R. Baker | Emails and calls with J. Toth and M. Wyndham pursuant to JDA; call with C. Fronk (SEC); obtain and review hearing transcript. | 2.50 | 1475.00 |
| 8.31.2023 | Brent R. Baker | Prepare for, and conduct conference call with SEC regarding asset freeze issues and status; email with client regarding same. | 2.90 | 1711.00 |
| 9.01.2023 | Brent R. Baker | Drafting notes of conversation with SEC. | 1.60 | 944.00 |
| 9.13.2023 | Brent R. Baker | Call regarding possibility of selling the house. | 0.90 | 531.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9.14.2023 | Brent R. Baker | Review Motion to Dissolve the TRO and Motion for Contempt of Order Freezing Assets. | 2.30 | 1357.00 |
| 9.15.2023 | Brent R. Baker | Prepare for, and appear at, initial pre-trial conference with Judge Shelby. | 3.10 | 1829.00 |
| 9.16.2023 | Brent R. Baker | Review docket and relevant pleadings. | 1.00 | 590.00 |
| 9.18.2023 | Brent R. Baker | Hearing regarding outstanding discovery and motions. | 0.50 | 177.50 |
| 10.04.2023 | Brent R. Baker | Call with client regarding asset freeze and nature of conditions imposed while TRO is pending. | 1.70 | 1003.00 |
| 10.06.2023 | Brent R. Baker | Prepare for, and participate in hearing on motions to dissolve TRO, asset freeze and receivership. | 7.00 | 4130.00 |
| 10.11.2023 | Brent R. Baker | Review transcript of hearing; continued document review/SEC initial disclosures. | 5.30 | 3127.00 |
| 10.16.2023 | Brent R. Baker | Review status report from Receiver regarding transition planning and issues in dissolving receivership. | 2.00 | 1180.00 |
| 10.17.2023 | Brent R. Baker | Respond to client emails and texts regarding dissolution of TRO and impact on his assets. | 3.70 | 2183.00 |
| 10.23.2023 | Brent R. Baker | Call with client regarding next steps including client's banking relationships. | 0.70 | 413.00 |
| 10.25.2023 | Brent R. Baker | Review case cited by SEC issued by Honorable Bruce S. Jenkins in a pending Utah Crypto case. | 1.10 | 649.00 |
| 11.30.2023 | Brent R. Baker | Review Judge Shelby's Memorandum Decision and Order to Show Cause regarding sanctioning the SEC. | 4.00 | 2360.00 |
| 11.30.2023 | Brent R. Baker | Discuss status of TRO and Order to Show Cause. | 3.70 | 2183.00 |

**Total Labor for Def. Brendan Stangis**     **74.00  $   42,839.50**